UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PANINI AMERICA, INC.

    *Plaintiff,*

    v.                        **Case No. 8:23-CV-1721-KKM-AEP**

FANATICS, INC.,
FANATICS, LLC,
FANATICS COLLECTIBLES
INTERMEDIATE HOLDCO, INC.,
FANATICS SPV, LLC, and
FANATICS HOLDINGS, INC.

    *Defendants.*

_____

**DECLARATION OF JASON HILBORN IN SUPPORT OF
PLAINTIFF'S MEMORANDUM IN OPPOSITION TO
DEFENDANTS' MOTION TO TRANSFER**

I, JASON HILBORN, declare as follows:

1.  I am an attorney at the law firm of Boies Schiller Flexner LLP, counsel for Plaintiff in the above-captioned matter. I am an attorney in good standing in the State of Florida, the Middle District of Florida, the State of New York, and the District of Columbia. I make this Declaration in support of Plaintiff's Memorandum in Opposition to Defendants' Motion to Transfer to the U.S. District Court for the Southern District of New York. The facts set forth herein are based on my personal knowledge; if called upon to do so, I can and will competently testify to these facts.

2.  Attached as **Exhibit 1** is a true and correct copy of the July 21, 2023 article titled "*Fanatics: A Definitive Timeline*," by Randall Williams, published on the Boardroom website, available at https://boardroom.tv/fanatics-company-history/.

3.  Attached as **Exhibit 2** is a true and correct copy of the June 21, 2012 article titled "*Fanatics CEO Reflects on Company's Past and Future*," published on the Jacksonville Business Journal website, available at https://www.bizjournals.com/jacksonville/blog/retail_radar/2012/06/fanatics-ceo-laments-on-the-companys.html.

4.  Attached as **Exhibit 3** is a true and correct copy of the May 15, 2023 article titled "*Fanatics Acquiring U.S. Operations of PointsBet*," by Mark Basch, published on the Jacksonville Daily Record website, available

1

at https://www.jaxdailyrecord.com/news/2023/may/15/fanatics-acquiring-usoperations-of-pointsbet/.

5. Attached as **Exhibit 4** is a true and correct copy of the April 22, 2015 article titled "*Fanatics Seeks $1.4 Million in City and State Incentives to Expand,*" by Karen Brune Mathis, published on the Jacksonville Daily Record website, available at https://www.jaxdailyrecord.com/news/2015/apr/22/fanatics-seeks-14-million-city-and-state-incentives-expand/.

6. Attached as **Exhibit 5** is a true and correct copy of the April 22, 2015 article titled "*State, City Consider $1.4 Million Incentives Package for Fanatics to Expand in Jacksonville, Hire 80,*" by David Bauerlein, published on the Florida Times-Union website, available at https://www.jacksonville.com/story/business/2015/04/22/state-city-consider-14-million-incentives-package-fanatics-expand/15659588007/.

7. Attached as **Exhibit 6** is a true and correct copy of Resolution 2015-267-A between the City of Jacksonville and Fanatics, Inc., amended and adopted on May 12, 2015. The Resolution may be accessed by navigating to the Office of Economic Development page on the City of Jacksonville's website, https://www.coj.net/departments/office-of-economic-development/public-investment-compliance, and selecting the following options: **2015-0267** (next to Fanatics, Inc.) – **Current Text** – **2015-267-A.doc**.

8. Attached as **Exhibit 7** is a true and correct copy of the May 1,

2015 article titled "*Fanatics Expands Southside Headquarters*," by Andrew Thurlow, published on the Jacksonville Business Journal website, available at https://www.bizjournals.com/jacksonville/news/2015/05/01/fanatics-expands-southside-headquarters.html.

9. Attached as **Exhibit 8** is a true and correct copy of the Fanatics Inc. Company Profile, published on the Bloomberg website, last accessed on August 15, 2023, available at https://www.bloomberg.com/profile/company/8167146Z:US.

10. Attached as **Exhibit 9** is a true and correct copy of the January 7, 2020 article titled "*Laser Spine's Former Tampa HQ Lands Big Office Tenant*," by Ashley Gurbal Kritzer, published on the Tampa Bay Business Journal website, available at https://www.bizjournals.com/tampabay/news/2020/01/07/laser-spines-former-tampa-hq-lands-big-office.html.

11. Attached as **Exhibit 10** is a true and correct copy of the Fanatics's "Global Footprint – Tampa, FL Office" webpage, last accessed on August 19, 2023, available at https://www.fanaticsinc.com/global-footprint.

12. Attached as **Exhibit 11** is a true and correct copy of the January 9, 2020 article titled "*Fanatics Brands Secures New Headquarters*," published on the SGB Media website, available at https://sgbonline.com/fanatics-brands-secures-new-headquarters/.

13. Attached as **Exhibit 12** is a true and correct copy of the

Fanatics's "Global Footprint – Fanatics Brand HQ, +Manufacturing, +Distribution," webpage, last accessed on August 16, 2023, available at https://www.fanaticsinc.com/global-footprint.

14. Attached as **Exhibit 13** is a true and correct copy of the Fanatics's "Global Footprint – Lake Mary, FL Office" webpage, last accessed on August 19, 2023, available at https://www.fanaticsinc.com/global-footprint.

15. Attached as **Exhibit 14** is a true and correct copy of the Fanatics's "Global Footprint – Miramar, FL Office" webpage, last accessed on August 19, 2023, available at https://www.fanaticsinc.com/global-footprint.

16. Attached as **Exhibit 15** is a true and correct copy of the Fanatics's "Orlando" and "Miami" Job Listings webpages, last accessed on August 19, 2023, available at https://jobs.lever.co/fanatics?location=Florida%20-%20Orlando & https://jobs.lever.co/fanatics?location=Florida%20-%20Miami.

17. Attached as **Exhibit 16** is a true and correct copy of the December 23, 2022 article titled "*Fanatics Hires CFO for Collectibles Business After Topps Deal*," by Nina Trentmann, published on the Wall Street Journal website, available at https://www.wsj.com/articles/fanatics-hires-cfo-for-collectibles-business-after-topps-deal-11671737181.

4

18. Attached as **Exhibit 17** is a true and correct copy of the June 13, 2023 article titled "*Fanatics Holds Second Investor Day as the Company Moves Toward IPO,*" by Jessica Golden, published on the CNBC website, available at https://www.cnbc.com/2023/06/13/fanatics-holds-second-investor-day-as-the-company-moves-toward-ipo.html.

19. Attached as **Exhibit 18** is a true and correct copy of the December 7, 2022 article titled "*Fanatics Valuation Hits $31 Billion After $700 Million Investment Round,*" by Jessica Golden, published on the CNBC Disruptor/50 website, available at https://www.cnbc.com/2022/12/06/fanatics-valuation-hits-31-billion-after-700-million-investment-round.html.

20. Attached as **Exhibit 19** is a true and correct copy of the April 5, 2023 article titled "*Fanatics Buys Italian Sports Merchandise Company EPI,*" by Kimberly Chin, published on the Axios website, available at https://www.axios.com/pro/retail-deals/2023/04/05/fanatics-acquires-italian-epi.

21. Attached as **Exhibit 20** is a true and correct copy of the May 15, 2023 article titled "*Fanatics to Buy PointsBet's US Business in Sports Betting Push,*" published on the Bloomberg website, available at https://www.bloomberg.com/news/articles/2023-05-15/fanatics-to-buy-pointsbet-s-us-business-in-sports-betting-push.

22. Attached as **Exhibit 21** is a true and correct copy of the

December 6, 2022 article titled *"Fanatics Founder Rubin Adds Another $1 Billion to His Fortune,"* published on the Bloomberg website, available at https://www.bloomberg.com/news/articles/2022-12-06/fanatics-founder-rubin-adds-another-1-billion-to-his-fortune.

23. Attached as **Exhibit 22** is a true and correct copy of the December 8, 2022 article titled *"Sidley Guides Clearlake on $700 Million Fundraise for Fanatics,"* by Rick Mitchell, published on the Bloomberg Law website, available at https://news.bloomberglaw.com/business-and-practice/sidley-guides-clearlake-on-700-million-fundraise-for-fanatics.

24. Attached as **Exhibit 23** is a true and correct copy of the November 22, 2021 article titled *"Fanatics' New Betting and Gaming Division is Recruiting Chiefs of Marketing, Tech, and Legal As It Looks to Make a Splash in the Sector,"* by Ashley Rodriguez, published on the Business Insider website, available at https://www.businessinsider.com/fanatics-sports-betting-and-gaming-is-hiring-c-suite-execs-2021-11.

25. Attached as **Exhibit 24** is a true and correct copy of Fanatics Company Overview page, published on the Forbes website, last accessed August 15, 2023, available at https://www.forbes.com/companies/fanatics/?sh=6ab0d1fb2594.

26. Attached as **Exhibit 25** is a true and correct copy of the August 15, 2021 article titled *"Fanatics Betting Big on Sports Gambling,"* by Liam

Killingstad, published on the Front Office Sports website, available at https://frontofficesports.com/fanatics-betting-big-on-sports-gambling/.

27. Attached as **Exhibit 26** is a true and correct copy of the April 27, 2023 article titled "*Sports Merchandiser Fanatics Drafts Investor Relations 'Quarterback' for Future IPO Play,*" by Jenna D'Illard, published on the Crunchbase website, available at https://news.crunchbase.com/venture/ipo-sports-investor-relations-fanatics.

28. Attached as **Exhibit 2**7 is a true and correct copy of the May 9, 2017 article titled "*NFL Buys 3 Percent Equity Stake in Jacksonville-based Fanatics,*" by Drew Dixon, published on the Florida Times-Union Website, available at https://www.jacksonville.com/story/business/2017/05/09/nfl-buys-3-percent-equity-stake-jacksonville-based-fanatics/15754250007/.

29. Attached as **Exhibit 28** is a true and correct copy of the March 12, 2018 article titled "*Fanatics Owner Among Possible Bidders for NFL's Carolina Panthers,*" by Phillip Heilman, published on the Florida Times-Union Website, available at https://www.jacksonville.com/story/business/2018/03/12/owner-ofjacksonville-based-fanatics-among-possible-bidders-for-nfls-carolinapanthers/13006269007/.

30. Attached as **Exhibit 29** is a true and correct copy of the September 11, 2020 article titled "*Fanatics Seeking 2,000 Seasonal Employees for Jacksonville Sportswear Warehouse Operations,*" by Steve

7

Patterson, published on the Florida Times-Union website, available at https://www.jacksonville.com/story/business/employment/2020/09/11/sportswear-firm-fanatics-reports-2-000-jacksonville-job-openings/3467942001/.

31. Attached as **Exhibit 30** is a true and correct copy of the April 5, 2018 article titled "*Judge: Tampa Fanatics Employee Stole Trade Secrets Before Taking Job With Competitor*," by Sara DiNatale, published on the Tampa Bay Times website, available at https://www.tampabay.com/news/courts/civil/Judge-Tampa-Fanatics-employee-stole-trade-secrets-before-taking-job-with-competitor_167055852/.

32. Attached as **Exhibit 31** is a true and correct copy of the December 15, 2017 article titled "*Fanatics' Online Roots, and How It Profits From Being Nimble*," by Mark Basch, published on the Jacksonville Daily Record website, available at https://www.jaxdailyrecord.com/news/2017/dec/15/fanatics-online-roots-and-how-it-profits-from-being-nimble/.

33. Attached as **Exhibit 32** is a true and correct copy of the July 9, 2019 article titled "*Fanatics Seeking Changes to Economic Development Agreement*," by Mike Mendenhall, published on the Jacksonville Daily Record website, available at https://www.jaxdailyrecord.com/news/2019/jul/09/fanatics-seeking-changes-to-economic-development-agreement/.

34. Attached as **Exhibit 33** is a true and correct copy of the March

2, 2022 article titled "*Report: Fanatics Inc. Raises $1.5 Billion From a New Investor Group*," by Mark Basch, published on the Jacksonville Daily Record website, available at https://www.jaxdailyrecord.com/news/2022/mar/02/report-fanatics-inc-raises-dollar1-5-billion-from-a-new-investor-group/.

35. Attached as **Exhibit 34** is a true and correct copy of the April 5, 2018 article titled "*Jax-based Fanatics Inc. Wins Lawsuit Against Former Employee, Competitor*," by Junior Skepple, published on the Jacksonville Business Journal website, available at https://www.bizjournals.com/jacksonville/news/2018/04/05/jax-based-fanatics-inc-wins-lawsuit-against-former.html.

36. Attached as **Exhibit 35** is a true and correct copy of the August 10, 2021 article titled "*Fanatics Lays Out Expanded Strategy, Funded by Big-name Investors*," by Will Brown, published on the Jacksonville Business Journal website, available at https://www.bizjournals.com/jacksonville/news/2021/08/10/fanatics-valuation.html.

37. Attached as **Exhibit 36** is a true and correct copy of the September 21, 2018 article titled "*Fanatics to Hire 2500 Seasonal Positions in Jacksonville*," by Kamrel Eppinger, published on the First Coast News website, available at https://www.firstcoastnews.com/article/news/fanatics-to-hire-2500-seasonal-positions-in-jacksonville/77-596773258.

38. Attached as **Exhibit 37** is a true and correct copy of the

9

Fanatics's landing page of their official website, last accessed on August 19, 2023, available at https://www.fanatics.com.

39. Attached as **Exhibit 38** is a true and correct copy of the LinkedIn profile for Gregg Winiarski, last accessed on August 15, 2023, available at https://www.linkedin.com/in/gregg-winiarski-8177494.

40. Attached as **Exhibit 39** is a true and correct copy of a Westlaw Company Investigator report for Fanatics SPV LLC, last accessed on July 28, 2023.

41. Attached as **Exhibit 40** is a true and correct copy of a Westlaw Company Investigator report for Fanatics Collectibles Intermediate Holdco Inc, last accessed on July 28, 2023.

42. Attached as **Exhibit 41** is a true and correct copy of a Westlaw Company Investigator report for Fanatics Inc, last accessed on July 28, 2023.

43. Attached as **Exhibit 42** is a true and correct copy of a Westlaw Company Investigator report for Fanatics LLC, last accessed on July 28, 2023.

44. Attached as **Exhibit 43** is a true and correct copy of a Westlaw Company Investigator report for Fanatics Holdings Inc, last accessed on July 28, 2023.

45. Attached as **Exhibit 44** is a true and correct copy of the September 10, 2021 Fanatics Holdings SEC Form D, last accessed on August

15, 2023, available at https://www.sec.gov/Archives/edgar/data/1547955/000156761921016968/xslFormDX01/primary_doc.xml.

46. Attached as **Exhibit 45** is a compilation of true and correct copies of purchase orders and invoices maintained by Panini in the regular course of business which, based on information from Panini, concern Panini's purchase of jerseys and other apparel from Fanatics. The purchase orders, dated July 5, 2023, are from Panini America and addressed to Fanatics – MEM PURCHASE ONLY, Attn: Nick Wolthuis, 8100 Nations Way, Jacksonville, Florida 32256, United States Fanatics. The invoices, dated June 6, June 7, and June 15, 2023, are from Fanatics Retail Group Fulfillment LLC, 8100 Nations Way, Jacksonville, FL 32256 USA to Panini America, Inc.

47. Attached as **Exhibit 46** is a true and correct copy of an excerpt from the June 30, 2023 U.S. District Courts–Combined Civil and Criminal Federal Court Management Statistics report, available at https://www.uscourts.gov/file/73187/download.

48. Attached as **Exhibit 47** is a true and correct copy of the June 16, 2022 article titled "*Fanatics Collectibles Names Dick Clark Production Alum Mike Mahan as CEO*," by Eben Novy-Williams, published on the Variety website, available at https://variety.com/2022/biz/news/mike-mahan-fanatics-collectibles-dick-clark-1235299032/.

11

49. Attached as **Exhibit 48** is a true and correct copy of the X (formerly Twitter) Bio of Mike Mahan, last accessed on August 23, 2023, available at https://www.twitter.com/MikeMahan.

50. Attached as **Exhibit 49** is a true and correct copy of the LinkedIn profile of Greg Abovsky, last accessed on August 15, 2023, available at https://www.linkedin.com/in/abovsky.

51. Attached as **Exhibit 50** is a true and correct copy of the February 2, 2023 article titled "*Fanatics Hires Google Executive to Lead Push Into Live-Streamed Shopping*," by Patrick Coffee, published on the Wall Street Journal website, available at https://www.wsj.com/articles/fanatics-hires-google-executive-to-lead-push-into-live-streamed-shopping-11675289000.

52. Attached as **Exhibit 51** is a true and correct copy of the February 2, 2023 article titled "*Fanatics Hires CEO for New Fanatics Live Division*," published on the Sports Business Journal website, available at https://www.sportsbusinessjournal.com/Daily/Morning-Buzz/2023/02/02/fanatics-hires-nick-bell-fanatics-live-ceo.aspx.

53. Attached as **Exhibit 52** is a true and correct copy of the LinkedIn profile of Nick Bell, last accessed on August 15, 2023, available at https://www.linkedin.com/in/nickbelluk.

54. Attached as **Exhibit 53** is a true and correct copy of the March

12

2, 2023 article titled "*Fanatics Collectibles Names Ken Turner CMO*," by Josh Carpenter, published on the Sports Business Journal website, available at https://www.sportsbusinessjournal.com/Daily/Morning-Buzz/2023/03/02/fanatics-collectibles-names-ken-turner-cmo.aspx.

55. Attached as **Exhibit 54** is a true and correct copy of the September 13, 2022 article titled "*Fanatics Names Former Beats and MTV Executive As New CMO for Betting and Gaming*," by Jeff Beer, published on the Fast Company website, available at https://www.fastcompany.com/90788858/fanatics-names-former-beats-mtv-executive-as-new-cmo-for-betting-and-gaming?partner=rss&utm_source=t.

56. Attached as **Exhibit 55** is a true and correct copy of the LinkedIn profile for Jason White LinkedIn, last accessed on August 15, 2023, available at https://www.linkedin.com/in/jwhitelikes.

57. Attached as **Exhibit 56** is a true and correct copy of the October 20, 2022 article titled "*Fanatics Names Chief Financial Officer for Online Sports Betting Division Ahead of Launch*," by Anne Stych, published on Bizwomen Business Journal website, available at https://www.bizjournals.com/bizwomen/news/latest-news/2022/10/fanatics-names.html?page=all.

58. Attached as **Exhibit 57** is a true and correct copy of the LinkedIn profile for Andrea Ellis, last accessed on August 15, 2023, available at https://www.linkedin.com/in/andrea-ellis-874aa5b.

13

59. Attached as **Exhibit 58** is a true and correct copy of the April 27, 2023 article titled "*Fanatics Moves One Step Closer to IPO, Hiring Meta's Head of Investor Relations,*" by Ian Thomas published on the Crunchbase website, available at https://www.cnbc.com/2023/04/27/fanatics-moves-closer-to-ipo-with-hire-of-meta-investor-relations-head.html.

60. Attached as **Exhibit 59** is a true and correct copy of the Crunchbase profile for Deborah Crawford, last accessed on August 15, 2023, available at https://www.crunchbase.com/person/deborah-tuerk-crawford.

61. Attached as **Exhibit 60** is a true and correct copy of the May 11, 2023 article titled "*Fanatics Commerce Names Krishna Rao CFO,*" by Jean E. Palmieri, published on the Women's Wear Daily website, available at https://wwd.com/business-news/financial/fanatics-commerce-krishna-rao-chief-financial-officer-1235648295/.

62. Attached as **Exhibit 61** is a true and correct copy of the LinkedIn profile for Krishna Rao, last accessed on August 15, 2023, available at https://www.linkedin.com/in/krishna-rao-193b613.

63. Attached as **Exhibit 62** is a true and correct copy of the October 27, 2022 article titled "*Fanatics Hires its First Chief People Officer as Michael Rubin's Sports Business Giant Expand,*" by Riley de Leon, published on the CNBC website, available at https://www.cnbc.com/2022/10/27/michael-rubins-fanatics-hires-its-first-chief-people-officer.html.

64. Attached as **Exhibit 63** is a true and correct copy of the LinkedIn profile for Orlando Ashford, last accessed on August 15, 2023, available at https://www.linkedin.com/in/oashford?challengeId=AQGqjbchtJX0RAAAAYn5Z2oGAzDJWdR9WToXcgNFyFz4nNGpZJRcNsPs1Tchkue9hh1Ga7iad.

65. Attached as **Exhibit 64** is a true and correct copy of the Fanatics's "Global Footprint – Los Angeles Collectibles HQ" webpage, last accessed on August 15, 2023, available at https://www.fanaticsinc.com/global-footprint.

66. Attached as **Exhibit 65** is a true and correct copy of the Fanatics's "Collectibles Job Listings" webpage, last accessed on August 16, 2023, available at https://jobs.lever.co/fanatics?department=Fanatics%20Collectibles.

67. Attached as **Exhibit 66** is a true and correct copy of the Fanatics's "Total Job Listings" webpage, last accessed on August 16, 2023, available at https://jobs.lever.co/fanatics.

68. Attached as **Exhibit 67** is a true and correct copy of the landing page for Fanatics's official X (formerly Twitter) account, last accessed on August 24, 2023, available at https://twitter.com/Fanatics.

69. Attached as **Exhibit 68** is a true and correct copy of the April 12, 2022 Mutual Non-Disclosure Agreement between Fanatics SPV, LLC and

15

Panini America, Inc.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 28, 2023                    Respectfully submitted,

*/s/ Jason Hilborn*
Jason Hilborn
**Boies Schiller Flexner LLP**
401 East Las Olas Blvd.
Suite 1200
Fort Lauderdale, FL 33301
(954) 356-0011

*Counsel for Plaintiff*