UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Panini America, Inc.,

                         Plaintiff(s),

      -v-

Fanatics, Inc., Fanatics, LLC, Fanatics Collection Intermediate Holdco, Inc., Fanatics SPV, LLC, and Fanatics Holdings, Inc.,

                        Defendant(s).

-----------------------------------------------------------------X

**ORDER OF REFERENCE TO A MAGISTRATE JUDGE**

23 Civ. 9714 (LTS)(VF)

LAURA TAYLOR SWAIN, District Judge

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| **_X_** | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute:* _____ _____ | ___ | Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose:_____ |
| ___ | If referral is for discovery disputes for a specific period when the District Judge is unavailable, the time period of the referral:_____ | ___ | Habeas Corpus |
| | | ___ | Social Security |
| ___ | Referral for discovery disputes requiring prompt attention at any time when the District Judge is not immediately available (e.g., on trial or out of town) | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion:_____ _____ |
| | | | All such motions: ____ |
| ___ | Settlement* (Principals to participate as required by Magistrate Judge) | | |
| ___ | Inquest After Default/Damages Hearing | | |

* Do not check if already referred for general pretrial.

**SO ORDERED**.

DATED:    New York, New York
             September 12, 2024

                                                                   /s/ *Laura Taylor Swain*
                                                                  LAURA TAYLOR SWAIN
                                                                  United States District Judge