

November 27, 2024

**Via ECF**

The Honorable Valerie Figueredo
United States District Court Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

> Re: ***Panini America, Inc. v. Fanatics, Inc. et al.*, Case No. 1:23-cv-09714-LTS (S.D.N.Y. 2023); *Fanatics Collectibles TopCo, Inc. v. Panini S.p.A.*, Case No. 1:23-cv-06895-LTS (S.D.N.Y 2023)**

Dear Judge Figueredo:

We write on behalf of the Panini entities ("Panini") in response to Fanatics' November 26 letter, which continues to mischaracterize the "commercial dispute between GCP and Panini" that Fanatics says BSF "recently inserted itself into." ECF No. 131 at 1. Attached to this letter is the full correspondence with GCP about that dispute, which we think speaks for itself in showing the true nature of BSF's role. *See* Exhibits 1-5.

To recap, the Amended Complaint alleges that Fanatics bought GCP to "harm Panini," ¶ 149, by gaining "control over Panini's lifeblood," ¶ 139, and using that control to "undermine Panini's ability to perform," ¶ 121, and reinforce its monopoly from the six license agreements of unprecedented length and scope, ¶ 117. The Amended Complaint further details how Fanatics' CEO, Michael Rubin, threatened to "turn off the GCP machines devoted to Panini whenever it wanted," ¶ 140, and caused GCP to breach Panini's contract with GCP by buying GCP without Panini's consent, ¶ 133.

The recent GCP dispute that involved BSF arose after GCP (again, owned by Fanatics) ███████████ *See* Ex. 1 (Letter from Stuart Singer to Jerry Frank (June 20, 2024)), at 1*;* Ex. 4 (Letter from Stuart Singer to Jason Scheiderer (Aug. 14, 2024)), at 1. Indeed, even GCP recognized that ███████████ *See* Ex. 5 (Letter from Jason Scheiderer to Stuart Singer (Nov. 15, 2024)), at 1.

BSF was involved in these issues because they raised litigation, not commercial, issues, which were a natural outgrowth of the issues first raised by Panini's lawsuit against Fanatics nearly fifteen months ago. Nothing about BSF's involvement in this contractual dispute with GCP "militates," ECF No. 131 at 2, against Fanatics producing the six license agreements for all the reasons already explained.



Respectfully submitted,

*/s/ Stuart H. Singer*
Stuart H. Singer

cc:    All Counsel of Record (by ECF)