# EXHIBIT 1

| | |
|---|---|
| **Subject:** | Re: Document Production on Behalf of Fanatics |
| **Sent:** | 5/19/2025, 5:27:13 PM |
| **From:** | Eric Brenner<EBrenner@BSFLLP.com> |
| **To:** | Ted Ovrom; Stuart Singer; Sabria McElroy; Jessica Mugler; Megan Nyman; Jason Hilborn |
| **Cc:** | Michael Carlinsky; Derek Shaffer; Kathryn Bonacorsi; Neil Phillips; Amanda.Reeves@lw.com; Lawrence.Buterman@lw.com; Alicia.Jovais@lw.com; David.Johnson@lw.com; Emily.Viola@lw.com; Serena.Candelaria@lw.com |

**[EXTERNAL EMAIL from ebrenner@bsfllp.com]**

Counsel,

We have reviewed the license agreements produced on May 13, 2025. It remains our view that no redactions of these core trading card agreements are appropriate or justifiable under the Protective Order. Regardless, the redactions cover "financial terms" that are squarely relevant to the litigation. For example, the redactions cover terms regarding equity that are directly at issue in Panini's claims. Am. Compl. ¶¶ 8, 111, 181. The redactions also cover financial terms like royalty rates and minimum guarantees that are also squarely relevant to the litigation, including to Fanatics's defense that it obtained the license agreements because it offered "licensors better products and terms than Panini provided." Defs.' Answer at 2.

Please let us know when you are available to meet and confer to see if we can at least minimize the issues the Court will need to decide regarding the redactions at the next conference. We are available Wednesday (5/20) from 4pm-6pm, Thursday (5/21) from 1pm-2pm or Friday (5/22) from 3pm-5:30pm.

Finally, to the extent your letter is intended to suggest that your production is subject to conditions that go beyond the restrictions in the Protective Order, we do not agree. We of course confirm that BSF is not going to breach a court order governing the use of the License Agreements as Mr. Boies said in the letter you cite.

Thanks.

--Eric

**From:** Ted Ovrom <tedovrom@quinnemanuel.com>
**Date:** Tuesday, May 13, 2025 at 9:02 PM
**To:** Eric Brenner <EBrenner@BSFLLP.com>, Stuart Singer <ssinger@bsfllp.com>, Sabria McElroy <smcelroy@bsfllp.com>, Jessica Mugler <jmugler@BSFLLP.com>, Megan Nyman <mnyman@bsfllp.com>, Jason Hilborn <jhilborn@bsfllp.com>
**Cc:** Michael Carlinsky <michaelcarlinsky@quinnemanuel.com>, Derek Shaffer <derekshaffer@quinnemanuel.com>, Kathryn Bonacorsi <kathrynbonacorsi@quinnemanuel.com>, Neil Phillips <neilphillips@quinnemanuel.com>, Amanda.Reeves@lw.com <Amanda.Reeves@lw.com>, Lawrence.Buterman@lw.com <Lawrence.Buterman@lw.com>, Alicia.Jovais@lw.com <Alicia.Jovais@lw.com>, David.Johnson@lw.com <David.Johnson@lw.com>, Emily.Viola@lw.com <Emily.Viola@lw.com>, Serena.Candelaria@lw.com <Serena.Candelaria@lw.com>
**Subject:** Document Production on Behalf of Fanatics

**CAUTION**: External email. Please do not respond to or click on links/attachments unless you recognize the sender.

Counsel,

Please see the attached production letter. The password will be sent under separate cover.

Best,

**Ted Ovrom**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP

295 Fifth Avenue
New York, NY 10016
212-849-7069 Direct
212-849-7000 Main Office Number
319-331-8346 Cell
tedovrom@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]