# Exhibit G

| | |
|---|---|
| **From:** | Omar Wilkes |
| **Sent:** | Tuesday, April 18, 2023 12:57 PM CDT |
| **To:** | Mark Warsop |
| **CC:** | Mark Middlebrook |
| **Subject:** | Notice of Exclusive Athlete Agreement |
| **Attachments:** | Athlete Notice - Victor Wembanyama.pdf |

This is the first time you've received an email from this sender. Make sure this is someone you trust.

Dear Mr. Warsop,

Attached is communication in connection with Victor Wembanyama.

Omar


**Omar Wilkes** I Head of Athlete Relations
**Fanatics Collectibles**
Los Angeles, CA
+1 310-560-9653
owilkes@fanatics.com



Officially Licensed Everything


**Disclaimer**

Information contained in this e-mail message is confidential. This e-mail message is intended only for the personal use of the recipient(s) named above. If you are not an intended recipient, do not read, distribute or reproduce this transmission (including any attachments). If you have received this email in error, please immediately notify the sender by email reply and delete the original message.



April 18, 2023

Panini America, Inc.
5325 FAA Blvd Ste 100
Irving, TX 75061
Attn: Mark Warsop


      **Re:**      **Notice of Exclusive Athlete Agreement**

Dear Mark,

We are writing to inform you that Fanatics Collectibles signed a legally binding agreement with Victor Wembanyama which grants to Fanatics Collectibles, among other things, exclusive trading card, memorabilia and collectible rights, including exclusive rights to Victor Wembanyama's autograph services on trading cards. Please be advised that Fanatics will vigorously protect its exclusive rights under this agreement and will be closely monitoring any attempt by Panini to interfere with or undermine such rights.


Respectfully,

Omar Wilkes
Head of Athlete Relations


cc Agent for Victor Wembanyama