# Exhibit N

PAGES 47-133 ARE CONFIDENTIAL

IN THE DISTRICT COURT OF

DALLAS COUNTY, TEXAS

44th JUDICIAL DISTRICT

_____

PANINI AMERICA, INC.,

      Plaintiff,

  v.                              Case No.

ELI NICHOLAS MATIJEVICH, JR.,     DC-23-04798

CARLOS TORRES, DAVID SHARP,

BRIAN BAYNE, ALEXANDER CARBAJAL,

JOSEPH REYES, ELIZABETH GALAVIZ

AND FANATICS, LLC,

      Defendants.

_____

VIDEOCONFERENCE DEPOSITION OF

ELIZABETH GALAVIZ

DATE:          Thursday, May 11, 2023

TIME:          11:01 a.m.

LOCATION:      Remote Proceeding

               2200 Ross Ave Suite 2800

               Dallas, TX 75201

REPORTED BY:  Travis Brown, Notary Public

JOB NO.:      5916857

PAGES 47-133 ARE CONFIDENTIAL

Page 1

PAGES 47-133 ARE CONFIDENTIAL

Panini and consult with Leaf on players. I couldn't -- I wouldn't -- I can't work for, you know, another trading card company at the same time.

Q   Do you understand this Conflicting Activities section to be limited only to what you do in your role at Panini?  Or to any business conducted by the company?

MS. COLLINGS:  Object to the form of question.

A   I mean, I signed this document as an individual.  I would --

Q   Let me rephrase this.

A   Yeah, I don't --

Q   So you didn't design trading cards at Panini; correct?

A   Correct.

Q   If you went and consulted with another trading card manufacturer on the design of their cards, would that be a conflicting activity under this section of your agreement?

MS. COLLINGS:  Object to the form of the question.

A   I'm not a lawyer.  I -- I don't know.

Q   The next section is section four, which says Return of Company Materials.  Do you see that?

Page 30

A   Yes.

Q   Generally, what do you understand this section of your Employment Agreement to mean?

MS. COLLINGS:  Object to the form of the question.

A   Let me just review for a second.

Can you repeat the question?

Q   Yeah.  What do you understand section four, the Return of Company Materials section of your Employment Agreement to mean generally?

A   That once you're no longer employed with Panini, you should return all of Panini's property.

Q   And when you resigned from Panini, did you return all of Panini's property on that day or at a later date?

A   Say the question one more time.

Q   Yeah.  When you resigned from Panini, did you return all of Panini's property on the day you resigned or at a later date?

A   One item was returned later.

Q   What item was that?

A   It was a thumb drive.

Q   As you sit here today, do you have possession of any of Panini's property?

A   I do not.

Page 31

Q   Now, in the first sentence, the third line down, it mentions client profile data and customer lists.  Do you see that?

A   Sorry, one more time.  Where is it?

Q   The third line down of section four.  It says, "Client profile data and customer lists."  Do you see that?

A   Yes.

Q   What do you understand client profile data to mean?

MS. COLLINGS:  Object to the form of the question.

A   In my role, it would mean I -- to the best of my knowledge, it would mean how many deals you've done with a player and what the specifics of those deals were.  So that would be the -- if -- if you're calling a player a client, I again would not.  You know, we called them partners, partnerships, things like that.  I think clients usually pay you, but players certainly didn't pay us.  That would be my interpretation of that.

Q   All right.  Now, a little further down, we have section six, which says, "non-solicitation of employees."  Do you see that?

A   Yes.

Page 32

Q   What do you understand this section of your Employment Agreement to mean in general?

A   One second.

THE REPORTER:  I'm sorry, this is Travis.  Ms. Galaviz, you keep going uh-uh and uh-huh.  I need either a yes or no on that --

THE WITNESS:  Okay, no problem.

Okay.  Can you repeat the question?

BY MR. DAVISON:

Q   Yeah.  What did you understand section six, the non-solicitation of employees portion of your agreement to mean generally?

A   That employee information is confidential.  And I would not be able to use stuff that I -- confidential information to recruit or solicit an employee.

Q   And have you personally attempted to recruit or solicit an employee since you left Panini?

A   No.

Q   Have you personally assisted anyone in the recruitment or solicitation of an employee since you left Panini?

A   I would need more clarification on kind of what that -- what that means.

Q   Sure.  Have you provided any information

Page 33

9 (Pages 30 - 33)