UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
PANINI AMERICA, INC.,

                      Plaintiff,

         -against-

FANATICS, INC. et al,

                      Defendants.
-------------------------------------------------------------------X
FANATICS COLLECTIBLES TOPCO, INC.,

                      Plaintiff,

         -against-

PANINI S.P.A.,

                      Defendant.
-------------------------------------------------------------------X
PHILLIP JONES,

                      Plaintiff,

         -against-

FANATICS, INC., et al.,

                      Defendants.
-------------------------------------------------------------------X
ROBERT SCATURO, et al.,

                      Plaintiffs,

         -against-

FANATICS, INC., et al.,

                      Defendants.
-------------------------------------------------------------------X
SEAN AULD, et al.,

                      Plaintiffs,

         -against-

FANATICS, INC., et al.,

                      Defendants.
-------------------------------------------------------------------X
MITCHELL GOLDBERGER and BRUCE HONNOLD, on behalf
of themselves and all others similarly situated,

                    Plaintiffs,

         -against-

FANATICS, INC., et al.,

                      Defendants.
-------------------------------------------------------------------X

**23-CV-9714 (LTS) (VF)**
**23-CV-6895 (LTS) (VF)**
**25-CV-5776 (LTS) (VF)**
**25-CV-2202 (LTS) (VF)**
**25-CV-6825 (LTS) (VF)**
**25-CV-6369 (LTS) (VF)**

**ORDER RESCHEDULING**
**CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge.**

1

2

A case management conference for the related cases captioned above is hereby rescheduled for **Friday, October 17, 2025 at 2 p.m.** Counsel for the parties are directed to call Judge Figueredo's Microsoft Teams conference line at the scheduled time. **Please dial (646) 453-4442, pass code [672 657 074#].**

    SO ORDERED.

DATED:   New York, New York
              October 14, 2025

                                                                                         _____
                                                                                         VALERIE FIGUEREDO
                                                                                         United States Magistrate Judge