UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PANINI AMERICA, INC., *Plaintiff*, v. FANATICS, INC., FANATICS, LLC, FANATICS COLLECTIBLES INTERMEDIATE HOLDCO, INC., FANATICS SPV, LLC, and FANATICS HOLDINGS, INC., *Defendants.* | Case No. 1:23-cv-09714-LTS-VF |
| FANATICS COLLECTIBLES TOPCO, INC., *Plaintiff*, v. PANINI S.P.A., *Defendant.* | Case No. 1:23-cv-06895-LTS-VF |

### NOTICE OF INTENT TO REQUEST REDACTION

Notice is hereby given that a statement of redaction of the information filed under seal pursuant to ECF No. 218 will be submitted to the Court within 21 days from the filing of the transcript with the Clerk of Court.

Dated:  October 27, 2025

1

Respectfully submitted,

| | |
|---|---|
| */s/ Michael B. Carlinsky* | */s/ Lawrence E. Buterman* |
| Michael B. Carlinsky | Lawrence E. Buterman |
| Quinn Emanuel Urquhart & Sullivan LLP | Latham & Watkins LLP |
| 295 Fifth Avenue | 1271 Avenue of the Americas |
| New York, NY 10016 | New York, NY 10020 |
| michaelcarlinsky@quinnemanuel.com | lawrence.buterman@lw.com |
| (212) 849-7000 | (212) 906-1264 |
| | |
| *Counsel for Fanatics* | *Counsel for Fanatics* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record, and electronically served on Kristen Carannante, the Court Reporter/Transcriber, via email.

*/s/ Michael B. Carlinsky*
Michael B. Carlinsky