

November 21, 2025

**Via ECF**
The Honorable Laura Taylor Swain
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

# MEMO ENDORSED

Re: *Panini America, Inc. v. Fanatics, Inc. et al.*, Case No. 1:23-cv-09714-LTS-VF (S.D.N.Y. 2023) – Unopposed Extension Request

Dear Chief Judge Swain:

    We write on behalf of Plaintiff Panini America, Inc. ("Panini") to respectfully request that, in light of the intervening Thanksgiving holiday, the Court extend the deadline for Panini to object to Magistrate Judge Figueredo's November 13, 2025 non-dispositive order on custodians from November 28, 2025, to December 5, 2025.

    There have been no prior requests for such an extension and, if granted, the extension will not impact any other scheduled dates. Panini conferred with counsel for Fanatics on this request, and Fanatics does not object to the requested extension. We appreciate Your Honor's consideration of this request.

Respectfully submitted,

*/s/ David Boies*

David Boies
Eric Brenner
**BOIES SCHILLER FLEXNER LLP**
55 Hudson Yards
New York, NY 10001
Telephone: (212) 446-2300
dboies@bsfllp.com
ebrenner@bsfllp.com

Stuart H. Singer*
Sabria A. McElroy*
Jason Hilborn*
**BOIES SCHILLER FLEXNER LLP**
401 E. Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011

The foregoing request for an extension is granted.
SO ORDERED.
11/24/2025
/s/ Laura Taylor Swain, Chief USDJ



ssinger@bsfllp.com
smcelroy@bsfllp.com
jhilborn@bsfllp.com

James P. Denvir*
Richard A. Feinstein*
**BOIES SCHILLER FLEXNER LLP**
1401 New York Ave, NW
Washington, DC 20005
Telephone: (202) 237-2727
jdenvir@bsfllp.com
rfeinstein@bsfllp.com

*Counsel for Panini America, Inc.*

**pro hac vice*

cc:    All Counsel of Record (by ECF)