IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PANINI AMERICA, INC.<br><br>   Plaintiff,<br><br>v.<br><br>FANATICS, INC. ET AL<br><br>   Defendant. | Case No.: 1:23-cv-09714-LTS<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

  Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Meredith L. Schultz, hereby move this Court for an Order for Admission to practice *Pro Hac Vice* to appear as counsel for Plaintiff Panini America, Inc. in the above-captioned action.

  I am in good standing in the bar of the State of Florida, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: December 9, 2025

                 Respectfully submitted,

                 */s/ Meredith L. Schultz*
                 Meredith L. Schultz
                 Boies Schiller Flexner LLP
                 401 E Las Olas Blvd.
                 Suite 1200
                 Fort Lauderdale, FL 33301
                 Tel.: (954) 356-0011
                 mschultz@bsfllp.com

                 *Attorney for Plaintiff Panini America*