**LATHAM & WATKINS** LLP                    **quinn emanuel** trial lawyers | new york

December 9, 2025

**Via ECF**

The Honorable Laura Taylor Swain
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:     *Panini Am., Inc. v. Fanatics, Inc. et al.*, No. 1:23-cv-09714-LTS-VF (S.D.N.Y.)

Dear Chief Judge Swain:

We write on behalf of Fanatics to request an additional one-week extension of the deadline for Fanatics to object to Magistrate Judge Figueredo's November 20, 2025 non-dispositive order regarding production of Fanatics' agreements with certain athletes (ECF No. 238). Fanatics' objections are currently due on December 11, 2025. To allow the parties to discuss a potential compromise related to both parties' production of athlete agreement information, Fanatics requests an extension of the objection deadline to December 18, 2025.

The Court previously granted Fanatics' first extension request (ECF No. 243), and this second extension request, if granted, will not impact any other scheduled dates. Fanatics conferred with counsel for Panini, and Panini does not object to the requested extension. We appreciate Your Honor's consideration of this request.


Respectfully submitted,


*/s/ Michael B. Carlinsky*                          */s/ Lawrence E. Buterman*
Michael B. Carlinsky                          Lawrence E. Buterman
Quinn Emanuel Urquhart & Sullivan LLP         Latham & Watkins LLP
295 Fifth Avenue                              1271 Avenue of the Americas
New York, NY 10016                            New York, NY 10020
michaelcarlinsky@quinnemanuel.com             lawrence.buterman@lw.com
(212) 849-7000                                (212) 906-1264

*Counsel for Fanatics*                          *Counsel for Fanatics*


cc: All Counsel of Record (by ECF)