# EXHIBIT A

# EXHIBIT A

**Platform:** Text Message    **Timezone:** UTC-0500



Fanatics Jeff Gordon -

Device owner

2023/04/11

Fanatics Jeff Gordon -

Hey it's Jeff G
06:45:47 pm

Device owner

Hey, Jeff!
06:52:33 pm

Fanatics Jeff Gordon -

What's your schedule tomorrow? Also, want to link you with our Chief data and ai officer
06:53:04 pm

06:53:21 pm

Would love your take
06:53:24 pm

And support
06:53:27 pm

FAN-MAT_0000100
FAN-PAN-SDNY00008006

Honestly, still somewhat fluid...haha! In theory, I'm meeting with Clay at GC between 9-11 to review the org chart we didn't get through during our breakfast with David today, and then the 2 of us are supposed to meet with my team to discuss next steps between 11-1...but had a call with Mike today and there's a chance I'll have to leave Allen around noon  to work on something else between 1 - 3; ████████████

████ but isn't confirmed yet. All that said, I'd love to find some time to run through this with you and the cdaio, so I'll let you know how things look when I get a better handle on my afternoon, but worst case, we should be able to find some time on Thursday, as outside of a call with Greg, I don't have anything else on my calendar yet, and think everyone else clears out for home tomorrow

06:59:41 pm

Fanatics Jeff Gordon -

Ok great. I'll be at GC tomorrow morning

07:00:23 pm

See you there and we can chat quickly and can give you overview of thinking

07:00:34 pm

Then you and Jeffrey Yau can connect

07:00:43 pm

Device owner

Sounds like a plan - I'm dropping my daughter off for school around 745, so should be up there between 830 & 845, pending traffic conditions

07:01:27 pm

Fanatics Jeff Gordon -

Perfect - no rush but see you there

07:05:06 pm

Device owner



07:07:04 pm

Confidential

FAN-MAT_0000101

FAN-PAN-SDNY00008007

2023/04/12

Device owner

Jeff - just a heads-up that we're over in rlthe Color Dynamics conf room - was on calls all morning and then had trouble finding this as hadn't been here before
09:00:35 am



Fanatics Jeff Gordon -

Finishing calls myself
09:03:06 am

Device owner

Sounds good
09:05:19 am

Fanatics Jeff Gordon -

Will be in with Tim Getsch
09:05:44 am

Lmk when you guys free up
12:44:38 pm

Device owner

Close to wrapping up
12:45:03 pm

Fanatics Jeff Gordon -

Ok. I need to head to Sunnyvale shortly
12:46:41 pm

Device owner

We're clear now
01:00:45 pm

FAN-MAT_0000102
FAN-PAN-SDNY00008008

Fanatics Jeff Gordon -

Just left for Sunnyvale
01:17:50 pm

What's your plan rest of day?
01:17:55 pm



I have a flight at 4:45 out of DFW
01:18:01 pm

Device owner

I'm about to drive home in the next 30 minutes or so, which will take about an hour,
and my dayvis open from there
01:23:38 pm

2023/04/18

Device owner

Jeff - as a quick heads-up, my meeting this morning got pushed by an hour, which has
delayed the meeting/lunch with my directors as well, so I probably won't be available
now until between 1 & 130 your time (3 - 330 CST)
08:45:52 am

Fanatics Jeff Gordon -

Ok no problem
09:50:05 am

Device owner

Jeff - apologies for tge delay, but finally free if you guys are still working; if not, no
worries, and we can try to find some time tomorrow if that's better for you
03:56:23 pm

Fanatics Jeff Gordon -

Link with Hunter
04:17:00 pm

Confidential