# EXHIBIT B

# EXHIBIT B

| | |
|---|---|
| **From:** | Luraschi, Clay [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c3c44030174f47f4a71dc8938ad26248-CLurasch] |
| **Sent:** | 4/5/2023 3:50:41 PM |
| **To:** | Luraschi, Clay ▮▮▮▮▮▮▮▮▮▮▮▮▮▮Nick Matijevich ▮▮▮▮▮▮▮▮▮▮] |
| **Subject:** | Catch-Up |
| **Location:** | Microsoft Teams Meeting |
| **Start:** | 4/6/2023 6:00:00 PM |
| **End:** | 4/6/2023 6:30:00 PM |
| **Show Time As:** | Busy |

**Required Attendees:**    Nick Matijevich

---

# Microsoft Teams meeting

**Join on your computer, mobile app or room device**
Click here to join the meeting

▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮

Download Teams | Join on the web

**Or call in (audio only)**

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮

Find a local number | Reset PIN

Learn More | Meeting options

---

Confidential

FANPANTX00001929
FAN-PAN-SDNY00003123