# EXHIBIT C

# EXHIBIT C

**From:**        Casey Kravit[███████████]
**Sent:**        4/12/2023 9:12:11 AM
**To:**          Clay Luraschi [████████████]
**Subject:**     [EXT] Clays Roles - 4.11.2023 -1 .xlsx
**Attachments:** Clays Roles - 4.11.2023 -1 .xlsx

**External Message: Use caution when opening attachments, clicking links, or responding.**

List of roles we spoke through.

Thanks,
Casey

**Disclaimer**

Information contained in this e-mail message is confidential. This e-mail message is intended only for the personal use of the recipient(s) named above. If you are not an intended recipient, do not read, distribute or reproduce this transmission (including any attachments). If you have received this email in error, please immediately notify the sender by email reply and delete the original message.

Confidential

FANPANTX00004248
FAN-PAN-SDNY00005442

