January 2, 2026

**Via ECF**

The Honorable Valerie Figueredo
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:  *Panini America, Inc. v. Fanatics, Inc. et al.*, Case No. 1:23-cv-09714-LTS-VF (S.D.N.Y. 2023); *Fanatics Collectibles TopCo, Inc. v. Panini S.p.A.*, Case No. 1:23-cv-06895-LTS-VF (S.D.N.Y 2023)

Dear Judge Figueredo:

      The parties make this submission to update the Court regarding the status of discovery efforts in advance of the conference scheduled for January 7, 2026, in the above-referenced matters. The parties are continuing to work on various items, but there are no ripe disputes at this time. Accordingly, while the parties are available to proceed with the conference should Your Honor wish to do so, they propose adjourning it.

Respectfully submitted,

| | |
|---|---|
| */s/ David Boies* | */s/ Lawrence E. Buterman* |
| David Boies | Lawrence E. Buterman |
| | |
| *Counsel for Panini* | *Counsel for Fanatics* |

cc:    All Counsel of Record (via ECF)

1