January 22, 2026

**Via ECF**

The Honorable Laura Taylor Swain
Chief United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007

The Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Fanatics, LLC et al v. Lincoln International LLC*, No. 1:26-cv-543-ER; *Panini America, Inc. v. Fanatics, Inc., et al.*, No. 1:23-cv-9714-LTS-VF

Dear Your Honors:

Petitioners Fanatics, LLC, Fanatics Collectibles Intermediate Holdco, Inc., Fanatics SPV, LLC, and Fanatics Holdings, Inc. (collectively, "Fanatics") and Respondent Lincoln International LLC ("Lincoln") respectfully submit this joint letter to request that the action captioned *Fanatics, LLC et al. v. Lincoln International LLC*, No. 1:26-cv-543-ER (the "Subpoena Enforcement Action") be reassigned to Judge Swain and Magistrate Judge Figueredo.

Fanatics served a subpoena on Lincoln in connection with *Panini America, Inc. v. Fanatics, Inc.*, No. 23-cv-9714-LTS-VF (the "Underlying Action"), which is currently pending before Judges Swain and Figueredo. The subpoena called for compliance in the Northern District of Illinois, where Lincoln is based. Fanatics thus filed the Subpoena Enforcement Action in the Northern District of Illinois, but the parties subsequently stipulated to transfer the Subpoena Enforcement Action to the Southern District of New York (the issuing court) pursuant to Federal Rule of Civil Procedure 45(f) so that Judges Swain and Figueredo could hear this matter in the interest of judicial economy.

Fanatics and Lincoln respectfully submit that reassignment to Judges Swain and Figueredo would promote judicial efficiency and the interests of justice, as Judges Swain and Figueredo are already familiar with the factual background, parties, and discovery in the Underlying Action. Additionally, Judges Swain and Figueredo are best positioned to evaluate the relevance and proportionality of the discovery sought in the context of the Underlying Action.

For the foregoing reasons, the parties respectfully request reassignment of the Subpoena Enforcement Action to Judges Swain and Figueredo.

Respectfully submitted,

| | |
|---|---|
| */s/ Michael B. Carlinsky* | */s/ Vanessa R. Tiradentes* |
| Michael B. Carlinsky | Vanessa R. Tiradentes |
| Quinn Emanuel Urquhart & Sullivan LLP | Gould & Ratner LLP |
| 295 Fifth Avenue | 222 North LaSalle Street, Suite 300 |
| New York, NY 10016 | Chicago, IL 60601 |
| michaelcarlinsky@quinnemanuel.com | vtiradentes@gouldratner.com |
| (212) 849-7000 | (312) 236-3003 |
| | |
| *Counsel for Fanatics* | *Counsel for Lincoln International LLC* |