

March 10, 2026

**<u>Via ECF</u>**

The Honorable Valerie Figueredo
United States District Court Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

>  Re:  ***Panini America, Inc. v. Fanatics, Inc. et al.*, Case No. 1:23-cv-09714-LTS-VF**
>      **(S.D.N.Y. 2023)**

Dear Judge Figueredo:

We write on behalf of Panini America, Inc. ("Panini") in the above-referenced matter to request permission to file under seal an unredacted version of Panini's letter motion to compel Fanatics to respond to Panini's Interrogatory No. 10, together with exhibits attached thereto (the "Motion to Compel"). The Motion to Compel contains information designated confidential by Fanatics and NFLPI, a third party, in their productions. The sealed exhibits attached thereto constitute three documents produced by Fanatics and one document produced by NFLPI, all produced with confidentiality designations. The protective order entered in this case provides the following procedures for filing material designated confidential by an opposing party:

> To the extent a party wishes to file with the Court documents or information designated as Designated Materials by an opposing party, that party shall file the Designated Materials electronically under seal in accordance with Rule I.g.2 of the Hon. Valerie Figueredo's Individual Practices In Civil Cases. The filing party shall simultaneously serve counsel for the opposing party via email with the materials filed under seal. Within ten business days of the filing under seal, the designating party shall file a letter setting forth the basis for any permanent redactions or sealing on the docket, and any party opposing the redactions or sealing shall indicate its position in the letter. The letter shall attach the documents with any proposed redactions. At the same time as the filing, the party seeking permission to seal shall email a copy of the letter to Judge Figueredo's chambers with the proposed redactions highlighted in yellow.

ECF No. 160 ¶ 17.

Additionally, the protective order governs materials designated confidential by third parties as well. *See id.* ¶ 1.

Accordingly, Panini respectfully submits that good cause exists to file under seal the Motion to Compel consistent with the protocol agreed upon in the protective order. Pursuant to the Court's individual rules, Panini is filing proposed sealed documents electronically through the



Court's ECF system.  Panini is also filing a redacted version of the Motion to Compel publicly on the docket.

Respectfully submitted,

/s/ Stuart Singer

David Boies
Eric Brenner
**BOIES SCHILLER FLEXNER LLP**
55 Hudson Yards
New York, NY 10001
Telephone: (212) 446-2300
dboies@bsfllp.com
ebrenner@bsfllp.com

Stuart H. Singer*
Sabria A. McElroy*
Jason Hilborn*
**BOIES SCHILLER FLEXNER LLP**
401 E. Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
ssinger@bsfllp.com
smcelroy@bsfllp.com
jhilborn@bsfllp.com

James P. Denvir*
Richard A. Feinstein*
**BOIES SCHILLER FLEXNER LLP**
1401 New York Ave, NW
Washington, DC 20005
Telephone: (202) 237-2727
jdenvir@bsfllp.com
rfeinstein@bsfllp.com

*Counsel for Panini America, Inc.*

*\*pro hac vice*

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE
**Dated: March 13, 2026**

As citation to a protective order alone does not warrant sealing, Panini is directed to make a showing under Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 11 (2d Cir. 2006) by **Monday, April 13, 2026**.

cc:    All Counsel of Record (by ECF)