**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
PANINI AMERICA, INC.,

                              Plaintiff,                       **23-cv-9714 (LTS) (VF)**

          -against-

FANATICS, INC. et al,                              **<u>ORDER TO STRIKE</u>**

                          Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

For the reasons stated in the letter at ECF No. 302, the Clerk of Court is respectfully

directed to strike the document at ECF No. 294-4 from the docket but retain the summary docket

text for the record.

       **SO ORDERED.**

DATED:     New York, New York
             March 18, 2026

                                         _____
                                       VALERIE FIGUEREDO
                                        United States Magistrate Judge