**BSF** | BOIES
SCHILLER
FLEXNER

March 17, 2026

**Via ECF**

The Honorable Valerie Figueredo
United States District Court Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

   Re: *Panini America, Inc. v. Fanatics, Inc. et al.*, **Case No. 1:23-cv-09714-LTS-VF**
     **(S.D.N.Y. 2023)**

Dear Judge Figueredo:

  We write to inform the Court that Panini is withdrawing the motion to compel [ECF 293] that had been scheduled to be heard at tomorrow's discovery conference.  As the Court is aware from prior correspondence, this motion relates to issues concerning a pending subpoena to the NFLPA.  In these circumstances and with discussions with NFLPA about the scope of the subpoena response still ongoing, we do not intend to proceed with the motion at this time and will renew as appropriate.

        Respectfully submitted,

        */s/ Eric Brenner*

        David Boies
        Eric Brenner
        **BOIES SCHILLER FLEXNER LLP**
        55 Hudson Yards
        New York, NY 10001
        Telephone: (212) 446-2300
        dboies@bsfllp.com
        ebrenner@bsfllp.com

        Stuart H. Singer*
        Sabria A. McElroy*
        Meredith Schultz*
        **BOIES SCHILLER FLEXNER LLP**
        401 E. Las Olas Blvd., Suite 1200
        Fort Lauderdale, FL 33301
        Telephone: (954) 356-0011
        ssinger@bsfllp.com
        smcelroy@bsfllp.com

**BSF**

mschultz@bsfllp.com

James P. Denvir\*
Richard A. Feinstein\*
**BOIES SCHILLER FLEXNER LLP**
1401 New York Ave, NW
Washington, DC 20005
Telephone: (202) 237-2727
jdenvir@bsfllp.com
rfeinstein@bsfllp.com

*Counsel for Panini America, Inc.*

\**pro hac vice*

cc:    All Counsel of Record (by ECF)

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: March 18, 2026**

The motion to withdraw is GRANTED. The Clerk
of Court is respectfully directed to terminate the
motions at ECF Nos. 293 and 294.