**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
PANINI AMERICA, INC.,

                      Plaintiff,                          **23-CV-9714 (LTS) (VF)**

        -against-

FANATICS, INC. et al,                                  **ORDER**

                      Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

On September 30, 2025, Panini filed two letter motions to seal. See ECF Nos. 205, 208. In both motions, Panini did not make a showing under Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 11 (2d Cir. 2006), and instead cited only to the protective order. Relying on the protective order alone is insufficient to demonstrate that sealing is appropriate. In re Keurig Green Mountain Single-Serve Coffee Antitrust Litig., No. 14-MC-2542 (VSB), 2023 WL 196134, at *5 (S.D.N.Y. Jan. 17, 2023) ("[T]he existence of a protective order covering a document is not, in and of itself, sufficient grounds to seal or redact that document.").

Nonetheless, it is apparent to the Court based on its familiarity with the case that the letter that is the subject of the sealing motion at ECF No. 208 contains commercially sensitive information. The Clerk of Court is respectfully directed to maintain the viewing restrictions at ECF No. 211. The Clerk of Court is further directed to terminate the motion at ECF No. 208.

As to the sealing motion at ECF No. 205, the information sought to be sealed relates almost exclusively to Fanatics' organizational structure and its corporate executives. On its face, this information does not warrant sealing. The party interested in permanently sealing the documents subject to the sealing request at ECF No. 205 is directed to make a showing under Lugosch by **Tuesday, May 26, 2026**.

**SO ORDERED.**

DATED:    New York, New York
            April 23, 2026

_____
VALERIE FIGUEREDO
United States Magistrate Judge