UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PANINI AMERICA, INC.,

                       Plaintiff,           **23-CV-9714 (LTS) (VF)**

         -against-                    **ORDER**

FANATICS, INC. et al,

                    Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

On April 17, 2026, Panini submitted a letter motion seeking leave to produce certain documents from Lincoln International with redactions. ECF No. 314. In support of its motion, Panini submitted for in camera review an unredacted version of a Confidential Information Presentation prepared by Lincoln International, with proposed redactions in red. Fanatics opposes the request. ECF No. 319.

Some of the information Panini seeks to redact in the Confidential Information Presentation concerns financial projections and actual financial results of Panini S.p.A. However, as discussed with regards to the Citigroup subpoena, see ECF No. 316, such financial information (even if not solely for Panini America), may be relevant to Fanatics' arguments concerning market definition and financial harm. Additionally, as it concerned the Citigroup documents, Panini was instructed that information concerning Panini S.p.A.'s international collectibles business could be redacted only if it was a financial figure or metric, and only if such information is also commercially sensitive. Id. at 3. It appears that the financial figures in the Confidential Information Presentation have been shared with third parties such as potential buyers. Given the Court's ruling with regards to the Citigroup subpoena, Panini's request to redact financial projections and actual financial results of Panini S.p.A. from the Lincoln

1

International documents is denied. Any commercial sensitivity for that financial information is addressed by restricting the documents to Outside Counsel's Eyes Only. As it concerns other types of information in the Confidential Information Presentation (Confidential Information pp. 22, 63-66, 68-69, 71-72, 74, 83) such information does appear to be irrelevant, and Panini can produce the document with the proposed redactions.

The Clerk of Court is respectfully directed to terminate the letter motion at ECF No. 314.

**SO ORDERED.**

DATED:      New York, New York
            April 27, 2026

_____
VALERIE FIGUEREDO
United States Magistrate Judge