

September 30, 2025

**Via ECF**

The Honorable Valerie Figueredo
United States District Court Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      **Re:  *Panini America, Inc. v. Fanatics, Inc. et al.*, Case No. 1:23-cv-09714-LTS-VF
          (S.D.N.Y. 2023)**

Dear Judge Figueredo:

      We write on behalf of Panini America, Inc. ("Panini") in the above-referenced matter to request permission to file under seal an unredacted version of Panini's letter motion to compel ESI searches of certain Fanatics custodians and exhibits attached thereto (the "Letter Motion").  The Letter Motion contains information designated confidential by Fanatics in its productions.  In the parties' protective order entered in this case, the parties agreed on the following procedures for filing material designated confidential by an opposing party:

> To the extent a party wishes to file with the Court documents or information designated as Designated Materials by an opposing party, that party shall file the Designated Materials electronically under seal in accordance with Rule I.g.2 of the Hon. Valerie Figueredo's Individual Practices In Civil Cases. The filing party shall simultaneously serve counsel for the opposing party via email with the materials filed under seal. Within ten business days of the filing under seal, the designating party shall file a letter setting forth the basis for any permanent redactions or sealing on the docket, and any party opposing the redactions or sealing shall indicate its position in the letter. The letter shall attach the documents with any proposed redactions. At the same time as the filing, the party seeking permission to seal shall email a copy of the letter to Judge Figueredo's chambers with the proposed redactions highlighted in yellow.

ECF No. 160 ¶ 17.

      Accordingly, Panini respectfully submits that good cause exists to file under seal the Letter Motion consistent with the protocol agreed upon in the protective order.  Pursuant to the Court's individual rules, Panini is filing proposed sealed documents electronically through the Court's ECF system.  Panini is also filing a redacted version of the Letter Motion publicly on the docket.



Respectfully submitted,

/s/ Stuart Singer

David Boies
Eric Brenner
**BOIES SCHILLER FLEXNER LLP**
55 Hudson Yards
New York, NY 10001
Telephone: (212) 446-2300
dboies@bsfllp.com
ebrenner@bsfllp.com

Stuart H. Singer*
Sabria A. McElroy*
Jason Hilborn*
**BOIES SCHILLER FLEXNER LLP**
401 E. Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
ssinger@bsfllp.com
smcelroy@bsfllp.com
jhilborn@bsfllp.com

James P. Denvir*
Richard A. Feinstein*
**BOIES SCHILLER FLEXNER LLP**
1401 New York Ave, NW
Washington, DC 20005
Telephone: (202) 237-2727
jdenvir@bsfllp.com
rfeinstein@bsfllp.com

*Counsel for Panini America, Inc.*

**pro hac vice*

---

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE        Dated: May 26, 2026

The motion to seal is GRANTED. The basis for sealing is that the Court previously granted Fanatics' request to seal the kind of information sought to be sealed here (see ECF No. 270), where Fanatics made a proper showing under Lugosch that "non-public information regarding Fanatics' internal organizational, operational, and employment structure" constitutes "confidential, sensitive business information" (ECF No. 263). The Clerk of Court is respectfully directed to maintain the viewing restrictions at ECF Nos. 207, 207-1, 207-2, and 207-3. The Clerk of Court is further directed to terminate the motion at ECF No. 205.