**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
PANINI AMERICA, INC.,

                  Plaintiff,                  **23-CV-9714 (LTS) (VF)**

       -against-

FANATICS, INC. et al,                        **ORDER**

                  Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

A discovery conference is hereby scheduled for **Tuesday, June 16, 2026, at 3 p.m.** in Courtroom 17-A, 500 Pearl Street, New York, New York.

The parties must submit all letters (both opening letters and responses) on the outstanding discovery disputes concerning document production and custodians no later than **Friday, June 12, 2026, at 5 p.m.** The parties are directed to confer with each other regarding the specific dates on which they will submit their opening letters and responses.

Each party is directed to submit a single opening letter, limited to 7 single-spaced pages, addressing all document production and custodian disputes.

      **SO ORDERED.**

DATED:    New York, New York
          June 1, 2026

                                _____
                                VALERIE FIGUEREDO
                                United States Magistrate Judge