# EXHIBIT 29

From: Jessica Mugler <jmugler@BSFLLP.com>
Sent: Thursday, April 30, 2026 12:31 PM
To: Sabria McElroy <smcelroy@bsfllp.com>; Brian.Goodell@lw.com; Rachel E. Noveroske <rnoveroske@bsfllp.com>; Megan Nyman <mnyman@bsfllp.com>; David Boies <DBoies@BSFLLP.com>; Stuart Singer <ssinger@bsfllp.com>; Eric Brenner <EBrenner@BSFLLP.com>; Meredith Schultz <mschultz@bsfllp.com>
Cc: Emily.Viola@lw.com; Michael Carlinsky <michaelcarlinsky@quinnemanuel.com>; Derek Shaffer <derekshaffer@quinnemanuel.com>; Kathryn Bonacorsi <kathrynbonacorsi@quinnemanuel.com>; Neil Phillips <neilphillips@quinnemanuel.com>; Elle Mahdavi <ellemahdavi@quinnemanuel.com>; Amanda.Reeves@lw.com; Yvonne Zhang <yvonnezhang@quinnemanuel.com>; Ted Ovrom <tedovrom@quinnemanuel.com>; Lawrence.Buterman@lw.com; Alicia.Jovais@lw.com; Lindsay.Martin@lw.com; Carolina Yu <carolinayu@quinnemanuel.com>; Adam.Chernicoff@lw.com
Subject: RE: Panini America v. Fanatics Inc. - Athlete Agreement Discovery Proposal

[EXTERNAL EMAIL from jmugler@bsfllp.com]

Counsel,

As previewed, please see the list below of the 41 exclusive Panini rookies described in our offer. To the extent it was not clear, Panini is willing to produce summary sheets for these 41 athletes, plus up to five more athletes of Fanatics' choosing with whom Panini had non-exclusive agreements as long as the additional athletes were NBA, NFL, or MLB rookies between 2021-2025 consistent with our prior offers

1

and representations.  As for the 41 exclusives, we are looking into how long it would take to prepare summary sheets and will get back to you with a date.

**NBA**



**NFL**

Thanks,

**Jessica Mugler**
Associate

**BOIES SCHILLER FLEXNER** LLP

1401 New York Avenue, N.W.
Washington, DC 20005
(c) +1 636-697-6497
(d) +1 202-274-1169
jmugler@bsfllp.com
www.bsfllp.com

---

**From:** Sabria McElroy <smcelroy@bsfllp.com>
**Sent:** Wednesday, April 29, 2026 5:50 PM
**To:** Brian.Goodell@lw.com; Jessica Mugler <jmugler@BSFLLP.com>; Rachel E. Noveroske <rnoveroske@bsfllp.com>; Megan Nyman <mnyman@bsfllp.com>; David Boies <DBoies@BSFLLP.com>; Stuart Singer <ssinger@bsfllp.com>; Eric Brenner <EBrenner@BSFLLP.com>; Meredith Schultz <mschultz@bsfllp.com>
**Cc:** Emily.Viola@lw.com; michaelcarlinsky@quinnemanuel.com; derekshaffer@quinnemanuel.com; kathrynbonacorsi@quinnemanuel.com; neilphillips@quinnemanuel.com; ellemahdavi@quinnemanuel.com; Amanda.Reeves@lw.com; yvonnezhang@quinnemanuel.com; tedovrom@quinnemanuel.com; Lawrence.Buterman@lw.com; Alicia.Jovais@lw.com; Lindsay.Martin@lw.com; carolinayu@quinnemanuel.com; Adam.Chernicoff@lw.com
**Subject:** RE: Panini America v. Fanatics Inc. - Athlete Agreement Discovery Proposal

Brian,

As to your proposed date for the exchange of athlete summaries, we are not in position to provide our summary by May 5. Fanatics was ordered to produce this information by the Court in the fall and has had months to prepare it. We are still in the information gathering process. And, as we have explained, Fanatics must produce its summary regardless of what we agree to here. That said, if do reach an agreement or partial agreement, we can provide our list of in-scope athletes next week and prepare our summary within 2 weeks thereafter.

As for the substance of your proposal, we are unclear on what you mean when you state we are at impasse on the other items in our proposal. Please provide your position on the questions noted below in brackets so we can evaluate what you are proposing and what issues we need to raise with the Court:

- Fanatics is only required to produce athlete negotiations responsive to RFP Nos. 55 and 57 of Panini's Second Set of Requests for the 46 athletes identified by Panini. However, Panini reserves the right to request further production of documents relating to other athletes if this production is insufficient. **[No question]**
- Fanatics agrees to withdraw its objections to RFP 4 of Panini's Third Set of Requests and produce payments to these 46 athletes. Contrary to Fanatics' objections, this request for payments is distinct from RFPs 54 and 56, which pertain to negotiations and the terms of the agreements. RFP 4 of the Third Set of Requests (like Fanatics' RFP 51) seeks the actual amount of payments made to these athletes during the term of the agreement, which amount may differ from the payment terms if, for example, the player did not provide all autographs. **[Is Fanatics maintaining its refusal to produce payments for the 46 athletes? ]**
- Panini will not seek additional athlete negotiations and communications responsive to Requests 1 and 3 of its Third Set of Requests (*i.e.*, Topps communications and agreements with athletes between 2014 and 2017). Panini reserves the right to continue to seek other documents within the scope of those requests, which, contrary to Fanatics' objections, are not duplicative of other requests. **[Based on your email, we do not have an agreement here and Panini reserves the right to seek additional athlete negotiations responsive to these Requests.]**

- To the extent athlete negotiations are responsive to other requests for which Fanatics has agreed or been ordered to produce documents—including, but not limited to, RFP Nos. 52 and 53—they will be produced OCEO. **[Fanatics has already agreed to produce athlete negotiations responsive to RFP Nos. 52 and 53, regardless of whether they are part of the 46 identified above.  Please confirm that you're not retracting this prior agreement.]**

As to your relevance arguments, we disagree that Panini's athlete agreements with high school and college students and one WNBA player are relevant to any issue in this case. As we have explained, the existence or terms of these agreements have no bearing on the relevant market. Fanatics' new argument that these agreements are somehow relevant to Panini's business strategy is equally baseless. Panini has already agreed to produce documents concerning its business plans and strategies. The actual terms of Panini's individual athlete agreements and negotiations are not probative of the issues Fanatics identifies. There is no legitimate discovery need for these agreements, and Fanatics' attempt to conflate Panini's general business planning with the specifics of individual athlete contracts is misplaced. And, even if (contrary to fact) such agreements were relevant to either the market definition or Panini's business strategy, Fanatics' position would necessarily implicate a much broader scope of Fanatics' own athlete agreements than what Panini has sought in connection with its rookie lockup allegations. Panini has limited its requests to agreements and negotiations relevant to the specific conduct at issue—namely, Fanatics' exclusive deals with NFL and NBA rookies to foreclose Panini from obtaining autographs during the remaining term of its licenses. If Fanatics intends to pursue these other theories, Panini reserves all rights to seek further production of Fanatics' athlete agreements and related documents on the same basis.

Best,
Sabria

---

**From:** Brian.Goodell@lw.com <Brian.Goodell@lw.com>
**Sent:** Tuesday, April 28, 2026 10:04 PM
**To:** Jessica Mugler <jmugler@BSFLLP.com>; Sabria McElroy <smcelroy@bsfllp.com>; Rachel E. Noveroske <rnoveroske@bsfllp.com>; Megan Nyman <mnyman@bsfllp.com>; David Boies <DBoies@BSFLLP.com>; Stuart Singer <ssinger@bsfllp.com>; Eric Brenner <EBrenner@BSFLLP.com>; Meredith Schultz <mschultz@bsfllp.com>
**Cc:** Emily.Viola@lw.com; michaelcarlinsky@quinnemanuel.com; derekshaffer@quinnemanuel.com; kathrynbonacorsi@quinnemanuel.com; neilphillips@quinnemanuel.com; ellemahdavi@quinnemanuel.com; Amanda.Reeves@lw.com; yvonnezhang@quinnemanuel.com; tedovrom@quinnemanuel.com; Lawrence.Buterman@lw.com; Alicia.Jovais@lw.com; Lindsay.Martin@lw.com; carolinayu@quinnemanuel.com; Adam.Chernicoff@lw.com
**Subject:** RE: Panini America v. Fanatics Inc. - Athlete Agreement Discovery Proposal

**CAUTION: External email. Please do not respond to or click on links/attachments unless you recognize the sender.**

---

Jessica,

We are prepared to agree to a mutual production of summary sheets for the 46 athletes in your list and the ~30 unidentified NFL, NBA, and MLB athletes that you have alluded to below.  We propose exchanging these summary sheets on May 5, 2026 at 5 PM provided that you promptly provide us with your list of ~30 athletes for our evaluation, and provided the identities are acceptable to Fanatics.

We also propose the parties produce negotiation documents for the athletes on both of the above lists (i.e., the 46 Fanatics athletes on Panini's list and the ~30 Panini athletes you reference).  However,

Fanatics does not agree that Panini can limit production to only those documents that hit on existing search terms.  These terms were not designed to capture the specific negotiation documents at issue, especially given that Panini has not disclosed its list of athletes.  We are willing to meet and confer with regard to reasonable search term modifications, as well as custodian and date limitations that would limit the burden of additional review.

As discussed, we are at impasse on the remaining items in your proposal, and we plan to move to compel with regard to the additional non-pro and non-NFL/NBA/MLB athletes that we identified along with the associated negotiation documents.  Panini cannot limit the scope of discovery based on its own narrow concept of a market limited to NFL, NBA, and MLB products.  Further, documents and publicly available information indicate that Panini believes its future in this industry is unlicensed player-autographs cards; that renders Panini's athlete agreements broadly relevant to issues including injury and damages.  Fanatics reserves all rights.

Please let us know if you agree to our proposal for a mutual exchange of the above-referenced summary sheets on May 5 by no later than May 1.

Thanks,

Brian

**Brian B. Goodell**

**LATHAM & WATKINS LLP**
555 Eleventh Street, NW | Suite 1000 | Washington, D.C. 20004-1304
D: +1.202.637.2156

---

**From:** Jessica Mugler <jmugler@BSFLLP.com>
**Sent:** Wednesday, April 22, 2026 7:13 PM
**To:** Goodell, Brian (DC) <Brian.Goodell@lw.com>; Sabria McElroy <smcelroy@bsfllp.com>; Rachel E. Noveroske <rnoveroske@bsfllp.com>; Megan Nyman <mnyman@bsfllp.com>; David Boies <DBoies@BSFLLP.com>; Stuart Singer <ssinger@bsfllp.com>; Eric Brenner <EBrenner@BSFLLP.com>; Meredith Schultz <mschultz@bsfllp.com>
**Cc:** Viola, Emily (NY) <Emily.Viola@lw.com>; michaelcarlinsky@quinnemanuel.com; derekshaffer@quinnemanuel.com; kathrynbonacorsi@quinnemanuel.com; neilphillips@quinnemanuel.com; ellemahdavi@quinnemanuel.com; Reeves, Mandy (DC) <Amanda.Reeves@lw.com>; yvonnezhang@quinnemanuel.com; tedovrom@quinnemanuel.com; Buterman, Larry (NY-DC) <Lawrence.Buterman@lw.com>; Jovais, Alicia (Bay Area) <Alicia.Jovais@lw.com>; Martin, Lindsay (NY) <Lindsay.Martin@lw.com>; carolinayu@quinnemanuel.com; Chernicoff, Adam (NY) <Adam.Chernicoff@lw.com>
**Subject:** RE: Panini America v. Fanatics Inc. - Athlete Agreement Discovery Proposal

Brian,

As discussed on the parties' April 16 meet and confer, Fanatics' athlete agreements, including payments under those agreements, are relevant to Panini's allegations at Am. Compl. ¶¶ 163–169. These allegations specifically concern Fanatics' targeted efforts to execute exclusive deals with star, rookie NFL and NBA players to deprive Panini of the ability to include those players' original, handwritten autographs on its trading cards during the remaining years of Panini's existing licenses.  To the extent Panini's own athlete agreements have any relevance – either as "comparators" or evidence of "industry norms" – they must be reasonably connected to the conduct at issue, which concerns exclusive deals

with NFL and NBA rookies. We do not see how negotiations and agreements with high school or college athletes, or athletes in other sports, could serve as meaningful comparators or reflect relevant industry norms.

You have also suggested that all of Panini's athlete agreements are discoverable because Fanatics views the relevant market as broader than what we allege in the Amended Complaint. We disagree and you have offered no explanation as to how Panini's negotiations and agreements with individual athletes would inform the assessment of the relevant market.

Since the parties have been unable to come to agreement on a list as proposed by Fanatics, Panini is offering the proposal outlined below and will proceed in this manner absent agreement. This is the same proposal Panini sent on February 17, which Fanatics was willing to accept if agreement was reached on the list of Panini's athletes, except that in this scenario, Panini will identify up to 50 of its highest-paid NFL, NBA, or MLB rookies between 2021 and 2025 with whom it had exclusive agreements.

**Fanatics' Production:**
- Fanatics is only required to produce athlete negotiations responsive to RFP Nos. 55 and 57 of Panini's Second Set of Requests for the 46 athletes identified by Panini. However, Panini reserves the right to request further production of documents relating to other athletes if this production is insufficient.
- Fanatics agrees to withdraw its objections to RFP 4 of Panini's Third Set of Requests and produce payments to these 46 athletes. Contrary to Fanatics' objections, this request for payments is distinct from RFPs 54 and 56, which pertain to negotiations and the terms of the agreements. RFP 4 of the Third Set of Requests (like Fanatics' RFP 51) seeks the actual amount of payments made to these athletes during the term of the agreement, which amount may differ from the payment terms if, for example, the player did not provide all autographs.
- Panini will not seek additional athlete negotiations and communications responsive to Requests 1 and 3 of its Third Set of Requests (*i.e.,* Topps communications and agreements with athletes between 2014 and 2017). Panini reserves the right to continue to seek other documents within the scope of those requests, which, contrary to Fanatics' objections, are not duplicative of other requests.
- To the extent athlete negotiations are responsive to other requests for which Fanatics has agreed or been ordered to produce documents—including, but not limited to, RFP Nos. 52 and 53—they will be produced OCEO.

**Panini's Production:**
- Panini is willing to produce negotiations, agreement summaries, and payments as described in the offer below for up to 50 exclusive NFL, NBA, and MLB rookies between 2021 and 2025. The total number of NFL, NBA, and MLB athletes that were rookies between 2021 and 2025 and had exclusive agreements with Panini is likely less than 50. We anticipate the number is around 30, but we are still investigating.
- Panini will identify the highest-paid NFL, NBA, and MLB athletes that were rookies between 2021 and 2025 and had exclusive agreements with Panini during their rookie year. If more than 50, then Panini will identify the 50 highest-paid athletes. Panini will produce summary sheets of the terms of those athlete's rookie agreements with Panini, as Fanatics was ordered to do for Requests 54 and 56.
- In response to RFP 51 of Fanatics' First Set of Requests for Production, Panini is only required to produce payments to the identified athletes.

- Panini will also agree to produce negotiations with the identified athletes—on Fanatics' athlete list and Panini's athlete list—to the extent the negotiation documents are captured by the existing search terms.
- The above productions will satisfy Fanatics' requests for documents responsive to RFP 51 and its requests for athlete communications, agreements, and negotiations in RFPs 3, 4, 35, 38, and 70. Panini otherwise maintains its objections to producing athlete documents and communications in response to these requests.
- To the extent athlete negotiations are responsive to other requests for which Panini has agreed or been ordered to produce documents, they will be produced OCEO.

If you think further discussion would be productive, we can discuss on our next meet and confer call this Friday.  If we are at impasse, please let us know whether Fanatics intends to withhold any of the documents set forth above under Fanatics' production so that we can raise the dispute with the Court. Panini reiterates that the Court has already ordered Fanatics to produce summaries of the agreements with the 46 exclusive athletes in response to RFP Nos. 54 and 56 at ECF No. 238. Fanatics must produce these summaries now without further delay, regardless of whether the parties reach agreement on the mutual scope of athlete agreement production outlined above. There is no basis to withhold court-ordered discovery.


Thanks,

**Jessica Mugler**
Associate

BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, DC 20005
(c) +1 636-697-6497
(d) +1 202-274-1169
jmugler@bsfllp.com
www.bsfllp.com

---

**From:** Brian.Goodell@lw.com <Brian.Goodell@lw.com>
**Sent:** Thursday, April 16, 2026 9:20 PM
**To:** Sabria McElroy <smcelroy@bsfllp.com>; Jessica Mugler <jmugler@BSFLLP.com>; Rachel E. Noveroske <rnoveroske@bsfllp.com>; Megan Nyman <mnyman@bsfllp.com>; David Boies <DBoies@BSFLLP.com>; Stuart Singer <ssinger@bsfllp.com>; Eric Brenner <EBrenner@BSFLLP.com>; Meredith Schultz <mschultz@bsfllp.com>
**Cc:** Emily.Viola@lw.com; michaelcarlinsky@quinnemanuel.com; derekshaffer@quinnemanuel.com; kathrynbonacorsi@quinnemanuel.com; neilphillips@quinnemanuel.com; ellemahdavi@quinnemanuel.com; Amanda.Reeves@lw.com; yvonnezhang@quinnemanuel.com; tedovrom@quinnemanuel.com; Lawrence.Buterman@lw.com; Alicia.Jovais@lw.com; Lindsay.Martin@lw.com; carolinayu@quinnemanuel.com; Adam.Chernicoff@lw.com
**Subject:** RE: Panini America v. Fanatics Inc. - Athlete Agreement Discovery Proposal


**CAUTION**: **External email. Please do not respond to or click on links/attachments unless you recognize the sender.**

---

Sabria,

We disagree with your assertion that "only ... NFL, NBA, or MLB rookies between 2021 and 2025" are relevant and that "college athletes who have not been drafted, at least one WNBA player, and several high school players" are "irrelevant." As you know, Fanatics disputes Panini's assertion that the market is limited to "fully licensed" NFL, NBA, and MLB trading cards. Panini's payments to non-NFL, NBA, and MLB athletes, and to athletes not yet associated with any league (who could appear on "non-fully licensed" cards and, later, on "fully licensed" cards), are relevant to Fanatics' defense that the market is broader than Panini alleges. Panini may not limit the scope of discovery based on its own conception of the market. Further, Panini takes issue with the timing of Fanatics' signing of rookies. See Am. Compl. ¶¶ 163-169. Evidence that Panini also entered into exclusive agreements with rookies before they went pro is plainly relevant to Fanatics' defense that signing talented players early is commonplace in the industry.

Your vague claim that "the Court has already denied Fanatics' efforts to obtain discovery into Panini's agreements with high school students" is a mischaracterization at best. In the January 5, 2026 order, the Court declined to order Panini to respond to several RFPs related to Panini's unlawful and unethical conduct because the RFPs did not bear directly on "the licensors' decisions to leave Panini." ECF No. 273 at 2. The Court did not issue any ruling on the scope of discovery regarding high school player agreements generally.

With respect to Panini's demand that Fanatics simply proceed with producing summary sheets for 46 athletes and various athlete negotiation documents, that would defeat the entire purpose of the negotiations the parties have been engaged in for over two months now, and we will not do so.

We look forward to discussing tomorrow.

Thanks,

Brian

**Brian B. Goodell**

**LATHAM & WATKINS LLP**
555 Eleventh Street, NW | Suite 1000 | Washington, D.C. 20004-1304
D: +1.202.637.2156

---

**From:** Sabria McElroy <smcelroy@bsfllp.com>
**Sent:** Monday, April 13, 2026 10:15 PM
**To:** Goodell, Brian (DC) <Brian.Goodell@lw.com>; Jessica Mugler <jmugler@BSFLLP.com>; Rachel E. Noveroske <rnoveroske@bsfllp.com>; Megan Nyman <mnyman@bsfllp.com>; David Boies <DBoies@BSFLLP.com>; Stuart Singer <ssinger@bsfllp.com>; Eric Brenner <EBrenner@BSFLLP.com>; Meredith Schultz <mschultz@bsfllp.com>
**Cc:** Viola, Emily (NY) <Emily.Viola@lw.com>; michaelcarlinsky@quinnemanuel.com; derekshaffer@quinnemanuel.com; kathrynbonacorsi@quinnemanuel.com; neilphillips@quinnemanuel.com; ellemahdavi@quinnemanuel.com; Reeves, Mandy (DC) <Amanda.Reeves@lw.com>; yvonnezhang@quinnemanuel.com; tedovrom@quinnemanuel.com; Buterman, Larry (NY-DC) <Lawrence.Buterman@lw.com>; Jovais, Alicia (Bay Area) <Alicia.Jovais@lw.com>; Martin, Lindsay (NY) <Lindsay.Martin@lw.com>; carolinayu@quinnemanuel.com; Chernicoff, Adam (NY) <Adam.Chernicoff@lw.com>
**Subject:** RE: Panini America v. Fanatics Inc. - Athlete Agreement Discovery Proposal

Brian,

As an initial matter, Fanatics is in no position to complain about the pace of this process. After Panini sent its counterproposal on February 17, 2026, Fanatics waited over five weeks—until March 24—to provide its revised list.

We have now reviewed Fanatics' revised list, and it is not acceptable. Although Fanatics removed certain established veterans, the revised list still includes numerous college athletes who have not been drafted, at least one WNBA player, and several high school players. None of these athletes have any relevance to the claims or defenses in this litigation. Indeed, the Court has already denied Fanatics' efforts to obtain discovery into Panini's agreements with high school students. Fanatics' attempt to pursue that same discovery through this process is improper, and it is concerning that Fanatics would seek it. Panini will not produce agreements or negotiation documents relating to these irrelevant athletes, and Fanatics has no legitimate need for them. To be clear, the only athletes Panini will consider for any mutual scope of production are those who were NFL, NBA, or MLB rookies between 2021 and 2025.

As for the summary sheets of Fanatics' agreements with the 46 athletes identified by Panini, the Court has already ordered Fanatics to produce these summaries.  Fanatics must do so now without further delay. There is no basis to withhold court-ordered discovery even if these negotiations continue.

Panini remains willing to discuss a potential compromise on the mutual scope of production for NFL, NBA, and MLB rookie agreements and negotiations. However, since this is a "gating" issue, as you note, we think the best course at this point is for the parties to promptly proceed with productions of documents that have already been ordered by the Court or agreed to, designating documents that reveal the terms of agreements as Outside Counsel Eyes Only pursuant to the protective order. In Fanatics' case, that includes the the summary sheets for the 46 exclusive athletes and athlete negotiations responsive to RFP Nos. 52, 53, 55, and 57.

If Fanatics remains interested in continuing to try to reach agreement on the scope of athlete agreement productions, we remain open to doing so but suggest we schedule a meet and confer call within the next week to continue those discussions. If not, please let us know whether Fanatics will agree to produce documents responsive to RFP No. 4 from Panini's third set of RFPs so that we can tee up any remaining disputes promptly with the Court.

Best,
Sabria

---

**From:** Brian.Goodell@lw.com <Brian.Goodell@lw.com>
**Sent:** Monday, April 13, 2026 10:43 AM
**To:** Sabria McElroy <smcelroy@bsfllp.com>; Jessica Mugler <jmugler@BSFLLP.com>; Rachel E. Noveroske <rnoveroske@bsfllp.com>; Megan Nyman <mnyman@bsfllp.com>; David Boies <DBoies@BSFLLP.com>; Stuart Singer <ssinger@bsfllp.com>; Eric Brenner <EBrenner@BSFLLP.com>; Meredith Schultz <mschultz@bsfllp.com>
**Cc:** Emily.Viola@lw.com; michaelcarlinsky@quinnemanuel.com; derekshaffer@quinnemanuel.com; kathrynbonacorsi@quinnemanuel.com; neilphillips@quinnemanuel.com; ellemahdavi@quinnemanuel.com; Amanda.Reeves@lw.com; yvonnezhang@quinnemanuel.com; tedovrom@quinnemanuel.com; Lawrence.Buterman@lw.com; Alicia.Jovais@lw.com; Lindsay.Martin@lw.com; carolinayu@quinnemanuel.com; Adam.Chernicoff@lw.com
**Subject:** RE: Panini America v. Fanatics Inc. - Athlete Agreement Discovery Proposal

**<span style="color:red">CAUTION</span>: External email. Please do not respond to or click on links/attachments unless you recognize the sender.**

---

Sabria,

It has now been almost three weeks since we sent our proposal.  As you know, an agreement on the scope of athlete agreements and related negotiation documents is a gating item to Fanatics' remaining custodial productions.  Please respond to our proposal by **April 14.**

Thanks,

Brian

**Brian B. Goodell**

**LATHAM & WATKINS LLP**
555 Eleventh Street, NW | Suite 1000 | Washington, D.C. 20004-1304
D: +1.202.637.2156

---

**From:** Goodell, Brian (DC)
**Sent:** Monday, April 6, 2026 11:09 AM
**To:** 'Sabria McElroy' <smcelroy@bsfllp.com>; 'Jessica Mugler' <jmugler@BSFLLP.com>; 'Rachel E. Noveroske' <rnoveroske@bsfllp.com>; 'Megan Nyman' <mnyman@bsfllp.com>; 'David Boies' <DBoies@BSFLLP.com>; 'Stuart Singer' <ssinger@bsfllp.com>; 'Eric Brenner' <EBrenner@BSFLLP.com>; 'Meredith Schultz' <mschultz@bsfllp.com>
**Cc:** Viola, Emily (NY) <Emily.Viola@lw.com>; 'michaelcarlinsky@quinnemanuel.com' <michaelcarlinsky@quinnemanuel.com>; 'derekshaffer@quinnemanuel.com' <derekshaffer@quinnemanuel.com>; 'kathrynbonacorsi@quinnemanuel.com' <kathrynbonacorsi@quinnemanuel.com>; 'neilphillips@quinnemanuel.com' <neilphillips@quinnemanuel.com>; 'ellemahdavi@quinnemanuel.com' <ellemahdavi@quinnemanuel.com>; Reeves, Mandy (DC) <Amanda.Reeves@lw.com>; 'yvonnezhang@quinnemanuel.com' <yvonnezhang@quinnemanuel.com>; 'tedovrom@quinnemanuel.com' <tedovrom@quinnemanuel.com>; Buterman, Larry (NY-DC) <Lawrence.Buterman@lw.com>; Jovais, Alicia (Bay Area) <Alicia.Jovais@lw.com>; Martin, Lindsay (NY) <Lindsay.Martin@lw.com>; 'carolinayu@quinnemanuel.com' <carolinayu@quinnemanuel.com>; Chernicoff, Adam (NY) <Adam.Chernicoff@lw.com>
**Subject:** RE: Panini America v. Fanatics Inc. - Athlete Agreement Discovery Proposal

Sabria,

It has been nearly two weeks since we sent our revised list of athletes.  As we have explained, this is a gating issue for our remaining document productions.  Please confirm whether this list is acceptable so we can finalize the scope of production and begin moving forward preparing additional productions.

Thanks,

Brian

**Brian B. Goodell**

**LATHAM & WATKINS LLP**
555 Eleventh Street, NW | Suite 1000 | Washington, D.C. 20004-1304
D: +1.202.637.2156

---

**From:** Goodell, Brian (DC)
**Sent:** Tuesday, March 24, 2026 11:28 AM
**To:** 'Sabria McElroy' <smcelroy@bsfllp.com>; 'Jessica Mugler' <jmugler@BSFLLP.com>; 'Rachel E. Noveroske' <rnoveroske@bsfllp.com>; 'Megan Nyman' <mnyman@bsfllp.com>; 'David Boies' <DBoies@BSFLLP.com>; 'Stuart Singer' <ssinger@bsfllp.com>; 'Eric Brenner' <EBrenner@BSFLLP.com>; 'Meredith Schultz' <mschultz@bsfllp.com>

**Cc:** Viola, Emily (NY) <Emily.Viola@lw.com>; 'michaelcarlinsky@quinnemanuel.com' <michaelcarlinsky@quinnemanuel.com>; 'derekshaffer@quinnemanuel.com' <derekshaffer@quinnemanuel.com>; 'kathrynbonacorsi@quinnemanuel.com' <kathrynbonacorsi@quinnemanuel.com>; 'neilphillips@quinnemanuel.com' <neilphillips@quinnemanuel.com>; 'ellemahdavi@quinnemanuel.com' <ellemahdavi@quinnemanuel.com>; Reeves, Mandy (DC) <Amanda.Reeves@lw.com>; 'yvonnezhang@quinnemanuel.com' <yvonnezhang@quinnemanuel.com>; 'tedovrom@quinnemanuel.com' <tedovrom@quinnemanuel.com>; Buterman, Larry (NY-DC) <Lawrence.Buterman@lw.com>; Jovais, Alicia (Bay Area) <Alicia.Jovais@lw.com>; Martin, Lindsay (NY) <Lindsay.Martin@lw.com>; 'carolinayu@quinnemanuel.com' <carolinayu@quinnemanuel.com>; Chernicoff, Adam (NY) <Adam.Chernicoff@lw.com>
**Subject:** RE: Panini America v. Fanatics Inc. - Athlete Agreement Discovery Proposal

Sabria,

Thank you for sending your counterproposal.

Fanatics disagrees that only NFL and NBA rookies from 2021-2025 are relevant here. Nevertheless, Fanatics is willing to replace the so-called "established athletes" from its list with rookies from 2021-2025 or players who have not yet turned pro.  The updated list is attached here.

If this list is acceptable to you, Fanatics is willing to accept the other terms of your proposal except that Fanatics reserves the right to request further productions of documents relating to other athletes if Panini's production is insufficient.

Thanks,

Brian

---

**From:** Goodell, Brian (DC)
**Sent:** Tuesday, February 17, 2026 9:54 PM
**To:** Sabria McElroy <smcelroy@bsfllp.com>; Jessica Mugler <jmugler@BSFLLP.com>; Rachel E. Noveroske <rnoveroske@bsfllp.com>; Megan Nyman <mnyman@bsfllp.com>; David Boies <DBoies@BSFLLP.com>; Stuart Singer <ssinger@bsfllp.com>; Eric Brenner <EBrenner@BSFLLP.com>; Meredith Schultz <mschultz@bsfllp.com>
**Cc:** Viola, Emily (NY) <Emily.Viola@lw.com>; michaelcarlinsky@quinnemanuel.com; derekshaffer@quinnemanuel.com; kathrynbonacorsi@quinnemanuel.com; neilphillips@quinnemanuel.com; ellemahdavi@quinnemanuel.com; Reeves, Mandy (DC) <Amanda.Reeves@lw.com>; yvonnezhang@quinnemanuel.com; tedovrom@quinnemanuel.com; Buterman, Larry (NY-DC) <Lawrence.Buterman@lw.com>; Jovais, Alicia (Bay Area) <Alicia.Jovais@lw.com>; Martin, Lindsay (NY) <Lindsay.Martin@lw.com>; carolinayu@quinnemanuel.com; Chernicoff, Adam (NY) <Adam.Chernicoff@lw.com>
**Subject:** RE: Panini America v. Fanatics Inc. - Athlete Agreement Discovery Proposal

Sabria,

This counterproposal comes a week after it was promised and just three days before substantial completion.  Because of this delay, we are removing documents from our production set documents that may be implicated by this outstanding negotiation.  We are considering your proposal and will discuss it with our client.

Thanks,

Brian

**Brian B. Goodell**

11

**LATHAM & WATKINS** LLP
555 Eleventh Street, NW | Suite 1000 | Washington, D.C. 20004-1304
D: +1.202.637.2156

---

**From:** Sabria McElroy <smcelroy@bsfllp.com>
**Sent:** Tuesday, February 17, 2026 3:52 PM
**To:** Goodell, Brian (DC) <Brian.Goodell@lw.com>; Jessica Mugler <jmugler@BSFLLP.com>; Rachel E. Noveroske <rnoveroske@bsfllp.com>; Megan Nyman <mnyman@bsfllp.com>; David Boies <DBoies@BSFLLP.com>; Stuart Singer <ssinger@bsfllp.com>; Eric Brenner <EBrenner@BSFLLP.com>; Meredith Schultz <mschultz@bsfllp.com>
**Cc:** Viola, Emily (NY) <Emily.Viola@lw.com>; michaelcarlinsky@quinnemanuel.com; derekshaffer@quinnemanuel.com; kathrynbonacorsi@quinnemanuel.com; neilphillips@quinnemanuel.com; ellemahdavi@quinnemanuel.com; Reeves, Mandy (DC) <Amanda.Reeves@lw.com>; yvonnezhang@quinnemanuel.com; tedovrom@quinnemanuel.com; Buterman, Larry (NY-DC) <Lawrence.Buterman@lw.com>; Jovais, Alicia (Bay Area) <Alicia.Jovais@lw.com>; Martin, Lindsay (NY) <Lindsay.Martin@lw.com>; carolinayu@quinnemanuel.com; Chernicoff, Adam (NY) <Adam.Chernicoff@lw.com>
**Subject:** RE: Panini America v. Fanatics Inc. - Athlete Agreement Discovery Proposal

Brian,

I write in response to your February 4 proposal regarding athlete agreements and negotiation documents, as well as the list of 46 athletes you provided on February 11.

Fanatics' athlete list is inconsistent with what we proposed. Panini offered to produce a mutual scope of athlete agreement summaries—*i.e.* summaries of agreements with NFL and NBA rookies. We also indicated willingness to consider MLB athletes.  Panini's list of 46 athletes consisted exclusively of NFL and NBA rookies from the 2023-2025 draft classes—precisely the athletes at issue in Panini's allegations concerning Fanatics' pre-license exclusive deals. *See* Am. Compl. ¶¶ 163-169. However, the list Fanatics provided includes established players across multiple sports with no connection whatsoever to the claims or defenses in this case.  Fanatics has no legitimate need for this information. We reject this list.

Panini has outlined the terms of its proposal in detail below. If we cannot reach agreement on these terms, both sides should proceed with producing athlete negotiations within the scope of production already agreed to and/or ordered by the Court as OCEO.

**Fanatics' Production:**

- Fanatics is only required to produce athlete negotiations responsive to RFP Nos. 55 and 57 of Panini's Second Set of Requests for the 46 athletes identified by Panini. However, Panini reserves the right to request further production of documents relating to other athletes if this production is insufficient.
- Fanatics agrees to withdraw its objections to RFP 4 of Panini's Third Set of Requests and produce payments to these 46 athletes. Contrary to Fanatics' objections, this request for payments is distinct from RFPs 54 and 56, which pertain to negotiations and the terms of the agreements. RFP 4 of the Third Set of Requests (like Fanatics' RFP 51) seeks the actual amount of payments made to these athletes during the term of the agreement, which amount may differ from the payment terms if, for example, the player did not provide all autographs.

- Panini will not seek additional athlete negotiations and communications responsive to Requests 1 and 3 of its Third Set of Requests (*i.e.*, Topps communications and agreements with athletes between 2014 and 2017). Panini reserves the right to continue to seek other documents within the scope of those requests, which, contrary to Fanatics' objections, are not duplicative of other requests.
- To the extent athlete negotiations are responsive to other requests for which Fanatics has agreed or been ordered to produce documents—including, but not limited to, RFP Nos. 52 and 53—they will be produced OCEO.

**Panini's Production:**

- Fanatics will provide a list of 46 NFL, NBA, and MLB athletes that were rookies between 2021 and 2025 and had agreements with Panini during their rookie year. Panini will produce summary sheets of its rookie agreements with those athletes, as Fanatics was ordered to do for Requests 54 and 56.
- In response to RFP 51 of Fanatics' First Set of Requests for Production, Panini is only required to produce payments to the athletes on the list.
- Panini will also agree to produce negotiations with the identified athletes to the extent the negotiation documents are captured by the existing search terms.
- The above productions will satisfy Fanatics' requests for documents responsive to RFP 51 and its requests for athlete communications, agreements, and negotiations in RFPs 3, 4, 35, 38, and 70. Panini otherwise maintains its objections to producing athlete documents and communications in response to these requests.
- To the extent athlete negotiations are responsive to other requests for which Panini has agreed or been ordered to produce documents, they will be produced OCEO.

Please advise whether Fanatics is willing to provide a revised list limited to NFL, NBA, and MLB rookies consistent with the mutual scope Panini proposed, or whether the parties should proceed with productions already agreed to and/or ordered.

Best,

Sabria

---

**From:** Brian.Goodell@lw.com <Brian.Goodell@lw.com>
**Sent:** Wednesday, February 11, 2026 12:36 PM
**To:** Sabria McElroy <smcelroy@bsfllp.com>; Jessica Mugler <jmugler@BSFLLP.com>; Rachel E. Noveroske <rnoveroske@bsfllp.com>; Megan Nyman <mnyman@bsfllp.com>; David Boies <DBoies@BSFLLP.com>; Stuart Singer <ssinger@bsfllp.com>; Eric Brenner <EBrenner@BSFLLP.com>; jhilborn@bsfllp.com
**Cc:** Emily.Viola@lw.com; michaelcarlinsky@quinnemanuel.com; derekshaffer@quinnemanuel.com; kathrynbonacorsi@quinnemanuel.com; neilphillips@quinnemanuel.com; ellemahdavi@quinnemanuel.com; Amanda.Reeves@lw.com; yvonnezhang@quinnemanuel.com; tedovrom@quinnemanuel.com; Lawrence.Buterman@lw.com; Alicia.Jovais@lw.com; Lindsay.Martin@lw.com; carolinayu@quinnemanuel.com; Adam.Chernicoff@lw.com
**Subject:** RE: Panini America v. Fanatics Inc. - Athlete Agreement Discovery Proposal

**CAUTION: External email. Please do not respond to or click on links/attachments unless you recognize the sender.**

Hi Sabria,

Please find attached Fanatics' list of Panini athletes that we noted was forthcoming. Please let us know if you have any questions.

Thanks,

Brian

**From:** Sabria McElroy <smcelroy@bsfllp.com>
**Sent:** Friday, February 6, 2026 10:31 AM
**To:** Goodell, Brian (DC) <Brian.Goodell@lw.com>; Jessica Mugler <jmugler@BSFLLP.com>; Rachel E. Noveroske <rnoveroske@bsfllp.com>; Megan Nyman <mnyman@bsfllp.com>; David Boies <DBoies@BSFLLP.com>; Stuart Singer <ssinger@bsfllp.com>; Eric Brenner <EBrenner@BSFLLP.com>; Jason Hilborn <jhilborn@bsfllp.com>
**Cc:** Viola, Emily (NY) <Emily.Viola@lw.com>; michaelcarlinsky@quinnemanuel.com; derekshaffer@quinnemanuel.com; kathrynbonacorsi@quinnemanuel.com; neilphillips@quinnemanuel.com; ellemahdavi@quinnemanuel.com; Reeves, Mandy (DC) <Amanda.Reeves@lw.com>; yvonnezhang@quinnemanuel.com; tedovrom@quinnemanuel.com; Buterman, Larry (NY-DC) <Lawrence.Buterman@lw.com>; Jovais, Alicia (Bay Area) <Alicia.Jovais@lw.com>; Martin, Lindsay (NY) <Lindsay.Martin@lw.com>; carolinayu@quinnemanuel.com; Chernicoff, Adam (NY) <Adam.Chernicoff@lw.com>
**Subject:** RE: Panini America v. Fanatics Inc. - Athlete Agreement Discovery Proposal

Thanks, Brian.  We are reviewing and will get back to you early next week.

**From:** Brian.Goodell@lw.com <Brian.Goodell@lw.com>
**Sent:** Wednesday, February 4, 2026 8:35 PM
**To:** Jessica Mugler <jmugler@BSFLLP.com>; Rachel E. Noveroske <rnoveroske@bsfllp.com>; Megan Nyman <mnyman@bsfllp.com>; David Boies <DBoies@BSFLLP.com>; Stuart Singer <ssinger@bsfllp.com>; Sabria McElroy <smcelroy@bsfllp.com>; Eric Brenner <EBrenner@BSFLLP.com>; Jason Hilborn <jhilborn@bsfllp.com>
**Cc:** Emily.Viola@lw.com; michaelcarlinsky@quinnemanuel.com; derekshaffer@quinnemanuel.com; kathrynbonacorsi@quinnemanuel.com; neilphillips@quinnemanuel.com; ellemahdavi@quinnemanuel.com; Amanda.Reeves@lw.com; yvonnezhang@quinnemanuel.com; tedovrom@quinnemanuel.com; Lawrence.Buterman@lw.com; Alicia.Jovais@lw.com; Lindsay.Martin@lw.com; carolinayu@quinnemanuel.com; Adam.Chernicoff@lw.com
**Subject:** Panini America v. Fanatics Inc. - Athlete Agreement Discovery Proposal

**CAUTION: External email. Please do not respond to or click on links/attachments unless you recognize the sender.**

Counsel,

As discussed at last week's meet and confer, we have developed a proposal for handling negotiation documents related to the athlete agreements.  This proposal largely tracks the outline we discussed at that meet and confer.

**Fanatics' Proposal for Athlete Agreements and Negotiation Documents**

- **Relevant RFPS:** Fanatics RFPs 4, 35, 38, 51, 71, and 80;  Panini's RFPs 52, 53, 54-57 from its second set of RFPs; Panini's RFPs 1, 3, and 4 from its third set of RFPs

- **Athlete Agreements:** Fanatics will produce summary sheets of non-anonymized deal information for the 46 athletes identified by Panini.  Panini will produce summary sheets of non-anonymized deal information for the 46 athletes identified by Fanatics.  Fanatics' list of Panini athletes is forthcoming.  Summary sheets will include the athlete's name, the term of the agreement, the payment terms, the nature of the services covered in the agreement, and whether the agreement is exclusive or non-exclusive.  The actual agreements themselves will not be produced.

- **Athlete Negotiations:**  Each party will produce negotiation documents related to negotiations with any athlete on either list (the 46 identified by Fanatics and the 46 identified by Panini).

- **Additional Documents:**  To the extent that a document is separately responsive to an RFP other than the above listed RFPs but contains terms or content related to athlete negotiations, that document will be produced and marked Outside Counsel Eyes Only.

Please let us know if you agree to this proposal or have any requested modifications by February 6, 2026.

Thank you,

Brian

**Brian B. Goodell**

**LATHAM & WATKINS LLP**
555 Eleventh Street, NW | Suite 1000 | Washington, D.C. 20004-1304
D: +1.202.637.2156

_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is

not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]