

June 22, 2026

<u>**Via ECF**</u>

The Honorable Valerie Figueredo
United States District Court Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

   Re: ***Panini America, Inc. v. Fanatics, Inc. et al.***, **Case No. 1:23-cv-09714-LTS-VF**
    **(S.D.N.Y. 2023) – Letter Motion to Seal**

Dear Judge Figueredo:

  We write on behalf of Panini America, Inc. ("Panini") in the above-referenced matter to request permission to file under seal an unredacted version of the Joint Stipulation for Plaintiff's Leave to Amend First Amended Complaint.

  The stipulation includes information gained only as a result of material Fanatics produced in this case as confidential, and thus Panini is required to file it under seal under the protective order. However, it is ***Fanatics'*** burden to establish that the filing should remain under seal. ECF No. 160 ¶ 17 ("Within ten business days of the filing under seal, ***the designating party*** shall file a letter setting forth the basis for any permanent redactions or sealing on the docket, and any party opposing the redactions or sealing shall indicate its position in the letter.") (emphasis added). Panini reserves all rights to challenge such redactions.

  Because the proposed amendment is by agreement interlineating two paragraphs to the current First Amended Complaint, we request leave to dispense with Local Rule 15.1 that requires a motion to amend be accompanied by filing the entire new amended complaint in clean and redlined form.

  Pursuant to the Court's individual rules, Panini is filing a proposed sealed document electronically through the Court's ECF system. Panini is also filing a redacted version of the Joint Stipulation publicly on the docket.

       Respectfully submitted,

       */s/ Stuart Singer*

       David Boies
       Eric Brenner
       **BOIES SCHILLER FLEXNER LLP**
       55 Hudson Yards
       New York, NY 10001



Telephone: (212) 446-2300
dboies@bsfllp.com
ebrenner@bsfllp.com

Stuart H. Singer*
Sabria A. McElroy*
**BOIES SCHILLER FLEXNER LLP**
401 E. Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
ssinger@bsfllp.com
smcelroy@bsfllp.com

James P. Denvir*
Richard A. Feinstein*
**BOIES SCHILLER FLEXNER LLP**
1401 New York Ave, NW
Washington, DC 20005
Telephone: (202) 237-2727
jdenvir@bsfllp.com
rfeinstein@bsfllp.com

*Counsel for Panini America, Inc.*

*\*pro hac vice*

cc:     All Counsel of Record (by ECF)