**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

PANINI AMERICA, INC.,

*Plaintiff*,

v.

**Case No. 1:23-cv-09714-LTS-VF**
**[rel: Case No. 1:23-cv-06895-LTS-VF]**

FANATICS, INC.,
FANATICS, LLC,
FANATICS COLLECTIBLES
INTERMEDIATE HOLDCO, INC.,
FANATICS SPV, LLC, and
FANATICS HOLDINGS, INC.,

*Defendants*.
_______________________________________/

**JOINT STIPULATION FOR PLAINTIFF'S LEAVE TO AMEND FIRST AMENDED COMPLAINT**

The parties jointly stipulate, pursuant to Federal Rules of Civil Procedure 15(a)(2) and 16, and with the Court's approval, to Plaintiff amending the First Amended Complaint by interlineating two additional paragraphs as para 110a and para 112a, which add new factual allegations based on Plaintiff's view of documents produced during discovery.

The two amendments to be added are the following:

[redacted]

[redacted]

[redacted]

Pursuant to Rule 15(a)(2), "a party may amend its pleading" "with the opposing party's written consent." Fanatics has stipulated to Panini's proposed amendment, though it expressly reserves the right to challenge the accuracy and relevance of the averments in the two additional paragraphs.

Upon approval of this stipulation, Plaintiff's First Amended Complaint shall be amended by interlineating paras 110a and 112a. These interlineated paragraphs are filed under seal as they are based on documents produced by Fanatics that have been designated as Confidential.

The parties further stipulate that Fanatics' answer to paras 110a and 112a shall be due 21 days after the Court's approval of this stipulation.

June 22, 2026

Respectfully submitted,

*/s/ Stuart Singer*
David Boies
Eric Brenner
**Boies Schiller Flexner LLP**
55 Hudson Yards
New York, NY 10001
(212) 446-2300
dboies@bsfllp.com
ebrenner@bsfllp.com

Stuart H. Singer*
Sabria A. McElroy*
**Boies Schiller Flexner LLP**
401 E. Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
(954) 356-0011
ssinger@bsfllp.com
smcelroy@bsfllp.com

*Counsel for Panini America, Inc.*

**Admitted pro hac vice*

*/s/ Michael Carlinsky*
Michael B. Carlinsky
**Quinn Emanuel Urquhart & Sullivan LLP**
295 Fifth Avenue
New York, NY 10016
michaelcarlinsky@quinnemanuel.com
(212) 849-7000

*Counsel for Fanatics*

*/s/ Lawrence Buterman*
Lawrence E. Buterman
**Latham & Watkins LLP**
1271 Avenue of the Americas
New York, NY 10020
lawrence.buterman@lw.com
(212) 906-1264

*Counsel for Fanatics*

**ORDER**

Based on the foregoing Stipulation, IT IS SO ORDERED.

DATED this ___ day of _____________, 2026.

______________________________________
The Honorable Valerie Figueredo
United States District Court Magistrate Judge