June 23, 2026

**Via ECF**

The Honorable Valerie Figueredo
United States District Court Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

> Re: *Panini America, Inc. v. Fanatics, Inc. et al.*, **Case No. 1:23-cv-09714-LTS-VF (S.D.N.Y. 2023)**

Dear Judge Figueredo:

The parties write jointly to inform the Court that they have reached an agreement to resolve the custodian issues raised in ECF Nos. 331 and 333. The parties have agreed to the following:

1. Panini will designate Elisabetta Mussini as a custodian for all requests where Peter Warsop has been designated as a custodian;
2. Panini will withdraw with prejudice to renewal its request for the designation of additional reseller custodians, including Matthew Gepp, John Rosenwinkel, and Scott Daniel;
3. Fanatics will designate Saj Cherian as a custodian for all requests where Michael Rubin has been designated as a custodian; and
4. Fanatics will produce Jeffrey Gordon's nonprivileged, pre-Fanatics Zerocool emails (from inception of Zerocool to January 1, 2021) responsive to the requests for which Michael Rubin has been designated as a custodian.

The parties further agree that all non-privileged responsive documents subject to this agreement will be produced by August 1, 2026. Accordingly, the parties respectfully withdraw the custodian requests submitted in ECF Nos. 331 and 333.

Respectfully submitted,

/s/ David Boies
David Boies

/s/ Stuart Singer
Stuart Singer

*Counsel for Panini*

/s/ Lawrence E. Buterman
Lawrence E. Buterman

/s/ Michael B. Carlinsky
Michael B. Carlinsky

*Counsel for Fanatics*



cc:    All Counsel of Record (by ECF)