

June 24, 2026

**<u>Via ECF</u>**

The Honorable Valerie Figueredo
United States District Court Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

> **Re: *Panini America, Inc. v. Fanatics, Inc. et al.*, Case No. 1:23-cv-09714-LTS-VF (S.D.N.Y. 2023) – Letter Motion to Seal**

Dear Judge Figueredo:

We write on behalf of Panini America, Inc. ("Panini") in the above-referenced matter to request permission to file under seal an unredacted version of Panini's letter motion for a discovery conference, together with the exhibits attached thereto that consist of documents produced in this case and correspondence with OneTeam Partners, LLC ("OneTeam"). The letter motion and Exhibits D through M contain information from documents produced by Fanatics in this case, and thus Panini is required under the Protective Order to file them under seal. The letter motion and Exhibit C also contain information from correspondence that counsel for OneTeam designated highly confidential. Thus, Panini is also filing that information from the letter motion and Exhibit C under seal. However, under the procedure set out in the Protective Order, it is ***Fanatics'*** and ***OneTeam's*** burden to establish that the filings should remain under seal within ten business days of this filing. ECF No. 160 ¶ 17 ("Within ten business days of the filing under seal, ***the designating party*** shall file a letter setting forth the basis for any permanent redactions or sealing on the docket, and any party opposing the redactions or sealing shall indicate its position in the letter." (emphasis added)).

Panini does not oppose filing these documents under seal consistent with the parties' protective order but reserves the right to challenge Fanatics' and OneTeam's confidentiality designations of the documents.

Pursuant to the Court's individual rules, Panini is filing proposed sealed documents electronically through the Court's ECF system. Panini is also filing redacted versions of the materials publicly on the docket.

> Respectfully submitted,
>
> */s/ Stuart H. Singer*
>
> David Boies
> Eric Brenner
> **BOIES SCHILLER FLEXNER LLP**



55 Hudson Yards
New York, NY 10001
Telephone: (212) 446-2300
dboies@bsfllp.com
ebrenner@bsfllp.com

Stuart H. Singer*
Sabria A. McElroy*
**BOIES SCHILLER FLEXNER LLP**
401 E. Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
ssinger@bsfllp.com
smcelroy@bsfllp.com

James P. Denvir*
Richard A. Feinstein*
**BOIES SCHILLER FLEXNER LLP**
1401 New York Ave, NW
Washington, DC 20005
Telephone: (202) 237-2727
jdenvir@bsfllp.com
rfeinstein@bsfllp.com

*Counsel for Panini America, Inc.*

*\*pro hac vice*

cc:    All Counsel of Record (by ECF)