

June 26, 2026

**<u>VIA ECF</u>**
The Honorable Valerie Figueredo
United States District Court Magistrate Judge
United States District Court Southern District of New York
500 Pearl St. New York, NY 10007-1312

**Re:** *Panini America, Inc. v. Fanatics, Inc. et al.*, **Case No. 1:23-cv-09714-LTS-VF (S.D.N.Y. 2023)**

Dear Judge Figueredo:

We represent OneTeam Partners, LLC ("OneTeam"), a non-party in the above-referenced matter. We write to respectfully request an extension of OneTeam's deadline to respond to Panini America, Inc.'s ("Panini") June 24, 2026 letter motion requesting a discovery conference with the Court regarding OneTeam's compliance with a January 6, 2026 subpoena. OneTeam's response is currently due on June 29, 2026. To accommodate counsels' schedules, OneTeam requests an extension to July 6, 2026.

There have been no prior requests for an extension of this deadline and, if granted, the extension will not impact any other scheduled dates. OneTeam conferred with counsel for Panini, and Panini does not oppose the requested extension. We appreciate Your Honor's consideration of this request.

Respectfully submitted,

*/s/ Jeffrey Brown*
Jeffrey Brown
**Dechert LLP**
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6797
Tel.: (212) 698-3511
jeffrey.brown@dechert.com

George G. Gordon (*pro hac vice forthcoming*)
Julia E. Chapman (*pro hac vice forthcoming*)
**Dechert LLP**



June 26, 2026
Page 2

Cira Centre, 2929 Arch Street
Philadelphia, PA 19104
Tel.: (215) 994-4000
Fax: (215) 994-2222
george.gordon@dechert.com
julia.chapman@dechert.com

*Counsel for OneTeam Partners, LLC*