UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PANINI AMERICA, INC.,

                          Plaintiff,

        -against-

FANATICS, INC. et al,

                          Defendants.
------------------------------------------------------------------X

**23-CV-9714 (LTS) (VF)**

**ORDER SCHEDULING
CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

A conference to discuss Panini's letter motion to compel at ECF No. 359 is hereby scheduled for **Friday, July 10, 2026, at 11:30 a.m.** Counsel for the parties are directed to call Judge Figueredo's Microsoft Teams conference line at the scheduled time. **Please dial (646) 453-4442, pass code [302 614 667#].**

OneTeam Partners' response is due **Monday, July 6, 2026**. See ECF No. 374.

      **SO ORDERED.**

DATED:     New York, New York
            June 30, 2026

                                    VALERIE FIGUEREDO
                                    United States Magistrate Judge

1