# EXHIBIT B

**From:** Megan Nyman <mnyman@bsfllp.com>
**Sent:** Tuesday, March 31, 2026 2:58 PM
**To:** Holler, Madeline <Madeline.Holler@dechert.com>; Kamenir, Elena <Elena.Kamenir@dechert.com>; Rachel E. Noveroske <rnoveroske@bsfllp.com>; Chapman, Julia <Julia.Chapman@dechert.com>; Gordon, George <george.gordon@dechert.com>; Brown, Jeffrey <Jeffrey.Brown@dechert.com>
**Cc:** Stuart Singer <ssinger@bsfllp.com>; Sabria McElroy <smcelroy@bsfllp.com>; Eric Brenner <EBrenner@BSFLLP.com>; Vincent Wu <vwu@bsfllp.com>; Meredith Schultz <mschultz@bsfllp.com>
**Subject:** RE: Panini America, Inc. v. Fanatics, Inc., et al., Case No. 23-cv-09714-LTS-VF (S.D.N.Y.) - OneTeam Subpoena

Counsel,

We have reviewed your proposal and believe we are at an impasse on the following:

- RFPs 2 and 7 – OneTeam has refused to produce documents related to the MLBPA agreement.
- RFP 6 - OneTeam has arbitrarily limited this request to ███████████████████████████ ████████████████████████████████████
- RFP 8 - OneTeam asserts that ██████████████ ████████████████████████████ but this does not rule out the possibility that OneTeam contributed to or assisted with the preparation of these materials.
- RFP 9 - OneTeam objects to this request in its entirety. Panini has stated its position that it believes this request is relevant to Panini's antitrust claims.
- RFP 12 - OneTeam maintains it will not produce any documents in response to this request. ███████ ███████████████████████████████████████████████████████████████████ The lack of clarity on this point underscores the importance of Panini obtaining this information.
- RFP 15 - OneTeam has limited what it agreed to produce in response to this request to external complaints related to Fanatics. Panini has explained that the full scope of this request is responsive to its claims and defenses.
- RFPs 16 and 17 - OneTeam has refused to produce any documents in response to these requests. Panini has explained its position that these documents are relevant to its antitrust claims.

We would like to set up a meet and confer for **this week** to discuss a few issues before we move to compel. We are flexible Wednesday and Thursday and Friday before 1pm EST.

- Since our last meet and confer, ████████████████████████████████████ ████████████ We would like to discuss what we have learned and see if it moves the needle at all on RFPs 2 and 7.

- Because we did not reach agreement on our proposal and have identified gaps in Fanatics' productions related to OneTeam, we intend to seek documents and communications exchanged with Fanatics responsive to RFPs 1-7, 9, 14, and 15. We are happy to discuss this further in our meet and confer.
- Panini intends to move to compel in the Central District of California. Local Rule 37-2.2 requires that the parties file a joint stipulation. After we send you our material, OneTeam will have seven days to fill in its portion of the stipulation. We are happy to discuss this procedure during our meet and confer.

Best,

**Megan Nyman**
Associate

BOIES SCHILLER FLEXNER LLP
401 E. Las Olas Blvd. Suite 1200
Fort Lauderdale, FL, 33301
(t) 954 356 0011
(m) 954 295 7513
mnyman@bsfllp.com
www.bsfllp.com