# EXHIBIT C

**From:** Rachel E. Noveroske <rnoveroske@bsfllp.com>
**Sent:** Thursday, June 11, 2026 10:50 PM
**To:** Holler, Madeline <Madeline.Holler@dechert.com>; Gordon, George <george.gordon@dechert.com>; Chapman, Julia <Julia.Chapman@dechert.com>; Brown, Jeffrey <Jeffrey.Brown@dechert.com>; Kamenir, Elena <Elena.Kamenir@dechert.com>
**Cc:** Meredith Schultz <mschultz@bsfllp.com>; Megan Nyman <mnyman@bsfllp.com>; Stuart Singer <ssinger@bsfllp.com>; Sabria McElroy <smcelroy@bsfllp.com>; Eric Brenner <EBrenner@BSFLLP.com>; Amber Stewart <astewart@BSFLLP.com>
**Subject:** RE: Panini America, Inc. v. Fanatics, Inc., et al., Case No. 23-cv-09714-LTS-VF (S.D.N.Y.) - OneTeam Subpoena

Counsel,

We disagree with the characterization in your email. We met and conferred three times and have stated multiple times that Panini believes the parties to be at an impasse on at least RFPs 1-7, 9, and 14-17. (*See* Panini emails dtd. April 10, April 27, and May 1). We communicated our intent to move to compel during our last conferral on April 7 and have affirmed that in writing since. (*See id.*)

As to the information request concerning Fanatics' productions, we have already identified several gaps, including documents and communications regarding [REDACTED] (*See* Panini email dtd. April 27). Panini does not believe that OneTeam's requests regarding Fanatics' production are warranted. Fanatics' production of documents concerning issues involving OneTeam should now be complete.

With respect to RFPs 2 and 7, Panini's position has not expanded. We did not agree to exclude NBPA documents from the scope of RFPs 2 and 7, and those RFPs are not limited to a specific set of licensors. Moreover, any evidence required to confirm the NBPA point is already in OneTeam's possession. Nonetheless, [REDACTED] designated Highly Confidential and Outside Counsel Eyes Only under the Protective Order, which should only be shared with the attorneys who previously signed PO Exhibit A.

In the interest of narrowing the issues for the Court, Panini agreed to withdraw RFPs 8 and 12. We remain at an impasse on the remaining RFPs and do not believe further conferral will be productive and we cannot agree to further delays. If OneTeam's positions on RFPs 1-7, 9, and 14-17 have changed and you agree to produce the requested documents, please let us know by 12pm tomorrow. Otherwise, we intend to file our motion.

Best,
Rachel

**Rachel Noveroske**
Associate

BOIES SCHILLER FLEXNER LLP
401 E. Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
(d) +1 954 377 4208
rnoveroske@bsfllp.com
**www.bsfllp.com**

**From:** Holler, Madeline <Madeline.Holler@dechert.com>
**Sent:** Thursday, June 11, 2026 2:07 PM
**To:** Rachel E. Noveroske <rnoveroske@bsfllp.com>; Meredith Schultz <mschultz@bsfllp.com>; Megan Nyman <mnyman@bsfllp.com>; Stuart Singer <ssinger@bsfllp.com>; Sabria McElroy <smcelroy@bsfllp.com>; Eric Brenner <EBrenner@BSFLLP.com>; Amber Stewart <astewart@BSFLLP.com>
**Cc:** Gordon, George <george.gordon@dechert.com>; Chapman, Julia <Julia.Chapman@dechert.com>; Brown, Jeffrey <Jeffrey.Brown@dechert.com>; Kamenir, Elena <Elena.Kamenir@dechert.com>
**Subject:** RE: Panini America, Inc. v. Fanatics, Inc., et al., Case No. 23-cv-09714-LTS-VF (S.D.N.Y.) - OneTeam Subpoena

**CAUTION: External email. Please do not respond to or click on links/attachments unless you recognize the sender.**

Counsel,

We are surprised that Panini intends to file a motion to compel when the meet and confer process is still on-going and even more surprised that you propose below for the first time an expansion of scope for RFPs 2 and 7. From OneTeam's perspective, any motion to compel would be premature because we are in the midst of the meet and confer process and have not even had a chance to consider this scope expansion for RFPs 2 and 7. Throughout this process, Panini has moved the goal posts, including by taking RFPs off the table only to add them back mid-stream and by changing its positions regarding other RFPs after we had seemingly reached a compromise. Panini has also failed to provide information OneTeam has requested in order to properly consider Panini's positions. For instance, Panini has yet to respond to OneTeam's May 18 inquiry regarding whether Fanatics has finished its productions in this matter or whether its productions are ongoing, which is central to the present dispute given Panini's claimed need for several RFPs due to "identified gaps in Fanatics' productions related to OneTeam." Indeed, OneTeam has not had any communications with Panini since OneTeam responded to Panini's proposed SDNY stipulation on May 20. Now, over three weeks later, Panini is informing OneTeam of yet another change in position without giving us the opportunity to consider it, review the underlying documents on which it is based, or to meet and confer regarding a potential compromise.

We have an obligation to the Court and our clients to make a good faith effort to narrow the issues in dispute. To that end, before filing a motion please identify the precise RFPs and issues you now claim are in dispute so that we can confirm whether or not we are at an impasse. In addition, please also send us the underlying evidence which you claim provides a basis for the brand new expansion of Panini's position with respect to RFPs 2 and 7. Absent bringing the meet and confer process to an orderly conclusion, and giving OneTeam an opportunity to consider the new scope expansion, it is OneTeam's position that you cannot in good faith make the certifications required under the Individual Rules of Chief Judge Swain and Judge Figueredo. *See* C.J. Swain, Indiv. Practices, Secs. 2(b)(i)-(ii); J. Figueredo, Indiv. Practices, Secs. II(c)(1)-(2).

Best,

Madeline

**Madeline Holler**, she/her/hers
Associate

**Dechert LLP**
+1 215 994 2408 Direct
+1 703 232 0019 Mobile
madeline.holler@dechert.com
dechert.com

---

**From:** Rachel E. Noveroske <rnoveroske@bsfllp.com>
**Sent:** Thursday, June 11, 2026 11:36 AM
**To:** Holler, Madeline <Madeline.Holler@dechert.com>; Gordon, George <george.gordon@dechert.com>; Chapman, Julia <Julia.Chapman@dechert.com>; Brown, Jeffrey <Jeffrey.Brown@dechert.com>; Kamenir, Elena <Elena.Kamenir@dechert.com>
**Cc:** Meredith Schultz <mschultz@bsfllp.com>; Megan Nyman <mnyman@bsfllp.com>; Stuart Singer <c>; Sabria McElroy <c>; Eric Brenner <EBrenner@BSFLLP.com>; Amber Stewart <astewart@BSFLLP.com>
**Subject:** RE: Panini America, Inc. v. Fanatics, Inc., et al., Case No. 23-cv-09714-LTS-VF (S.D.N.Y.) - OneTeam Subpoena

Counsel,

Thank you for agreeing to consent to SDNY jurisdiction. The stipulation is attached with your edits incorporated and only minor formatting changes. We will include the stipulation as an exhibit to the motion we intend to file today.

We also write with updates on the scope of documents Panini seeks.

**RFPs 8 and 12:** While reserving all rights, based on OneTeam's May 18 representations, Panini will not seek documents in response to RFPs 8 or 12.

**NBPA:** [redacted] Accordingly, Panini seeks documents related to NBPA licensing in response to RFPs 2 and 7.

Panini reserves all rights.

Best,
Rachel

**Rachel Noveroske**
Associate

BOIES SCHILLER FLEXNER LLP
401 E. Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
(d) +1 954 377 4208
rnoveroske@bsfllp.com
www.bsfllp.com