# EXHIBIT D

**From:** Holler, Madeline <Madeline.Holler@dechert.com>
**Sent:** Thursday, June 18, 2026 11:48 AM
**To:** Megan Nyman <mnyman@bsfllp.com>; Rachel E. Noveroske <rnoveroske@bsfllp.com>; Meredith Schultz <mschultz@bsfllp.com>; Stuart Singer <ssinger@bsfllp.com>; Sabria McElroy <smcelroy@bsfllp.com>; Eric Brenner <EBrenner@BSFLLP.com>; Amber Stewart <astewart@BSFLLP.com>
**Cc:** Gordon, George <george.gordon@dechert.com>; Chapman, Julia <Julia.Chapman@dechert.com>; Brown, Jeffrey <Jeffrey.Brown@dechert.com>; Kamenir, Elena <Elena.Kamenir@dechert.com>; Olley, Brittany <Brittany.Olley@dechert.com>
**Subject:** RE: Panini America, Inc. v. Fanatics, Inc., et al., Case No. 23-cv-09714-LTS-VF (S.D.N.Y.) - OneTeam Subpoena

**CAUTION: External email. Please do not respond to or click on links/attachments unless you recognize the sender.**

**CONTAINS HIGHLY CONFIDENTIAL INFORMATION**

Counsel,

We reviewed and investigated the three documents you provided in support of your recent claim that ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

Panini has repeatedly failed to provide any particularized information concerning your delayed requests for additional materials based on claimed "gaps" in Fanatics' documents, including (1) documents responsive to RFPs that Panini had previously tabled negotiations for in February (i.e., RFP Nos. 1, 4, 5, and 14), and (2) additional documents reflecting communications with Fanatics for certain RFPs (i.e., RFP Nos. 2, 3, 4, 5, 6, 7, 9, 15). OneTeam again requests that Panini provide the list of agreements sought under RFP No. 1, as well as additional information to confirm what you have done to follow up with Fanatics regarding these gaps—Panini's unwillingness to provide this information has prevented meaningful negotiations. We understand party discovery is ongoing and see no basis for your claim that "Fanatics' production of documents concerning issues relating to OneTeam should now be complete." The documents Panini demands may be obtained through party discovery.

Best,

Madeline

**Madeline Holler**, she/her/hers
Associate

**Dechert LLP**
+1 215 994 2408 Direct
+1 703 232 0019 Mobile
madeline.holler@dechert.com
dechert.com

1