# EXHIBIT A

## Rachel E. Noveroske

| | |
|---|---|
| **From:** | Holler, Madeline <Madeline.Holler@dechert.com> |
| **Sent:** | Monday, May 18, 2026 6:21 PM |
| **To:** | Rachel E. Noveroske; Meredith Schultz; Megan Nyman; Stuart Singer; Sabria McElroy; Eric Brenner; Amber Stewart |
| **Cc:** | Gordon, George; Chapman, Julia; Brown, Jeffrey; Kamenir, Elena |
| **Subject:** | RE: Panini America, Inc. v. Fanatics, Inc., et al., Case No. 23-cv-09714-LTS-VF (S.D.N.Y.) - OneTeam Subpoena |

**CAUTION**: External email. Please do not respond to or click on links/attachments unless you recognize the sender.

**CONTAINS HIGHLY CONFIDENTIAL INFORMATION**

Counsel,

Given the Court's granting of the parties' joint letter motion for extension to complete discovery, and in light of Panini's expanded requests to obtain communications with Fanatics from OneTeam, please let us know whether Fanatics has finished its productions in this matter or whether its productions are ongoing.

Please find OneTeam's updated positions below.  OneTeam notes that, despite our repeated requests, Panini has not provided any further information concerning the list of agreements already produced by Fanatics relating to RFP No. 1, nor has Panini provided any additional information regarding its efforts to retrieve requested documents and communications from Fanatics relating to RFP Nos. 1-7, 9, and 14-17.  Panini has also not identified specific "gaps" in Fanatics' productions beyond broad categories of documents.

OneTeam is reviewing the draft stipulation Panini provided on May 14 and will get back to you with any edits.

| RFP | 5/18 OTP Position |
|---|---|
| 1 | OneTeam will produce ███████████████████████████████████████ ████████████████████████████████████ █████████████████████████ <br><br> OneTeam otherwise stands on its objections. |
| 2 | OneTeam is prepared to conduct a reasonable search and produce ███████████ ████████████████████████████████████████████ ██████████████████████████████ <br><br> OneTeam otherwise stands on its objections. |
| 3 | OneTeam is prepared to conduct a reasonable search and produce non-privileged internal documents and communications, and external communications with non-Fanatics third parties related to OneTeam's involvement in the launch of Fanatics Collectibles. <br><br> OneTeam otherwise stands on its objections. |
| 4 | OneTeam stands on its objections. |
| 5 | The relevant documents are likely to be captured in OneTeam's proposals concerning RFP Nos. 2-3.  OneTeam stands on its objections. |

| | |
|---|---|
| 6 | OneTeam is prepared to conduct a reasonable search for non-privileged internal documents and communications, and communications with third parties, concerning NFLPA's termination of its Panini agreement and/or acceleration of the start date of the Fanatics-NFLPA agreement.<br><br>OneTeam otherwise stands on its objections. |
| 7 | ███████████████████████████████████████<br><br>OneTeam otherwise stands on its objections. |
| 8 | ███████████████████████████████████████ As a result, OneTeam will not be producing documents responsive to this Request and stands on its objections. |
| 9 | OneTeam stands on its objections. |
| 12 | ███████████████████████████████████████ As a result, OneTeam will not be producing documents in response to this request and stands on its objections. |
| 14 | OneTeam stands on its objections. |
| 15 | OneTeam is prepared to conduct a reasonable search and produce ███████████████████████████████████████<br><br>OneTeam otherwise stands on its objections. |
| 16 | OneTeam stands on its objections. |
| 17 | OneTeam stands on its objections. |

Best,

Madeline

**Madeline Holler**, she/her/hers
Associate

**Dechert LLP**
+1 215 994 2408 Direct
+1 703 232 0019 Mobile
madeline.holler@dechert.com
dechert.com