**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

PANINI AMERICA, INC.,

        Plaintiff,                       Case No.:      1:23-cv-09714-LTS-VF

v.

FANATICS, INC., et al,

        Defendants.

_____ /

## <u>CERTIFICATE OF SERVICE</u>

I, Jeffrey Brown, hereby certify that on July 8, 2026, true and correct copies of OneTeam Partners, LLC's ("OneTeam") response to Panini's Letter Motion to Seal and Exhibit A (Panini Exhibit C with OneTeam's Proposed Redactions Highlighted), filed on July 8, 2026, were served via electronic mail upon counsel for Panini and Fanatics.  The documents were served upon the following individuals:

**Panini Counsel:**

- David Boies, dboies@bsfllp.com

- Eric Brenner, ebrenner@bsfllp.com

- James P. Denvir, III, jdenvir@bsfllp.com

- Meredith L. Schultz, mschultz@bsfllp.com

- Richard A. Feinstein,  rfeinstein@bsfllp.com

- Sabria McElroy, smcelroy@bsfllp.com

- Ursula Mancusi Ungaro, uungaro@bsfllp.com

- Stuart Harold Singer, ssinger@bsfllp.com

- Megan Nyman, mnyman@bsfllp.com

- Rachel E. Noveroske, rnoveroske@bsfllp.com

**Fanatics Counsel:**

- Alicia Jovais, Alicia.Jovais@lw.com

- Lawrence Buterman, Lawrence.Buterman@lw.com

- Amanda Reeves, Amanda.Reeves@lw.com

- David Johnson, David.Johnson@lw.com

- Lindsay Martin, Lindsay.Martin@lw.com

- Michael Carlinsky, michaelcarlinsky@quinnemanuel.com

- Derek Shaffer, derekshaffer@quinnemanuel.com

- Kathryn Bonacorsi, kathrynbonacorsi@quinnemanuel.com

- Neil Phillips, neilphillips@quinnemanuel.com

- Serena Candelaria, Serena.Candelaria@lw.com

- Elle Mahdavi, ellemahdavi@quinnemanuel.com

- Emily Viola, Emily.Viola@lw.com

- Christopher Yates, chris.yates@lw.com

- Ted Ovrom, tedovrom@quinnemanuel.com

Dated: July 8, 2026

Respectfully submitted,

*/s/ Jeffrey Brown*
Jeffrey Brown
**Dechert LLP**
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6797

Tel.: (212) 698-3511
jeffrey.brown@dechert.com

George G. Gordon (*pro hac vice*)
Julia Chapman (*pro hac vice*)
Madeline Holler (*pro hac vice*)
**Dechert LLP**
Cira Centre, 2929 Arch Street
Philadelphia, PA 19104
Tel.: (215) 994-4000
Fax: (215) 994-2222
george.gordon@dechert.com
julia.chapman@dechert.com
madeline.holler@dechert.com

*Counsel for OneTeam Partners, LLC*