# Exhibit C

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| PANINI AMERICA, INC.<br><br>*Plaintiff,*<br><br>v.<br><br>FANATICS, INC., FANATICS, LLC, FANATICS COLLECTIBLES INTERMEDIATE HOLDCO, INC., FANATICS SPV, LLC, and FANATICS HOLDINGS, INC.<br><br>*Defendants.* | Case No. 1:23-cv-09714-LTS-VF<br>[Rel Case No. 1:23-cv-06895-LTS-VF] |

### STIPULATION TO JURISDICTION REGARDING PANINI'S THIRD-PARTY SUBPOENAS TO NATIONAL FOOTBALL LEAGUE PLAYERS, INC.

IT IS HEREBY STIPULATED AND AGREED between Plaintiff Panini America, Inc. ("Plaintiff" or "Panini") and Third-Party Subpoena Recipient National Football League Players, Inc. ("NFLPI"), that pursuant to Federal Rule of Civil Procedure 45(d)(3) and supporting case law in the Southern District of New York (*see, e.g*, *Res. Group Int'l Ltd. v. Chishti*, 2025 WL 2636993, at *1 (S.D.N.Y. Sept. 12, 2025)), NFLPI consents to the jurisdiction of this Court solely for the purposes of litigating the disputes among the parties described in the parties' July 15, 2026 Joint Letter for a Discovery Conference.

IT IS FURTHER STIPULATED AND AGREED that this stipulation may be executed in counterparts and that a facsimile or electronic signature shall have the same binding effect on all parties hereto as an original signature.

Dated: July 15, 2026

By:/s/ Stuart H. Singer

David Boies
Eric Brenner
**Boies Schiller Flexner LLP**
55 Hudson Yards
New York, NY
(212) 446-2300
dboies@bsfllp.com
ebrenner@bsfllp.com

Stuart H. Singer*
Sabria McElroy*
Meredith Schultz*
**Boies Schiller Flexner LLP**
401 E. Las Olas Blvd. Suite 1200
Fort Lauderdale, FL 33301
(954) 356-0011
ssinger@bsfllp.com
smcelroy@bsfllp.com
mschultz@bsfllp.com

James P. Denvir*
Richard A. Feinstein*
**Boies Schiller Flexner LLP**
1401 New York Ave, NW
Washington, DC 20005
(202) 237-2727
jdenvir@bsfllp.com
rfeinstein@bsfllp.com

*Counsel for Panini America, Inc.*
*\*Admitted pro hac vice*

By: /s/ Adam I. Dale

Jeffrey L. Kessler
David L. Greenspan
Adam I. Dale
Neha Vyas
**Winston Taylor LLP**
200 Park Ave.
New York, NY 10166-4193
(212) 294-6700
jeffrey.kessler@winstontaylor.com
david.greenspan@winstontaylor.com
adam.dale@winstontaylor.com
neha.vyas@winstontaylor.com

*Counsel for National Football League Players, Inc.*