**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
PANINI AMERICA, INC.,

                  Plaintiff,                **23-CV-9714 (LTS) (VF)**

        -against-                 **ORDER SCHEDULING**
                                        **CONFERENCE**

FANATICS, INC. et al,

                Defendants.
-------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

      A conference to address the dispute raised in the letter at ECF No. 392 is hereby

scheduled for **Monday, August 17, 2026, at 10 a.m.** Counsel for the parties are directed to call

Judge Figueredo's Microsoft Teams conference line at the scheduled time. **Please dial (646)**

**453-4442, pass code [276 625 38#].**

      Panini is directed to file its letter brief by **Wednesday, July 22, 2026**, and National

Football League Players, Inc. is directed to file its response by **Wednesday, August 5, 2026**.

      **SO ORDERED.**

DATED:     New York, New York
            July 17, 2026

                                _____
                              VALERIE FIGUEREDO
                              United States Magistrate Judge