

July 22, 2026

**<u>Via ECF</u>**

The Honorable Valerie Figueredo
United States District Court Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

> **Re: *Panini America, Inc. v. Fanatics, Inc. et al.*, Case No. 1:23-cv-09714-LTS-VF
> (S.D.N.Y. 2023) – Letter Motion to Seal**

Dear Judge Figueredo:

We write on behalf of Panini America, Inc. ("Panini") in the above-referenced matter to request permission to file under seal an unredacted version of Panini's letter motion to compel NFLPI to comply with a subpoena duces tecum, together with the exhibits attached thereto. The letter motion contains information that NFLPI has designated Highly Confidential and Fanatics has designated Outside Counsel Eyes Only. Exhibits 2, 5, and 6 contain information that NFLPI has designated Highly Confidential and Exhibit 7 contains information that Fanatics has designated Outside Counsel Eyes Only. Thus, Panini is filing these documents under seal pursuant to the Protective Order in this action. Under the procedure set out in the Protective Order, it is **NFLPI's** and **Fanatics'** burdens to establish that the filings should remain under seal within ten business days of this filing. ECF No. 160 ¶ 17 ("Within ten business days of the filing under seal, **the designating party** shall file a letter setting forth the basis for any permanent redactions or sealing on the docket, and any party opposing the redactions or sealing shall indicate its position in the letter." (emphasis added)). NFLPI anticipates that the sealing issues will be duplicative across the joint letter (ECF 392) and the parties' briefs and accordingly requests the ability to file a single letter in support of sealing for all three filings 10 business days after the dispute is fully briefed.

Panini does not oppose filing these documents under seal consistent with the Protective Order but reserves the right to challenge NFLPI's and Fanatics' confidentiality designations. Panini also does not oppose NFLPI's request to file a single letter in support of sealing for all three filings after the dispute is fully briefed.

Pursuant to the Court's individual rules, Panini is filing proposed sealed documents electronically through the Court's ECF system. Panini is also filing redacted versions of the materials publicly on the docket.

Respectfully submitted,

*/s/ Stuart H. Singer*



David Boies
Eric Brenner
**BOIES SCHILLER FLEXNER LLP**
55 Hudson Yards
New York, NY 10001
Telephone: (212) 446-2300
dboies@bsfllp.com
ebrenner@bsfllp.com

Stuart H. Singer*
Sabria A. McElroy*
Meredith Schultz*
**BOIES SCHILLER FLEXNER LLP**
401 E. Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
ssinger@bsfllp.com
smcelroy@bsfllp.com
mschultz@bsfllp.com

*Counsel for Panini America, Inc.*

**pro hac vice*

cc:    All Counsel of Record (by ECF)