

200 Park Avenue
New York, NY 10166-4193
+1 (212) 294-6700

August 5, 2026

**<u>VIA ECF</u>**

The Honorable Valerie Figueredo
United States Magistrate Judge

>**Re: *Panini America, Inc. v. Fanatics, Inc., et al.*, No. 1:23-cv-09714-LTS-VF (S.D.N.Y. 2023) – NFLPI's Response to Motion to Compel & Sealing Requests**

Dear Judge Figueredo:

We write on behalf of non-party National Football League Players, Inc. ("NFLPI").

As set forth in Panini's Letter Motions to Seal (*see* ECF Nos. 390 & 400), NFLPI requested the ability to file a single letter in support of all sealing issues raised by (i) the Joint Letter for a Discovery Conference (*see* ECF Nos. 391 (sealed) & 392 (public)), (ii) Panini's Letter Motion to Compel (*see* ECF Nos. 401 (sealed) & 402 (public)), and (iii) NFLPI's forthcoming Response to Panini's Letter Motion to Compel (the "Response" and, together with (i) and (ii), the "Motion to Compel Briefing"), 10 business days after the dispute was fully briefed.

To facilitate and expedite the Court's review, NFLPI is filing contemporaneously herewith a letter in support of its sealing requests as to the entirety of the Motion to Compel Briefing.

Pursuant to Rule I.g.2 of the Court's Individual Practices in Civil Cases, NFLPI will file sealed versions of its forthcoming Response and Exhibit A thereto with the proposed redactions highlighted in yellow, provide copies via email, and file redacted versions on the public docket.

>Respectfully submitted,
>
>*/s/ Adam I. Dale*
>Jeffrey L. Kessler
>David L. Greenspan
>Adam I. Dale
>Neha Vyas
>**WINSTON TAYLOR LLP**
>200 Park Avenue
>New York, New York 10166
>Telephone: (212) 294-6700
>Facsimile: (212) 294-4700
>jeffrey.kessler@winstontaylor.com
>david.greenspan@winstontaylor.com
>adam.dale@winstontaylor.com
>neha.vyas@winstontaylor.com

**WINSTON TAYLOR.**

August 5, 2026
Page 2

*Counsel for Non-Party National Football League Players, Inc.*

cc:    Counsel of Record (by ECF)