**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
|  | x |  |
|  | : |  |
|  | : |  |
|  | : |  |
| PANINI AMERICA, INC. | : |  |
|  | : |  |
| *Plaintiff,* | : | Case No. 1:23-cv-09714-LTS-VF |
| v. | : |  |
| FANATICS, INC., FANATICS, LLC, | : |  |
| FANATICS COLLECTIBLE INTERMEDIATE | : | [Related to Case No. 1:23-cv-06895-LTS- |
| HOLDCO, INC., FANATICS SPV, LLC, and | : | VF] |
| FANATICS HOLDINGS, INC. | : |  |
|  | : |  |
| *Defendants.* | : |  |
|  | : |  |

---

**DECLARATION OF ADAM I. DALE IN SUPPORT OF NON-PARTY**
**NATIONAL FOOTBALL LEAGUE PLAYERS, INC.'S**
**RESPONSE TO PANINI'S MOTION TO COMPEL**

---

I, Adam I. Dale, declare as follows:

1.      I am an attorney duly licensed to practice law before the courts of the state of New York and admitted to the United States District Court for the Southern District of New York. I am a partner with the law firm Winston Taylor LLP, which represents non-party National Football League Players, Inc. ("NFLPI") in connection with the September 5, 2025 and April 8, 2026 subpoenas issued to NFLPI by Panini America, Inc. ("Panini") in the above-captioned action. I submit this Declaration based upon my own personal knowledge in support of NFLPI's Response to Panini's Motion to Compel. If called upon to do so, I will testify competently to the facts set forth herein.

2.      After being served with Panini's September 5, 2025 subpoena (the "Original Subpoena"), NFLPI served responses and objections thereto on October 27, 2025. Panini appended those responses and objections to its Motion.

3.      NFLPI and Panini then negotiated the scope of NFLPI's response to the Original Subpoena.

4.      The parties reached an agreement on the scope of the Original Subpoena on January 23, 2026.

5.      Thereafter, NFLPI undertook extensive document review and collection efforts. Our firm collected tens of thousands of documents from 7 custodians based on the agreed-upon scope of the Original Subpoena. After applying search terms, 6,736 documents were prepared for review. Given that volume, we formed and trained a dedicated document review team consisting of 5 contract attorneys, 3 associates, and myself.

6.      Winston Taylor's e-discovery department employs contract attorneys who are assigned full-time to case teams to assist in document review. At the beginning of their work on a specific case, these attorneys participate in one or more training sessions to learn about the facts of the case so that they can review documents with a robust knowledge of the categories of documents that are responsive and non-responsive to applicable discovery requests. Upon completion of the document review, contract attorneys are re-assigned to other matters within the firm.

7.      Collectively, the dedicated document review team spent roughly 350 hours in connection with NFLPI's document collection, review and production efforts. We also required the assistance of specialized e-discovery personnel who spent approximately 45 hours facilitating and supporting our document collection, review and production efforts.

8.     NFLPI produced documents in response to the Original Subpoena on March 6, 2026 and March 27, 2026. The March 6, 2026 production consisted of 468 documents, and the March 27, 2026 production consisted of 125 documents.[1]

9.     Following the March 27, 2026 production, the dedicated document review team was no longer necessary and was disbanded.

10.    If Panini's Motion is granted and NFLPI is ordered to review and produce the documents that Panini now seeks, it would require NFLPI to review thousands of documents and would very likely include a substantial set of documents that the document review team previously reviewed but determined were non-responsive to the agreed-upon scope of the Original Subpoena. In addition, because we collected documents based on the agreed-upon scope of the Original Subpoena, if Panini's Motion is granted, it would also likely require our firm to undertake another round of document collection from NFLPI.

11.    Given the breadth of the requests that Panini seeks to compel, and the likely number of documents that would need to be reviewed, if the Motion is granted, I expect that we would need to reconstitute and re-train a dedicated document review team, including numerous contract attorneys.

---

[1] NFLPI is finalizing an additional production consisting of text messages from former NFLPI employees; documents from an additional one-month period in response to one of the Original Subpoena requests that were not included in the original review; and a document that Panini represented it was unable to secure from Fanatics.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5th day of August, 2026, in Chappaqua, New York.

By:    */s/ Adam I. Dale*
Adam I. Dale
WINSTON TAYLOR LLP
200 Park Avenue
New York, New York 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
adam.dale@winstontaylor.com

*Counsel for Non-Party*
*National Football League Players, Inc.*