# EXHIBIT A

BSF | BOIES SCHILLER FLEXNER

April 28, 2026

**VIA E-MAIL**

Lawrence E. Buterman
Alicia R. Jovais
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
lawrence.buterman@lw.com
alicia.jovais@lw.com

Michael B. Carlinsky
Kathryn D. Bonacorsi
Ted Ovrom
Quinn Emanuel Urquhart & Sullivan, LLP
295 Fifth Avenue
New York, NY 10016
michaelcarlinsky@quinnemanuel.com
kathrynbonacorsi@quinnemanuel.com
tedovrom@quinnemanuel.com

**Re: *Panini America, Inc. v. Fanatics, Inc. et al.*, Case No. 1:23-cv-09714-LTS-VF (S.D.N.Y. 2023); *Fanatics Collectibles TopCo, Inc. v. Panini S.p.A.*, Case No. 1:23-cv-06895-LTS-VF (S.D.N.Y 2023)**

Counsel:

Panini writes in response to your April 2, 2026 letter addressing the production issues raised in Panini's March 13, 2026 letter.

1. **Panini's Production**

- **Panini S.p.A. In-House Counsel.** Panini met its substantial completion deadline and has continued making productions. To address your statements concerning in-house counsel related to Panini America, we confirm that Panini America does not have in-house counsel. However, the Group entity has counsel based in Italy. They include Federica De Paolis and Corinna Schiavi, who generally manage intellectual property and licensing issues. Neither has managed this litigation and we have not shared any Attorneys Eyes Only ("AEO") documents with them. Additionally, Francesca Baroni is a board member who serves as counsel to

BSF

Panini S.p.A. in some respects, though, again, she has not received access to AEO documents.

- **Panini S.p.A. Custodians.** Fanatics' complaint that it took longer to produce documents from Anna Baroni, Francesca Baroni, and Ivam Faria than from other European custodians ignores the simple explanation that Panini had gone through the extended GDPR justification process for those other custodians substantially earlier in time. It is a lengthy and burdensome procedural requirement. In any event, these documents have now been produced. The claim that documents from "Panini S.p.A. custodians are inexplicably sparse" is quite explicable: this case is about US-based activities, and the day-to-day operations are managed and performed by Panini America employees. Moreover, the Baronis are not even employees; they are board members. There will likely be further documents forthcoming from some of the Panini S.p.A. custodians as Panini continues to evaluate its documents for privilege. Panini confirms that documents being held back for being "duplicative" were de-duped on the basis of matching MD5 hashes.

- **Text Messages.** Panini has produced text messages it identified as responsive to requests that hit on search terms and custodians. We are continuing to assess your questions concerning the specific Bates numbered documents Fanatics has identified.

- **Third Party Documents.** No Panini custodian has a copy of SLAMCORP0000857 or SLAMCORP0000033 in their files.

- **Redemption Data.** To clarify, RFP No. 73 requests the following: "Documents sufficient to show the number of Redemption requests submitted to You, on a monthly basis, including what percentage of those Redemptions were ultimately fulfilled with the card promised, from 2020 to the present." Your apparent attempt to alter by letter the request to require "all documents … including tracking documents, summaries, analyses, and all data used to create such material" is improper. The three documents produced by Panini constitute Panini's tracking of redemption ticket submissions and their resolution. Panini continues to investigate whether there is any additional information it retains in the regular course of business relevant to this request.

- **Teams Messages.** Panini has produced the Teams messages that hit on search terms and custodians and are responsive to the requests for which it agreed to produce documents pursuant to those search terms and custodians. For accuracy, before your letter was sent, Panini had produced additional Teams messages and identified as much for Fanatics in email correspondence. Panini continues to assess whether it has additional responsive Teams messages to produce, which will in part be determined by resolution of the athlete negotiations discussions.

BSF

- **Donruss Asset Purchase Agreement.** The Donruss Asset Purchase Agreement from 2009 was produced as PAN-SDNY_000462620.

**2. <u>Fanatics' Production</u>**

- **Missing Text Messages.** We look forward to receiving additional responsive text messages in Fanatics' forthcoming production(s).

- **Missing Rubin Documents.** In Panini's March 13 letter, we raised the issue of missing categories of documents and missing texts/WhatsApp messages from Michael Rubin's custodial file production. You stated that your production demonstrates that if search terms had hit on Rubin's responsive documents, they would have been produced. But this does not explain the extremely low number of documents produced from Rubin's custodial files despite the numerous topics for which he is likely to have responsive materials according to your initial disclosures and Panini's review of the productions to date. Please confirm whether Rubin failed to preserve or deleted any documents or sources of documents before collection in this case. If so, please disclose the timing of the failure to preserve and/or deletion.

- **Board Materials.** Thank you for confirming that you collected and reviewed all board materials hitting on agreed search terms and custodians and produced—or will produce—the responsive materials. Panini looks forward to receiving additional responsive board materials in Fanatics' forthcoming production(s).

- **Missing Metadata and Page Images.** Thank you for producing corrected page images for the documents Panini raised in its letter as well as additional metadata for date and Last Saved By fields.

Panini reserves all rights.

Regards,

*<u>/s/ Sabria McElroy</u>*

Stuart Singer
Sabria McElroy
Meredith Schultz
Boies Schiller Flexner LLP
401 E. Las Olas Blvd. Suite 1200
Fort Lauderdale, FL 33301
(954) 356-0011
ssinger@bsfllp.com
smcelroy@bsfllp.com

BSF

mschultz@bsfllp.com