# EXHIBIT D

BSF | BOIES SCHILLER FLEXNER

August 4, 2026

**VIA EMAIL**

Lawrence E. Buterman
Latham & Watkins, LLP
1271 Avenue of the Americas
New York, NY 10020
lawrence.buterman@lw.com

Michael B. Carlinsky
Kathryn D. Bonacorsi
Quinn Emanuel Urquhart & Sullivan, LLP
295 Fifth Avenue
New York, NY 10016
michaelcarlinsky@quinnemanuel.com
kathrynbonacorsi@quinnemanuel.com

**Re: *Panini America, Inc. v. Fanatics, Inc. et al.*, Case No. 1:23-cv-09714-LTS-VF (S.D.N.Y. 2023) – Meet and Confer Follow-Up Regarding Francesca Baroni**

Counsel:

We write as a follow-up to our July 23, 2026 letter and the parties' July 29, 2026 meet and confer on privilege logs, at which Fanatics' counsel raised additional questions regarding Francesca Baroni's role and her relationship to Studio Baroni. While we acknowledge a clerical error in Panini's initial disclosures, Fanatics' continued mischaracterization of the public records and Italian law is without merit. For the reasons stated in our July 23 letter, Italian law protects Ms. Baroni's rendering of legal advice to Panini S.p.A.

## I. Ms. Baroni's Corporate Role Is Consistent with Her Status as Outside Counsel

As noted above, Panini's initial disclosures (served March 13, 2025) inadvertently transposed the descriptions for Francesca and Anna Baroni, incorrectly identifying Francesca as "chairman." We will be serving updated disclosures to correct this error.

The corporate records confirm the Baronis' respective roles. The *visura storica* (historical company extract) of Panini S.p.A. from the Italian Companies Register held by the Chamber of Commerce of Modena establishes the following:

- Anna Baroni has served continuously as Chair of the Board of Directors (*Presidente del Consiglio di Amministrazione*) of Panini S.p.A. since her appointment by deed of November 27, 2016, most recently confirmed by deed of July 18, 2025.
- From December 1, 2016, forward, Francesca Baroni has held only the position of ordinary Board member (*Consigliere*/*Consigliera*).

BSF

- Francesca Baroni is not, and has never been, Chair of the Board of Directors of Panini S.p.A.

At the meet and confer, Fanatics referenced Panini's corporate filings, claiming they describe Ms. Baroni as holding the same powers as Chairwoman Anna Baroni. This mischaracterizes the record. The *visura storica* of Panini S.p.A. affirmatively records that Francesca Baroni holds **no** delegated powers. A board resolution of July 18, 2025 (registered July 30, 2025), recorded Francesca Baroni as holding "the same powers as those vested in the Chair, Ms. Anna Baroni, **to be exercised in the event of her absence or impediment**." The very language of this delegation conditions its exercise on a triggering event that has not occurred. This is a contingent, non-operative authority—a continuity mechanism preventing paralysis of the company's external representation in the event the Chair is unavailable. It confers no authority while the Chair remains able to act.

Francesca Baroni's position as a non-executive director is fully compatible with Bar practice under Italian law. Her enrollment in the Bar of Bologna is a matter of public record, verifiable through the official search portal of the Italian National Bar Council (*Consiglio Nazionale Forense*) at https://www.consiglionazionaleforense.it/. She represents other clients in addition to Panini S.p.A., which we decline to identify since doing so would be inconsistent with Ms. Baroni's duty of professional secrecy. Nothing about Ms. Baroni's role as outside counsel to Panini S.p.A. is incompatible with her status as a licensed attorney or with the assertion of attorney-client privilege over her legal communications.

## II. Studio Baroni

During the meet and confer, you asked whether "Studio Baroni" is Anna Baroni's accounting practice rather than a law firm, and questioned the relationship between Ms. Baroni's email domain, office space, and law practice. As we explained in our July 23 letter, Ms. Baroni is a licensed, practicing attorney admitted to the Bar of Bologna who provides legal advice to Panini S.p.A. in that autonomous professional capacity. "Studio Baroni" is simply the name used by Francesca and Anna Baroni to carry out their respective professional activities as sole practitioners. It is not a legally incorporated entity, but rather a shared trade name used individually by Anna Baroni (an accountant) and Francesca Baroni (a licensed attorney), with no separate legal existence, partnership structure, or professional standing of its own. This is a common Italian arrangement in which practitioners of different professions share office space and a family name without forming a joint entity. The shared email domain and physical address reflect only this shared-premises arrangement and have no bearing on Ms. Baroni's professional identity, independence, or regulatory status as a licensed attorney.

You also asked whether Panini retained "Studio Baroni" or Francesca Baroni individually. This question is irrelevant to Ms. Baroni's status as counsel because the distinction it implies does not exist under Italian law. Under Italian law, a professional mandate is conferred *intuitu personae* on the individual lawyer. Only a natural person may be admitted to the Bar, bound by deontological obligations of the profession, and vested with the duty and right of professional secrecy. A *studio legale* is an organization of premises and resources, not a separate professional entity capable of holding a mandate or owing professional secrecy in its own right (except in the case of a *società tra avvocati* under Article 4-*bis* of Law No. 247/2012, which is not the arrangement here).

Accordingly, the professional obligation—and protection attaching to it—reside in the admitted lawyer who performs the work: Francesca Baroni.

**III. Further Meet and Confer**

The parties have scheduled a meet and confer for Wednesday, August 5, at 10 am ET. As we discussed, Panini also intends to address Fanatics' outstanding discovery deficiencies at the meet and confer. We expect Fanatics to be prepared to provide substantive positions on the issues raised in our July 7 and July 16 letters regarding Panini's requests for production, so we can promptly raise any unresolved disputes with the Court.

Panini reserves all rights.

Regards,

*<u>/s/ Stuart Singer</u>*

Stuart Singer
Sabria McElroy
Meredith Schultz
Boies Schiller Flexner LLP
401 E. Las Olas Blvd. Suite 1200
Fort Lauderdale, FL 33301
(954) 356-0011
ssinger@bsfllp.com
smcelroy@bsfllp.com
mschultz@bsfllp.com