# EXHIBIT E

BOIES SCHILLER FLEXNER

August 25, 2025

**VIA ELECTRONIC MAIL**

Kathryn Bonacorsi
Quinn Emanuel Urquhart & Sullivan, LLP
295 Fifth Avenue
New York, NY 10016
kathrynbonacorsi@quinnemanuel.com

Alicia Jovais
Lawrence Buterman
Latham & Watkins, LLP
1271 Avenue of the Americas
New York, NY 10020
alicia.jovais@lw.com
lawrence.buterman@lw.com

**Re: *Panini America, Inc. v. Fanatics, Inc. et al.*, Case No. 1:23-cv-09714-LTS-VF; *Fanatics Collectibles TopCo, Inc. v. Panini S.p.A.*, Case No. 1:23-cv-06895-LTS-VF – Panini Custodians**

Counsel:

Pursuant to our ongoing negotiations concerning custodians, we are providing the chart below. This information is based on our investigation to date. Panini reserves all rights, including, without limitation, the right to amend this list and the descriptions provided.

With respect to Case No. 1:23-cv-09714, we have, consistent with our meet-and-confer discussions, explained the relevance of each of the custodians in our initial list. To streamline discussions, we have grouped the identified custodians into two categories. Tier 1 custodians are those most likely to possess responsive materials spanning multiple substantive topics implicated by Panini's claims. Tier 2 custodians possess information that is narrower in scope and/or information that may overlap with that expected to be found in Tier 1 custodians' files. Panini believes, for the reasons set forth in the chart below, that Anna and Francesca Baroni should not be designated as custodians. However, Panini remains willing to discuss their inclusion if Fanatics believes there is a reasonable basis to add them to the list.

As to Case No. 1:23-cv-006895, Panini maintains that the five custodians identified in its initial proposal are proportional to the singular claim and the limited factual issues presented. Panini objects to Fanatics' request to add three additional custodians, but we are willing to discuss Fanatics' position during our next meet and confer.

BSF

**Panini v. Fanatics (23-cv-09714)**

| | Title | Relevance |
|---|---|---|
| **TIER 1 CUSTODIANS** | | |
| Mark Warsop | Chief Executive Officer | Mr. Warsop has information relevant to all of Panini's claims, including information about license negotiations and terms, Fanatics' exclusionary conduct, Fanatics' raid on Panini employees and Panini's efforts to retain and replace employees, Fanatics' efforts to deprive Panini of rookie autographs, Fanatics' use of GCP to undermine Panini's ability to supply cards, and the impact of Fanatics' conduct on Panini. |
| Aldo Sallustro | Former Panini S.p.A. Group CEO | Mr. Sallustro has information about Panini's license negotiations, Fanatics' exclusionary conduct, and the impact of Fanatics' conduct on Panini. He also has information related to any potential sales of Panini. |
| Giorgio Aravecchia | Panini S.p.A. Group CFO and Human Resources Director | Mr. Aravecchia has information about license negotiations and terms, Fanatics' exclusionary conduct, Fanatics' raid of Panini America employees, Panini's efforts to retain and replace employees, and the financial impact of Fanatics' conduct on Panini America. |
| Jason Howarth | Senior VP Marketing & Athlete Relations | Mr. Howarth has information about Fanatics' efforts to deprive Panini of star rookie autographs; competition for handwritten signatures; Fanatics' tortious interference with athletes and other licensors; Fanatics' efforts to damage Panini's relationships with players, leagues, business partners, and consumers with defamatory statements; Fanatics' raid on Panini employees; and the impact of Fanatics' anticompetitive conduct on Panini. Mr. Howarth oversees Kris Boltin, Tone Stakes, and Jonathan Cramer on the acquisitions team, which conducts deals with athletes, and Mr. Howarth either conducts or supervises all athlete deals. |
| Robert Hull | Chief Financial Officer | Mr. Hull's relevant information includes documents on the financial impact of Fanatics' conduct on |

BSF

| | Title | Relevance |
|---|---|---|
| | | Panini, Panini's financial reporting, and financial statements, including revenues and payments to leagues and players associations. Mr. Hull also oversees and has information relating to consumer complaints. |
| D.J. Kazmierczak | Senior VP of Operations | Mr. Kazmierczak oversees production and has information relating to Panini's expansion of the market, industry practices, the production and manufacturing of Panini trading cards, Fanatics' exclusionary and tortious conduct (including its raid of Panini's employees, use of GCP to interfere with Panini's production, and tortious interference with athletes), and the impact of Fanatics' conduct on Panini. Mr. Kazmierczak may also have relevant information concerning Panini's negotiations with licensors. |
| Jennifer Stepp | VP of Finance | Ms. Stepp interfaces directly with GCP and has knowledge of Fanatics' use of GCP to undermine Panini's ability to supply cards. She also has information related to the theft of Panini trade secrets by former Panini employees. Ms. Stepp also has information on the financial impact of conduct on Panini, revenue figures, and financial statements, though this financial information may overlap to some extent with that of Bob Hull. |
| Jim Stefano | VP of Product Development | Mr. Stefano has information relating to Panini's product development, expansion of the market, industry practices, the production and manufacturing of Panini trading cards, Fanatics' raid, Fanatics' use of GCP to interfere with Panini's production, and Fanatics' tortious interference with athletes. Mr. Stefano's relevant documents will overlap to some extent with those of Mr. Kazmierczak, but he likely has uniquely responsive information on these topics. |
| Kevin Haake | VP of Sales | Mr. Haake has knowledge of Panini's distribution of cards, retail relationships, and agreements with distributors, retailers, and card shops. |
| Eric Van Voorhis | Director of Panini Direct | Mr. Van Voorhis has knowledge of direct consumer sales through Panini's website and signed |

BSF

| | Title | Relevance |
|---|---|---|
| | | memorabilia. Mr. Van Voorhis oversees Panini's direct-to-consumer sales and its signed memorabilia products. Given the breadth of products that Fanatics contends are relevant to the market definition here, Mr. Van Voorhis has uniquely relevant information relating to products within Fanatics' definition of Collectibles. Mr. Van Voorhis also has information about Fanatics' raid on Panini employees. |
| Chris Ogbonnaya | VP-NIL Athlete Relations | Mr. Ogbonnaya oversees deals with college athletes. Mr. Ogbonnaya has information on Fanatics' interference and exclusionary conduct regarding athlete relations and acquisitions of individual deals. Given the breadth of products that Fanatics contends are relevant to the market definition here, Mr. Ogbonnaya has uniquely relevant information relating to products within Fanatics' definition of Collectibles. |
| Gary Gates | Director of Production | Mr. Gates oversees a team of production managers. He interfaces directly with GCP and has information relating to Fanatics' use of GCP to undermine Panini's ability to supply cards, other GCP production problems, and production schedules and processes. Based on our investigation to date, we believe that he likely has uniquely relevant information responsive to Fanatics' GCP-related requests, particularly Requests 39 and 45. |
| **TIER 2 CUSTODIANS** | | |
| Peter Harris | Former Panini S.p.A. Group CFO | Mr. Harris has information related to the proposed transaction with Fanaticsand may also have relevant financial information. Mr. Harris was succeeded by Giorgio Aravecchia, and his relevant information may overlap with that of Mr. Aravecchia. |
| Peter Warsop | Former Panini S.p.A. Group Licensing Director | Mr. Warsop has information relating to Panini's licensing and negotiations with the leagues and players associations and Panini's expansion into the American market. His relevant documents may overlap to some extent with those of Aldo Sallustro and Mark Warsop. |

BSF

| | Title | Relevance |
|---|---|---|
| | | |
| Tone Stakes | Acquisitions Director-Basketball | Mr. Stakes oversees autograph deals with basketball athletes and has information relating to competition for handwritten signatures of basketball players. He is overseen by Jason Howarth. He has information related to Fanatics' interference and exclusionary conduct with respect to individual athlete deals, especially NBA deals. His relevant information may overlap to some degree with that of Jason Howarth. |
| Kris Boltin | Acquisitions Director-Football | Mr. Boltin oversees autograph deals with football athletes. He is overseen by Jason Howarth. He has information relating to competition for handwritten signatures of football players and Fanatics' interference and exclusionary conduct with respect to individual athlete deals, especially NFL deals. His relevant information may overlap to some degree with that of Jason Howarth. |
| Stephanie Carlson | Director of Production | Ms. Carlson is retired from Panini. Prior to retirement, Ms. Carlson interfaced directly with GCP and has knowledge of Fanatics' use of GCP to undermine Panini's ability to supply cards. She also has knowledge of the impact of Fanatics' raid on Panini. Her relevant documents likely overlap with those of other custodians. |
| Terry Luna | Director of HR/Payroll | Ms. Luna oversees payroll and HR at Panini. She may have information on the impact of Fanatics' raid on Panini and Panini's efforts to retain its employees. Her relevant information largely overlaps with that of Bob Hull, but we are unable to say that she has no uniquely responsive documents at this stage. |
| Jonathan Cramer | Acquisitions Director-Multi-Sport | Mr. Cramer is overseen by Jason Howarth. He oversees autograph deals with non-football or basketball athletes and has information relating to competition for handwritten signatures of athletes. To the extent Fanatics contends such deals are relevant, Mr. Cramer is likely an appropriate custodian. His relevant information may overlap to some degree with that of Jason Howarth. |

BSF

| | Title | Relevance |
|---|---|---|
| **FANATICS PROPOSED ADDITIONS** | | |
| Anna Baroni | President of the Panini S.p.A. Board of Directors | Anna Baroni is president of the Panini board but is not involved in the day to day operations of Panini S.p.A. or Panini America. She may have documents addressing the proposed transaction with Fanatics. However, any relevant documents she has are likely duplicative of Aldo Sallustro's information. |
| Francesca Baroni | Member of the Panini S.p.A. Board of Directors | Francesca Baroni is a board member of Panini but is not involved in the day to day operations of Panini S.p.A. or Panini America. She may have documents addressing the proposed transaction with Fanatics. However, any relevant documents she has are likely duplicative of Aldo Sallustro's documents. |

**Fanatics v. Panini (23-cv-006895)**

| | Title | Relevance |
|---|---|---|
| **PANINI INITIAL PROPOSAL** | | |
| Giorgio Aravecchia | Group Human Resources Director & Group Chief Financial Officer | Information on Panini's employee retention efforts through compensation packages |
| Mark Warsop | Panini America CEO | Information on Panini's employee retention efforts, employment practices, and former employees' trade secret theft and violation of Panini's employment agreements |
| Jennifer Stepp | Panini America Vice President of Finance | Information on trade secret theft and violation of Panini's employment agreements |
| D.J. Kazmierczak | Panini America Senior Vice President of Operations | Involvement in efforts to retain employees |
| Terry Luna | Panini America Director of Human Resources and Payroll | Information on employee payroll and compensation, employee complaints, operative policies, and Panini's employment agreements |
| **FANATICS PROPOSED ADDITIONS** | | |
| Aldo Sallustro | Group CEO | Mr. Sallustro may have relevant information on employee retention efforts |

BSF

| | | |
|---|---|---|
| | | through compensation packages. Mr. Sallustro's documents are likely duplicative of those of Mr. Aravecchia and Mr. Warsop. |
| Robert Hull | Panini America CFO | Mr. Hull has information on Panini's efforts to retain employees. His relevant documents are expected to be largely duplicative of those of Mr. Aravecchia and Mr. Warsop. |
| Jason Howarth | Panini America Senior VP Marketing & Athlete Relations | Mr. Howarth has information on employee retention outreach efforts. Mr. Howarth's information largely overlaps with that of Mr. Warsop and Mr. Kazmierczak. |

Regards,

*/s/ Sabria McElroy*

Stuart Singer
Sabria McElroy
Jason Hilborn
Boies Schiller Flexner LLP
401 E. Las Olas Blvd. Suite 1200
Fort Lauderdale, FL 33301
(954) 356-0011
ssinger@bsfllp.com
smcelroy@bsfllp.com
jhilborn@bsfllp.com