# EXHIBIT G

**From:** Megan Nyman <mnyman@bsfllp.com>
**Sent:** Monday, December 8, 2025 1:25 PM
**To:** Ted Ovrom; David Boies; Stuart Singer; Sabria McElroy; Eric Brenner; Jason Hilborn; Jessica Mugler
**Cc:** Michael Carlinsky; Derek Shaffer; Kathryn Bonacorsi; Neil Phillips; Elle Mahdavi; Yvonne Zhang; 'Amanda.Reeves@lw.com'; 'Lawrence.Buterman@lw.com'; 'Alicia.Jovais@lw.com'; 'Emily.Viola@lw.com'; Brian.Goodell@lw.com; 'David.Johnson@lw.com'; 'Lindsay.Martin@lw.com'; Rachel E. Noveroske; Carolina Yu
**Subject:** RE: Fanatics Second Requests for Production to Panini (Case Nos. -6895 and -9714)

**[EXTERNAL EMAIL from mnyman@bsfllp.com]**

---

Counsel,

Below are our responses on the issues raised in connection with Case No. -9714. Please confirm that you plan to file any letter motion addressing the issues you plan to raise for the December 16 conference by tomorrow at 5pm.

- **Documents Regarding Panini S.p.A. (RFP Nos. 68, 73-78, 80-81, 83-84, 87):** Panini's custodians already include seven Panini S.p.A. custodians, Aldo Sallustro (former CEO of Panini Group), Ivam Faria (current Panini Group CEO as of April 24, 2025), Giorgio Aravecchia (Panini Group CFO), Peter Harris (former Panini Group CFO), Peter Warsop (former Panini Group CFO), Francesca Baroni (Panini Group board member and legal counsel), and Anna Baroni (Panini Group board member). This list is more than sufficient to cover documents from Panini S.p.A. concerning Panini America's business. We will not agree to add any additional Panini S.p.A. custodians.
- **Documents Regarding Panini's Actual/Potential Acquisitions of Other Trading Card Companies (RFP No. 68):** Fanatics has refused to produce documents concerning its acquisition of Topps, contending such documents are irrelevant, yet it is demanding that Panini America's parent company produce documents concerning its parent company's "actual, potential, or contemplated" acquisitions of ***any*** trading card company. Your request is overbroad and seeks irrelevant documents, and you have not offered any explanation for the inconsistency in your position. Your arguments are also based on mischaracterizations of Judge Figueredo's prior ruling and the anticompetitive conduct by Fanatics at issue. Nonetheless, as a compromise, Panini has agreed it will produce Panini S.p.A. documents concerning the acquisition of Donruss. [redacted] If this is agreeable, Panini – while reserving all objections in its Responses and Objections – will withdraw its initial agreement to produce and amend it as follows: Plaintiff will conduct a reasonable search based upon reasonable search terms and custodians for (i) Documents and Communications concerning any actual, potential, or contemplated acquisition of Donruss by Panini S.p.A. beginning in 2009 through the date of the acquisition; [redacted]

[redacted]

- **Panini's External Financial Projections (RFP No. 75):** Can you please clarify whether you are requesting that we modify and replace the existing search for RFP Nos. 6, 11, and 12 with your proposed search, or are you requesting that we add this as a new search?
- **Documents Regarding Panini's Efforts to Sign Athletes Who Already Signed with Fanatics (RFP No. 71):** We disagree that the existing terms for RFP No. 50 are insufficient to capture additional responsive documents for RFP No. 71. We will test the search you propose with our vendor to assess hit counts and revert, but reserve the right to reject these additional terms or to narrow the terms and custodians.
- **Communications with Licensors Regarding Potential Violations of Panini's Rights (RFP No. 76):** Subject to reasonable search terms, Panini will agree to this narrowed request. Panini will propose terms and provide hit counts.
- **Panini's Actions/Contemplated Actions in Response to Fanatics' Acquisition of Licenses (RFP No. 83):** We believe these documents should be captured by the existing search for RFP Nos. 6, 11, and 12. We will agree not to withhold documents responsive to RFP No. 83 as modified that are captured by that search.
- **Panini's Recruitment and Hiring of Collectibles Employees (RFP No. 87):** We maintain these documents are completely irrelevant. However, we are willing consider this request as to Fanatics employees, going back to 2021, if you can identify specific names to search. Please let us know if you are aware of specific employees.

We reserve all rights.

Best,

**Megan Nyman**
Associate
BOIES SCHILLER FLEXNER LLP
401 E. Las Olas Blvd. Suite 1200
Fort Lauderdale, FL, 33301
(t) 954 356 0011
(m) 954 295 7513
mnyman@bsfllp.com
www.bsfllp.com

---

**From:** Ted Ovrom <tedovrom@quinnemanuel.com>
**Sent:** Sunday, December 7, 2025 9:33 AM
**To:** Megan Nyman <mnyman@bsfllp.com>; David Boies <DBoies@BSFLLP.com>; Stuart Singer <ssinger@bsfllp.com>; Sabria McElroy <smcelroy@bsfllp.com>; Eric Brenner <EBrenner@BSFLLP.com>; Jason Hilborn <jhilborn@bsfllp.com>; Jessica Mugler <jmugler@BSFLLP.com>
**Cc:** Michael Carlinsky <michaelcarlinsky@quinnemanuel.com>; Derek Shaffer <derekshaffer@quinnemanuel.com>; Kathryn Bonacorsi <kathrynbonacorsi@quinnemanuel.com>; Neil Phillips <neilphillips@quinnemanuel.com>; Elle Mahdavi <ellemahdavi@quinnemanuel.com>; Yvonne Zhang <yvonnezhang@quinnemanuel.com>; 'Amanda.Reeves@lw.com' <amanda.reeves@lw.com>; 'Lawrence.Buterman@lw.com' <lawrence.buterman@lw.com>; 'Alicia.Jovais@lw.com' <alicia.jovais@lw.com>; 'Emily.Viola@lw.com' <emily.viola@lw.com>; Brian.Goodell@lw.com; 'David.Johnson@lw.com' <david.johnson@lw.com>; 'Lindsay.Martin@lw.com' <lindsay.martin@lw.com>; Rachel E. Noveroske <rnoveroske@bsfllp.com>; Carolina Yu <carolinayu@quinnemanuel.com>
**Subject:** RE: Fanatics Second Requests for Production to Panini (Case Nos. -6895 and -9714)

CAUTION: External email. Please do not respond to or click on links/attachments unless you recognize the sender.

---

Counsel,

We write to follow up on Tuesday's meet and confer regarding Panini's responses and objections to Fanatics' document requests in cases -9714 and -6895. Please let us know your positions on the outstanding requests where indicated below.

- **Antitrust - Documents Regarding Panini S.p.A. (RFP Nos. 68, 73-78, 80-81, 83-84, 87).** We appreciate your clarification that Panini will produce documents from existing Panini S.p.A. custodians to the extent the documents relate to Panini's U.S. collectibles business, and that any documents relating to both Panini's U.S. *and* international collectibles businesses would not be excluded on that basis. So that we can evaluate your proposal to exclude documents exclusively related to Panini's international business, please clarify whether other employees of Panini S.p.A.—beyond those whom Panini has already agreed to add as custodians—were actively involved in Panini America's business. We reserve the right to request any such individuals as custodians.
- **Antitrust – Documents Regarding Panini's Actual/Potential Acquisitions of Other Trading Card Companies (RFP No. 68).** We maintain that responsive documents regarding (i) Panini S.p.A. and (ii) other trading card companies are relevant. On the meet and confer, you conceded that Panini intends to argue that Fanatics' acquisition of Topps was anticompetitive. You cannot at the same time maintain that Panini's attempted acquisition of Topps or another trading card company would be irrelevant, especially given Magistrate Judge Figueredo's recognition that Panini's analogous conduct is relevant to certain defenses and arguments. Please confirm by no later than Monday at 5pm ET if Panini will agree to produce responsive documents regarding (i) Panini S.p.A. and (ii) other trading card companies. Otherwise, we will move to compel these documents.
- **Antitrust – Documents Regarding Panini's Agreements with Active MLB Players (RFP No. 70).** As discussed, we will revert with a proposal for reciprocal production on this issue.
- **Antitrust – Documents Regarding Panini's Redemption Data (RFP No. 73).** You confirmed that Panini refuses to produce document responsive to RFP No. 73, on the ground that Panini's internal documents reflecting redemption data are irrelevant unless licensors considered the data, in which case Fanatics should seek discovery from the licensors. We disagree. As we explained, the underlying redemption data go to reasons why Panini lost the licenses, and Panini put its own performance at issue by alleging it offers superior products and services. And Panini's objection that Fanatics should pursue this discovery from third parties is backwards—a party need not exhaust third-party discovery before seeking party discovery. We consider the parties at impasse on this request and will move to compel production.
- **Antitrust - Panini's External Financial Projections (RFP No. 75).** Panini agreed to produce responsive documents to the extent they are captured by existing search terms for RFP Nos. 6, 11, and 12, but you stated you are open to considering modified terms. We ask that you add the below search term, which modifies the existing terms for RFP Nos. 6, 11, 12 (as shown in red) to capture responsive documents. Please let us know if you agree.
    - (card* or sticker* or pin* or "bobble head*" or doll* or "action figure*" or photo* or photograph* or ticket* or plaque* or poster* or "signed memorabilia" or football or baseball or basketball or soccer or hockey or tennis or wrestling or golf or collectible* or NFL or NBA or MLB or NFLPA or MLBPA or NBPA or NBAPA or One Team or "OT" or colleg* or CLC or university OR Nascar or WWE or Disney or "LIV Golf" or Marvel or NHL or NHLPA or WNBA or WNBPA or UFC or MLS or *PGA or NCAA or "big 3" or (major w/1 league*)) AND ((financ* or sale* or revenue* or profit*) w/10 (forecast* or project* or estimat*))
- **Antitrust – Documents Regarding Panini's Efforts To Sign Athletes Who Already Signed With Fanatics (RFP No. 71).** Panini agreed to produce responsive documents to the extent they are captured by existing search terms for RFP No. 50. We do not consider existing terms sufficient and ask that you add the below search term, which

modifies the existing terms for RFP No. 50 (as shown in red) to capture additional responsive documents for this request. Please let us know if you accept our proposal.

- [redacted] ~~w/50 (Fanatics* OR Topps OR Rubin*)~~
- Time Period: From 1/1/2023 onward

- **Antitrust - Communications With Licensors Regarding Potential Violations of Panini's Rights (RFP No. 76).** You indicated that you would agree to produce responsive documents regarding potential violations of Panini's exclusive rights. Fanatics accepts this narrowing. Please confirm that the parties are in agreement.
- **Antitrust - Panini's Unlawful or Unethical Conduct (RFP Nos. 77-80).** Panini refuses to produce documents related to its unlawful or unethical conduct on the ground that they are not relevant to the case. You argued that the Magistrate Judge's ruling only applies to some undefined, narrow set of Panini's analogous conduct with respect to industry norms. We disagree. Panini's unlawful and unethical conduct is plainly relevant to (inter alia) Fanatics' defense that Panini lost the licenses due to its own actions and business practices, as well as to Fanatics' unclean hands defense. We consider the parties at impasse on this request and will move to compel the requested documents.
- **Antitrust - Panini's Actions / Contemplated Actions in Response to Fanatics' Acquisition of Licenses (RFP No. 83).** We offered to narrow RFP No. 83 to seeking documents showing actions Panini took in direct reaction to losing licenses to Fanatics, with the time period limited to August 2021 forward. You agreed to consider this request as modified. Please let us know your position.
- **Antitrust - Panini's Distribution and Sale of Trading Cards (RFP No. 86)**. Panini originally refused to produce documents regarding its decision as to whether to sell directly to hobby shops. We explained that Panini's decisions regarding direct sales and hobby shop engagement are relevant to Fanatics' defense that it obtained the licenses by offering a better business proposition (including more innovative distribution methods). You agreed to consider additional search terms to capture documents related to direct sales to hobby shops. Please provide your proposed search terms to RFP No. 86 so that we can consider them.
- **Antitrust - Panini's Recruitment and Hiring of Collectibles Employees (RFP No. 87)**. Please let us know if Panini will agree to produce documents and communications sufficient to show its actual recruitment or hiring of any employee of Fanatics or any other Collectibles company from 2017 to the present.
- **Tort Case RFPs:** We maintain that it is unreasonable for Panini to object wholesale to producing documents on Counts II and III in light of its pending motion to dismiss, for the reasons explained in our November 19 letter. You stated that you would consider producing discrete sets of documents proposed by Fanatics but would not produce the documents identified in our November 19 letter. We will consider your proposal and revert promptly.

Fanatics reserves all rights.

**Ted Ovrom**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP

295 Fifth Avenue

New York, NY 10016
212-849-7069 Direct
212-849-7000 Main Office Number
319-331-8346 Cell
tedovrom@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Megan Nyman <mnyman@bsfllp.com>
**Sent:** Monday, December 1, 2025 5:03 PM
**To:** Ted Ovrom <tedovrom@quinnemanuel.com>; David Boies <DBoies@BSFLLP.com>; Stuart Singer <ssinger@bsfllp.com>; Sabria McElroy <smcelroy@bsfllp.com>; Eric Brenner <EBrenner@BSFLLP.com>; Jason Hilborn <jhilborn@bsfllp.com>; Jessica Mugler <jmugler@BSFLLP.com>
**Cc:** Michael Carlinsky <michaelcarlinsky@quinnemanuel.com>; Derek Shaffer <derekshaffer@quinnemanuel.com>; Kathryn Bonacorsi <kathrynbonacorsi@quinnemanuel.com>; Neil Phillips <neilphillips@quinnemanuel.com>; Elle Mahdavi <ellemahdavi@quinnemanuel.com>; Yvonne Zhang <yvonnezhang@quinnemanuel.com>; 'Amanda.Reeves@lw.com' <amanda.reeves@lw.com>; 'Lawrence.Buterman@lw.com' <lawrence.buterman@lw.com>; 'Alicia.Jovais@lw.com' <alicia.jovais@lw.com>; 'Emily.Viola@lw.com' <emily.viola@lw.com>; Brian.Goodell@lw.com; 'David.Johnson@lw.com' <david.johnson@lw.com>; 'Lindsay.Martin@lw.com' <lindsay.martin@lw.com>; Rachel E. Noveroske <rnoveroske@bsfllp.com>; Carolina Yu <carolinayu@quinnemanuel.com>
**Subject:** RE: Fanatics Second Requests for Production to Panini (Case Nos. -6895 and -9714)

**[EXTERNAL EMAIL from mnyman@bsfllp.com]**

Ted,

Please see attached correspondence.

Best,

**Megan Nyman**
Associate

BOIES SCHILLER FLEXNER LLP
401 E. Las Olas Blvd. Suite 1200
Fort Lauderdale, FL, 33301
(t) 954 356 0011
(m) 954 295 7513
mnyman@bsfllp.com
www.bsfllp.com

---

**From:** Megan Nyman
**Sent:** Wednesday, November 26, 2025 12:10 PM
**To:** Ted Ovrom <tedovrom@quinnemanuel.com>; David Boies <DBoies@BSFLLP.com>; Stuart Singer <ssinger@BSFLLP.com>; Sabria McElroy <smcelroy@bsfllp.com>; Eric Brenner <EBrenner@BSFLLP.com>; Jason Hilborn <jhilborn@BSFLLP.COM>; Jessica Mugler <jmugler@BSFLLP.COM>
**Cc:** Michael Carlinsky <michaelcarlinsky@quinnemanuel.com>; Derek Shaffer <derekshaffer@quinnemanuel.com>; Kathryn Bonacorsi <kathrynbonacorsi@quinnemanuel.com>; Neil Phillips <neilphillips@quinnemanuel.com>; Elle

Mahdavi <ellemahdavi@quinnemanuel.com>; Yvonne Zhang <yvonnezhang@quinnemanuel.com>; 'Amanda.Reeves@lw.com' <amanda.reeves@lw.com>; 'Lawrence.Buterman@lw.com' <lawrence.buterman@lw.com>; 'Alicia.Jovais@lw.com' <alicia.jovais@lw.com>; 'Emily.Viola@lw.com' <emily.viola@lw.com>; Brian.Goodell@lw.com; 'David.Johnson@lw.com' <david.johnson@lw.com>; 'Lindsay.Martin@lw.com' <lindsay.martin@lw.com>; Rachel E. Noveroske <rnoveroske@bsfllp.com>; Carolina Yu <carolinayu@quinnemanuel.com>
**Subject:** RE: Fanatics Second Requests for Production to Panini (Case Nos. -6895 and -9714)

Thanks, Ted. We will get you our letter as soon as possible, but given the holiday, we likely won't have it ready until Monday.

Best,

**Megan Nyman**
Associate
BOIES SCHILLER FLEXNER LLP
401 E. Las Olas Blvd. Suite 1200
Fort Lauderdale, FL, 33301
(t) 954 356 0011
(m) 954 295 7513
mnyman@bsfllp.com
www.bsfllp.com

---

**From:** Ted Ovrom <tedovrom@quinnemanuel.com>
**Sent:** Tuesday, November 25, 2025 9:41 AM
**To:** Megan Nyman <mnyman@bsfllp.com>; David Boies <DBoies@BSFLLP.com>; Stuart Singer <ssinger@bsfllp.com>; Sabria McElroy <smcelroy@bsfllp.com>; Eric Brenner <EBrenner@BSFLLP.com>; Jason Hilborn <jhilborn@bsfllp.com>; Jessica Mugler <jmugler@BSFLLP.com>
**Cc:** Michael Carlinsky <michaelcarlinsky@quinnemanuel.com>; Derek Shaffer <derekshaffer@quinnemanuel.com>; Kathryn Bonacorsi <kathrynbonacorsi@quinnemanuel.com>; Neil Phillips <neilphillips@quinnemanuel.com>; Elle Mahdavi <ellemahdavi@quinnemanuel.com>; Yvonne Zhang <yvonnezhang@quinnemanuel.com>; 'Amanda.Reeves@lw.com' <amanda.reeves@lw.com>; 'Lawrence.Buterman@lw.com' <lawrence.buterman@lw.com>; 'Alicia.Jovais@lw.com' <alicia.jovais@lw.com>; 'Emily.Viola@lw.com' <emily.viola@lw.com>; Brian.Goodell@lw.com; 'David.Johnson@lw.com' <david.johnson@lw.com>; 'Lindsay.Martin@lw.com' <lindsay.martin@lw.com>; Rachel E. Noveroske <rnoveroske@bsfllp.com>; Carolina Yu <carolinayu@quinnemanuel.com>
**Subject:** RE: Fanatics Second Requests for Production to Panini (Case Nos. -6895 and -9714)

**CAUTION: External email. Please do not respond to or click on links/attachments unless you recognize the sender.**

---

Thanks, Megan. 2:30-4pm ET on 12/2 works for us. We will send an invite. Please share your response by the end of the week so that we are in a position to discuss next week.

**Ted Ovrom**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP

295 Fifth Avenue
New York, NY 10016
212-849-7069 Direct
212-849-7000 Main Office Number
319-331-8346 Cell
tedovrom@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Megan Nyman <mnyman@bsfllp.com>
**Sent:** Monday, November 24, 2025 7:16 PM
**To:** Ted Ovrom <tedovrom@quinnemanuel.com>; David Boies <DBoies@BSFLLP.com>; Stuart Singer <ssinger@bsfllp.com>; Sabria McElroy <smcelroy@bsfllp.com>; Eric Brenner <EBrenner@BSFLLP.com>; Jason Hilborn <jhilborn@bsfllp.com>; Jessica Mugler <jmugler@BSFLLP.com>
**Cc:** Michael Carlinsky <michaelcarlinsky@quinnemanuel.com>; Derek Shaffer <derekshaffer@quinnemanuel.com>; Kathryn Bonacorsi <kathrynbonacorsi@quinnemanuel.com>; Neil Phillips <neilphillips@quinnemanuel.com>; Elle Mahdavi <ellemahdavi@quinnemanuel.com>; Yvonne Zhang <yvonnezhang@quinnemanuel.com>; 'Amanda.Reeves@lw.com' <amanda.reeves@lw.com>; 'Lawrence.Buterman@lw.com' <lawrence.buterman@lw.com>; 'Alicia.Jovais@lw.com' <alicia.jovais@lw.com>; 'Emily.Viola@lw.com' <emily.viola@lw.com>; Brian.Goodell@lw.com; 'David.Johnson@lw.com' <david.johnson@lw.com>; 'Lindsay.Martin@lw.com' <lindsay.martin@lw.com>; Rachel E. Noveroske <rnoveroske@bsfllp.com>; Kai Mayer <kaimayer@quinnemanuel.com>
**Subject:** RE: Fanatics Second Requests for Production to Panini (Case Nos. -6895 and -9714)

**[EXTERNAL EMAIL from mnyman@bsfllp.com]**

Hi Ted,

We are working on a response to your letter which we hope to send before the holiday or shortly thereafter. We think a meet and confer next week after the holiday once you receive our letter would be more productive. We are available at the following times:

**Tuesday (Dec. 2) from 2pm-4pm**
**Wednesday (Dec. 3) from 4pm-5pm**

Best,

**Megan Nyman**
Associate

BOIES SCHILLER FLEXNER LLP
401 E. Las Olas Blvd. Suite 1200
Fort Lauderdale, FL, 33301
(t) 954 356 0011
(m) 954 295 7513
mnyman@bsfllp.com
www.bsfllp.com

---

**From:** Ted Ovrom <tedovrom@quinnemanuel.com>
**Sent:** Monday, November 24, 2025 4:50 PM
**To:** Megan Nyman <mnyman@bsfllp.com>; David Boies <DBoies@BSFLLP.com>; Stuart Singer <ssinger@bsfllp.com>; Sabria McElroy <smcelroy@bsfllp.com>; Eric Brenner <EBrenner@BSFLLP.com>; Jason Hilborn <jhilborn@bsfllp.com>; Jessica Mugler <jmugler@BSFLLP.com>
**Cc:** Michael Carlinsky <michaelcarlinsky@quinnemanuel.com>; Derek Shaffer <derekshaffer@quinnemanuel.com>; Kathryn Bonacorsi <kathrynbonacorsi@quinnemanuel.com>; Neil Phillips <neilphillips@quinnemanuel.com>; Elle Mahdavi <ellemahdavi@quinnemanuel.com>; Yvonne Zhang <yvonnezhang@quinnemanuel.com>; 'Amanda.Reeves@lw.com' <amanda.reeves@lw.com>; 'Lawrence.Buterman@lw.com' <lawrence.buterman@lw.com>;

'Alicia.Jovais@lw.com' <alicia.jovais@lw.com>; 'Emily.Viola@lw.com' <emily.viola@lw.com>; Brian.Goodell@lw.com; 'David.Johnson@lw.com' <david.johnson@lw.com>; 'Lindsay.Martin@lw.com' <lindsay.martin@lw.com>; Rachel E. Noveroske <rnoveroske@bsfllp.com>; Kai Mayer <kaimayer@quinnemanuel.com>
**Subject:** RE: Fanatics Second Requests for Production to Panini (Case Nos. -6895 and -9714)

**CAUTION: External email. Please do not respond to or click on links/attachments unless you recognize the sender.**

---

Counsel,

Following up on the below – please let us know if you are available to meet and confer at 11am ET tomorrow.

Thanks,

**Ted Ovrom**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP

295 Fifth Avenue
New York, NY 10016
212-849-7069 Direct
212-849-7000 Main Office Number
319-331-8346 Cell
tedovrom@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Ted Ovrom
**Sent:** Wednesday, November 19, 2025 8:21 PM
**To:** 'Megan Nyman' <mnyman@bsfllp.com>; David Boies <DBoies@BSFLLP.com>; Stuart Singer <ssinger@bsfllp.com>; Sabria McElroy <smcelroy@bsfllp.com>; Eric Brenner <EBrenner@BSFLLP.com>; Jason Hilborn <jhilborn@bsfllp.com>; Jessica Mugler <jmugler@BSFLLP.com>
**Cc:** Michael Carlinsky <michaelcarlinsky@quinnemanuel.com>; Derek Shaffer <derekshaffer@quinnemanuel.com>; Kathryn Bonacorsi <kathrynbonacorsi@quinnemanuel.com>; Neil Phillips <neilphillips@quinnemanuel.com>; Elle Mahdavi <ellemahdavi@quinnemanuel.com>; Yvonne Zhang <yvonnezhang@quinnemanuel.com>; 'Amanda.Reeves@lw.com' <amanda.reeves@lw.com>; 'Lawrence.Buterman@lw.com' <lawrence.buterman@lw.com>; 'Alicia.Jovais@lw.com' <alicia.jovais@lw.com>; 'Emily.Viola@lw.com' <emily.viola@lw.com>; Brian.Goodell@lw.com; 'David.Johnson@lw.com' <david.johnson@lw.com>; 'Lindsay.Martin@lw.com' <lindsay.martin@lw.com>; Rachel E. Noveroske <rnoveroske@bsfllp.com>; Kai Mayer <kaimayer@quinnemanuel.com>
**Subject:** RE: Fanatics Second Requests for Production to Panini (Case Nos. -6895 and -9714)

Counsel,

Please see the attached correspondence.

Best,

**Ted Ovrom**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP

295 Fifth Avenue
New York, NY 10016
212-849-7069 Direct
212-849-7000 Main Office Number
319-331-8346 Cell
tedovrom@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Megan Nyman <mnyman@bsfllp.com>
**Sent:** Monday, November 3, 2025 7:15 PM
**To:** Ted Ovrom <tedovrom@quinnemanuel.com>; David Boies <DBoies@BSFLLP.com>; Stuart Singer <ssinger@bsfllp.com>; Sabria McElroy <smcelroy@bsfllp.com>; Eric Brenner <EBrenner@BSFLLP.com>; Jason Hilborn <jhilborn@bsfllp.com>; Jessica Mugler <jmugler@BSFLLP.com>
**Cc:** Michael Carlinsky <michaelcarlinsky@quinnemanuel.com>; Derek Shaffer <derekshaffer@quinnemanuel.com>; Kathryn Bonacorsi <kathrynbonacorsi@quinnemanuel.com>; Neil Phillips <neilphillips@quinnemanuel.com>; Elle Mahdavi <ellemahdavi@quinnemanuel.com>; Kai Mayer <kaimayer@quinnemanuel.com>; 'Amanda.Reeves@lw.com' <amanda.reeves@lw.com>; 'Lawrence.Buterman@lw.com' <lawrence.buterman@lw.com>; 'Alicia.Jovais@lw.com' <alicia.jovais@lw.com>; 'Emily.Viola@lw.com' <emily.viola@lw.com>; Brian.Goodell@lw.com; 'David.Johnson@lw.com' <david.johnson@lw.com>; 'Lindsay.Martin@lw.com' <lindsay.martin@lw.com>; Rachel E. Noveroske <rnoveroske@bsfllp.com>
**Subject:** RE: Fanatics Second Requests for Production to Panini (Case Nos. -6895 and -9714)

**[EXTERNAL EMAIL from mnyman@bsfllp.com]**

Counsel,

Please find attached Panini's Responses to Fanatics' Second RFPs in Case Nos. -6895 and -9714.

Best,

**Megan Nyman**
Associate
BOIES SCHILLER FLEXNER LLP
401 E. Las Olas Blvd. Suite 1200
Fort Lauderdale, FL, 33301
(t) 954 356 0011
(m) 954 295 7513
mnyman@bsfllp.com
www.bsfllp.com

---

**From:** Ted Ovrom <tedovrom@quinnemanuel.com>
**Sent:** Friday, October 3, 2025 8:00 PM
**To:** David Boies <DBoies@BSFLLP.com>; Stuart Singer <ssinger@bsfllp.com>; Sabria McElroy <smcelroy@bsfllp.com>; Eric Brenner <EBrenner@BSFLLP.com>; Jason Hilborn <jhilborn@bsfllp.com>; Megan Nyman <mnyman@bsfllp.com>; Jessica Mugler <jmugler@BSFLLP.com>
**Cc:** Michael Carlinsky <michaelcarlinsky@quinnemanuel.com>; Derek Shaffer <derekshaffer@quinnemanuel.com>; Kathryn Bonacorsi <kathrynbonacorsi@quinnemanuel.com>; Neil Phillips <neilphillips@quinnemanuel.com>; Elle Mahdavi <ellemahdavi@quinnemanuel.com>; Kai Mayer <kaimayer@quinnemanuel.com>; 'Amanda.Reeves@lw.com'

<amanda.reeves@lw.com>; 'Lawrence.Buterman@lw.com' <lawrence.buterman@lw.com>; 'Alicia.Jovais@lw.com' <alicia.jovais@lw.com>; 'Emily.Viola@lw.com' <emily.viola@lw.com>; Brian.Goodell@lw.com; 'David.Johnson@lw.com' <david.johnson@lw.com>; 'Lindsay.Martin@lw.com' <lindsay.martin@lw.com>
**Subject:** Fanatics Second Requests for Production to Panini (Case Nos. -6895 and -9714)

**CAUTION: External email. Please do not respond to or click on links/attachments unless you recognize the sender.**

---

Counsel,

Please find attached Fanatics' Second Requests for Production to Panini in Case Nos. -6895 and -9714.

Best,

**Ted Ovrom**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP

295 Fifth Avenue
New York, NY 10016
212-849-7069 Direct
212-849-7000 Main Office Number
319-331-8346 Cell
tedovrom@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

---

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

---

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

---

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]