# EXHIBIT J

**From:** Ted Ovrom
**Sent:** Thursday, March 5, 2026 11:26 PM
**To:** Jessica Mugler; Alicia.Jovais@lw.com; Stuart Singer; Sabria McElroy; Eric Brenner; Meredith Schultz; Mark B. Singer; Megan Nyman
**Cc:** Lawrence.Buterman@lw.com; Amanda.Reeves@lw.com; Emily.Viola@lw.com; Brian.Goodell@lw.com; Adam.Chernicoff@lw.com; Michael Carlinsky; Derek Shaffer; Kathryn Bonacorsi; Neil Phillips; Elle Mahdavi; Yvonne Zhang
**Subject:** RE: Panini v. Fanatics - Substantial Completion

Counsel,

Based on a preliminary review of Panini's 2/20 production, we have identified serious deficiencies that call into question whether Panini complied with the substantial completion deadline. Please immediately address and correct the below deficiencies, which are causing substantial, ongoing prejudice to Fanatics. We are continuing to review Panini's production and reserve all rights to raise other deficiencies in due course.

- **Production Volume**. Panini produced only ~125,000 documents for both cases. Fanatics produced substantially more documents (over 180,000) for both cases, despite having materially lower hit counts, fewer custodians, and a narrower production period. The disparity is particularly surprising because Panini did not appear to use email threading, meaning its production has far more duplicative and redundant documents than Fanatics'. Nor would we expect Panini to be holding back documents for privilege review given its lack of in-house counsel. Please confirm whether and when Panini expects to make its next production and the anticipated volume.
- **No Production for Five Custodians.** Panini appears to have produced no documents for five agreed custodians of Panini S.p.A.: Anna Baroni, Elisabetta Mussini, Francesca Baroni, Peter Harris, and Peter Warsop. This deficiency may explain why critical documents, including documents concerning a sale of Panini's business, are absent from Panini's production. It is fundamentally unfair for Panini to withhold large swaths of responsive documents after representing to Fanatics that Panini would meet the substantial completion deadline. Fanatics relied on Panini's representation in proceeding with its own substantial production—which contained responsive documents from all Fanatics custodians.
- **Teams Messages**. Panini appears to have produced just 14 Teams messages across all 23 custodians. All were from Alex Carbajal—who is not even a custodian—from one date (April 4, 2023), and they were produced last year. It appears no Teams messages were included in your February 20 production, even though you listed Teams messages as a data source that you would search for all custodians. Please immediately produce responsive Teams messages.
- **Lincoln International Sales Materials (RFPs 59-61).** Panini appears to have produced no sales or valuation materials created by Lincoln International, which advised Panini on a potential sale of its business for years. Panini agreed to produce such materials from January 1, 2009 to July 31, 2025 and must do so. We will follow up separately regarding the categories of responsive documents that Panini should produce through the present, which will include materials responsive to RFPs 59-61.
- **Potential Acquisition of Trading Card Companies (RFP 68)**. [redacted]

- **Redemption Data (RFP 73)**. Fanatics requested, and Panini was ordered to produce, "[d]ocuments sufficient to show the number of Redemption requests submitted to You, on a monthly basis, including what percentage of those Redemptions were ultimately fulfilled with the card promised, from 2020 to the present." [redacted] Please confirm that Panini has produced all documents responsive to RFP 73, including preexisting data related to redemption fulfillment

- **Documents Produced By Third Parties.** Panini failed to produce numerous responsive documents produced by third parties that would also be in Panini's possession. *See, e.g.,* SLAMCORP0000033, SLAMCORP0000250, SLAMCORP0000857, Brodnax0001, Brodnax0003, Brodnax00029, Brodnax0002971-75. Please produce all responsive documents related to third parties, including responsive communications and materials shared with third parties.

- **Missing All Custodians/Custodians Field.** Most documents (91,761 out of 125,372) produced by Panini are missing metadata for the All Custodians field. And 4,963 documents are missing the Custodian field entirely. These are standard metadata and requisite fields under the ESI protocol. Please provide an overlay containing this essential metadata.

- **Other Missing Metadata.** Panini's productions appear to be missing numerous metadata fields, including: Withheld Placeholder, Batesrangeoffamily, Startingbatesofparent, Startingbatesofeachattachment, Technical Issue Placeholder, Emailheader. In addition, for mobile data, the missing metadata fields include Message Type, Senders, Recipients, First Message sent date/time, Message Count, Participant Count, and Message ThreadSort. Please provide an overlay containing this metadata.

- **Other Document Abnormalities.** Several of Panini's produced text messages appear to omit family member images that are plainly included in the text message thread (see, e.g., PAN-SDNY_000248486). Other included family members appear to have filepath slipsheets instead of images (see, e.g., PAN-SDNY_000129371). Please provide these and other similarly omitted documents or provide the basis for their exclusion.

We reserve all rights.

**Ted Ovrom**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP

295 Fifth Avenue
New York, NY 10016
212-849-7069 Direct
212-849-7000 Main Office Number
319-331-8346 Cell
tedovrom@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Jessica Mugler
**Sent:** Friday, February 20, 2026 7:23 PM
**To:** Alicia.Jovais@lw.com; Stuart Singer ; Sabria McElroy ; Eric Brenner ; Meredith Schultz ; Mark B. Singer ; Megan Nyman
**Cc:** Lawrence.Buterman@lw.com; Amanda.Reeves@lw.com; Emily.Viola@lw.com; Brian.Goodell@lw.com;

Adam.Chernicoff@lw.com; Michael Carlinsky ; Derek Shaffer ; Kathryn Bonacorsi ; Neil Phillips ; Ted Ovrom ; Elle Mahdavi
**Subject:** RE: Panini v. Fanatics - Substantial Completion

**[EXTERNAL EMAIL from jmugler@bsfllp.com]**

---

Hi Alicia,

Yes, we plan to do the same tonight.

Thanks,

**Jessica Mugler**
Associate

BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, DC 20005
(c) +1 636-697-6497
(d) +1 202-274-1169
jmugler@bsfllp.com
www.bsfllp.com

---

**From:** Alicia.Jovais@lw.com <Alicia.Jovais@lw.com>
**Sent:** Friday, February 20, 2026 6:45 PM
**To:** Jessica Mugler <jmugler@BSFLLP.com>; Stuart Singer <ssinger@bsfllp.com>; Sabria McElroy <smcelroy@bsfllp.com>; Eric Brenner <EBrenner@BSFLLP.com>; Meredith Schultz <mschultz@bsfllp.com>; Mark B. Singer <mbsinger@bsfllp.com>; Megan Nyman <mnyman@bsfllp.com>
**Cc:** Lawrence.Buterman@lw.com; Amanda.Reeves@lw.com; Emily.Viola@lw.com; Brian.Goodell@lw.com; Adam.Chernicoff@lw.com; michaelcarlinsky@quinnemanuel.com; derekshaffer@quinnemanuel.com; kathrynbonacorsi@quinnemanuel.com; neilphillips@quinnemanuel.com; tedovrom@quinnemanuel.com; ellemahdavi@quinnemanuel.com
**Subject:** Panini v. Fanatics - Substantial Completion

**CAUTION: External email. Please do not respond to or click on links/attachments unless you recognize the sender.**

---

Counsel,

As you know, today is the substantial completion deadline. We want to confirm that Panini is planning to make a large production today. Fanatics is ready to make a large production and satisfy its substantial completion obligation. Please confirm as soon as possible that Panini intends to do the same.

Best,
Alicia

**Alicia Rita Jovais**
Pronouns: She/Her/Hers

**LATHAM & WATKINS LLP**

505 Montgomery Street
Suite 2000
San Francisco, CA 94111-6538
Direct Dial: +1.415.395.8170
Email: alicia.jovais@lw.com
https://www.lw.com

---

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.

---

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]