# EXHIBIT V

# EXHIBIT 1

ENGLISH VERSION OF PANINI S.P.A.'S *VISURA ORDINARIA*

# Chamber of Commerce, Industry, Handicrafts and Agriculture of MODENA

Italian Business Register - Company Registration Office

## COMPANY REGISTRATION REPORT

## PANINI SOCIETA' PER AZIONI

Q8P953

*The QR Code can be used to check that this document corresponds to the original produced by InfoCamere on behalf of the Italian Chambers of Commerce and Industry on the date indicated at the bottom of this page and at the top of the following pages. The check may be performed with the App 'RI QR Code' or by visiting www.registroimprese.it*

## SHORT PROFILE

| | |
|---|---|
| Company short name | PANINI S.P.A. |
| Legal form | Joint-stock company |
| Fiscal code | 02796411201 |
| VAT number | 02796411201 |
| LEI Code | 81560014115DDEC1CB03 |
| Registered address | MODENA (MO) VIALE EMILIO PO 380 CAP 41126 |
| Registered e-mail address | paninispa@pec.it |
| REA number | MO-411936 |
| Registration date | 24/11/2016 |
| Founding date | 18/12/2007 |
| | The company has more than one legal representative |

## ECONOMIC ACTIVITY

| | |
|---|---|
| Activity status | ACTIVE |
| Business starting date | 09/12/2015 |
| NACE code 2.1 | 58.13 - Publishing of journals and periodicals |
| Enrollment in professional registers and quality certifications | - |
| SOA Certification to perform public works | - |
| Quality certificates | - |
| Environmental rolls and registers | - |

## THE COMPANY IN FIGURES

| | |
|---|---|
| Share capital | 100.000.000,00 |
| Employees as of 31/03/2026 | 538 |
| Shareholders | 2 |
| Governors | 3 |
| Company Officials | 29 |
| Branch offices | 7 |

## Contents

1 Company identification .......... 2
2 Governance structure .......... 2
3 Assets and financial information .......... 3
4 Extraordinary proceedings .......... 3
5 Economic activity, enrollment in professional registers and quality certifications .......... 4
6 Employees .......... 4
7 Shareholders and holders of other forms of rights to shares .. 4
8 Company officials .......... 5
9 Branches and other offices .......... 12

## 1 Company identification

| | |
|---|---|
| Company name | **PANINI SOCIETA' PER AZIONI** |
| Acronym or short name | PANINI S.P.A. |
| Legal form | Joint-stock company |
| Fiscal code and registration number | 02796411201 |
| Business Register of | MODENA |
| Registration date | 24/11/2016 |
| LEI code (Legal Entity Identifier) | Code: 81560014115DDEC1CB03<br>Expiration date: 08/10/2026 |
| REA number (Economic and Administrative Repertory number) | MO-411936 |
| VAT number | 02796411201 |
| Registered address | VIALE EMILIO PO 380<br>MODENA (MO) CAP 41126 |
| Registered e-mail address | paninispa@pec.it |
| Founding date | 18/12/2007 |
| Company duration | Termination date: 31/12/2085 |
| Last day of each fiscal year | Last day of first fiscal year: 31/12/2007<br>Last day of successive fiscal years: 31/12<br>Number of days of extension of the date of approval of the financial statements: 60 |

## 2 Governance structure

| | |
|---|---|
| Adopted form of governance | Traditional |
| Auditing body | Board of statutory auditors |
| Governance bodies | **Board of directors**<br>Number of acting governing directors: 3 |

## 3 Assets and financial information

| | |
|---|---|
| **Share capital** | Currency: Euro<br>Authorised: 100.000.000,00<br>Subscribed: 100.000.000,00<br>Paid-up: 100.000.000,00 |

## 4 Extraordinary proceedings

| | |
|---|---|
| **Mergers and split-ups** | |
| **Proposed merger with incorporation of the company** | **Company name: PANINI S.P.A.**<br>Fiscal code: 02701991206<br>Seat: MODENA<br><br>**Company name: I.D. 4 INVESTIMENTI S.R.L.**<br>Fiscal code: 02702001203<br>Seat: BOLOGNA<br><br>**Company name: ARTEMIS CONNECTIONS S.R.L.**<br>Fiscal code: 03515401200<br>Seat: BOLOGNA |
| *Procedure details* | Registration date: 26/01/2016<br>Date of act: 25/01/2016 |
| **Proposed merger with incorporation of the company** | **Company name: WATERFALL INVESTMENTS S.R.L.**<br>Fiscal code: 03515411209<br>Seat: BOLOGNA |
| *Procedure details* | Registration date: 26/01/2016<br>Date of act: 25/01/2016 |
| **Merger with incorporation of the company** | **Company name: PANINI S.P.A.**<br>Fiscal code: 02701991206<br>Seat: MODENA<br><br>**Company name: ARTEMIS CONNECTIONS S.R.L.**<br>Fiscal code: 03515401200<br>Seat: BOLOGNA<br><br>**Company name: WATERFALL INVESTMENTS S.R.L.**<br>Fiscal code: 03515411209<br>Seat: BOLOGNA |
| *Procedure details* | Registration date: 28/01/2016<br>Modification date: 01/12/2016<br>Deliberation date: 26/01/2016<br>Implementation date: 27/11/2016 |
| **Merger with incorporation of the company** | **Company name: I.D. 4 INVESTIMENTI S.R.L.**<br>Fiscal code: 02702001203<br>Seat: BOLOGNA |

| | |
|---|---|
| *Procedure details* | Registration date: 28/01/2016<br>Modification date: 01/12/2016<br>Deliberation date: 26/01/2016<br>Implementation date: 27/11/2016 |
| **Proposed merger with incorporation of the company** | **Company name: I.D. 4 ITALIA S.R.L.**<br>Fiscal code: 03422531206<br>Seat: BOLOGNA |
| *Procedure details* | Registration date: 13/07/2023<br>Date of act: 11/07/2023 |
| **Merger with incorporation of the company** | **Company name: I.D. 4 ITALIA S.R.L.**<br>Fiscal code: 03422531206<br>Seat: BOLOGNA |
| *Procedure details* | Registration date: 03/08/2023<br>Modification date: 05/12/2023<br>Deliberation date: 26/07/2023<br>Implementation date: 30/11/2023 |

## 5 Economic activity, enrollment in professional registers and quality certifications

| | |
|---|---|
| | Business starting date: 09/12/2015 |
| **NACE 2.1 economic activity code** | Main economic activity of the company<br>Code: 58.13 - Publishing of journals and periodicals |

## 6 Employees

Date: 31/03/2026

| | 1st Quarter | | | | |
|---|---|---|---|---|---|
| Employees | 538 | | | | |
| Free-lance | 0 | | | | |
| Total | 538 | | | | |

## 7 Shareholders and holders of other forms of rights to shares

### Shareholders and holders of other forms of rights to shares as of 27/07/2026

| | |
|---|---|
| **Procedure details** | Protocol date: 27/07/2026<br>Protocol number: MO-2026-64223 |
| **Ownership** | **Shareholding**<br>100.000.000 Ordinary shares<br>Nominal shares: 100.000.000,00<br>Currency: Euro |
| **Rights Holder: N.I.P. S.R.L.** | Fiscal code: 03422491203<br>Type of rights: Ownership<br>Fraction of total shares: 26320000/100000000 |

| | |
|---|---|
| **Rights Holder: WATERFALL ITALIA S.P.A.** | Fiscal code: 03504331202<br>Type of rights: Ownership<br>Fraction of total shares: 73680000/100000000 |

## 8 Company officials

### Governing directors

| | |
|---|---|
| **Surname: BARONI**<br>**First name: ANNA** | Gender: F<br>Fiscal code: BRNNNA55A71A944A<br>Company legal representative<br>Date of birth: 31/01/1955<br>Place of birth: BOLOGNA (BO) |
| *Address* | MODENA (MO) VIA EMILIO PO 380 CAP 41126 |
| *Official positions* | **Official position: Director**<br>Registration date: 03/08/2022<br>Acceptance date: 28/07/2025<br>Term of office: Until the approval of the balance sheet of the fiscal year ending 31/12/2027<br><br>**Official position: Chairman of the board of directors**<br>Registration date: 03/08/2022<br>Acceptance date: 28/07/2025<br>Term of office: Until the approval of the balance sheet of the fiscal year ending 31/12/2027 |
| **Surname: ATAIDE FARIA**<br>**First name: IVAM** | Gender: M<br>Fiscal code: TDFVMI63C06Z602E<br>Company legal representative<br>Date of birth: 06/03/1963<br>Place of birth: PEDERNEIRAS - Brazil<br>Citizenship: Brazil |
| *Address* | MODENA (MO) VIA EMILIO PO 380 CAP 41126 |
| *Official positions* | **Official position: Director**<br>Registration date: 07/05/2025<br>Acceptance date: 28/07/2025<br>Term of office: Until the approval of the balance sheet of the fiscal year ending 31/12/2027<br><br>**Official position: Executive director**<br>Registration date: 31/07/2025<br>Acceptance date: 29/07/2025<br>Term of office: Until the approval of the balance sheet of the fiscal year ending 31/12/2027 |
| **Surname: BARONI**<br>**First name: MARIA FRANCESCA** | Gender: F<br>Fiscal code: BRNMFR75M45A944O<br>Company legal representative<br>Date of birth: 05/08/1975<br>Place of birth: BOLOGNA (BO) |
| *Address* | MODENA (MO) VIA EMILIA PO 380 CAP 41126 |

| | |
|---|---|
| *Official positions* | **Official position: Director**<br>Registration date: 03/08/2022<br>Acceptance date: 28/07/2025<br>Term of office: Until the approval of the balance sheet of the fiscal year ending 31/12/2027 |

## Other company officials

| | |
|---|---|
| **Surname: ARAVECCHIA**<br>**First name: GIORGIO ALBERTO** | Gender: M<br>Fiscal code: RVCGGL67C20F205P<br>Date of birth: 20/03/1967<br>Place of birth: MILANO (MI) |
| *Address* | MODENA (MO) VIA LUIGI PASTEUR 19 CAP 41126 |
| *Official positions* | **Official position: Representative with specific powers**<br>Registration date: 09/02/2017<br>Term of office: Until revoked |
| **Surname: ALLEGRA**<br>**First name: ANTONIO** | Gender: M<br>Fiscal code: LLGNTN66D25H501D<br>Date of birth: 25/04/1966<br>Place of birth: ROMA (RM) |
| *Address* | SASSO MARCONI (BO) VIA DELL'OROLOGIO 121 CAP 40037 |
| *Official positions* | **Official position: Representative with specific powers**<br>Registration date: 09/02/2017<br>Term of office: Until revoked |
| **Surname: BERTANI**<br>**First name: ALEX** | Gender: M<br>Fiscal code: BRTLXA64C30I342P<br>Date of birth: 30/03/1964<br>Place of birth: SANT'ILARIO D'ENZA (RE) |
| *Address* | CAVRIAGO (RE) VIA GIRONDOLA 70 CAP 42025 |
| *Official positions* | **Official position: Representative with specific powers**<br>Registration date: 09/02/2017<br>Term of office: Until revoked |
| **Surname: DE MARZI**<br>**First name: MARCELLA** | Gender: F<br>Fiscal code: DMRMCL60D47L781E<br>Date of birth: 07/04/1960<br>Place of birth: VERONA (VR) |
| *Address* | CARPI (MO) VIA CIMABUE 18 CAP 41012 |
| *Official positions* | **Official position: Representative with specific powers**<br>Registration date: 09/02/2017<br>Term of office: Until revoked |

| | |
|---|---|
| **Surname: LUPOI**<br>**First name: MARCO MARCELLO** | Gender: M<br>Fiscal code: LPUMCM65E01H501J<br>Date of birth: 01/05/1965<br>Place of birth: ROMA (RM) |
| *Address* | BOLOGNA (BO) VIA ANDREA COSTA 73 CAP 40134 |
| *Official positions* | **Official position: Representative with specific powers**<br>Registration date: 09/02/2017<br>Term of office: Until revoked |
| **Surname: DONINELLI**<br>**First name: ALESSANDRO** | Gender: M<br>Fiscal code: DNNLSN62A06E526N<br>Date of birth: 06/01/1962<br>Place of birth: LENO (BS) |
| *Address* | MILANO (MI) VIA ROALD ENGELBERT AMUNDSEN 5 CAP 20148 |
| *Official positions* | **Official position: Representative with specific powers**<br>Registration date: 09/02/2017<br>Term of office: Until revoked |
| **Surname: VECCIA**<br>**First name: GIANNI** | Gender: M<br>Fiscal code: VCCGNN74M17H769I<br>Date of birth: 17/08/1974<br>Place of birth: SAN BENEDETTO DEL TRONTO (AP) |
| *Address* | MODENA (MO) VIA TOMMASO BADIA 11 CAP 41121 |
| *Official positions* | **Official position: Representative with specific powers**<br>Registration date: 09/02/2017<br>Term of office: Until revoked |
| **Surname: BASILICO**<br>**First name: DANIELA MARIA** | Gender: F<br>Fiscal code: BSLDLM59P48I786H<br>Date of birth: 08/09/1959<br>Place of birth: SOLARO (MI) |
| *Address* | MILANO (MI) VIA MICHELE SAPONARO 38 CAP 20142 |
| *Official positions* | **Official position: Representative with specific powers**<br>Registration date: 23/02/2017<br>Term of office: Until revoked |
| **Surname: CIVARDI**<br>**First name: ELISA** | Gender: F<br>Fiscal code: CVRLSE79S67M052P<br>Date of birth: 27/11/1979<br>Place of birth: VIMERCATE (MB) |
| *Address* | MODENA (MO) VIA PAOLO BORSELLINO 82 CAP 41125 |
| *Official positions* | **Official position: Representative with specific powers**<br>Registration date: 23/02/2017<br>Term of office: Until revoked |

| | |
|---|---|
| **Surname: COMERFORD**<br>**First name: CAROLYN MARIE** | Gender: F<br>Fiscal code: CMRCLY70P62Z114R<br>Date of birth: 22/09/1970<br>Place of birth: LAMBERTH - United Kingdom<br>Citizenship: Italy |
| *Address* | NONANTOLA (MO) VIA MAESTRA DI BAGAZZANO 62 CAP 41015 |
| *Official positions* | **Official position: Representative with specific powers**<br>Registration date: 23/02/2017<br>Term of office: Until revoked |
| **Surname: DE PAOLIS**<br>**First name: FEDERICA** | Gender: F<br>Fiscal code: DPLFRC74P47L182G<br>Date of birth: 07/09/1974<br>Place of birth: TIVOLI (RM) |
| *Address* | MODENA (MO) VIA ISACCO NEWTON 25 CAP 41126 |
| *Official positions* | **Official position: Representative with specific powers**<br>Registration date: 23/02/2017<br>Term of office: Until revoked |
| **Surname: FABBRI**<br>**First name: DONATELLA** | Gender: F<br>Fiscal code: FBBDTL65T50A944M<br>Date of birth: 10/12/1965<br>Place of birth: BOLOGNA (BO) |
| *Address* | BOLOGNA (BO) VIA BELLARIA 6 CAP 40139 |
| *Official positions* | **Official position: Representative with specific powers**<br>Registration date: 23/02/2017<br>Term of office: Until revoked |
| **Surname: FAGIOLI**<br>**First name: FRANCESCA** | Gender: F<br>Fiscal code: FGLFNC70E71D653J<br>Date of birth: 31/05/1970<br>Place of birth: FOLIGNO (PG) |
| *Address* | MILANO (MI) PIAZZA NAPOLI 34 CAP 20146 |
| *Official positions* | **Official position: Representative with specific powers**<br>Registration date: 23/02/2017<br>Term of office: Until revoked |
| **Surname: FORNASIERO**<br>**First name: MATTEO** | Gender: M<br>Fiscal code: FRNMTT68A23F257E<br>Date of birth: 23/01/1968<br>Place of birth: MODENA (MO) |
| *Address* | CASTELFRANCO EMILIA (MO) VIA DEI FIORI 2 CAP 41013 GAGGIO DI PIANO |

| | |
|---|---|
| *Official positions* | **Official position: Representative with specific powers**<br>Registration date: 23/02/2017<br>Term of office: Until revoked |
| **Surname: GIORGI**<br>**First name: GIACOMO** | Gender: M<br>Fiscal code: GRGGCM71B02D548C<br>Date of birth: 02/02/1971<br>Place of birth: FERRARA (FE) |
| *Address* | SASSUOLO (MO) VIA MEDAGLIE D'ORO 24 CAP 41049 |
| *Official positions* | **Official position: Representative with specific powers**<br>Registration date: 23/02/2017<br>Term of office: Until revoked |
| **Surname: LUPPI**<br>**First name: ELENA** | Gender: F<br>Fiscal code: LPPLNE64H48F257S<br>Date of birth: 08/06/1964<br>Place of birth: MODENA (MO) |
| *Address* | MODENA (MO) VIA CARTESIO 163 CAP 41126 |
| *Official positions* | **Official position: Representative with specific powers**<br>Registration date: 23/02/2017<br>Term of office: Until revoked |
| **Surname: LUSUARDI**<br>**First name: LORENZA** | Gender: F<br>Fiscal code: LSRLNZ79R47D037J<br>Date of birth: 07/10/1979<br>Place of birth: CORREGGIO (RE) |
| *Address* | MODENA (MO) VIA GEMINIANO RONDELLI 18 CAP 41126 |
| *Official positions* | **Official position: Representative with specific powers**<br>Registration date: 23/02/2017<br>Term of office: Until revoked |
| **Surname: MELEGARI**<br>**First name: STEFANO** | Gender: M<br>Fiscal code: MLGSFN62E16F205X<br>Date of birth: 16/05/1962<br>Place of birth: MILANO (MI) |
| *Address* | ROZZANO (MI) VIA GUIDO ROSSA 31 CAP 20089 |
| *Official positions* | **Official position: Representative with specific powers**<br>Registration date: 23/02/2017<br>Term of office: Until revoked |
| **Surname: MASA**<br>**First name: MASSIMILIANO FABRIZIO** | Gender: M<br>Fiscal code: MSAMSM67C16Z133V<br>Date of birth: 16/03/1967<br>Place of birth: CAVIANO - Switzerland<br>Citizenship: Italy |

| | |
|---|---|
| *Address* | MILANO (MI) VIA STEFANO CANZIO 10 CAP 20131 |
| *Official positions* | **Official position: Representative with specific powers**<br>Registration date: 23/02/2017<br>Term of office: Until revoked |
| **Surname: PANARI**<br>**First name: GIUSEPPINA CHRISTIANA** | Gender: F<br>Fiscal code: PNRGPP65M64Z404O<br>Date of birth: 24/08/1965<br>Place of birth: SAN FRANCISCO - United States<br>Citizenship: Italy |
| *Address* | SASSUOLO (MO) VIA MEDAGLIE D'ORO 24 CAP 41049 |
| *Official positions* | **Official position: Representative with specific powers**<br>Registration date: 23/02/2017<br>Term of office: Until revoked |
| **Surname: TASSI**<br>**First name: ELENA** | Gender: F<br>Fiscal code: TSSLNE75S68B819Y<br>Date of birth: 28/11/1975<br>Place of birth: CARPI (MO) |
| *Address* | MODENA (MO) RUA DEI FRATI MINORI 5 CAP 41121 |
| *Official positions* | **Official position: Representative with specific powers**<br>Registration date: 23/02/2017<br>Term of office: Until revoked |
| **Surname: VINCENZI**<br>**First name: CHIARA** | Gender: F<br>Fiscal code: VNCCHR67M61L826B<br>Date of birth: 21/08/1967<br>Place of birth: VIADANA (MN) |
| *Address* | MODENA (MO) VIA D'AVIA NORD 9 CAP 41123 |
| *Official positions* | **Official position: Representative with specific powers**<br>Registration date: 23/02/2017<br>Term of office: Until revoked |
| **Surname: MUSSINI**<br>**First name: ELISABETTA** | Gender: F<br>Fiscal code: MSSLBT64P64F257R<br>Date of birth: 24/09/1964<br>Place of birth: MODENA (MO) |
| *Address* | MODENA (MO) VIA SAN GIOVANNI BOSCO 64 CAP 41121 |
| *Official positions* | **Official position: Representative with specific powers**<br>Registration date: 09/08/2018<br>Term of office: Until revoked |

| | |
|---|---|
| **Surname: BARONCINI**<br>**First name: FABRIZIA** | Gender: F<br>Fiscal code: BRNFRZ64E63A944U<br>Date of birth: 23/05/1964<br>Place of birth: BOLOGNA (BO) |
| *Address* | SAN LAZZARO DI SAVENA (BO) VIA EMILIA 389 CAP 40068 |
| *Official positions* | **Official position: Representative with specific powers**<br>Registration date: 09/08/2018<br>Term of office: Until revoked |
| **Surname: FREDDI**<br>**First name: SABRINA** | Gender: F<br>Fiscal code: FRDSRN68M48B819A<br>Date of birth: 08/08/1968<br>Place of birth: CARPI (MO) |
| *Address* | CARPI (MO) VIA EUGENIO CURIEL 15 CAP 41012 |
| *Official positions* | **Official position: Representative with specific powers**<br>Registration date: 04/08/2020<br>Term of office: Until revoked |
| **Surname: SCHIAVINI MILLOSEVICH**<br>**First name: PIETRO** | Gender: M<br>Fiscal code: SCHPTR64L04L120T<br>Date of birth: 04/07/1964<br>Place of birth: TERRACINA (LT) |
| *Address* | BESOZZO (VA) VIA RENATO BERTOLOTTI 24 CAP 21023 |
| *Official positions* | **Official position: Representative with specific powers**<br>Registration date: 04/08/2020<br>Term of office: Until revoked |
| **Surname: FLORIS**<br>**First name: DANIELA** | Gender: F<br>Fiscal code: FLRDNL82P52G113K<br>Date of birth: 12/09/1982<br>Place of birth: ORISTANO (OR) |
| *Address* | CASTEL MAGGIORE (BO) VIA MATTEOTTI 159/2 CAP 40013 |
| *Official positions* | **Official position: Representative with specific powers**<br>Registration date: 17/02/2022<br>Term of office: Until revoked |
| **Surname: MATTIOLI**<br>**First name: SARA** | Gender: F<br>Fiscal code: MTTSRA78P52H223G<br>Date of birth: 12/09/1978<br>Place of birth: REGGIO EMILIA (RE) |
| *Address* | REGGIO EMILIA (RE) VIA DELLA RACCHETTA 1 CAP 42121 |
| *Official positions* | **Official position: Representative with specific powers**<br>Registration date: 10/08/2022<br>Term of office: Until revoked |

| | |
|---|---|
| **Surname: SPIAGGIA**<br>**First name: SIMONA ANGELAMARIA** | Gender: F<br>Fiscal code: SPGSNN74M49H792N<br>Date of birth: 09/08/1974<br>Place of birth: SAN CATALDO (CL) |
| *Address* | MODENA (MO) VIA BOLZANO 44 CAP 41125 |
| *Official positions* | **Official position: Representative with specific powers**<br>Registration date: 10/08/2022<br>Term of office: Until revoked<br><br>**Official position: Representative**<br>Registration date: 27/01/2025 |

## 9 Branches and other offices

| | |
|---|---|
| **Branch office nr. MO-1** | Type of branch: Workshop (automotive Or Otherwise)<br>Opening date: 01/12/2016 |
| *Address* | VIA EMILIO PO 410<br>MODENA (MO) CAP 41126 |
| *NACE 2.1 economic activity code* | Primary activity<br>Code: 33.12 - repair and maintenance of machinery |
| **Branch office nr. MO-2** | Type of branch: Office<br>Opening date: 01/12/2016 |
| *Address* | VIA NICOLO BIONDO 335<br>MODENA (MO) CAP 41126 |
| *NACE 2.1 economic activity code* | Main economic activity of the company<br>Code: 58.13 - publishing of journals and periodicals |
| **Branch office nr. MO-3** | Type of branch: Warehouse<br>Opening date: 01/12/2016 |
| *Address* | VIA NICOLO BIONDO 342<br>MODENA (MO) CAP 41126 |
| *NACE 2.1 economic activity code* | Main economic activity of the company<br>Code: 58.13 - publishing of journals and periodicals |
| **Branch office nr. MO-4** | Type of branch: Warehouse<br>Opening date: 01/12/2016 |
| *Address* | VIA CESARE DELLA CHIESA 219<br>MODENA (MO) CAP 41126 |
| *NACE 2.1 economic activity code* | Main economic activity of the company<br>Code: 58.13 - publishing of journals and periodicals |
| **Branch office nr. MO-5** | Type of branch: Warehouse<br>Opening date: 04/07/2018 |
| *Address* | VIA STRASBURGO 31<br>CAMPOGALLIANO (MO) CAP 41011 |
| *NACE 2.1 economic activity code* | Main economic activity of the company<br>Code: 58.13 - publishing of journals and periodicals |

## Branch office nr. FI-1

| | |
|---|---|
| | Business Register of: FIRENZE<br>Type of branch: Store<br>Opening date: 01/12/2016 |
| *Address* | VIA DE GINORI 50 R<br>FIRENZE (FI) CAP 50123 |
| ***Registration details*** | REA number (Economic and Administrative Repertory number): FI-664875 |
| *NACE 2.1 economic activity code* | Primary activity<br>Code: 47.62 - retail sale of newspapers, and other periodical publications and stationery |

## Branch office nr. MI-1

| | |
|---|---|
| | Business Register of: MILANO MONZA BRIANZA LODI<br>Type of branch: Office, Operational Headquarters<br>Opening date: 01/12/2016 |
| *Address* | VIA DEI MISSAGLIA ED.B2 97<br>MILANO (MI) CAP 20142 |
| ***Registration details*** | REA number (Economic and Administrative Repertory number): MI-2110217 |
| *NACE 2.1 economic activity code* | Primary activity<br>Code: 58.1 - publishing of books, newspapers and other publishing activities, except software publishing |