**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
PANINI AMERICA, INC.,

                         Plaintiff,                       **23-CV-9714 (LTS) (VF)**

         -against-                               **ORDER**

FANATICS, INC. et al,

                       Defendants.
-----------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

      Fanatics seeks to compel Panini to produce documents in response to RFPs 104-106,

which target allegations from a separate, unrelated proceeding in the Northern District of Texas,

Wild Card, Inc. v. Panini America, Inc. See ECF Nos. 331, 364, 407. Panini opposes the request.

See ECF Nos. 338, 373, 412. The Court previously denied a request by Fanatics to compel

Panini to produce documents responsive to RFPs 77 and 79, which similarly sought documents

concerning allegations by Wild Card of Panini misconduct, concluding that there was no

evidence that the information sought by these requests bore on the licensors' decisions to leave

Panini and the requests were overbroad. See ECF No. 273 at 2. For the same reasons, the motion

to compel is denied. The allegations by Wild Card are unproven, and, in any case, any threats by

Panini to distributors or manufacturers would not bear on whether Fanatics' conduct here

violated the antitrust laws. Additionally, Panini has already agreed to produce discovery on its

interactions with distributors and competitors, which Fanatics can use to craft its arguments

concerning market definition or industry norms. Finally, to the extent the Court previously

indicated that Panini's conduct was relevant to Fanatics' argument that it has engaged in the

same conduct as Panini (ECF No. 228 at 3), that observation concerned Panini's pre-2014

business practices when it entered the relevant market.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 331.

**SO ORDERED.**

DATED:      New York, New York
            August 10, 2026

_____
VALERIE FIGUEREDO
United States Magistrate Judge