**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

PANINI AMERICA, INC.,

Plaintiff,

**23-CV-9714 (LTS) (VF)**

-against-

FANATICS, INC. et al,

**ORDER**

Defendants.

---------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The Court held a conference today, August 17, 2026. For the reasons discussed at the conference, the letter motions at ECF Nos. 401 and 418 are now resolved.

The Clerk of Court is respectfully directed to close the motions at ECF Nos. 401 and 402.

**SO ORDERED.**

DATED: New York, New York
August 17, 2026

VALERIE FIGUEREDO
United States Magistrate Judge