**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

PANINI AMERICA, INC.,

Plaintiff,

**23-CV-9714 (LTS) (VF)**

-against-

**ORDER SCHEDULING CONFERENCE**

FANATICS, INC. et al,

Defendants.

---------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

A discovery conference to discuss the issues raised at ECF Nos. 453 and 454 is hereby scheduled for **September 16, 2026, at 10:00 a.m.**, in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York**.** Plaintiff's motion to extend the deadline to respond to Defendant's motion at ECF. No. 454 is **GRANTED**.

The Clerk of Court is respectfully directed to close the motion at ECF No. 456.

**SO ORDERED.**

DATED: New York, New York
August 19, 2026

VALERIE FIGUEREDO
United States Magistrate Judge