**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

PANINI AMERICA, INC.,

Plaintiff,

-against-

FANATICS, INC. et al,

Defendants.

-----------------------------------------------------------------X

**23-CV-9714 (LTS) (VF)**

**ORDER SCHEDULING BRIEFING**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

Having reviewed Panini's submissions dated August 24, 2026 (ECF Nos. 470 and 472), the Court hereby orders the following briefing schedule for Panini's motion for leave to amend the First Amended Complaint: Fanatics is directed to file its opposition brief by **Wednesday, September 16, 2026**, and Panini is directed to file its reply by **Wednesday, September 30, 2026**.

**SO ORDERED.**

DATED: New York, New York
August 26, 2026

VALERIE FIGUEREDO
United States Magistrate Judge