BSF | BOIES SCHILLER FLEXNER

August 25, 2026

**Via ECF**

The Honorable Valerie Figueredo
United States District Court Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**Re: *Panini America, Inc. v. Fanatics, Inc. et al.*, Case No. 1:23-cv-09714-LTS-VF (S.D.N.Y. 2023) – Request to File a Sur-Reply in Response to Fanatics' Reply**

Dear Judge Figueredo:

We write on behalf of Plaintiff Panini America, Inc. ("Panini") to seek leave to file a sur-reply in response to Fanatics' reply (ECF No. 475) in support of its letter motion to compel production of privileged documents (ECF No. 428). As the Court has accepted the Reply for filing, Panini respectfully requests permission to file a sur-reply to afford Panini a chance to respond to Fanatics' additional arguments in advance of the hearing set for September 16th on this matter.

Accordingly, Panini respectfully requests leave to file a sur-reply in the form attached hereto as Exhibit A.

Respectfully submitted,

*/s/ Stuart Singer*

David Boies
Eric Brenner
**BOIES SCHILLER FLEXNER LLP**
55 Hudson Yards
New York, NY 10001
Telephone: (212) 446-2300
dboies@bsfllp.com
ebrenner@bsfllp.com

Stuart H. Singer*
Sabria A. McElroy*
Meredith Schultz*
Pascual Oliu*
Ana Carolina Varela*
**BOIES SCHILLER FLEXNER LLP**
401 E. Las Olas Blvd., Suite 1200

BSF

Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
ssinger@bsfllp.com
smcelroy@bsfllp.com
mschultz@bsfllp.com
poliu@bsfllp.com
avarela@bsfllp.com

James P. Denvir*
Richard A. Feinstein*
William Harvey
**BOIES SCHILLER FLEXNER LLP**
1401 New York Ave, NW
Washington, DC 20005
Telephone: (202) 237-2727
jdenvir@bsfllp.com
rfeinstein@bsfllp.com
wharvey@bsfllp.com

*Counsel for Panini America, Inc.*

**pro hac vice*

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: August 27, 2026**

Application GRANTED. Panini shall file its sur-reply by **September 4, 2026**.

The Clerk of Court is respectfully directed to close the motion at ECF No. 478.

cc: All Counsel of Record (by ECF)