# Exhibit 16

**From:** Eric Brenner
**To:** Neil Phillips; Amanda Pescatore; Lindsay.Martin@lw.com; Lawrence.Buterman@lw.com; Alicia.Jovais@lw.com; Amanda.Reeves@lw.com; David.Johnson@lw.com; Brian.Goodell@lw.com; Adam.Chernicoff@lw.com; Emily.Viola@lw.com; Michael Carlinsky; Kathryn Bonacorsi; Yvonne Zhang; Ted Ovrom; Derek Shaffer
**Cc:** Stuart Singer; Sabria McElroy; Meredith Schultz; Ana Carolina Varela; Megan Nyman; Jessica Mugler; Mark B. Singer; Melissa Ji; Samantha Thorne; Victoria Scordato
**Subject:** Improper claw backs for Putnam Deposition
**Date:** Wednesday, August 5, 2026 6:01:21 PM

---

Counsel – In preparing for the Putnam deposition, we have identified a number of clawbacks in your July 30 clawback letter that are improper: FAN-PAN-SDNY00926501-505, which has now been withheld in its entirety on purported privileged grounds; FAN-PAN-SDNY00003581-82, which now has redactions on purported privilege grounds; and FANCOLLECT-PAN_00118144-45, which has also been redacted on purported privileged grounds.

If you do not agree to drop these privilege claims, we intend to hold open the deposition of Ms. Putnam and seek relief from the Court pursuant to the governing 502(d) Order. We are prepared to meet and confer before tomorrow's deposition.

We continue to review your recent claw back letters and reserve all rights.

---

**From:** Neil Phillips <neilphillips@quinnemanuel.com>
**Sent:** Wednesday, August 5, 2026 2:58 PM
**To:** Amanda Pescatore <apescatore@bsfllp.com>; Lindsay.Martin@lw.com; Lawrence.Buterman@lw.com; Alicia.Jovais@lw.com; Amanda.Reeves@lw.com; David.Johnson@lw.com; Brian.Goodell@lw.com; Adam.Chernicoff@lw.com; Emily.Viola@lw.com; Michael Carlinsky <michaelcarlinsky@quinnemanuel.com>; Kathryn Bonacorsi <kathrynbonacorsi@quinnemanuel.com>; Yvonne Zhang <yvonnezhang@quinnemanuel.com>; Ted Ovrom <tedovrom@quinnemanuel.com>; Derek Shaffer <derekshaffer@quinnemanuel.com>
**Cc:** Stuart Singer <ssinger@bsfllp.com>; Eric Brenner <EBrenner@BSFLLP.com>; Sabria McElroy <smcelroy@bsfllp.com>; Meredith Schultz <mschultz@bsfllp.com>; Ana Carolina Varela <Avarela@bsfllp.com>; Megan Nyman <mnyman@bsfllp.com>; Jessica Mugler <jmugler@BSFLLP.com>; Mark B. Singer <mbsinger@bsfllp.com>; Melissa Ji <mji@bsfllp.com>; Samantha Thorne <sthorne@BSFLLP.com>; Victoria Scordato <vscordato@BSFLLP.com>
**Subject:** RE: Deposition Notices (Panini v. Fanatics)

Here are the attendees for the Putnam and Leiner depositions:

**Stephanie Putnam**: Derek Shaffer, Neil Phillips, Brian Goodell

**David Leiner**: Michael Carlinsky, Jonathan Acevedo, Lawrence Buterman

**Neil Phillips**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP

295 Fifth Avenue
New York, NY 10016
212-849-7651 Direct
212-849-7000 Main Office Number
212-849-7100 FAX
neilphillips@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Amanda Pescatore <apescatore@bsfllp.com>
**Sent:** Wednesday, August 5, 2026 1:45 PM
**To:** Lindsay.Martin@lw.com; Lawrence.Buterman@lw.com; Alicia.Jovais@lw.com; Amanda.Reeves@lw.com; David.Johnson@lw.com; Brian.Goodell@lw.com; Adam.Chernicoff@lw.com; Emily.Viola@lw.com; Michael Carlinsky <michaelcarlinsky@quinnemanuel.com>; Kathryn Bonacorsi <kathrynbonacorsi@quinnemanuel.com>; Neil Phillips <neilphillips@quinnemanuel.com>; Yvonne Zhang <yvonnezhang@quinnemanuel.com>; Ted Ovrom <tedovrom@quinnemanuel.com>; Derek Shaffer <derekshaffer@quinnemanuel.com>
**Cc:** Stuart Singer <ssinger@bsfllp.com>; Eric Brenner <EBrenner@BSFLLP.com>; Sabria McElroy <smcelroy@bsfllp.com>; Meredith Schultz <mschultz@bsfllp.com>; Ana Carolina Varela <Avarela@bsfllp.com>; Megan Nyman <mnyman@bsfllp.com>; Jessica Mugler <jmugler@BSFLLP.com>; Mark B. Singer <mbsinger@bsfllp.com>; Melissa Ji <mji@bsfllp.com>; Samantha Thorne <sthorne@BSFLLP.com>; Victoria Scordato <vscordato@BSFLLP.com>
**Subject:** RE: Deposition Notices (Panini v. Fanatics)

**[EXTERNAL EMAIL from apescatore@bsfllp.com]**

---

Counsel,

I am following up on the email below, particularly with respect to attendees for the depositions of David Leiner and Stephanie Putnam, both of which are proceeding tomorrow. The names of attendees are required for security.

Best,

**Amanda Pescatore**
Associate

BOIES SCHILLER FLEXNER LLP
401 E. Las Olas Blvd. Suite 1200
Fort Lauderdale, FL, 33301

(d) 954 377 0714
apescatore@bsfllp.com
www.bsfllp.com

---

**From:** Amanda Pescatore
**Sent:** Monday, August 3, 2026 5:00 PM
**To:** 'Lindsay.Martin@lw.com' <Lindsay.Martin@lw.com>; Lawrence.Buterman@lw.com; Alicia.Jovais@lw.com; Amanda.Reeves@lw.com; David.Johnson@lw.com; Brian.Goodell@lw.com; Adam.Chernicoff@lw.com; Emily.Viola@lw.com; michaelcarlinsky@quinnemanuel.com; kathrynbonacorsi@quinnemanuel.com; neilphillips@quinnemanuel.com; yvonnezhang@quinnemanuel.com; tedovrom@quinnemanuel.com; derekshaffer@quinnemanuel.com
**Cc:** Stuart Singer <ssinger@BSFLLP.com>; Eric Brenner <EBrenner@BSFLLP.com>; Sabria McElroy <smcelroy@bsfllp.com>; Meredith Schultz <mschultz@BSFLLP.com>; Ana Carolina Varela <Avarela@bsfllp.com>; Megan Nyman <mnyman@bsfllp.com>; Jessica Mugler <jmugler@BSFLLP.com>; Mark B. Singer <mbsinger@bsfllp.com>; Melissa Ji <mji@bsfllp.com>; Samantha Thorne <sthorne@BSFLLP.COM>; Victoria Scordato <vscordato@BSFLLP.COM>
**Subject:** RE: Deposition Notices (Panini v. Fanatics)

Counsel,

Ahead of the depositions listed below, which will take place at various Boies Schiller Flexner offices in the coming weeks, please send us the names of the attendees from your team (and their dietary restrictions, if any).

- Carlos Sousa
- Tucker Kain
- Stephanie Putnam
- David Leiner

Best,

**Amanda Pescatore**
Associate

BOIES SCHILLER FLEXNER LLP
401 E. Las Olas Blvd. Suite 1200
Fort Lauderdale, FL, 33301
(d) 954 377 0714
apescatore@bsfllp.com
www.bsfllp.com

---

**From:** Lindsay.Martin@lw.com <Lindsay.Martin@lw.com>
**Sent:** Thursday, July 30, 2026 6:18 PM
**To:** Samantha Thorne <sthorne@BSFLLP.com>; Lawrence.Buterman@lw.com; Alicia.Jovais@lw.com; Amanda.Reeves@lw.com; David.Johnson@lw.com; Brian.Goodell@lw.com; Adam.Chernicoff@lw.com; Emily.Viola@lw.com; michaelcarlinsky@quinnemanuel.com;

kathrynbonacorsi@quinnemanuel.com; neilphillips@quinnemanuel.com; yvonnezhang@quinnemanuel.com; tedovrom@quinnemanuel.com; derekshaffer@quinnemanuel.com
**Cc:** Stuart Singer <ssinger@bsfllp.com>; Eric Brenner <EBrenner@BSFLLP.com>; Sabria McElroy <smcelroy@bsfllp.com>; Meredith Schultz <mschultz@bsfllp.com>; Ana Carolina Varela <Avarela@bsfllp.com>; Megan Nyman <mnyman@bsfllp.com>; Jessica Mugler <jmugler@BSFLLP.com>; Mark B. Singer <mbsinger@bsfllp.com>; Melissa Ji <mji@bsfllp.com>
**Subject:** RE: Deposition Notices (Panini v. Fanatics)

**CAUTION: External email. Please do not respond to or click on links/attachments unless you recognize the sender.**

---

Counsel,

Attached please find the deposition notice for Jason Howarth.

Best,

**Lindsay Martin**
Pronouns: She/Her/Hers

**LATHAM & WATKINS LLP**
1271 Avenue of the Americas | New York, NY 10020
D: +1.212.906.4682

---

**From:** Martin, Lindsay (NY)
**Sent:** Wednesday, July 8, 2026 8:07 PM
**To:** 'Samantha Thorne' <sthorne@BSFLLP.com>; Buterman, Larry (NY-DC) <Lawrence.Buterman@lw.com>; Jovais, Alicia (Bay Area) <Alicia.Jovais@lw.com>; Reeves, Mandy (DC) <Amanda.Reeves@lw.com>; Johnson, David (DC) <David.Johnson@lw.com>; Goodell, Brian (DC) <Brian.Goodell@lw.com>; Chernicoff, Adam (NY) <Adam.Chernicoff@lw.com>; Viola, Emily (NY) <Emily.Viola@lw.com>; Michael Carlinsky <michaelcarlinsky@quinnemanuel.com>; Kathryn Bonacorsi <kathrynbonacorsi@quinnemanuel.com>; Neil Phillips <neilphillips@quinnemanuel.com>; yvonnezhang@quinnemanuel.com; Ted Ovrom <tedovrom@quinnemanuel.com>; Derek Shaffer <derekshaffer@quinnemanuel.com>
**Cc:** Stuart Singer <ssinger@bsfllp.com>; Eric Brenner <EBrenner@BSFLLP.com>; Sabria McElroy <smcelroy@bsfllp.com>; Meredith Schultz <mschultz@bsfllp.com>; Ana Carolina Varela <Avarela@bsfllp.com>; Megan Nyman <mnyman@bsfllp.com>; Jessica Mugler <jmugler@BSFLLP.com>; Mark B. Singer <mbsinger@bsfllp.com>; Melissa Ji <mji@bsfllp.com>
**Subject:** RE: Deposition Notices (Panini v. Fanatics)

Counsel,

Attached please find the deposition notice for D.J. Kazmierczak.

Best,

**Lindsay Martin**
Pronouns: She/Her/Hers

**LATHAM & WATKINS LLP**
1271 Avenue of the Americas | New York, NY 10020
D: +1.212.906.4682

---

**From:** Samantha Thorne <sthorne@BSFLLP.com>
**Sent:** Wednesday, July 8, 2026 2:58 PM
**To:** Buterman, Larry (NY-DC) <Lawrence.Buterman@lw.com>; Jovais, Alicia (Bay Area) <Alicia.Jovais@lw.com>; Martin, Lindsay (NY) <Lindsay.Martin@lw.com>; Reeves, Mandy (DC) <Amanda.Reeves@lw.com>; Johnson, David (DC) <David.Johnson@lw.com>; Goodell, Brian (DC) <Brian.Goodell@lw.com>; Chernicoff, Adam (NY) <Adam.Chernicoff@lw.com>; Viola, Emily (NY) <Emily.Viola@lw.com>; Michael Carlinsky <michaelcarlinsky@quinnemanuel.com>; Kathryn Bonacorsi <kathrynbonacorsi@quinnemanuel.com>; Neil Phillips <neilphillips@quinnemanuel.com>; yvonnezhang@quinnemanuel.com; Ted Ovrom <tedovrom@quinnemanuel.com>; Derek Shaffer <derekshaffer@quinnemanuel.com>
**Cc:** Stuart Singer <ssinger@bsfllp.com>; Eric Brenner <EBrenner@BSFLLP.com>; Sabria McElroy <smcelroy@bsfllp.com>; Meredith Schultz <mschultz@bsfllp.com>; Ana Carolina Varela <Avarela@bsfllp.com>; Megan Nyman <mnyman@bsfllp.com>; Jessica Mugler <jmugler@BSFLLP.com>; Mark B. Singer <mbsinger@bsfllp.com>; Melissa Ji <mji@bsfllp.com>
**Subject:** Deposition Notices (Panini v. Fanatics)

Counsel,

Please see the attached deposition notices for Michael Mahan, David Leiner, Stephanie Putnam, Tucker Kain, and Carlos Sousa.

Thanks,

**Samantha Thorne**
Associate
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, DC 20005
(t) +1 202 274 1143
(m) +1 509 847 9792
sthorne@bsfllp.com
www.bsfllp.com

---

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you

have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

---

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.

---

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]