# Exhibit 19

**From:** M. Logan Wright
**To:** Lawrence Buterman (NY-DC; Michael Carlinsky; Derek Shaffer; Neil Phillips; Chris.Yates@LW.com; David.Johnson@lw.com; Amanda Reeves (DC; Adam.Chernicoff@lw.com; Elle Mahdavi; Christina.Lantuh@lw.com; Matthew Meyer; Yvonne Zhang; Brian.Goodell@lw.com; Ted Ovrom; Alicia Jovais (Bay Area; Kathryn Bonacorsi; Matt.Balich@lw.com; Emily Viola (NY
**Cc:** David Boies; Stuart Singer; Eric Brenner; Sabria McElroy; Meredith Schultz; William Harvey; Jessica Mugler
**Subject:** RE: Panini v. Fanatics, 23-cv-9714 - Sealing and Confidentiality Designations
**Date:** Friday, August 28, 2026 9:33:40 AM

---

Counsel,

We agree that Fanatics' production of lesser redacted versions of these three documents would not constitute a waiver of privilege beyond these documents, and understand that if we seek further deposition time with Ms. Putnam to question her on these materials, consistent with our prior reservation rights, Fanatics may oppose.

**Logan Wright**
Associate
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, DC 20005
(t) +1 813 482 4814
mwright@bsfllp.com
www.bsfllp.com

---

**From:** Ted Ovrom <tedovrom@quinnemanuel.com>
**Sent:** Wednesday, August 26, 2026 9:32 AM
**To:** Megan Nyman <mnyman@bsfllp.com>; Sabria McElroy <smcelroy@bsfllp.com>; Alicia.Jovais@lw.com; Kathryn Bonacorsi <kathrynbonacorsi@quinnemanuel.com>; Jessica Mugler <jmugler@BSFLLP.com>; Emily.Viola@lw.com; Matt.Balich@lw.com; David Boies <DBoies@BSFLLP.com>; Stuart Singer <ssinger@bsfllp.com>; Eric Brenner <EBrenner@BSFLLP.com>; Meredith Schultz <mschultz@bsfllp.com>; William Harvey <wharvey@BSFLLP.com>
**Cc:** Lawrence.Buterman@lw.com; Michael Carlinsky <michaelcarlinsky@quinnemanuel.com>; Derek Shaffer <derekshaffer@quinnemanuel.com>; Neil Phillips <neilphillips@quinnemanuel.com>; Chris.Yates@LW.com; David.Johnson@lw.com; Amanda.Reeves@lw.com; Adam.Chernicoff@lw.com; Elle Mahdavi <ellemahdavi@quinnemanuel.com>; Christina.Lantuh@lw.com; Matthew Meyer <matthewmeyer@quinnemanuel.com>; Yvonne Zhang <yvonnezhang@quinnemanuel.com>; Brian.Goodell@lw.com
**Subject:** RE: Panini v. Fanatics, 23-cv-9714 - Sealing and Confidentiality Designations

Counsel,

Regarding Claw Back Issues (Part V below), to clarify, we will be producing the lesser redacted versions of FAN-PAN-SDNY00926501, FAN-PAN-SDNY00703628, and FANCOLLECT-PAN_00021428 this week. But we are producing them on the understanding that Panini will not claim any broader waiver of privilege beyond those documents, and we will oppose any attempt to recall Ms. Putnam for deposition, as Panini had ample time and opportunity to

cover the topics in the unredacted portions of the documents.

Best,

**Ted Ovrom**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP

295 Fifth Avenue
New York, NY 10016
212-849-7069 Direct
212-849-7000 Main Office Number
319-331-8346 Cell
tedovrom@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Ted Ovrom
**Sent:** Wednesday, August 26, 2026 8:51 AM
**To:** Megan Nyman <mnyman@bsfllp.com>; Sabria McElroy <smcelroy@bsfllp.com>; Alicia.Jovais@lw.com; Kathryn Bonacorsi <kathrynbonacorsi@quinnemanuel.com>; Jessica Mugler <jmugler@BSFLLP.com>; Emily.Viola@lw.com; Matt.Balich@lw.com; David Boies <DBoies@BSFLLP.com>; Stuart Singer <ssinger@bsfllp.com>; Eric Brenner <EBrenner@BSFLLP.com>; Meredith Schultz <mschultz@bsfllp.com>; William Harvey <wharvey@BSFLLP.com>
**Cc:** Lawrence.Buterman@lw.com; Michael Carlinsky <michaelcarlinsky@quinnemanuel.com>; Derek Shaffer <derekshaffer@quinnemanuel.com>; Neil Phillips <neilphillips@quinnemanuel.com>; Chris.Yates@LW.com; David.Johnson@lw.com; Amanda.Reeves@lw.com; Adam.Chernicoff@lw.com; Elle Mahdavi <ellemahdavi@quinnemanuel.com>; Christina.Lantuh@lw.com; Matthew Meyer <matthewmeyer@quinnemanuel.com>; Yvonne Zhang <yvonnezhang@quinnemanuel.com>; Brian.Goodell@lw.com
**Subject:** RE: Panini v. Fanatics, 23-cv-9714 - Sealing and Confidentiality Designations

Counsel,

We write in response to your 8/21 email and to memorialize the meet and confer on 8/19.

## I. OneTeam Agreements

As stated repeatedly during our August 19 meet-and-confer, [redacted]