PANINI AMERICA, INC.

*Plaintiff*,

v.

FANATICS, INC., FANATICS, LLC, FANATICS COLLECTIBLES INTERMEDIATE HOLDCO, INC., FANATICS SPV, LLC, and FANATICS HOLDINGS, INC.

*Defendants.*

Case No. 1:23-cv-09714-LTS-VF
[Rel. Case No. 1:23-cv-06895-LTS-VF]

**DECLARATION OF ERIC J. BRENNER**

**DECLARATION OF ERIC J. BRENNER**

I, Eric J. Brenner, declare as follows.

1. I am a partner with the law firm of Boies Schiller Flexner LLP ("BSF"), counsel for plaintiff Panini America, Inc. ("Panini") in *Panini America, Inc. v. Fanatics, Inc. et al.*, Case No. 1:23-cv-09714-LTS-VF (S.D.N.Y. 2023). I am an attorney at law duly licensed in the State of New York. I have personal knowledge of the matters set forth herein and am competent to testify.

2. I submit this declaration in support of Panini's request for a discovery conference for the Court to (i) review *in camera* three documents that were clawed back in advance of the deposition of Stephanie Putnam, Fanatics' Vice President of Recruiting, (ii) order Fanatics to produce unredacted versions of these documents, and (iii) require Ms. Putnam to appear for limited, additional deposition questioning regarding these documents (the "Motion").

3. Fanatics produced the three documents specifically referenced in the Motion—Exhibit 1 (FAN-PAN-SDNY00926501), Exhibit 2 (FANCOLLECT-PAN_00021428), and Exhibit 3 (FAN-PAN-SDNY00703628)—between February 20, 2026, and July 5, 2026. As part of its fact development in this action, including to prepare for the August 6, 2026, deposition of Ms. Putnam, BSF began reviewing Exhibits 2 and 3 no later than April 21, 2026, and Exhibit 1 no later than July 28, 2026. Based on this

review, these three documents were included in the preparation materials for Ms. Putnam's deposition, and each was identified as an exhibit to be used at this deposition.

4. In the week before Ms. Putnam's deposition, Fanatics' counsel served two notices seeking to claw back 74 documents on purported privilege grounds. *See* Exs. 14 & 15. The three documents at issue in the Motion, which were among these documents, were clawed back in a letter dated July 30, 2026. Fanatics produced replacement versions of two of these three documents which redacted portions of documents of FANCOLLECT-PAN_00021428 (Exhibit 5) and FAN-PAN-SDNY00703628 (Exhibit 6). Document FAN-PAN-SDNY00926501 (Exhibit 4) was clawed back in full.

5. On August 5, 2026, I emailed Fanatics' counsel and informed them that in our preparation for Ms. Putnam's deposition we had identified a number of unjustified claw backs from its July 30 claw back letter, including with respect to Exhibits 1, 2, and 3.[1] I offered to meet and confer prior to the Putnam deposition to discuss this issue. I also made clear that if Fanatics did not agree to withdraw its privilege claims, we would hold open the deposition of Ms. Putnam and seek relief pursuant to the governing 502(d) Order (ECF 187). *See* Ex. 16 (email to Fanatics' counsel).

6. Fanatics did not respond to this email. In discussions at the deposition itself, Fanatics did not agree to reconsider its claw backs as to these documents, and I reiterated Panini's intention to hold Ms. Putnam's deposition open accordingly.

7. Following additional meet and confer discussions, on August 28, 2026, Fanatics produced new versions of FANCOLLECT-PAN_00021428 and FAN-PAN-SDNY00703628 with fewer redactions, but still maintained privilege claims as to certain of their contents. *See* Exhibit 8 (replacement version of FANCOLLECT-PAN_00021428), Exhibit 9 (replacement version of FAN-PAN-SDNY00703628). Fanatics also produced a new version of document FAN-PAN-SDNY00926501, which had been

[1] Document FAN-PAN-SDNY00003581 listed in this email is a duplicate version of Exhibit 2 (FANCOLLECT-PAN_00021428).

previously withheld in full, with certain redactions. *See* Exhibit 7 (replacement version of FAN-PAN-SDNY00926501).

8. Pursuant to the governing 502(d) Order, attached hereto for the Court's *in camera* review are true and correct copies of the original, unredacted versions of the three documents at issue that Fanatics now seeks to claw back on purported privilege grounds (Appendix A containing **Exhibits 1–3**). Also attached hereto are the first replacement versions of these documents (Appendix B containing **Exhibits 4–6**), and the second replacement versions of these documents (Appendix C containing **Exhibits 7–9**).

9. Attached hereto as **Exhibit 10** is a true and correct copy of the certified transcript of the deposition of Stephanie Putnam, dated August 6, 2026.

10. Attached hereto as **Exhibit 11** is a true and correct copy of document FAN-PAN-SDNY00926584 produced during discovery and introduced as exhibit 4 in the Putnam deposition.

11. Attached hereto as **Exhibit 12** is a true and correct copy of document FAN-PAN-SDNY 00003893 produced during discovery and introduced as exhibit 13 in the Putnam deposition.

12. Attached hereto as **Exhibit 13** is a true and correct copy of document FANCOLLECT-PAN_00118144 produced during discovery and introduced as exhibit 12 in the Putnam deposition.

13. Attached hereto as **Exhibit 14** is a true and correct copy of the claw back notice sent by Fanatics' counsel to Panini's counsel on July 30, 2026.

14. Attached hereto as **Exhibit 15** is a true and correct copy of the claw back notice sent by Fanatics' counsel to Panini's counsel on August 4, 2026.

15. Attached hereto as **Exhibit 16** is a true and correct copy of an email I sent on August 5, 2026, informing Fanatics' counsel that it improperly sought to claw back certain documents and requesting to meet and confer.

16. Attached hereto as **Exhibit 17** is a true and correct copy of a privilege log containing Fanatics' privilege designations for certain documents, including FAN-PAN-SDNY00926501 and FAN-PAN-SDNY00703628

17. Attached hereto as **Exhibit 18** is a true and correct copy of a privilege log containing Fanatics' privilege designations for certain documents, including FANCOLLECT-PAN_00021428.

18. Attached hereto as **Exhibit 19** is a true and correct copy of an excerpted portion of an email thread between Panini's and Fanatics' counsel wherein Fanatics counsel states that it will oppose any Panini efforts to recall Ms. Putnam for deposition.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 9th day of September 2026, in New York, New York.

*<u>/s/Eric J. Brenner</u>*

Eric J. Brenner
**Boies Schiller Flexner LLP**
55 Hudson Yards
New York, NY
(212) 446-2300
ebrenner@bsfllp.com