September 10, 2026

**<u>Via ECF</u>**

The Honorable Valerie Figueredo
United States District Court Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**Re: *Panini America, Inc. v. Fanatics, Inc. et al.*, Case No. 1:23-cv-09714-LTS-VF (S.D.N.Y. 2023); *Fanatics Collectibles TopCo, Inc. v. Panini S.p.A.*, Case No. 1:23-cv-06895-LTS-VF (S.D.N.Y. 2023)**

Dear Judge Figueredo:

The parties write jointly to inform the Court that they have reached an agreement on a joint briefing schedule for disputes regarding outstanding requests for production.[1] The parties have agreed to the following:

1. Parties will exchange opening positions no longer than 5 single-spaced pages on Wednesday, September 9, 2026, at 12:00 p.m.
2. Parties will exchange response positions no longer than 5 single-spaced pages on Friday, September 11, 2026, at 3:00 p.m.
3. Parties will thereafter file the parties' joint briefing with the Court by Friday, September 11, 2026, with Panini filing its opening position with Fanatics' response, and Fanatics filing its opening position with Panini's response.

The parties further agree that the issues raised in the parties' September 11 briefing may be heard at the September 16 conference if the Court is prepared to hear them. If, however, the Court is not prepared to hear these new issues at the previously scheduled September 16 conference, the parties' joint position is that the September 16 conference should go forward as scheduled to resolve any of Fanatics' fully briefed letter motions (ECF Nos. 428, 453, 454, 466, 476, 480, 478, 489) that remain pending, which was the ordered purpose for the hearing. *See* ECF No. 458 (explaining purpose for September 16 hearing).

---

[1] Clawback and/or other privilege or confidentiality issues may be briefed separately pursuant to past practice.

BSF

Respectfully submitted,

/s/ David Boies
David Boies

/s/ Stuart Singer
Stuart Singer

*Counsel for Panini*

/s/ Lawrence E. Buterman
Lawrence E. Buterman

/s/ Michael B. Carlinsky
Michael B. Carlinsky

*Counsel for Fanatics*

cc: All Counsel of Record (by ECF)