**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

PANINI AMERICA, INC.,

Plaintiff,

**23-cv-9714 (LTS) (VF)**

-against-

**ORDER**

FANATICS, INC. et al,

Defendants.

-----------------------------------------------------------------X

FANATICS COLLECTIBLES TOPCO, INC.,

Plaintiff,

-against-

PANINI S.P.A.,

Defendant.

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

Fanatics is directed to file a reply to Panini's opposition (ECF Nos. 480, 481) to Fanatics' motion at ECF No. 454 by **Monday, September 14, 2026**.

**SO ORDERED.**

DATED: New York, New York
September 10, 2026

VALERIE FIGUEREDO
United States Magistrate Judge