September 9, 2026

**Via ECF**

The Honorable Valerie Figueredo
United States District Court Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**Re: *Panini America, Inc. v. Fanatics, Inc. et al.*, Case No. 1:23-cv-09714-LTS-VF (S.D.N.Y. 2023)—Letter Motion to Seal**

Dear Judge Figueredo:

We write on behalf of Panini America, Inc. ("Panini") in the above-referenced matter to request permission to file under seal an unredacted version of Panini's Letter Motion for Discovery Conference, together with Exhibits 1–15 and 17–18 and a redacted version of Exhibit 19 attached thereto. The Letter Motion contains information that Fanatics has designated Confidential, Highly Confidential, or Outside Counsel Eyes Only. Exhibits 1–15 contain information that Fanatics has designated Confidential, Highly Confidential, or Outside Counsel Eyes Only. Exhibits 17 and 18 are privilege logs designated Highly Confidential by Fanatics. Exhibit 19 is an email thread wherein Fanatics' counsel shares information related to agreements between OneTeam and Fanatics or between OneTeam and Zerocool. Thus, Panini is filing these documents under seal pursuant to the Protective Order in this action. Under the procedure set out in the Protective Order, it is ***Fanatics'*** burden to establish that the filings should remain under seal within ten business days of this filing. ECF No. 160 ¶ 17 ("Within ten business days of the filing under seal, ***the designating party*** shall file a letter setting forth the basis for any permanent redactions or sealing on the docket, and any party opposing the redactions or sealing shall indicate its position in the letter." (emphasis added)).

Panini does not oppose filing these documents under seal consistent with the Protective Order but reserves the right to challenge Fanatics' confidentiality designations. Pursuant to the Court's individual rules, Panini is filing proposed sealed documents electronically through the Court's ECF system. Panini is also filing redacted versions of the materials publicly on the docket.

*/s/ Eric Brenner*
David Boies
Eric Brenner
**BOIES SCHILLER FLEXNER LLP**
55 Hudson Yards
New York, NY 10001
Telephone: (212) 446-2300
dboies@bsfllp.com
ebrenner@bsfllp.com

BSF

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: September 11, 2026**

Fanatics is directed to submit a letter establishing why sealing is appropriate under Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 11 (2d Cir. 2006), by **Thursday, September 24, 2026**.

Stuart H. Singer*
Sabria A. McElroy*
Meredith Schultz*
Pascual Oliu*
Ana Carolina Varela*
**BOIES SCHILLER FLEXNER LLP**
401 E. Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
ssinger@bsfllp.com
smcelroy@bsfllp.com
mschultz@bsfllp.com
poliu@bsfllp.com
avarela@bsfllp.com

James P. Denvir*
Richard A. Feinstein*
William Harvey
**BOIES SCHILLER FLEXNER LLP**
1401 New York Ave, NW
Washington, DC 20005
Telephone: (202) 237-2727
jdenvir@bsfllp.com
rfeinstein@bsfllp.com
wharvey@bsfllp.com

*Counsel for Panini America, Inc.*

**pro hac vice*

cc: All Counsel of Record (by ECF)