LATHAM & WATKINS LLP

quinn emanuel trial lawyers | new york

September 24, 2026

**Via ECF**

The Honorable Valerie Figueredo
United States District Court Magistrate Judge, S.D.N.Y.

Re: *Panini Am., Inc. v. Fanatics, Inc. et al.*, No. 1:23-cv-09714-LTS-VF (S.D.N.Y. 2023)

Dear Judge Figueredo:

As directed by the Court at the September 16 discovery hearing, Fanatics submits this letter to inform the Court that it intends to file a reply to Panini's supplemental briefing regarding the Francesca Baroni privilege dispute (ECF No. 554). In light of the voluminous filings submitted by Panini—including two declarations, a letter brief, and an "annotated" version of the presentation Fanatics made at the hearing—Fanatics respectfully requests leave to file its reply to Panini's submissions on Thursday, October 1.

We appreciate Your Honor's consideration of this request.

Respectfully submitted,

*/s/ Michael B. Carlinsky*
Michael B. Carlinsky
Quinn Emanuel Urquhart & Sullivan LLP
295 Fifth Avenue
New York, NY 10016
michaelcarlinsky@quinnemanuel.com
(212) 849-7000

*Counsel for Fanatics*

*/s/ Lawrence E. Buterman*
Lawrence E. Buterman
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
lawrence.buterman@lw.com
(212) 906-1264

*Counsel for Fanatics*

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: September 28, 2026**

The request for an extension is **GRANTED**. Fanatics' reply is due on **Thursday, October 1, 2026**.