# EXHIBIT 14

# EXHIBIT 1

ITALIAN VERSION OF THE MERGER DEED DATED 27 NOVEMBER 2016 WITH A COURTESY ENGLISH MACHINE TRANSLATION (P. 75 FF.)

REPERTORIO N.77585 FASCICOLO N.34227

**ATTO DI FUSIONE**

**REPUBBLICA ITALIANA**

L'anno 2016 (duemilasedici), questo giorno di domenica 27 (ventisette) novembre.

In Bologna, Via Santo Stefano n. 71.

Davanti a me **Dottor Federico Rossi**, Notaio in Bologna, iscritto al Collegio Notarile di Bologna, sono comparsi i signori:

- **BARONI Dott.ssa MARIA FRANCESCA**, nata a Bologna (BO), il giorno 5 agosto 1975, domiciliata a Bologna (BO), Via Santo Stefano n. 71, nella sua qualità di Amministratore Unico delle Società:

"**PANINI S.R.L.**" con Unico Socio, con sede legale in Modena (MO), Via Emilio Po n. 380 ( già "DOLLY S.R.L." con Unico Socio, con sede legale in Bologna (BO), Via Santo Stefano n. 71), costituita in Italia e di nazionalità italiana,

Cod. Fiscale e numero Registro Imprese 02796411201

P. IVA 02796411201

capitale sociale Euro 10.000,00 interamente versato,

iscritta presso il Registro delle Imprese di Modena al n. 411936 del R.E.A. (in appresso denominata anche, semplicemente**, "PANINI S.R.L."),**

"**ARTEMIS CONNECTIONS S.P.A.**" (già "ARTEMIS CONNECTIONS S.R.L."), con sede legale in Bologna (BO), Via Santo Stefano n. 71, costituita in Lussemburgo, trasferita in Italia con delibera dell'assemblea in data 15 gennaio 2016, iscritta presso il Registro Imprese di Bologna in data 26 gennaio 2016 e, quindi, di nazionalità italiana,

Cod. Fiscale e numero Registro Imprese 03515401200,

P. IVA 03515401200,

capitale sociale Euro 50.000,00 interamente versato,

iscritta presso il Registro delle Imprese di Bologna al n. 525270 del R.E.A.,

(in appresso denominata anche, semplicemente, "**ARTEMIS**"),

e

"**WATERFALL INVESTMENTS S.P.A.**", (già "WATERFALL INVESTMENTS S.R.L."), con sede legale in Bologna (BO), Via Santo Stefano n. 71, costituita in Lussemburgo, trasferita in Italia con delibera dell'assemblea in data 15 gennaio 2016, iscritta presso il Registro Imprese di Bologna in data 26 gennaio 2016 e, quindi, di nazionalità italiana,

Cod. Fiscale e numero Registro Imprese 03515411209,

P. IVA 03515411209,

capitale sociale Euro 50.000,00 interamente versato,

iscritta presso il Registro delle Imprese di Bologna al n. 525271 del R.E.A.

(in appresso denominata anche, semplicemente, "**WATERFALL**"),

a quanto infra autorizzata, con espressa dispensa da conflitto d'interessi, con le delibere delle assemblee dei soci di tutte e tre le società assunte entrambe in data 26 gennaio 2016 e di cui meglio infra;

- **SALLUSTRO Ing. ALDO HUGO,** nato a Buenos Aires (Argentina) il giorno 26 novembre 1949, domiciliato a Modena (MO), Via Emilio Po n. 380, che interviene ed agisce nel presente atto nella sua qualità di Consigliere Delegato delle Società:

**"PANINI SOCIETA' PER AZIONI"** o, in forma abbreviata, **"PANINI S.P.A."**, con Unico Socio, con sede legale in Modena (MO), Via Emilio Po n. 380, co-

stituita in Italia e di nazionalità italiana,

Codice Fiscale e numero Registro Imprese: 02701991206,

P. IVA 02701991206,

capitale sociale Euro 12.000.000,00 interamente versato,

iscritta nel Registro Imprese di Modena al n. 364704 del R.E.A., (in appresso denominata anche, semplicemente, "**PANINI S.P.A.**"), e

"**I.D. 4 INVESTIMENTI S.R.L.**", con sede legale in Bologna (BO), Via Santo Stefano n. 71, costituita in Italia e di nazionalità italiana,

Cod. Fiscale e numero Registro Imprese 02702001203,

P. IVA 02702001203,

capitale sociale Euro 10.000,00 interamente versato,

iscritta presso il Registro delle Imprese di Bologna al n. 460513 del R.E.A. (in appresso denominata anche, semplicemente, "**I.D.4**"),

a quanto infra autorizzato, con espressa dispensa da conflitto d'interessi, con le delibere delle assemblee dei soci di tutte e due le società, assunte entrambe in data 26 gennaio 2016 e di cui meglio infra.

Comparenti, cittadini italiani, della cui identità personale io Notaio sono certo, i quali, con il presente atto, convengono e stipulano quanto segue:

**PREMESSO**

- che le Società "**PANINI S.R.L." con sede in Modena** (già "DOLLY S.R.L." con sede in Bologna)**, "ARTEMIS CONNECTIONS S.P.A." con sede in Bologna** (già "ARTEMIS CONNECTIONS S.R.L."), **"WATERFALL INVESTMENTS S.P.A." con sede in Bologna (**già "WATERFALL INVESTMENTS S.R.L.")**, "PANINI SOCIETA' PER AZIONI" con sede in Modena e "I.D. 4 INVESTIMENTI S.R.L." con sede in Bologna,** con loro delibere di

assemblea dei soci assunte tutte in data **26 gennaio 2016,** risultanti rispettivamente dai miei rogiti repp.nn. **75474/33035, 75477/33038, 75478/33039, 75475/33036 et 75476/33037,** registrati all'Agenzia delle Entrate, Ufficio di Bologna 1 tutti in data **1 febbraio 2016,** rispettivamente ai nn. **1658/1T, 1661/1T, 1662/1T, 1659/1T et 1660/1T**, deliberarono la fusione per incorporazione delle Società **"ARTEMIS CONNECTIONS S.P.A.", "WATERFALL INVESTMENTS S.P.A.", "PANINI SOCIETA' PER AZIONI"** e **"I.D. 4 INVESTIMENTI S.R.L."** nella Società con Unico Socio **"PANINI S.R.L." (già "DOLLY S.R.L."),** fusione da effettuarsi sulla base:

a) delle rispettive situazioni patrimoniali redatte tutte alla data del 30 settembre 2015, a' sensi dell'art. 2501-quater c.c., per le Società **"PANINI S.R.L.", "PANINI SOCIETA' PER AZIONI"** e **"I.D. 4 INVESTIMENTI S.R.L.";**

b) delle rispettive situazioni patrimoniali redatte alle date del 31 dicembre 2015, per le Società **"ARTEMIS CONNECTIONS S.P.A."** e **"WATERFALL INVESTMENTS S.P.A.",**

situazioni patrimoniali quali si trovano allegate all'iscrizione delle precitate delibere presso il Registro Imprese di Bologna ed il Registro Imprese di Modena;

- che dalle dette rispettive date non si sono verificati eventi che abbiano influito negativamente sull'andamento economico e finanziario delle società coinvolte nel procedimento di fusione, dichiarando pertanto i comparenti che la situazione economico-patrimoniale complessiva delle società partecipanti alla fusione non certamente peggiorata;

- che, nelle more del procedimento di fusione, le società **"ARTEMIS CON-**

**NECTIONS S.R.L."** e **"WATERFALL INVESTMENTS S.R.L.**", si sono trasformate in **società per azioni** con assemblee verbalizzate a rogito Notaio Federico Rossi in Bologna entrambe in data 23 settembre 2016, rep.n. 77145/33971, reg.to a Bologna 1 in data 26 settembre 2016 al n. 16999/1T et rep.n. 77146/33972, reg.to a Bologna 1 in data 26 settembre 2016 al n. 17000/1T;

- che, sempre nelle more del procedimento di fusione, la società **"DOLLY S.R.L."** con Unico Socio, con sede legale in Bologna (BO), Via Santo Stefano n. 71, costituita in Italia e di nazionalità italiana, Cod. Fiscale e numero Registro Imprese 02796411201, P. IVA 02796411201, capitale sociale Euro 10.000,00 interamente versato, iscritta presso il Registro delle Imprese di Bologna al n. 468376 del R.E.A., con assemblea verbalizzata a rogito Notaio Federico Rossi in Bologna in data 21 novembre 2016, rep.n. 77536/34194, reg.to all'Agenzia delle Entrate - Ufficio di Bologna 1 in data 23 novembre 2016 al n. 21176/1T, ha **mutato la propria denominazione in "PANINI S.R.L." e trasferito la propria sede legale in Modena (MO), alla Via Emilio Po n. 380;**

- che la detta fusione è da realizzarsi come segue: come preconizzato nel Progetto di Fusione e nelle delibere di approvazione del Progetto stesso, ad oggi, **"PANINI S.R.L."** (già "DOLLY S.R.L.") possiede direttamente l’88% (ottantotto per cento) dell’intero capitale sociale di **WATERFALL** e l’88% (ottantotto per cento) dell’intero capitale sociale di **ARTEMIS**, le quali, congiuntamente, possiedono l’intero capitale sociale di **I.D.4,** la quale a sua volta possiede il 100% (cento per cento) del capitale sociale di **PANINI S.P.A.**. Il restante 12% (dodici per cento) del capitale sociale di **WATERFALL** e di **AR-**

**TEMIS** è detenuto da **PANINI S.P.A..**

Quindi, poichè alla data odierna, il capitale sociale di tutte le Società Incorporande è interamente posseduto – **direttamente o indirettamente** - dalla **Incorporante "PANINI S.R.L."** (già "DOLLY S.R.L.)", la fusione comporterà l'annullamento integrale delle azioni e quote delle Società Incorporande, senza alcun aumento di capitale della Società Incorporante a diretto servizio della fusione, e senza concambio nè conguaglio. Infatti, secondo la dottrina e la giurisprudenza onoraria consolidata, la presente operazione si reputa equiparabile alla fattispecie in cui la Società Incorporante detenga il 100% del capitale sociale delle Società Incorporande.

Le partecipazioni dell'Incorporante manterranno inalterati i propri diritti di partecipazione agli utili;

- che le sopra citate delibere di fusione sono state iscritte:

* per le Società **"PANINI S.R.L."** (già "DOLLY S.R.L."), **"ARTEMIS CONNECTIONS S.P.A.", "WATERFALL INVESTMENTS S.P.A.",** et **"I.D. 4 INVESTIMENTI S.R.L.",** presso il **Registro Imprese di Bologna** in data **28 gennaio 2016** e,

* per la Società **"PANINI S.P.A."** presso il **Registro Imprese di Modena** in data **28 gennaio 2016;**

**PREMESSO ALTRESI'**

- che a servizio della fusione, la Società Incorporante **"PANINI S.R.L."** (già "DOLLY S.R.L."), ha deliberato la **modifica del proprio oggetto sociale**, assumendo quello della Società incorporanda **"PANINI S.P.A.";**

- che per la sola Società "**PANINI S.P.A."** (non avendo le altre Società coinvolte dipendente alcuno), si è positivamente conclusa la procedura prevista

dalla normativa in vigore per il **coinvolgimento dei lavoratori**;

- che la presente operazione di fusione, avendo le caratteristiche della fusione con indebitamento di cui all'art. 2501-bis C.C., non richiede autorizzazione da parte dell'Autorità Garante per la Concorrenza ed il Mercato;

**PREMESSO ANCORA**

- che dalla suddetta data del **28 gennaio 2016** (data di iscrizione di tutte le succitate delibere di approvazione del Progetto di Fusione presso i Registri Imprese di Bologna e di Modena) è ad oggi decorso il termine di cui all'art. 2503 C.C., senza che nessuno dei creditori sociali abbia fatto opposizione, come i signori comparenti mi confermano e garantiscono;

- che il tempo intercorso è spiegato dall'attesa della positiva conclusione della procedura di Interpello presentata dalla Società Incorporante, Interpello n. 954-305/2016, relativo all'intera operazione della quale la presente fusione è parte integrante e sostanziale;

- che la fusione riveste tutte le caratteristiche determinanti per essere considerata una fusione con indebitamento ai sensi dell'art. 2501-bis C.C., le cui prescrizioni sono state scrupolosamente rispettate, e specificamente nel tipo definito comunemente "***leveraged buyout",*** essendosi dato luogo alla costituzione di una società veicolo finalizzata allo scopo, ed all'indebitamento della stessa ai fini dell'acquisizione del controllo della società obiettivo, debito in parte bancario ed in parte verso i venditori, nei confronti di questi ultimi in forma infruttifera, e che verrà ripagato, anche per effetto della presente fusione, mediante i risultati della società obiettivo;

**PREMESSO INFINE**

- che mediante la presente operazione di fusione con indebitamento si realiz-

za una sostanziale variazione della compagine sociale, con effetti positivi sulla razionalizzazione ed efficienza della amministrazione, sia strategica che operativa, dell'impresa sociale;

- che la presente fusione consentirà di procedere, in tempi brevissimi, alla indispensabile fidelizzazione del management più importante e fortemente specializzato;

- che l'operazione è quindi caratterizzata da valide ragioni extrafiscali di ordine organizzativo e gestionale non certo marginali, recanti inevitabili miglioramenti strutturali e funzionali;

- che la concreta sostanza economica realizzata mediante la presente operazione consente di definire i, peraltro solo eventuali, vantaggi fiscali, come non certo essenziali rispetto all'effettivo mutamento della compagine sociale ed ai rilevanti effetti nell'organizzazione e nell'efficientamento della direzione sociale;

- che quanto sopra è stato riconosciuto anche dalla Direzione Centrale Normativa dell'Agenzia delle Entrate, che ha dato esito positivo all'istanza di Interpello di cui in premessa.

**TUTTO CIO' PREMESSO**

si conviene e stipula quanto segue:

Art. 1) Le Società **"ARTEMIS CONNECTIONS S.P.A."**, **"WATERFALL INVESTMENTS S.P.A."**, **"PANINI SOCIETA' PER AZIONI"** e **"I.D. 4 INVESTIMENTI S.R.L."** si fondono per incorporazione nella Società con unico socio "**PANINI S.R.L.**" (già "DOLLY S.R.L.").

Art. 2) In forza di quanto in premessa specificato, il capitale sociale di tutte le Società Incorporande viene annullato, senza che la Società Incorporante

**"PANINI S.R.L." (**già "DOLLY S.R.L."), dia luogo ad alcun aumento del proprio capitale sociale.

Conformemente a quanto deliberato, la Società Incorporante **"PANINI S.R.L."** (già "DOLLY S.R.L."), a servizio della fusione e quindi a far data dall'efficacia della medesima, modifica il proprio **oggetto sociale**, al fine di assumere l'attività esercitata dalla Società incorporanda "**PANINI S.P.A.".**

Conseguentemente viene modificato l'art. 4 (quattro) del vigente statuto come segue:

**"Articolo 4**

**OGGETTO**

**La Società ha per oggetto la produzione di carta; la produzione, l'edizione, la pubblicazione, la stampa, la distribuzione e la vendita utilizzando qualsiasi canale distributivo, anche telematico, di prodotti editoriali (periodici e non periodici (esclusa la stampa di quotidiani); figurine per ragazzi con o senza album, buste e novità per ragazzi, riviste e loro supplementi, libri e manuali; ogni altra iniziativa editoriale e/o grafica, ivi compresi i supporti audio visivi come videocassette, compact disc, eccetera; carte di credito, chiavi elettroniche, con o senza microchip, videogiochi ed accessori e software informatici di sorta, nei modi e nelle forme più varie, senza limitazione alcuna; il commercio all'ingrosso ed al minuto di quanto sopra, anche se prodotto da terzi; l'import-export, l'acquisizione di contratti di agenzia con o senza deposito, di rappresentanza commerciale e di distribuzione in genere.**

**Essa può assumere partecipazioni in enti, Società o imprese, anche in fase di costituzione, aventi scopi analoghi, affini o comunque connessi**

**ai propri, a scopo di stabile investimento e non di intermediazione nella circolazione delle stesse.**

**Occasionalmente essa può compiere, sia in proprio che per conto di terzi, operazioni mobiliari ed immobiliari, commerciali e finanziarie di qualsiasi natura, esclusa la facoltà di raccogliere il risparmio fra il pubblico ed ogni altra attività non consentita dalle relative normative in materia. La Società può inoltre effettuare prestazioni di servizi amministrativi e gestionali a favore di terzi.**

**La Società può prestare fidejussioni e garanzie reali anche a favore di terzi. "**

Per migliore intelligenza si allega al presente atto sotto la **lettera "A"** il testo di Statuto Sociale vigente. Sempre per migliore intelligenza, si allega al presente atto sotto la **lettera "B"** il testo di statuto approvato dall'assemblea dei soci con delibera de me Notaio verbalizzata in data 21 novembre 2016, rep.n. 77536/34194, sopra citata, e recante **la modifica della denominazione, dell'oggetto e della sede legale** in modo che la Società Incorporante all'atto della fusione sia già iscritta al Registro Imprese di Modena.

Dal momento in cui avrà effetto la fusione decadranno automaticamente gli Organi Amministrativi e gli Organi di Controllo di tutte le Società Incorporande. **Manterranno invece efficacia e validità** tutte le procure, mandati ed incarichi conferiti; la Società Incorporante provvederà alla eventuale riemissione di nuove procure, mandati ed incarichi nei tempi tecnici strettamente necessari ai fini della opportuna riorganizzazione e, comunque, di una opportuna pubblicità degli stessi.

Alla Società Incorporante saranno volturate le **Unità Locali** delle Società In-

corporande medesime.

Art. 3) Per effetto della fusione, le Società Incorporande si estinguono e la Società Incorporante subentra nell'intero loro patrimonio e quindi in tutti i rapporti attivi e passivi, anche se sorti posteriormente alla data delle sopra citate situazioni patrimoniali, diritti, azioni, ragioni ed obblighi di qualsiasi natura, comunque facenti capo alle Società Incorporande medesime, nessuno escluso od eccettuato.

Art. 4) Ai fini contabili e per gli effetti di cui agli artt. 2501 – ter, primo comma, n. 6, e 2504 – bis, terzo comma, cod. civ. le operazioni delle Incorporande saranno imputate al bilancio dell'Incorporante **"PANINI S.R.L."** (già "DOLLY S.R.L.") a decorrere dal **primo giorno dell'esercizio** nel corso del quale verrà eseguita l'ultima delle iscrizioni prescritte dall'art. 2504 cod. civ. e quindi, come si auspica, dall'**1 gennaio 2016,** eccettuato, naturalmente, per quanto riguarda le Società "**ARTEMIS CONNECTIONS S.P.A.**" e "**WATERFALL INVESTMENTS S.P.A.**", le quali sono state iscritte al Registro Imprese italiano a partire dal **26 gennaio 2016** e, pertanto, gli effetti contabili nei confronti delle stesse, decorreranno da tale data, essendo pacificamente riconosciuta la possibilità di determinare anche per tali effetti date diverse per le singole Società.

La medesima decorrenza viene stabilita anche ai fini fiscali ai sensi dell'art. 172, nono comma, D.P.R. 22 dicembre 1986,n. 917, come modificato dal D.Lgs. 12 dicembre 2003 n. 344.

Per quanto riguarda gli effetti civilistici della fusione nei confronti di terzi, sciogliendo la riserva contenuta nelle delibere di approvazione del Progetto di Fusione, decorreranno dal **primo minuto del giorno 1 dicembre 2016**,

nel presupposto che, come si chiede con debita osservanza ai rispettivi Registri delle Imprese, alla detta data sia già stata eseguita l'ultima delle iscrizioni prescritte dall'articolo 2504 del Codice Civile, come è consentito, trattandosi di fusione per incorporazione.

Le parti, con il presente atto, conferiscono espressa delega e mandato con procura a ciascun componente l'Organo Amministrativo della Società Incorporante, a firma libera e disgiunta, per la redazione di qualsivoglia integrazione o rettifica, nonchè adempimento di carattere burocratico o fiscale si renda necessario al mero fine dell'iscrizione ai competenti Registri Imprese del presente atto e alla trascrizione e voltura di qualsivoglia diritto (di natura reale od obbligatoria, con particolare riguardo a qualsiasi bene iscritto in Pubblici Registri) trasferito alla Società Incorporante, ai debiti fini di pubblicità e continuità delle trascrizioni, e rimanendo comunque assolutamente invariata la data di conclusione del procedimento di fusione e, specificamente, le stabilite date di efficacia della fusione stessa, sia contabili e fiscali, che reale e civilistica in genere.

Così attuata e perfezionata la fusione, al fine di rendere possibili l'adempimento delle conseguenti formalità presso i pubblici registri, si dà atto che nel patrimonio della **Società incorporata "PANINI S.P.A."** sono compresi i seguenti beni registrati:

**AUTOMEZZI, QUOTE DI PARTECIPAZIONE SOCIETARIA, TESTATE E DOMINI INTERNET, MARCHI E BREVETTI**

il cui elenco analitico si allega al presente atto, in unico corpo, sotto la **lettera "C"**;

**IMMOBILI:**

**in Comune di Modena (MO), identificato il tutto al Catasto Fabbricati del detto Comune come segue:**

**<u>Catasto Fabbricati</u>**

**Fg. 122 Part. 46 sub. 2, viale Emilio Po 410, P. T-1, Z.C. 3, Cat. D/7, Rendita Euro 3.542,89, con diritto al sub. 1 - B.C.N.C.;**

**Fg. 122 Part. 81 sub. 10, viale Emilio Po 380, P. S1-T-1, Z.C. 3, Cat. D/7, Rendita Euro 59.650,77, con diritto al sub. 9 - B.C.N.C.;**

**Fg. 122 Part. 93 sub. 2, via Cesare della Chiesa 219, P. T-1, Z.C. 3, Cat. D/8, Rendita Euro 22.811,90, con diritto al sub. 1 - B.C.N.C.;**

**Fg. 122 Part. 94 sub. 17, via Nicolo` Biondo 335, P. T-1-2, Z.C. 3, Cat. D/8, Rendita Euro 11.333,65, con diritto ai subb. 10 et 12 - B.C.N.C.;**

**Fg. 122 Part. 73 sub. 2 graffata con la part. 75 sub. 1, via Nicolo` Biondo 342, P. T, Z.C. 3, Cat. D/7, Rendita Euro 38.917,61, con diritto al sub. 1 della part. 73 - B.C.N.C. ed al sub. 2 della part. 75 - B.C.N.C.;**

**<u>Catasto Terreni</u>**

**Fg. 122, Part. 46, ente urbano di ha. 0.10.40**

**Fg. 122, Part. 81, ente urbano di ha. 1.05.50**

**Fg. 122, Part. 93, ente urbano di ha. 0.28.50**

**Fg. 122, Part. 94, ente urbano di ha. 0.08.60**

**Fg. 122, Part. 73, ente urbano di ha. 0.09.00**

**Fg. 122, Part. 75, ente urbano di ha. 0.13.60.**

Di tutto quanto sopra si chiede la voltura della intestazione, al nome di **"PANINI S.R.L.", con sede in Modena, codice fiscale 02796411201** (già "DOLLY S.R.L." con sede in Bologna e codice fiscale 02796411201)**,** il tutto con esonero del Notaio rogante e dei competenti Conservatori dei Pubblici

Registri da ogni responsabilità al riguardo.

Le **altre Società Incorporande NON** sono titolari di beni e diritti iscritti in Pubblici Registri, come le parti tutte dichiarano e garantiscono, con espresso esonero del Notaio rogante in proposito.

Per quanto riguarda le posizioni attive sia presso **l'INPS sia presso l'INAIL,** ove esistenti, tutte le Società si obbligano ad inviare direttamente all'Ufficio preposto, con esonero da responsabilità del Notaio rogante, tutta la documentazione richiesta dalla legge.

Ai soli fini della repertoriazione si dà atto che il capitale sociale e le riserve delle Società Incorporande ammontano:

* per la Società Incorporanda **"WATERFALL INVESTMENTS S..P.A.", Euro 32.000,00 (trentaduemila virgola zero zero);**

* per la Società Incorporanda **"ARTEMIS CONNECTIONS S.P.A.", Euro 31.000,00 (trentunmila virgola zero zero);**

* per la Società Incorporanda **"I.D.4 INVESTIMENTI S.R.L.", Euro 11.423.114,00 (undicimilioniquattrocentoventitremilacentoquattordici virgola zero zero);**

* per la Società Incorporanda **"PANINI S.P.A.", Euro 224.681.085,00 (duecentoventiquattromilioniseicentoottantunmilaottantacinque virgola zero zero);**

il tutto come risulta dalle situazioni patrimoniali più volte citate.

**Si è omessa la lettura degli allegati per espressa e concorde dispensa ricevutane dai signori comparenti, che dichiarano di ben conoscere i documenti allegati.**

-.-.-.-.-.-.-.-.-

Le parti consentono il trattamento dei loro dati personali ai sensi del D.Lgs. 30/06/2003 n. 196; gli stessi potranno essere inseriti in banche dati, archivi informatici e sistemi telematici solo per fini connessi al presente atto, dipendenti formalità ed effetti fiscali connessi.

Richiesto io Notaio ho ricevuto questo pubblico atto, del quale ho dato lettura ai Signori comparenti i quali, da me interpellati, lo dichiarano interamente conforme alla loro volontà, lo approvano e con me lo sottoscrivono, essendo le **ore**

Consta di fogli scritti in parte da persona di mia fiducia ed in parte da me per pagine

intere e parte della

-.-.-.-.-.-.-.-

Le parti consentono il trattamento dei loro dati personali ai sensi del D.Lgs. 30/06/2003 n. 196; gli stessi potranno essere inseriti in banche dati, archivi informatici e sistemi telematici solo per fini connessi al presente atto, dipen-

denti formalità ed effetti fiscali connessi.

Richiesto io Notaio ho ricevuto questo pubblico atto, del quale ho dato lettura ai Signori comparenti i quali, da me interpellati, lo dichiarano interamente conforme alla loro volontà, lo approvano e con me lo sottoscrivono, essendo le **ore 19,55.**

Consta di otto (8) fogli scritti in parte da persona di mia fiducia ed in parte da me per pagine sei (6) intere e parte della settima fin qui.

F.TO: ALDO HUGO SALLUSTRO

F.TO: MARIA FRANCESCA BARONI

F.TO: FEDERICO ROSSI NOTAIO

**ALLEGATO "A" AL N. 34227 DI FASCICOLO**

**STATUTO**

Articolo 1

DENOMINAZIONE

La Società è denominata: "DOLLY S.R.L.".

Articolo 2

SEDE

La Sede è nel Comune di Bologna (BO), all'indirizzo risultante dalla apposita iscrizione eseguita presso il Registro delle Imprese ai sensi di legge.

Gli amministratori hanno facoltà di istituire e di sopprimere ovunque unità locali operative (ad esempio succursali, filiali, o uffici amministrativi senza stabile rappresentanza) ovvero di trasferire la sede sociale nell'ambito del Comune sopraindicato.

Spetta invece ai soci deliberare la istituzione di sedi secondarie o il trasferimento della sede in Comune diverso da quello sopra indicato. Queste ultime delibere, in quanto modifiche dell'atto costitutivo, rientrano nella competenza dell'assemblea dei soci.

Articolo 3

DURATA

La durata è fissata al 31 (trentuno) dicembre 2085 (duemilaottantacinque), salvo proroga od anticipato scioglimento da parte dell'assemblea dei soci.

Articolo 4

OGGETTO

La società ha per oggetto la produzione di carta; la produzione, l'edizione, la pubblicazione, la stampa, la distribuzione e la vendita utilizzando qualsiasi canale distributivo, anche telematico, di prodotti editoriali (periodici e non periodici (esclusa la stampa di quotidiani); figurine per ragazzi con o senza album, buste e novità per ragazzi, riviste e loro supplementi, libri e manuali; ogni altra iniziativa editoriale e/o grafica, ivi compresi i supporti audio visivi come videocassette, compact disc, eccetera; carte di credito, chiavi elettroniche, con o senza microchip, videogiochi ed accessori e software informatici di sorta, nei modi e nelle forme più varie, senza limitazione alcuna; il commercio all'ingrosso ed al minuto di quanto sopra, anche se prodotto da terzi; l'import-export, l'acquisizione di contratti di agenzia con o senza deposito, di rappresentanza commerciale e di distribuzione in genere.

Essa può assumere partecipazioni in enti, società o imprese, anche in fase di costituzione, aventi scopi analoghi, affini o comunque connessi ai propri, a scopo di stabile investimento e non di intermediazione nella circolazione delle stesse.

Occasionalmente essa può compiere, sia in proprio che per conto di terzi, operazioni mobiliari ed immobiliari, commerciali e finanziarie di qualsiasi natura, esclusa la facoltà di raccogliere il risparmio fra il pubblico ed ogni altra attività non consentita dalle relative normative in materia. La società può inoltre effettuare prestazioni di servizi amministrativi e gestionali a favore di terzi.

La società può prestare fidejussioni e garanzie reali anche a favore di terzi.

Articolo 5

CAPITALE SOCIALE

Il capitale è di Euro 10.000,00 (diecimila virgola zero zero).

Articolo 6

VARIAZIONI DEL CAPITALE SOCIALE

Il capitale potrà essere aumentato a pagamento (mediante nuovi conferimenti in denaro o in natura) o a titolo gratuito (mediante passaggio di riserve disponibili a capitale) conformemente alle disposizioni di legge in materia (artt. 2481 - 2481-bis - 2481-ter) in forza di deliberazione dell'assemblea dei soci da adottarsi con le maggioranze previste per le modifiche dell'atto costitutivo.

In caso di decisione di aumento del capitale sociale mediante nuovi conferimenti, sono ammessi tutti i conferimenti, anche diversi dal denaro, consentiti dalla legge e spetta ai soci il diritto di sottoscriverlo in proporzione alle partecipazioni da essi possedute. E' attribuita ai soci la facoltà di prevedere espressamente nella delibera di aumento, che lo stesso possa essere attuato anche mediante offerta di quote di nuova emissione a terzi, salvo che nel caso di cui all'articolo 2481-ter cod. civ.; in tal caso spetta ai soci che non hanno consentito alla decisione il diritto di recesso a norma dell'art. 2473 cod. civ.

Il capitale potrà essere ridotto nei casi e con le modalità di legge (artt.2482 - 2482 bis - 2482 ter - 2482 quater cod. civ.) mediante deliberazione dell'Assemblea dei soci da adottarsi con le maggioranze previste per la modifica dell'atto costitutivo.

In caso di riduzione del capitale per perdite, può essere omesso il preventivo deposito presso la sede sociale almeno otto giorni prima dell'assemblea, della relazione dell'organo amministrativo sulla situazione patrimoniale della società e delle osservazioni dell'Organo di Controllo o Revisore, se nominati, qualora consti il consenso unanime di tutti i soci. La rinuncia a detto deposito deve essere confermata in sede assembleare e deve risultare dal relativo verbale.

Articolo 7

VERSAMENTI E FINANZIAMENTI SOCI

I soci potranno eseguire, su richiesta dell'organo amministrativo ed in conformità alle vigenti disposizioni di carattere fiscale, versamenti in conto/capitale ovvero finanziamenti sia fruttiferi che infruttiferi, che non costituiscano raccolta di risparmio tra il pubblico a sensi delle vigenti disposizioni di legge in materia bancaria e creditizia.

In caso di versamenti in conto capitale, le relative somme potranno essere utilizzate per la copertura di eventuali perdite ovvero trasferite a diretto aumento del capitale di qualunque importo, e ciò previa conforme delibera assembleare.

Per il rimborso dei finanziamenti dei soci trova applicazione la disposizione dell'art. 2467 cod. civ.

Articolo 8

PARTECIPAZIONI

E' consentita l'attribuzione di partecipazioni anche in misura non proporzionale ai conferimenti. Peraltro, in mancanza di specifica determinazione in tal senso, le partecipazioni dei soci si presumono di valore proporzionale ai conferimenti effettuati.

I diritti sociali spettano ai soci in misura proporzionale alla partecipazione da ciascuno posseduta.

Nel caso di comproprietà di una partecipazione, i diritti dei comproprietari devono essere esercitati da un rappresentante comune nominato secondo le

modalità previste dagli art. 1105 e 1106 cod. civ.
Nel caso di pegno, usufrutto o sequestro delle partecipazioni si applica l'art. 2352 cod. civ.
La società mantiene espressamente la tenuta del libro dei soci a cura degli amministratori avente funzione meramente informativa, secondo le disposizioni dettate in materia di società per azioni, in quanto compatibili. Gli amministratori pertanto sono obbligati a eseguire nel più breve tempo possibile le necessarie annotazioni su detto libro, dal momento del deposito nel Registro delle Imprese, eseguito ai sensi di legge, avente oggetto gli avvenuti trasferimenti delle partecipazioni sociali e la costituzione di diritti reali sulle stesse, sia per atto tra vivi che per successione a causa di morte.
Sono fatte salve tutte le altre previsioni inderogabili di legge.

Articolo 9

TRASFERIMENTO DELLE PARTECIPAZIONI

Le partecipazioni sono trasferibili sia per atto tra vivi che per successione mortis causa.
In caso di alienazione gli altri soci possessori di quote avranno il diritto di prelazione da esercitarsi nel modo seguente: il socio possessore di quote che intendesse cederle tutte o in parte, deve darne comunicazione scritta mediante lettera raccomandata a.r. al Consiglio di Amministrazione o all'Amministratore Unico indicando il numero di quote che intende cedere, il prezzo richiesto, le modalità di pagamento ed il compratore potenziale; entro 15 gg. dal ricevimento della comunicazione il Consiglio di Amministrazione o l'Amministratore Unico ne deve informare tutti i soci sempre con lettera raccomandata a.r. contenente gli elementi dell'offerta; gli altri soci, qualora intendano esercitare il proprio diritto di prelazione, devono, entro 30 gg. dal ricevimento dell'offerta da parte del Consiglio di Amministrazione o dell'Amministratore Unico, comunicare a questi la loro volontà. Il silenzio è da intendersi quale rinuncia tacita da parte degli aventi diritto.
Qualora i soci dichiarino di voler concludere l'acquisto, a questi dovranno cedersi le quote poste in vendita proporzionalmente alle quote da ciascuno possedute rispetto al totale delle quote i cui titolari abbiano dichiarato di voler esercitare la prelazione.
In caso di mancata accettazione dell'offerta da parte degli aventi diritto alla prelazione, l'offerente sarà libero di procedere alla cessione a terzi delle quote ivi indicate.
A questo patto ciascun socio s'intende impegnato sin dalla comunicazione del suo intendimento ad esercitare tale diritto. Per quanto riguarda il computo dei termini di cui ai punti precedenti si applicano le norme del codice di procedura civile.
La procedura prevista dal presente articolo potrà non avere luogo qualora tutti i soci esprimano il loro preventivo consenso alla cessione, dandone notizia per iscritto all'Organo Amministrativo.
Non sono sottoposti alla procedura di cui al presente articolo i trasferimenti di quote a favore del coniuge, dei figli dell'alienante o di società appartenenti allo stesso gruppo. E' pure escluso il diritto di prelazione nel caso di trasferimenti fra fiduciante e società fiduciaria e viceversa; è invece soggetta al diritto di prelazione la sostituzione del fiduciante senza sostituzione della società fiduciaria.

Articolo 10

DECISIONI DEI SOCI

I soci decidono sulle materie riservate alla loro competenza dalla legge, dal presente Statuto, nonché sugli argomenti che uno o più amministratori o tanti soci che rappresentano almeno un terzo del capitale sociale sottopongono alla loro approvazione.

In ogni caso sono riservate alla competenza dei soci:

a) l'approvazione del bilancio e la distribuzione degli utili;

b) la nomina degli amministratori e la loro revoca;

c) la nomina, qualora obbligatorio e/o per decisione dei soci, nei soli limiti di legge, del Sindaco Unico ovvero, di un Collegio Sindacale, e del Presidente del Collegio Sindacale, qualora nominato, e/o del Revisore e la loro revoca;

d) le modificazioni dell'atto costitutivo;

e) la decisione di compiere operazioni che comportano una sostanziale modificazione dell'oggetto sociale o una rilevante modificazione dei diritti dei soci.

Con riferimento alle materie di cui alle lettere d) ed e), oppure quando lo richiedono uno o più amministratori o un numero di soci che rappresentano almeno un terzo del capitale sociale, le decisioni dei soci debbono essere necessariamente adottate con il metodo assembleare di cui al successivo art. 11.

In ogni altro caso, invece, le decisioni dei soci possono essere adottate, oltre che con il metodo assembleare, anche con il metodo della consultazione scritta o sulla base del consenso espresso per iscritto.

Ogni socio a cui, in forza di legittimi titoli, spetti il diritto di voto, ha diritto di partecipare alle decisioni di cui al presente articolo ed il suo voto vale in misura proporzionale alla sua partecipazione.

Non possono partecipare alle decisioni, sia che esse vengano adottate con il metodo assembleare sia che esse vengano adottata con il metodo della consultazione scritta o del consenso espresso per iscritto, i soci morosi (ai sensi dell'art. 2466 cod.civ.) ed i soci titolari di partecipazioni per le quali espresse disposizioni di legge dispongono la sospensione del diritto di voto.

Articolo 11

DECISIONI DEI SOCI: METODO ASSEMBLEARE

A) CONVOCAZIONE DELL'ASSEMBLEA

L'assemblea deve essere convocata dall'Organo Amministrativo anche fuori della sede sociale, purché in Italia o nei Paesi dell'Unione Europea.

L'assemblea è convocata, oltre che nei casi e per gli oggetti previsti dalla legge, ogni qualvolta l'organo amministrativo lo ritenga opportuno.

L'organo amministrativo deve, altresì, convocare senza ritardo l'assemblea quando ne è fatta domanda da tanti soci che rappresentino almeno il decimo del capitale sociale e nella domanda sono stati indicati gli argomenti da trattare.

La convocazione su richiesta dei soci non è, però, ammessa per argomenti sui quali l'assemblea delibera, a norma di legge, su proposta degli amministratori o sulla base di un progetto o di una relazione da essi predisposta.

L'Assemblea viene convocata con avviso spedito almeno otto giorni prima di quello fissato per l'assemblea, con lettera raccomandata, ovvero, con qualsiasi altro mezzo idoneo allo scopo, fatto pervenire ai soci al domicilio risultante dal libro dei soci, ove facoltativamente istituito, ovvero all'indirizzo co-

municato al Registro delle Imprese competente (nel caso di convocazione a mezzo telefax, posta elettronica o altri mezzi similari, l'avviso deve essere spedito al numero di telefax, all'indirizzo di posta elettronica o allo specifico recapito che siano stati espressamente comunicati dal socio o che risultino espressamente dal libro soci, ove istituito, fermo restando che quelli tra i soci che non intendono indicare un'utenza fax, o un indirizzo di posta elettronica, o revocano l'indicazione effettuata in precedenza, hanno diritto di ricevere la convocazione a mezzo raccomandata A.R.).
Nell'avviso di convocazione debbono essere indicati il giorno, il luogo, l'ora dell'adunanza e l'elenco delle materie da trattare.
Nell'avviso di convocazione potrà essere prevista una data ulteriore di seconda convocazione per il caso in cui nella adunanza prevista in prima convocazione l'assemblea non risultasse legalmente costituita; comunque anche in seconda convocazione valgono le medesime maggioranze previste per la prima convocazione. In mancanza di formale convocazione, l'assemblea si reputa regolarmente costituita quando ad essa partecipi l'intero capitale sociale e tutti gli Amministratori, i componenti l'Organo di Controllo o il Revisore, se nominati, siano presenti od informati e nessuno si opponga alla trattazione dell'argomento. Se gli Amministratori, i componenti l'Organo di Controllo o il Revisore, se nominati, non partecipano personalmente all'assemblea, dovranno rilasciare apposita dichiarazione scritta, da produrre al Presidente dell'assemblea e da conservarsi agli atti della società, nella quale dichiarano di essere informati su tutti gli argomenti posti all'ordine del giorno e di non opporsi alla trattazione degli stessi.
B) INTERVENTO IN ASSEMBLEA E DIRITTO DI VOTO
Possono intervenire all'assemblea i soci che, in forza di legittimi titoli, sono titolari del diritto di voto.
Il voto di ciascun socio vale in misura proporzionale alla sua partecipazione.
C) RAPPRESENTANZA IN ASSEMBLEA
Ogni socio che abbia diritto di intervenire all'assemblea può farsi rappresentare ai sensi di legge.
Gli enti e le società legalmente costituiti, possono intervenire all'assemblea a mezzo di persona designata, mediante delega scritta.
Spetta al Presidente dell'assemblea constatare la regolarità delle deleghe ed in genere il diritto di intervento all'assemblea.
D) PRESIDENZA DELL'ASSEMBLEA
La presidenza dell'assemblea secondo i sistemi di amministrazione compete:
- all'amministratore unico;
- al Presidente del Consiglio di Amministrazione e, in caso di assenza od impedimento del presidente, nell'ordine: al vice presidente e all'amministratore delegato, se nominati.
Qualora né gli uni, né gli altri possano o vogliano esercitare tale funzione, gli intervenuti designano a maggioranza assoluta del capitale rappresentato, il Presidente, fra i presenti. L'assemblea nomina un segretario anche non socio, e se lo crede opportuno due scrutatori anche estranei.
Spetta al Presidente dell'Assemblea constatare la regolare costituzione della stessa, accertare l'identità e la legittimazione dei presenti (e, pertanto, l'esclusione dall'assemblea dei non legittimati), dirigere e regolare lo svolgimento dell'assemblea ed accertare i risultati delle votazioni. Degli esiti di tali accertamenti deve essere dato conto nel verbale.

E) QUORUM COSTITUTIVI E DELIBERATIVI

L'assemblea è regolarmente costituita con la presenza di tanti soci che rappresentino almeno il 51% (cinquantuno per cento) del capitale sociale.

L'assemblea regolarmente costituita a sensi del comma precedente delibera a maggioranza assoluta dei presenti salvo che nei casi previsti dai numeri 4) e 5) del secondo comma dell'art. 2479 cod. civ. (modificazioni dell'atto costitutivo/statuto e decisione di compiere operazioni che comportano una sostanziale modificazione dell'oggetto sociale o una rilevante modificazione dei diritti dei soci) nei quali è richiesto il voto favorevole di tanti soci che rappresentino almeno il 51% (cinquantuno per cento) del capitale sociale.

Nei casi in cui per legge o in virtù del presente statuto il diritto di voto è sospeso (ad esempio in caso di conflitto di interesse o di socio moroso) si applica l'art. 2368, comma 3, cod. civ.

Restano comunque salve le altre disposizioni del presente statuto che per particolari delibere richiedono diverse specifiche maggioranze.

F) SISTEMI DI VOTAZIONE

Le deliberazioni sono prese per alzata di mano a meno che la maggioranza degli intervenuti richieda l'appello nominale.

In ogni caso il voto deve essere palese o comunque deve essere espresso con modalità tali da consentire l'individuazione dei soci dissenzienti.

G) VERBALIZZAZIONE DELLE DELIBERAZIONI

Le deliberazioni dell'assemblea devono constare da verbale sottoscritto dal Presidente e dal Segretario o dal notaio, se richiesto dalla legge.

Il verbale deve indicare la data dell'assemblea e, anche in allegato, l'identità dei partecipanti e il capitale rappresentato da ciascuno; deve altresì indicare le modalità e il risultato delle votazioni e deve consentire, anche per allegato, l'identificazione dei soci favorevoli, astenuti o dissenzienti. Nel verbale devono essere riassunte, su richiesta dei soci, le loro dichiarazioni pertinenti all'ordine del giorno.

Il verbale relativo alle delibere assembleari comportanti la modifica dell'atto costitutivo deve essere redatto da un notaio.

Il verbale dell'assemblea, anche se redatto per atto pubblico, dovrà essere trascritto, senza indugio, nel Libro delle decisioni dei soci.

H) AUDIO/VIDEO-ASSEMBLEA

E' possibile tenere le riunioni dell'assemblea, con intervenuti dislocati in più luoghi, contigui o distanti, audio/video collegati, e ciò alle seguenti condizioni, cui dovrà essere dato atto nei relativi verbali:

- che siano presenti nello stesso luogo il Presidente ed il Segretario della riunione che provvederanno alla formazione e sottoscrizione del verbale;
- che sia consentito al Presidente dell'assemblea di accertare l'identità e la legittimazione degli intervenuti, regolare lo svolgimento dell'adunanza, constatare e proclamare i risultati della votazione;
- che sia consentito al soggetto verbalizzante di percepire adeguatamente gli eventi assembleari oggetto di verbalizzazione;
- che sia consentito agli intervenuti di partecipare alla discussione ed alla votazione simultanea sugli argomenti all'ordine del giorno, nonché di visionare, ricevere o trasmettere documenti.
- che siano indicati nell'avviso di convocazione (salvo che si tratti di assemblea totalitaria) i luoghi audio/video collegati a cura della società, nei quali gli intervenuti potranno affluire, dovendosi ritenere svolta la riunione nel luogo

ove saranno presenti il Presidente ed il soggetto verbalizzante; dovranno inoltre essere predisposti tanti fogli presenze quanti sono i luoghi audio/video collegati in cui si tiene la riunione.

Articolo 12

DECISIONI DEI SOCI: METODO DELLA CONSULTAZIONE SCRITTA E/O DEL CONSENSO ESPRESSO PER ISCRITTO

Le decisioni dei soci possono essere adottate mediante consultazione scritta ovvero sulla base del consenso espresso per iscritto. Tale metodo, come precisato nell’art.10 del presente statuto, è utilizzabile in alternativa al metodo assembleare sopradescritto all’art.11.

Tuttavia con riferimento alle modificazioni del presente Statuto, alle decisioni di compiere operazioni che comportano una sostanziale modificazione dell’oggetto sociale o una rilevante modificazione dei diritti dei soci, oppure quando lo richiedono uno o più amministratori o un numero di soci che rappresentano almeno un terzo del capitale sociale, le decisioni dei soci debbono essere necessariamente adottate con il metodo assembleare.

Nel caso si opti per il metodo della consultazione scritta dovrà essere redatto apposito documento scritto, dal quale dovrà risultare con chiarezza:

- l’argomento oggetto della decisione;
- il contenuto e le risultanze della decisione e le eventuali autorizzazioni alla stessa conseguenti;
- l'indicazione dei soci consenzienti;
- l'indicazione dei soci contrari o astenuti, e su richiesta degli stessi l'indicazione del motivo della loro contrarietà o astensione;
- la sottoscrizione di tutti i soci, sia consenzienti che astenuti che contrari;
- la mancanza di sottoscrizione equivale a voto contrario.

Nel caso si opti per il metodo del consenso espresso per iscritto dovrà essere redatto apposito documento scritto dal quale dovrà risultare con chiarezza:

- l’argomento oggetto della decisione;
- il contenuto e le risultanze della decisione.

Copia di tale documento dovrà essere trasmessa a tutti i soci i quali entro i cinque giorni successivi dovranno trasmettere alla società apposita dichiarazione, scritta in calce alla copia del documento ricevuta, nella quale dovranno esprimere il proprio voto favorevole o contrario ovvero l'astensione, indicando, se ritenuto opportuno, il motivo della loro contrarietà o astensione; la mancanza di dichiarazione dei soci entro il termine suddetto equivale a voto contrario.

Le trasmissioni previste nel presente comma potranno avvenire, all’indirizzo indicato da ciascun socio nel libro soci, con qualsiasi mezzo e/o sistema di comunicazione che consenta un riscontro della spedizione e del ricevimento, compresi il fax e la posta elettronica.

Ogni socio a cui spetti il diritto di voto, ha diritto di partecipare alle decisioni di cui al presente articolo ed il suo voto vale in misura proporzionale alla sua partecipazione.

Le decisioni dei soci sono prese con il voto favorevole di tanti soci che rappresentino almeno la metà del capitale sociale.

Nei casi in cui per legge o in virtù del presente statuto il diritto di voto è sospeso (ad esempio in caso di conflitto di interesse o di socio moroso) si applica l’art. 2368, comma 3, cod. civ.

La decisione dei soci, adottata a sensi del presente articolo, dovrà essere trascritta, senza indugio, nel Libro delle decisioni dei soci.

Articolo 13

AMMINISTRAZIONE

La durata in carica dell'organo amministrativo, che può essere anche a tempo indeterminato, è stabilita con decisione dei soci.

La Società può essere amministrata:

- da un Amministratore Unico;
- da un Consiglio di Amministrazione composto da 2 (due) a 7 (sette) membri.

La scelta circa il sistema di amministrazione e, nel caso di Consiglio, la fissazione del numero dei membri è rimessa alla decisione dei soci.

I componenti dell'organo amministrativo:

a) possono essere anche non soci;
b) non possono essere nominati, e, se nominati, decadono dall'ufficio, coloro che si trovano nelle condizioni previste dall'art, 2382c.c.
c) durano in carica per il periodo di volta in volta determinato dai soci all'atto della nomina, e, comunque, fino a revoca o dimissioni;
d) in caso di nomina a tempo indeterminato, possono essere revocati in ogni tempo e senza necessità di motivazione;
e) sono rieleggibili;
f) possono essere cooptati nell'osservanza dell'art. 2386 del C.C.;
g) non sono tenuti al divieto di concorrenza di cui all'art. 2390 del C.C.

Se, per dimissioni o per altre cause, viene a mancare la maggioranza degli Amministratori, si intende decaduto l'intero Consiglio e deve subito convocarsi l'assemblea per la nomina dei nuovi Amministratori.

In tal caso gli Amministratori restano in carica per la convocazione dell'assemblea e per l'ordinaria amministrazione sino alla nomina dei successori.

La cessazione degli Amministratori per scadenza del termine ha effetto dal momento in cui il nuovo organo amministrativo è stato ricostituito.

Articolo 14

CONSIGLIO DI AMMINISTRAZIONE: METODO COLLEGIALE

Quando la Società è amministrata dal Consiglio il funzionamento di esso è così regolato:

A- PRESIDENZA

Il Consiglio elegge fra i suoi membri il Presidente se questi non è nominato dai soci; può eleggere un vice Presidente che sostituisca il Presidente nei casi di assenza o impedimento.

Il Presidente convoca il Consiglio di Amministrazione, ne fissa l'ordine del giorno, ne coordina i lavori e provvede affinché adeguate informazioni sulle materie iscritte all'ordine del giorno vengano fornite a tutti i Consiglieri.

B- RIUNIONI

Il Consiglio si riunisce nel luogo indicato nell'avviso di convocazione (nella sede sociale o altrove) tutte le volte che il Presidente o chi ne fa le veci lo giudichi necessario, o quando ne sia fatta richiesta dalla maggioranza degli Amministratori in carica, oppure da almeno due Sindaci, in ipotesi di nomina di Collegio Sindacale, ovvero dal Sindaco Unico.

Di regola la convocazione è fatta almeno cinque giorni liberi prima della riunione, mediante avviso spedito con lettera raccomandata, ovvero, con qualsiasi altro mezzo idoneo allo scopo (ad esempio fax, posta elettronica), al-

meno tre giorni prima dell'adunanza e, in caso di urgenza con telegramma da spedirsi almeno un giorno prima, nei quali vengono fissate la data, il luogo e l'ora della riunione nonché l'ordine del giorno.
Le adunanze del Consiglio e le sue deliberazioni sono valide, anche senza convocazione formale, quando intervengono tutti i Consiglieri in carica ed i componenti l'Organo di Controllo o il Revisore, se nominati.
Le riunioni di Consiglio sono presiedute dal Presidente, in sua assenza dal vice Presidente, qualora sia stato nominato, o, in mancanza di quest'ultimo, dal Consigliere designato dal Consiglio stesso.
Il Consiglio di Amministrazione può tenere le sue riunioni in videoconferenza o in sola audioconferenza alle seguenti condizioni, cui dovrà essere dato atto nei relativi verbali:
a) che siano presenti nello stesso luogo il Presidente e il Segretario della riunione che provvederanno alla formazione e sottoscrizione del verbale, dovendosi ritenere svolta la riunione in detto luogo;
b) che sia consentito al Presidente della riunione di accertare l'identità degli intervenuti, regolare lo svolgimento della riunione, constatare e proclamare i risultati della votazione;
c) che sia consentito al soggetto verbalizzante di percepire adeguatamente gli eventi della riunione oggetto di verbalizzazione;
d) che sia consentito agli intervenuti di partecipare alla discussione ed alla votazione simultanea sugli argomenti all'ordine del giorno, nonché di visionare, ricevere o trasmettere documenti.
C- DELIBERAZIONI
Per la validità delle deliberazioni del Consiglio è necessaria la presenza della maggioranza degli Amministratori in carica.
Le deliberazioni si prendono a maggioranza assoluta dei presenti; qualora il consiglio sia composto da più di due membri, in caso di parità prevale il voto di chi presiede.
Nell'ipotesi di Consiglio composto da due soli membri, è richiesta l'unanimità dei consensi. In quest'ultima fattispecie, in caso di parità la deliberazione dovrà considerarsi respinta; qualora poi si verificasse un dissidio insanabile, il Consiglio dovrà dimettersi e convocare immediatamente l'Assemblea per la nomina di un nuovo Organo Amministrativo; in tal caso, il Consiglio resterà in carica fino all'accettazione del nuovo Organo Amministrativo.
Il voto non può, in nessun caso, essere dato per rappresentanza.
D- VERBALIZZAZIONE
Le deliberazioni del Consiglio di Amministrazione e del comitato esecutivo, se nominato ai sensi della successiva lettera "E", devono risultare da verbali che, trascritti su apposito libro tenuto a norma di legge, vengono firmati da chi presiede e dal Segretario nominato di volta in volta anche tra estranei al consiglio.
E- DELEGA DI POTERI
Il Consiglio di Amministrazione può delegare le proprie attribuzioni al comitato esecutivo composto da alcuni dei suoi membri o ad uno o più Amministratori delegati, determinando il contenuto, i limiti e le eventuali modalità di esercizio della delega. In tal caso trova piena applicazione quanto previsto dall’art. 2381c.c.
Non possono essere delegate le attribuzioni indicate nell'art. 2381 C.C. e quelle non delegabili ai sensi delle altre leggi vigenti.
Le cariche di Presidente (o di vice) e di Amministratore delegato sono cumulabili.

Articolo 15

CONSIGLIO DI AMMINISTRAZIONE: METODO DELLA CONSULTAZIONE SCRITTA E/O DEL CONSENSO ESPRESSO PER ISCRITTO

Nel caso la società sia amministrata da un Consiglio di Amministrazione, le decisioni dello stesso, possono anche essere adottate, in alternativa al metodo collegiale, mediante consultazione scritta ovvero sulla base del consenso espresso per iscritto, salvo per le materie indicate dall'art. 2475 ultimo comma, per le quali occorre necessariamente la delibera collegiale nell'osservanza di quanto previsto dall'art. 14 del presente statuto.
Nel caso si opti per il sistema della consultazione scritta dovrà essere redatto apposito documento scritto, dal quale dovrà risultare con chiarezza:
- l'argomento oggetto della decisione;
- il contenuto e le risultanze della decisione e le eventuali autorizzazioni alla stessa conseguenti;
- l'indicazione degli Amministratori consenzienti;
- l'indicazione degli Amministratori contrari o astenuti, e su richiesta degli stessi l'indicazione del motivo della loro contrarietà o astensione;
- la sottoscrizione di tutti gli Amministratori, sia consenzienti che astenuti che contrari, con la precisazione che la mancata sottoscrizione equivale a voto contrario.

Nel caso si opti per il sistema del consenso espresso per iscritto dovrà essere redatto apposito documento scritto dal quale dovrà risultare con chiarezza:
- l'argomento oggetto della decisione;
- il contenuto e le risultanze della decisione e le eventuali autorizzazioni alla stessa conseguenti;

Copia di tale documento dovrà essere trasmessa a tutti gli Amministratori i quali entro i cinque giorni successivi dovranno trasmettere alla società apposita dichiarazione, scritta in calce alla copia del documento ricevuta, nella quale dovranno esprimere il proprio voto favorevole o contrario ovvero l'astensione, indicando, se ritenuto opportuno, il motivo della loro contrarietà o astensione; la mancanza di dichiarazione degli Amministratori entro il termine suddetto equivale a voto contrario.
Le trasmissioni previste nel presente comma potranno avvenire con qualsiasi mezzo e/o sistema di comunicazione che consenta un riscontro della spedizione e del ricevimento, compresi il fax e la posta elettronica.
Le decisioni del Consiglio di Amministrazione sono prese con il voto favorevole della maggioranza degli Amministratori in carica.
La decisione degli Amministratori, adottata a sensi del presente articolo, dovrà essere trascritta nel Libro delle decisioni degli Amministratori.
Gli Amministratori possono stabilire di rimettere la decisione su particolari argomenti o su specifiche operazioni a delibera del Consiglio di Amministrazione da adottarsi col metodo collegiale. Anche una tale decisione va presa con il voto favorevole della maggioranza degli amministratori in carica.

Articolo 16

POTERI DELL'ORGANO AMMINISTRATIVO

Qualunque sia il sistema di amministrazione, l'organo amministrativo è investito dei più ampi poteri per l'amministrazione ordinaria e straordinaria della società e può quindi compiere tutti gli atti che ritenga opportuni per l'attuazione dell'oggetto sociale, esclusi soltanto quelli che la legge o lo statuto ri-

servano all'assemblea.

Articolo 17

RAPPRESENTANZA DELLA SOCIETA'

Qualunque sia il sistema di amministrazione, gli Amministratori hanno la rappresentanza generale della società.

In caso di nomina del Consiglio di Amministrazione, la rappresentanza della società spetterà a tutti i componenti del Consiglio di Amministrazione, in via disgiunta tra di loro.

L'organo amministrativo può nominare direttori generali, amministrativi e tecnici determinandone le mansioni e le eventuali retribuzioni, nonché procuratori per singoli affari o per categorie di affari.

Articolo 18

COMPENSI DEGLI AMMINISTRATORI

Agli amministratori spetta il rimborso delle spese sostenute per ragioni del loro ufficio ed un compenso da determinarsi dai soci con decisione valida fino a modifica.

Il consiglio di amministrazione stabilisce il modo di riparto tra i suoi membri dei compensi anno per anno.

Agli amministratori potrà inoltre spettare l'indennità di fine mandato e all'uopo la società è autorizzata a costituire uno specifico fondo di accantonamento o corrispondente polizza assicurativa.

Articolo 19

AMMINISTRATORE UNICO

Quando l’amministrazione della società, è affidata all’Amministratore Unico, questi riunisce in sé tutti i poteri e le facoltà del Consiglio di Amministrazione e del suo Presidente.

Articolo 20

DIRITTI DEI SOCI NON AMMINISTRATORI

I soci che non partecipano all’amministrazione hanno diritto di avere dagli Amministratori notizie sullo svolgimento degli affari sociali e di consultare, anche tramite professionisti di loro fiducia, i libri sociali ed i documenti relativi all’amministrazione.

Articolo 21

ORGANO DI CONTROLLO

Quale organo di controllo, i soci, con decisione da adottarsi a sensi del precedente art. 10, possono nominare:

o un Sindaco Unico, che dovrà essere nominato e che opererà a sensi del successivo art. 22;

o il Collegio Sindacale, qualora obbligatorio e/o per decisione dei soci, che dovrà essere nominato e che opererà a sensi del successivo art. 22;

o un Revisore, che dovrà essere nominato e che opererà a sensi del successivo art. 23;

Ai sensi dell'art. 2477 C.C., la nomina dell'Organo di Controllo, o Revisore, è obbligatoria:

a) se la società è tenuta alla redazione del bilancio consolidato;

b) se la società controlla una società obbligata alla revisione legale dei conti;

c) se la società, per due esercizi consecutivi, ha superato due dei limiti indicati dal primo comma dell’articolo 2435-bis.

Anche in questo caso il l'Organo di Controllo o il Revisore verranno nominati ed opereranno ai sensi dei successivi articoli 22 e 23.

Articolo 22

SINDACO UNICO O COLLEGIO SINDACALE

Ricorrendo le condizioni di legge, l'assemblea dei soci dovrà nominare un Sindaco Unico o un Collegio Sindacale, qualora obbligatorio e/o per decisione dei soci.

Al Sindaco Unico ed al Collegio sindacale si applicano le disposizioni in tema di società per azioni (artt. 2397 e ss. C.C.).

Il Collegio Sindacale si comporrà di tre membri effettivi e di due supplenti. Il Presidente del Collegio Sindacale è nominato dai soci, con la decisione di nomina del Collegio stesso.

I Sindaci restano in carica per tre esercizi e scadono alla data dell'assemblea convocata per l'approvazione del bilancio relativo al terzo esercizio della carica. La cessazione dei sindaci per scadenza del termine ha effetto dal momento in cui l'organo di controllo è stato ricostituito.

La retribuzione annuale dei Sindaci è determinata dai soci all'atto della nomina per l'intero periodo di durata del loro ufficio.

Il Sindaco Unico, ovvero il Collegio Sindacale, ha i doveri ed i poteri di cui agli artt. 2403 e 2403/bis cod. civ. ed inoltre esercita la revisione legale dei conti; in relazione a ciò, sia il Sindaco Unico, così come l'intero Collegio Sindacale dovranno essere integralmente costituiti da Revisori Legali iscritti nell'apposito Registro.

Il Collegio Sindacale deve riunirsi almeno ogni novanta giorni. La riunione potrà tenersi anche per audioconferenza o videoconfernza; in tal caso si applicano le disposizioni sopra previste al precedente art. 14 per le adunanze del Consiglio di Amministrazione.

Delle riunioni del Collegio deve redigersi verbale, che deve essere trascritto nel libro delle decisioni del Collegio Sindacale e sottoscritto dagli intervenuti; le deliberazioni del Collegio Sindacale devono essere prese a maggioranza dei presenti. Anche il sindaco Unico deve trascrivere le proprie determinazioni su di un apposito Libro.

Si applicano, inoltre, le disposizioni di cui agli artt. 2406 e 2407 cod. civ.

Ogni socio può denunziare i fatti che ritiene censurabili al Sindaco Unico ovvero al Collegio Sindacale, il quale deve tener conto della denunzia nella relazione annuale sul bilancio; se la denunzia è fatta da tanti soci che rappresentino un ventesimo del capitale sociale, il Sindaco Unico od il Collegio Sindacale deve indagare senza ritardo sui fatti denunziati e presentare le sue conclusioni ed eventuali proposte all'assemblea.

Si applica la disposizione di all'art. 2409 cod. civ.

Articolo 23

REVISORE LEGALE DEI CONTI DELLA SOCIETA'

Impregiudicati i casi in cui la nomina di un Revisore Legale dei conti o di una Società di Revisione Legale dei conti, autonomi, sia obbligatoria per legge, in alternativa al Sindaco Unico od al Collegio Sindacale, per espressa decisione dei soci, la Revisione Legale dei conti può essere attribuita ad un Revisore Legale o ad una Società di Revisione Legale i quali siano iscritti nell'apposito Registro previsto dalla legge.

Per espressa decisione dei soci, l'attribuzione della funzione di revisione legale dei conti ad un Revisore o ad una Società di Revisione aventi i requisiti di legge, potrà avvenire anche in presenza di un Sindaco Unico o di un Collegio Sindacale in carica, applicandosi anche in questo caso, in quanto com-

patibile, la disciplina delle società per azioni.
Non può essere nominato alla carica di revisore e se nominato decade dall'incarico chi si trova nelle condizioni previste dall'art. 2399 Cod.Civ.
Il corrispettivo del revisore è determinato dai soci all'atto della nomina per l'intero periodo di durata del suo ufficio.
L'incarico ha la durata di tre esercizi, con scadenza alla data della decisione dei soci di approvazione del bilancio relativo al terzo esercizio dell'incarico.
L'incarico può essere revocato solo per giusta causa e con deliberazione dell'assemblea dei soci. La deliberazione di revoca deve essere approvata con decreto dal Tribunale, sentito l'interessato.
Il revisore svolge le funzioni di cui all'art. 2409-bis cod. civ..

Articolo 24

ESERCIZIO SOCIALE – BILANCI

Gli esercizi sociali si chiudono al 31 dicembre di ogni anno.
Alla chiusura di ciascun esercizio sociale l'organo amministrativo provvede alla compilazione del bilancio di esercizio ed alle conseguenti formalità rispettando le vigenti norme di legge.
Il bilancio deve essere approvato dai soci, con decisione da adottarsi entro centoventi giorni dalla chiusura dell'esercizio sociale ovvero entro centottanta giorni qualora la società sia tenuta alla redazione del bilancio consolidato e quando particolari esigenze relative alla struttura ed all'oggetto della società lo richiedano: in quest'ultimo caso peraltro gli Amministratori devono segnalare nella loro relazione (o nella nota integrativa in caso di bilancio redatto in forma abbreviata) le ragioni della dilazione.

Articolo 25

UTILI

Dagli utili netti risultanti dal bilancio deve essere dedotta una somma corrispondente alla quota richiesta dalla legge da destinare alla riserva legale, finché questa non abbia raggiunto l'ammontare prescritto per legge. Gli utili netti così risultanti, verranno ripartiti tra i soci in misura proporzionale alla partecipazione da ciascuno posseduta. La ripartizione degli utili avverrà, come sopra indicato, salvo che l'assemblea non deliberi ulteriori accantonamenti a fondi di riserva straordinaria.
La decisione dei soci, che approva il bilancio, decide sulla distribuzione degli utili ai soci.
Possono essere distribuiti esclusivamente gli utili realmente conseguiti e risultanti dal bilancio regolarmente approvato, fatta deduzione della quota destinata alla riserva legale; possono altresì essere distribuiti utili in natura.
Se si verifica una perdita del capitale sociale, non può farsi luogo a distribuzione degli utili fino a che il capitale non sia reintegrato o ridotto in misura proporzionale.
Non è consentita la distribuzione di acconti su dividendi.

Articolo 26

RECESSO DEL SOCIO

A) CASI DI RECESSO
Il diritto di recesso compete:
- ai soci che non hanno consentito al cambiamento dell'oggetto o del tipo di società, alla sua fusione o scissione, al trasferimento della sede all'estero, alla revoca dello stato di liquidazione, all'eliminazione di una o più cause di recesso previste dal presente Statuto;

- ai soci che non hanno consentito al compimento di operazioni che comportano una sostanziale modificazione dell'oggetto della società o una rilevante modificazione dei diritti attribuiti ai soci;
- in tutti gli altri casi previsti dalla legge o dal presente Statuto.

B) MODALITA' DI ESERCIZIO DEL RECESSO

L'intenzione del socio di esercitare il diritto di recesso, nei casi previsti al precedente comma 1), dovrà essere spedita all'Organo Amministrativo mediante lettera raccomandata con Avviso di Ricevimento entro quindici giorni dall'iscrizione nel registro delle Imprese della delibera che legittima il diritto di recesso; se il fatto che legittima il recesso è diverso da una deliberazione da iscrivere al Registro Imprese esso è esercitato entro trenta giorni dalla sua conoscenza da parte del socio. Il diritto di recesso può essere esercitato solo per l'intera partecipazione. La partecipazione per la quale è esercitato il diritto di recesso non può essere ceduta. Il recesso non può essere esercitato e, se già esercitato, è privo di efficacia, se la società revoca la delibera e/o la decisione che lo legittima ovvero se è deliberato lo scioglimento della società.

La lettera raccomandata di cui sopra dovrà indicare le generalità del socio recedente, il suo domicilio nonché l'ammontare della partecipazione di cui è titolare.

C) RIMBORSO DELLA PARTECIPAZIONE DEL SOCIO RECEDUTO

I soci che recedono dalla società hanno diritto di ottenere il rimborso della propria partecipazione in proporzione del patrimonio sociale. Esso a tal fine è determinato dagli Amministratori tenendo conto del suo valore di mercato al momento della dichiarazione di recesso (eventualmente ed in particolare tenendo conto della situazione patrimoniale della società, della sua redditività, del valore dei beni materiali ed immateriali da essa posseduti, della sua posizione nel mercato e di ogni altra circostanza e condizione che viene normalmente tenuta in considerazione ai fini della determinazione del valore di partecipazioni societarie); in caso di disaccordo la determinazione è compiuta tramite relazione giurata di un esperto nominato dal Tribunale su istanza della parte più diligente; si applica in tal caso il primo comma dell'articolo 1349 cod. civ.

Il rimborso delle partecipazioni per cui è stato esercitato il diritto di recesso deve essere eseguito entro 180 (centoottanta) giorni dalla comunicazione del medesimo fatta alla società.

Esso può avvenire anche mediante acquisto da parte degli altri soci proporzionalmente alle loro partecipazioni oppure da parte di un terzo concordemente individuato da soci medesimi. Qualora ciò non avvenga, il rimborso è effettuato utilizzando riserve disponibili. In tal caso la partecipazione del socio receduto si accrescerà proporzionalmente alle partecipazioni degli altri soci.

In mancanza di riserve disponibili, andrà ridotto in misura corrispondente il capitale sociale; in quest'ultimo caso si applica l'articolo 2482 cod. civ. e , qualora sulla base di esso, non risulti possibile il rimborso della partecipazione del socio receduto la società viene posta in liquidazione.

Articolo 27

ESCLUSIONE DEL SOCIO

Nel caso di socio che, a titolo di conferimento, si sia obbligato alla prestazione d'opera o di servizi a favore della società, lo stesso può essere escluso

qualora non sia più in grado di prestare l'opera o i servizi oggetto di conferimento.
Può essere escluso anche il socio che sia stato interdetto, che sia stato dichiarato fallito o che sia stato condannato con sentenza passata in giudicato ad una pena che comporta l'interdizione anche temporanea dai pubblici uffici.
L'esclusione deve essere approvata dai soci con apposita delibera da adottarsi esclusivamente con il metodo assembleare di cui all'art 11. Per la valida costituzione dell'assemblea e per il calcolo della maggioranza richiesta non si tiene conto della partecipazione del socio della cui esclusione si tratta, il quale tuttavia potrà intervenire alla riunione assembleare ma senza diritto di voto.
La delibera di esclusione deve essere comunicata con raccomandata con ricevuta di ritorno al socio escluso e l'esclusione avrà effetto decorsi trenta giorni dalla comunicazione suddetta. Entro questo termine il socio escluso può fare opposizione davanti il Tribunale competente per territorio. Se la società si compone di due soli soci l'esclusione di uno di essi è pronunciata dal tribunale su domanda dell'altro.

Articolo 28

SCIOGLIMENTO LIQUIDAZIONE

Lo scioglimento anticipato volontario della società è deliberato dall'Assemblea dei soci con le maggioranze previste per la modifica del presente Statuto.
In tal caso nonché verificandosi una delle altre cause di scioglimento previste dall'art. 2484 c.c. ovvero da altre disposizioni di legge o del presente Statuto, l'Assemblea con apposita deliberazione da adottarsi sempre con le maggioranze previste per la modifica del presente Statuto, dispone:
- il numero dei liquidatori e le regole di funzionamento del collegio in caso di pluralità di liquidatori;
- la nomina dei liquidatori, con indicazione di quelli cui spetta la rappresentanza della società;
- i criteri in base ai quali deve svolgersi la liquidazione;
- i poteri dei liquidatori, con particolare riguardo alla cessione dell'azienda sociale, di rami di essa, ovvero anche di singoli beni o diritti, o blocchi di essi; gli atti necessari per la conservazione del valore dell'impresa, ivi compreso il suo esercizio provvisorio, anche di singoli rami, in funzione del miglior realizzo.
In mancanza di alcuna disposizione in ordine ai poteri dei liquidatori si applica la disposizione dell'art. 2489 c.c. e, pertanto, i liquidatori potranno compiere tutti gli atti utili per la liquidazione della società.
La società può in ogni momento revocare lo stato di liquidazione, occorrendo previa eliminazione della causa di scioglimento, con deliberazione dell'assemblea presa con le maggioranze richieste per le modificazioni del presente Statuto. Al socio dissenziente spetta il diritto di recesso. Per gli effetti della revoca si applica l'art. 2487 ter cod. civ.
Le disposizioni sulle decisioni dei soci, sulle assemblee e sugli organi amministrativi e di controllo si applicano, in quanto compatibili, anche durante la liquidazione.
Si applicano tutte le altre disposizioni di cui al capo VIII Libro V del Codice Civile (artt.2484 e ss.)

Articolo 29

TITOLI DI DEBITO

La società può emettere titoli di debito.
L'emissione dei titoli di debito è deliberata dall'assemblea dei soci con le maggioranze previste per la modifica del presente Statuto.
La relativa delibera assembleare andrà verbalizzata da notaio, con conseguente applicazione dell'art. 2436c.c.
La società può emettere titoli di debito per somma complessivamente non eccedente il capitale sociale, la riserva legale e le riserve disponibili risultanti dall'ultimo bilancio approvato.
I titoli emessi ai sensi del presente articolo possono essere sottoscritti soltanto da investitori professionali. In caso di successiva circolazione, chi li ha sottoscritti risponde della solvenza della società nei confronti degli acquirenti che non siano investitori professionali ovvero soci della società medesima.
La delibera di emissione dei titoli deve prevedere le condizioni del prestito e le modalità del rimborso e deve essere iscritta a cura degli Amministratori presso il registro delle imprese. Può altresì prevedere che, previo consenso della maggioranza dei possessori dei titoli, la società possa modificare tali condizioni e modalità.

Articolo 30

UNICO SOCIO

Quando l'intera partecipazione appartiene ad un solo socio o muta la persona dell'unico socio, gli Amministratori devono effettuare gli adempimenti previsti ai sensi dell'art. 2470 cod. civ.
Quando si costituisce o ricostituisce la pluralità dei soci, gli Amministratori devono depositare la relativa dichiarazione per l'iscrizione nel Registro delle Imprese.
L'unico socio o colui che cessa di essere tale può provvedere alla pubblicità prevista nei commi precedenti.
Le dichiarazioni degli Amministratori devono essere riportate, entro trenta giorni dall'iscrizione, nel libro dei soci e devono indicare la data di tale iscrizione.

Articolo 31

SOGGEZIONE AD ATTIVITA' DI DIREZIONE E CONTROLLO

La società deve indicare l'eventuale propria soggezione all'altrui attività di direzione e coordinamento negli atti e nella corrispondenza, nonché mediante iscrizione, a cura degli Amministratori, presso la sezione del Registro delle Imprese di cui all'Art. 2497 bis, comma 2, cod. civ.

Articolo 32

DOMICILIO DEI SOCI

Il domicilio dei soci, per quanto si riferisce ai loro rapporti con la società, si intende a tutti gli effetti di legge nel luogo che risulterà dal Registro delle Imprese competente.
Nel libro dei soci devono essere indicati l'indirizzo e, se comunicati, il numero di telefax, l'indirizzo e-mail e/o l'indirizzo di posta certificata.
Ogni socio dovrà sotto la sua responsabilità, notificare tempestivamente alla società ogni variazione del proprio domicilio; tali variazioni dovranno essere comunicate, a cura dell'Organo Amministrativo, al competente Registro delle Imprese nei modi e termini di legge, e, qualora istituito, immediatamente trascritte sul libro dei soci a cura dell'organo amministrativo stesso. Il mutamen-

to del domicilio produce effetti, nei confronti della società, dal momento dell'iscrizione nel Registro delle Imprese competente.

Articolo 33

CLAUSOLA COMPROMISSORIA

Le eventuali controversie che sorgessero fra i soci o fra i soci e la società, anche se promosse da Amministratori e componenti l'Organo di Controllo o Revisore (se nominati) ovvero nei loro confronti e che abbiano per oggetto diritti disponibili relativi al rapporto sociale, saranno decise da un Collegio Arbitrale, composto di tre membri tutti nominati, entro trenta giorni dalla richiesta fatta dalla parte più diligente, dal Presidente dell'Ordine dei Dottori Commercialisti ed Esperti Contabili della Circoscrizione nel cui ambito ha sede la società. I tre arbitri così nominati provvederanno a designare il Presidente. Nel caso di mancata nomina nei termini ovvero in caso di disaccordo tra gli arbitri nominati nella scelta del Presidente, vi provvederà, su istanza della parte più diligente, il Presidente del Tribunale nel cui Circondario ha sede la società.

Gli arbitri giudicheranno ritualmente, secondo la procedura prevista dall'art. 806 e ss. del c.p.c.)

Il Collegio Arbitrale stabilirà a chi farà carico o le eventuali modalità di ripartizione del costo dell'arbitrato.

Non possono essere oggetto di compromesso o di clausola compromissoria le controversie nelle quali la legge preveda l'intervento obbligatorio del Pubblico Ministero.

Le modifiche alla presente clausola compromissoria, devono essere approvate con delibera dei soci con la maggioranza di almeno i due terzi del capitale sociale. I soci assenti o dissenzienti possono, entro i successivi novanta giorni, esercitare il diritto di recesso a sensi del precedente art. 26.

F.TO: ALDO HUGO SALLUSTRO

F.TO: MARIA FRANCESCA BARONI

F.TO: FEDERICO ROSSI NOTAIO

**ALLEGATO "B" AL N. 34227 DI FASCICOLO**

**STATUTO**

Articolo 1

DENOMINAZIONE

La Società è denominata: "PANINI S.R.L.".

Articolo 2

SEDE

La Sede è nel Comune di Modena (MO), all'indirizzo risultante dalla apposita iscrizione eseguita presso il Registro delle Imprese ai sensi di legge.

Gli amministratori hanno facoltà di istituire e di sopprimere ovunque unità locali operative (ad esempio succursali, filiali, o uffici amministrativi senza stabile rappresentanza) ovvero di trasferire la sede sociale nell'ambito del Comune sopraindicato.

Spetta invece ai soci deliberare la istituzione di sedi secondarie o il trasferimento della sede in Comune diverso da quello sopra indicato. Queste ultime delibere, in quanto modifiche dell'atto costitutivo, rientrano nella competenza dell'assemblea dei soci.

Articolo 3

DURATA

La durata è fissata al 31 (trentuno) dicembre 2085 (duemilaottantacinque), salvo proroga od anticipato scioglimento da parte dell'assemblea dei soci.

Articolo 4

OGGETTO

La società ha per oggetto la produzione di carta; la produzione, l'edizione, la pubblicazione, la stampa, la distribuzione e la vendita utilizzando qualsiasi canale distributivo, anche telematico, di prodotti editoriali (periodici e non periodici (esclusa la stampa di quotidiani); figurine per ragazzi con o senza album, buste e novità per ragazzi, riviste e loro supplementi, libri e manuali; ogni altra iniziativa editoriale e/o grafica, ivi compresi i supporti audio visivi come videocassette, compact disc, eccetera; carte di credito, chiavi elettroniche, con o senza microchip, videogiochi ed accessori e software informatici di sorta, nei modi e nelle forme più varie, senza limitazione alcuna; il commercio all'ingrosso ed al minuto di quanto sopra, anche se prodotto da terzi; l'import-export, l'acquisizione di contratti di agenzia con o senza deposito, di rappresentanza commerciale e di distribuzione in genere.

Essa può assumere partecipazioni in enti, società o imprese, anche in fase di costituzione, aventi scopi analoghi, affini o comunque connessi ai propri, a scopo di stabile investimento e non di intermediazione nella circolazione delle stesse.

Occasionalmente essa può compiere, sia in proprio che per conto di terzi, operazioni mobiliari ed immobiliari, commerciali e finanziarie di qualsiasi natura, esclusa la facoltà di raccogliere il risparmio fra il pubblico ed ogni altra attività non consentita dalle relative normative in materia. La società può inoltre effettuare prestazioni di servizi amministrativi e gestionali a favore di terzi.

La società può prestare fidejussioni e garanzie reali anche a favore di terzi.

Articolo 5

CAPITALE SOCIALE

Il capitale è di Euro 10.000,00 (diecimila virgola zero zero).

Articolo 6

VARIAZIONI DEL CAPITALE SOCIALE

Il capitale potrà essere aumentato a pagamento (mediante nuovi conferimenti in denaro o in natura) o a titolo gratuito (mediante passaggio di riserve disponibili a capitale) conformemente alle disposizioni di legge in materia (artt. 2481 - 2481-bis - 2481-ter) in forza di deliberazione dell'assemblea dei soci da adottarsi con le maggioranze previste per le modifiche dell’atto costitutivo.

In caso di decisione di aumento del capitale sociale mediante nuovi conferimenti, sono ammessi tutti i conferimenti, anche diversi dal denaro, consentiti dalla legge e spetta ai soci il diritto di sottoscriverlo in proporzione alle partecipazioni da essi possedute. E' attribuita ai soci la facoltà di prevedere espressamente nella delibera di aumento, che lo stesso possa essere attuato anche mediante offerta di quote di nuova emissione a terzi, salvo che nel caso di cui all’articolo 2481-ter cod. civ.; in tal caso spetta ai soci che non hanno consentito alla decisione il diritto di recesso a norma dell’art. 2473 cod. civ.

Il capitale potrà essere ridotto nei casi e con le modalità di legge (artt.2482 - 2482 bis - 2482 ter - 2482 quater cod. civ.) mediante deliberazione dell'Assemblea dei soci da adottarsi con le maggioranze previste per la modifica dell’atto costitutivo.

In caso di riduzione del capitale per perdite, può essere omesso il preventivo deposito presso la sede sociale almeno otto giorni prima dell'assemblea, della relazione dell'organo amministrativo sulla situazione patrimoniale della società e delle osservazioni dell'Organo di Controllo o Revisore, se nominati, qualora consti il consenso unanime di tutti i soci. La rinuncia a detto deposito deve essere confermata in sede assembleare e deve risultare dal relativo verbale.

Articolo 7

VERSAMENTI E FINANZIAMENTI SOCI

I soci potranno eseguire, su richiesta dell'organo amministrativo ed in conformità alle vigenti disposizioni di carattere fiscale, versamenti in conto/capitale ovvero finanziamenti sia fruttiferi che infruttiferi, che non costituiscano raccolta di risparmio tra il pubblico a sensi delle vigenti disposizioni di legge in materia bancaria e creditizia.

In caso di versamenti in conto capitale, le relative somme potranno essere utilizzate per la copertura di eventuali perdite ovvero trasferite a diretto aumento del capitale di qualunque importo, e ciò previa conforme delibera assembleare.

Per il rimborso dei finanziamenti dei soci trova applicazione la disposizione dell'art. 2467 cod. civ.

Articolo 8

PARTECIPAZIONI

E' consentita l'attribuzione di partecipazioni anche in misura non proporzionale ai conferimenti. Peraltro, in mancanza di specifica determinazione in tal senso, le partecipazioni dei soci si presumono di valore proporzionale ai conferimenti effettuati.

I diritti sociali spettano ai soci in misura proporzionale alla partecipazione da ciascuno posseduta.

Nel caso di comproprietà di una partecipazione, i diritti dei comproprietari devono essere esercitati da un rappresentante comune nominato secondo le modalità previste dagli art. 1105 e 1106 cod. civ.

Nel caso di pegno, usufrutto o sequestro delle partecipazioni si applica l'art. 2352 cod. civ.

La società mantiene espressamente la tenuta del libro dei soci a cura degli amministratori avente funzione meramente informativa, secondo le disposizioni dettate in materia di società per azioni, in quanto compatibili. Gli amministratori pertanto sono obbligati a eseguire nel più breve tempo possibile le necessarie annotazioni su detto libro, dal momento del deposito nel Registro delle Imprese, eseguito ai sensi di legge, avente oggetto gli avvenuti trasferimenti delle partecipazioni sociali e la costituzione di diritti reali sulle stesse, sia per atto tra vivi che per successione a causa di morte.

Sono fatte salve tutte le altre previsioni inderogabili di legge.

Articolo 9

TRASFERIMENTO DELLE PARTECIPAZIONI

Le partecipazioni sono trasferibili sia per atto tra vivi che per successione mortis causa.

In caso di alienazione gli altri soci possessori di quote avranno il diritto di prelazione da esercitarsi nel modo seguente: il socio possessore di quote che intendesse cederle tutte o in parte, deve darne comunicazione scritta mediante lettera raccomandata a.r. al Consiglio di Amministrazione o all'Amministratore Unico indicando il numero di quote che intende cedere, il prezzo richiesto, le modalità di pagamento ed il compratore potenziale; entro 15 gg. dal ricevimento della comunicazione il Consiglio di Amministrazione o l'Amministratore Unico ne deve informare tutti i soci sempre con lettera raccomandata a.r. contenente gli elementi dell'offerta; gli altri soci, qualora intendano esercitare il proprio diritto di prelazione, devono, entro 30 gg. dal ricevimento dell'offerta da parte del Consiglio di Amministrazione o dell'Amministratore Unico, comunicare a questi la loro volontà. Il silenzio è da intendersi quale rinuncia tacita da parte degli aventi diritto.

Qualora i soci dichiarino di voler concludere l'acquisto, a questi dovranno cedersi le quote poste in vendita proporzionalmente alle quote da ciascuno possedute rispetto al totale delle quote i cui titolari abbiano dichiarato di voler esercitare la prelazione.

In caso di mancata accettazione dell'offerta da parte degli aventi diritto alla prelazione, l'offerente sarà libero di procedere alla cessione a terzi delle quote ivi indicate.

A questo patto ciascun socio s'intende impegnato sin dalla comunicazione del suo intendimento ad esercitare tale diritto. Per quanto riguarda il computo dei termini di cui ai punti precedenti si applicano le norme del codice di procedura civile.

La procedura prevista dal presente articolo potrà non avere luogo qualora tutti i soci esprimano il loro preventivo consenso alla cessione, dandone notizia per iscritto all'Organo Amministrativo.

Non sono sottoposti alla procedura di cui al presente articolo i trasferimenti di quote a favore del coniuge, dei figli dell'alienante o di società appartenenti allo stesso gruppo. E' pure escluso il diritto di prelazione nel caso di trasferimenti fra fiduciante e società fiduciaria e viceversa; è invece soggetta al diritto di prelazione la sostituzione del fiduciante senza sostituzione della società fiduciaria.

Articolo 10

DECISIONI DEI SOCI

I soci decidono sulle materie riservate alla loro competenza dalla legge, dal presente Statuto, nonché sugli argomenti che uno o più amministratori o tanti soci che rappresentano almeno un terzo del capitale sociale sottopongono alla loro approvazione.

In ogni caso sono riservate alla competenza dei soci:

a) l'approvazione del bilancio e la distribuzione degli utili;

b) la nomina degli amministratori e la loro revoca;

c) la nomina, qualora obbligatorio e/o per decisione dei soci, nei soli limiti di legge, del Sindaco Unico ovvero, di un Collegio Sindacale, e del Presidente del Collegio Sindacale, qualora nominato, e/o del Revisore e la loro revoca;

d) le modificazioni dell'atto costitutivo;

e) la decisione di compiere operazioni che comportano una sostanziale modificazione dell'oggetto sociale o una rilevante modificazione dei diritti dei soci.

Con riferimento alle materie di cui alle lettere d) ed e), oppure quando lo richiedono uno o più amministratori o un numero di soci che rappresentano almeno un terzo del capitale sociale, le decisioni dei soci debbono essere necessariamente adottate con il metodo assembleare di cui al successivo art. 11.

In ogni altro caso, invece, le decisioni dei soci possono essere adottate, oltre che con il metodo assembleare, anche con il metodo della consultazione scritta o sulla base del consenso espresso per iscritto.

Ogni socio a cui, in forza di legittimi titoli, spetti il diritto di voto, ha diritto di partecipare alle decisioni di cui al presente articolo ed il suo voto vale in misura proporzionale alla sua partecipazione.

Non possono partecipare alle decisioni, sia che esse vengano adottate con il metodo assembleare sia che esse vengano adottata con il metodo della consultazione scritta o del consenso espresso per iscritto, i soci morosi (ai sensi dell'art. 2466 cod.civ.) ed i soci titolari di partecipazioni per le quali espresse disposizioni di legge dispongono la sospensione del diritto di voto.

Articolo 11

DECISIONI DEI SOCI: METODO ASSEMBLEARE

A) CONVOCAZIONE DELL'ASSEMBLEA

L'assemblea deve essere convocata dall'Organo Amministrativo anche fuori della sede sociale, purché in Italia o nei Paesi dell'Unione Europea.

L'assemblea è convocata, oltre che nei casi e per gli oggetti previsti dalla legge, ogni qualvolta l'organo amministrativo lo ritenga opportuno.

L'organo amministrativo deve, altresì, convocare senza ritardo l'assemblea quando ne è fatta domanda da tanti soci che rappresentino almeno il decimo del capitale sociale e nella domanda sono stati indicati gli argomenti da trattare.

La convocazione su richiesta dei soci non è, però, ammessa per argomenti sui quali l'assemblea delibera, a norma di legge, su proposta degli amministratori o sulla base di un progetto o di una relazione da essi predisposta.

L'Assemblea viene convocata con avviso spedito almeno otto giorni prima di quello fissato per l'assemblea, con lettera raccomandata, ovvero, con qualsiasi altro mezzo idoneo allo scopo, fatto pervenire ai soci al domicilio risultante dal libro dei soci, ove facoltativamente istituito, ovvero all'indirizzo comunicato al Registro delle Imprese competente (nel caso di convocazione a mezzo telefax, posta elettronica o altri mezzi similari, l'avviso deve essere

spedito al numero di telefax, all'indirizzo di posta elettronica o allo specifico recapito che siano stati espressamente comunicati dal socio o che risultino espressamente dal libro soci, ove istituito, fermo restando che quelli tra i soci che non intendono indicare un'utenza fax, o un indirizzo di posta elettronica, o revocano l'indicazione effettuata in precedenza, hanno diritto di ricevere la convocazione a mezzo raccomandata A.R.).

Nell'avviso di convocazione debbono essere indicati il giorno, il luogo, l'ora dell'adunanza e l'elenco delle materie da trattare.

Nell'avviso di convocazione potrà essere prevista una data ulteriore di seconda convocazione per il caso in cui nella adunanza prevista in prima convocazione l'assemblea non risultasse legalmente costituita; comunque anche in seconda convocazione valgono le medesime maggioranze previste per la prima convocazione. In mancanza di formale convocazione, l'assemblea si reputa regolarmente costituita quando ad essa partecipi l'intero capitale sociale e tutti gli Amministratori, i componenti l'Organo di Controllo o il Revisore, se nominati, siano presenti od informati e nessuno si opponga alla trattazione dell'argomento. Se gli Amministratori, i componenti l'Organo di Controllo o il Revisore, se nominati, non partecipano personalmente all'assemblea, dovranno rilasciare apposita dichiarazione scritta, da produrre al Presidente dell'assemblea e da conservarsi agli atti della società, nella quale dichiarano di essere informati su tutti gli argomenti posti all'ordine del giorno e di non opporsi alla trattazione degli stessi.

B) INTERVENTO IN ASSEMBLEA E DIRITTO DI VOTO

Possono intervenire all'assemblea i soci che, in forza di legittimi titoli, sono titolari del diritto di voto.

Il voto di ciascun socio vale in misura proporzionale alla sua partecipazione.

C) RAPPRESENTANZA IN ASSEMBLEA

Ogni socio che abbia diritto di intervenire all'assemblea può farsi rappresentare ai sensi di legge.

Gli enti e le società legalmente costituiti, possono intervenire all'assemblea a mezzo di persona designata, mediante delega scritta.

Spetta al Presidente dell'assemblea constatare la regolarità delle deleghe ed in genere il diritto di intervento all'assemblea.

D) PRESIDENZA DELL'ASSEMBLEA

La presidenza dell'assemblea secondo i sistemi di amministrazione compete:

- all'amministratore unico;
- al Presidente del Consiglio di Amministrazione e, in caso di assenza od impedimento del presidente, nell'ordine: al vice presidente e all'amministratore delegato, se nominati.

Qualora né gli uni, né gli altri possano o vogliano esercitare tale funzione, gli intervenuti designano a maggioranza assoluta del capitale rappresentato, il Presidente, fra i presenti. L'assemblea nomina un segretario anche non socio, e se lo crede opportuno due scrutatori anche estranei.

Spetta al Presidente dell'Assemblea constatare la regolare costituzione della stessa, accertare l'identità e la legittimazione dei presenti (e, pertanto, l'esclusione dall'assemblea dei non legittimati), dirigere e regolare lo svolgimento dell'assemblea ed accertare i risultati delle votazioni. Degli esiti di tali accertamenti deve essere dato conto nel verbale.

E) QUORUM COSTITUTIVI E DELIBERATIVI

L'assemblea è regolarmente costituita con la presenza di tanti soci che rap-

presentino almeno il 51% (cinquantuno per cento) del capitale sociale.
L'assemblea regolarmente costituita a sensi del comma precedente delibera a maggioranza assoluta dei presenti salvo che nei casi previsti dai numeri 4) e 5) del secondo comma dell'art. 2479 cod. civ. (modificazioni dell'atto costitutivo/statuto e decisione di compiere operazioni che comportano una sostanziale modificazione dell'oggetto sociale o una rilevante modificazione dei diritti dei soci) nei quali è richiesto il voto favorevole di tanti soci che rappresentino almeno il 51% (cinquantuno per cento) del capitale sociale.
Nei casi in cui per legge o in virtù del presente statuto il diritto di voto è sospeso (ad esempio in caso di conflitto di interesse o di socio moroso) si applica l'art. 2368, comma 3, cod. civ.
Restano comunque salve le altre disposizioni del presente statuto che per particolari delibere richiedono diverse specifiche maggioranze.
F) SISTEMI DI VOTAZIONE
Le deliberazioni sono prese per alzata di mano a meno che la maggioranza degli intervenuti richieda l'appello nominale.
In ogni caso il voto deve essere palese o comunque deve essere espresso con modalità tali da consentire l'individuazione dei soci dissenzienti.
G) VERBALIZZAZIONE DELLE DELIBERAZIONI
Le deliberazioni dell'assemblea devono constare da verbale sottoscritto dal Presidente e dal Segretario o dal notaio, se richiesto dalla legge.
Il verbale deve indicare la data dell'assemblea e, anche in allegato, l'identità dei partecipanti e il capitale rappresentato da ciascuno; deve altresì indicare le modalità e il risultato delle votazioni e deve consentire, anche per allegato, l'identificazione dei soci favorevoli, astenuti o dissenzienti. Nel verbale devono essere riassunte, su richiesta dei soci, le loro dichiarazioni pertinenti all'ordine del giorno.
Il verbale relativo alle delibere assembleari comportanti la modifica dell'atto costitutivo deve essere redatto da un notaio.
Il verbale dell'assemblea, anche se redatto per atto pubblico, dovrà essere trascritto, senza indugio, nel Libro delle decisioni dei soci.
H) AUDIO/VIDEO-ASSEMBLEA
E' possibile tenere le riunioni dell'assemblea, con intervenuti dislocati in più luoghi, contigui o distanti, audio/video collegati, e ciò alle seguenti condizioni, cui dovrà essere dato atto nei relativi verbali:
- che siano presenti nello stesso luogo il Presidente ed il Segretario della riunione che provvederanno alla formazione e sottoscrizione del verbale;
- che sia consentito al Presidente dell'assemblea di accertare l'identità e la legittimazione degli intervenuti, regolare lo svolgimento dell'adunanza, constatare e proclamare i risultati della votazione;
- che sia consentito al soggetto verbalizzante di percepire adeguatamente gli eventi assembleari oggetto di verbalizzazione;
- che sia consentito agli intervenuti di partecipare alla discussione ed alla votazione simultanea sugli argomenti all'ordine del giorno, nonché di visionare, ricevere o trasmettere documenti.
- che siano indicati nell'avviso di convocazione (salvo che si tratti di assemblea totalitaria) i luoghi audio/video collegati a cura della società, nei quali gli intervenuti potranno affluire, dovendosi ritenere svolta la riunione nel luogo ove saranno presenti il Presidente ed il soggetto verbalizzante; dovranno inoltre essere predisposti tanti fogli presenze quanti sono i luoghi audio/video

collegati in cui si tiene la riunione.

Articolo 12

DECISIONI DEI SOCI: METODO DELLA CONSULTAZIONE SCRITTA E/O DEL CONSENSO ESPRESSO PER ISCRITTO

Le decisioni dei soci possono essere adottate mediante consultazione scritta ovvero sulla base del consenso espresso per iscritto. Tale metodo, come precisato nell'art.10 del presente statuto, è utilizzabile in alternativa al metodo assembleare sopradescritto all'art.11.

Tuttavia con riferimento alle modificazioni del presente Statuto, alle decisioni di compiere operazioni che comportano una sostanziale modificazione dell'oggetto sociale o una rilevante modificazione dei diritti dei soci, oppure quando lo richiedono uno o più amministratori o un numero di soci che rappresentano almeno un terzo del capitale sociale, le decisioni dei soci debbono essere necessariamente adottate con il metodo assembleare.

Nel caso si opti per il metodo della consultazione scritta dovrà essere redatto apposito documento scritto, dal quale dovrà risultare con chiarezza:

- l'argomento oggetto della decisione;
- il contenuto e le risultanze della decisione e le eventuali autorizzazioni alla stessa conseguenti;
- l'indicazione dei soci consenzienti;
- l'indicazione dei soci contrari o astenuti, e su richiesta degli stessi l'indicazione del motivo della loro contrarietà o astensione;
- la sottoscrizione di tutti i soci, sia consenzienti che astenuti che contrari;
- la mancanza di sottoscrizione equivale a voto contrario.

Nel caso si opti per il metodo del consenso espresso per iscritto dovrà essere redatto apposito documento scritto dal quale dovrà risultare con chiarezza:

- l'argomento oggetto della decisione;
- il contenuto e le risultanze della decisione.

Copia di tale documento dovrà essere trasmessa a tutti i soci i quali entro i cinque giorni successivi dovranno trasmettere alla società apposita dichiarazione, scritta in calce alla copia del documento ricevuta, nella quale dovranno esprimere il proprio voto favorevole o contrario ovvero l'astensione, indicando, se ritenuto opportuno, il motivo della loro contrarietà o astensione; la mancanza di dichiarazione dei soci entro il termine suddetto equivale a voto contrario.

Le trasmissioni previste nel presente comma potranno avvenire, all'indirizzo indicato da ciascun socio nel libro soci, con qualsiasi mezzo e/o sistema di comunicazione che consenta un riscontro della spedizione e del ricevimento, compresi il fax e la posta elettronica.

Ogni socio a cui spetti il diritto di voto, ha diritto di partecipare alle decisioni di cui al presente articolo ed il suo voto vale in misura proporzionale alla sua partecipazione.

Le decisioni dei soci sono prese con il voto favorevole di tanti soci che rappresentino almeno la metà del capitale sociale.

Nei casi in cui per legge o in virtù del presente statuto il diritto di voto è sospeso (ad esempio in caso di conflitto di interesse o di socio moroso) si applica l'art. 2368, comma 3, cod. civ.

La decisione dei soci, adottata a sensi del presente articolo, dovrà essere trascritta, senza indugio, nel Libro delle decisioni dei soci.

Articolo 13

AMMINISTRAZIONE

La durata in carica dell'organo amministrativo, che può essere anche a tempo indeterminato, è stabilita con decisione dei soci.

La Società può essere amministrata:

- da un Amministratore Unico;
- da un Consiglio di Amministrazione composto da 2 (due) a 7 (sette) membri.

La scelta circa il sistema di amministrazione e, nel caso di Consiglio, la fissazione del numero dei membri è rimessa alla decisione dei soci.

I componenti dell'organo amministrativo:

a) possono essere anche non soci;

b) non possono essere nominati, e, se nominati, decadono dall'ufficio, coloro che si trovano nelle condizioni previste dall'art, 2382c.c.

c) durano in carica per il periodo di volta in volta determinato dai soci all'atto della nomina, e, comunque, fino a revoca o dimissioni;

d) in caso di nomina a tempo indeterminato, possono essere revocati in ogni tempo e senza necessità di motivazione;

e) sono rieleggibili;

f) possono essere cooptati nell'osservanza dell'art. 2386 del C.C.;

g) non sono tenuti al divieto di concorrenza di cui all'art. 2390 del C.C.

Se, per dimissioni o per altre cause, viene a mancare la maggioranza degli Amministratori, si intende decaduto l'intero Consiglio e deve subito convocarsi l'assemblea per la nomina dei nuovi Amministratori.

In tal caso gli Amministratori restano in carica per la convocazione dell'assemblea e per l'ordinaria amministrazione sino alla nomina dei successori. La cessazione degli Amministratori per scadenza del termine ha effetto dal momento in cui il nuovo organo amministrativo è stato ricostituito.

Articolo 14

CONSIGLIO DI AMMINISTRAZIONE: METODO COLLEGIALE

Quando la Società è amministrata dal Consiglio il funzionamento di esso è così regolato:

A- PRESIDENZA

Il Consiglio elegge fra i suoi membri il Presidente se questi non è nominato dai soci; può eleggere un vice Presidente che sostituisca il Presidente nei casi di assenza o impedimento.

Il Presidente convoca il Consiglio di Amministrazione, ne fissa l'ordine del giorno, ne coordina i lavori e provvede affinché adeguate informazioni sulle materie iscritte all'ordine del giorno vengano fornite a tutti i Consiglieri.

B- RIUNIONI

Il Consiglio si riunisce nel luogo indicato nell'avviso di convocazione (nella sede sociale o altrove) tutte le volte che il Presidente o chi ne fa le veci lo giudichi necessario, o quando ne sia fatta richiesta dalla maggioranza degli Amministratori in carica, oppure da almeno due Sindaci, in ipotesi di nomina di Collegio Sindacale, ovvero dal Sindaco Unico.

Di regola la convocazione è fatta almeno cinque giorni liberi prima della riunione, mediante avviso spedito con lettera raccomandata, ovvero, con qualsiasi altro mezzo idoneo allo scopo (ad esempio fax, posta elettronica), almeno tre giorni prima dell'adunanza e, in caso di urgenza con telegramma da spedirsi almeno un giorno prima, nei quali vengono fissate la data, il luogo e l'ora della riunione nonché l'ordine del giorno.

Le adunanze del Consiglio e le sue deliberazioni sono valide, anche senza convocazione formale, quando intervengono tutti i Consiglieri in carica ed i componenti l'Organo di Controllo o il Revisore, se nominati.
Le riunioni di Consiglio sono presiedute dal Presidente, in sua assenza dal vice Presidente, qualora sia stato nominato, o, in mancanza di quest'ultimo, dal Consigliere designato dal Consiglio stesso.
Il Consiglio di Amministrazione può tenere le sue riunioni in videoconferenza o in sola audioconferenza alle seguenti condizioni, cui dovrà essere dato atto nei relativi verbali:
a) che siano presenti nello stesso luogo il Presidente e il Segretario della riunione che provvederanno alla formazione e sottoscrizione del verbale, dovendosi ritenere svolta la riunione in detto luogo;
b) che sia consentito al Presidente della riunione di accertare l'identità degli intervenuti, regolare lo svolgimento della riunione, constatare e proclamare i risultati della votazione;
c) che sia consentito al soggetto verbalizzante di percepire adeguatamente gli eventi della riunione oggetto di verbalizzazione;
d) che sia consentito agli intervenuti di partecipare alla discussione ed alla votazione simultanea sugli argomenti all'ordine del giorno, nonché di visionare, ricevere o trasmettere documenti.
C- DELIBERAZIONI
Per la validità delle deliberazioni del Consiglio è necessaria la presenza della maggioranza degli Amministratori in carica.
Le deliberazioni si prendono a maggioranza assoluta dei presenti; qualora il consiglio sia composto da più di due membri, in caso di parità prevale il voto di chi presiede.
Nell'ipotesi di Consiglio composto da due soli membri, è richiesta l'unanimità dei consensi. In quest'ultima fattispecie, in caso di parità la deliberazione dovrà considerarsi respinta; qualora poi si verificasse un dissidio insanabile, il Consiglio dovrà dimettersi e convocare immediatamente l'Assemblea per la nomina di un nuovo Organo Amministrativo; in tal caso, il Consiglio resterà in carica fino all'accettazione del nuovo Organo Amministrativo.
Il voto non può, in nessun caso, essere dato per rappresentanza.
D- VERBALIZZAZIONE
Le deliberazioni del Consiglio di Amministrazione e del comitato esecutivo, se nominato ai sensi della successiva lettera "E", devono risultare da verbali che, trascritti su apposito libro tenuto a norma di legge, vengono firmati da chi presiede e dal Segretario nominato di volta in volta anche tra estranei al consiglio.
E- DELEGA DI POTERI
Il Consiglio di Amministrazione può delegare le proprie attribuzioni al comitato esecutivo composto da alcuni dei suoi membri o ad uno o più Amministratori delegati, determinando il contenuto, i limiti e le eventuali modalità di esercizio della delega. In tal caso trova piena applicazione quanto previsto dall'art. 2381c.c.
Non possono essere delegate le attribuzioni indicate nell'art. 2381 C.C. e quelle non delegabili ai sensi delle altre leggi vigenti.
Le cariche di Presidente (o di vice) e di Amministratore delegato sono cumulabili.

Articolo 15

CONSIGLIO DI AMMINISTRAZIONE: METODO DELLA CONSULTAZIONE

SCRITTA E/O DEL CONSENSO ESPRESSO PER ISCRITTO

Nel caso la società sia amministrata da un Consiglio di Amministrazione, le decisioni dello stesso, possono anche essere adottate, in alternativa al metodo collegiale, mediante consultazione scritta ovvero sulla base del consenso espresso per iscritto, salvo per le materie indicate dall'art. 2475 ultimo comma, per le quali occorre necessariamente la delibera collegiale nell'osservanza di quanto previsto dall'art. 14 del presente statuto.

Nel caso si opti per il sistema della consultazione scritta dovrà essere redatto apposito documento scritto, dal quale dovrà risultare con chiarezza:

- l'argomento oggetto della decisione;
- il contenuto e le risultanze della decisione e le eventuali autorizzazioni alla stessa conseguenti;
- l'indicazione degli Amministratori consenzienti;
- l'indicazione degli Amministratori contrari o astenuti, e su richiesta degli stessi l'indicazione del motivo della loro contrarietà o astensione;
- la sottoscrizione di tutti gli Amministratori, sia consenzienti che astenuti che contrari, con la precisazione che la mancata sottoscrizione equivale a voto contrario.

Nel caso si opti per il sistema del consenso espresso per iscritto dovrà essere redatto apposito documento scritto dal quale dovrà risultare con chiarezza:

- l'argomento oggetto della decisione;
- il contenuto e le risultanze della decisione e le eventuali autorizzazioni alla stessa conseguenti;

Copia di tale documento dovrà essere trasmessa a tutti gli Amministratori i quali entro i cinque giorni successivi dovranno trasmettere alla società apposita dichiarazione, scritta in calce alla copia del documento ricevuta, nella quale dovranno esprimere il proprio voto favorevole o contrario ovvero l'astensione, indicando, se ritenuto opportuno, il motivo della loro contrarietà o astensione; la mancanza di dichiarazione degli Amministratori entro il termine suddetto equivale a voto contrario.

Le trasmissioni previste nel presente comma potranno avvenire con qualsiasi mezzo e/o sistema di comunicazione che consenta un riscontro della spedizione e del ricevimento, compresi il fax e la posta elettronica.

Le decisioni del Consiglio di Amministrazione sono prese con il voto favorevole della maggioranza degli Amministratori in carica.

La decisione degli Amministratori, adottata a sensi del presente articolo, dovrà essere trascritta nel Libro delle decisioni degli Amministratori.

Gli Amministratori possono stabilire di rimettere la decisione su particolari argomenti o su specifiche operazioni a delibera del Consiglio di Amministrazione da adottarsi col metodo collegiale. Anche una tale decisione va presa con il voto favorevole della maggioranza degli amministratori in carica.

Articolo 16

POTERI DELL'ORGANO AMMINISTRATIVO

Qualunque sia il sistema di amministrazione, l'organo amministrativo è investito dei più ampi poteri per l'amministrazione ordinaria e straordinaria della società e può quindi compiere tutti gli atti che ritenga opportuni per l'attuazione dell'oggetto sociale, esclusi soltanto quelli che la legge o lo statuto riservano all'assemblea.

Articolo 17

RAPPRESENTANZA DELLA SOCIETA'

Qualunque sia il sistema di amministrazione, gli Amministratori hanno la rappresentanza generale della società.
In caso di nomina del Consiglio di Amministrazione, la rappresentanza della società spetterà a tutti i componenti del Consiglio di Amministrazione, in via disgiunta tra di loro.
L'organo amministrativo può nominare direttori generali, amministrativi e tecnici determinandone le mansioni e le eventuali retribuzioni, nonché procuratori per singoli affari o per categorie di affari.

Articolo 18

COMPENSI DEGLI AMMINISTRATORI

Agli amministratori spetta il rimborso delle spese sostenute per ragioni del loro ufficio ed un compenso da determinarsi dai soci con decisione valida fino a modifica.
Il consiglio di amministrazione stabilisce il modo di riparto tra i suoi membri dei compensi anno per anno.
Agli amministratori potrà inoltre spettare l'indennità di fine mandato e all'uopo la società è autorizzata a costituire uno specifico fondo di accantonamento o corrispondente polizza assicurativa.

Articolo 19

AMMINISTRATORE UNICO

Quando l'amministrazione della società, è affidata all'Amministratore Unico, questi riunisce in sé tutti i poteri e le facoltà del Consiglio di Amministrazione e del suo Presidente.

Articolo 20

DIRITTI DEI SOCI NON AMMINISTRATORI

I soci che non partecipano all'amministrazione hanno diritto di avere dagli Amministratori notizie sullo svolgimento degli affari sociali e di consultare, anche tramite professionisti di loro fiducia, i libri sociali ed i documenti relativi all'amministrazione.

Articolo 21

ORGANO DI CONTROLLO

Quale organo di controllo, i soci, con decisione da adottarsi a sensi del precedente art. 10, possono nominare:
o un Sindaco Unico, che dovrà essere nominato e che opererà a sensi del successivo art. 22;
o il Collegio Sindacale, qualora obbligatorio e/o per decisione dei soci, che dovrà essere nominato e che opererà a sensi del successivo art. 22;
o un Revisore, che dovrà essere nominato e che opererà a sensi del successivo art. 23;
Ai sensi dell'art. 2477 C.C., la nomina dell'Organo di Controllo, o Revisore, è obbligatoria:
a) se la società è tenuta alla redazione del bilancio consolidato;
b) se la società controlla una società obbligata alla revisione legale dei conti;
c) se la società, per due esercizi consecutivi, ha superato due dei limiti indicati dal primo comma dell'articolo 2435-bis.
Anche in questo caso il l'Organo di Controllo o il Revisore verranno nominati ed opereranno ai sensi dei successivi articoli 22 e 23.

Articolo 22

SINDACO UNICO O COLLEGIO SINDACALE

Ricorrendo le condizioni di legge, l'assemblea dei soci dovrà nominare un

Sindaco Unico o un Collegio Sindacale, qualora obbligatorio e/o per decisione dei soci.

Al Sindaco Unico ed al Collegio sindacale si applicano le disposizioni in tema di società per azioni (artt. 2397 e ss. C.C.).

Il Collegio Sindacale si comporrà di tre membri effettivi e di due supplenti. Il Presidente del Collegio Sindacale è nominato dai soci, con la decisione di nomina del Collegio stesso.

I Sindaci restano in carica per tre esercizi e scadono alla data dell'assemblea convocata per l'approvazione del bilancio relativo al terzo esercizio della carica. La cessazione dei sindaci per scadenza del termine ha effetto dal momento in cui l'organo di controllo è stato ricostituito.

La retribuzione annuale dei Sindaci è determinata dai soci all'atto della nomina per l'intero periodo di durata del loro ufficio.

Il Sindaco Unico, ovvero il Collegio Sindacale, ha i doveri ed i poteri di cui agli artt. 2403 e 2403/bis cod. civ. ed inoltre esercita la revisione legale dei conti; in relazione a ciò, sia il Sindaco Unico, così come l'intero Collegio Sindacale dovranno essere integralmente costituiti da Revisori Legali iscritti nell'apposito Registro.

Il Collegio Sindacale deve riunirsi almeno ogni novanta giorni. La riunione potrà tenersi anche per audioconferenza o videoconfernza; in tal caso si applicano le disposizioni sopra previste al precedente art. 14 per le adunanze del Consiglio di Amministrazione.

Delle riunioni del Collegio deve redigersi verbale, che deve essere trascritto nel libro delle decisioni del Collegio Sindacale e sottoscritto dagli intervenuti; le deliberazioni del Collegio Sindacale devono essere prese a maggioranza dei presenti. Anche il sindaco Unico deve trascrivere le proprie determinazioni su di un apposito Libro.

Si applicano, inoltre, le disposizioni di cui agli artt. 2406 e 2407 cod. civ.

Ogni socio può denunziare i fatti che ritiene censurabili al Sindaco Unico ovvero al Collegio Sindacale, il quale deve tener conto della denunzia nella relazione annuale sul bilancio; se la denunzia è fatta da tanti soci che rappresentino un ventesimo del capitale sociale, il Sindaco Unico od il Collegio Sindacale deve indagare senza ritardo sui fatti denunziati e presentare le sue conclusioni ed eventuali proposte all'assemblea.

Si applica la disposizione di all'art. 2409 cod. civ.

Articolo 23

REVISORE LEGALE DEI CONTI DELLA SOCIETA'

Impregiudicati i casi in cui la nomina di un Revisore Legale dei conti o di una Società di Revisione Legale dei conti, autonomi, sia obbligatoria per legge, in alternativa al Sindaco Unico od al Collegio Sindacale, per espressa decisione dei soci, la Revisione Legale dei conti può essere attribuita ad un Revisore Legale o ad una Società di Revisione Legale i quali siano iscritti nell'apposito Registro previsto dalla legge.

Per espressa decisione dei soci, l'attribuzione della funzione di revisione legale dei conti ad un Revisore o ad una Società di Revisione aventi i requisiti di legge, potrà avvenire anche in presenza di un Sindaco Unico o di un Collegio Sindacale in carica, applicandosi anche in questo caso, in quanto compatibile, la disciplina delle società per azioni.

Non può essere nominato alla carica di revisore e se nominato decade dall'incarico chi si trova nelle condizioni previste dall'art. 2399 Cod.Civ.

Il corrispettivo del revisore è determinato dai soci all'atto della nomina per l'intero periodo di durata del suo ufficio.
L'incarico ha la durata di tre esercizi, con scadenza alla data della decisione dei soci di approvazione del bilancio relativo al terzo esercizio dell'incarico.
L'incarico può essere revocato solo per giusta causa e con deliberazione dell'assemblea dei soci. La deliberazione di revoca deve essere approvata con decreto dal Tribunale, sentito l'interessato.
Il revisore svolge le funzioni di cui all'art. 2409-bis cod. civ..

Articolo 24

ESERCIZIO SOCIALE – BILANCI

Gli esercizi sociali si chiudono al 31 dicembre di ogni anno.
Alla chiusura di ciascun esercizio sociale l'organo amministrativo provvede alla compilazione del bilancio di esercizio ed alle conseguenti formalità rispettando le vigenti norme di legge.
Il bilancio deve essere approvato dai soci, con decisione da adottarsi entro centoventi giorni dalla chiusura dell'esercizio sociale ovvero entro centottanta giorni qualora la società sia tenuta alla redazione del bilancio consolidato e quando particolari esigenze relative alla struttura ed all'oggetto della società lo richiedano: in quest'ultimo caso peraltro gli Amministratori devono segnalare nella loro relazione (o nella nota integrativa in caso di bilancio redatto in forma abbreviata) le ragioni della dilazione.

Articolo 25

UTILI

Dagli utili netti risultanti dal bilancio deve essere dedotta una somma corrispondente alla quota richiesta dalla legge da destinare alla riserva legale, finché questa non abbia raggiunto l'ammontare prescritto per legge. Gli utili netti così risultanti, verranno ripartiti tra i soci in misura proporzionale alla partecipazione da ciascuno posseduta. La ripartizione degli utili avverrà, come sopra indicato, salvo che l'assemblea non deliberi ulteriori accantonamenti a fondi di riserva straordinaria.
La decisione dei soci, che approva il bilancio, decide sulla distribuzione degli utili ai soci.
Possono essere distribuiti esclusivamente gli utili realmente conseguiti e risultanti dal bilancio regolarmente approvato, fatta deduzione della quota destinata alla riserva legale; possono altresì essere distribuiti utili in natura.
Se si verifica una perdita del capitale sociale, non può farsi luogo a distribuzione degli utili fino a che il capitale non sia reintegrato o ridotto in misura proporzionale.
Non è consentita la distribuzione di acconti su dividendi.

Articolo 26

RECESSO DEL SOCIO

A) CASI DI RECESSO
Il diritto di recesso compete:
- ai soci che non hanno consentito al cambiamento dell'oggetto o del tipo di società, alla sua fusione o scissione, al trasferimento della sede all'estero, alla revoca dello stato di liquidazione, all'eliminazione di una o più cause di recesso previste dal presente Statuto;
- ai soci che non hanno consentito al compimento di operazioni che comportano una sostanziale modificazione dell'oggetto della società o una rilevante modificazione dei diritti attribuiti ai soci;

- in tutti gli altri casi previsti dalla legge o dal presente Statuto.

B) MODALITA' DI ESERCIZIO DEL RECESSO

L'intenzione del socio di esercitare il diritto di recesso, nei casi previsti al precedente comma 1), dovrà essere spedita all'Organo Amministrativo mediante lettera raccomandata con Avviso di Ricevimento entro quindici giorni dall'iscrizione nel registro delle Imprese della delibera che legittima il diritto di recesso; se il fatto che legittima il recesso è diverso da una deliberazione da iscrivere al Registro Imprese esso è esercitato entro trenta giorni dalla sua conoscenza da parte del socio. Il diritto di recesso può essere esercitato solo per l'intera partecipazione. La partecipazione per la quale è esercitato il diritto di recesso non può essere ceduta. Il recesso non può essere esercitato e, se già esercitato, è privo di efficacia, se la società revoca la delibera e/o la decisione che lo legittima ovvero se è deliberato lo scioglimento della società.

La lettera raccomandata di cui sopra dovrà indicare le generalità del socio recedente, il suo domicilio nonché l'ammontare della partecipazione di cui è titolare.

C) RIMBORSO DELLA PARTECIPAZIONE DEL SOCIO RECEDUTO

I soci che recedono dalla società hanno diritto di ottenere il rimborso della propria partecipazione in proporzione del patrimonio sociale. Esso a tal fine è determinato dagli Amministratori tenendo conto del suo valore di mercato al momento della dichiarazione di recesso (eventualmente ed in particolare tenendo conto della situazione patrimoniale della società, della sua redditività, del valore dei beni materiali ed immateriali da essa posseduti, della sua posizione nel mercato e di ogni altra circostanza e condizione che viene normalmente tenuta in considerazione ai fini della determinazione del valore di partecipazioni societarie); in caso di disaccordo la determinazione è compiuta tramite relazione giurata di un esperto nominato dal Tribunale su istanza della parte più diligente; si applica in tal caso il primo comma dell'articolo 1349 cod. civ.

Il rimborso delle partecipazioni per cui è stato esercitato il diritto di recesso deve essere eseguito entro 180 (centoottanta) giorni dalla comunicazione del medesimo fatta alla società.

Esso può avvenire anche mediante acquisto da parte degli altri soci proporzionalmente alle loro partecipazioni oppure da parte di un terzo concordemente individuato da soci medesimi. Qualora ciò non avvenga, il rimborso è effettuato utilizzando riserve disponibili. In tal caso la partecipazione del socio receduto si accrescerà proporzionalmente alle partecipazioni degli altri soci.

In mancanza di riserve disponibili, andrà ridotto in misura corrispondente il capitale sociale; in quest'ultimo caso si applica l'articolo 2482 cod. civ. e , qualora sulla base di esso, non risulti possibile il rimborso della partecipazione del socio receduto la società viene posta in liquidazione.

Articolo 27

ESCLUSIONE DEL SOCIO

Nel caso di socio che, a titolo di conferimento, si sia obbligato alla prestazione d'opera o di servizi a favore della società, lo stesso può essere escluso qualora non sia più in grado di prestare l'opera o i servizi oggetto di conferimento.

Può essere escluso anche il socio che sia stato interdetto, che sia stato di-

chiarato fallito o che sia stato condannato con sentenza passata in giudicato ad una pena che comporta l'interdizione anche temporanea dai pubblici uffici.
L'esclusione deve essere approvata dai soci con apposita delibera da adottarsi esclusivamente con il metodo assembleare di cui all'art 11. Per la valida costituzione dell'assemblea e per il calcolo della maggioranza richiesta non si tiene conto della partecipazione del socio della cui esclusione si tratta, il quale tuttavia potrà intervenire alla riunione assembleare ma senza diritto di voto.
La delibera di esclusione deve essere comunicata con raccomandata con ricevuta di ritorno al socio escluso e l'esclusione avrà effetto decorsi trenta giorni dalla comunicazione suddetta. Entro questo termine il socio escluso può fare opposizione davanti il Tribunale competente per territorio. Se la società si compone di due soli soci l'esclusione di uno di essi è pronunciata dal tribunale su domanda dell'altro.

Articolo 28

SCIOGLIMENTO LIQUIDAZIONE

Lo scioglimento anticipato volontario della società è deliberato dall'Assemblea dei soci con le maggioranze previste per la modifica del presente Statuto.
In tal caso nonché verificandosi una delle altre cause di scioglimento previste dall'art. 2484 c.c. ovvero da altre disposizioni di legge o del presente Statuto, l'Assemblea con apposita deliberazione da adottarsi sempre con le maggioranze previste per la modifica del presente Statuto, dispone:
- il numero dei liquidatori e le regole di funzionamento del collegio in caso di pluralità di liquidatori;
- la nomina dei liquidatori, con indicazione di quelli cui spetta la rappresentanza della società;
- i criteri in base ai quali deve svolgersi la liquidazione;
- i poteri dei liquidatori, con particolare riguardo alla cessione dell'azienda sociale, di rami di essa, ovvero anche di singoli beni o diritti, o blocchi di essi; gli atti necessari per la conservazione del valore dell'impresa, ivi compreso il suo esercizio provvisorio, anche di singoli rami, in funzione del miglior realizzo.

In mancanza di alcuna disposizione in ordine ai poteri dei liquidatori si applica la disposizione dell'art. 2489 c.c. e, pertanto, i liquidatori potranno compiere tutti gli atti utili per la liquidazione della società.
La società può in ogni momento revocare lo stato di liquidazione, occorrendo previa eliminazione della causa di scioglimento, con deliberazione dell'assemblea presa con le maggioranze richieste per le modificazioni del presente Statuto. Al socio dissenziente spetta il diritto di recesso. Per gli effetti della revoca si applica l'art. 2487 ter cod. civ.
Le disposizioni sulle decisioni dei soci, sulle assemblee e sugli organi amministrativi e di controllo si applicano, in quanto compatibili, anche durante la liquidazione.
Si applicano tutte le altre disposizioni di cui al capo VIII Libro V del Codice Civile (artt.2484 e ss.)

Articolo 29

TITOLI DI DEBITO

La società può emettere titoli di debito.
L'emissione dei titoli di debito è deliberata dall'assemblea dei soci con le

maggioranze previste per la modifica del presente Statuto.
La relativa delibera assembleare andrà verbalizzata da notaio, con conseguente applicazione dell'art. 2436c.c.
La società può emettere titoli di debito per somma complessivamente non eccedente il capitale sociale, la riserva legale e le riserve disponibili risultanti dall'ultimo bilancio approvato.
I titoli emessi ai sensi del presente articolo possono essere sottoscritti soltanto da investitori professionali. In caso di successiva circolazione, chi li ha sottoscritti risponde della solvenza della società nei confronti degli acquirenti che non siano investitori professionali ovvero soci della società medesima.
La delibera di emissione dei titoli deve prevedere le condizioni del prestito e le modalità del rimborso e deve essere iscritta a cura degli Amministratori presso il registro delle imprese. Può altresì prevedere che, previo consenso della maggioranza dei possessori dei titoli, la società possa modificare tali condizioni e modalità.

Articolo 30

UNICO SOCIO

Quando l'intera partecipazione appartiene ad un solo socio o muta la persona dell'unico socio, gli Amministratori devono effettuare gli adempimenti previsti ai sensi dell'art. 2470 cod. civ.
Quando si costituisce o ricostituisce la pluralità dei soci, gli Amministratori devono depositare la relativa dichiarazione per l'iscrizione nel Registro delle Imprese.
L'unico socio o colui che cessa di essere tale può provvedere alla pubblicità prevista nei commi precedenti.
Le dichiarazioni degli Amministratori devono essere riportate, entro trenta giorni dall'iscrizione, nel libro dei soci e devono indicare la data di tale iscrizione.

Articolo 31

SOGGEZIONE AD ATTIVITA' DI DIREZIONE E CONTROLLO

La società deve indicare l'eventuale propria soggezione all'altrui attività di direzione e coordinamento negli atti e nella corrispondenza, nonché mediante iscrizione, a cura degli Amministratori, presso la sezione del Registro delle Imprese di cui all'Art. 2497 bis, comma 2, cod. civ.

Articolo 32

DOMICILIO DEI SOCI

Il domicilio dei soci, per quanto si riferisce ai loro rapporti con la società, si intende a tutti gli effetti di legge nel luogo che risulterà dal Registro delle Imprese competente.
Nel libro dei soci devono essere indicati l'indirizzo e, se comunicati, il numero di telefax, l'indirizzo e-mail e/o l'indirizzo di posta certificata.
Ogni socio dovrà sotto la sua responsabilità, notificare tempestivamente alla società ogni variazione del proprio domicilio; tali variazioni dovranno essere comunicate, a cura dell'Organo Amministrativo, al competente Registro delle Imprese nei modi e termini di legge, e, qualora istituito, immediatamente trascritte sul libro dei soci a cura dell'organo amministrativo stesso. Il mutamento del domicilio produce effetti, nei confronti della società, dal momento dell'iscrizione nel Registro delle Imprese competente.

Articolo 33

CLAUSOLA COMPROMISSORIA

Le eventuali controversie che sorgessero fra i soci o fra i soci e la società, anche se promosse da Amministratori e componenti l'Organo di Controllo o Revisore (se nominati) ovvero nei loro confronti e che abbiano per oggetto diritti disponibili relativi al rapporto sociale, saranno decise da un Collegio Arbitrale, composto di tre membri tutti nominati, entro trenta giorni dalla richiesta fatta dalla parte più diligente, dal Presidente dell'Ordine dei Dottori Commercialisti ed Esperti Contabili della Circoscrizione nel cui ambito ha sede la società. I tre arbitri così nominati provvederanno a designare il Presidente. Nel caso di mancata nomina nei termini ovvero in caso di disaccordo tra gli arbitri nominati nella scelta del Presidente, vi provvederà, su istanza della parte più diligente, il Presidente del Tribunale nel cui Circondario ha sede la società.

Gli arbitri giudicheranno ritualmente, secondo la procedura prevista dall'art. 806 e ss. del c.p.c.)

Il Collegio Arbitrale stabilirà a chi farà carico o le eventuali modalità di ripartizione del costo dell'arbitrato.

Non possono essere oggetto di compromesso o di clausola compromissoria le controversie nelle quali la legge preveda l'intervento obbligatorio del Pubblico Ministero.

Le modifiche alla presente clausola compromissoria, devono essere approvate con delibera dei soci con la maggioranza di almeno i due terzi del capitale sociale. I soci assenti o dissenzienti possono, entro i successivi novanta giorni, esercitare il diritto di recesso a sensi del precedente art. 26.

F.TO: ALDO HUGO SALLUSTRO
F.TO: MARIA FRANCESCA BARONI
F.TO: FEDERICO ROSSI NOTAIO

ID: 223025925 29/09/2026


Allegato C al N. 34227 di fascicolo.

MARCA DA BOLLO €16,00

| TESTATE REGISTRATE AL TRIBUNALE DI MODENA | NR. REG. | DATA | PERIODICITA' | DIRETTORE RESPONSABILE |
|---|---|---|---|---|
| LE GRANDI RACCOLTE PER LA GIOVENTU' | 433 | 27/11/65 | BIMESTRALE | FABRIZIO MELEGARI |
| ALMANACCO ILLUSTRATO DEL CALCIO | 510 | 02/11/70 | ANNUALE | FABRIZIO MELEGARI |
| INCREDIBILI X-MEN | 1279 | 11/05/96 | MENSILE | MARCO MARCELLO LUPOI |
| FANTASTICI QUATTRO | 1280 | 11/05/96 | MENSILE | MARCO MARCELLO LUPOI |
| X-MEN DELUXE | 1281 | 11/05/96 | MENSILE | MARCO MARCELLO LUPOI |
| WOLVERINE | 1282 | 11/05/96 | MENSILE | MARCO MARCELLO LUPOI |
| NANA COLLECTION | 1283 | 11/05/96 | MENSILE | MARCO MARCELLO LUPOI |
| BLEACH | 1284 | 11/05/96 | BIMESTRALE | MARCO MARCELLO LUPOI |
| PANINI COMICS MEGA | 1285 | 11/05/96 | BIMESTRALE | MARCO MARCELLO LUPOI |
| MONDO PANINI | 1286 | 11/05/96 | BIMESTRALE | MARCO MARCELLO LUPOI |
| MANGA TOP | 1287 | 11/05/96 | BIMESTRALE | MARCO MARCELLO LUPOI |
| FRIENDS FOREVER | 1288 | 11/05/96 | BIMESTRALE | MARCO MARCELLO LUPOI |
| MANGA ION | 1289 | 11/05/96 | BIMESTRALE | MARCO MARCELLO LUPOI |
| SPAWN | 1290 | 11/05/96 | MENSILE | MARCO MARCELLO LUPOI |
| ULTIMATE COMICS SPIDER-MAN | 1291 | 11/05/96 | BIMESTRALE | MARCO MARCELLO LUPOI |
| MARVEL MINISERIE | 1292 | 11/05/96 | BIMESTRALE | MARCO MARCELLO LUPOI |
| MARVEL MEGA | 1293 | 11/05/96 | BIMESTRALE | MARCO MARCELLO LUPOI |
| BERSERK | 1294 | 11/05/96 | TRIMESTRALE | MARCO MARCELLO LUPOI |
| SPIDER-MAN | 1295 | 11/05/96 | QUINDICINALE | MARCO MARCELLO LUPOI |
| MARVEL CROSSOVER | 1296 | 11/05/96 | BIMESTRALE | MARCO MARCELLO LUPOI |
| MANGA LEGEND | 1297 | 13/05/96 | BIMESTRALE | MARCO MARCELLO LUPOI |
| MARVEL WORLD | 1298 | 13/05/96 | BIMESTRALE | MARCO MARCELLO LUPOI |
| NOCCIOLINE | 1299 | 13/05/96 | BIMESTRALE | MARCO MARCELLO LUPOI |
| THOR | 1300 | 13/05/96 | MENSILE | MARCO MARCELLO LUPOI |
| MARVEL MIX | 1301 | 13/05/96 | BIMESTRALE | MARCO MARCELLO LUPOI |
| PARTY TIME | 1302 | 09/03/09 | BIMESTRALE | MARCO MARCELLO LUPOI |
| CULT COMICS | 1303 | 13/05/96 | BIMESTRALE | MARCO MARCELLO LUPOI |
| MARVEL SAGA | 1304 | 13/05/96 | MENSILE | MARCO MARCELLO LUPOI |
| NIRVANA | 1305 | 13/05/96 | BIMESTRALE | MARCO MARCELLO LUPOI |
| MANGA DREAM | 1306 | 13/05/96 | MENSILE | MARCO MARCELLO LUPOI |
| PLANET MANGA | 1307 | 13/05/96 | BIMESTRALE | MARCO MARCELLO LUPOI |
| CAPOLAVORI MANGA | 1308 | 13/05/96 | BIMESTRALE | MARCO MARCELLO LUPOI |
| ALITA COLLECTION | 1309 | 13/05/96 | BIMESTRALE | MARCO MARCELLO LUPOI |
| COLLANA JAPAN | 1310 | 13/05/96 | BIMESTRALE | MARCO MARCELLO LUPOI |
| MANGA STORIE NUOVA SERIE | 1311 | 13/05/96 | BIMESTRALE | MARCO MARCELLO LUPOI |
| L'INCREDIBILE HULK | 1312 | 13/05/96 | MENSILE | MARCO MARCELLO LUPOI |
| STICK & STACK | 1394 | 11/07/97 | BIMESTRALE | FABRIZIO MELEGARI |
| SPECIAL EVENTS | 1406 | 21/10/97 | BIMESTRALE | MARCO MARCELLO LUPOI |
| A.D. | 1483 | 30/08/99 | MENSILE | MARCO MARCELLO LUPOI |
| MANGA SUPERSTAR | 1491 | 04/10/99 | BIMESTRALE | MARCO MARCELLO LUPOI |
| MANGA SUN | 1492 | 04/10/99 | BIMESTRALE | MARCO MARCELLO LUPOI |
| COLLANA PLANET | 1493 | 04/10/99 | BIMESTRALE | MARCO MARCELLO LUPOI |
| MANGA SOUND | 1494 | 04/10/99 | BIMESTRALE | MARCO MARCELLO LUPOI |
| MILLE EMOZIONI | 1499 | 06/12/99 | BIMESTRALE | MARCO MARCELLO LUPOI |
| PLANET MANGA PRESENTA | 1501 | 06/12/99 | BIMESTRALE | MARCO MARCELLO LUPOI |
| MARVEL HEROES | 1502 | 06/12/99 | BIMESTRALE | MARCO MARCELLO LUPOI |
| MANGA GRAPHIC NOVEL | 1503 | 06/12/99 | BIMESTRALE | MARCO MARCELLO LUPOI |
| ANGEL HEART | 1504 | 06/12/99 | BIMESTRALE | MARCO MARCELLO LUPOI |
| VAGABOND | 1505 | 06/12/99 | BIMESTRALE | MARCO MARCELLO LUPOI |
| MANGA UNIVERSE | 1506 | 06/12/99 | BIMESTRALE | MARCO MARCELLO LUPOI |
| NARUTO IL MITO | 1516 | 28/02/00 | BIMESTRALE | MARCO MARCELLO LUPOI |
| BERSERK COLLECTION | 1517 | 28/02/00 | BIMESTRALE | MARCO MARCELLO LUPOI |
| COMICS U.S.A. | 1518 | 28/02/00 | BIMESTRALE | MARCO MARCELLO LUPOI |
| MANGA LOVE | 1520 | 13/04/00 | BIMESTRALE | MARCO MARCELLO LUPOI |
| BLEACH GOLD | 1521 | 13/04/00 | BIMESTRALE | MARCO MARCELLO LUPOI |
| DAVID MURPHY 911 | 1595 | 11/06/07 | MENSILE | MARCO MARCELLO LUPOI |
| POWERS | 1596 | 28/06/01 | BIMESTRALE | MARCO MARCELLO LUPOI |
| MAXIMUM BERSERK | 1597 | 28/06/01 | MENSILE | MARCO MARCELLO LUPOI |
| VAMPIRE KNIGHT DELUXE | 1598 | 28/06/01 | MENSILE | MARCO MARCELLO LUPOI |
| TUTTO RAT-MAN | 1619 | 11/01/02 | BIMESTRALE | MARCO MARCELLO LUPOI |
| HUNTER X HUNTER | 1620 | 11/01/02 | SEMESTRALE | MARCO MARCELLO LUPOI |
| PANINI DIGITAL.COM | 1681 | 10/01/03 | SETTIMANALE | FABRIZIO MELEGARI |
| GLI SPECIALI PANINI | 1682 | 20/10/03 | BIMESTRALE | FABRIZIO MELEGARI |
| FORZA MILAN SPECIAL | 1701 | 27/02/04 | BIMESTRALE | FABRIZIO MELEGARI |
| RAT-MAN COLLECTION | 1814 | 20/07/06 | BIMESTRALE | MARCO MARCELLO LUPOI |
| MANGA BLADE | 1837 | 20/03/07 | BIMESTRALE | MARCO MARCELLO LUPOI |
| PANINI COMICS MIX | 1838 | 20/03/07 | BIMESTRALE | MARCO MARCELLO LUPOI |
| MY PANINI | 1840 | 02/04/07 | ANNUALE | GIORGIO BRAVECCHIA |
| EXTRA TIME | 1861 | 28/01/08 | BIMESTRALE | MARCO MARCELLO LUPOI |
| PLANET FANTASY | 1862 | 28/01/08 | BIMESTRALE | MARCO MARCELLO LUPOI |
| GENERATION MANGA | 1863 | 28/01/08 | BIMESTRALE | MARCO MARCELLO LUPOI |
| NARUTO GOLD | 1864 | 28/01/08 | BIMESTRALE | MARCO MARCELLO LUPOI |
| STICK&STACK I GRANDI CLASSICI | 1871 | 14/03/08 | BIMESTRALE | FABRIZIO MELEGARI |
| I GRANDI ALMANACCHI PANINI | 1883 | 06/05/08 | TRIMESTRALE | FABRIZIO MELEGARI |
| POP'S MAX | 1909 | 09/03/09 | TRIMESTRALE | IAFRATE MARCO |
| I LOVE PONY | 1910 | 09/03/09 | TRIMESTRALE | IAFRATE MARCO |
| BUBBLE | 1911 | 09/03/09 | TRIMESTRALE | IAFRATE MARCO |
| CIOE' | 1912 | 09/03/09 | MENSILE | IAFRATE MARCO |
| CIOE' FANS CLUB | 1913 | 09/03/09 | MENSILE | annullata |
| CIOE' GIRL | 1914 | 09/03/09 | BIMESTRALE | IAFRATE MARCO |
| CIOE' MAX | 1915 | 09/03/09 | BIMESTRALE | IAFRATE MARCO |
| CIOE' SPECIAL | 1916 | 09/03/09 | MENSILE | IAFRATE MARCO |
| IO TI MALEDICO | 1917 | 09/03/09 | TRIMESTRALE | IAFRATE MARCO |
| CIOE' TEST | 1918 | 09/03/09 | BIMESTRALE | IAFRATE MARCO |
| COCCOLI | 1919 | 09/03/09 | BIMESTRALE | IAFRATE MARCO |
| PANINI ACTIVITY | 1920 | 09/03/09 | BIMESTRALE | IAFRATE MARCO |
| LA PRINCIPESSA SISSI | 1921 | 09/03/09 | BIMESTRALE | IAFRATE MARCO |
| YOUSLESS | 1922 | 09/03/09 | BIMESTRALE | IAFRATE MARCO |
| POP'S STAR | 1923 | 09/03/09 | TRIMESTRALE | IAFRATE MARCO |
| SAM IL POMPIERE | 1924 | 09/03/09 | BIMESTRALE | IAFRATE MARCO |
| MEGA TINT | 1925 | 09/03/09 | BIMESTRALE | MARCO MARCELLO LUPOI |
| POP'S | 1926 | 09/03/09 | MENSILE | IAFRATE MARCO |
| POP'S GIRL | 1927 | 09/03/09 | BIMESTRALE | IAFRATE MARCO |
| POPCORN MAG | 1928 | 09/03/09 | BIMESTRALE | IAFRATE MARCO |
| I 1000 VOLTI DI RAT-MAN | 1929 | 09/03/09 | MENSILE | MARCO MARCELLO LUPOI |
| POP'S TEST | 1930 | 09/03/09 | BIMESTRALE | IAFRATE MARCO |
| WEBSTARS MAGAZINE | 1931 | 09/03/09 | MENSILE | IAFRATE MARCO |
| DINO MAG | 1932 | 09/03/09 | BIMESTRALE | IAFRATE MARCO |
| BEST FRIENDS | 1933 | 09/03/09 | TRIMESTRALE | IAFRATE MARCO |
| MEGA SPIDER-MAN | 1934 | 09/03/09 | BIMESTRALE | IAFRATE MARCO |

| | | | | |
|---|---|---|---|---|
| TEST & GIOCHI DA SPIE | 1935 | 09/03/09 | TRIMESTRALE | IAFRATE MARCO |
| CIOE' STORY | 1936 | 09/03/09 | BIMESTRALE | IAFRATE MARCO |
| GOSSIP GIRLS BY CIOE' | 1937 | 09/03/09 | TRIMESTRALE | IAFRATE MARCO |
| MEGA LEGO® | 1938 | 09/03/09 | BIMESTRALE | IAFRATE MARCO |
| MEGA SPIDY | 1939 | 09/03/09 | BIMESTRALE | MARCO MARCELLO LUPOI |
| PANINI FOOTBALL MAG | 1940 | 09/03/09 | MENSILE | FABRIZIO MELEGARI |
| #CIOE' TUBE | 1941 | 09/03/09 | TRIMESTRALE | IAFRATE MARCO |
| PANINI COMICS MAGAZINE | 1943 | 14/05/09 | BIMESTRALE | MARCO MARCELLO LUPOI |
| RAT-MAN GIGANTE | 1961 | 24/06/09 | MENSILE | MARCO MARCELLO LUPOI |
| DANIEL TIGER | 1969 | 09/09/09 | BIMESTRALE | IAFRATE MARCO |
| MANGA EXTRA | 1978 | 03/12/09 | BIMESTRALE | MARCO MARCELLO LUPOI |
| MANGA SAGA | 1979 | 03/12/09 | BIMESTRALE | MARCO MARCELLO LUPOI |
| TARTARUGHE NINJA | 1980 | 03/12/09 | BIMESTRALE | MARCO MARCELLO LUPOI |
| PANINI PUBLISHING PRESENTA | 1984 | 09/02/10 | BIMESTRALE | MARCO MARCELLO LUPOI |
| GHOST | 1986 | 23/02/10 | BIMESTRALE | MARCO MARCELLO LUPOI |
| CIOE' FANS CLUB | 1987 | 23/02/10 | BIMESTRALE | IAFRATE MARCO |
| PANINI KIDS | 1988 | 23/02/10 | BIMESTRALE | MARCO MARCELLO LUPOI |
| HELLO KITTY | 1989 | 23/02/10 | BIMESTRALE | MARCO IAFRATE |
| PANINI FUN | 1990 | 23/02/10 | BIMESTRALE | MARCO MARCELLO LUPOI |
| CAPITAN AMERICA | 1991 | 23/02/10 | MENSILE | MARCO MARCELLO LUPOI |
| PANINI HAPPY | 1994 | 11/03/10 | BIMESTRALE | MARCO MARCELLO LUPOI |
| PANINI KIDS SPECIAL | 1995 | 11/03/10 | BIMESTRALE | MARCO MARCELLO LUPOI |
| MARVEL COLLECTION | 1996 | 11/03/10 | MENSILE | MARCO MARCELLO LUPOI |
| POP'S CREA | 1999 | 01/04/10 | BIMESTRALE | IAFRATE MARCO |
| RAGAZZA MAG ! | 2000 | 21/04/10 | BIMESTRALE | IAFRATE MARCO |
| MANGA MEGA | 2003 | 24/06/10 | BIMESTRALE | MARCO MARCELLO LUPOI |
| PANINI PLAY | 2004 | 03/08/10 | BIMESTRALE | MARCO MARCELLO LUPOI |
| DISNEY PLAY | 2005 | 03/08/10 | BIMESTRALE | MARCO MARCELLO LUPOI |
| MARVEL UNIVERSE | 2006 | 03/08/10 | MENSILE | MARCO MARCELLO LUPOI |
| MANGA KISS | 2012 | 05/10/10 | BIMESTRALE | MARCO MARCELLO LUPOI |
| BLACK BUTLER | 2013 | 05/10/10 | BIMESTRALE | MARCO MARCELLO LUPOI |
| PANINI BOOM | 2014 | 05/10/10 | BIMESTRALE | MARCO MARCELLO LUPOI |
| DEADPOOL | 2015 | 05/10/10 | QUINDICINALE | MARCO MARCELLO LUPOI |
| IL GIORNALINO DEI TELETUBBIES | 2024 | 24/03/11 | BIMESTRALE | FABRIZIO MELEGARI |
| MARVEL ICON | 2028 | 30/03/11 | MENSILE | MARCO MARCELLO LUPOI |
| PANINI & SORPRESE | 2029 | 30/03/11 | mENSILE | MARCO MARCELLO LUPOI |
| MANGA BEST | 2042 | 04/04/11 | BIMESTRALE | MARCO MARCELLO LUPOI |
| MANGA CODE | 2043 | 04/10/11 | BIMESTRALE | MARCO MARCELLO LUPOI |
| MARVEL COLLECTION SPECIAL | 2044 | 04/10/11 | BIMESTRALE | MARCO MARCELLO LUPOI |
| MARVEL SPECIAL | 2045 | 04/10/11 | MENSILE | MARCO MARCELLO LUPOI |
| MANGA ONE | 2046 | 04/10/11 | BIMESTRALE | MARCO MARCELLO LUPOI |
| PLANET PINK | 2047 | 04/10/11 | BIMESTRALE | MARCO MARCELLO LUPOI |
| SPIDER-MAN UNIVERSE | 2048 | 04/10/11 | MENSILE | MARCO MARCELLO LUPOI |
| WOLVERINE E GLI X MAN | 2049 | 04/10/11 | MENSILE | MARCO MARCELLO LUPOI |
| MANGA ANGEL | 2050 | 04/10/11 | BIMESTRALE | MARCO MARCELLO LUPOI |
| MARVEL ADVENTURES | 2051 | 04/10/11 | BIMESTRALE | MARCO MARCELLO LUPOI |
| MANGA ZERO | 2052 | 04/10/11 | BIMESTRALE | MARCO MARCELLO LUPOI |
| MANGA RAINBOW | 2053 | 04/10/11 | BIMESTRALE | MARCO MARCELLO LUPOI |
| MANGA MYSTERY | 2054 | 04/10/11 | BIMESTRALE | MARCO MARCELLO LUPOI |
| I VENDICATORI | 2055 | 04/10/11 | QUINDICINALE | MARCO MARCELLO LUPOI |
| I LOVE JAPAN | 2056 | 04/10/11 | BIMESTRALE | MARCO MARCELLO LUPOI |
| DEVIL E I CAVALIERI MARVEL | 2057 | 04/10/11 | MENSILE | MARCO MARCELLO LUPOI |
| MANGA HEART | 2058 | 04/10/11 | BIMESTRALE | MARCO MARCELLO LUPOI |
| PANINI PREMIUM | 2059 | 21/10/11 | BIMESTRALE | MARCO MARCELLO LUPOI |
| MARVEL BEST SELLER | 2072 | 19/12/11 | BIMESTRALE | MARCO MARCELLO LUPOI |
| MANGA MOON | 2073 | 19/12/11 | BIMESTRALE | MARCO MARCELLO LUPOI |
| SPIDEY | 2075 | 14/02/12 | BIMESTRALE | MARCO MARCELLO LUPOI |
| MARVEL SELECT | 2076 | 14/02/12 | MENSILE | MARCO MARCELLO LUPOI |
| SAKURA | 2077 | 14/02/12 | BIMESTRALE | MARCO MARCELLO LUPOI |
| PLANES | 2078 | 14/02/12 | MENSILE | MARCO MARCELLO LUPOI |
| PLANET AI | 2086 | 17/04/12 | BIMESTRALE | MARCO MARCELLO LUPOI |
| PLANET ACTION | 2087 | 17/04/12 | MENSILE | MARCO MARCELLO LUPOI |
| GANGSTA | 2088 | 17/04/12 | BIMESTRALE | MARCO MARCELLO LUPOI |
| MANGA ADVENTURE | 2089 | 17/04/12 | BIMESTRALE | MARCO MARCELLO LUPOI |
| MANGA ROCK | 2090 | 17/04/12 | BIMESTRALE | MARCO MARCELLO LUPOI |
| MANGA LIFE | 2091 | 17/04/12 | BIMESTRALE | MARCO MARCELLO LUPOI |
| HULK E I DIFENSORI | 2092 | 17/04/12 | MENSILE | MARCO MARCELLO LUPOI |
| BLUE | 2093 | 17/04/12 | BIMESTRALE | MARCO MARCELLO LUPOI |
| POP's STORY | 2094 | 17/04/12 | TRIMESTRALE | MARCO IAFRATE |
| I LIFE | 2095 | 17/04/12 | BIMESTRALE | MARCO IAFRATE |
| ASTROLOGIA MAGAZINE | 2096 | 17/04/12 | TRIMESTRALE | MARCO IAFRATE |
| PANINI SUSPENSE | 2097 | 19/05/12 | BIMESTRALE | MARCO MARCELLO LUPOI |
| SCUOLA DI CUCINA MAGAZINE | 2098 | 19/05/12 | BIMESTRALE | MARCO IAFRATE |
| AKUMA | 2099 | 19/05/12 | BIMESTRALE | MARCO MARCELLO LUPOI |
| PANINI ACTION | 2100 | 19/05/12 | BIMESTRALE | MARCO MARCELLO LUPOI |
| MANGA FIGHT | 2103 | 06/07/12 | BIMESTRALE | MARCO MARCELLO LUPOI |
| LANTERNE ROSSE | 2105 | 17/10/12 | BIMESTRALE | MARCO MARCELLO LUPOI |
| PANINI PULP | 2106 | 17/10/12 | MENSILE | MARCO MARCELLO LUPOI |
| MANGA HERO | 2107 | 17/10/12 | BIMESTRALE | MARCO MARCELLO LUPOI |
| GLI INCREDIBILI AVENGERS | 2113 | 08/01/13 | MENSILE | MARCO MARCELLO LUPOI |
| MASTERS OF COMICS | 2114 | 08/01/13 | BIMESTRALE | MARCO MARCELLO LUPOI |
| PANINI FANTASY | 2115 | 08/01/13 | BIMESTRALE | MARCO MARCELLO LUPOI |
| I GUARDIANI DELLA GALASSIA | 2116 | 08/01/13 | QUINDICINALE | MARCO MARCELLO LUPOI |
| PANINI GO | 2117 | 08/01/13 | BIMESTRALE | MARCO MARCELLO LUPOI |
| I NUOVISSIMI X-MAN | 2118 | 08/01/13 | MENSILE | MARCO MARCELLO LUPOI |
| MANGA FICTION | 2112 | 08/01/13 | BIMESTRALE | MARCO MARCELLO LUPOI |
| LE MINI RACCOLTE PANINI | 2125 | 11/02/13 | BIMESTRALE | FABRIZIO MELEGARI |
| GERONIMO STILTON MAG | 2130 | 05/03/13 | BIMESTRALE | MARCO MARCELLO LUPOI |
| PANINI NINJA | 2127 | 05/03/13 | MENSILE | MARCO MARCELLO LUPOI |
| MARVEL TALES | 2129 | 05/03/13 | MENSILE | MARCO MARCELLO LUPOI |
| IRON MAN | 2128 | 05/03/13 | MENSILE | MARCO MARCELLO LUPOI |
| DOCTOR STANGE | 2126 | 05/03/13 | MENSILE | MARCO MARCELLO LUPOI |
| PANINI TIME | 2133 | 19/03/13 | BIMESTRALE | MARCO MARCELLO LUPOI |
| MEGA STAR WARS | 2132 | 19/03/13 | BIMESTRALE | MARCO MARCELLO LUPOI |
| ASTERIX: GLI SPECIALI | 2135 | 08/04/13 | Trimestrale | MARCO MARCELLO LUPOI |
| ASTERIX | 2134 | 08/04/13 | QUINDICINALE | MARCO MARCELLO LUPOI |
| KEN IL GUERRIERO | 2137 | 05/05/13 | MENSILE | MARCO MARCELLO LUPOI |
| SOMNIA | 2142 | 27/08/13 | BIMESTRALE | MARCO MARCELLO LUPOI |
| TOPOLINO | 2143 | 29/08/13 | Settimanale | Valentina de Poli |
| PAPERINIK (App Grade) | 2144 | 29/08/13 | Mensile | Valentina de Poli |
| I CLASSICI DISNEY | 2145 | 29/08/13 | Mensile | Valentina de Poli |
| TOPOSTORIE DISNEY | 2146 | 29/08/13 | Mensile | Valentina de Poli |

| | | | | |
|---|---|---|---|---|
| PRINCIPESSE | 2147 | 29/08/13 | Mensile | Marco M. Lupoi |
| STORIE DELLA NOTTE | 2148 | 29/08/13 | Mensile | Marco M. Lupoi |
| DISNEY JUNIOR | 2149 | 29/08/13 | Mensile | Marco M. Lupoi |
| VIOLETTA | 2150 | 29/08/13 | Mensile | Marco M. Lupoi |
| I GRANDI CLASSICI DISNEY | 2151 | 02/09/13 | Mensile | Valentina de Poli |
| PAPERINO | 2152 | 02/09/13 | Mensile | Valentina de Poli |
| DISNEY BIG | 2153 | 02/09/13 | Mensile | Valentina de Poli |
| POCKET LOVE | 2154 | 02/09/13 | Bimestrale | Valentina de Poli |
| I MIGLIORI ANNI DISNEY | 2155 | 02/09/13 | Bimestrale | Valentina de Poli |
| ENIGMISTICA di TOPOLINO | 2156 | 02/09/13 | Bimestrale | Valentina de Poli |
| SPECIALE DISNEY | 2157 | 02/09/13 | Trimestrale | Valentina de Poli |
| TUTTO DISNEY | 2158 | 02/09/13 | Bimestrale | Valentina de Poli |
| DISNEY TIME | 2159 | 02/09/13 | Bimestrale | Valentina de Poli |
| SUPER DISNEY | 2160 | 02/09/13 | Trimestrale | Valentina de Poli |
| PIU' DISNEY | 2161 | 02/09/13 | Quadrimestrale | Valentina de Poli |
| DISNEY FUN | 2162 | 02/09/13 | 5 uscite annuali | Marco M. Lupoi |
| CARS COLOR MAGIC PEN | 2163 | 02/09/13 | Bimestrale | Marco M. Lupoi |
| COLORA CUCCIOLI | 2164 | 02/09/13 | Bimestrale | Marco M. Lupoi |
| PRINCIPESSE COLOR | 2165 | 02/09/13 | Bimestrale | Marco M. Lupoi |
| DISNEY MULTICOLOR | 2166 | 02/09/13 | Mensile | Marco M. Lupoi |
| DISNEY TUTTO STICKERS | 2167 | 02/09/13 | Bimestrale | Marco M. Lupoi |
| DISNEY EXTRA COLOR | 2168 | 02/09/13 | Bimestrale | Marco M. Lupoi |
| DISNEY MAGIC | 2169 | 02/09/13 | Trimestrale | Marco M. Lupoi |
| ARTATTACK | 2170 | 02/09/13 | Mensile | Marco M. Lupoi |
| DISNEY PUNTO CROCE | 2171 | 02/09/13 | Trimestrale | Marco M. Lupoi |
| PIXAR FUN - CARS MAGAZINE | 2172 | 02/09/13 | Mensile | Marco M. Lupoi |
| DISNEY COLOR | 2173 | 02/09/13 | BIMESTRALE | Marco M. Lupoi |
| CLASSICI A FUMETTI | 2174 | 02/09/13 | Trimestrale | Marco M. Lupoi |
| DISNEY FANTASY | 2175 | 02/09/13 | Trimestrale | Marco M. Lupoi |
| DISNEY SMILE | 2176 | 02/09/13 | Mensile | Marco M. Lupoi |
| TOPO GOAL | 2177 | 02/09/13 | Mensile | Valentina de Poli |
| SPIDER-MAN E I SUOI FANTASTICI AMICI | 2178 | 02/09/13 | Mensile | Marco M. Lupoi |
| GRANDI AVVENTURE PANINI | 2180 | 30/09/13 | Mensile | Marco M. Lupoi |
| MANGA SHOCK | 2186 | 11/11/13 | BIMESTRALE | Marco M. Lupoi |
| AVENGERS DELUXE PRESENTA | 2187 | 11/11/13 | BIMESTRALE | Marco M. Lupoi |
| YUME | 2188 | 11/11/13 | BIMESTRALE | Marco M. Lupoi |
| PANINI COMICS BEST SELLER | 2189 | 11/11/13 | BIMESTRALE | Marco M. Lupoi |
| ARASHI | 2190 | 11/11/13 | BIMESTRALE | Marco M. Lupoi |
| A COME IGNORANZA | 2191 | 11/11/13 | BIMESTRALE | Marco M. Lupoi |
| UACK ! | 2199 | 02/02/13 | MENSILE | Valentina de Poli |
| CIPACIOP MAGAZINE | 5/14 | 21/02/14 | MENSILE | Malagari Fabrizio |
| SOFIA, LA PRINCIPESSA | 6/14 | 21/02/14 | MENSILE | Marco M. Lupoi |
| REAL LIFE | 7/14 | 10/03/14 | BIMESTRALE | Marco M. Lupoi |
| PANINI COLORS | 8/14 | 24/03/14 | BIMESTRALE | Marco M. Lupoi |
| LEGO BATMAN | 9/14 | 24/03/14 | Mensile | Marco M. Lupoi |
| GIOCA E CREA | 10/14 | 15/04/14 | BIMESTRALE | Marco M. Lupoi |
| IL RAGAZZO INVISIBILE | 13/14 | 14/04/14 | BIMESTRALE | Marco M. Lupoi |
| LA PRINCIPESSA CADAVERE | 14/14 | 14/04/14 | BIMESTRALE | Marco M. Lupoi |
| SENKI | 15/14 | 14/04/14 | BIMESTRALE | Marco M. Lupoi |
| PURPLE | 16/14 | 14/04/14 | BIMESTRALE | Marco M. Lupoi |
| MANGA LAND | 17/14 | 14/04/14 | BIMESTRALE | Marco M. Lupoi |
| KODAMA | 18/14 | 14/04/14 | BIMESTRALE | Marco M. Lupoi |
| FOREVER MANGA | 19/14 | 14/04/14 | BIMESTRALE | Marco M. Lupoi |
| DISNEY PLANET | 20/14 | 14/04/14 | BIMESTRALE | Marco M. Lupoi |
| DISNEY DEFINITIVE COLLECTION | 22/14 | 24/07/14 | BIMESTRALE | Valentina de Poli |
| DISNEY LEGENDARY COLLECTION | 23/14 | 07/08/14 | BIMESTRALE | Valentina de Poli |
| PK GIANT | 24/14 | 07/08/14 | MENSILE | Valentina de Poli |
| TOPOLINO LIMITED DE LUXE EDITION | 25/14 | 07/08/14 | TRIMESTRALE | Valentina de Poli |
| GUARDIANI DELLA GALASSIA PRESENTA | 26/14 | 01/09/14 | BIMESTRALE | Marco M. Lupoi |
| PANINI STARS | 30/14 | 19/09/14 | BIMESTRALE | Marco M. Lupoi |
| PANINI KNIGHTS | 31/14 | 19/09/14 | BIMESTRALE | Marco M. Lupoi |
| PANINI MAGIC | 32/14 | 19/09/14 | BIMESTRALE | Marco M. Lupoi |
| PANINI FRIENDS | 33/14 | 19/09/14 | Trimestrale | Marco M. Lupoi |
| PANINI BLOCKS | 34/14 | 19/09/14 | BIMESTRALE | Marco M. Lupoi |
| PANINI SPACE | 35/14 | 19/09/14 | BIMESTRALE | Marco M. Lupoi |
| PANINI LEGENDS | 36/14 | 19/09/14 | MENSILE | Marco M. Lupoi |
| PANINI TV | 37/14 | 19/09/14 | MENSILE | Marco M. Lupoi |
| MANGA RUN | 41/14 | 10/12/14 | BIMESTRALE | Marco M. Lupoi |
| FIRE | 42/14 | 22/12/14 | BIMESTRALE | Marco M. Lupoi |
| RED | 43/14 | 22/02/14 | BIMESTRALE | Marco M. Lupoi |
| POWERS | 44/14 | 22/02/14 | MENSILE | Marco M. Lupoi |
| STAR WARS | 1/15 | 07/07/05 | MENSILE | Marco M. Lupoi |
| PANINI DARK | 2/15 | 07/07/05 | MENSILE | Marco M. Lupoi |
| CINQUE ALLEGRI RAGAZZI MORTI | 3/15 | 07/07/05 | MENSILE | Marco M. Lupoi |
| S.H.I.E.L.D. | 4/15 | 07/07/05 | MENSILE | Marco M. Lupoi |
| GLAM | 6/15 | 09/04/15 | MENSILE | Marco M. Lupoi |
| DISNEY CINESTORY COMIC SERIE ORO | 14/15 | 03/08/15 | BIMESTRALE | Valentina de Poli |
| DISNEY CINESTORY COMIC | 15/15 | 03/08/15 | BIMESTRALE | Valentina de Poli |
| DISNEY FROZEN MAGAZINE | 16/15 | 03/08/15 | MENSILE | Marco M. Lupoi |
| DISNEY OMNIBUS | 17/15 | 03/08/15 | Quadrimestrale | Valentina de Poli |
| GANTZ NUOVA EDIZIONE | 19/15 | 28/09/15 | MENSILE | Marco M. Lupoi |
| DISNEY PIXAR MOVIECOMICS COLLECTION | 27 | 07/12/2015 | BIMESTRALE | Valentina de Poli |
| PANINI TECH | 28 | 07/12/2015 | TRIMESTRALE | Marco M. Lupoi |
| PANINI GIRLS | 29 | 07/12/2015 | BIMESTRALE | Marco M. Lupoi |
| DISNEY MOVIECOMICS COLLECTION | 30 | 07/12/2015 | TRIMESTRALE | Valentina de Poli |
| SUPER PANINI | 31 | 07/12/2015 | BIMESTRALE | Marco M. Lupoi |
| MARVEL CULT | 32 | 07/12/2015 | MENSILE | Marco M. Lupoi |
| PANINI | 33 | 07/12/2015 | MENSILE | Marco M. Lupoi |
| MARVEL GALAXY | 34 | 07/12/2015 | BIMESTRALE | Marco M. Lupoi |
| MARVEL GIOCA & COLORA | 35 | 07/12/2015 | BIMESTRALE | Marco M. Lupoi |
| LUPIN | 2 | 25/01/2016 | MENSILE | Marco M. Lupoi |
| TESORI INTERNATIONAL | 3 | 11/02/2016 | BIMESTRALE | Valentina de Poli |
| INCUBO | 4 | 10/03/2016 | BIMESTRALE | Marco M. Lupoi |
| DISNEY SPLASH | 5 | 22/03/2016 | MENSILE | Marco M. Lupoi |
| LITTLE CHARMERS MAG | 6 | 06/05/2016 | BIMESTRALE | Marco M. Lupoi |
| YO-KAI WATCH MAG | 7 | 20/04/2016 | BIMESTRALE | Marco M. Lupoi |
| DISNEY HAPPY | 8 | 12/05/2016 | TRIMESTRALE | Valentina de Poli |
| MONSTER | 10 | 20/07/2016 | MENSILE | Marco M. Lupoi |
| GIOCO! | 12 | 20/07/2016 | MENSILE | Marco M. Lupoi |
| NARUTO COLOR | 11 | 29/07/2016 | QUINDICINALE | Marco M. Lupoi |
| TOPOLINO SUPER DELUXE EDITION | 14 | 28/07/2016 | QUADRIMESTRALE | Valentina de Poli |

MARCA DA BOLLO €16,00

| TITOLO TESTATA | NUMERO REGISTRAZIONE | DATA REGISTRAZIONE | PERIODICITA' | DIRETTORE RESPONSABILE | TRIBUNALE |
|---|---|---|---|---|---|
| DISNEY PIXAR MOVIECOMICS COLLECTION | 27 | 07/12/2015 | BIMESTRALE | Valentina de Poli | MODENA |
| PANINI TECH | 28 | 07/12/2015 | TRIMESTRALE | Marco M. Lupoi | MODENA |
| PANINI GIRLS | 29 | 07/12/2015 | BIMESTRALE | Marco M. Lupoi | MODENA |
| DISNEY MOVIECOMICS COLLECTION | 30 | 07/12/2015 | TRIMESTRALE | Valentina de Poli | MODENA |
| SUPER PANINI | 31 | 07/12/2015 | BIMESTRALE | Marco M. Lupoi | MODENA |
| MARVEL CULT | 32 | 07/12/2015 | BIMESTRALE | Marco M. Lupoi | MODENA |
| INUMANI | 33 | 07/12/2015 | MENSILE | Marco M. Lupoi | MODENA |
| MARVEL GALAXY | 34 | 07/12/2015 | BIMESTRALE | Marco M. Lupoi | MODENA |
| MARVEL GIOCA & COLORA | 35 | 07/12/2015 | BIMESTRALE | Marco M. Lupoi | MODENA |

Ministero dell'Economia e delle Finanze MARCA DA BOLLO €16,00 SEDICI/00
18/11/2016 13:31:26
IDENTIFICATIVO : 01151915825985

Ministero dell'Economia e delle Finanze MARCA DA BOLLO €16,00 SEDICI/00
18/11/2016 13:34:05
IDENTIFICATIVO : 01151915825825

Ministero dell'Economia e delle Finanze MARCA DA BOLLO €16,00 SEDICI/00
18/11/2016 13:34:08
IDENTIFICATIVO : 01151915825814

Ministero dell'Economia e delle Finanze MARCA DA BOLLO €16,00 SEDICI/00
18/11/2016 13:24:14
IDENTIFICATIVO : 01151915825801

| | | | | | |
|---|---|---|---|---|---|
| INCREDIBILI X-MEN | 1279 | 11/05/1996 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| FANTASTICI QUATTRO | 1280 | 11/05/1996 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| X-MEN DELUXE | 1281 | 11/05/1996 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| WOLVERINE | 1282 | 11/05/1996 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| NANA COLLECTION | 1283 | 11/05/1996 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| BLEACH | 1284 | 11/05/1996 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| PANINI COMICS MEGA | 1285 | 11/05/1996 | BIMESTRALE | MARCO MARCELLO LUPOI | MODENA |
| MONDO PANINI | 1286 | 11/05/1996 | BIMESTRALE | MARCO MARCELLO LUPOI | MODENA |
| MANGA TOP | 1287 | 11/05/1996 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| FRIENDS FOREVER | 1288 | 11/05/1996 | BIMESTRALE | MARCO MARCELLO LUPOI | MODENA |
| KEN IL GUERRIERO | 1289 | 11/05/1996 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| SPAWN | 1290 | 11/05/1996 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| ULTIMATE COMICS SPIDER-MAN | 1291 | 11/05/1996 | BIMESTRALE | MARCO MARCELLO LUPOI | MODENA |
| MARVEL MINISERIE | 1292 | 11/05/1996 | BIMESTRALE | MARCO MARCELLO LUPOI | MODENA |
| MARVEL MEGA | 1293 | 11/05/1996 | BIMESTRALE | MARCO MARCELLO LUPOI | MODENA |
| BERSERK | 1294 | 11/05/1996 | TRIMESTRALE | MARCO MARCELLO LUPOI | MODENA |
| SPIDER-MAN | 1295 | 11/05/1996 | QUINDICINALE | MARCO MARCELLO LUPOI | MODENA |
| MARVEL CROSSOVER | 1296 | 11/05/1996 | BIMESTRALE | MARCO MARCELLO LUPOI | MODENA |
| MANGA LEGEND | 1297 | 13/05/1996 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| MARVEL WORLD | 1298 | 13/05/1996 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| IRON MAN & I POTENTI | 1299 | 13/05/1996 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| THOR | 1300 | 13/05/1996 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| MARVEL MIX | 1301 | 13/05/1996 | BIMESTRALE | MARCO MARCELLO LUPOI | MODENA |
| PARTY TIME | 1302 | 09/01/2008 | BIMESTRALE | MARCO MARCELLO LUPOI | MODENA |
| CULT COMICS | 1303 | 13/05/1996 | BIMESTRALE | MARCO MARCELLO LUPOI | MODENA |
| MARVEL SAGA | 1304 | 13/05/1996 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| NIRVANA | 1305 | 13/05/1996 | BIMESTRALE | MARCO MARCELLO LUPOI | MODENA |
| MANGA DREAM | 1306 | 13/05/1996 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| PLANET MANGA | 1307 | 13/05/1996 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| CAPOLAVORI MANGA | 1308 | 13/05/1996 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| ALITA COLLECTION | 1309 | 13/05/1996 | BIMESTRALE | MARCO MARCELLO LUPOI | MODENA |
| COLLANA JAPAN | 1310 | 13/05/1996 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| MANGA STORIE NUOVA SERIE | 1311 | 13/05/1996 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| L'INCREDIBILE HULK | 1312 | 13/05/1996 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| SPECIAL EVENTS | 1406 | 21/10/1997 | BIMESTRALE | MARCO MARCELLO LUPOI | MODENA |
| A.D. | 1483 | 30/08/1999 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| MANGA SUPERSTAR | 1491 | 04/10/1999 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| MANGA SUN | 1492 | 04/10/1999 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| COLLANA PLANET | 1493 | 04/10/1999 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| SKET DANCE | 1494 | 04/10/1999 | MENSILE | MARCO MARCELLO LUPOI | MODENA |

| | | | | | |
|---|---|---|---|---|---|
| MILLE EMOZIONI | 1500 | 06/12/1999 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| PLANET MANGA PRESENTA | 1501 | 06/12/1999 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| ULTIMATES COMICS AVENGER | 1502 | 06/12/1999 | BIMESTRALE | MARCO MARCELLO LUPOI | MODENA |
| MANGA GRAPHIC NOVEL | 1503 | 06/12/1999 | BIMESTRALE | MARCO MARCELLO LUPOI | MODENA |
| ANGEL HEART | 1504 | 06/12/1999 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| VAGABOND | 1505 | 06/12/1999 | BIMESTRALE | MARCO MARCELLO LUPOI | MODENA |
| MANGA UNIVERSE | 1506 | 06/12/1999 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| NARUTO IL MITO | 1516 | 28/02/2000 | QUINDICINALE | MARCO MARCELLO LUPOI | MODENA |
| BERSERK COLLECTION | 1517 | 28/02/2000 | BIMESTRALE | MARCO MARCELLO LUPOI | MODENA |
| COMICS U.S.A | 1518 | 28/02/2000 | BIMESTRALE | MARCO MARCELLO LUPOI | MODENA |
| MANGA LOVE | 1530 | 13/04/2000 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| BLEACH GOLD | 1531 | 13/04/2000 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| DAVID MURPHY 911 | 1555 | 11/06/2007 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| MANGA MIX | 1596 | 28/08/2001 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| MAXIMUM BERSERK | 1597 | 28/08/2001 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| VAMPIRE KNIGHT DELUXE | 1598 | 28/08/2001 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| TUTTO RAT-MAN | 1619 | 10/01/2002 | BIMESTRALE | MARCO MARCELLO LUPOI | MODENA |
| HUNTER X HUNTER | 1620 | 10/01/2002 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| RAT MAN COLLECTION | 1814 | 20/07/2006 | BIMESTRALE | MARCO MARCELLO LUPOI | MODENA |
| MANGA BLADE | 1837 | 20/03/2007 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| PANINI COMICS MIX | 1838 | 20/03/2007 | BIMESTRALE | MARCO MARCELLO LUPOI | MODENA |
| NARUTO GOLD | 1864 | 28/01/2008 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| EXTRA TIME | 1861 | 28/01/2008 | BIMESTRALE | MARCO MARCELLO LUPOI | MODENA |
| GENERATION MANGA | 1863 | 28/01/2008 | BIMESTRALE | MARCO MARCELLO LUPOI | MODENA |
| PLANET FANTASY | 1862 | 28/01/2008 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| GRANDI OPERE | 1961 | 24/06/2009 | SETTIMANALE | MARCO MARCELLO LUPOI | MODENA |
| MANGA EXTRA | 1978 | 03/12/2009 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| TARTARUGHE NINJA | 1980 | 03/12/2009 | BIMESTRALE | MARCO MARCELLO LUPOI | MODENA |
| MANGA SAGA | 1979 | 03/12/2009 | ANNUALE | MARCO MARCELLO LUPOI | MODENA |
| PANINI KIDS | 1988 | 23/02/2010 | BIMESTRALE | MARCO MARCELLO LUPOI | MODENA |
| SHAMO | 1986 | 23/02/2010 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| PANINI FUN | 1990 | 23/02/2010 | BIMESTRALE | MARCO MARCELLO LUPOI | MODENA |
| CAPITAN AMERICA | 1991 | 23/02/2010 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| HELLO KITTY | 1989 | 23/02/2010 | BIMESTRALE | MARCO MARCELLO LUPOI | MODENA |
| PANINI HAPPY | 1994 | 11/03/2010 | BIMESTRALE | MARCO MARCELLO LUPOI | MODENA |
| PANINI KIDS SPECIAL | 1995 | 11/03/2010 | BIMESTRALE | MARCO MARCELLO LUPOI | MODENA |
| MARVEL COLLECTION | 1996 | 11/03/2010 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| MANGA MEGA | 2003 | 24/06/2010 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| PANINI PLAY | 2004 | 03-ago-10 | BIMESTRALE | MARCO MARCELLO LUPOI | MODENA |
| ULTIMATE COMICS | 2005 | 03-ago-10 | BIMESTRALE | MARCO MARCELLO LUPOI | MODENA |

| | | | | | |
|---|---|---|---|---|---|
| MARVEL UNIVERSE | 2006 | 03-ago-10 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| MANGA KISS | 2012 | 05-ott-10 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| BLACK BUTLER | 2013 | 05-ott-10 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| PANINI BOOM | 2014 | 05-ott-10 | BIMESTRALE | MARCO MARCELLO LUPOI | MODENA |
| DEADPOOL | 2015 | 05-ott-10 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| MARVEL ICON | 2028 | 30-mar-11 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| PANINI & SORPRESE | 2029 | 30-mar-11 | BIMESTRALE | MARCO MARCELLO LUPOI | MODENA |
| MARVEL ADVENTURES | 2051 | 04-ott-11 | BIMESTRALE | MARCO MARCELLO LUPOI | MODENA |
| MANGA ZERO | 2052 | 04-ott-11 | BIMESTRALE | MARCO MARCELLO LUPOI | MODENA |
| MANGA RAINBOW | 2053 | 04-ott-11 | BIMESTRALE | MARCO MARCELLO LUPOI | MODENA |
| MANGA MYSTERY | 2054 | 04-ott-11 | BIMESTRALE | MARCO MARCELLO LUPOI | MODENA |
| MANGA HEART | 2058 | 04-ott-11 | BIMESTRALE | MARCO MARCELLO LUPOI | MODENA |
| DEVIL E I CAVALIERI MARVEL | 2057 | 04-ott-11 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| I LOVE JAPAN | 2056 | 04-ott-11 | BIMESTRALE | MARCO MARCELLO LUPOI | MODENA |
| I VENDICATORI | 2055 | 04-ott-11 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| MANGA ANGEL | 2050 | 04-ott-11 | BIMESTRALE | MARCO MARCELLO LUPOI | MODENA |
| WOLVERINE E GLI X MAN | 2049 | 04-ott-11 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| SPIDER-MAN UNIVERSE | 2048 | 04-ott-11 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| PLANET PINK | 2047 | 04-ott-11 | BIMESTRALE | MARCO MARCELLO LUPOI | MODENA |
| MANGA ONE | 2046 | 04-ott-11 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| MARVEL SPECIAL | 2045 | 04-ott-11 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| MARVEL COLLECTION SPECIAL | 2044 | 04-ott-11 | BIMESTRALE | MARCO MARCELLO LUPOI | MODENA |
| MANGA CODE | 2043 | 04-ott-11 | BIMESTRALE | MARCO MARCELLO LUPOI | MODENA |
| MANGA BEST | 2042 | 04-ott-11 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| PANINI PREMIUM | 2059 | 21-ott-11 | BIMESTRALE | MARCO MARCELLO LUPOI | MODENA |
| MANGA MOON | 2073 | 19-dic-11 | BIMESTRALE | MARCO MARCELLO LUPOI | MODENA |
| MARVEL BEST SELLER | 2072 | 19-dic-11 | BIMESTRALE | MARCO MARCELLO LUPOI | MODENA |
| YUME | 2075 | 14-feb-12 | BIMESTRALE | MARCO MARCELLO LUPOI | MODENA |
| MARVEL SELECT | 2076 | 14-feb-12 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| SAKURA | 2077 | 14-feb-12 | BIMESTRALE | MARCO MARCELLO LUPOI | MODENA |
| ARASHI | 2078 | 14-feb-12 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| MANGA SHOCK | 1248 | 17-apr-12 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| HULK E I DIFENSORI | 1247 | 17-apr-12 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| MANGA LIFE | 1246 | 17-apr-12 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| MANGA GIANTS | 1245 | 17-apr-12 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| MANGA ADVENTURE | 1244 | 17-apr-12 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| TIGER MASK | 1243 | 17-apr-12 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| PLANET ACTION | 1242 | 17-apr-12 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| PLANET AI | 1241 | 17-apr-12 | BIMESTRALE | MARCO MARCELLO LUPOI | MODENA |
| PANINI SUSPENSE | 2097 | 19-mag-12 | BIMESTRALE | MARCO MARCELLO LUPOI | MODENA |

| | | | | | |
|---|---|---|---|---|---|
| AKUMA | 2099 | 19-mag-12 | BIMESTRALE | MARCO MARCELLO LUPOI | MODENA |
| PANINI ACTION | 2100 | 19-mag-12 | BIMESTRALE | MARCO MARCELLO LUPOI | MODENA |
| MANGA FIGHT | 2103 | 06-lug-12 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| PANINI PULP | 2106 | 17-ott-12 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| LANTERNE ROSSE | 2105 | 17-ott-12 | BIMESTRALE | MARCO MARCELLO LUPOI | MODENA |
| MANGA HERO | 2107 | 17-ott-12 | BIMESTRALE | MARCO MARCELLO LUPOI | MODENA |
| GLI INCREDIBILI AVENGERS | 2113 | 08-gen-13 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| MASTERS OF COMICS | 2114 | 08-gen-13 | BIMESTRALE | MARCO MARCELLO LUPOI | MODENA |
| PANINI FANTASY | 2115 | 08-gen-13 | BIMESTRALE | MARCO MARCELLO LUPOI | MODENA |
| I GUARDIANI DELLA GALASSIA | 2116 | 08-gen-13 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| MAGICO VENTO DELUXE | 2117 | 08-gen-13 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| I NUOVISSIMI X-MAN | 2118 | 08-gen-13 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| KEN LA LEGGENDA | 2112 | 08-gen-13 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| ULTIMATE SPIDER-MAN & AVENGERS | 2130 | 05-mar-13 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| PANINI NINJA | 2127 | 05-mar-13 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| MARVEL TALES | 2129 | 05-mar-13 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| IRON MAN | 2128 | 05-mar-13 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| MAX BEST SELLER | 2126 | 05-mar-13 | QUATTORDICINALE | MARCO MARCELLO LUPOI | MODENA |
| PANINI TIME | 2133 | 19-mar-13 | BIMESTRALE | MARCO MARCELLO LUPOI | MODENA |
| PANINI CARTOON | 2132 | 19-mar-13 | BIMESTRALE | MARCO MARCELLO LUPOI | MODENA |
| KEN IL GUERRIERO | 2137 | 05/05/2013 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| SOMNIA | 2142 | 27/08/2013 | BIMESTRALE | MARCO MARCELLO LUPOI | MODENA |
| PRINCIPESSE | 2147 | 29/08/2013 | Mensile | Marco M. Lupoi | MODENA |
| WINNIE THE POOH | 2148 | 29/08/2013 | Mensile | Marco M. Lupoi | MODENA |
| DISNEY JUNIOR | 2149 | 29/08/2013 | Mensile | Marco M. Lupoi | MODENA |
| VIOLETTA | 2150 | 29/08/2013 | Mensile | Marco M. Lupoi | MODENA |
| DISNEY FUN | 2162 | 02/09/2013 | 5 uscite annuali | Marco M. Lupoi | MODENA |
| CARS COLOR MAGIC PEN | 2163 | 02/09/2013 | Bimestrale | Marco M. Lupoi | MODENA |
| WINNIE COLOR | 2164 | 02/09/2013 | Bimestrale | Marco M. Lupoi | MODENA |
| PRINCIPESSE COLOR | 2165 | 02/09/2013 | Bimestrale | Marco M. Lupoi | MODENA |
| DISNEY JUNIOR COLOR | 2166 | 02/09/2013 | Bimestrale | Marco M. Lupoi | MODENA |
| DISNEY TUTTO STICKERS | 2167 | 02/09/2013 | Bimestrale | Marco M. Lupoi | MODENA |
| TRILLI COLOR | 2168 | 02/09/2013 | Bimestrale | Marco M. Lupoi | MODENA |
| DISNEY MAGIC | 2169 | 02/09/2013 | Trimestrale | Marco M. Lupoi | MODENA |
| ARTATTACK | 2170 | 02/09/2013 | Mensile | Marco M. Lupoi | MODENA |
| DISNEY PUNTO CROCE | 2171 | 02/09/2013 | Bimestrale | Marco M. Lupoi | MODENA |
| PIXAR FUN - CARS MAGAZINE | 2172 | 02/09/2013 | Mensile | Marco M. Lupoi | MODENA |
| DISNEY COLOR | 2173 | 02/09/2013 | Quadrimestrale | Marco M. Lupoi | MODENA |
| CLASSICI A FUMETTI | 2174 | 02/09/2013 | Trimestrale | Marco M. Lupoi | MODENA |
| DISNEY FANTASY | 2175 | 02/09/2013 | Trimestrale | Marco M. Lupoi | MODENA |

| | | | | | |
|---|---|---|---|---|---|
| DISNEY SMILE | 2176 | 02/09/2013 | Bimestrale | Marco M. Lupoi | MODENA |
| SPIDER-MAN E I SUOI FANTASTICI AMICI | 2178 | 02/09/2013 | Mensile | Marco M. Lupoi | MODENA |
| GRANDI AVVENTURE PANINI | | | Mensile | Marco M. Lupoi | MODENA |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| SOMNIA | 2142 | 27/08/2013 | BIMESTRALE | MARCO MARCELLO LUPOI | MODENA |
| GRANDI AVVENTURE PANINI | | | Mensile | Marco M. Lupoi | MODENA |

Ministero dell'Economia e delle Finanze MARCA DA BOLLO €16,00 SEDICI/00

Ministero dell'Economia e delle Finanze MARCA DA BOLLO €16,00 SEDICI/00

Ministero dell'Economia e delle Finanze — MARCA DA BOLLO €16,00 SEDICI/00 — 18/11/2016 13:33:50

Ministero dell'Economia e delle Finanze — MARCA DA BOLLO €16,00 SEDICI/00 — 18/11/2016 13:33:55

Ministero dell'Economia e delle Finanze — MARCA DA BOLLO €16,00 SEDICI/00 — 18/11/2016 13:34:00

| Testata | Numero Registrazione Tribunale di Modena | data registrazione | Periodicità | Direttore Responsabile |
|---|---|---|---|---|
| TOPOLINO | 2143 | 29/08/2013 | Settimanale | Valentina de Poli |
| PAPERINIK (App-Grade) | 2144 | 29/08/2013 | Mensile | Valentina de Poli |
| I CLASSICI DISNEY | 2145 | 29/08/2013 | Mensile | Valentina de Poli |
| DISNEY COMIX | 2146 | 29/08/2013 | Mensile | Valentina de Poli |
| PRINCIPESSE | 2147 | 29/08/2013 | Mensile | Marco M. Lupoi |
| WINNIE THE POOH | 2148 | 29/08/2013 | Mensile | Marco M. Lupoi |
| DISNEY JUNIOR | 2149 | 29/08/2013 | Mensile | Marco M. Lupoi |
| VIOLETTA | 2150 | 29/08/2013 | Mensile | Marco M. Lupoi |
| I GRANDI CLASSICI DISNEY | 2151 | 02/09/2013 | Mensile | Valentina de Poli |
| PAPERINO | 2152 | 02/09/2013 | Mensile | Valentina de Poli |
| DISNEY BIG | 2153 | 02/09/2013 | Mensile | Valentina de Poli |
| POCKET LOVE | 2154 | 02/09/2013 | Bimestrale | Valentina de Poli |
| DISNEY ANNI D'ORO | 2155 | 02/09/2013 | Bimestrale | Valentina de Poli |
| ENIGMISTICA di TOPOLINO | 2156 | 02/09/2013 | Bimestrale | Valentina de Poli |
| SPECIALE DISNEY | 2157 | 02/09/2013 | Trimestrale | Valentina de Poli |
| TUTTO DISNEY | 2158 | 02/09/2013 | Bimestrale | Valentina de Poli |
| DISNEY TIME | 2159 | 02/09/2013 | Bimestrale | Valentina de Poli |
| SUPER DISNEY | 2160 | 02/09/2013 | Trimestrale | Valentina de Poli |
| PIU' DISNEY | 2161 | 02/09/2013 | Quadrimestrale | Valentina de Poli |
| DISNEY FUN | 2162 | 02/09/2013 | 5 uscite annuali | Marco M. Lupoi |
| CARS COLOR MAGIC PEN | 2163 | 02/09/2013 | Bimestrale | Marco M. Lupoi |
| WINNIE COLOR | 2164 | 02/09/2013 | Bimestrale | Marco M. Lupoi |
| PRINCIPESSE COLOR | 2165 | 02/09/2013 | Bimestrale | Marco M. Lupoi |
| DISNEY JUNIOR COLOR | 2166 | 02/09/2013 | Bimestrale | Marco M. Lupoi |
| DISNEY TUTTO STICKERS | 2167 | 02/09/2013 | Bimestrale | Marco M. Lupoi |
| TRILLI COLOR | 2168 | 02/09/2013 | Bimestrale | Marco M. Lupoi |
| DISNEY MAGIC | 2169 | 02/09/2013 | Trimestrale | Marco M. Lupoi |
| ARTATTACK | 2170 | 02/09/2013 | Mensile | Marco M. Lupoi |
| DISNEY PUNTO CROCE | 2171 | 02/09/2013 | Bimestrale | Marco M. Lupoi |
| PIXAR FUN - CARS MAGAZINE | 2172 | 02/09/2013 | Mensile | Marco M. Lupoi |
| DISNEY COLOR | 2173 | 02/09/2013 | Quadrimestrale | Marco M. Lupoi |
| CLASSICI A FUMETTI | 2174 | 02/09/2013 | Trimestrale | Marco M. Lupoi |
| DISNEY FANTASY | 2175 | 02/09/2013 | Trimestrale | Marco M. Lupoi |
| DISNEY SMILE | 2176 | 02/09/2013 | Bimestrale | Marco M. Lupoi |
| TOPO GOAL | 2177 | 02/09/2013 | Mensile | Valentina de Poli |
| SPIDER-MAN E I SUOI FANTASTICI AMICI | 2178 | 02/09/2013 | Mensile | Marco M. Lupoi |
| PLANETS | 2078 | 14/02/2012 | Mensile | Marco M. Lupoi |

| PARTECIPAZIONI | CAPITALE SOCIALE | QUOTA PARTECIPAZIONE |
|---|---|---|
| Digitalsoccer Project Srl<br>Via C. Golgi, 5/7<br>25064 Mandolossa Gussago (Brescia) | €70.000 | 100% |
| Panini Espana S.A.<br>Carrer Vallespi 20<br>Torroella de Montgri Girona<br>Spagna | €120.200 | 0,05% |
| Panini Nederland Bv<br>Kamer van Koophandel Gooi-en Eemland<br>Bussum – Holland | €450.000 | 100% |
| Panini Chile S.A.<br>Calle Emilio Vaisse n.044<br>Nunuoa Santiago de Cile | Clp 100.063 | 99,90% |
| Panini France S.A.<br>Nice La Plaine<br>Avenue Emmanuel Pontremoli<br>Bâtiment C2, 4ème étage<br>06200 NICE<br>France | €1.524.490 | 0,1% |
| Panini Brasil S/A<br>PANINI BRASIL S/A<br>Centro Empresarial Tambore<br>Alameda Calapós, 425<br>Barueri - SP - 06460-110 | R$ 19.350.424 | 0,01% |
| Panini Ireland Ltd<br>Stradbrook House<br>Blackrock<br>Co. Dublin<br>Ireland A94 X9A2 | € 12.700 | 99,99% |
| EDITORIAL PANINI MEXICO SA de CV<br>Calle Isaac Newton, No. 289 4 Piso<br>Colonia Chapultepec Morales (Polanco)<br>Delegacion Miguel Hidalgo<br>C.P. 11570, Mexico DF | Pesos 50.000 | 99,00% |
| Panini Suisse AG<br>Stoeggstrasse 23<br>8832 WOLLERAU<br>SCHWEIZ | chf 100.000 | 97,00% |
| IZDATELSTVO PANINI RUS<br>Limited Liability Company<br>Vyatskaya str. 49 Build 1<br>127015 Moscow<br>Russia | rubli 5.000.000 | 99,00% |
| PANINI MILANO SRL<br>sede Milano<br>Via Lampedusa 13/C<br>20141 MILANO | € 10.000 | 100% |
| ABLE BROOK LIMITED<br>Room 1-3, 10/F., Kwan Chart Tower, 6<br>Wanchai, Hong | HK$ 10.000,00 | 87,50% |
| SHRIMP SRL<br>Via Santo Stefano n. 71<br>Bologna | € 10.000 | 100% |
| PANINI MEDYA YAYINCILIK VE TICARET A.S.<br>Inonu Cad. Turaboglu Sok. No:4<br>Hamdiye Yazgan Is Merkezi<br>Kat:3 D:4<br>Kozyatagi Kadikoy – Istanbul | YTL 100.000 | 99,95% |

| Dominio | Registrant |
|---|---|
| abbonamentipanini.it | Panini s.p.a. |
| adrenalynfifa.com | Panini s.p.a. |
| adrenalynfifa365.com | Panini s.p.a. |
| adrenalynfutebol.com | Panini s.p.a. |
| adrenalynliga.es | Panini s.p.a. |
| adrenalynligabbva.es | Panini s.p.a. |
| adrenalynpf365.com | Panini s.p.a. |
| ADRENALYN-XL.COM | Panini s.p.a. |
| ALMANACCOPANINI.COM | Panini s.p.a. |
| almanaccopanini.it | Panini s.p.a. |
| amicicucciolotti.de | Panini s.p.a. |
| animaispanini.pt | Panini s.p.a. |
| animalespanini.es | Panini s.p.a. |
| BUBBLEGOAL.COM | Panini s.p.a. |
| BUBBLEGOAL.IT | Panini s.p.a. |
| calciatorichallenge.com | Panini s.p.a. |
| CALCIATORIPANINI.COM | Panini s.p.a. |
| calciatoripanini.it | Panini s.p.a. |
| celocelomanca.com | Panini s.p.a. |
| CELOCELOMANCA.IT | Panini s.p.a. |
| celomanca.eu | Panini s.p.a. |
| cioe.it | Panini s.p.a. |
| DIGITALSOCCER.BIZ | Panini s.p.a. |
| DIGITALSOCCER.INFO | Panini s.p.a. |
| digitalsoccer.it | Panini s.p.a. |
| DIGITALSOCCER.NET | Panini s.p.a. |
| doctorwhomagazine.com | Panini s.p.a. |
| edizionicioe.it | Panini s.p.a. |
| favijstickercollection.it | Panini s.p.a. |
| footballpanini.be | Panini s.p.a. |
| footpanini.com | Panini s.p.a. |
| forzamilanonline.com | Panini S.p.a. |
| gametherapystickercollection.it | Panini s.p.a. |
| IDIGITALSCOUT.COM | Panini s.p.a. |
| idigitalscout.it | Panini s.p.a. |
| invizimals-tcg.com | Panini s.p.a. |
| lamiaedicolapanini.it | Panini s.p.a. |
| LIGAESTE.COM | Panini s.p.a. |
| ligaeste.es | Panini s.p.a. |
| missionnasoni.ch | Panini s.p.a. |
| missiontierfreunde.de | Panini s.p.a. |
| musicards.es | Panini s.p.a. |
| mydragoni.com | Panini s.p.a. |
| mydragoni.es | Panini s.p.a. |
| mydragoni.fr | Panini s.p.a. |
| mydragoni.pt | Panini s.p.a. |
| MYPANINI.CO.UK | Panini s.p.a. |

| | |
|---|---|
| mypanini.com | Panini s.p.a. |
| mypanini.fr | Panini s.p.a. |
| mypanini.it | Panini s.p.a. |
| PANDISTRIBUZIONE.COM | Panini s.p.a. |
| pandistribuzione.it | Panini s.p.a. |
| panini.at | Panini s.p.a. |
| PANINI.BIZ | Panini s.p.a. |
| panini.ch | Panini s.p.a. |
| panini.cl | Panini s.p.a. |
| panini.co.il | Panini s.p.a. |
| panini.co.nz | Panini s.p.a. |
| panini.co.za | Panini s.p.a. |
| panini.com.gr | Panini s.p.a. |
| panini.com.mx | Panini s.p.a. |
| panini.com.py | Panini s.p.a. |
| panini.cz | Panini s.p.a. |
| panini.es | Panini s.p.a. |
| PANINI.INFO | Panini s.p.a. |
| panini.it | Panini s.p.a. |
| PANINI.MOBI | Panini s.p.a. |
| panini.mx | Panini s.p.a. |
| panini.pe | Panini s.p.a. |
| panini.pl | Panini s.p.a. |
| PANINI.RO | Panini s.p.a. |
| PANINI.UA | Panini s.p.a. |
| panini.uy | Panini s.p.a. |
| panini365.com | Panini s.p.a. |
| panini365.net | Panini s.p.a. |
| panini4professionals.com | Panini s.p.a. |
| PANINIABBIGLIAMENTO.COM | Panini s.p.a. |
| paniniabbigliamento.it | Panini s.p.a. |
| paniniadrenalyn.com | Panini s.p.a. |
| PANINIADRENALYNXL.COM | Panini s.p.a. |
| PANINIADRENALYN-XL.COM | Panini s.p.a. |
| paniniamerica.net | Panini s.p.a. |
| paniniargentina.com | Panini s.p.a. |
| paniniaustralia.com | Panini s.p.a. |
| paninibelgium.com | Panini s.p.a. |
| paninibolivia.com | Panini s.p.a. |
| paninibooks.com | Panini s.p.a. |
| paninibooks.es | Panini s.p.a. |
| paninicanada.com | Panini s.p.a. |
| paninicelebratingfrance.com | Panini s.p.a. |
| PANINICHINA.COM | Panini s.p.a. |
| paninicloud.com | Panini s.p.a. |
| paninicollectibles.com | Panini s.p.a. |
| paninicolombia.com | Panini s.p.a. |
| paninicomics.co.uk | Panini s.p.a. |

| | |
|---|---|
| PANINICOMICS.COM | Panini s.p.a. |
| PANINICOMICS.COM.MX | Panini s.p.a. |
| paninicomics.fr | Panini s.p.a. |
| paninicomics.it | Panini s.p.a. |
| paninicomicsfrance.com | Panini s.p.a. |
| paninidanmark.com | Panini s.p.a. |
| paninidigital.com | Panini s.p.a. |
| paninidigital.it | Panini s.p.a. |
| paninidigitalcloud.com | Panini s.p.a. |
| PANINIDIGITALCOLLECTION.COM | Panini s.p.a. |
| paninidigitalvod.com | Panini s.p.a. |
| paninidigits.com | Panini s.p.a. |
| paninidistribution.com | Panini s.p.a. |
| paniniecuador.com | Panini s.p.a. |
| paninififa365.com | Panini s.p.a. |
| paninififa365.net | Panini s.p.a. |
| PANINIFOOTBALL.COM | Panini s.p.a. |
| PANINI-FOOTBALL.COM | Panini s.p.a. |
| paninifootball365.com | Panini s.p.a. |
| paninifootball365.net | Panini s.p.a. |
| PANINIFOOTBALLLEAGUE.COM | Panini s.p.a. |
| PANINI-FOOTBALL-LEAGUE.COM | Panini s.p.a. |
| paninigoal.com | Panini s.p.a. |
| paninigoal.net | Panini s.p.a. |
| paninigroup.com | Panini s.p.a. |
| paninihellas.com | Panini s.p.a. |
| paninihungary.com | Panini s.p.a. |
| paninimagazine.at | Panini s.p.a. |
| panini-magazine.at | Panini s.p.a. |
| paninimagazine.com | Panini s.p.a. |
| paninimagazine.de | Panini s.p.a. |
| panini-magazine.de | Panini s.p.a. |
| paninimagazine.it | Panini s.p.a. |
| paninimagazines.at | Panini s.p.a. |
| paninimagazines.com | Panini s.p.a. |
| paninimagazines.de | Panini s.p.a. |
| paninimagazines.it | Panini s.p.a. |
| paninimagyarorszag.com | Panini s.p.a. |
| paninimagyarország.com | Panini s.p.a. |
| panininederland.com | Panini s.p.a. |
| panininewmedia.com | Panini s.p.a. |
| panininorge.com | Panini s.p.a. |
| PANINIONLINE.COM | Panini s.p.a. |
| paninionlinestickeralbum.com | Panini s.p.a. |
| PANINIPOINT.COM | Panini s.p.a. |
| paniniportugal.com | Panini s.p.a. |
| paninipublishing.com | Panini s.p.a. |
| PANINIREVISTAS.ES | Panini s.p.a. |

| | |
|---|---|
| PANINIRFPL.COM | Panini s.p.a. |
| PANINIROMANIA.NET | Panini s.p.a. |
| PANINIROSSIJA.COM | Panini s.p.a. |
| PANINIRUS.COM | Panini s.p.a. |
| PANINI-SAFETY.COM | Panini s.p.a. |
| PANINISHOP.COM | Panini s.p.a. |
| PANINI-SHOP.COM | Panini s.p.a. |
| PANINISTICKERS.COM | Panini s.p.a. |
| paninistickerstar.com | Panini s.p.a. |
| paninistickerstar.de | Panini s.p.a. |
| paninistickinenglish.com | Panini s.p.a. |
| PANINISTORE.COM | Panini s.p.a. |
| panini-store.com | Panini s.p.a. |
| PANINISTORE.FR | Panini s.p.a. |
| paninistore.it | Panini s.p.a. |
| paninisubscriptions.co.uk | Panini s.p.a. |
| paninisuomi.com | Panini s.p.a. |
| paninisuperstars.com | Panini s.p.a. |
| paninisverige.com | Panini s.p.a. |
| paninisys.com | Panini s.p.a. |
| paninitech.com | Panini s.p.a. |
| paniniturkiye.com | Panini s.p.a. |
| paniniuk.co.uk | Panini s.p.a. |
| paniniuk.com | Panini s.p.a. |
| PANINIUSA.COM | Panini s.p.a. |
| paninivenezuela.com | Panini s.p.a. |
| paninivirtualalbum.com | Panini s.p.a. |
| PCSUPERLIGA.COM | Panini s.p.a. |
| P-FOOTBALL.COM | Panini s.p.a. |
| p-nn.com | Panini s.p.a. |
| rat-man.com | Panini s.p.a. |
| RUGBYPANINI.FR | Panini s.p.a. |
| SENIT.IT | Panini s.p.a. |
| SUPERSTRIKES.COM | Panini s.p.a. |
| texcollezionepanini.it | Panini s.p.a. |
| THELICENSINGMACHINE.CO.UK | Panini s.p.a. |
| thelicensingmachine.com | Panini s.p.a. |
| tweens.it | Panini s.p.a. |
| UOMORAGNO.IT | Panini s.p.a. |
| VIRTUALSTICKERCOLLECTION.COM | Panini s.p.a. |
| XENOXWORLD.COM | Panini s.p.a. |
| XENOXWORLD.ES | Panini s.p.a. |
| panini.商标 | Panini s.p.a. |

| MARCHI | PAESE | NUMERO | DATA DEPOSITO | DATA SCADENZA |
|---|---|---|---|---|
| ADRENALINE | Japan | 2.514.515,00 | 26/03/2011 | 31/03/2023 |
| ADRENALINE | Japan | 4.593.702,00 | 14/08/2012 | 09/08/2022 |
| ADRENALYN XL | Comunitario | 8.547.028,00 | 01/03/2010 | 14/09/2019 |
| ADRENALYN XL | Turkey | 2012/69027 | 08/11/2013 | 31/08/2022 |
| ADRENALYN XL | China | 11.804.100,00 | 27/11/2012 | 27/11/2022 |
| ADRENALYN XL | Puerto Rico | 81.410,00 | 06/09/2012 | 06/09/2022 |
| ADRENALYN XL | Brazil | 902.104.195,00 | 02/10/2012 | 02/10/2022 |
| ADRENALYN XL | Panama | 217429-01 | 01/10/2013 | 10/10/2022 |
| ADRENALYN XL | Jordan | 18.256,00 | 08/12/2013 | 08/12/2023 |
| ADRENALYN XL | United States | 3.840.309,00 | 31/08/2010 | 31/08/2020 |
| ADRENALYN XL | Colombia | 480.936,00 | 24/10/2013 | 24/10/2023 |
| ADRENALYN XL | South Africa | 2013/31005 | 06/11/2013 | 06/11/2023 |
| ADRENALYN XL | Chile | 1.095.418,00 | 17/02/2014 | 17/02/2024 |
| ADRENALYN XL | Peru | 197.040,00 | 01/04/2013 | 01/04/2023 |
| ADRENALYN XL | Bolivia | 143114-C | 07/05/2013 | 07/05/2023 |
| ADRENALYN XL | International | 1.088.844,00 | 23/05/2011 | 23/05/2021 |
| ADRENALYN XL | Ecuador | 4625-13 | 23/07/2013 | 18/06/2023 |
| ADRENALYN XL | Uruguay | 439.524,00 | 11/06/2013 | 11/06/2023 |
| ADRENALYN XL | Jordan | 23.942,00 | 09/12/2013 | 09/12/2023 |
| ADRENALYN XL | Russian Federation | 455.491,00 | 16/04/2012 | 27/04/2021 |
| ADRENALYN XL | Canada | TMA810853 | 02/11/2011 | 02/11/2026 |
| ADRENALYN XL | Paraguay | 52.911,00 | 07/11/2013 | 07/11/2023 |
| ADRENALYN XL | Argentina | 2.619.383,00 | 06/01/2014 | 03/10/2022 |
| ADRENALYN XL | Japan | 5.589.979,00 | 14/06/2013 | 14/06/2023 |
| ADRENALYN XL | Venezuela | P337284 | 19/01/2014 | 29/01/2029 |
| B-JOUX PANINI | Comunitario | 10.085.548,00 | 23/11/2011 | 21/06/2021 |
| BEST FRIENDS | Comunitario | 10.550.754,00 | 24/05/2012 | 10/01/2022 |
| BOVALIDA (denominativo) | Comunitario | 10.505.841,00 | 27/04/2012 | 19/12/2021 |
| CALCIATORE in ROVESCIATA | Comunitario | 4.244.273,00 | 07/04/2009 | 17/01/2026 |
| CALCIATORE in ROVESCIATA | Malaysia | 2.012.019.353,00 | 02/01/2014 | 16/11/2022 |
| CALCIATORE in ROVESCIATA | Italy | 1.063.935,00 | 07/07/2014 | 26/07/2024 |
| CALCIATORE in ROVESCIATA | Indonesia | 000.2012.060031 | 20/12/2012 | 20/12/2027 |
| CALCIATORE in ROVESCIATA | Comunitario | 4.244.265,00 | 17/01/2005 | 17/01/2025 |
| CALCIATORE in ROVESCIATA | Canada | 1.569.450,00 | 19/03/2012 | 29/03/2022 |
| CALCIATORE in ROVESCIATA | Thailand | 875.283,00 | 19/12/2012 | 19/12/2022 |
| CALCIATORE in ROVESCIATA | Brazil | 904.614.190,00 | 15/03/2012 | 15/03/2022 |
| CALCIATORE in ROVESCIATA | Philippines | 1.233.211,00 | 05/09/2014 | 11/08/2024 |
| CALCIATORE in ROVESCIATA | Taiwan | 1.603.380,00 | 01/10/2013 | 30/09/2023 |
| CALCIATORE in ROVESCIATA | Italy | 1.161.953,00 | 02/10/2013 | 10/09/2023 |
| CALCIATORE in ROVESCIATA | Malaysia | 2.012.019.354,00 | 16/12/2013 | 15/11/2022 |
| CALCIATORE in ROVESCIATA | International | 1.143.490,00 | 25/10/2012 | 25/10/2022 |
| CALCIATORE in ROVESCIATA | India | 2.446.293,00 | 21/12/2012 | 21/12/2022 |
| CALCIATORE in ROVESCIATA | Comunitario | 8.721.664,00 | 02/06/2010 | 30/11/2019 |
| CALCIATORE in ROVESCIATA | Canada | TMA820,892 | 28/03/2012 | 28/03/2027 |
| CALCIATORE in ROVESCIATA | Thailand | 875.282,00 | 19/12/2012 | 19/12/2022 |
| CALCIATORE in ROVESCIATA | Brazil | 828.272.719,00 | 02/02/2010 | 02/02/2020 |
| CALCIATORE in ROVESCIATA | International | 1.282.870,00 | 15/09/2015 | 17/09/2025 |
| CALCIATORE in ROVESCIATA | Malaysia | 2.012.019.351,00 | 02/01/2014 | 16/11/2022 |
| CALCIATORE in ROVESCIATA | Italy | 1.539.690,00 | 18/04/2013 | 15/10/2023 |

| | | | | |
|---|---|---|---|---|
| CALCIATORE in ROVESCIATA | Malaysia | 2.012.019.355,00 | 18/12/2013 | 16/11/2022 |
| CALCIATORE in ROVESCIATA | International | 904.202,00 | 28/03/2006 | 28/03/2026 |
| CALCIATORE in ROVESCIATA | Hong Kong | 302.429.668,00 | 08/11/2012 | 07/11/2022 |
| CALCIATORE in ROVESCIATA | Thailand | 875.281,00 | 19/12/2012 | 19/12/2022 |
| CALCIATORE in ROVESCIATA | Brazil | 828.272.727,00 | 02/02/2010 | 02/02/2020 |
| CALCIATORE in ROVESCIATA | Thailand | 875.280,00 | 19/12/2012 | 19/12/2022 |
| CARNIMALZ (denominativo) | Comunitario | 9.943.804,00 | 25/08/2011 | 05/05/2021 |
| CARNIMALZ (denominativo) | Comunitario | 10.568.905,00 | 11/06/2012 | 18/01/2022 |
| CARNIMALZ (figurativo) | Comunitario | 9.943.986,00 | 30/09/2011 | 05/05/2021 |
| CARNIMALZ (figurativo) | Comunitario | 10.569.077,00 | 11/06/2012 | 18/01/2022 |
| CELO CELO MANCA (denominativo) | Italy | 1.491.940,00 | 17/05/2012 | 10/11/2021 |
| CELO CELO MANCA (denominativo) | Comunitario | 10.402.923,00 | 15/03/2012 | 09/11/2021 |
| CELO CELO MANCA (figurativo) | Italy | 1.491.939,00 | 17/05/2012 | 10/11/2021 |
| CELO CELO MANCA (figurativo) | Comunitario | 10.403.004,00 | 15/03/2012 | 09/11/2021 |
| CIDE | Italy | 1.097.304,00 | 25/02/2008 | 13/01/2025 |
| CROWN ROYALE | United States | 3.909.402,00 | 18/01/2011 | 18/01/2021 |
| DOMINION | United States | 4.053.727,00 | 08/11/2011 | 08/11/2021 |
| EPM e figura | Italy | 1.360.717,00 | 07/01/2009 | 16/07/2025 |
| ESPAR | Comunitario | 8.223.381,00 | 04/10/2010 | 17/04/2019 |
| FANTASY RIDERS | Comunitario | 15.375.389,00 | 25/04/2016 | 25/04/2026 |
| FIGURA DI LANCIERE | Italy | 1.396.138,00 | 31/12/2010 | 27/02/2020 |
| FIGURA DI LANCIERE | United Kingdom | 1.467.044,00 | 23/05/2008 | 12/06/2018 |
| FIGURINE PANINI con lanciere | International | 443.900,00 | 12/02/2009 | 12/02/2019 |
| FIGURINE PANINI con lanciere | Italy | 1.339.434,00 | 21/09/2010 | 05/07/2018 |
| FIGURINE PANINI con lanciere | Comunitario | 8.128.250,00 | 31/01/2010 | 27/02/2019 |
| FIGURINE PANINI senza lanciere | Italy | 1.339.433,00 | 21/09/2010 | 05/07/2018 |
| FIXIT | Comunitario | 10.911.907,00 | 21/11/2013 | 24/05/2022 |
| GOT GOT NEED | Comunitario | 10.695.971,00 | 19/06/2012 | 05/03/2022 |
| HAB ICH HAB ICH FEHLT | Comunitario | 10.096.310,00 | 19/06/2012 | 05/03/2022 |
| HKYL STICK IT | Comunitario | 10.550.887,00 | 07/05/2012 | 10/01/2022 |
| JUST KICK-IT! (denominativo) | Germany | 302.011.038.179,00 | 04/10/2011 | 20/05/2021 |
| JUST KICK-IT! (figurativo) | Germany | 302.011.038.180,00 | 29/09/2011 | 20/05/2021 |
| KOUL | Comunitario | 8.223.307,00 | 13/11/2009 | 17/04/2019 |
| KRAKS BY PANINI | Comunitario | 4.442.323,00 | 14/06/2005 | 14/06/2025 |
| MAGICAPS | Italy | 653.598,00 | 24/03/1995 | 24/03/2025 |
| MECHABOT | Comunitario | 8.223.349,00 | 13/11/2009 | 17/04/2019 |
| MIZZ e figura | Comunitario | 8.272.395,00 | 01/12/2009 | 30/04/2019 |
| MUTONES e figura 1 | Comunitario | 5.762.737,00 | 06/03/2008 | 16/03/2017 |
| MUTONES e figura 2 | Comunitario | 7.210.727,00 | 28/05/2009 | 05/09/2018 |
| MY PANINI e figura | Comunitario | 4.825.634,00 | 08/06/2007 | 23/12/2025 |
| MY PANINI e figura | Italy | 1.160.830,00 | 07/01/2009 | 12/05/2025 |
| NIELA | Comunitario | 8.223.364,00 | 16/02/2010 | 17/04/2019 |
| P SAFETY TESTED | Comunitario | 11.310.018,00 | 19/02/2013 | 31/10/2022 |
| P SAFETY TESTED | International | 1.141.877,00 | 20/11/2013 | 20/11/2022 |
| PAN (figurativo) | Italy | 1.556.436,00 | 28/08/2013 | 22/12/2021 |
| PANINI (denominativo) | International | 549.804,00 | 02/03/2010 | 02/03/2020 |
| PANINI SL (denominativo) | Comunitario | 11.192.994,00 | 14/02/2013 | 17/09/2022 |
| PANINI SL (figurativo) | Comunitario | 11.193.026,00 | 14/02/2013 | 17/09/2022 |
| PANINI ANIMAL WORLD | Comunitario | 10.186.104,00 | 09/01/2014 | 09/08/2021 |
| PANINI BANDS-CLUB BADGE ME! (denominativo) | Comunitario | 10.002.129,00 | 22/09/2011 | 27/05/2021 |
| PANINI BANDS-CLUB BADGE ME! (figurativo) | Russian Federation | 486.528,00 | 08/05/2013 | 17/01/2022 |

| | | | | |
|---|---|---|---|---|
| PANINI BANDS CLUB BADGE MEI (figurativo) | Comunitario | 10.006.765,00 | 13/10/2011 | 30/05/2021 |
| PANINI BOOKS | Comunitario | 9.544.156,00 | 20/05/2011 | 23/11/2020 |
| PANINI CAPS | United Kingdom | 2.037.330,00 | 22/09/1995 | 22/09/2025 |
| PANINI CAPS | Italy | 653.599,00 | 24/03/1995 | 24/03/2025 |
| PANINI CAPS | United Kingdom | 2.017.600,00 | 15/04/2005 | 13/04/2025 |
| PANINI COMICS | Comunitario | 9.371.253,00 | 28/01/2011 | 13/09/2020 |
| PANINI DIGITAL Digitalsoccer Project | Comunitario | 8.804.801,00 | 05/07/2010 | 12/01/2020 |
| PANINI e figura | Venezuela | 3092-14 | 18/02/2014 | 16/02/2029 |
| PANINI e figura | Philippines | 4-1997-125982 | 24/09/2005 | 24/09/2025 |
| PANINI e figura | Turkey | 115.512,00 | 24/08/2009 | 24/08/2019 |
| PANINI e figura | Brazil | 815.256.272,00 | 10/03/2012 | 10/03/2012 |
| PANINI e figura | Argentina | 3.212.608,00 | 04/12/2012 | 16/12/2022 |
| PANINI e figura | Mauritius | 149,00 | 05/09/1994 | 05/09/2026 |
| PANINI e figura | Italy | 1.236.303,00 | 12/01/2010 | 30/04/2019 |
| PANINI e figura | Ecuador | 2.115,00 | 10/05/2010 | 10/05/2020 |
| PANINI e figura | Taiwan | 958.313,00 | 16/07/2010 | 15/07/2020 |
| PANINI e figura | Argentina | 3.212.607,00 | 04/12/2012 | 16/12/2022 |
| PANINI e figura | Paraguay | 356.320,00 | 02/08/2011 | 21/12/2020 |
| PANINI e figura | Indonesia | 511.555,00 | 19/02/2012 | 19/02/2022 |
| PANINI e figura | Italy | 1.564.018,00 | 01/08/2013 | 16/12/2022 |
| PANINI e figura | Comunitario | 8.774.102,00 | 12/01/2010 | 30/04/2019 |
| PANINI e figura | South Africa | 2010/30008 | 21/12/2010 | 21/12/2020 |
| PANINI e figura | Canada | TMA433848 | 30/09/2009 | 30/09/2024 |
| PANINI e figura | Hong Kong | 200.403.023,00 | 17/09/2009 | 22/10/2019 |
| PANINI e figura | International | 683.076,00 | 27/08/2007 | 27/08/2017 |
| PANINI e figura | Jordan | 33.972,00 | 19/12/2013 | 19/12/2020 |
| PANINI e figura | Peru | 83.815,00 | 31/03/2005 | 27/03/2025 |
| PANINI e figura | Italy | 1.396.139,00 | 31/12/2010 | 27/02/2020 |
| PANINI e figura | Greece | 96.083,00 | 18/10/2009 | 18/10/2019 |
| PANINI e figura | Korea, Republic of | 40-0378854 | 21/10/2007 | 21/10/2017 |
| PANINI e figura | Brazil | 825.272.700,00 | 01/04/2008 | 01/04/2018 |
| PANINI e figura | Norway | 165.719,00 | 01/12/2004 | 01/12/2024 |
| PANINI e figura | Italy | 1.540.360,00 | 08/05/2013 | 28/03/2023 |
| Panini e Figura | Honduras | 134.416,00 | 02/04/2014 | 12/10/2025 |
| PANINI e figura | United Arab Emirates | 150.945,00 | 20/01/2013 | 23/12/2020 |
| PANINI e figura | Tunisia | E981925 | 25/10/2013 | 09/12/2023 |
| PANINI e figura | Bolivia | 80760-A | 07/07/2010 | 07/07/2020 |
| PANINI e figura | Libyan Arab Jamahiriya | 22.354,00 | 30/04/2013 | 30/04/2023 |
| PANINI e figura | Malaysia | 89.106.156,00 | 27/08/2010 | 23/08/2020 |
| PANINI e figura | Italy | 1.236.300,00 | 12/01/2010 | 01/07/2017 |
| PANINI e figura | Costa Rica | 104.703,00 | 24/11/2007 | 24/11/2017 |
| PANINI e figura | Thailand | KOR82223 | 14/06/2007 | 16/06/2017 |
| PANINI e figura | Hong Kong | 199.203.840,00 | 14/06/2012 | 14/06/2022 |
| PANINI e figura | India | 2.420.996,00 | 01/11/2012 | 01/11/2022 |
| PANINI e figura | International | 550.680,00 | 23/10/2009 | 23/10/2019 |
| PANINI e figura | Comunitario | 3.983.499,00 | 14/07/2005 | 15/12/2023 |
| PANINI e figura | Jordan | 18.309,00 | 22/12/2013 | 22/12/2020 |
| PANINI e figura | International | 549.804,00 | 02/03/2010 | 02/03/2020 |
| PANINI e figura | Honduras | 134.419,00 | 02/04/2014 | 02/04/2024 |
| PANINI e figura | International | 1.153.121,00 | 21/12/2012 | 21/12/2022 |
| PANINI e figura | Chile | 986.411,00 | 17/01/2013 | 17/01/2023 |

| | | | | |
|---|---|---|---|---|
| PANINI e figura | Paraguay | 350.321,00 | 02/08/2011 | 31/12/2020 |
| PANINI e figura | United States | 1.864.654,00 | 29/11/2004 | 29/11/2024 |
| PANINI e figura | United Kingdom | 1.395.701,00 | 15/08/2006 | 16/08/2026 |
| PANINI e figura | Uruguay | 380.052,00 | 22/08/2008 | 01/11/2016 |
| PANINI e figura | Brazil | 904.614.174,00 | 15/03/2012 | 15/03/2022 |
| PANINI e figura | Venezuela | 3093-14 | 14/02/2014 | 16/02/2029 |
| PANINI e figura | Mexico | 377.439,00 | 25/08/1989 | 25/08/2024 |
| PANINI e figura | Italy | 1.292.047,00 | 27/05/2010 | 06/09/2018 |
| PANINI e figura | El Salvador | 47 BOOK 82 | 12/10/2008 | 12/10/2018 |
| PANINI e figura | Taiwan | 103.006.593,00 | 16/10/2014 | 15/10/2024 |
| PANINI e figura | Australia | 502.950,00 | 20/12/2006 | 12/01/2026 |
| PANINI e figura | Comunitario | 8.721.987,00 | 05/05/2014 | 30/11/2019 |
| PANINI e figura | Lebanon | 132.960,00 | 11/01/2011 | 11/01/2026 |
| PANINI e figura | Italy | 934.975,00 | 11/02/2011 | 13/02/2021 |
| PANINI e figura | Comunitario | 9.246.934,00 | 14/07/2010 | 30/11/2019 |
| PANINI e figura | South Africa | 2010/30009 | 21/12/2010 | 21/12/2020 |
| PANINI e figura | Australia | 558.039,00 | 23/06/2008 | 20/06/2018 |
| PANINI e figura | India | 695.698,00 | 25/01/1996 | 25/01/2026 |
| PANINI e figura | International | 369.193,00 | 13/07/2010 | 13/07/2020 |
| PANINI e figura | Colombia | 92/309184 | 19/07/2013 | 21/07/2023 |
| PANINI e figura | Santo Domingo | 104.128,00 | 15/05/1999 | 15/05/2019 |
| PANINI e figura | Italy | 1.461.861,00 | 22/09/2005 | 29/05/2021 |
| PANINI e figura | Guatemala | 115.399,00 | 10/02/2012 | 12/02/2022 |
| PANINI e figura | International | 1.018.633,00 | 31/07/2009 | 31/07/2019 |
| PANINI e figura | Canada | TMA418,037 | 15/10/2008 | 15/10/2023 |
| PANINI e figura | Panama | 87.605,00 | 16/05/2007 | 16/05/2017 |
| PANINI FIT 360 | Comunitario | 15.170.137,00 | 01/07/2016 | 01/07/2026 |
| PANINI FOOTBALL LEAGUE | Malaysia | 2.012.019.346,00 | 16/12/2013 | 16/11/2022 |
| PANINI FOOTBALL LEAGUE | Italy | 1.544.538,00 | 20/05/2013 | 16/10/2022 |
| PANINI FOOTBALL LEAGUE | India | 2.446.292,00 | 21/12/2012 | 21/12/2022 |
| PANINI FOOTBALL LEAGUE | Thailand | 875.287,00 | 19/12/2012 | 19/12/2022 |
| PANINI FOOTBALL LEAGUE | Thailand | 875.284,00 | 19/12/2012 | 19/12/2022 |
| PANINI FOOTBALL LEAGUE | Malaysia | 2.012.019.348,00 | 02/01/2014 | 16/11/2022 |
| PANINI FOOTBALL LEAGUE | International | 1.148.337,00 | 25/10/2012 | 25/10/2022 |
| PANINI FOOTBALL LEAGUE | Hong Kong | 302.429.659,00 | 08/11/2012 | 07/11/2022 |
| PANINI FOOTBALL LEAGUE | Thailand | 875.286,00 | 19/12/2012 | 19/12/2022 |
| PANINI FOOTBALL LEAGUE | Malaysia | 2.012.019.352,00 | 18/12/2013 | 16/11/2022 |
| PANINI FOOTBALL LEAGUE | Malaysia | 2.012.019.345,00 | 02/01/2014 | 16/11/2022 |
| PANINI FOOTBALL LEAGUE | Indonesia | D00.2012.062226 | 18/12/2012 | 18/12/2022 |
| PANINI FOOTBALL LEAGUE | Taiwan | 1.603.375,00 | 01/10/2013 | 30/09/2023 |
| PANINI FOOTBALL LEAGUE | Thailand | 875.285,00 | 19/12/2012 | 19/12/2022 |
| PANINI GOAL! | United States | 102.156,00 | 13/07/2016 | 13/07/2026 |
| Panini Goal! | Canada | 1.791.442,00 | 14/07/2016 | 14/07/2026 |
| PANINI GOL | International | 1.094.573,00 | 30/06/2011 | 30/06/2021 |
| PANINI GOL | Italy | 1.486.067,00 | 17/04/2012 | 23/06/2021 |
| PANINI HRX | United States | 4.151.532,00 | 29/05/2012 | 29/05/2022 |
| PANINI HRX | Canada | 1.528.009,00 | 15/06/2012 | 16/05/2021 |
| PANINI IN KATAKANA | Japan | 801730/1568 | 07/02/2013 | 07/02/2017 |
| PANINI INTERACTIVE e figura | Italy | 1.256.658,00 | 12/03/2010 | 23/12/2019 |
| PANINI INTERACTIVE e figura | Comunitario | 1.585.017,00 | 20/01/2010 | 29/03/2020 |
| PANINI PRIME | United States | 4.369.715,00 | 16/07/2013 | 16/07/2023 |

| | | | | |
|---|---|---|---|---|
| PANINI senza lanciere (figurativo) | Canada | TMA813,720 | 09/12/2011 | 09/12/2026 |
| PANINI senza lanciere (figurativo) | Italy | 1.292.083,00 | 27/05/2010 | 29/10/2019 |
| PANINI senza lanciere (figurativo) | International | 1.032.247,00 | 03/12/2009 | 03/12/2019 |
| PANINI SIGNATURES | United States | 80.281.808,00 | 05/05/2014 | 05/05/2024 |
| PANINI SLAMMER | Italy | 1.115.409,00 | 24/03/1995 | 24/03/2025 |
| PANINI SLAMMER | United Kingdom | 2.017.601,00 | 15/04/2005 | 13/04/2025 |
| PANINI STARS | Canada | 649.472,00 | 30/09/2005 | 30/09/2020 |
| PANINI SUPERSTARS | Comunitario | 15.161.541,00 | 30/06/2016 | 30/06/2026 |
| PANINI TRASLITTERATO | Taiwan | 1.655.498,00 | 13/02/2014 | 13/02/2024 |
| PANINI TRASLITTERATO | China | 12.053.155,00 | 16/01/2013 | 16/01/2023 |
| PANINI TRASLITTERATO | China | 12.053.157,00 | 16/01/2013 | 16/01/2023 |
| PANINI TRASLITTERATO | China | 15.868.576,00 | 05/12/2014 | 13/03/2026 |
| PANINI TRASLITTERATO | China | 12.053.156,00 | 16/01/2013 | 16/01/2023 |
| PEBS Panini Elastic Bands | Ukraine | 145.931,00 | 10/10/2011 | 29/09/2020 |
| PEBS Panini Elastic Bands | Comunitario | 9.413.642,00 | 01/03/2011 | 30/09/2020 |
| PENTAVALIDA (denominativo) | Comunitario | 10.506.053,00 | 27/04/2012 | 19/12/2021 |
| PL PLAY LIGA | Comunitario | 6.133.276,00 | 18/08/2008 | 25/07/2017 |
| PLAYCARDS e figura | Italy | 1.256.648,00 | 12/03/2010 | 23/12/2019 |
| POP 5 | Italy | 1.382.245,00 | 02/12/2020 | 01/10/2019 |
| POWER RINGS | Spain | M2630655 | 22/06/2005 | 07/01/2025 |
| POWER RINGS | Comunitario | 4.282.166,00 | 14/09/2014 | 10/02/2025 |
| PRIZM | Comunitario | 12.588.802,00 | 11/02/2014 | 11/02/2021 |
| RIXX | Comunitario | 8.371.353,00 | 04/08/2010 | 18/06/2019 |
| SAGOMA PROFILATA di CALCIATORE in ROVESCIATA | Comunitario | 4.244.241,00 | 21/03/2006 | 17/01/2025 |
| SAGOMA PROFILATA di CALCIATORE in ROVESCIATA | Italy | 1.063.936,00 | 07/07/2014 | 26/07/2024 |
| SAGOMA PROFILATA di CALCIATORE in ROVESCIATA | Comunitario | 8.721.888,00 | 02/06/2010 | 30/11/2019 |
| SAGOMA STILIZZATA di CALCIATORE in ROVESCIATA | Italy | 1.063.937,00 | 07/07/2014 | 26/07/2024 |
| SAGOMA STILIZZATA di CALCIATORE in ROVESCIATA | Comunitario | 8.721.607,00 | 02/06/2010 | 30/11/2019 |
| SAGOMA STILIZZATA di CALCIATORE in ROVESCIATA | Comunitario | 4.244.265,00 | 21/03/2006 | 17/01/2025 |
| SKIDS | Comunitario | 8.826.497,00 | 13/06/2010 | 21/01/2020 |
| SKYZOS | United States | 3.975.876,00 | 16/11/2010 | 16/11/2020 |
| SKYZOS | Mexico | 1.150.414,00 | 25/03/2010 | 07/01/2020 |
| SKYZOS | Chile | 897.180,00 | 14/09/2010 | 14/09/2020 |
| SKYZOS | Ukraine | 147.937,00 | 25/11/2011 | 29/09/2020 |
| SKYZOS | Mexico | 1.148.248,00 | 11/01/2010 | 07/01/2020 |
| SKYZOS | Brazil | 902.221.086,00 | 23/10/2012 | 23/10/2022 |
| SKYZOS | Russian Federation | 442.976,00 | 17/08/2011 | 29/09/2020 |
| SKYZOS | Comunitario | 8.731.341,00 | 03/07/2010 | 03/12/2019 |
| SKYZOS | Brazil | 902.221.124,00 | 23/10/2012 | 23/10/2022 |
| STARS e figura | International | 815.576,00 | 18/08/2003 | 18/08/2023 |
| STARS e figura | Brazil | 825.793.904,00 | 02/01/2008 | 02/01/2018 |
| STARS e figura | Italy | 902.819,00 | 13/02/2013 | 28/02/2023 |
| STICK & LIFT (denominativo) | United Kingdom | 2.184.588,00 | 17/12/2008 | 17/12/2018 |
| STICK & STACK | Comunitario | 8.693.152,00 | 27/05/2010 | 17/11/2019 |
| STICK & STACK | Colombia | 200.931,00 | 29/08/2007 | 29/08/2017 |
| STICK & STACK | Mexico | 550.145,00 | 29/04/2007 | 29/04/2017 |
| STICK & STACK | Chile | 897.756,00 | 23/12/2007 | 23/12/2017 |
| STICK & STACK | Italy | 1.190.998,00 | 28/08/1986 | 27/08/2026 |
| STRIKE-IT! (denominativo) | Comunitario | 10.219.079,00 | 22/06/2012 | 25/08/2021 |
| STRIKE-IT! (figurativo) | Comunitario | 10.219.186,00 | 19/07/2012 | 25/08/2021 |
| SUPER STRIKES (denominativo) | Comunitario | 8.582.405,00 | 30/03/2010 | 29/09/2019 |

| | | | | |
|---|---|---|---|---|
| SUPER STRIKES 1 (figurativo) | Comunitario | 7.144.199,00 | 10/05/2011 | 07/08/2018 |
| SUPER STRIKES 2 (figurativo) | Comunitario | 8.582.661,00 | 30/03/2010 | 29/09/2019 |
| SUPER STRIKES 2 (figurativo) | Chile | 1.001.080,00 | 20/03/2013 | 20/03/2023 |
| TEDDY | Italy | 1.409.220,00 | 24/01/2011 | 24/05/2020 |
| TENHO TENHO NAO TENHO | Brazil | 904.647.021,00 | 27/03/2012 | 27/03/2022 |
| TENHO TENHO NAO TENHO | Brazil | 904.647.005,00 | 27/03/2012 | 27/03/2022 |
| TENHO TENHO NAO TENHO | Brazil | 904.647.048,00 | 27/03/2012 | 27/03/2022 |
| THE LICENSING MACHINE e figura | Comunitario | 5.196.126,00 | 13/07/2006 | 13/07/2026 |
| VALIDA (denominativo) | Comunitario | 10.505.592,00 | 09/05/2012 | 19/12/2021 |
| VALIDA (figurativo) | Comunitario | 10.510.542,00 | 27/04/2012 | 20/12/2021 |
| VIRTUAL CARDS | Comunitario | 8.969.826,00 | 02/08/2010 | 22/03/2020 |
| WAPS e figura | Argentina | 2.126.408,00 | 10/11/2006 | 10/11/2016 |
| WAPS e figura | Italy | 1.160.728,00 | 07/01/2009 | 25/03/2025 |
| webstars magazine | Comunitario | 14.719.124,00 | 23/10/2015 | 23/10/2025 |
| XENOX | Russian Federation | 443.829,00 | 07/07/2011 | 16/09/2020 |
| XENOX | Brazil | 902.104.276,00 | 02/10/2012 | 02/10/2022 |
| XENOX | Comunitario | 8.541.245,00 | 17/02/2010 | 10/09/2019 |
| XENOX | Chile | 951.734,00 | 04/06/2012 | 04/06/2022 |
| XENOX | Ukraine | 148.661,00 | 12/12/2011 | 16/09/2020 |
| XENOX | Brazil | 902.104.250,00 | 09/11/2009 | 09/11/2019 |
| XENOX (denominativo) | Comunitario | 8.223.174,00 | 13/11/2009 | 17/04/2019 |
| ZENITH | United States | 85.003.122,00 | 31/03/2010 | 31/03/2020 |

| COPYRYGHT | PAESE | NUMERO | DATA DEPOSITO | DATA SCADENZA |
|---|---|---|---|---|
| ALMANACCO ILLUSTRATO DEL CALCIO COPYRIGHT | Italy | | 05/02/2015 | 31/12/2016 |
| PANINI COPYRIGHT LOGO | China | 2013Z11S005023 | 07/03/2013 | 31/12/2035 |

| BREVETTO | PAESE | NUMERO | DATA DEPOSITO | DATA SCADENZA |
|---|---|---|---|---|
| A BOUNCING DISC FOR GAMES | Comunitario | 2.376.206,00 | 05/03/2014 | 13/01/2030 |

| | Tipo automezzo | TARGA | anno immatricolazione |
|---|---|---|---|
| 1 | Renault Espace | DV773DP | marzo-09 |
| 2 | Mercedes Classe B | DV512BK | giugno-08 |
| 3 | Renault Shenic III | EA452HV | febbraio-10 |
| 4 | Mercedes Classe B | DY478YM | febbraio-10 |
| 5 | Mercedes Classe B | DY580YM | marzo-10 |
| 6 | Volkswagen Passat SW | DZ207ZS | maggio-10 |
| 7 | AUDI A3 | DZ808ZS | marzo-10 |
| 8 | Renault Master furgone | CZ247CB | gennaio-06 |
| 9 | Honda Accord Tourer | DT972KE | marzo-09 |
| 10 | Fiat Bravo | DH648YR | giugno-07 |
| 11 | Audi A 4 sw | DR396DH | agosto-08 |
| 12 | Fiat Qubo 1,400 - BI.FUEL | EH153CD | luglio-11 |

IMPOSTA DI BOLLO ASSOLTA AI SENSI DEL DECRETO 22/02/2007 MEDIANTE M.U.I.

COPIA SU FORMATO INFORMATICO CONFORME ALL'ORIGINALE DEL DOCUMENTO SU SUPPORTO CARTACEO, AI SENSI DELL'ART. 22, DEL D.LGS N. 82/2005, CHE SI TRASMETTE PER LA REGISTRAZIONE AD USO DEL REGISTRO DELLE IMPRESE.

# EXHIBIT 1

COURTESY ENGLISH MACHINE TRANSLATION OF THE ITALIAN VERSION OF THE MERGER DEED DATED 27 NOVEMBER 2016

FILE NO. 77585 FILE NO. 34227

**MERGER DEED**

**ITALIAN REPUBLIC**

In the year 2016 (two thousand sixteen), on this day, Sunday, the 27th (twenty-seventh)

November.

In Bologna, at Via Santo Stefano No. 71.

Before me, **Dr. Federico Rossi**, Notary Public in Bologna, registered with the

Notarial Association of Bologna, the following persons appeared:

- **BARONI**, **Dr. MARIA FRANCESCA**, born in Bologna (BO) on August 5

August 1975, residing in Bologna (BO), Via Santo Stefano No. 71, in her

capacity as Sole Director of the following companies:

"**PANINI S.R.L.**", a single-member company, with its registered office in Modena (MO), Via

Emilio Po No. 380 (formerly "DOLLY S.R.L." with a sole shareholder, with its registered office in

Bologna (BO), Via Santo Stefano No. 71), incorporated in Italy and of Italian

,

Tax ID and Company Registry Number 02796411201

VAT No. 02796411201

share capital of 10,000.00 euros, fully paid in,

registered with the Modena Business Registry under No. 411936 of the R.E.A. (hereinafter

hereinafter also referred to simply **as "PANINI S.R.L."),**

"**ARTEMIS CONNECTIONS S.P.A.**" (formerly "ARTEMIS CONNECTIONS

S.R.L."), with registered office in Bologna (BO), Via Santo Stefano No. 71, incorporated

in Luxembourg and transferred to Italy by resolution of the shareholders' meeting on January 15,

January 2016, registered with the Bologna Business Registry on January 26,

January 2016 and, therefore, of Italian nationality,

Tax ID and Company Registry number 03515401200,

VAT No. 03515401200,

share capital of 50,000.00 euros, fully paid in,

registered with the Bologna Business Register under R.E.A. No. 525270,

(hereinafter also referred to simply as "ARTEMIS"),

and

"**WATERFALL INVESTMENTS S.P.A**.", (formerly "WATERFALL INVESTMENTS S.R.L."), with registered office in Bologna (BO), Via Santo Stefano No. 71, incorporated in Luxembourg and transferred to Italy by resolution of the shareholders' meeting on January 15, January 2016, registered with the Bologna Business Register on January 26, January 2016 and, therefore, of Italian nationality,

Tax ID and Company Registry number 03515411209,

VAT No. 03515411209,

share capital of 50,000.00 euros, fully paid in,

registered with the Bologna Business Register under No. 525271 of the R.E.A.

(hereinafter also referred to simply as "WATERFALL"),

authorized as set forth below, with express waiver of any conflict of interest, pursuant to the resolutions of the shareholders' meetings of all three companies, both adopted on January 26, 2016, as further detailed below;

- **SALLUSTRO, ALDO HUGO, Engineer,** born in Buenos Aires (Argentina) on November 26, 1949, residing in Modena (MO), Via Emilio Po No. 380, who participates and acts in this instrument in his capacity as of the following companies:

**"PANINI SOCIETA' PER AZIONI"** or, in abbreviated form, **"PANINI S.P.A."**,

a single-shareholder corporation with its registered office in Modena (MO), Via Emilio Po No. 380, co-

incorporated in Italy and of Italian nationality,

Tax ID and Company Registry Number: 02701991206,

VAT No. 02701991206,

share capital of 12,000,000.00 euros, fully paid in,

registered in the Modena Business Register under No. 364704 of the R.E.A., (hereinafter

also referred to simply as "**PANINI S.P.A**."), and

"**I.D. 4 INVESTIMENTI S.R.L**.", with registered office in Bologna (BO), Via Santo

Stefano No. 71, incorporated in Italy and of Italian nationality,

Tax ID and Company Registry number 02702001203,

VAT No. 02702001203,

share capital of 10,000.00 euros, fully paid in,

registered with the Bologna Business Register under No. 460513 of the R.E.A.

(hereinafter also referred to simply as **"I.D.**4"),

as authorized below, with an express waiver of conflict of interest, along with

the resolutions of the shareholders' meetings of both companies, adopted

both on January 26, 2016, and as further detailed below.

The parties appearing before me, Italian citizens, whose identities I, the Notary, have verified,

who, by this deed, agree and stipulate the following:

**WHEREAS**

- that the companies **"PANINI S.R.L.", with its registered office in Modena** (formerly "DOLLY S.R.L."

with its registered office in Bologna)**, "ARTEMIS CONNECTIONS S.P.A." with its registered office in Bo-**

**logna** (formerly "ARTEMIS CONNECTIONS S.R.L."), **"WATERFALL**

**INVESTMENTS S.P.A." with its registered office in Bologna (**formerly "WATERFALL INVEST-

MENTS S.R.L."**), "PANINI SOCIETA' PER AZIONI" with its registered office in Modena, and**

**"I.D. 4 INVESTIMENTI S.R.L." with its registered office in Bologna,** through their

shareholders' meetings all adopted on **January 26, 2016,** as evidenced in my notarial deeds nos. **75474/33035, 75477/33038, 75478/33039, 75475/33036, and 75476/33037,** registered with the Revenue Agency, Bologna Office Bologna 1, all on **February 1, 2016,** under numbers **1658/1T, 1661/1T, 1662/1T, 1659/1T**, **and 1660/1T**, respectively, approved the merger by incorporation of the companies **"ARTEMIS CONNECTIONS S.P.A.," "WATERFALL INVESTMENTS S.P.A.," "PANINI SOCIETA' PER AZIONI,"** and **"I.D. 4 INVESTIMENTI S.R.L."** into the single-member company **"PANINI S.R.L." (formerly "DOLLY S.R.L."),** a merger to be carried out on the basis of:

a) the respective balance sheets, all prepared as of September 30, September 2015, pursuant to Article 2501-quater of the Italian Civil Code, for the companies **"PANINI S.R.L." and "PANINI SOCIETA' PER AZIONI,"** and **"I.D. 4 INVESTIMENTI S.R.L.";**

b) the respective balance sheets prepared as of December 31, December 2015, for the companies **"ARTEMIS CONNECTIONS S.P.A."** and **"WATERFALL INVESTMENTS S.P.A.",**

which are attached to the registration of the aforementioned with the Bologna Business Registry and the Modena Business Registry

;

- that, as of those respective dates, no events have occurred that have adversely affected the economic and financial performance of the companies involved in the merger process, and the parties appearing hereby declare that the overall financial and equity position of the companies participating in the merger has certainly not deteriorated;

- that, pending the merger process, the companies **"ARTEMIS CON-**

**NECTIONS S.R.L.”** and **“WATERFALL INVESTMENTS S.R.L.”** were

converted into **corporations,** with **shareholders’** meetings recorded in notarial deeds drawn up by Notary

Federico Rossi in Bologna, both on September 23, 2016, ref. no.

77145/33971, registered in Bologna 1 on September 26, 2016, under No. 16999/1T and

ref. no. 77146/33972, registered in Bologna 1 on September 26, 2016, under no.

17000/1T;

- that, again pending the merger proceedings, the company **“DOLLY**

**S.R.L.**, a single-member company with its registered office in Bologna (BO), Via Santo Stefa-

No. 71, incorporated in Italy and of Italian nationality, Tax ID and

02796411201, VAT No. 02796411201, share capital of

10,000.00 fully paid-in, registered with the Bologna

logna under No. 468376 of the R.E.A., with a shareholders’ meeting recorded in a notarial deed drawn up by Notary

Federico Rossi in Bologna on November 21, 2016, ref. no. 77536/34194,

registered with the Revenue Agency—Bologna 1 Office on November 23,

2016 under No. 21176/1T, **changed its name to “PANINI**

**S.R.L.” and transferred its registered office to Modena (MO), at Via Emi-**

**No. 380;**

- that the aforementioned merger is to be carried out as follows: as set forth in the

Merger Plan and in the resolutions approving said Plan, as of

as of today, **“PANINI S.R.L.”** (formerly “DOLLY S.R.L.”) directly owns 88% (eighty-

eighty percent) of the entire share capital of **WATERFALL** and 88% (eighty-

percent) of the entire share capital of **ARTEMIS**, which, together

together, hold the entire share capital of **I.D.4,** which in turn holds

holds 100% (one hundred percent) of the share capital of **PANINI S.P.A**. The re-

remaining 12% (twelve percent) of the share capital of **WATERFALL** and **AR-**

**TEMIS** is held by **PANINI S.P.A..**

Therefore, since as of today, the share capital of all the Incorporated Companies

is wholly owned—**directly or indirectly**—by the

**Merging Company "PANINI S.R.L."** (formerly "DOLLY S.R.L."), the merger will result in

the complete cancellation of the shares and equity interests of the Merged Companies,

without any capital increase by the Merging Company directly related

the merger, and without any exchange ratio or cash adjustment. In fact, according to legal doctrine and

well-established legal precedent, this transaction is considered

equivalent to a situation in which the Merging Company holds 100%

of the share capital of the Merged Companies.

The Merging Company's equity interests will retain their full rights to

to profits;

- that the aforementioned merger resolutions have been filed:

* for the companies **"PANINI S.R.L."** (formerly "DOLLY S.R.L."), **"ARTEMIS**

**CONNECTIONS S.P.A.," "WATERFALL INVESTMENTS S.P.A.,"** and **"I.D.**

**4 INVESTIMENTI S.R.L."** in the **Bologna Business Registry** on

**January 28, 2016**; and,

* for the company **"PANINI S.P.A.",** with the **Mo-**

**dena** on **January 28**, **2016;**

**FURTHER CONSIDERING**

- that, in connection with the merger, the Merging Company **"PANINI S.R.L."** (formerly

"DOLLY S.R.L."), has resolved to **amend its corporate purpose**,

adopting that of the company to be merged**, "PANINI S.P.A.";**

- that for "**PANINI S.P.A."** alone (since the other companies involved

any employees), the procedure required

by current legislation regarding **employee involvement has been successfully completed**;

- that this merger, having the characteristics of a merger

with debt as referred to in Article 2501-bis of the Italian Civil Code, does not require authorization

from the Italian Competition and Market Authority;

**FURTHER CONSIDERING**

- that as of the aforementioned date of **January 28, 2016** (the date of registration of all

aforementioned resolutions approving the Merger Plan with the

of Bologna and Modena), the period referred to in Article

2503 of the Civil Code has elapsed, without any of the company's creditors having filed an objection,

as the appearing parties confirm and guarantee to me;

- that the time that has elapsed is attributable to the wait for the successful conclusion of the

the tax ruling procedure filed by the Merging Company, Tax Ruling No.

954-305/2016, concerning the entire transaction of which this merger is

an integral and substantial part;

- that the merger possesses all the characteristics necessary to be considered

a merger involving debt pursuant to Article 2501-bis of the Italian Civil Code, the

requirements have been scrupulously complied with, specifically in the type

commonly defined as a ***"leveraged buyout,"*** as it involved the

establishment of a special-purpose vehicle for this purpose, and the incurrence of

for the purpose of acquiring control of the target company, with the debt

part from banks and part from the sellers, with respect to the latter in

a non-profitable form, and that it will be repaid, in part as a result of this fu-

, through the results of the target company;

**FINALLY, WHEREAS**

- that this merger involving debt will result in

a substantial change in the shareholder structure, with positive effects

on the streamlining and efficiency of the social enterprise's administration, both strategic and

operational, of the corporate entity;

- that this merger will make it possible to proceed, in a very short time, with the

retain the most important and highly

specialized management;

- that the transaction is therefore driven by sound non-tax reasons of an

organizational and managerial nature—certainly not marginal—that will inevitably bring about

structural and functional improvements;

- that the actual economic benefit realized through this transaction

allows us to characterize the tax advantages—which, moreover, are merely potential—as

certainly not essential compared to the actual change in the corporate structure

and the significant effects on the organization and efficiency of corporate

;

- that the foregoing has also been acknowledged by the Central Regulatory Division

of the Italian Revenue Agency, which granted the request for

as set forth in the preamble.

**NOW THEREFORE**

it is hereby agreed and stipulated as follows:

Art. 1) The companies **"ARTEMIS CONNECTIONS S.P.A.", "WATERFALL**

**INVESTMENTS S.P.A.," and "PANINI SOCIETA' PER AZIONI,"** and **"I.D. 4**

**INVESTIMENTI S.R.L."** are merging by incorporation into the company with a single

**"PANINI S.R.L."** (formerly "DOLLY S.R.L.").

Art. 2) Pursuant to the provisions set forth in the preamble, the share capital of all the

Merged Companies is canceled, without the Merging Company

**"PANINI S.R.L." (**formerly "DOLLY S.R.L.") giving rise to any increase in its
share capital.
In accordance with the resolution, the Merging Company **"PANINI**
**S.R.L."** (formerly "DOLLY S.R.L."), for the purposes of the merger and therefore effective
the merger becomes effective, amends its **corporate purpose** in order to
take over the business operations of the company being merged, "**PANINI S.P.A."**
Consequently, Article 4 (four) of the current articles of incorporation
as follows:

**"Article 4**

**PURPOSE**

**The Company's purpose is the production of paper; the production, editing,**
**, publication, printing, distribution, and sale—using**
**any distribution channel, including electronic channels, of publishing materials**
**(periodicals and non-periodicals, excluding the printing of daily newspapers); collectible cards**
**for children with or without albums, trading card sleeves, and novelty items for children; magazines and their**
**supplements, books, and manuals; any other publishing and/or graphic design initiative,**
**including audiovisual media such as videocassettes, compact discs,**
**etc.; credit cards, electronic keys, with or without microchips,**
**video games and accessories, and computer software of any kind, in the manner and in**
**forms, without any limitation; the wholesale**
**and retail trade of the above, even if produced by third parties; the import-**
**export, the acquisition of agency contracts with or without inventory,**
**commercial representation and distribution in general.**
**It may acquire equity interests in entities, corporations, or businesses, even in**
**the process of incorporation, that have purposes analogous to, similar to, or otherwise related**

**to its own, for the purpose of long-term investment and not for intermediation in**

**their trading.**

**Occasionally, it may carry out, both on its own behalf and on behalf of**

**third parties, securities and real estate transactions, as well as commercial and financial transactions of**

**of any nature, excluding the right to raise funds from the public**

**and any other activity not permitted by the relevant regulations in**

**. The Company may also provide administrative**

**and management services to third parties.**

**The Company may provide surety bonds and security interests, including in favor of**

**third parties. "**

For greater clarity, the text

of the current Articles of Incorporation is attached to this document under the letter "A." Also for clarity, the text

this document under the **letter "B"** is the text of the Articles of Incorporation approved by the shareholders' meeting

by resolution recorded by me, the Notary, on November 21, 2016,

Rep. No. 77536/34194, cited above, **amending the name**

**, purpose, and registered office** so that the Merging Company

is already registered with the Modena Business Registry at the time of the merger.

As soon as the merger takes effect, the

administrative and supervisory bodies of all the merging companies

**shall automatically cease to exist**. **However**, all powers of attorney, mandates, and

assignments granted; the Merging Company will arrange for the reissuance, if necessary,

new powers of attorney, mandates, and appointments within the timeframe strictly

for the purposes of the necessary reorganization and, in any case, to ensure

publication thereof.

The **local units** of the Companies to be Merged will be transferred to the Merging Company

.

Art. 3) As a result of the merger, the Merged Companies shall be dissolved, and the Merging Company shall assume all of their assets and, consequently, all asset and liability relationships, even if arising after the date of the aforementioned financial positions, rights, claims, causes of action, and obligations of any nature nature, in any case attributable to the Merged Companies themselves, with no excluded or excepted.

Art. 4) For accounting purposes and for the purposes set forth in Articles 2501-ter, first paragraph, No. 6, and 2504-bis, third paragraph, of the Civil Code, the transactions of the Merged Companies shall be recorded in the financial statements of the Acquiring Company **"PANINI S.R.L."** (formerly "DOLLY S.R.L.") effective as of **the first day of the fiscal year** during which the last of the registrations required by Article 2504 of the Civil Code is made; and therefore, as hoped, effective **January 1, 2016**, except, of course, insofar as the companies "**ARTEMIS CONNECTIONS S.P.A**." and "**WATERFALL INVESTMENTS S.P.A.**, which were registered with the Italian Business Registry as of **January 26**, **2016**; consequently, the accounting effects with respect in respect of those companies will take effect as of that date, since it is generally accepted that it is generally accepted that different dates may be determined for these effects for individual companies.

The same effective date is also established for tax purposes pursuant to Art. 172, paragraph 9, of Presidential Decree No. 917 of December 22, 1986, as amended by Legislative Decree No. 344 of December 12, 2003.

With regard to the civil law effects of the merger vis-à-vis third parties, by waiving the reservation contained in the resolutions approving the , they shall take effect as of **the first minute of December 1, 2016**,

provided that, as requested with due regard to the respective

, the last of the registrations

required by Article 2504 of the Civil Code, as permitted when

in the case of a merger by incorporation.

The parties, by this instrument, hereby grant express authority and a power of attorney

power of attorney to each member of the Administrative Body of the Incorporating Company

, to sign freely and separately, for the drafting of any amendment

or correction, as well as the fulfillment of any bureaucratic or tax-related obligations

may be necessary for the sole purpose of registration in the relevant Business Registers

of this instrument and for the registration and transfer of any right (whether

in rem or in personam), with particular regard to any asset registered in

Public Registers) transferred to the Merging Company, for the purposes of ensuring the

and continuity of registrations, and in any case remaining absolutely unaffected

the date of completion of the merger proceedings and, specifically, the

specified effective dates of the merger itself, whether for accounting and tax purposes, or under

and civil law in general.

Once the merger has been implemented and finalized, in order to enable the

the resulting formalities with the public registries, it is hereby acknowledged that the

assets of **the merged company "PANINI S.P.A."** include the following

following registered assets:

**VEHICLES, CORPORATE EQUITY INTERESTS, PUBLICATIONS, AND**

**INTERNET DOMAINS, TRADEMARKS, AND PATENTS**

a detailed list of which is attached to this document, in a single section, under the **letter**

**"C";**

**REAL ESTATE:**

**in the Municipality of Modena (MO), all of which are identified in the Building Registry of said municipality as follows:**

**Building Registry**

**Sheet 122, Parcel 46, Sub-parcel 2, Viale Emilio Po 410, Floor T-1, Zone C 3, Category D/7, Ren-Revenue: 3,542.89 euros, with rights to sub. 1 - B.C.N.C.;**

**Fg. 122, Lot 81, Sublot 10, 380 Viale Emilio Po, P. S1-T-1, Z.C. 3, Cat. D/7, Annual income: 59,650.77 euros, with entitlement to sub. 9 - B.C.N.C.;**

**Fg. 122, Lot 93, Sublot 2, Via Cesare della Chiesa 219, P. T-1, Z.C. 3, Cat. D/8, Annual Rent: 22,811.90 euros, with entitlement to sub. 1 – B.C.N.C.;**

**Sheet 122, Lot 94, Sublot 17, Via Niccolò Biondo 335, Floor T-1-2, Z.C. 3, Cat. D/8, Annual Rent: 11,333.65 euros, with rights to sub-plots 10 and 12 - B.C.N.C.;**

**Fg. 122, Lot 73, Sublot 2, combined with Lot 75, Sublot 1, Via Niccolò Biondo 342, P. T, Z.C. 3, Cat. D/7, Annual Rent: 38,917.61 euros, with rights to sub-parcel 1 of Lot 73—B.C.N.C. and to Sublot 2 of Lot 75—B.C.N.C.;**

**Land Registry**

**Sheet 122, Parcel 46, urban area of 0.10.40 ha**

**Sheet 122, Parcel 81, urban area of 1.05.50 ha**

**Sheet 122, Parcel 93, urban parcel of 0.28.50 ha**

**Sheet 122, Parcel 94, urban parcel of 0.08.60 ha**

**Parcel 122, Lot 73, urban area of 0.09.00 ha**

**Parcel 122, Lot 75, urban property of 0.13.60 ha.**

We hereby request the transfer of title for all of the above to the name **"PA-NINI S.R.L.," with its registered office in Modena, tax ID 02796411201** (formerly "DOLLY S.R.L." with its registered office in Bologna and tax ID number 02796411201), all with the notary who drew up the deed and the competent Public Registry

from any liability in this regard.

The **other Merging Companies** do **NOT** hold any assets or rights registered in

Public Registers, as all parties declare and warrant, with express

exemption of the notary drawing up this deed in this regard.

With regard to any outstanding claims **with** both **the INPS and the INAIL,**

if any, all Companies undertake to send directly to the

responsible office, with the notary drawing up the deed exempt from liability, all the docu-

required by law.

For record-keeping purposes only, it is hereby acknowledged that the share capital and reserves

of the Merged Companies amount to:

* for the Merged Company **"WATERFALL INVESTMENTS S.p.A.", Euro**

**32,000.00 (thirty-two thousand point zero zero);**

* for the Merged Company **"ARTEMIS CONNECTIONS S.P.A.", Euro**

**31,000.00 (thirty-one thousand point zero zero);**

* for the Merged Company **"I.D.4 INVESTIMENTI S.R.L.", Euro**

**11,423,114.00 (eleven million four hundred twenty-three thousand one hundred fourteen**

**point zero zero);**

* for the Merged Company **"PANINI S.P.A.", 224,681,085.00 euros (two-**

**two hundred twenty-four million six hundred eighty-one thousand eighty-five point zero**

**zero);**

all as shown in the balance sheets cited several times.

**The reading of the attachments was omitted by express and mutual consent**

**received from the appearing parties, who declare that they are fully familiar with the**

**attached documents.**

-.-.-.-.-.-.-.-.-

The parties consent to the processing of their personal data pursuant to Legislative Decree No. 196 of June 30, 2003; such data may be entered into databases, and electronic systems solely for purposes related to this document, subject to related formalities and tax implications.

At the request of the Notary, I have received this public deed, which I have read aloud to the appearing parties, who, when questioned by me, declare it to be entirely in accordance with their will, approve it, and sign it with me, at

It consists of pages, some of which were written by a person in my and partly by me, comprising and part of the

-.-.-.-.-.-.-.-

The parties consent to the processing of their personal data pursuant to Legislative Decree No. 196 of June 30, 2003; such data may be entered into databases, and electronic systems solely for purposes related to this document, subject to

related formalities and tax implications.

At my request as Notary, I have received this public deed, which I have read aloud

to the appearing parties, who, when questioned by me, declare it to be entirely

in accordance with their wishes, approve it, and sign it with me, at

at **7:55 p.m.**

It consists of eight (8) pages, written in part by a person I trust and in part by

myself, covering six (6) full pages and part of the seventh up to this point.

SIGNED: ALDO HUGO SALLUSTRO

SIGNED: MARIA FRANCESCA BARONI

SIGNED: FEDERICO ROSSI, NOTARY

**ATTACHMENT "A" TO FILE NO. 34227: BYLAWS**

Article 1 NAME

The Company is named: "DOLLY S.R.L."

Article 2
REGISTERED
OFFICE

The registered office is located in the Municipality of Bologna (BO), at the address specified in the relevant entry made in the Business Registry in accordance with the law.

The directors have the authority to establish and dissolve local operating units (such as branches, subsidiaries, or administrative offices without permanent representation) anywhere, or to transfer the registered office within the aforementioned municipality.

It is, however, up to the shareholders to resolve on the establishment of secondary offices or the transfer of the registered office to a municipality other than the one indicated above. Since these resolutions constitute amendments to the articles of incorporation, they fall within the jurisdiction of the shareholders' meeting.

Article 3
TERM

The term is set to expire on December 31, 2085, unless extended or dissolved early by the shareholders' meeting.

Article 4 PURPOSE

The company's purpose is the production of paper; the production, editing, publication, printing, distribution, and sale—through any distribution channel, including electronic means—of publishing products (periodicals and non-periodicals, excluding the printing of daily newspapers); collectible cards for children with or without albums, envelopes, and novelty items for children; magazines and their supplements; books and manuals; any other publishing and/or graphic design initiatives, including audiovisual media such as videocassettes, compact discs, etc.; credit cards, electronic keys, with or without microchips, video games and accessories, and computer software of any kind, in the most varied ways and forms, without any limitation; the wholesale and retail trade of the foregoing, even if produced by third parties; import and export; the acquisition of agency contracts—with or without a consignment arrangement—as well as commercial representation and distribution agreements in general.

It may acquire equity interests in entities, companies, or businesses—including those in the process of being incorporated—that have purposes analogous to, similar to, or otherwise related to its own, for the purpose of long-term investment and not for intermediation in the trading of such interests.

Occasionally, it may carry out, either on its own behalf or on behalf of third parties, securities and real estate transactions, as well as commercial and financial transactions of any nature, excluding the right to raise funds from the public and any other activity not permitted by the relevant regulations. The company may also provide administrative and management services to third parties.

The company may provide sureties and security interests, including on behalf of third parties.

Article 5 SHARE
CAPITAL

The share capital is 10,000.00 (ten thousand point zero zero) euros.

Article 6

CHANGES IN SHARE CAPITAL

The capital may be increased against payment (through new contributions in cash or in kind) or without consideration (through the transfer of available reserves to capital) in accordance with the relevant provisions of law (Articles 2481–2481-bis – 2481-ter) pursuant to a resolution of the shareholders' meeting to be adopted with the majorities required for amendments to the Articles of Incorporation.

In the event of a decision to increase the share capital through new contributions, all contributions—including those other than cash—permitted by law are admissible, and shareholders have the right to subscribe to the increase in proportion to the shares they hold. The shareholders are entitled to expressly provide in the resolution authorizing the increase that it may also be carried out through an offering of newly issued shares to third parties, except in the case referred to in Article 2481-ter of the Civil Code; in such a case, shareholders who did not consent to the decision have the right of withdrawal pursuant to Article 2473 of the Civil Code.

The capital may be reduced in the cases and in accordance with the procedures provided by law (Articles 2482, 2482-bis, 2482-ter, and 2482-quater of the Civil Code) by resolution of the Shareholders' Meeting, to be adopted with the majorities required for amending the Articles of Incorporation.

In the event of a capital reduction due to losses, the requirement to file, at the company's registered office at least eight days prior to the shareholders' meeting, the administrative body's report on the company's financial position and the observations of the Supervisory Body or Auditor (if appointed) may be waived, provided there is unanimous consent from all shareholders. The waiver of such filing must be confirmed at the shareholders' meeting and must be recorded in the relevant minutes.

Article 7

SHAREHOLDER CONTRIBUTIONS AND LOANS

Shareholders may, at the request of the administrative body and in accordance with applicable tax regulations, make capital contributions or provide loans—whether interest-bearing or non-interest-bearing—that do not constitute the collection of savings from the public under applicable banking and credit laws.

In the case of capital contributions, the related amounts may be used to cover any losses or transferred to directly increase the capital by any amount, subject to a corresponding resolution by the shareholders' meeting.

The provision of Article 2467 of the Civil Code applies to the repayment of shareholder loans.

Article 8

SHAREHOLDINGS

The allocation of equity interests, even in amounts not proportional to the contributions, is permitted. However, in the absence of a specific determination to that effect, the equity interests of the shareholders are presumed to be proportional to the contributions made.

Shareholder rights are vested in shareholders in proportion to the shareholding held by each.

In the case of joint ownership of a shareholding, the rights of the joint owners must be exercised by a common representative appointed in accordance with the

procedures set forth in Articles 1105 and 1106 of the Civil Code.

In the event of a pledge, usufruct, or seizure of shares, Article 2352 of the Civil Code applies.

The company expressly maintains a shareholders' register kept by the directors for informational purposes only, in accordance with the provisions governing joint-stock companies, to the extent they are applicable. The directors are therefore obligated to make the necessary entries in said register as soon as possible, from the time of filing with the Registry of Companies—carried out in accordance with the law—concerning the transfers of shares that have taken place and the creation of real rights over them, whether by inter vivos transaction or by succession upon death.

All other mandatory provisions of law remain unaffected.

Article 9 TRANSFER OF SHAREHOLDINGS

Shareholdings are transferable both by inter vivos transaction and by succession upon death.

In the event of a sale, the other shareholders holding shares shall have a right of first refusal, to be exercised as follows: a shareholder holding shares who intends to sell all or part of them must provide written notice via certified mail with return receipt to the Board of Directors or the Sole Director, indicating the number of shares intended for sale, the asking price, the terms of payment, and the potential buyer; within 15 days of receiving the notice, the Board of Directors or the Sole Director must inform all shareholders, again by registered letter with return receipt, containing the details of the offer; the other shareholders, if they intend to exercise their right of first refusal, must notify the Board of Directors or the Sole Director of their intention within 30 days of receiving the offer. Silence shall be deemed a tacit waiver by the entitled parties.

If the shareholders declare their intention to complete the purchase, the shares offered for sale must be transferred to them in proportion to the shares held by each, relative to the total number of shares whose holders have declared their intention to exercise the right of first refusal.

If those entitled to the right of first refusal do not accept the offer, the offeror shall be free to sell the shares specified therein to third parties.

Each shareholder is deemed bound by this provision as of the notification of their intention to exercise such right. With regard to the calculation of the time limits referred to in the preceding paragraphs, the provisions of the Code of Civil Procedure shall apply.

The procedure set forth in this article may be waived if all shareholders express their prior consent to the transfer by notifying the Board of Directors in writing.

Transfers of shares to a spouse, the transferor's children, or companies belonging to the same group are not subject to the procedure set forth in this article. The right of first refusal is also excluded in the case of transfers between a settlor and a trust company and vice versa; however, the replacement of the settlor without replacing the trust company is subject to the right of first refusal.

Article 10 SHAREHOLDER
RESOLUTIONS

The shareholders shall decide on matters reserved to their authority by law and by these Bylaws, as well as on matters submitted for their approval by one or more directors or by shareholders representing at least one-third of the share capital.

In any case, the following matters are reserved for the shareholders' authority:

a) the approval of the financial statements and the distribution of profits;

b) the appointment and removal of directors;

c) the appointment, where required by law and/or by resolution of the shareholders, solely within the limits established by law, of the Sole Auditor or a Board of Statutory Auditors, and of the Chairman of the Board of Statutory Auditors, if appointed, and/or of the Independent Auditor, and their removal;

d) amendments to the articles of incorporation;

e) the decision to carry out transactions that entail a substantial change in the corporate purpose or a significant change in the rights of the shareholders.

With respect to the matters referred to in subparagraphs (d) and (e), or when requested by one or more directors or by a number of shareholders representing at least one-third of the share capital, shareholder resolutions must be adopted through the general meeting procedure set forth in Article 11 below.

In all other cases, however, shareholders' decisions may be adopted not only through a general meeting but also through written consultation or on the basis of consent expressed in writing.

Every shareholder who, by virtue of legitimate entitlement, is entitled to vote has the right to participate in the decisions referred to in this article, and their vote carries weight in proportion to their shareholding.

Shareholders in arrears (pursuant to Article 2466 of the Civil Code) and shareholders holding stakes for which express provisions of law provide for the suspension of voting rights may not participate in decisions, whether such decisions are adopted through a general meeting or through written consultation or consent expressed in writing.

Article 11
SHAREHOLDER DECISIONS: GENERAL MEETING PROCEDURE

A) CONVENING OF THE SHAREHOLDERS' MEETING

The shareholders' meeting must be convened by the Board of Directors, even outside the registered office, provided that it is held in Italy or in a European Union country.

The shareholders' meeting shall be convened not only in the cases and for the purposes provided for by law, but also whenever the Board of Directors deems it appropriate.

The Board of Directors must also convene the shareholders' meeting without delay when requested to do so by shareholders representing at least one-tenth of the share capital, provided that the request specifies the matters to be discussed.

However, a meeting may not be convened at the request of shareholders for matters on which the shareholders' meeting, in accordance with the law, resolves upon a proposal by the directors or on the basis of a plan or report prepared by them.

The shareholders' meeting is convened by notice sent at least eight days prior to the date set for the meeting, by certified mail or by any other means suitable for this purpose, delivered to the shareholders at the address listed in the shareholders' register, if one has been established, or at the address

filed with the competent Business Registry (in the case of a notice sent by fax, email, or other similar means, the notice must be sent to the fax number, email address, or specific contact information that has been expressly provided by the shareholder or that is expressly recorded in the shareholders' register, if established, provided that shareholders who do not wish to provide a fax number or email address, or who revoke a previously provided number or address, are entitled to receive the notice of meeting by certified mail with return receipt requested).

The notice of meeting must specify the date, place, and time of the meeting, as well as the agenda.

The notice of meeting may specify an additional date for a second call in the event that the meeting is not legally constituted at the time of the first call; in any case, the same majorities required for the first call apply to the second call as well. In the absence of a formal notice of meeting, the meeting is deemed to be duly constituted when the entire share capital is represented and all Directors, members of the Supervisory Body, or the Independent Auditor, if appointed, are present or have been notified, and no one objects to the consideration of the matter. If the Directors, members of the Supervisory Body, or the Independent Auditor—if appointed—do not personally attend the meeting, they must issue a specific written statement, to be submitted to the Chair of the meeting and kept in the company's records, in which they declare that they are informed of all items on the agenda and do not object to their discussion.

B) PARTICIPATION IN THE MEETING AND VOTING RIGHTS

Shareholders who, by virtue of valid title, hold voting rights may participate in the meeting.

Each shareholder's vote carries weight in proportion to their shareholding.

C) REPRESENTATION AT THE MEETING

Any shareholder entitled to attend the meeting may be represented in accordance with the law.

Legally incorporated entities and companies may participate in the shareholders' meeting through a designated representative, by means of a written proxy.

It is the responsibility of the Chair of the meeting to verify the validity of the proxies and, in general, the right to attend the meeting.

D) CHAIRING THE MEETING

Depending on the system of administration, the chairmanship of the meeting is held by:

- the sole director;
- the Chair of the Board of Directors and, in the event of the Chair's absence or inability to serve, in the following order: the Vice Chair and the Chief Executive Officer, if appointed.

If neither of the aforementioned individuals can or wishes to perform this function, those present shall appoint a Chairperson from among themselves by an absolute majority of the represented capital. The meeting shall appoint a secretary, who need not be a shareholder, and, if deemed appropriate, two scrutineers, who may be non-shareholders.

It is the responsibility of the Chair of the Meeting to verify that the meeting is duly constituted, to ascertain the identity and eligibility of those present (and, therefore, to exclude ineligible persons from the meeting), to direct and regulate the conduct of the meeting, and to verify the results of the votes. The outcomes of these verifications must be recorded in the minutes.

ID: 223025925

September 29, 2026

E) QUORUMS FOR CONSTITUTION AND RESOLUTION

The meeting is duly constituted with the presence of shareholders representing at least 51% (fifty-one percent) of the share capital.

A shareholders' meeting duly constituted pursuant to the preceding paragraph shall pass resolutions by an absolute majority of those present, except in the cases provided for in paragraphs 4) and 5) of the second paragraph of Article 2479 of the Civil Code (amendments to the articles of incorporation and decisions to undertake transactions involving a substantial change in the corporate purpose or a significant change in shareholders' rights), in which the affirmative vote of shareholders representing at least 51% (fifty-one percent) of the share capital is required.

In cases where, by law or pursuant to these Articles of Association, the right to vote is suspended (for example, in the event of a conflict of interest or a shareholder in arrears), Article 2368, paragraph 3, of the Civil Code applies.

This is without prejudice to the other provisions of these Articles of Association that require different specific majorities for particular resolutions.

F) VOTING PROCEDURES

Resolutions are adopted by a show of hands unless a majority of those present requests a roll call vote.

In any case, the vote must be open or, in any event, must be cast in a manner that allows for the identification of dissenting members.

G) RECORDING OF RESOLUTIONS

The resolutions of the meeting must be recorded in minutes signed by the Chair and the Secretary or by a notary public, if required by law.

The minutes must indicate the date of the meeting and, even if provided as an attachment, the identities of the participants and the capital represented by each; they must also indicate the procedures and results of the voting and must allow, even if provided as an attachment, for the identification of shareholders who voted in favor, abstained, or voted against. At the request of the shareholders, their statements pertaining to the agenda must be summarized in the minutes.

The minutes of general meeting resolutions involving amendments to the articles of incorporation must be drawn up by a notary public.

The minutes of the shareholders' meeting, even if drawn up as a public deed, must be transcribed without delay into the Book of Shareholder Resolutions.

H) AUDIO/VIDEO MEETINGS

It is possible to hold general meetings with participants located in multiple places—whether adjacent or distant—connected via audio/video, subject to the following conditions, which must be noted in the relevant minutes:

- the Chair and the Secretary of the meeting must be present in the same location to prepare and sign the minutes;
- the Chair of the meeting must be permitted to verify the identity and eligibility of the participants, preside over the proceedings, and record and announce the results of the vote;
- that the person taking the minutes be allowed to adequately observe the events of the meeting being recorded;
- that participants be allowed to take part in the discussion and simultaneous voting on the items on the agenda, as well as to view, receive, or transmit documents;
- that the notice of meeting (unless it is a fully virtual meeting) specify the audio/video locations set up by the company where participants may gather, as the meeting shall be deemed to take place at the location

Official Archive of the Chambers of Commerce

where the Chair and the minute-taker are present; in addition, as many attendance sheets must be prepared as there are audio/video locations where the meeting is held.

Article 12

SHAREHOLDER DECISIONS: WRITTEN CONSULTATION AND/OR EXPRESS WRITTEN CONSENT

Shareholder decisions may be adopted through written consultation or on the basis of consent expressed in writing. This method, as specified in Article 10 of these Bylaws, may be used as an alternative to the general meeting procedure described in Article 11.

However, with regard to amendments to these Bylaws, decisions to undertake transactions involving a substantial change in the corporate purpose or a significant change in the rights of the shareholders, or when requested by one or more directors or a number of shareholders representing at least one-third of the share capital, shareholder decisions must necessarily be adopted through the general meeting procedure.

If the written consultation method is chosen, a specific written document must be drafted, which must clearly state:

- the subject matter of the decision;
- the content and outcome of the decision and any resulting authorizations;
- the names of the consenting shareholders;
- the names of the shareholders who voted against or abstained, and, upon their request, the reason for their opposition or abstention;
- the signatures of all members, whether in favor, abstaining, or opposed;
- failure to sign is equivalent to a vote against.

If the method of express written consent is chosen, a specific written document must be drawn up, clearly stating:

- the subject matter of the decision;
- the content and outcome of the decision.

A copy of this document must be sent to all shareholders, who must, within the following five days, submit to the company a specific declaration—written at the bottom of the received copy of the document—in which they must express their vote in favor, against, or abstention, indicating, if deemed appropriate, the reason for their opposition or abstention; failure by shareholders to submit such a declaration within the aforementioned deadline is deemed a vote against.

The communications provided for in this paragraph may be sent to the address indicated by each shareholder in the shareholders' register, using any means and/or communication system that allows for confirmation of dispatch and receipt, including fax and email.

Every shareholder entitled to vote has the right to participate in the decisions referred to in this article, and their vote carries weight in proportion to their shareholding.

Shareholder decisions are adopted by the affirmative vote of shareholders representing at least half of the share capital.

In cases where, by law or pursuant to these bylaws, the right to vote is suspended (for example, in the event of a conflict of interest or a member in arrears), Article 2368, paragraph 3, of the Civil Code shall apply.

Any resolution adopted by the shareholders pursuant to this article must be recorded without delay in the Book of Shareholder Resolutions.

Article 13

MANAGEMENT

The term of office of the administrative body, which may also be indefinite, is established by a resolution of the shareholders.

The Company may be managed:

- by a Sole Director;
- by a Board of Directors consisting of 2 (two) to 7 (seven) members.

The choice of the management structure and, in the case of a Board, the determination of the number of members is left to the shareholders' discretion.

The members of the governing body:

a) may also be non-shareholders;

b) may not be appointed, and, if appointed, shall be removed from office, those who fall under the conditions set forth in Article 2382 of the Civil Code;

c) serve for the term determined by the members at the time of appointment, and, in any case, until revoked or they resign;

d) in the case of an appointment for an indefinite term, they may be removed at any time without the need to provide a reason;

e) they may be reelected;

f) they may be co-opted in accordance with Article 2386 of the Civil Code;

g) they are not subject to the non-competition clause referred to in Article 2390 of the Civil Code.

If, due to resignation or other causes, the majority of the Directors ceases to exist, the entire Board shall be deemed to have been dissolved, and a shareholders' meeting must be convened immediately to appoint new Directors.

In such a case, the Directors shall remain in office for the purpose of convening the shareholders' meeting and for the conduct of ordinary business until their successors are appointed. The termination of the Directors' terms upon expiration shall take effect from the moment the new board of directors is reconstituted.

Article 14

BOARD OF DIRECTORS: COLLEGIAL METHOD

When the Company is managed by the Board, its operation is governed as follows:

A- CHAIRMAN

The Board elects a Chairperson from among its members if the Chairperson is not appointed by the shareholders; it may elect a Vice Chairperson to replace the Chairperson in the event of absence or inability to perform duties.

The Chairperson convenes the Board of Directors, sets the agenda, coordinates its work, and ensures that adequate information on the items on the agenda is provided to all Board members.

B- MEETINGS

The Board meets at the location specified in the notice of meeting (at the registered office or elsewhere) whenever the Chairman or his or her substitute deems it necessary, or when requested by a majority of the serving Directors, or by at least two Statutory Auditors, in the event that a Board of Statutory Auditors has been appointed, or by the Sole Statutory Auditor.

As a general rule, notice of the meeting shall be given at least five clear days prior to the meeting, by notice sent via certified mail or by any other means suitable for this purpose (e.g., fax, email), at

at least three days before the meeting and, in urgent cases, by telegram to be sent at least one day in advance, specifying the date, place, and time of the meeting as well as the agenda.

Board meetings and their resolutions are valid, even without a formal notice of meeting, when all serving Board members and the members of the Supervisory Body or the Auditor, if appointed, are present.

Board meetings are chaired by the Chairman; in his absence, by the Vice Chairman, if one has been appointed; or, in the absence of the Vice Chairman, by a Board member designated by the Board itself.

The Board of Directors may hold its meetings via videoconference or audio conference only under the following conditions, which must be noted in the relevant minutes:

a) the Chairman and the Secretary of the meeting must be present at the same location to prepare and sign the minutes, and the meeting shall be deemed to have taken place at that location;

b) the Chair of the meeting is permitted to verify the identity of the participants, preside over the meeting, and ascertain and announce the results of the vote;

c) the person taking the minutes must be able to adequately perceive the events of the meeting being recorded;

d) that attendees be permitted to participate in the discussion and simultaneous voting on the items on the agenda, as well as to view, receive, or transmit documents.

C. RESOLUTIONS

For the Board's resolutions to be valid, a majority of the serving Directors must be present.

Resolutions are adopted by an absolute majority of those present; if the Board consists of more than two members, in the event of a tie, the chairperson's vote prevails.

If the Board consists of only two members, unanimity is required. In the latter case, in the event of a tie, the resolution shall be deemed rejected; should an irreconcilable dispute then arise, the Board must resign and immediately convene the Shareholders' Meeting to appoint a new Board of Directors; in such a case, the Board shall remain in office until the new Board of Directors is confirmed.

Under no circumstances may a vote be cast by proxy. D—MINUTES

The resolutions of the Board of Directors and of the Executive Committee, if appointed pursuant to the following section "E," must be recorded in minutes which, transcribed in a designated book maintained in accordance with the law, are signed by the presiding officer and by the Secretary appointed from time to time, including from among individuals outside the Board. E- DELEGATION OF POWERS

The Board of Directors may delegate its powers to an Executive Committee composed of some of its members or to one or more Chief Executive Officers, specifying the scope, limits, and any procedures for exercising such delegation. In such cases, the provisions of Article 2381 of the Italian Civil Code shall apply in full.

The powers specified in Article 2381 of the Italian Civil Code and those that cannot be delegated under other applicable laws may not be delegated.

The offices of Chairman (or Vice Chairman) and Chief Executive Officer may be held concurrently.

Article 15

BOARD OF DIRECTORS: METHOD OF WRITTEN CONSULTATION AND/OR EXPRESS WRITTEN CONSENT

If the company is managed by a Board of Directors, its decisions may also be adopted, as an alternative to the collegial method, through written consultation or on the basis of consent expressed in writing, except for the matters indicated in the last paragraph of Article 2475, for which a collegial resolution is required in accordance with the provisions of Article 14 of these Bylaws.
If the written consultation system is chosen, a specific written document must be drafted, which must clearly state:

- the subject matter of the decision;
- the content and outcome of the decision and any authorizations resulting therefrom;
- the names of the consenting Directors;
- the names of the Directors who voted against or abstained, and, upon their request, the reason for their opposition or abstention;
- the signatures of all Directors—whether in favor, abstaining, or opposed—with the clarification that failure to sign is equivalent to a vote against.

If the system of express written consent is chosen, a specific written document must be drafted that clearly states:

- the subject matter of the decision;
- the content and outcome of the decision, as well as any authorizations resulting therefrom;

A copy of this document must be sent to all Directors, who must, within the following five days, submit to the company a specific statement—written at the bottom of the received copy of the document—in which they must express their vote in favor, against, or abstention, indicating, if deemed appropriate, the reason for their opposition or abstention; Failure by the Directors to submit a statement by the aforementioned deadline shall be deemed a vote against.
The transmissions provided for in this paragraph may be made by any means and/or communication system that allows for confirmation of dispatch and receipt, including fax and email.
Decisions of the Board of Directors are made by a majority vote of the Directors in office.
The decision of the Directors, adopted pursuant to this article, must be recorded in the Book of Directors' Decisions.
The Directors may decide to refer decisions on particular matters or specific transactions to the Board of Directors for resolution by collective decision. Such a decision must also be adopted by a majority vote of the Directors in office.

Article 16

POWERS OF THE MANAGEMENT BODY

Regardless of the system of administration, the administrative body is vested with the broadest powers for the ordinary and extraordinary administration of the company and may therefore perform all acts it deems appropriate for the pursuit of the corporate purpose, with the sole exception of those that the law or the articles of incorporation

reserve for the shareholders' meeting.

Article 17
REPRESENTATION OF THE COMPANY

Regardless of the system of administration, the Directors shall have general authority to represent the company.

In the event of the appointment of a Board of Directors, the power to represent the company shall vest in all members of the Board of Directors, acting individually.

The administrative body may appoint general, administrative, and technical managers, determining their duties and any compensation, as well as agents for individual transactions or categories of transactions.

Article 18
DIRECTORS' COMPENSATION

Directors are entitled to reimbursement of expenses incurred in the performance of their duties and to compensation to be determined by the shareholders by a resolution that remains in effect until amended.

The board of directors shall determine the method of allocating such compensation among its members on a year-by-year basis.

Directors may also be entitled to a severance payment upon the end of their term, and for this purpose, the company is authorized to establish a specific reserve fund or corresponding insurance policy.

Article 19 SOLE DIRECTOR

When the management of the company is entrusted to a Sole Director, the Sole Director shall hold all the powers and authority of the Board of Directors and its Chairman.

Article 20
RIGHTS OF NON-EXECUTIVE SHAREHOLDERS

Shareholders who do not participate in the management are entitled to receive information from the Directors regarding the conduct of the company's business and to inspect, including through professionals of their choice, the company's books and documents relating to management.

Article 21 AUDITING
BODY

As the supervisory body, the shareholders, by a resolution to be adopted pursuant to Article 10 above, may appoint:

o a Sole Auditor, who must be appointed and who shall act in accordance with Article 22 below;

o a Board of Statutory Auditors, if required by law and/or by decision of the shareholders, which must be appointed and shall operate in accordance with Article 22 below;

o an Auditor, who must be appointed and who shall act in accordance with Article 23 below;

Pursuant to Article 2477 of the Italian Civil Code, the appointment of the Audit Body or an Independent Auditor is mandatory:

a) if the company is required to prepare consolidated financial statements;

b) if the company controls a company subject to statutory audit;

c) if the company, for two consecutive fiscal years, has exceeded two of the thresholds specified in the first paragraph of Article 2435-bis.

In this case as well, the Audit Committee or the Auditor shall be appointed and shall operate in accordance with Articles 22 and 23 below.

Article 22

SINGLE AUDITOR OR BOARD OF AUDITORS

If the legal conditions are met, the shareholders' meeting must appoint a Sole Auditor or a Board of Auditors, if required by law and/or by decision of the shareholders.

The provisions governing joint-stock companies (Articles 2397 et seq. of the Civil Code) apply to the Sole Auditor and the Board of Statutory Auditors.

The Board of Statutory Auditors shall consist of three standing members and two alternate members. The Chair of the Board of Statutory Auditors is appointed by the shareholders, along with the resolution appointing the Board itself.

The auditors remain in office for three fiscal years, and their terms expire on the date of the shareholders' meeting convened to approve the financial statements for the third fiscal year of their term. The termination of the auditors' terms upon expiration takes effect from the moment the audit committee is reconstituted.

The annual compensation of the auditors is determined by the shareholders at the time of their appointment for the entire duration of their term of office.

The Sole Auditor, or the Board of Statutory Auditors, has the duties and powers set forth in Articles 2403 and 2403/bis of the Civil Code and also performs the statutory audit of the accounts; in this regard, both the Sole Auditor and the entire Board of Statutory Auditors must consist entirely of Statutory Auditors registered in the appropriate Register.

The Board of Statutory Auditors must meet at least once every ninety days. The meeting may also be held via audio or video conference; in such cases, the provisions set forth in Article 14 above regarding meetings of the Board of Directors shall apply.

Minutes must be drawn up for the meetings of the Board of Statutory Auditors, which must be recorded in the Board of Statutory Auditors' book of decisions and signed by those present; the resolutions of the Board of Statutory Auditors must be adopted by a majority of those present. The Sole Statutory Auditor must also record his or her decisions in a specific book.

Furthermore, the provisions of Articles 2406 and 2407 of the Civil Code apply.

Any shareholder may report facts that he or she deems reprehensible to the Sole Auditor or to the Board of Statutory Auditors, which must take the report into account in its annual report on the financial statements; if the report is made by shareholders representing one-twentieth of the share capital, the Sole Auditor or the Board of Auditors must investigate the reported facts without delay and present its conclusions and any proposals to the shareholders' meeting.

The provision of Article 2409 of the Civil Code applies.

Article 23

STATUTORY AUDITOR OF THE COMPANY

Without prejudice to cases in which the appointment of an independent Statutory Auditor or an independent Auditing Firm is required by law, as an alternative to the Sole Auditor or the Board of Statutory Auditors, by express decision of the shareholders, the statutory audit may be entrusted to a Statutory Auditor or an Auditing Firm that is registered in the appropriate registry provided for by law.

By express decision of the shareholders, the assignment of the statutory audit function to a Statutory Auditor or an Audit Firm meeting the legal requirements may also take place even if a Sole Statutory Auditor or a Board of Statutory Auditors is in office; in this case as well, since it is

the regulations governing joint-stock companies.
No person may be appointed to the position of auditor, and if appointed, such person shall be removed from office, if they fall under the conditions set forth in Article 2399 of the Civil Code.
The auditor's compensation is determined by the shareholders at the time of appointment for the entire term of office.
The term of office lasts for three fiscal years, expiring on the date of the shareholders' resolution approving the financial statements for the third fiscal year of the term.
The appointment may be revoked only for just cause and by resolution of the shareholders' meeting. The resolution to revoke the appointment must be approved by a court order, after hearing the interested party.
The auditor performs the duties set forth in Article 2409-bis of the Civil Code.

Article 24 FISCAL YEAR –
FINANCIAL STATEMENTS

Fiscal years end on December 31 of each year.
At the close of each fiscal year, the board of directors shall prepare the financial statements and complete the necessary formalities in accordance with applicable laws.
The financial statements must be approved by the shareholders by a resolution to be adopted within 120 days of the end of the fiscal year, or within 180 days if the company is required to prepare consolidated financial statements and when specific requirements related to the company's structure and purpose so require: in the latter case, however, the Directors must indicate in their report (or in the notes to the financial statements if the financial statements are prepared in abbreviated form) the reasons for the extension.

Article 25
PROFITS

From the net profits shown in the financial statements, an amount corresponding to the portion required by law must be set aside for the legal reserve until such reserve has reached the amount prescribed by law. The resulting net profits will be distributed among the shareholders in proportion to the shareholding held by each. The distribution of profits will take place as indicated above, unless the shareholders' meeting resolves to make additional allocations to extraordinary reserve funds.
The shareholders' resolution approving the financial statements also determines the distribution of profits to the shareholders.
Only profits actually earned and shown in the duly approved financial statements may be distributed, after deducting the amount allocated to the legal reserve; profits in kind may also be distributed.
If there is a loss of share capital, no distribution of profits may take place until the capital has been replenished or reduced proportionally.
The distribution of interim dividends is not permitted.

Article 26 WITHDRAWAL
OF A SHAREHOLDER

A) CASES OF WITHDRAWAL
The right to withdraw is granted to:
- shareholders who have not consented to a change in the company's purpose or legal form, to its merger or demerger, to the transfer of its registered office abroad, to the termination of liquidation, or to the elimination of one or more grounds for withdrawal provided for in these Bylaws;

- to shareholders who have not consented to the execution of transactions that entail a substantial modification of the company's purpose or a significant modification of the rights granted to shareholders;
- in all other cases provided for by law or by these Bylaws.

B) PROCEDURES FOR EXERCISING THE RIGHT OF WITHDRAWAL

A shareholder's intention to exercise the right of withdrawal, in the cases provided for in paragraph 1) above, must be sent to the Board of Directors by registered letter with acknowledgment of receipt within fifteen days of the entry in the Business Register of the resolution that gives rise to the right of withdrawal; if the event justifying the withdrawal is other than a resolution to be recorded in the Business Register, it must be exercised within thirty days of the shareholder becoming aware of such event. The right of withdrawal may be exercised only with respect to the entire shareholding. The shareholding for which the right of withdrawal is exercised may not be transferred. The right of withdrawal may not be exercised—and, if already exercised, is void—if the company revokes the resolution and/or decision authorizing it, or if the dissolution of the company is resolved.

The registered letter referred to above must indicate the personal details of the withdrawing shareholder, their domicile, and the amount of their equity interest.

C) REIMBURSEMENT OF THE WITHDRAWING SHAREHOLDER'S INTEREST

Shareholders who withdraw from the company are entitled to receive reimbursement for their shareholding in proportion to the company's net assets. For this purpose, the amount is determined by the Directors, taking into account its market value at the time of the notice of withdrawal (where applicable, and in particular, taking into account the company's financial position, its profitability, the value of the tangible and intangible assets it owns, its market position, and any other circumstances and conditions normally considered for the purpose of determining the value of corporate equity interests); in the event of a disagreement, the determination shall be made by means of a sworn report by an expert appointed by the Court at the request of the more diligent party; in such a case, the first paragraph of Article 1349 of the Civil Code shall apply.

The redemption of shares for which the right of withdrawal has been exercised must be completed within 180 (one hundred eighty) days from the date of notification of such withdrawal to the company.

This may also be effected through purchase by the other shareholders in proportion to their respective shareholdings or by a third party mutually agreed upon by the shareholders themselves. If this does not occur, the redemption shall be carried out using available reserves. In such a case, the shareholding of the withdrawing shareholder shall increase in proportion to the shareholdings of the other shareholders.

In the absence of available reserves, the share capital shall be reduced accordingly; in this latter case, Article 2482 of the Civil Code applies, and if, on the basis thereof, it is not possible to reimburse the withdrawing shareholder's interest, the company shall be placed in liquidation.

Article 27 EXCLUSION
OF A SHAREHOLDER

In the case of a shareholder who, by way of a contribution, has undertaken to perform work or provide services for the company, such shareholder may be expelled

if he or she is no longer able to perform the work or provide the services that are the subject of the contribution.

A member may also be expelled if he or she has been disqualified from holding public office, has been declared bankrupt, or has been convicted by a final judgment to a penalty that entails disqualification—even temporary—from public office.

The exclusion must be approved by the members through a specific resolution to be adopted exclusively by the general meeting procedure set forth in Article 11. For the general meeting to be validly constituted and for the calculation of the required majority, the participation of the member subject to exclusion shall not be taken into account; however, such member may attend the general meeting but without the right to vote.

The resolution of exclusion must be communicated to the excluded member by certified mail with return receipt, and the exclusion shall take effect thirty days after such notification. Within this period, the excluded member may file an objection with the court having territorial jurisdiction. If the company consists of only two members, the exclusion of one of them shall be ordered by the court upon the request of the other.

## Article 28 DISSOLUTION AND LIQUIDATION

The voluntary early dissolution of the company is resolved by the Shareholders' Meeting with the majorities required for amendments to these Bylaws.

In such a case, as well as upon the occurrence of any of the other grounds for dissolution provided for in Article 2484 of the Civil Code or by other provisions of law or these Bylaws, the Shareholders' Meeting, by means of a specific resolution to be adopted with the majorities required for amendments to these Bylaws, shall determine:

- the number of liquidators and the rules governing the operation of the board in the event of multiple liquidators;
- the appointment of the liquidators, specifying those authorized to represent the company;
- the criteria according to which the liquidation must be conducted;
- the powers of the liquidators, with particular regard to the sale of the company, its business units, or even individual assets or rights, or blocks thereof; the actions necessary to preserve the value of the company, including its provisional operation—even of individual business units—with a view to achieving the best possible return.

In the absence of any provision regarding the powers of the liquidators, the provision of Article 2489 of the Civil Code shall apply; therefore, the liquidators may perform all acts necessary for the liquidation of the company.

The company may at any time revoke the state of liquidation—provided that the cause of dissolution has been eliminated—by a resolution of the shareholders' meeting adopted with the majorities required for amendments to these Bylaws. A dissenting shareholder has the right to withdraw. For the purposes of such revocation, Article 2487-ter of the Civil Code applies.

The provisions governing shareholder decisions, shareholders' meetings, and the administrative and supervisory bodies shall apply, to the extent compatible, even during liquidation.

All other provisions set forth in Chapter VIII of Book V of the Civil Code (Articles 2484 et seq.) shall apply.

Article 29 DEBT
SECURITIES

The company may issue debt securities.

The issuance of debt securities is approved by the shareholders' meeting with the majorities required for amendments to these Bylaws.

The relevant resolution of the shareholders' meeting must be recorded by a notary, with the consequent application of Article 2436 of the Civil Code.

The company may issue debt securities for a total amount not exceeding the share capital, the legal reserve, and the available reserves as shown in the most recent approved financial statements.

Securities issued pursuant to this article may be subscribed to only by professional investors. In the event of subsequent trading, the subscribers shall be liable for the company's solvency toward purchasers who are not professional investors or shareholders of the company itself.

The resolution authorizing the issuance of the securities must specify the terms of the loan and the repayment terms and must be filed with the registry of companies by the Directors. It may also provide that, subject to the consent of a majority of the security holders, the company may amend such terms and conditions.

Article 30 SOLE
SHAREHOLDER

When the entire shareholding belongs to a single shareholder or the identity of the sole shareholder changes, the Directors must fulfill the obligations set forth in Article 2470 of the Civil Code.

When a group of shareholders is established or reconstituted, the Directors must file the relevant declaration for registration in the Business Register.

The sole shareholder or the person who ceases to be the sole shareholder may carry out the public disclosure required in the preceding paragraphs.

The directors' declarations must be recorded in the shareholders' register within thirty days of registration and must indicate the date of such registration.

Article 31
SUBJECTION TO MANAGEMENT AND CONTROL ACTIVITIES

The company must indicate, if applicable, its subjection to the management and coordination activities of third parties in its documents and correspondence, as well as through registration, to be carried out by the Directors, with the section of the Business Register referred to in Article 2497-bis, paragraph 2, of the Civil Code.

Article 32 DOMICILE OF
SHAREHOLDERS

The domicile of the shareholders, as it pertains to their relations with the company, shall be deemed, for all legal purposes, to be the location as recorded in the relevant Commercial Registry.

The shareholders' register must include the address and, if provided, the fax number, email address, and/or certified email address.

Each shareholder shall, under his or her own responsibility, promptly notify the company of any change in his or her domicile; such changes must be reported by the Board of Directors to the competent Registry of Companies in accordance with the procedures and deadlines established by law, and, if established, immediately transcribed into the shareholders' register by the Board of Directors itself. The change

change of domicile takes effect, with respect to the company, upon registration in the competent Business Registry.

Article 33 ARBITRATION CLAUSE

Any disputes arising between shareholders or between shareholders and the company—including those brought by or against Directors, members of the Supervisory Body, or the Auditor (if appointed)—and concerning enforceable rights related to the corporate relationship shall be decided by an Arbitration Panel composed of three members, all of whom shall be appointed, within thirty days of the request made by the more diligent party, by the President of the Order of Chartered Accountants and Accounting Experts of the district in which the company has its registered office. The three arbitrators thus appointed shall designate the Chairperson. In the event of failure to appoint within the prescribed time limit or in the event of disagreement among the appointed arbitrators regarding the selection of the Chairperson, the President of the Court in whose judicial district the company has its registered office shall make the appointment, upon request by the more diligent party.

The arbitrators shall adjudicate in accordance with the procedure set forth in Article 806 et seq. of the Code of Civil Procedure.

The Arbitral Tribunal shall determine who shall bear the costs of the arbitration or, if applicable, the manner in which such costs shall be apportioned.

Disputes in which the law provides for the mandatory intervention of the Public Prosecutor may not be the subject of an arbitration agreement or arbitration clause.

Amendments to this arbitration clause must be approved by a resolution of the shareholders passed by a majority of at least two-thirds of the share capital. Absent or dissenting shareholders may, within the following ninety days, exercise their right of withdrawal pursuant to Article 26 above.

SIGNED: ALDO HUGO SALLUSTRO SIGNED:
MARIA FRANCESCA BARONI SIGNED:
FEDERICO ROSSI NOTARY

**ATTACHMENT "B" TO FILE NO. 34227: ARTICLES OF INCORPORATION**

Article 1 NAME

The Company is named: "PANINI S.R.L."

Article 2

REGISTERED OFFICE

The registered office is located in the City of Modena (MO), at the address as recorded in the entry made in the Registry of Companies in accordance with the law.

The directors have the authority to establish and dissolve operational units (such as branches, subsidiaries, or administrative offices without permanent representation) or to transfer the registered office within the municipality indicated above.

It is, however, up to the shareholders to resolve on the establishment of secondary offices or the transfer of change of the registered office within the municipality to a location other than the one indicated above. Since these most recent resolutions constitute amendments to the articles of incorporation, they fall within the jurisdiction the shareholders' meeting.

Article 3

TERM

The term is set to end on December 31, 2085, unless extended or dissolved early by the shareholders' meeting.

Article 4

PURPOSE

The company's purpose is the production of paper; the production, publication, publication, printing, distribution, and sale—using any distribution channel, including electronic ones, of publishing products (periodicals and non-periodicals (excluding the printing of daily newspapers); collectible cards for children, with or without books, envelopes, and novelty items for children; magazines and their supplements; books and manuals; any other publishing and/or graphic design initiatives, including audiovisual media such as videocassettes, compact discs, etc.; credit cards, electronic keys , with or without microchips, video games and accessories, and computer software of any kind, in the most varied forms and ways, without any limitation; the wholesale and retail trade of the above items, even if produced by third parties; import and export; the acquisition of agency contracts, with or without a consignment arrangement; commercial representation, and distribution in general.

It may acquire equity interests in entities, companies, or businesses, including those in the process of formation, having purposes that are analogous, similar, or otherwise related to its own, for for the purpose of stable investment and not for intermediation in the circulation of them.

Occasionally, it may carry out, both on its own behalf and on behalf of third parties, securities and real estate transactions, as well as commercial and financial transactions of any nature,
nature, excluding the right to solicit savings from the public and any other activity not permitted by the relevant regulations. The company may also provide administrative and management services to third parties.

The company may provide surety bonds and security interests, including on behalf of third parties.

Article 5

SHARE CAPITAL

The capital is 10,000.00 (ten thousand point zero zero) euros.

Article 6

CHANGES IN SHARE CAPITAL

The capital may be increased against payment (through new contributions—
in cash or in kind) or without consideration (by transferring available reserves to capital) in accordance with the relevant legal provisions (Articles
2481, 2481-bis, and 2481-ter) pursuant to a resolution of the shareholders' meeting to be adopted with the majorities required for amendments to the articles of incorporation.

In the event of a decision to increase the share capital through new contributions, all contributions—including those other than cash—permitted
by law, and shareholders have the right to subscribe to the increase in proportion to the shares they hold. Shareholders are granted the right to specify
expressly in the resolution authorizing the increase that it may be carried out
also through an offering of newly issued shares to third parties, except in the case
case referred to in Article 2481-ter of the Civil Code; in such a case, shareholders who did not consent to the decision have the right of withdrawal pursuant to Article 2473 of the
Civil Code.

The capital may be reduced in the cases and in accordance with the procedures provided by law (Articles 2482–
2482-bis, 2482-ter, and 2482-quater of the Civil Code) by resolution of the
Shareholders' Meeting, to be adopted with the majorities required for amending
of the Articles of Incorporation.

In the event of a capital reduction due to losses, the prior
filing at the company's registered office, at least eight days prior to the meeting, of
the administrative body's report on the company's financial position
and the observations of the Supervisory Body or Auditor, if appointed,
provided there is the unanimous consent of all shareholders. The waiver of such filing
must be confirmed at the shareholders' meeting and must be recorded in the relevant
minutes.

Article 7

MEMBER CONTRIBUTIONS AND FINANCING

Shareholders may, at the request of the board of directors and in accordance with applicable tax regulations, make contributions
capital or provide loans, whether interest-bearing or non-interest-bearing, which do not
constitute the collection of savings from the public within the meaning of the applicable provisions of
banking and credit law.

In the case of capital contributions, the related amounts may be
used to cover any losses or transferred directly to
to the capital in any amount, subject to a corresponding resolution by the
.

For the repayment of shareholder loans, the provision
of Article 2467 of the Civil
Code shall apply.

Article 8

EQUITY INTERESTS

The allocation of equity interests, even in amounts not proportional
to the capital contributions. However, in the absence of a specific determination to that
regard, the shareholders' equity interests are presumed to be proportional in value to the
made.

Shareholder rights are allocated to shareholders in proportion to the equity interest
each holds.

In the case of joint ownership of a shareholding, the rights of the co-owners
must be exercised by a common representative appointed in accordance with the
procedures set forth in Articles 1105 and 1106 of the Civil Code.

In the event of a pledge, usufruct, or seizure of shares, Article 2352 of the Civil Code applies.

The company expressly maintains a shareholders' register kept by the directors for informational purposes only, in accordance with the
applicable to corporations, to the extent they are compatible. The directors are therefore required to make the
necessary entries in said register, as of the date of filing with the Registry of Companies—carried out in accordance with the law—concerning the transfers
of shares and the creation of real rights thereon, whether by inter vivos transaction or by succession upon death.

All other mandatory provisions of law remain unaffected.

Article 9

TRANSFER OF SHAREHOLDINGS

Shareholdings are transferable both by inter vivos transaction and by succession
.
In the event of a sale, the other shareholders holding shares shall have the right of first
, to be exercised as follows: a shareholder holding shares who
intends to sell all or part of them must give written notice
by registered letter with return receipt to the Board of Directors or
to the Sole Director, indicating the number of shares they intend to sell, the
asked price, the terms of payment, and the potential buyer; within
15 days of receiving the notice, the Board of Directors or
the Sole Director must inform all shareholders, again by registered letter
registered mail with return receipt containing the details of the offer; the other shareholders, if they
wish to exercise their right of first refusal, must, within 30 days of
receipt of the offer by the Board of Directors or
the Sole Director, notify the latter of their intention. Silence shall be
deemed a tacit waiver by the entitled parties.

If the shareholders declare their intention to proceed with the purchase, the shares offered for sale must be transferred to them in proportion to the shares held by each
holds relative to the total number of shares whose holders have declared their intention to exercise their right of first refusal.

In the event that those entitled to the
right of first refusal, the offeror shall be free to proceed with the sale to third parties of the shares
specified therein.
Subject to this provision, each shareholder is deemed to be bound as of the notification
of their intention to exercise such right. With regard to the calculation
of the time periods referred to in the preceding points, the provisions of the Code of Civil Procedure
.
The procedure set forth in this article may not take place if
all members express their prior consent to the transfer, notifying
in writing to the Board of Directors.

Transfers of
shares to the transferor's spouse, children, or companies belonging
the same group. The right of first refusal is also excluded in the case of transfers
between the settlor and the trust company and vice versa; however, the right
right of first refusal applies to the replacement of the settlor without replacement of the
.

Article 10

DECISIONS OF THE SHAREHOLDERS

The shareholders shall decide on matters reserved to their authority by law, by these Bylaws, as well as on matters that one or more directors or a number of shareholders representing at least one-third of the share capital submit for their approval.

In any case, the following matters fall within the competence of the shareholders:

a) the approval of the financial statements and the distribution of profits;
b) the appointment and removal of directors;
c) the appointment, where required by law and/or by decision of the shareholders, solely within the limits prescribed by law, of a Sole Auditor or a Board of Statutory Auditors, and of the Chairperson of the Board of Statutory Auditors, if appointed, and/or the Independent Auditor, and their removal;
d) amendments to the Articles of Incorporation;
e) the decision to carry out transactions that entail a substantial change in the corporate purpose or a significant change in the rights of the shareholders.

With respect to the matters referred to in subparagraphs (d) and (e), or when requested requested by one or more directors or by a number of shareholders representing at least one-third of the share capital, shareholders' decisions must be necessarily adopted through the general meeting procedure set forth in the following Article 11.

In all other cases, however, shareholder resolutions may be adopted not only the general meeting procedure, through the written consultation procedure or on the basis of consent expressed in writing.

Every shareholder who, by virtue of legitimate grounds, is entitled to vote, has the right to participate in the decisions referred to in this article, and their vote counts in proportion to their shareholding.

Members may not participate in decisions, whether they are adopted through the general meeting or by written consultation or by written consent, members in arrears (as defined Article 2466 of the Civil Code) and shareholders holding shares for which specific legal provisions mandate the suspension of voting rights.

Article 11

SHAREHOLDER DECISIONS: GENERAL MEETING PROCEDURE

A) CONVENING OF THE SHAREHOLDERS' MEETING

The shareholders' meeting must be convened by the Board of Directors, even outside the registered office, provided that it is held in Italy or in a European Union country.

The shareholders' meeting is convened, in addition to the cases and for the purposes provided for by law, whenever the Board of Directors deems it appropriate.

The governing body must also convene a shareholders' meeting without delay whenever a request is made by a number of shareholders representing at least one-tenth of the share capital, and the request specifies the matters to be
.

However, a meeting may not be convened at the request of shareholders for matters on which the shareholders' meeting, in accordance with the law, resolves upon a proposal by the directors or on the basis of a proposal or report prepared by them.

The meeting is convened by notice sent at least eight days prior to the date set for the meeting, by certified mail or by any other means suitable for the purpose, delivered to the shareholders at the address listed as recorded in the shareholders' register, if one has been established, or to the address filed with the competent Registry of Companies (in the case of a notice sent via fax, email, or other similar means, the notice must be

sent to the fax number, email address, or specific contact information that has been expressly provided by the shareholder or that appears

explicitly recorded in the membership register, if established; provided, however, that those members who do not wish to provide a fax number or an email address,

or revoke a previously provided number or address, are entitled to receive the notice of meeting by certified mail with return receipt requested).

The notice of meeting must specify the date, place, and time of the meeting, as well as the agenda.

The notice of meeting may specify an additional date for a second call in the event that, at the meeting scheduled for the first call,

the meeting is not legally constituted; in any case, even
the same majorities required for the

first call. In the absence of a formal call, the meeting is deemed to be duly constituted when the entire share capital

and all Directors, members of the Supervisory Body, or the Independent Auditor—
, if appointed, are present or have been notified, and no one objects to the

of the matter. If the Directors, the members of the Supervisory Body,
or the Independent Auditor, if appointed, do not personally attend the meeting,

they must issue a specific written statement, to be submitted to the Chairperson
of the meeting and to be kept in the company's records, in which they state

that they are informed of all items on the agenda and do not
object to their discussion.

B) PARTICIPATION IN THE MEETING AND VOTING RIGHTS
Shareholders who, by virtue of valid title, are

entitled to vote.
Each member's vote carries weight in proportion to their shareholding.

C) REPRESENTATION AT THE MEETING
Any shareholder entitled to attend the shareholders' meeting may be represented

in accordance with the law.
Legally incorporated entities and companies may participate in the meeting

through a designated representative, by means of a written proxy.
It is the responsibility of the Chair of the meeting to verify the validity of the proxies and

, in general, the right to participate in the meeting.

D) CHAIRING THE MEETING

Depending on the system of administration, the chairmanship of the meeting is held by:
- the sole director;
- the Chair of the Board of Directors and, in the event of the Chair's absence or
incapacity of the Chair, in the following order: to the Vice Chair and to the

if appointed.
If neither of the aforementioned individuals can or wishes to perform this function, the

those present shall designate, by an absolute majority of the represented capital, the
Chairperson from among those present. The meeting shall appoint a secretary, who need not be

, and, if deemed appropriate, two scrutineers, who may be external to the company.
It is the responsibility of the Chair of the meeting to verify that the meeting is duly constituted

meeting, verify the identity and eligibility of those present (and, therefore,
exclude those without proper authorization from the meeting), direct and regulate the proceedings

proceedings of the meeting, and verify the results of the votes. The results of these
verifications must be recorded in the minutes.

E) QUORUMS FOR CONSTITUTION AND RESOLUTION
The meeting is duly constituted when the number of shareholders present

represent at least 51% (fifty-one percent) of the share capital. The General Meeting, duly constituted pursuant to the preceding paragraph, shall resolve

by an absolute majority of those present, except in the cases provided for in paragraphs 4) and 5) of the second paragraph of Article 2479 of the Civil Code (amendments to the articles of incorporation

or the Articles of Association and decisions to undertake transactions that entail a substantial change in the corporate purpose or a significant change in the

shareholders' rights), in which the affirmative vote of shareholders representing at least 51% (fifty-one percent) of the share capital is required.

In cases where, by law or pursuant to these bylaws, the right to vote is suspended (for example, in the event of a conflict of interest or a shareholder in default),

Article 2368, paragraph 3, of the Civil Code shall apply.
This is without prejudice, however, to the other provisions of these bylaws that, for

require different specific majorities for particular resolutions.
F) VOTING PROCEDURES

Resolutions are adopted by a show of hands unless a majority of those present requests a roll call vote.

In any case, the vote must be open or, in any event, must be cast
in a manner that allows for the identification of dissenting members.

G) RECORDING OF RESOLUTIONS
The resolutions of the meeting must be recorded in minutes signed by the

Chairperson and the Secretary or by a notary public, if required by law.
The minutes must indicate the date of the meeting and, either in the minutes themselves or as an attachment, the identity

of the participants and the capital represented by each; they must also indicate
the procedures and results of the votes and must allow, including through an attachment,

the identification of members who voted in favor, abstained, or voted against. The minutes must summarize, at the request of the members, their relevant statements

to the agenda.
The minutes of general meeting resolutions involving an amendment to the

articles of incorporation must be drawn up by a notary.
The minutes of the meeting, even if drawn up as a public deed, must be

transcribed without delay into the Book of Shareholder Resolutions.
H) AUDIO/VIDEO MEETINGS

It is possible to hold shareholders' meetings with participants located in multiple locations—whether adjacent or distant—via audio/video connection, subject to the following conditions,

which must be recorded in the relevant minutes:
- the Chair and the Secretary of the meeting must be present in the same location

who shall be responsible for drafting and signing the minutes;
- the Chair of the meeting must be permitted to verify the identity and

eligibility of those present, to preside over the meeting, to
verify and announce the results of the vote;

- that the person taking the minutes be able to adequately record the
events of the meeting being recorded;

- that attendees be permitted to participate in the discussion and in the
simultaneous voting on the items on the agenda, as well as to view,

receive, or transmit documents.
- that the notice of meeting (except in the case of a

) the audio/video locations provided by the company where
participants may gather, as the meeting shall be deemed to have taken place at the location

where the Chair and the minute-taker are present;
In addition, as many attendance sheets must be prepared as there are audio/video locations

where the meeting is being held.

Article 12

MEMBERS' DECISIONS: WRITTEN CONSULTATION AND/OR EXPRESS WRITTEN CONSENT

Shareholder decisions may be adopted through written consultation or on the basis of consent expressed in writing. This method, as specified in Article 10 of these Bylaws, may be used as an alternative to the general meeting procedure described in Article 11.

However, with regard to amendments to these Articles of Incorporation, decisions to undertake transactions involving a substantial change the corporate purpose or a significant change in the rights of the shareholders, or when requested by one or more directors or by a number of shareholders who at least one-third of the share capital, the shareholders' decisions must necessarily be adopted through the general meeting procedure.

If the written consultation method is chosen, a a specific written document, which must clearly state:

- the subject matter of the decision;
- the content and outcome of the decision, and any resulting authorizations resulting from it;
- the names of the consenting members;
- a list of the shareholders who voted against or abstained, and, upon their request, a the reason for their opposition or abstention;
- the signatures of all shareholders, whether in favor, abstaining, or opposed;
- failure to sign is equivalent to a vote against.

If the method of express written consent is chosen, a a specific written document must be drafted, which must clearly state:

- the subject matter of the decision;
- the content and outcome of the decision.

A copy of this document must be sent to all shareholders, who must, within the following five days, submit to the company a specific declaration written at the bottom of the copy of the document they received, in which they must express their vote in favor, against, or to abstain, indicating , if deemed appropriate, the reason for their opposition or abstention; the failure of shareholders to submit a statement by the aforementioned deadline shall be deemed a vote against the proposal.

The communications provided for in this paragraph may be sent to the address specified by each shareholder in the shareholder register, by any means and/or method of communication that allows for confirmation of dispatch and receipt, including fax and email.

Every member entitled to vote has the right to participate in the decisions referred to in this article, and their vote carries weight in proportion to their ownership.

Shareholder decisions are adopted with the affirmative vote of as many shareholders as represent at least half of the share capital.

In cases where, by law or pursuant to these bylaws, the right to vote is (for example, in the event of a conflict of interest or a member in arrears), Article 2368, paragraph 3, of the Civil Code shall apply.

A resolution of the shareholders adopted pursuant to this article must be recorded without delay in the Book of Shareholder Resolutions.

Article 13

ADMINISTRATION

The term of office of the administrative body, which may also be for an

indefinite, is determined by a resolution of the shareholders. The
Company may be managed:

- by a Sole Director;
- by a Board of Directors consisting of 2 (two) to 7 (seven) members

members.
The choice of the management structure and, in the case of a Board, the determination of

The determination of the number of members is left to the discretion of the
members. The members of the governing body:

a) may also be non-members;
b) may not be appointed, and, if appointed, shall be removed from office, those

who fall under the conditions set forth in Article 2382 of the Civil Code
c) hold office for the term determined by the shareholders at the time

appointment, and, in any case, until revoked or they resign;
d) in the case of an appointment for an indefinite term, they may be removed at any

time and without the need to provide a reason;
e) may be reelected;

f) they may be co-opted in accordance with Article 2386 of the Civil Code;
g) they are not subject to the non-competition clause referred to in Article 2390 of the Civil Code.

If, due to resignation or other causes, the majority of the
directors, the entire Board shall be deemed to have resigned, and the shareholders' meeting must be convened immediately

a shareholders' meeting must be convened immediately to appoint new Directors.
In such a case, the Directors shall remain in office for the purpose of convening the

and to carry out day-to-day management until their successors are appointed. The
Termination of Directors' terms upon expiration takes effect from the moment

the new governing body has been reconstituted.

Article 14

BOARD OF DIRECTORS: COLLEGIAL METHOD

When the Company is managed by the Board, its operation is

governed as follows:

A- CHAIRMAN

The Board elects a Chairperson from among its members if one has not been appointed
by the shareholders; it may elect a Vice Chair to replace the Chair in

cases of absence or inability to perform duties.
The Chairperson convenes the Board of Directors, sets the agenda

, coordinates its proceedings, and ensures that adequate information on the
matters on the agenda is provided to all Board members.

B- MEETINGS

The Board meets at the location specified in the notice of meeting (at the

corporate headquarters or elsewhere) whenever the Chair or the person acting in his or her stead
deems necessary, or when requested by a majority of the

directors in office, or by at least two auditors, in the event of the appointment
of the Board of Statutory Auditors, or by the Sole Statutory Auditor.

As a general rule, the meeting is convened at least five clear days prior to the meeting
meeting, by notice sent via certified mail, or by any

any other means suitable for this purpose (e.g., fax, email), at
at least three days before the meeting and, in urgent cases, by telegram to be

sent at least one day in advance, specifying the date, place, and
time of the meeting, as well as the agenda.

Meetings of the Board and its resolutions are valid, even without a formal notice of meeting, when all serving Board members and the
members of the Supervisory Body or the Auditor, if appointed.
Board meetings are chaired by the Chairman; in his absence, by the
Vice Chair, if appointed, or, in the absence of the Vice Chair, by a Board member designated by the Board itself.
The Board of Directors may hold its meetings via videoconference or audio conference only under the following conditions, which must be recorded
in the relevant minutes:
a) the Chair and the Secretary of the meeting are present in the same location
who shall prepare and sign the minutes; the meeting shall be deemed to have taken place at that location;
b) that the Chair of the meeting is permitted to verify the identity of the
participants, conduct the meeting, and verify and announce the
results of the vote;
c) that the person taking the minutes be able to adequately observe
the events of the meeting being recorded;
d) that attendees be allowed to participate in the discussion and in the
simultaneous voting on the items on the agenda, as well as to view,
, receive, or transmit documents.
C. RESOLUTIONS
For the Board's resolutions to be valid, the presence of a
a majority of the Directors in office.
Resolutions are adopted by an absolute majority of those present; if the
Board consists of more than two members, in the event of a tie, the vote
of the presiding officer.
If the Board consists of only two members, unanimity
. In the latter case, in the event of a tie, the resolution shall
shall be considered rejected; should an irreconcilable disagreement then arise, the Board must resign and immediately convene the Shareholders' Meeting to
appointment of a new Board of Directors; in such a case, the Board shall remain in
office until the new Administrative Body is confirmed.
Under no circumstances may a vote be cast by proxy.
D- MINUTES
The resolutions of the Board of Directors and the Executive Committee, if
appointed pursuant to the following section "E," must be recorded in minutes which,
recorded in a designated book maintained in accordance with the law, are signed by those
and by the Secretary, who may be appointed from time to time even from among persons not serving on the Board.
E- DELEGATION OF AUTHORITY
The Board of Directors may delegate its powers to the
composed of some of its members or to one or more Directors
delegated powers, determining the scope, limits, and any procedures for exercising
of the delegation. In such cases, the provisions of Article
2381 of the Civil Code
The powers specified in Article 2381 of the Civil Code and
those that cannot be delegated under other applicable laws.
The offices of Chairman (or Vice Chairman) and Chief Executive Officer may be held concurrently
.

Article 15
BOARD OF DIRECTORS: METHOD OF WRITTEN CONSULTATION

AND/OR EXPRESS CONSENT IN WRITING

If the company is governed by a Board of Directors, the

its decisions may also be adopted—as an alternative to the collegial method—through written consultation or on the basis of

express consent in writing, except for the matters indicated in the last paragraph of Article 2475, for which a collective resolution is required

in accordance with the provisions of Article 14 of these bylaws.

If the written consultation system is chosen, a

a specific written document, which must clearly state:

- the subject matter of the decision;
- the content and outcome of the decision and any authorizations resulting therefrom;
- the names of the Directors who voted in favor;
- the names of the Directors who voted against or abstained, and, at the request of them, a statement of the reason for their opposition or abstention;
- the signatures of all Directors, whether in favor, abstaining, or opposed, with the clarification that failure to sign is equivalent to a vote against the resolution.

If the system of express written consent is chosen, a

a specific written document must be drafted, clearly stating:

- the subject matter of the decision;
- the content and outcome of the decision, and any resulting authorizations resulting from it;

A copy of this document must be sent to all Directors,

who, within the following five days, must submit to the company an written statement, signed at the bottom of the copy of the document received, in

in which they must express their vote in favor or against, or their abstention, abstention, indicating, if deemed appropriate, the reason for their opposition or

abstention; failure by the Directors to submit a statement by the aforementioned deadline shall be deemed a vote against the resolution.

The communications provided for in this paragraph may be made by any means and/or communication system that allows for confirmation of

and receipt, including fax and email.

Decisions of the Board of Directors are made by a vote in favor

vote of the majority of the Directors in office.

The decision of the Directors, adopted pursuant to this article, must

shall be recorded in the Book of Directors' Resolutions.

The Directors may decide to defer a decision on specific matters

or specific transactions to a resolution of the Board of Directors

to be adopted by the Board acting as a single body. Such a decision must also be made with

the affirmative vote of a majority of the directors in office.

## Article 16

## POWERS OF THE ADMINISTRATIVE BODY

Regardless of the system of administration, the administrative body is, in turn,

vested with the broadest powers for the ordinary and extraordinary administration of the company and may therefore perform all acts it deems appropriate for the implementation

the corporate purpose, with the sole exception of those acts that the law or the articles of incorporation reserve

to the shareholders' meeting.

## Article 17

## REPRESENTATION OF THE COMPANY

Regardless of the system of administration, the Directors shall have general authority to represent the company.

In the event that a Board of Directors is appointed, the authority to represent the company shall rest with all members of the Board of Directors,
individually.
The governing body may appoint general, administrative, and technical
, defining their duties and any compensation, as well as agents for individual transactions or categories of transactions.

Article 18
DIRECTORS' COMPENSATION

Directors are entitled to reimbursement of expenses incurred in the performance of their duties and to compensation to be determined by the shareholders by a resolution valid until
until amended.
The board of directors shall determine the method of allocating
of the compensation on a year-by-year basis.
Directors may also be entitled to a severance payment upon the end of their term, and for this purpose
the company is authorized to establish a specific reserve fund or
a corresponding insurance policy.

Article 19
SOLE DIRECTOR

When the management of the company is entrusted to a Sole Director,
he or she shall hold all the powers and authority of the Board of Directors
and its Chairman.

Article 20
RIGHTS OF NON-EXECUTIVE SHAREHOLDERS

Shareholders who do not participate in the management are entitled to receive from the
Directors information regarding the conduct of the company's business and to consult,
including through professionals of their choice, the corporate books and documents pertaining
to the administration.

Article 21
AUDITING BODY

As the auditing body, the members, by a resolution to be adopted pursuant to the preceding
preceding Article 10, may appoint:
either a Sole Auditor, who must be appointed and who shall act in accordance with
following Article 22;
o a Board of Auditors, if required by law and/or by decision of the shareholders, which
must be appointed and shall operate in accordance with Article 22 below;
o an Auditor, who must be appointed and who shall act in accordance with the
Article 23 below;
Pursuant to Article 2477 of the Civil Code, the appointment of the Supervisory Body or Auditor is
mandatory:
a) if the company is required to prepare consolidated financial statements;
b) if the company controls a company subject to statutory audit;
c) if the company, for two consecutive fiscal years, has exceeded two of the limits specified
in the first paragraph of Article 2435-bis.
In this case as well, the Supervisory Body or the Auditor will be appointed
and will operate in accordance with Articles 22 and 23 below.

Article 22
SINGLE AUDITOR OR BOARD OF AUDITORS

If the legal conditions are met, the shareholders' meeting must appoint a

Sole Auditor or a Board of Auditors, if required by law and/or by resolution of the shareholders.

The provisions governing joint-stock companies (Articles 2397 et seq. of the Civil Code) apply to the Sole Auditor and the Board of Auditors.

The Board of Auditors shall consist of three standing members and two alternate members. The Chair of the Board of Auditors is appointed by the shareholders, by a resolution appointment of the Board itself.

The auditors remain in office for three fiscal years and their terms expire on the date of the shareholders' meeting convened to approve the financial statements for the third fiscal year of their term. The termination of the auditors' term upon its expiration takes effect from the moment the audit committee has been reconstituted.

The annual compensation of the auditors is determined by the shareholders at the time of their appointment for the entire duration of their term of office.

The Sole Auditor, or the Board of Statutory Auditors, has the duties and powers set forth Articles 2403 and 2403/bis of the Civil Code and also performs the statutory audit of the accounts; in this regard, both the Sole Auditor and the entire Board of Auditors must consist entirely of statutory auditors registered in the appropriate Register.

The Board of Statutory Auditors must meet at least every ninety days. The meeting may also be held via audio or video conference; in such cases, the provisions set forth above in Article 14 regarding meetings of the Board of Directors.

Minutes must be drawn up for the meetings of the Board of Statutory Auditors, which must be transcribed in the Board of Statutory Auditors' book of decisions and signed by those present; Resolutions of the Board of Statutory Auditors must be adopted by a majority of those present. The Sole Auditor must also record his or her decisions in a specific book.

Furthermore, the provisions of Articles 2406 and 2407 of the Civil Code apply.

Any shareholder may report facts that he or she deems reprehensible to the Sole Auditor or to the Board of Statutory Auditors, which must take the report into account in the annual report on the financial statements; if the report is filed by shareholders representing one-twentieth of the share capital, the Sole Auditor or the Board of Auditors must investigate the reported facts without delay and present its conclusions and any proposals to the shareholders' meeting.

The provision of Article 2409 of the Civil Code applies.

Article 23

STATUTORY AUDITOR OF THE COMPANY

Without prejudice to cases in which the appointment of a statutory auditor or an independent auditing firm is mandatory by law, as as an alternative to a Sole Auditor or a Board of Statutory Auditors, by express decision of the shareholders, the statutory audit may be entrusted to a statutory auditor or an audit firm that is registered in the appropriate register provided for by law.

By express decision of the shareholders, the function of statutory audit to a statutory auditor or an auditing firm that meets the may take place even in the presence of a Sole Auditor or a Board of Statutory Auditors in office; in this case as well, since it is the regulations governing corporations.

No person may be appointed to the position of auditor, and if appointed, such person shall be removed from the position if they are in any of the circumstances provided for in Article 2399 of the Civil Code.

The auditor's compensation is determined by the shareholders at the time of appointment for the entire term of office.

The term of office lasts for three fiscal years, expiring on the date of the shareholders' resolution approving the financial statements for the third fiscal year of the term.

The appointment may be revoked only for just cause and by resolution of the shareholders' meeting. The resolution to revoke the appointment must be approved by a court order, after hearing the interested party.

The auditor performs the duties set forth in Article 2409-bis of the Civil Code.

Article 24 FISCAL YEAR –

FINANCIAL STATEMENTS

Fiscal years end on December 31 of each year.

At the close of each fiscal year, the board of directors shall for the preparation of the financial statements and the related formalities in accordance with applicable laws.

The financial statements must be approved by the shareholders, with a resolution to be adopted within 120 days from the end of the fiscal year or within 180 days if the company is required to prepare consolidated financial statements and when specific requirements related to the company's structure and purpose so require; in the latter case, however, the Directors must indicate in their report (or in the notes to the financial statements if the financial statements are prepared in abbreviated form) the reasons for the extension.

Article 25

PROFITS

From the net profits shown in the financial statements, an amount corresponding corresponding to the amount required by law to be allocated to the legal reserve, until such reserve reaches the amount prescribed by law. The net profits thus remaining will be distributed among the shareholders in proportion to the shareholding held by each. The distribution of profits shall take place, as as indicated above, unless the shareholders' meeting resolves to make additional allocations to extraordinary reserve funds.

The shareholders' resolution approving the financial statements also determines the distribution of profits to the shareholders.

Only profits actually earned and as shown in the duly approved financial statements, after deducting the portion allocated to the legal reserve; profits in kind may also be distributed.

If there is a loss of share capital, no distribution until the capital has been replenished or reduced proportionally
.

The distribution of interim dividends is not permitted.

Article 26

WITHDRAWAL OF A SHAREHOLDER

A) CASES OF WITHDRAWAL

The right to withdraw is granted to:

- to shareholders who have not consented to a change in the company's purpose or type company, its merger or demerger, the transfer of its registered office abroad, the revocation of liquidation status, or the elimination of one or more grounds for withdrawal provided for in these Bylaws;
- to shareholders who have not consented to the execution of transactions that a substantial change in the company's purpose or a significant change in the rights granted to shareholders;

- in all other cases provided for by law or by these Bylaws.
B) PROCEDURES FOR EXERCISING THE RIGHT OF WITHDRAWAL

A shareholder's intention to exercise the right of withdrawal, in the cases provided for in paragraph 1) above, must be sent to the Board of Directors by
registered letter with return receipt within fifteen days of the entry in the Business Register of the resolution justifying the right to
withdrawal; if the event justifying the withdrawal is other than a resolution to be recorded in the Business Register, it must be exercised within thirty days of the
becoming known to the shareholder. The right of withdrawal may be exercised only with respect to the entire equity interest. The equity interest for which the right of
cannot be transferred. Withdrawal cannot be exercised and,
if already exercised, is void, if the company revokes the resolution and/or the
resolution authorizing it, or if the dissolution of the company is resolved.

The registered letter referred to above must include the identifying information of the withdrawing, their address, and the amount of the equity interest they
holds.
C) REIMBURSEMENT OF THE WITHDRAWING SHAREHOLDER'S INTEREST
Members who withdraw from the company are entitled to receive reimbursement of
their equity interest in proportion to the company's net assets. For this purpose, the net assets are
determined by the Directors, taking into account its market value at the
time of the notice of withdrawal (where applicable and in particular, taking
the company's financial position, its profitability,
the value of the tangible and intangible assets it owns, its
in the market, and any other circumstances and conditions that are normally
taken into account for the purpose of determining the value of
corporate equity interests); in the event of a disagreement, the determination is made
made by means of a sworn report by an expert appointed by the Court at the request
the more diligent party; in such a case, the first paragraph of Article 1349 of the Civil Code applies.

The redemption of equity interests for which the right of withdrawal has been exercised
must be made within 180 (one hundred eighty) days from the date of notification of
such notice to the company.
This may also take place through a purchase by the other shareholders in proportion
in proportion to their respective shares or by a third party agreed upon
agreed upon by the shareholders themselves. If this does not occur, the redemption is
made using available reserves. In such a case, the shareholding of the
withdrawing shareholder will increase in proportion to the shareholdings of the other
shareholders.
In the absence of available reserves, the
; in this latter case, Article 2482 of the Civil Code applies, and
if, on the basis thereof, it is not possible to reimburse the
the withdrawing shareholder, the company shall be placed in liquidation.

Article 27

EXCLUSION OF A SHAREHOLDER

In the case of a shareholder who, by way of contribution, has undertaken to provide
labor or services to the company, that shareholder may be expelled
if he or she is no longer able to perform the work or provide the services that are the subject of the assignment
.
A member may also be excluded if he or she has been disqualified from holding public office, has been

declared bankrupt, or has been convicted by a final judgment to a penalty involving disqualification—even temporary—from public office.

The exclusion must be approved by the members through a specific resolution to be adopted exclusively through the general meeting procedure set forth in Article 11. For the valid constitution of the shareholders' meeting and for the calculation of the required majority, the participation of the shareholder whose exclusion is being considered is not taken into account; however,

may, however, attend the general meeting but without the right to vote.

The resolution on exclusion must be communicated to the excluded member by certified mail with return receipt, and the exclusion shall take effect thirty days from the aforementioned notification. Within this period, the excluded member may file an objection with the court having territorial jurisdiction. If the company consists of only two members, the exclusion of one of them is ordered by the court upon application by the other.

Article 28
DISSOLUTION AND LIQUIDATION

The voluntary early dissolution of the company is resolved by the with the majorities required for amendments to these Articles of Incorporation

.
In such a case, as well as if any of the other grounds for dissolution provided for under Article 2484 of the Italian Civil Code or under other provisions of law or these Bylaws, the Shareholders' Meeting, by means of a specific resolution to be adopted with the same majorities required for amending these Bylaws, shall determine:

- the number of liquidators and the rules governing the operation of the board in the event of multiple liquidators;
- the appointment of the liquidators, specifying those who are responsible for representing the company;
- the criteria according to which the liquidation must be conducted;
- the powers of the liquidators, with particular regard to the sale of the company, its business units, or even individual assets or rights, or groups thereof;

the actions necessary to preserve the value of the business, including its provisional operation—including that of individual branches—with a view to achieving the best possible realization.

In the absence of any provision regarding the powers of the liquidators, the provision of Article 2489 of the Civil Code shall apply, and, therefore, the liquidators may perform all acts necessary for the liquidation of the company.

The company may at any time revoke the state of liquidation, subject to prior termination the cause for dissolution, with a resolution of the shareholders' meeting adopted with the majorities required for amendments to these Bylaws. A dissenting shareholder has the right to withdraw. With regard to the the revocation, Article 2487-ter of the Civil Code applies.

The provisions regarding shareholder decisions, shareholders' meetings, and administrative and supervisory bodies shall apply, to the extent compatible, even during liquidation.

All other provisions set forth in Chapter VIII of Book V of the (Articles 2484 et seq.)

Article 29
DEBT SECURITIES

The company may issue debt securities.
The issuance of debt securities is approved by the shareholders' meeting with the

majorities required for amendments to these Bylaws.
The relevant resolution of the shareholders' meeting must be recorded by a notary, with
pursuant to Article 2436 of the Italian Civil Code.
The company may issue debt securities for a total amount not
exceed the total of the share capital, the legal reserve, and the available reserves as shown in the most recent approved financial statements.
Securities issued pursuant to this article may be subscribed to only by professional investors. In the event of subsequent trading, the subscriber
are liable for the company's solvency toward purchasers who are not professional investors or shareholders of the company itself.
The resolution authorizing the issuance of the securities must specify the terms of the loan and the terms of repayment and must be filed by the Directors
in the corporate registry. It may also provide that, subject to the consent of a majority of the security holders, the company may amend such
conditions and procedures.

Article 30

SOLE SHAREHOLDER

When the entire equity interest belongs to a single shareholder or the identity
of the sole shareholder, the directors must fulfill the requirements
provided for under Article 2470 of the Civil Code.
When a group of shareholders is formed or reconstituted, the Directors
must file the relevant declaration for entry in the Business Register
.
The sole shareholder or the person who ceases to be a shareholder may provide for the public notice
required in the preceding paragraphs.
The directors' declarations must be recorded, within thirty
days of registration, in the shareholders' register and must indicate the date of such registration
.

Article 31

SUBJECTION TO MANAGEMENT AND CONTROL ACTIVITIES

The company must disclose whether it is subject to the management and
in its documents and correspondence, as well as through
registration, to be carried out by the Directors, with the section of the Register of
referred to in Article 2497-bis, paragraph 2, of the Civil Code.

Article 32

DOMICILE OF SHAREHOLDERS

The domicile of the shareholders, insofar as it relates to their dealings with the company, shall be deemed, for all legal purposes, to be the location recorded in the relevant section of the Business Registry
.
The shareholders' register must include the address and, if provided, the
fax number, email address, and/or certified email address must be indicated.
Each shareholder shall, under his or her own responsibility, promptly notify the
company any change in their domicile; such changes must be
reported by the Board of Directors to the competent Business Registry
in accordance with the procedures and deadlines established by law, and, if established, immediately recorded in the membership register by the Administrative Body itself. The change
change of domicile takes effect with respect to the company as of the time
it is entered in the competent Registry of Companies.

Article 33

ARBITRATION CLAUSE

Any disputes that may arise among the shareholders or between the shareholders and the company—even if brought by Directors and members of the Supervisory Body or Auditor (if appointed) or against them, and which concern enforceable rights relating to the corporate relationship, shall be decided by a three-member arbitration panel composed of three members, all of whom shall be appointed, within thirty days of the request made by the most diligent party, by the President of the Order of Chartered Accountants and Accounting Experts of the District in which the company has its registered office. The three arbitrators thus appointed shall designate the Chairperson.

In the event of failure to appoint within the prescribed time limit or in the event of disagreement among the appointed arbitrators regarding the selection of the Chairperson, the Chairperson shall be appointed, upon request by the more diligent party, the President of the Court in whose judicial district the company.

The arbitrators shall adjudicate in accordance with the procedure set forth in Article 806 et seq. of the Code of Civil Procedure.

The Arbitral Tribunal shall determine who shall bear the costs of the arbitration or the manner in which such costs shall be apportioned the costs of the arbitration.

The following disputes may not be the subject of an arbitration agreement or arbitration clause: disputes in which the law provides for the mandatory intervention of the Public Prosecutor.

Amendments to this arbitration clause must be approved by a resolution of the shareholders passed by a majority of at least two-thirds of the . Absent or dissenting shareholders may, within the following ninety days, exercise their right of withdrawal pursuant to Article 26 above.

SIGNED: ALDO HUGO SALLUSTRO
SIGNED: MARIA FRANCESCA BARONI
SIGNED: FEDERICO ROSSI, NOTARY

Allegato C al N. 34227 di fascicolo.

MARCA DA BOLLO €16,00 SEDICI/00

| TESTATE REGISTRATE AL TRIBUNALE DI MODENA | NR. REG. | DATA | PERIODICITA' | DIRETTORE RESPONSABILE |
|---|---|---|---|---|
| LE GRANDI RACCOLTE PER LA GIOVENTU' | 433 | 27/11/65 | BIMESTRALE | FABRIZIO MELEGARI |
| ALMANACCO ILLUSTRATO DEL CALCIO | 510 | 02/11/70 | ANNUALE | FABRIZIO MELEGARI |
| INCREDIBILI X-MEN | 1279 | 11/05/96 | MENSILE | MARCO MARCELLO LUPOI |
| FANTASTICI QUATTRO | 1280 | 11/05/96 | MENSILE | MARCO MARCELLO LUPOI |
| X-MEN DELUXE | 1281 | 11/05/96 | MENSILE | MARCO MARCELLO LUPOI |
| WOLVERINE | 1282 | 11/05/96 | MENSILE | MARCO MARCELLO LUPOI |
| NANA COLLECTION | 1283 | 11/05/96 | MENSILE | MARCO MARCELLO LUPOI |
| BLEACH | 1284 | 11/05/96 | BIMESTRALE | MARCO MARCELLO LUPOI |
| PANINI COMICS MEGA | 1285 | 11/05/96 | BIMESTRALE | MARCO MARCELLO LUPOI |
| MONDO PANINI | 1286 | 11/05/96 | BIMESTRALE | MARCO MARCELLO LUPOI |
| MANGA TOP | 1287 | 11/05/96 | BIMESTRALE | MARCO MARCELLO LUPOI |
| FRIENDS FOREVER | 1288 | 11/05/96 | BIMESTRALE | MARCO MARCELLO LUPOI |
| MANGA ION | 1289 | 11/05/96 | BIMESTRALE | MARCO MARCELLO LUPOI |
| SPAWN | 1290 | 11/05/96 | MENSILE | MARCO MARCELLO LUPOI |
| ULTIMATE COMICS SPIDER-MAN | 1291 | 11/05/96 | BIMESTRALE | MARCO MARCELLO LUPOI |
| MARVEL MINISERIE | 1292 | 11/05/96 | BIMESTRALE | MARCO MARCELLO LUPOI |
| MARVEL MEGA | 1293 | 11/05/96 | BIMESTRALE | MARCO MARCELLO LUPOI |
| BERSERK | 1294 | 11/05/96 | TRIMESTRALE | MARCO MARCELLO LUPOI |
| SPIDER-MAN | 1295 | 11/05/96 | QUINDICINALE | MARCO MARCELLO LUPOI |
| MARVEL CROSSOVER | 1296 | 11/05/96 | BIMESTRALE | MARCO MARCELLO LUPOI |
| MANGA LEGEND | 1297 | 13/05/96 | BIMESTRALE | MARCO MARCELLO LUPOI |
| MARVEL WORLD | 1298 | 13/05/96 | BIMESTRALE | MARCO MARCELLO LUPOI |
| NOCCIOLINE | 1299 | 13/05/96 | BIMESTRALE | MARCO MARCELLO LUPOI |
| THOR | 1300 | 13/05/96 | MENSILE | MARCO MARCELLO LUPOI |
| MARVEL MIX | 1301 | 13/05/96 | BIMESTRALE | MARCO MARCELLO LUPOI |
| PARTY TIME | 1302 | 04/03/09 | BIMESTRALE | MARCO MARCELLO LUPOI |
| CULT COMICS | 1303 | 13/05/96 | BIMESTRALE | MARCO MARCELLO LUPOI |
| MARVEL SAGA | 1304 | 13/05/96 | MENSILE | MARCO MARCELLO LUPOI |
| NIRVANA | 1305 | 13/05/96 | BIMESTRALE | MARCO MARCELLO LUPOI |
| MANGA DREAM | 1306 | 13/05/96 | MENSILE | MARCO MARCELLO LUPOI |
| PLANET MANGA | 1307 | 13/05/96 | BIMESTRALE | MARCO MARCELLO LUPOI |
| CAPOLAVORI MANGA | 1308 | 13/05/96 | BIMESTRALE | MARCO MARCELLO LUPOI |
| ALITA COLLECTION | 1309 | 13/05/96 | BIMESTRALE | MARCO MARCELLO LUPOI |
| COLLANA JAPAN | 1310 | 13/05/96 | BIMESTRALE | MARCO MARCELLO LUPOI |
| MANGA STORIE NUOVA SERIE | 1311 | 13/05/96 | BIMESTRALE | MARCO MARCELLO LUPOI |
| L'INCREDIBILE HULK | 1312 | 13/05/96 | MENSILE | MARCO MARCELLO LUPOI |
| STICK & STACK | 1394 | 11/07/97 | BIMESTRALE | FABRIZIO MELEGARI |
| SPECIAL EVENTS | 1406 | 21/10/97 | BIMESTRALE | MARCO MARCELLO LUPOI |
| A.D. | 1483 | 30/08/99 | MENSILE | MARCO MARCELLO LUPOI |
| MANGA SUPERSTAR | 1491 | 04/10/99 | BIMESTRALE | MARCO MARCELLO LUPOI |
| MANGA SUN | 1492 | 04/10/99 | BIMESTRALE | MARCO MARCELLO LUPOI |
| COLLANA PLANET | 1493 | 04/10/99 | BIMESTRALE | MARCO MARCELLO LUPOI |
| MANGA SOUND | 1494 | 04/10/99 | BIMESTRALE | MARCO MARCELLO LUPOI |
| MILLE EMOZIONI | 1500 | 06/12/99 | BIMESTRALE | MARCO MARCELLO LUPOI |
| PLANET MANGA PRESENTA | 1501 | 06/12/99 | BIMESTRALE | MARCO MARCELLO LUPOI |
| MARVEL HEROES | 1502 | 06/12/99 | BIMESTRALE | MARCO MARCELLO LUPOI |
| MANGA GRAPHIC NOVEL | 1503 | 06/12/99 | BIMESTRALE | MARCO MARCELLO LUPOI |
| ANGEL HEART | 1504 | 06/12/99 | BIMESTRALE | MARCO MARCELLO LUPOI |
| VAGABOND | 1505 | 06/12/99 | BIMESTRALE | MARCO MARCELLO LUPOI |
| MANGA UNIVERSE | 1506 | 06/12/99 | BIMESTRALE | MARCO MARCELLO LUPOI |
| NARUTO IL MITO | 1516 | 28/02/00 | BIMESTRALE | MARCO MARCELLO LUPOI |
| BERSERK COLLECTION | 1517 | 28/02/00 | BIMESTRALE | MARCO MARCELLO LUPOI |
| COMICS U.S.A. | 1518 | 28/02/00 | BIMESTRALE | MARCO MARCELLO LUPOI |
| MANGA LOVE | 1530 | 13/04/00 | BIMESTRALE | MARCO MARCELLO LUPOI |
| BLEACH GOLD | 1531 | 13/04/00 | BIMESTRALE | MARCO MARCELLO LUPOI |
| DAVID MURPHY 911 | 1555 | 11/09/00 | MENSILE | MARCO MARCELLO LUPOI |
| POWERS | 1596 | 28/08/01 | BIMESTRALE | MARCO MARCELLO LUPOI |
| MAXIMUM BERSERK | 1597 | 28/08/01 | MENSILE | MARCO MARCELLO LUPOI |
| VAMPIRE KNIGHT DELUXE | 1598 | 28/08/01 | MENSILE | MARCO MARCELLO LUPOI |
| TUTTO RAT-MAN | 1619 | 11/01/02 | BIMESTRALE | MARCO MARCELLO LUPOI |
| HUNTER X HUNTER | 1620 | 11/01/02 | SEMESTRALE | MARCO MARCELLO LUPOI |
| PANINI DIGITAL.COM | 1681 | 10/01/03 | SETTIMANALE | FABRIZIO MELEGARI |
| GLI SPECIALI PANINI | 1682 | 20/10/03 | BIMESTRALE | FABRIZIO MELEGARI |
| FORZA MILAN SPECIAL | 1791 | 27/02/04 | BIMESTRALE | FABRIZIO MELEGARI |
| RAT-MAN COLLECTION | 1814 | 20/07/06 | BIMESTRALE | MARCO MARCELLO LUPOI |
| MANGA BLADE | 1837 | 20/03/07 | BIMESTRALE | MARCO MARCELLO LUPOI |
| PANINI COMICS MIX | 1838 | 20/03/07 | BIMESTRALE | MARCO MARCELLO LUPOI |
| MY PANINI | 1840 | 03/04/07 | ANNUALE | GIORGIO ARAVECCHIA |
| EXTRA TIME | 1861 | 28/01/08 | BIMESTRALE | MARCO MARCELLO LUPOI |
| PLANET FANTASY | 1862 | 28/01/08 | BIMESTRALE | MARCO MARCELLO LUPOI |
| GENERATION MANGA | 1863 | 28/01/08 | BIMESTRALE | MARCO MARCELLO LUPOI |
| NARUTO GOLD | 1864 | 28/01/08 | BIMESTRALE | MARCO MARCELLO LUPOI |
| STICK&STACK I GRANDI CLASSICI | 1871 | 14/03/08 | BIMESTRALE | FABRIZIO MELEGARI |
| I GRANDI ALMANACCHI PANINI | 1883 | 09/05/08 | TRIMESTRALE | FABRIZIO MELEGARI |
| POP'S MAX | 1909 | 09/03/09 | TRIMESTRALE | IAFRATE MARCO |
| I LOVE PONY | 1910 | 09/03/09 | TRIMESTRALE | IAFRATE MARCO |
| BUBBLE | 1911 | 09/03/09 | TRIMESTRALE | IAFRATE MARCO |
| CIOE' | 1912 | 09/03/09 | MENSILE | IAFRATE MARCO |
| CIOE' FANS CLUB | 1913 | 09/03/09 | MENSILE | annullata |
| CIOE' GIRL | 1914 | 09/03/09 | BIMESTRALE | IAFRATE MARCO |
| CIOE' MAX | 1915 | 09/03/09 | BIMESTRALE | IAFRATE MARCO |
| CIOE' SPECIAL | 1916 | 09/03/09 | MENSILE | IAFRATE MARCO |
| IO TI MALEDICO | 1917 | 09/03/09 | TRIMESTRALE | IAFRATE MARCO |
| CIOE' TEST | 1918 | 09/03/09 | BIMESTRALE | IAFRATE MARCO |
| CUCCIOLI | 1919 | 09/03/09 | BIMESTRALE | IAFRATE MARCO |
| PANINI ACTIVITY | 1920 | 09/03/09 | BIMESTRALE | IAFRATE MARCO |
| LA PRINCIPESSA SISSI | 1921 | 09/03/09 | BIMESTRALE | IAFRATE MARCO |
| YOUBLESS | 1922 | 09/03/09 | BIMESTRALE | IAFRATE MARCO |
| POP'S STAR | 1923 | 09/03/09 | TRIMESTRALE | IAFRATE MARCO |
| SAM IL POMPIERE | 1924 | 09/03/09 | BIMESTRALE | IAFRATE MARCO |
| MEGA TMNT | 1925 | 09/03/09 | BIMESTRALE | MARCO MARCELLO LUPOI |
| POP'S | 1926 | 09/03/09 | MENSILE | IAFRATE MARCO |
| POP'S GIRL | 1927 | 09/03/09 | BIMESTRALE | IAFRATE MARCO |
| POPCORN MAG | 1928 | 09/03/09 | BIMESTRALE | IAFRATE MARCO |
| I 1000 VOLTI DI RAT-MAN | 1929 | 09/03/09 | MENSILE | MARCO MARCELLO LUPOI |
| POP'S TEST | 1930 | 09/03/09 | BIMESTRALE | IAFRATE MARCO |
| W&STARS MAGAZINE | 1931 | 09/03/09 | MENSILE | IAFRATE MARCO |
| DINO MAG | 1932 | 09/03/09 | BIMESTRALE | IAFRATE MARCO |
| BEST FRIENDS | 1933 | 09/03/09 | TRIMESTRALE | IAFRATE MARCO |
| MEGA SPIDER-MAN | 1934 | 09/03/09 | BIMESTRALE | IAFRATE MARCO |

ID: 223025925

September 29, 2026

| | | | | |
|---|---|---|---|---|
| TEST & GIOCHI DA SPE | 1935 | 09/03/09 | TRIMESTRALE | IAFRATE MARCO |
| CIOE' STORY | 1936 | 09/03/09 | BIMESTRALE | IAFRATE MARCO |
| GOSSIP GIRLS BY CIOE' | 1937 | 09/03/09 | TRIMESTRALE | IAFRATE MARCO |
| MEGA LEGOX | 1938 | 09/03/09 | BIMESTRALE | IAFRATE MARCO |
| MEGA SPIDY | 1939 | 09/03/09 | BIMESTRALE | MARCO MARCELLO LUPOI |
| PANINI FOOTBALL MAG | 1940 | 09/03/09 | MENSILE | FABRIZIO MELEGARI |
| NCIOE' TUBE | 1941 | 09/03/09 | TRIMESTRALE | IAFRATE MARCO |
| PANINI COMICS MAGAZINE | 1943 | 14/05/09 | BIMESTRALE | MARCO MARCELLO LUPOI |
| RAT-MAN GIGANTE | 1961 | 24/06/09 | MENSILE | MARCO MARCELLO LUPOI |
| DANIEL TIGER | 1969 | 09/09/09 | BIMESTRALE | IAFRATE MARCO |
| MANGA EXTRA | 1978 | 03/12/09 | BIMESTRALE | MARCO MARCELLO LUPOI |
| MANGA SAGA | 1979 | 03/12/09 | BIMESTRALE | MARCO MARCELLO LUPOI |
| TARTARUGHE NINJA | 1980 | 03/12/09 | BIMESTRALE | MARCO MARCELLO LUPOI |
| PANINI PUBLISHING PRESENTA | 1984 | 09/02/10 | BIMESTRALE | MARCO MARCELLO LUPOI |
| GHOST | 1986 | 23/02/10 | BIMESTRALE | MARCO MARCELLO LUPOI |
| CIOE' FANS CLUB | 1987 | 23/02/10 | BIMESTRALE | IAFRATE MARCO |
| PANINI KIDS | 1988 | 23/02/10 | BIMESTRALE | MARCO MARCELLO LUPOI |
| HELLO KITTY | 1989 | 23/02/10 | BIMESTRALE | MARCO IAFRATE |
| PANINI FUN | 1990 | 23/02/10 | BIMESTRALE | MARCO MARCELLO LUPOI |
| CAPITAN AMERICA | 1991 | 23/02/10 | MENSILE | MARCO MARCELLO LUPOI |
| PANINI HAPPY | 1994 | 11/03/10 | BIMESTRALE | MARCO MARCELLO LUPOI |
| PANINI KIDS SPECIAL | 1995 | 11/03/10 | BIMESTRALE | MARCO MARCELLO LUPOI |
| MARVEL COLLECTION | 1996 | 11/03/10 | MENSILE | MARCO MARCELLO LUPOI |
| POP'S CREA | 1999 | 01/04/10 | BIMESTRALE | IAFRATE MARCO |
| RAGAZZA MAG ! | 2000 | 21/04/10 | BIMESTRALE | IAFRATE MARCO |
| MANGA MEGA | 2003 | 24/06/10 | BIMESTRALE | MARCO MARCELLO LUPOI |
| PANINI PLAY | 2004 | 03/08/10 | BIMESTRALE | MARCO MARCELLO LUPOI |
| DISNEY PLAY | 2005 | 03/08/10 | BIMESTRALE | MARCO MARCELLO LUPOI |
| MARVEL UNIVERSE | 2006 | 03/08/10 | MENSILE | MARCO MARCELLO LUPOI |
| MANGA KISS | 2012 | 05/10/10 | BIMESTRALE | MARCO MARCELLO LUPOI |
| BLACK BUTLER | 2013 | 05/10/10 | BIMESTRALE | MARCO MARCELLO LUPOI |
| PANINI BOOM | 2014 | 05/10/10 | BIMESTRALE | MARCO MARCELLO LUPOI |
| DEADPOOL | 2015 | 05/10/10 | QUINDICINALE | MARCO MARCELLO LUPOI |
| IL GIORNALINO DEI TELETUBBIES | 2024 | 24/03/11 | BIMESTRALE | FABRIZIO MELEGARI |
| MARVEL ICON | 2028 | 30/03/11 | MENSILE | MARCO MARCELLO LUPOI |
| PANINI & SORPRESE | 2029 | 30/03/11 | mENSILE | MARCO MARCELLO LUPOI |
| MANGA BEST | 2042 | 04/04/11 | BIMESTRALE | MARCO MARCELLO LUPOI |
| MANGA CODE | 2043 | 04/10/11 | BIMESTRALE | MARCO MARCELLO LUPOI |
| MARVEL COLLECTION SPECIAL | 2044 | 04/10/11 | BIMESTRALE | MARCO MARCELLO LUPOI |
| MARVEL SPECIAL | 2045 | 04/10/11 | MENSILE | MARCO MARCELLO LUPOI |
| MANGA ONE | 2046 | 04/10/11 | BIMESTRALE | MARCO MARCELLO LUPOI |
| PLANET PINK | 2047 | 04/10/11 | BIMESTRALE | MARCO MARCELLO LUPOI |
| SPIDER-MAN UNIVERSE | 2048 | 04/10/11 | MENSILE | MARCO MARCELLO LUPOI |
| WOLVERINE E GLI X MAN | 2049 | 04/10/11 | MENSILE | MARCO MARCELLO LUPOI |
| MANGA ANGEL | 2050 | 04/10/11 | BIMESTRALE | MARCO MARCELLO LUPOI |
| MARVEL ADVENTURES | 2051 | 04/10/11 | BIMESTRALE | MARCO MARCELLO LUPOI |
| MANGA ZERO | 2052 | 04/10/11 | BIMESTRALE | MARCO MARCELLO LUPOI |
| MANGA RAINBOW | 2053 | 04/10/11 | BIMESTRALE | MARCO MARCELLO LUPOI |
| MANGA MYSTERY | 2054 | 04/10/11 | BIMESTRALE | MARCO MARCELLO LUPOI |
| I VENDICATORI | 2055 | 04/10/11 | QUINDICINALE | MARCO MARCELLO LUPOI |
| I LOVE JAPAN | 2056 | 04/10/11 | BIMESTRALE | MARCO MARCELLO LUPOI |
| DEVIL E I CAVALIERI MARVEL | 2057 | 04/10/11 | MENSILE | MARCO MARCELLO LUPOI |
| MANGA HEART | 2058 | 04/10/11 | BIMESTRALE | MARCO MARCELLO LUPOI |
| PANINI PREMIUM | 2059 | 21/10/11 | BIMESTRALE | MARCO MARCELLO LUPOI |
| MARVEL BEST SELLER | 2072 | 19/12/11 | BIMESTRALE | MARCO MARCELLO LUPOI |
| MANGA MOON | 2073 | 19/12/11 | BIMESTRALE | MARCO MARCELLO LUPOI |
| SPIDEY | 2075 | 14/02/12 | BIMESTRALE | MARCO MARCELLO LUPOI |
| MARVEL SELECT | 2076 | 14/02/12 | MENSILE | MARCO MARCELLO LUPOI |
| SAKURA | 2077 | 14/02/12 | BIMESTRALE | MARCO MARCELLO LUPOI |
| PLANES | 2078 | 14/02/12 | MENSILE | MARCO MARCELLO LUPOI |
| PLANET AI | 2086 | 17/04/12 | BIMESTRALE | MARCO MARCELLO LUPOI |
| PLANET ACTION | 2087 | 17/04/12 | MENSILE | MARCO MARCELLO LUPOI |
| GANGSTA | 2088 | 17/04/12 | BIMESTRALE | MARCO MARCELLO LUPOI |
| MANGA ADVENTURE | 2089 | 17/04/12 | BIMESTRALE | MARCO MARCELLO LUPOI |
| MANGA ROCK | 2090 | 17/04/12 | BIMESTRALE | MARCO MARCELLO LUPOI |
| MANGA LIFE | 2091 | 17/04/12 | BIMESTRALE | MARCO MARCELLO LUPOI |
| HULK E I DIFENSORI | 2092 | 17/04/12 | MENSILE | MARCO MARCELLO LUPOI |
| BLUE | 2093 | 17/04/12 | BIMESTRALE | MARCO MARCELLO LUPOI |
| POP's STORY | 2094 | 17/04/12 | TRIMESTRALE | MARCO IAFRATE |
| I LIKE | 2095 | 17/04/12 | BIMESTRALE | MARCO IAFRATE |
| ASTROLOGIA MAGAZINE | 2096 | 17/04/12 | TRIMESTRALE | MARCO IAFRATE |
| PANINI SUSPENSE | 2097 | 19/05/12 | BIMESTRALE | MARCO MARCELLO LUPOI |
| SCUOLA DI CUCINA MAGAZINE | 2098 | 19/05/12 | BIMESTRALE | MARCO IAFRATE |
| AKUMA | 2099 | 19/05/12 | BIMESTRALE | MARCO MARCELLO LUPOI |
| PANINI ACTION | 2100 | 29/05/12 | BIMESTRALE | MARCO MARCELLO LUPOI |
| MANGA FIGHT | 2103 | 09/07/12 | BIMESTRALE | MARCO MARCELLO LUPOI |
| LANTERNE ROSSE | 2105 | 17/10/12 | BIMESTRALE | MARCO MARCELLO LUPOI |
| PANINI PULP | 2106 | 17/10/12 | MENSILE | MARCO MARCELLO LUPOI |
| MANGA NERO | 2107 | 17/10/12 | BIMESTRALE | MARCO MARCELLO LUPOI |
| GLI INCREDIBILI AVENGERS | 2113 | 08/01/13 | MENSILE | MARCO MARCELLO LUPOI |
| MASTERS OF COMICS | 2114 | 08/01/13 | BIMESTRALE | MARCO MARCELLO LUPOI |
| PANINI FANTASY | 2115 | 08/01/13 | BIMESTRALE | MARCO MARCELLO LUPOI |
| I GUARDIANI DELLA GALASSIA | 2116 | 08/01/13 | QUINDICINALE | MARCO MARCELLO LUPOI |
| PANINI GO | 2117 | 08/01/13 | BIMESTRALE | MARCO MARCELLO LUPOI |
| I NUOVISSIMI X-MAN | 2118 | 08/01/13 | MENSILE | MARCO MARCELLO LUPOI |
| MANGA FICTION | 2112 | 08/01/13 | BIMESTRALE | MARCO MARCELLO LUPOI |
| LE MINI RACCOLTE PANINI | 2125 | 11/02/13 | BIMESTRALE | FABRIZIO MELEGARI |
| GERONIMO STILTON MAG | 2130 | 05/03/13 | BIMESTRALE | MARCO MARCELLO LUPOI |
| PANINI NINJA | 2127 | 05/03/13 | MENSILE | MARCO MARCELLO LUPOI |
| MARVEL TALES | 2129 | 05/03/13 | MENSILE | MARCO MARCELLO LUPOI |
| IRON MAN | 2128 | 05/03/13 | MENSILE | MARCO MARCELLO LUPOI |
| DOCTOR STANGE | 2126 | 05/03/13 | MENSILE | MARCO MARCELLO LUPOI |
| PANINI TIME | 2133 | 19/03/13 | BIMESTRALE | MARCO MARCELLO LUPOI |
| MEGA STAR WARS | 2132 | 19/03/13 | BIMESTRALE | MARCO MARCELLO LUPOI |
| ASTERIX: GLI SPECIALI | 2135 | 08/04/13 | Trimestrale | MARCO MARCELLO LUPOI |
| ASTERIX | 2134 | 08/04/13 | QUINDICINALE | MARCO MARCELLO LUPOI |
| KEN IL GUERRIERO | 2137 | 05/05/13 | MENSILE | MARCO MARCELLO LUPOI |
| SOMNIA | 2142 | 27/08/13 | BIMESTRALE | MARCO MARCELLO LUPOI |
| TOPOLINO | 2143 | 29/08/13 | Settimanale | Valentina de Poli |
| PAPERINIK (App-Grade) | 2144 | 29/08/13 | Mensile | Valentina de Poli |
| I CLASSICI DISNEY | 2145 | 29/08/13 | Mensile | Valentina de Poli |
| TOPOSTORIE DISNEY | 2146 | 29/08/13 | Mensile | Valentina de Poli |

| | | | | |
|---|---|---|---|---|
| PRINCIPESSE | 2147 | 29/08/13 | Mensile | Marco M. Lupoi |
| STORIE DELLA NOTTE | 2148 | 29/08/13 | Mensile | Marco M. Lupoi |
| DISNEY JUNIOR | 2149 | 29/08/13 | Mensile | Marco M. Lupoi |
| VIOLETTA | 2150 | 29/08/13 | Mensile | Marco M. Lupoi |
| I GRANDI CLASSICI DISNEY | 2151 | 02/09/13 | Mensile | Valentina de Poli |
| PAPERINO | 2152 | 02/09/13 | Mensile | Valentina de Poli |
| DISNEY BIG | 2153 | 02/09/13 | Mensile | Valentina de Poli |
| POCKET LOVE | 2154 | 02/09/13 | Bimestrale | Valentina de Poli |
| I MIGLIORI ANNI DISNEY | 2155 | 02/09/13 | Bimestrale | Valentina de Poli |
| ENIGMISTICA di TOPOLINO | 2156 | 02/09/13 | Bimestrale | Valentina de Poli |
| SPECIALE DISNEY | 2157 | 02/09/13 | Trimestrale | Valentina de Poli |
| TUTTO DISNEY | 2158 | 02/09/13 | Bimestrale | Valentina de Poli |
| DISNEY TIME | 2159 | 02/09/13 | Bimestrale | Valentina de Poli |
| SUPER DISNEY | 2160 | 02/09/13 | Trimestrale | Valentina de Poli |
| PIU' DISNEY | 2161 | 02/09/13 | Quadrimestrale | Valentina de Poli |
| DISNEY FUN | 2162 | 02/09/13 | 5 uscite annuali | Marco M. Lupoi |
| CARS COLOR MAGIC PEN | 2163 | 02/09/13 | Bimestrale | Marco M. Lupoi |
| COLORA CUCCIOLI | 2164 | 02/09/13 | Bimestrale | Marco M. Lupoi |
| PRINCIPESSE COLOR | 2165 | 02/09/13 | Bimestrale | Marco M. Lupoi |
| DISNEY MULTICOLOR | 2166 | 02/09/13 | Mensile | Marco M. Lupoi |
| DISNEY TUTTO STICKERS | 2167 | 02/09/13 | Bimestrale | Marco M. Lupoi |
| DISNEY EXTRA COLOR | 2168 | 02/09/13 | Bimestrale | Marco M. Lupoi |
| DISNEY MAGIC | 2169 | 02/09/13 | Trimestrale | Marco M. Lupoi |
| ARTATTACK | 2170 | 02/09/13 | Mensile | Marco M. Lupoi |
| DISNEY PUNTO CROCE | 2171 | 02/09/13 | Trimestrale | Marco M. Lupoi |
| PIXAR FUN - CARS MAGAZINE | 2172 | 02/09/13 | Mensile | Marco M. Lupoi |
| DISNEY COLOR | 2173 | 02/09/13 | BIMESTRALE | Marco M. Lupoi |
| CLASSICI A FUMETTI | 2174 | 02/09/13 | Trimestrale | Marco M. Lupoi |
| DISNEY FANTASY | 2175 | 02/09/13 | Trimestrale | Marco M. Lupoi |
| DISNEY SMILE | 2176 | 02/09/13 | Mensile | Marco M. Lupoi |
| TOPO GOAL | 2177 | 02/09/13 | Mensile | Valentina de Poli |
| SPIDER-MAN E I SUOI FANTASTICI AMICI | 2178 | 02/09/13 | Mensile | Marco M. Lupoi |
| GRANDI AVVENTURE PANINI | 2180 | 30/09/13 | Mensile | Marco M. Lupoi |
| MANGA SHOCK | 2186 | 11/11/13 | BIMESTRALE | Marco M. Lupoi |
| AVENGERS DELUXE PRESENTA | 2187 | 11/11/13 | BIMESTRALE | Marco M. Lupoi |
| YUMS | 2188 | 11/11/13 | BIMESTRALE | Marco M. Lupoi |
| PANINI COMICS BEST SELLER | 2189 | 11/11/13 | BIMESTRALE | Marco M. Lupoi |
| ARASHI | 2190 | 11/11/13 | BIMESTRALE | Marco M. Lupoi |
| A COME IGNORANZA | 2191 | 11/11/13 | BIMESTRALE | Marco M. Lupoi |
| BACK ! | 2199 | 03/02/13 | MENSILE | Valentina de Poli |
| CIP&CIOP MAGAZINE | 5/14 | 21/02/14 | MENSILE | Malegari Fabrizio |
| SOFIA, LA PRINCIPESSA | 6/14 | 21/02/14 | MENSILE | Marco M. Lupoi |
| REAL LIFE | 7/14 | 10/03/14 | BIMESTRALE | Marco M. Lupoi |
| PANINI COLORS | 8/14 | 24/02/14 | BIMESTRALE | Marco M. Lupoi |
| LEGO BATMAN | 9/14 | 24/03/14 | Mensile | Marco M. Lupoi |
| GIOCA E CREA | 10/14 | 15/04/14 | BIMESTRALE | Marco M. Lupoi |
| IL RAGAZZO INVISIBILE | 13/14 | 14/04/14 | BIMESTRALE | Marco M. Lupoi |
| LA PRINCIPESSA CADAVERE | 14/14 | 14/04/14 | BIMESTRALE | Marco M. Lupoi |
| SENKI | 15/14 | 14/04/14 | BIMESTRALE | Marco M. Lupoi |
| PURPLE | 16/14 | 14/04/14 | BIMESTRALE | Marco M. Lupoi |
| MANGA LAND | 17/14 | 14/04/14 | BIMESTRALE | Marco M. Lupoi |
| MODAMA | 18/14 | 14/04/14 | BIMESTRALE | Marco M. Lupoi |
| FOREVER MANGA | 19/14 | 14/04/14 | BIMESTRALE | Marco M. Lupoi |
| DISNEY PLANET | 20/14 | 14/04/14 | BIMESTRALE | Marco M. Lupoi |
| DISNEY DEFINITIVE COLLECTION | 22/14 | 24/07/14 | BIMESTRALE | Valentina de Poli |
| DISNEY LEGENDARY COLLECTION | 23/14 | 07/08/14 | BIMESTRALE | Valentina de Poli |
| PK GIANT | 24/14 | 07/08/14 | MENSILE | Valentina de Poli |
| TOPOLINO LIMITED DE LUXE EDITION | 25/14 | 07/08/14 | TRIMESTRALE | Valentina de Poli |
| GUARDIANI DELLA GALASSIA PRESENTA | 29/14 | 01/09/14 | BIMESTRALE | Marco M. Lupoi |
| PANINI STARS | 30/14 | 19/09/14 | BIMESTRALE | Marco M. Lupoi |
| PANINI KNIGHTS | 31/14 | 19/09/14 | BIMESTRALE | Marco M. Lupoi |
| PANINI MAGIC | 32/14 | 19/09/14 | BIMESTRALE | Marco M. Lupoi |
| PANINI FRIENDS | 33/14 | 19/09/14 | Trimestrale | Marco M. Lupoi |
| PANINI BLOCKS | 34/14 | 19/09/14 | BIMESTRALE | Marco M. Lupoi |
| PANINI SPACE | 35/14 | 19/09/14 | BIMESTRALE | Marco M. Lupoi |
| PANINI LEGENDS | 36/14 | 19/09/14 | MENSILE | Marco M. Lupoi |
| PANINI TV | 37/14 | 19/09/14 | MENSILE | Marco M. Lupoi |
| MANGA RUN | 41/14 | 10/12/14 | BIMESTRALE | Marco M., Lupoi |
| FIRE | 42/14 | 22/12/14 | BIMESTRALE | Marco M. Lupoi |
| RED | 43/14 | 22/02/14 | BIMESTRALE | Marco M. Lupoi |
| POWERS | 44/14 | 22/02/14 | MENSILE | Marco M. Lupoi |
| STAR WARS | 1/15 | 07/07/05 | MENSILE | Marco M. Lupoi |
| PANINI DARK | 2/15 | 07/07/05 | MENSILE | Marco M. Lupoi |
| CINQUE ALLEGRI RAGAZZI MORTI | 3/15 | 07/07/05 | MENSILE | Marco M. Lupoi |
| S.H.I.E.L.D | 4/15 | 07/07/05 | MENSILE | Marco M. Lupoi |
| GLAM | 5/15 | 08/04/15 | MENSILE | Marco M. Lupoi |
| DISNEY CINESTORY COMIC SERIE ORO | 14/15 | 03/08/15 | BIMESTRALE | Valentina de Poli |
| DISNEY CINESTORY COMIC | 15/15 | 03/08/15 | BIMESTRALE | Valentina de Poli |
| DISNEY FROZEN MAGAZINE | 16/15 | 03/08/15 | MENSILE | Marco M. Lupoi |
| DISNEY OMNIBUS | 17/15 | 03/08/15 | Quadrimestrale | Valentina de Poli |
| GANTZ NUOVA EDIZIONE | 19/15 | 28/09/15 | MENSILE | Marco M. Lupoi |
| DISNEY PIXAR MOVIECOMICS COLLECTION | 27 | 07/12/2015 | BIMESTRALE | Valentina de Poli |
| PANINI TECH | 28 | 07/12/2015 | TRIMESTRALE | Marco M. Lupoi |
| PANINI GIRLS | 29 | 07/12/2015 | BIMESTRALE | Marco M. Lupoi |
| DISNEY MOVIECOMICS COLLECTION | 30 | 07/12/2015 | TRIMESTRALE | Valentina de Poli |
| SUPER PANINI | 31 | 07/12/2015 | BIMESTRALE | Marco M. Lupoi |
| MARVEL CULT | 32 | 07/12/2015 | MENSILE | Marco M. Lupoi |
| PAINANI | 33 | 07/12/2015 | MENSILE | Marco M. Lupoi |
| MARVEL GALAXY | 34 | 07/12/2015 | BIMESTRALE | Marco M. Lupoi |
| MARVEL GIOCA & COLORA | 35 | 07/12/2015 | BIMESTRALE | Marco M. Lupoi |
| LUPIN | 2 | 25/01/2016 | MENSILE | Marco M. Lupoi |
| TESONI INTERNATIONAL | 3 | 11/02/2016 | BIMESTRALE | Valentina de Poli |
| INCUBO | 4 | 03/03/2016 | BIMESTRALE | Marco M. Lupoi |
| DISNEY SPLASH | 5 | 22/03/2016 | MENSILE | Marco M. Lupoi |
| LITTLE CHARMERS MAG | 6 | 05/04/2016 | BIMESTRALE | Marco M. Lupoi |
| YO-KAI WATCH MAG | 7 | 20/04/2016 | BIMESTRALE | Marco M. Lupoi |
| DISNEY HAPPY | 8 | 12/05/2016 | TRIMESTRALE | Valentina de Poli |
| MONSTER | 10 | 26/07/2016 | MENSILE | Marco M. Lupoi |
| GOOOL! | 12 | 26/07/2016 | MENSILE | Marco M. Lupoi |
| NARUTO COLOR | 11 | 26/07/2016 | QUINDICINALE | Marco M. Lupoi |
| TOPOLINO SUPER DELUXE EDITION | 14 | 26/07/2016 | QUADRIMESTRALE | Valentina de Poli |

| TITOLO TESTATA | NUMERO REGISTRAZIONE | DATA REGISTRAZIONE | PERIODICITA' | DIRETTORE RESPONSABILE | TRIBUNALE |
|---|---|---|---|---|---|
| DISNEY PIXAR MOVIECOMICS COLLECTION | 27 | 07/12/2015 | BIMESTRALE | Valentina de Poli | MODENA |
| PANINI TECH | 28 | 07/12/2015 | TRIMESTRALE | Marco M. Lupoi | MODENA |
| PANINI GIRLS | 29 | 07/12/2015 | BIMESTRALE | Marco M. Lupoi | MODENA |
| DISNEY MOVIECOMICS COLLECTION | 30 | 07/12/2015 | TRIMESTRALE | Valentina de Poli | MODENA |
| SUPER PANINI | 31 | 07/12/2015 | BIMESTRALE | Marco M. Lupoi | MODENA |
| MARVEL CULT | 32 | 07/12/2015 | BIMESTRALE | Marco M. Lupoi | MODENA |
| INUMANI | 33 | 07/12/2015 | MENSILE | Marco M. Lupoi | MODENA |
| MARVEL GALAXY | 34 | 07/12/2015 | BIMESTRALE | Marco M. Lupoi | MODENA |
| MARVEL GIOCA & COLORA | 35 | 07/12/2015 | BIMESTRALE | Marco M. Lupoi | MODENA |

Ministero dell'Economia e delle Finanze MARCA DA BOLLO €16,00 SEDICI/00

Ministero dell'Economia e delle Finanze MARCA DA BOLLO €16,00 SEDICI/00

Ministero dell'Economia e delle Finanze MARCA DA BOLLO €16,00 SEDICI/00

Ministero dell'Economia e delle Finanze MARCA DA BOLLO €16,00 SEDICI/00

| | | | | | |
|---|---|---|---|---|---|
| INCREDIBILI X-MEN | 1279 | 11/05/1996 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| FANTASTICI QUATTRO | 1280 | 11/05/1996 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| X-MEN DELUXE | 1281 | 11/05/1996 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| WOLVERINE | 1282 | 11/05/1996 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| NANA COLLECTION | 1283 | 11/05/1996 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| BLEACH | 1284 | 11/05/1996 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| PANINI COMICS MEGA | 1285 | 11/05/1996 | BIMESTRALE | MARCO MARCELLO LUPOI | MODENA |
| MONDO PANINI | 1286 | 11/05/1996 | BIMESTRALE | MARCO MARCELLO LUPOI | MODENA |
| MANGA TOP | 1287 | 11/05/1996 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| FRIENDS FOREVER | 1288 | 11/05/1996 | BIMESTRALE | MARCO MARCELLO LUPOI | MODENA |
| KEN IL GUERRIERO | 1289 | 11/05/1996 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| SPAWN | 1290 | 11/05/1996 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| ULTIMATE COMICS SPIDER-MAN | 1291 | 11/05/1996 | BIMESTRALE | MARCO MARCELLO LUPOI | MODENA |
| MARVEL MINISERIE | 1292 | 11/05/1996 | BIMESTRALE | MARCO MARCELLO LUPOI | MODENA |
| MARVEL MEGA | 1293 | 11/05/1996 | BIMESTRALE | MARCO MARCELLO LUPOI | MODENA |
| BERSERK | 1294 | 11/05/1996 | TRIMESTRALE | MARCO MARCELLO LUPOI | MODENA |
| SPIDER-MAN | 1295 | 11/05/1996 | QUINDICINALE | MARCO MARCELLO LUPOI | MODENA |
| MARVEL CROSSOVER | 1296 | 11/05/1996 | BIMESTRALE | MARCO MARCELLO LUPOI | MODENA |
| MANGA LEGEND | 1297 | 13/05/1996 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| MARVEL WORLD | 1298 | 13/05/1996 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| IRON MAN & I POTENTI | 1299 | 13/05/1996 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| THOR | 1300 | 13/05/1996 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| MARVEL MIX | 1301 | 13/05/1996 | BIMESTRALE | MARCO MARCELLO LUPOI | MODENA |
| PARTY TIME | 1302 | 09/01/2008 | BIMESTRALE | MARCO MARCELLO LUPOI | MODENA |
| CULT COMICS | 1303 | 13/05/1996 | BIMESTRALE | MARCO MARCELLO LUPOI | MODENA |
| MARVEL SAGA | 1304 | 13/05/1996 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| NIRVANA | 1305 | 13/05/1996 | BIMESTRALE | MARCO MARCELLO LUPOI | MODENA |
| MANGA DREAM | 1306 | 13/05/1996 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| PLANET MANGA | 1307 | 13/05/1996 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| CAPOLAVORI MANGA | 1308 | 13/05/1996 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| ALITA COLLECTION | 1309 | 13/05/1996 | BIMESTRALE | MARCO MARCELLO LUPOI | MODENA |
| COLLANA JAPAN | 1310 | 13/05/1996 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| MANGA STORIE NUOVA SERIE | 1311 | 13/05/1996 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| L'INCREDIBILE HULK | 1312 | 13/05/1996 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| SPECIAL EVENTS | 1406 | 21/10/1997 | BIMESTRALE | MARCO MARCELLO LUPOI | MODENA |
| A.D. | 1483 | 30/08/1999 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| MANGA SUPERSTAR | 1491 | 04/10/1999 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| MANGA SUN | 1492 | 04/10/1999 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| COLLANA PLANET | 1493 | 04/10/1999 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| SKET DANCE | 1494 | 04/10/1999 | MENSILE | MARCO MARCELLO LUPOI | MODENA |

September 29, 2026



| | | | | | |
|---|---|---|---|---|---|
| M›üLE EMÖ$@NI. | 1500 | 0#12f]89B MEkI8ILE | | MARCO MARCELLO LUPOI | MODENA |
| J2LANEI k4AMGA PRE9Ef4TA | 1g01 | 06/12/1999 | MJ2/JSJLE | MARCO MARCELLO LUPOI | D |
| ULTiMATE:2 /@\|\yICs AVEHGE/t | 1$f}2 | 061M886 | BihrE6TRAL£ | MARCO MARCELLO LUPOI | k0OÖEMA |
| /•TANGA GRAPHIC N¢äUfiL AßÜEL | 1503 | 06/12/1999 | BIHF4T I@ $ | MARCO MARCELLO LUPOI | MODENA |
| H6ART YAGABONO. | 1504 1605 | December 18, 1899 | kgENBtLE | MARCO MARCELLO LUPOI | MODENA |
| NARUTO THE ktlTO MANGA UNIVERSE | 15ø6 | 06/12/19 | BIME6TRAI P. | MARCO MARCELLO LUPOI | MUDENA |
| BERTH RX COLLECTION : | 1506 | 06/12/1999 | HE/4SJLE' : | MARCO MARCELLO LUPOI | MUDENA |
| cd?ñtcs u.'S,:A" | z 517 | UOTIOOOO | DJ JIBtFtJTI M AG | MARCO MARCELLO LUPOI | MODENA |
| •VI7 NGA EOVE | f518 | 28/02/2000 | BIfzIE> ‹ RALE | MARCO MARCELLO LUPOI | MODENA |
| 'BL EACH GOLD | | | BIX4ESTftALE | MARCO MARCELLO LUPOI | MODENA |
| 3A'ID MUIZI?HY. 9.11: | 1!$.I1 1530 | :.13fb4/2g00 A\ EN9I LE". | | MARCELLO LUPOI | MODENA |
| f8étfGA MIX . | | /04/ 00 | HE NSILE | MARCO MARCELLO LUPOI | MODENA |
| '8AxfMUfi]:DERBERh | 1555 | ›1 f/g8/2007 | MEt4S4LE... | MARCO MARCELLO LUPOI | MODENA |
| | 1596 .1598 | 26/d&zuu1 gtENSILE. . 08/28/1001 | | MARCO MARCELLO LUPOI | MODENA |
| | 16597 | HEHb | LE. | MARCO MARCELLO LUPOI | MODENA |
| "HU ktTER x HUN7Efl | | | | MARCO MARCELLO LUPOI | MODENA |
| HAT MAN COLLECTION DELUXE | 1g20 | 28/08/2001 | MENSILE BIME6TRALE | MARCO MARCELLO LUPOI | MOIDEfJA |
| rUa.r•Oa at ROOMAN | .'1814}. | .f0/01/2DC2 | MENSI£:E | MARCO MARCELLO LUPOI | MOOE#JA |
| I?AHINI"COI¥ICS MIX | .:18gtl | 20I07/g006} | BIHEBTRALE | MARCO MARCELLO LUPOI | MODENA |
| | :1828[ | 2 | zIMGN9ikE | MARCO MARCELLO LUPOI | I3ODENA |
| | | > > | * BI-MONTHLY | MARCO MARCELLO LUPOI | MOÖFMA |
| HARUTO CO LD . | 1e64I | zw ooosjuEnaice | | MARCO MARCELLO LUPOI | HODENA |
| EXTRA.TJfdE' E•CNEPATION | 18811 | "® <* | * BI-MONTHLY" | MARCO MARCELLO LUPOI | MOE NA, |
| ODANGA PLANETFANTA5f | | zs/0†/2aoB | IBIMeoTRALE " | MARCO MARCELLO LUPOI | HOCEHA |
| :ORANDJ OI?ERE | BG2" 1863 | 2B/01/‹ | <I* * | MARCO MARCELLO LUPOI | |
| MArJQA ExTRA | | . Z4r s/2009 | laETTIMAu»LE | MARCO MARCELLO LUPOI | &10DSMA MODENA |
| IARTARUGTüE HWMJA | 1961 | Dec.]3, 1990 | I*ENSILg | MARCO MARCELLO LUPOI | |
| | 1978 | #3/12/20 | I k4E6TRALE | MARCO MARCELLO LUPOI | MODENA |
| | 10.91 1980 | ou‹z zDaIAnu ›^ s | | MARCO MARCELLO LUPOI | MCDENA |
| MANGA SAGA | 1988 | 2wz/z0\|o | aiszEsteALz | MARCO MARCELLO LUPOI | G1‹JOEfJ¢ |
| PANINI KIDS | 1988 | zwz/zD1¢ w«si‹ | BIMESTRALE | MARCO MARCELLO LUPOI | MODENA |
| SHAMO | 1985 | 23/02/2010 | MENSILE 2/2010 BIMEˢswtaLe:£ | MARCO MARCELLO LUPOI | MOiJI-NA |
| PANINI FUN | 1990 | .23J0ZiZ010 | HENSILG BIMESTRALE | MARCO MARCELLO LUPOI | MODENA |
| CAPITAN AMERICA | 1991 1994 | 23df2/20†0 | 8IMES7RALE MENSILE | MARCO MARCELLO LUPOI | MFJOENA MODENA |
| HELLO KITTY | | f4J03/Z010 | BIME5TRALE | MARCO MARCELLO LUPOI | |
| PANINI HAPPY | 1996] | 1116&/20†0[ | BIME9 i rcALA | MARCO MARCELLO LUPOI | /dÖOENé\ |
| PANINI KIDS SPECIAL | | :t1/03fZ010{ | MEf461LE | MARCO MARCELLO LUPOI | |
| MARVEL COLLECTION | | $4J06f201O | iMEN9JLF | ARé. MARCO MARCELLO LUPOI | kAÖDENA |
| MANGA MEGA | 1996 | Aug. 3, 1ß} | BfHE6TRALE | I\MP£ MARCELLC LUPOI | |
| PANINI PLAY | 2003 | Aug. 3, 2010[ | 8b•t59TWLE | I** R<•O MARÜELL+ LUP.OI | MODENA |
| ULTIMATE COMICS | 2004 | | | ILtAft‹:c›. IviARCELLC' LtJMnI | MODENA |

ID: 223025925

Official Archive of the Chambers of Commerce

| | | | | | |
|---|---|---|---|---|---|
| MARVEL UNIVERSE | 2006 | 03-ago-10 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| MANGA KISS | 2012 | 05-ott-10 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| BLACK BUTLER | 2013 | 05-ott-10 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| PANINI BOOM | 2014 | 05-ott-10 | BIMESTRALE | MARCO MARCELLO LUPOI | MODENA |
| DEADPOOL | 2015 | 05-ott-10 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| MARVEL ICON | 2028 | 30-mar-11 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| PANINI & SORPRESE | 2029 | 30-mar-11 | BIMESTRALE | MARCO MARCELLO LUPOI | MODENA |
| MARVEL ADVENTURES | 2051 | 04-ott-11 | BIMESTRALE | MARCO MARCELLO LUPOI | MODENA |
| MANGA ZERO | 2052 | 04-ott-11 | BIMESTRALE | MARCO MARCELLO LUPOI | MODENA |
| MANGA RAINBOW | 2053 | 04-ott-11 | BIMESTRALE | MARCO MARCELLO LUPOI | MODENA |
| MANGA MYSTERY | 2054 | 04-ott-11 | BIMESTRALE | MARCO MARCELLO LUPOI | MODENA |
| MANGA HEART | 2058 | 04-ott-11 | BIMESTRALE | MARCO MARCELLO LUPOI | MODENA |
| DEVIL E I CAVALIERI MARVEL | 2057 | 04-ott-11 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| I LOVE JAPAN | 2056 | 04-ott-11 | BIMESTRALE | MARCO MARCELLO LUPOI | MODENA |
| I VENDICATORI | 2055 | 04-ott-11 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| MANGA ANGEL | 2050 | 04-ott-11 | BIMESTRALE | MARCO MARCELLO LUPOI | MODENA |
| WOLVERINE E GLI X MAN | 2049 | 04-ott-11 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| SPIDER-MAN UNIVERSE | 2048 | 04-ott-11 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| PLANET PINK | 2047 | 04-ott-11 | BIMESTRALE | MARCO MARCELLO LUPOI | MODENA |
| MANGA ONE | 2046 | 04-ott-11 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| MARVEL SPECIAL | 2045 | 04-ott-11 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| MARVEL COLLECTION SPECIAL | 2044 | 04-ott-11 | BIMESTRALE | MARCO MARCELLO LUPOI | MODENA |
| MANGA CODE | 2043 | 04-ott-11 | BIMESTRALE | MARCO MARCELLO LUPOI | MODENA |
| MANGA BEST | 2042 | 04-ott-11 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| PANINI PREMIUM | 2059 | 21-ott-11 | BIMESTRALE | MARCO MARCELLO LUPOI | MODENA |
| MANGA MOON | 2073 | 19-dic-11 | BIMESTRALE | MARCO MARCELLO LUPOI | MODENA |
| MARVEL BEST SELLER | 2072 | 19-dic-11 | BIMESTRALE | MARCO MARCELLO LUPOI | MODENA |
| YUME | 2075 | 14-feb-12 | BIMESTRALE | MARCO MARCELLO LUPOI | MODENA |
| MARVEL SELECT | 2076 | 14-feb-12 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| SAKURA | 2077 | 14-feb-12 | BIMESTRALE | MARCO MARCELLO LUPOI | MODENA |
| ARASHI | 2078 | 14-feb-12 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| MANGA SHOCK | 1248 | 17-apr-12 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| HULK E I DIFENSORI | 1247 | 17-apr-12 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| MANGA LIFE | 1246 | 17-apr-12 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| MANGA GIANTS | 1245 | 17-apr-12 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| MANGA ADVENTURE | 1244 | 17-apr-12 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| TIGER MASK | 1243 | 17-apr-12 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| PLANET ACTION | 1242 | 17-apr-12 | MENSILE | MARCO MARCELLO LUPOI | MODENA |
| PLANET AI | 1241 | 17-apr-12 | BIMESTRALE | MARCO MARCELLO LUPOI | MODENA |
| PANINI SUSPENSE | 2097 | 19-mag-12 | BIMESTRALE | MARCO MARCELLO LUPOI | MODENA |

| | | | | |
|---|---|---|---|---|
| AKUMA | 2099 | Aug. 19, 2012 Blfd59tRALE 9- | MAP.CCf l\4ARC ELLU LU@)l łJ.^ Co | k4 DEfdA M |
| PANINI ACTION | 2140 | meg•1Z BIMGOTRALE Aug. 8, IJ | !'^:RCEL U | DENA |
| MANGA FIGHT | 2103 | HEMStLE | uieco:u. i\ceoLo Ludci | |
| | | \ 7-op•14 MEffS\|¥F 47•att•12 | /r A* »1ARCEr‹o I. /Pu f44R | MODENA MOOEfiA: |
| PANINI PULP | 210b | 8IME6TP•‹ G | CO ktśRń ELLO LUB.Al tAARCO | MLJDEMA:. |
| LANTERNE ROSSE | 2100 | 1.7 -'I1 BlfgZgTQALE | fvlA\|?CELLO.'L:U | UUDEMA |
| | | QBHjen•13 h4ENSIf | | |
| MANGA HERO | * | oz -.1s BiuEs›«x | JdAP:CO MARCE:t;LO LUPOI | |
| GLI INCREDIBILI AVENGERS | 2113 | 06 ea.13 8IHESTRALF | MARCA UMGEL1Ć LDP.Oz | MODELU MODENA |
| MASTERS OF COMICS | 2114 | '08- on•1g MEN61LE '08-ge | frU\RCO KtARfiŃLLO !.MPOf ktA.RCO fć^.RP6LI W LUPUI | MUDENA |
| PANINI FANTASY | 21'1s | 12 l\gEN9ILE | MARCO M R/' LL I JPOI KVARS | |
| I GUAROfANI OEL GALAgSIA | J11$ | Pa•sw-13 .. •"i a". g8-gan- | :MAF.CELLO LUI?OJ MAJU | |
| MAGIC0.VE NTD.DELUX | 2117 | 14 MfiN$jLE. 0^-*n.ar-13 | MAX:CELLO ŁUPOf | MODENA |
| | 2f1B | fdE'N9JLE.:: | r-'°.R' Q.›••.RCEI I LłJ. I | MODENA |
| '."NJÓ Is5xqi x-fz,xN. 'ich | 211J | 05•fn4r•13 k4EN8ILE ON- | MAR -D:LU•RCG L:LÓ LUPÓI.' k4A 1U | MUDENA |
| LA 1EGCENDA"" | 2130 | ma>1J HEN9ILfi: | MAR ELLO LUI?Cl MARi 0.MA/tCEt | MUDENA |
| IJLTI MATE'.$P'IDEŖ"-MAN"& AVENGEQg PA NINJ | . 2127 | 04•Mar-13 HEbISI Lfi | LO LUI:?OL ktAQf'.0 bIARCELLQ.LU | kj jqp.. |
| NJM A" | | Oscar 15 OLfAITOREfICtNALE | "MI i.tAR‹:C /dARC5LL :i.U OI | MODENA |
| 5I#.RVEL.TALES FROM | Ż1¥9 | 1&-mgr•13 B[ME9TR E | k\an‹JO r ¢AI?C\-LL¢* LiJ I: | MUDG«IA |
| MAM I\FAX: BEST-SELLER | 21 g | Mar 1, 2013 BIMONTHLY | 'h1ARLB ktA.RCE LLU LJvul RUCO | MODENA |
| PAFJfNI TIN1E | 21Z6 | | MAREELLD.L!JPOI | ktDGEMA |
| I?A M(HI CARYC•OM KE kl | 2133 | 0tI/06/30.43 h4EN8ILE | &19f ł\4. Ltpol | MODENA |
| THE WARRIOR DREAMS. | | Aug. 27, 20f 3 B-MONTHLY | larcz"›.M.'Lupni | MODEI'tA |
| .PRJrtCJP€g ge | 31g7 | .2g/08J20.f 3 Monthly | h1arcu M: Łepoi | MOD:UNA |
| HUH f4fE THE PDOH DIBFI EY | 2142 | z9/0B/20f S Monthly | Marca ki. Lupni: | MODENA t4 |
| 'UHIOR. V‹0IETTA | 2147 | Z8/08f2#13 Monthly | M9rcn M.-Lupc | DENA |
| D'EN EY. FUhl | | ZS/0B/20 t3 VV&lc | Marcn M..Lupoi' | uuaENP. MOOE |
| *..1R4 CGUR 9/lAGI£ PEM | 2149 | O2J'g8/2d†6 5 uacue awiuafs | fflarcń" MD bupoi | N6 |
| WINNIE COLQQ | | ozi09i2o†3 BirnoWalc oz/seY2a te | Maro« M. Lupoi | |
| P IFł0iPC99E COt.OR DISHEY"J | 2148 | aimesuai• | k8ar¢+I M. LupoJ | błOoExlA |
| UlIIQFt COLOR | | | Marcxi"M. Łupg< | MOŻEMĄ |
| DI:g kEY TLr u 6TfGKEfI3 | 2†63 | 0M i/ZD13 Birnestzala | \Aafou M."Lupca | MOOENA |
| TR°LM £'OLOR. | 2160 | 0:źfi\9/Z018 &mesIrale | | MOOEPJA |
| OISNEY k4AGIC | 2165 2162 | OZ/0B/Z013 Bin›ostrae | | MODENA |
| | | 02/tl9f3013 B•roesWe | | /d0OENA |
| | 21z›0 | :gMf&fZd1i3 Trimeatrsle. | #2lMCn'.Ę.'Lu§0+ | k4ODENA |
| DISUEY CROSS-STITCH .... PIAAf | 2:187 | 02\Of9/201g k4ens4e 0Bd&m12 | | M1OEhtA |
| .rU›f : CA R8 MAGAZINE DiSf/EY | z188 | BmesvMm o2/09/2013 ksensilo | fia M'Lu'g0i | MODELU |
| COLOR.. | 2186 | g2/d9/2A12 Diuadnme=itrale | M | MOOĘlvA |
| Z:LA3BICI A F iMETTI | 2170 | 0z/09/2o43 Tar/ sslral | | MOCEL/A |
| D*"SREY. FANTASY. | | §2/g9/2019 Tnmestrele | M'LVOI | MOC N/t |
| | 2172 | | | MODENA |
| | | | Marco M. Lupoi | |
| | "H 74 | | | |
| ARTATTACK | 75 | | Marco M. Lupoi | |
| | 2171 | | | |
| | 2173 | | | |

September 29, 2026
Page 58 of 73
ID: 223025925
Official Archive of the Chambers of Commerce

| | | | | | |
|---|---|---|---|---|---|
| DISNEY SMILE | 2176 | 02/09/2013 | Bimestrale | Marco M. Lupoi | MODENA |
| SPIDER-MAN E I SUOI FANTASTICI | 2178 | 02/09/2013 | Mensile | Marco M. Lupoi | MODENA |
| AMICI | | | Mensile | Marco M. Lupoi | MODENA |
| GRANDI AVVENTURE PANINI | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| SOMNIA | 2142 | 27/08/2013 | BIMESTRALE | MARCO MARCELLO LUPOI | MODENA |
| GRANDI AVVENTURE PANINI | | | Mensile | Marco M. Lupoi | MODENA |

Ministero dell'Economia e delle Finanze
MARCA DA BOLLO
€16,00
SEDICI/00
18/11/2016 13:33:46

Ministero dell'Economia e delle Finanze
MARCA DA BOLLO
€16,00
SEDICI/00
18/11/2016 13:33:45
IDENTIFICATIVO : 01151915825869

Ministero dell'Economia e delle Finanze
MARCA DA BOLLO €16,00 SEDICI/00
Entrate
00017824 00007086 WDGGS001
00479126 18/11/2016 13:33:50
4578-00088
IDENTIFICATIVO : 01151915825859
0 1 15 191582 585 9

Ministero dell'Economia e delle Finanze
MARCA DA BOLLO €16,00 SEDICI/00
Entrate
00017824 00007086 WDGGS001
00479127 18/11/2016 13:33:55
4578-00088
IDENTIFICATIVO : 01151915825848
0 1 15 191582 584 8

Ministero dell'Economia e delle Finanze
MARCA DA BOLLO €16,00 SEDICI/00
Entrate
00017824 00007086 WDGGS001
00479128 18/11/2016 13:34:00
4578-00088
IDENTIFICATIVO : 01151915825836
0 1 15 191582 583 6

| Testata | Numero Registrazione Tribunale di Modena | data registrazione | Periodicità | Direttore Responsabile |
|---|---|---|---|---|
| TOPOLINO | 2143 | 29/08/2013 | Settimanale | Valentina de Poli |
| PAPERINIK (App-Grade) | 2144 | 29/08/2013 | Mensile | Valentina de Poli |
| I CLASSICI DISNEY | 2145 | 29/08/2013 | Mensile | Valentina de Poli |
| DISNEY COMIX | 2146 | 29/08/2013 | Mensile | Valentina de Poli |
| PRINCIPESSE | 2147 | 29/08/2013 | Mensile | Marco M. Lupoi |
| WINNIE THE POOH | 2148 | 29/08/2013 | Mensile | Marco M. Lupoi |
| DISNEY JUNIOR | 2149 | 29/08/2013 | Mensile | Marco M. Lupoi |
| VIOLETTA | 2150 | 29/08/2013 | Mensile | Marco M. Lupoi |
| I GRANDI CLASSICI DISNEY | 2151 | 02/09/2013 | Mensile | Valentina de Poli |
| PAPERINO | 2152 | 02/09/2013 | Mensile | Valentina de Poli |
| DISNEY BIG | 2153 | 02/09/2013 | Mensile | Valentina de Poli |
| POCKET LOVE | 2154 | 02/09/2013 | Bimestrale | Valentina de Poli |
| DISNEY ANNI D'ORO | 2155 | 02/09/2013 | Bimestrale | Valentina de Poli |
| ENIGMISTICA di TOPOLINO | 2156 | 02/09/2013 | Bimestrale | Valentina de Poli |
| SPECIALE DISNEY | 2157 | 02/09/2013 | Trimestrale | Valentina de Poli |
| TUTTO DISNEY | 2158 | 02/09/2013 | Bimestrale | Valentina de Poli |
| DISNEY TIME | 2159 | 02/09/2013 | Bimestrale | Valentina de Poli |
| SUPER DISNEY | 2160 | 02/09/2013 | Trimestrale | Valentina de Poli |
| PIU' DISNEY | 2161 | 02/09/2013 | Quadrimestrale | Valentina de Poli |
| DISNEY FUN | 2162 | 02/09/2013 | 5 uscite annuali | Marco M. Lupoi |
| CARS COLOR MAGIC PEN | 2163 | 02/09/2013 | Bimestrale | Marco M. Lupoi |
| WINNIE COLOR | 2164 | 02/09/2013 | Bimestrale | Marco M. Lupoi |
| PRINCIPESSE COLOR | 2165 | 02/09/2013 | Bimestrale | Marco M. Lupoi |
| DISNEY JUNIOR COLOR | 2166 | 02/09/2013 | Bimestrale | Marco M. Lupoi |
| DISNEY TUTTO STICKERS | 2167 | 02/09/2013 | Bimestrale | Marco M. Lupoi |
| TRILLI COLOR | 2168 | 02/09/2013 | Bimestrale | Marco M. Lupoi |
| DISNEY MAGIC | 2169 | 02/09/2013 | Trimestrale | Marco M. Lupoi |
| ARTATTACK | 2170 | 02/09/2013 | Mensile | Marco M. Lupoi |
| DISNEY PUNTO CROCE | 2171 | 02/09/2013 | Bimestrale | Marco M. Lupoi |
| PIXAR FUN - CARS MAGAZINE | 2172 | 02/09/2013 | Mensile | Marco M. Lupoi |
| DISNEY COLOR | 2173 | 02/09/2013 | Quadrimestrale | Marco M. Lupoi |
| CLASSICI A FUMETTI | 2174 | 02/09/2013 | Trimestrale | Marco M. Lupoi |
| DISNEY FANTASY | 2175 | 02/09/2013 | Trimestrale | Marco M. Lupoi |
| DISNEY SMILE | 2176 | 02/09/2013 | Bimestrale | Marco M. Lupoi |
| TOPO GOAL | 2177 | 02/09/2013 | Mensile | Valentina de Poli |
| SPIDER-MAN E I SUOI FANTASTICI AMICI | 2178 | 02/09/2013 | Mensile | Marco M. Lupoi |
| PLANETS | 2078 | 14/02/2012 | Mensile | Marco M. Lupoi |

| PARTECIPAZIONI | CAPITALE SOCIALE | QUOTA PARTECIPAZIONE |
|---|---|---|
| Digitalsoccer Project Srl<br>Via C. Golgi, 5/7<br>25064 Montebrusa Gussago (Brescia) | €70.000 | 100% |
| Panini Espana S.A.<br>Carrer Vallespi 20<br>Torroella de Montgri Girona<br>Spagna | €120.200 | 0,05% |
| Panini Nederland Bv<br>Kamer van Koophandel Gooi-en Eemland<br>Bussum – Holland | €450.000 | 100% |
| Panini Chile S.A.<br>Calle Emilio Vaisse n.844<br>Nunuoa Santiago de Chile | Clp 190.063 | 99,99% |
| Panini France S.A.<br>Nice La Plaine<br>Avenue Emmanuel Pontremoli<br>Bâtiment C2, 4ème étage<br>06200 NICE<br>France | €1.524.490 | 0,1% |
| Panini Brasil S/A<br>PANINI BRASIL S/A<br>Centro Empresarial Tamboré<br>Alameda Caiapós, 425<br>Barueri - SP - 06460-110 | R$ 18.350.424 | 0,01% |
| Panini Ireland Ltd<br>Stradbrook House<br>Blackrock<br>Co. Dublin<br>Ireland A94 X9A2 | € 12.700 | 99,99% |
| EDITORIAL PANINI MEXICO SA de CV<br>Calle Isaac Newton, No. 289- 4 Piso<br>Colonia Chapultepec Morales (Polanco)<br>Delegacion Miguel Hidalgo<br>C.P. 11570, Mexico DF | Pesos 50.000 | 99,00% |
| Panini Suisse AG<br>Sihleggstrasse 23<br>8832 WOLLERAU<br>SCHWEIZ | chf 100.000 | 97,00% |
| IZDATELSTVO PANINI RUS<br>Limited Liability Company<br>Vyatskaya str. 49, Build 1<br>127015 Moscow<br>Russia | rubli 5.000.000 | 99,00% |
| PANINI MILANO SRL<br>sede Milano<br>Via Lampedusa 13/C<br>20141 MILANO | € 10.000 | 100% |
| ABLE BROOK LIMITED<br>Room 1-3, 10/F., Kwan Chart Tower, 6<br>Wanchai, Hong | HK$ 10.000,00 | 87,50% |
| SHRIMP SRL<br>Via Santo Stefano n. 71<br>Bologna | € 10.000 | 100% |
| PANINI MEDYA YAYINCILIK VE TICARET A.S.<br>Inonu Cad. Turabogiu Sok. No.4<br>Hamdiye Yazgan Is Merkezi<br>Kat 3, D 4<br>Kozyatagi, Kadikoy – Istanbul | YTL 100.000 | 99,95% |

| Dominio | Registrant |
|---|---|
| abbonamentipanini.it | Panini s.p.a. |
| adrenalynfifa.com | Panini s.p.a. |
| adrenalynfifa365.com | Panini s.p.a. |
| adrenalynfutebol.com | Panini s.p.a. |
| adrenalynliga.es | Panini s.p.a. |
| adrenalynligabbva.es | Panini s.p.a. |
| adrenalynpf365.com | Panini s.p.a. |
| ADRENALYN-XL.COM | Panini s.p.a. |
| ALMANACCOPANINI.COM | Panini s.p.a. |
| almanaccopanini.it | Panini s.p.a. |
| amicicucciolotti.de | Panini s.p.a. |
| animaispanini.pt | Panini s.p.a. |
| animalespanini.es | Panini s.p.a. |
| BUBBLEGOAL.COM | Panini s.p.a. |
| BUBBLEGOAL.IT | Panini s.p.a. |
| calciatorichallenge.com | Panini s.p.a. |
| CALCIATORIPANINI.COM | Panini s.p.a. |
| calciatoripanini.it | Panini s.p.a. |
| celocelomanca.com | Panini s.p.a. |
| CELOCELOMANCA.IT | Panini s.p.a. |
| celomanca.eu | Panini s.p.a. |
| cioe.it | Panini s.p.a. |
| DIGITALSOCCER.BIZ | Panini s.p.a. |
| DIGITALSOCCER.INFO | Panini s.p.a. |
| digitalsoccer.it | Panini s.p.a. |
| DIGITALSOCCER.NET | Panini s.p.a. |
| doctorwhomagazine.com | Panini s.p.a. |
| edizionicioe.it | Panini s.p.a. |
| favijstickercollection.it | Panini s.p.a. |
| footballpanini.be | Panini s.p.a. |
| footpanini.com | Panini s.p.a. |
| forzamilanonline.com | Panini S.p.a. |
| gametherapystickercollection.it | Panini s.p.a. |
| IDIGITALSCOUT.COM | Panini s.p.a. |
| idigitalscout.it | Panini s.p.a. |
| invizimals-tcg.com | Panini s.p.a. |
| lamiaedicolapanini.it | Panini s.p.a. |
| LIGAESTE.COM | Panini s.p.a. |
| ligaeste.es | Panini s.p.a. |
| missionnasoni.ch | Panini s.p.a. |
| missiontierfreunde.de | Panini s.p.a. |
| musicards.es | Panini s.p.a. |
| mydragoni.com | Panini s.p.a. |
| mydragoni.es | Panini s.p.a. |
| mydragoni.fr | Panini s.p.a. |
| mydragoni.pt | Panini s.p.a. |
| MYPANINI.CO.UK | Panini s.p.a. |

| | |
|---|---|
| mypanini.com | Panini s.p.a. |
| mypanini.fr | Panini s.p.a. |
| mypanini.it | Panini s.p.a. |
| PANDISTRIBUZIONE.COM | Panini s.p.a. |
| pandistribuzione.it | Panini s.p.a. |
| panini.at | Panini s.p.a. |
| PANINI.BIZ | Panini s.p.a. |
| panini.ch | Panini s.p.a. |
| panini.cl | Panini s.p.a. |
| panini.co.il | Panini s.p.a. |
| panini.co.nz | Panini s.p.a. |
| panini.co.za | Panini s.p.a. |
| panini.com.gr | Panini s.p.a. |
| panini.com.mx | Panini s.p.a. |
| panini.com.py | Panini s.p.a. |
| panini.cz | Panini s.p.a. |
| panini.es | Panini s.p.a. |
| PANINI.INFO | Panini s.p.a. |
| panini.it | Panini s.p.a. |
| PANINI.MOBI | Panini s.p.a. |
| panini.mx | Panini s.p.a. |
| panini.pe | Panini s.p.a. |
| panini.pl | Panini s.p.a. |
| PANINI.RO | Panini s.p.a. |
| PANINI.UA | Panini s.p.a. |
| panini.uy | Panini s.p.a. |
| panini365.com | Panini s.p.a. |
| panini365.net | Panini s.p.a. |
| panini4professionals.com | Panini s.p.a. |
| PANINIABBIGLIAMENTO.COM | Panini s.p.a. |
| paniniabbigliamento.it | Panini s.p.a. |
| paniniadrenalyn.com | Panini s.p.a. |
| PANINIADRENALYNXL.COM | Panini s.p.a. |
| PANINIADRENALYN-XL.COM | Panini s.p.a. |
| paniniamerica.net | Panini s.p.a. |
| paniniargentina.com | Panini s.p.a. |
| paniniaustralia.com | Panini s.p.a. |
| paninibelgium.com | Panini s.p.a. |
| paninibolivia.com | Panini s.p.a. |
| paninibooks.com | Panini s.p.a. |
| paninibooks.es | Panini s.p.a. |
| paninicanada.com | Panini s.p.a. |
| paninicelebratingfrance.com | Panini s.p.a. |
| PANINICHINA.COM | Panini s.p.a. |
| paninicloud.com | Panini s.p.a. |
| paninicollectibles.com | Panini s.p.a. |
| paninicolombia.com | Panini s.p.a. |
| paninicomics.co.uk | Panini s.p.a. |

| | |
|---|---|
| PANINICOMICS.COM | Panini s.p.a. |
| PANINICOMICS.COM.MX | Panini s.p.a. |
| paninicomics.fr | Panini s.p.a. |
| paninicomics.it | Panini s.p.a. |
| paninicomicsfrance.com | Panini s.p.a. |
| paninidanmark.com | Panini s.p.a. |
| paninidigital.com | Panini s.p.a. |
| paninidigital.it | Panini s.p.a. |
| paninidigitalcloud.com | Panini s.p.a. |
| PANINIDIGITALCOLLECTION.COM | Panini s.p.a. |
| paninidigitalvod.com | Panini s.p.a. |
| paninidigits.com | Panini s.p.a. |
| paninidistribution.com | Panini s.p.a. |
| paniniecuador.com | Panini s.p.a. |
| paninififa365.com | Panini s.p.a. |
| paninififa365.net | Panini s.p.a. |
| PANINIFOOTBALL.COM | Panini s.p.a. |
| PANINI-FOOTBALL.COM | Panini s.p.a. |
| paninifootball365.com | Panini s.p.a. |
| paninifootball365.net | Panini s.p.a. |
| PANINIFOOTBALLLEAGUE.COM | Panini s.p.a. |
| PANINI-FOOTBALL-LEAGUE.COM | Panini s.p.a. |
| paninigoal.com | Panini s.p.a. |
| paninigoal.net | Panini s.p.a. |
| paninigroup.com | Panini s.p.a. |
| paninihellas.com | Panini s.p.a. |
| paninihungary.com | Panini s.p.a. |
| paninimagazine.at | Panini s.p.a. |
| panini-magazine.at | Panini s.p.a. |
| paninimagazine.com | Panini s.p.a. |
| paninimagazine.de | Panini s.p.a. |
| panini-magazine.de | Panini s.p.a. |
| paninimagazine.it | Panini s.p.a. |
| paninimagazines.at | Panini s.p.a. |
| paninimagazines.com | Panini s.p.a. |
| paninimagazines.de | Panini s.p.a. |
| paninimagazines.it | Panini s.p.a. |
| paninimagyarorszag.com | Panini s.p.a. |
| paninimagyarország.com | Panini s.p.a. |
| panininederland.com | Panini s.p.a. |
| panininewmedia.com | Panini s.p.a. |
| panininorge.com | Panini s.p.a. |
| PANINIONLINE.COM | Panini s.p.a. |
| paninionlinestickeralbum.com | Panini s.p.a. |
| PANINIPOINT.COM | Panini s.p.a. |
| paniniportugal.com | Panini s.p.a. |
| paninipublishing.com | Panini s.p.a. |
| PANINIREVISTAS.ES | Panini s.p.a. |

| | |
|---|---|
| PANINIRFPL.COM | Panini s.p.a. |
| PANINIROMANIA.NET | Panini s.p.a. |
| PANINIROSSIJA.COM | Panini s.p.a. |
| PANINIRUS.COM | Panini s.p.a. |
| PANINI-SAFETY.COM | Panini s.p.a. |
| PANINISHOP.COM | Panini s.p.a. |
| PANINI-SHOP.COM | Panini s.p.a. |
| PANINISTICKERS.COM | Panini s.p.a. |
| paninistickerstar.com | Panini s.p.a. |
| paninistickerstar.de | Panini s.p.a. |
| paninistickinenglish.com | Panini s.p.a. |
| PANINISTORE.COM | Panini s.p.a. |
| panini-store.com | Panini s.p.a. |
| PANINISTORE.FR | Panini s.p.a. |
| paninistore.it | Panini s.p.a. |
| paninisubscriptions.co.uk | Panini s.p.a. |
| paninisuomi.com | Panini s.p.a. |
| paninisuperstars.com | Panini s.p.a. |
| paninisverige.com | Panini s.p.a. |
| paninisys.com | Panini s.p.a. |
| paninitech.com | Panini s.p.a. |
| paniniturkiye.com | Panini s.p.a. |
| paniniuk.co.uk | Panini s.p.a. |
| paniniuk.com | Panini s.p.a. |
| PANINIUSA.COM | Panini s.p.a. |
| paninivenezuela.com | Panini s.p.a. |
| paninivirtualalbum.com | Panini s.p.a. |
| PCSUPERLIGA.COM | Panini s.p.a. |
| P-FOOTBALL.COM | Panini s.p.a. |
| p-nn.com | Panini s.p.a. |
| rat-man.com | Panini s.p.a. |
| RUGBYPANINI.FR | Panini s.p.a. |
| SENIT.IT | Panini s.p.a. |
| SUPERSTRIKES.COM | Panini s.p.a. |
| texcollezionepanini.it | Panini s.p.a. |
| THELICENSINGMACHINE.CO.UK | Panini s.p.a. |
| thelicensingmachine.com | Panini s.p.a. |
| tweens.it | Panini s.p.a. |
| UOMORAGNO.IT | Panini s.p.a. |
| VIRTUALSTICKERCOLLECTION.COM | Panini s.p.a. |
| XENOXWORLD.COM | Panini s.p.a. |
| XENOXWORLD.ES | Panini s.p.a. |
| panini.商标 | Panini s.p.a. |

| MARCHI | PAESE | NUMERO | DATA DEPOSITO | DATA SCADENZA |
|---|---|---|---|---|
| ADRENALINE | Japan | 2.514.515,00 | 26/03/2013 | 31/03/2023 |
| ADRENALINE | Japan | 4.593.702,00 | 14/08/2012 | 09/08/2022 |
| ADRENALYN XL | Comunitario | 8.547.028,00 | 01/03/2010 | 14/09/2019 |
| ADRENALYN XL | Turkey | 2012/69927 | 08/11/2013 | 31/08/2022 |
| ADRENALYN XL | China | 11.804.100,00 | 27/11/2012 | 27/11/2022 |
| ADRENALYN XL | Puerto Rico | 81.410,00 | 06/09/2012 | 06/09/2022 |
| ADRENALYN XL | Brazil | 902.104.195,00 | 02/10/2012 | 02/10/2022 |
| ADRENALYN XL | Panama | 217429-01 | 01/10/2013 | 10/10/2022 |
| ADRENALYN XL | Jordan | 18.256,00 | 08/12/2013 | 08/12/2023 |
| ADRENALYN XL | United States | 3.840.309,00 | 31/08/2010 | 31/08/2020 |
| ADRENALYN XL | Colombia | 480.936,00 | 24/10/2013 | 24/10/2023 |
| ADRENALYN XL | South Africa | 2013/31005 | 06/11/2013 | 06/11/2023 |
| ADRENALYN XL | Chile | 1.055.418,00 | 17/02/2014 | 17/02/2024 |
| ADRENALYN XL | Peru | 197.040,00 | 01/04/2013 | 01/04/2023 |
| ADRENALYN XL | Bolivia | 143114-C | 07/05/2013 | 07/05/2023 |
| ADRENALYN XL | International | 1.088.844,00 | 23/05/2011 | 23/05/2021 |
| ADRENALYN XL | Ecuador | 4625-13 | 23/07/2013 | 18/06/2023 |
| ADRENALYN XL | Uruguay | 439.524,00 | 11/06/2013 | 11/06/2023 |
| ADRENALYN XL | Jordan | 33.942,00 | 09/12/2013 | 09/12/2023 |
| ADRENALYN XL | Russian Federation | 459.491,00 | 16/04/2012 | 27/04/2021 |
| ADRENALYN XL | Canada | TMA810853 | 02/11/2011 | 02/11/2026 |
| ADRENALYN XL | Paraguay | 52.911,00 | 07/11/2013 | 07/11/2023 |
| ADRENALYN XL | Argentina | 2.619.383,00 | 06/01/2014 | 03/10/2022 |
| ADRENALYN XL | Japan | 5.588.979,00 | 14/06/2013 | 14/06/2023 |
| ADRENALYN XL | Venezuela | P337284 | 29/01/2014 | 29/01/2029 |
| BIJOUX PANINI | Comunitario | 10.065.548,00 | 23/11/2011 | 21/06/2021 |
| BEST FRIENDS | Comunitario | 10.550.754,00 | 24/05/2012 | 10/01/2022 |
| BIOVALIDA (denominativo) | Comunitario | 10.505.843,00 | 27/04/2012 | 19/12/2021 |
| CALCIATORE in ROVESCIATA | Comunitario | 4.244.273,00 | 07/04/2009 | 17/01/2025 |
| CALCIATORE in ROVESCIATA | Malaysia | 2.012.019.353,00 | 02/01/2014 | 16/11/2022 |
| CALCIATORE in ROVESCIATA | Italy | 1.063.935,00 | 07/07/2014 | 26/07/2024 |
| CALCIATORE in ROVESCIATA | Indonesia | D00.2012.063093 | 20/12/2012 | 20/12/2022 |
| CALCIATORE in ROVESCIATA | Comunitario | 4.244.265,00 | 17/01/2005 | 17/01/2025 |
| CALCIATORE in ROVESCIATA | Canada | 1.569.450,00 | 19/03/2012 | 29/03/2022 |
| CALCIATORE in ROVESCIATA | Thailand | 875.283,00 | 19/12/2012 | 19/12/2022 |
| CALCIATORE in ROVESCIATA | Brazil | 904.614.190,00 | 15/03/2012 | 15/03/2022 |
| CALCIATORE in ROVESCIATA | Philippines | 1.233.211,00 | 05/08/2014 | 11/08/2024 |
| CALCIATORE in ROVESCIATA | Taiwan | 1.603.380,00 | 01/10/2013 | 30/09/2023 |
| CALCIATORE in ROVESCIATA | Italy | 1.161.953,00 | 02/10/2013 | 10/09/2023 |
| CALCIATORE in ROVESCIATA | Malaysia | 2.012.019.354,00 | 16/12/2013 | 16/11/2022 |
| CALCIATORE in ROVESCIATA | International | 1.143.490,00 | 25/10/2012 | 25/10/2022 |
| CALCIATORE in ROVESCIATA | India | 2.448.293,00 | 21/12/2012 | 21/12/2022 |
| CALCIATORE in ROVESCIATA | Comunitario | 8.721.664,00 | 02/06/2010 | 30/11/2019 |
| CALCIATORE in ROVESCIATA | Canada | TMA820.892 | 28/03/2012 | 28/03/2027 |
| CALCIATORE in ROVESCIATA | Thailand | 875.282,00 | 19/12/2012 | 19/12/2022 |
| CALCIATORE in ROVESCIATA | Brazil | 828.272.739,00 | 02/02/2010 | 02/02/2020 |
| CALCIATORE in ROVESCIATA | International | 1.282.870,00 | 15/09/2015 | 17/09/2025 |
| CALCIATORE in ROVESCIATA | Malaysia | 2.012.019.351,00 | 02/01/2014 | 16/11/2022 |
| CALCIATORE in ROVESCIATA | Italy | 1.538.690,00 | 18/04/2013 | 15/10/2023 |

| | | | | |
|---|---|---|---|---|
| CALCIATORE in ROVESCIATA | Malaysia | 2.012.019.355,00 | 18/12/2013 | 16/11/2022 |
| CALCIATORE in ROVESCIATA | International | 904.202,00 | 28/03/2006 | 28/03/2026 |
| CALCIATORE in ROVESCIATA | Hong Kong | 302.429.668,00 | 08/11/2012 | 07/11/2022 |
| CALCIATORE in ROVESCIATA | Thailand | 875.281,00 | 19/12/2012 | 19/12/2022 |
| CALCIATORE in ROVESCIATA | Brazil | 828.272.727,00 | 02/02/2010 | 02/02/2020 |
| CALCIATORE in ROVESCIATA | Thailand | 875.280,00 | 19/12/2012 | 19/12/2022 |
| CARNIMALZ (denominativo) | Comunitario | 9.943.804,00 | 25/08/2011 | 05/05/2021 |
| CARNIMALZ (denominativo) | Comunitario | 10.568.905,00 | 11/06/2012 | 18/01/2022 |
| CARNIMALZ (figurativo) | Comunitario | 9.943.986,00 | 30/09/2011 | 05/05/2021 |
| CARNIMALZ (figurativo) | Comunitario | 10.569.077,00 | 11/06/2012 | 18/01/2022 |
| CELO CELO MANCA (denominativo) | Italy | 1.491.940,00 | 17/05/2012 | 10/11/2021 |
| CELO CELO MANCA (denominativo) | Comunitario | 10.402.923,00 | 15/03/2012 | 09/11/2021 |
| CELO CELO MANCA (figurativo) | Italy | 1.491.939,00 | 17/05/2012 | 10/11/2021 |
| CELO CELO MANCA (figurativo) | Comunitario | 10.403.004,00 | 15/03/2012 | 09/11/2021 |
| CIDE | Italy | 1.097.304,00 | 25/02/2008 | 13/01/2025 |
| CROWN ROYALE | United States | 3.909.402,00 | 18/01/2011 | 18/01/2021 |
| DOMINION | United States | 4.053.727,00 | 08/11/2011 | 08/11/2021 |
| EPM e figura | Italy | 1.160.717,00 | 07/01/2009 | 16/07/2025 |
| ESPAR | Comunitario | 8.223.381,00 | 04/10/2010 | 17/04/2019 |
| FANTASY RIDERS | Comunitario | 15.375.389,00 | 25/04/2016 | 25/04/2026 |
| FIGURA DI LANCIERE | Italy | 1.396.138,00 | 31/12/2010 | 27/02/2020 |
| FIGURA DI LANCIERE | United Kingdom | 1.467.044,00 | 23/05/2008 | 12/06/2018 |
| FIGURINE PANINI con lanciere | International | 443.900,00 | 12/02/2009 | 12/02/2019 |
| FIGURINE PANINI con lanciere | Italy | 1.339.434,00 | 21/05/2010 | 05/07/2018 |
| FIGURINE PANINI con lanciere | Comunitario | 8.128.258,00 | 31/01/2010 | 27/02/2019 |
| FIGURINE PANINI senza lanciere | Italy | 1.339.433,00 | 21/09/2010 | 05/07/2018 |
| FIXIT | Comunitario | 10.911.907,00 | 21/11/2013 | 24/05/2021 |
| GOT GOT NEED | Comunitario | 10.695.971,00 | 19/06/2012 | 05/03/2022 |
| HAB ICH HAB ICH FEHLT | Comunitario | 10.896.310,00 | 19/06/2012 | 05/03/2022 |
| HEY! STICK IT | Comunitario | 10.550.887,00 | 07/05/2012 | 10/01/2022 |
| JUST KICK-IT! (denominativo) | Germany | 302.011.038.179,00 | 04/10/2011 | 20/05/2021 |
| JUST KICK-IT! (figurativo) | Germany | 302.011.038.180,00 | 29/09/2011 | 20/05/2021 |
| KOUL | Comunitario | 8.223.307,00 | 13/11/2009 | 17/04/2019 |
| KRASS 3K PANINI | Comunitario | 4.492.325,00 | 14/06/2005 | 14/06/2025 |
| MAGICAPS | Italy | 653.598,00 | 24/03/1995 | 24/03/2025 |
| MECHABOT | Comunitario | 8.223.349,00 | 13/11/2009 | 17/04/2019 |
| MIZZ e figura | Comunitario | 8.272.395,00 | 01/12/2009 | 30/04/2019 |
| MUTONES e figura 1 | Comunitario | 5.762.737,00 | 06/03/2008 | 16/03/2017 |
| MUTONES e figura 2 | Comunitario | 7.210.727,00 | 28/05/2009 | 05/09/2018 |
| MY PANINI e figura | Comunitario | 4.825.634,00 | 08/06/2007 | 23/12/2025 |
| MY PANINI e figura | Italy | 1.160.830,00 | 07/01/2009 | 12/05/2025 |
| NELA | Comunitario | 8.223.364,00 | 16/02/2010 | 17/04/2019 |
| P SAFETY TESTED | Comunitario | 11.330.018,00 | 19/02/2013 | 31/10/2022 |
| P SAFETY TESTED | International | 1.141.877,00 | 20/11/2012 | 20/11/2022 |
| PAN (figurativo) | Italy | 1.556.436,00 | 28/08/2013 | 22/12/2021 |
| PANINI (denominativo) | International | 549.804,00 | 02/03/2010 | 02/03/2020 |
| PANINI SL (denominativo) | Comunitario | 11.192.994,00 | 14/02/2013 | 17/09/2022 |
| PANINI SL (figurativo) | Comunitario | 11.193.026,00 | 14/02/2013 | 17/09/2022 |
| PANINI ANIMAL WORLD | Comunitario | 10.286.104,00 | 09/01/2014 | 09/08/2021 |
| PANINI BANDS-CLUB BADGE ME! (denominativo) | Comunitario | 10.002.129,00 | 22/09/2011 | 27/05/2021 |
| PANINI BANDS-CLUB BADGE ME! (figurativo) | Russian Federation | 486.528,00 | 08/05/2013 | 17/01/2022 |

| | | | | |
|---|---|---|---|---|
| PANINI BANDS-CLUB BADGE MEI (figurativo) | Comunitario | 10.006.765,00 | 13/10/2011 | 30/05/2021 |
| PANINI BOOKS | Comunitario | 9.544.156,00 | 20/05/2011 | 23/11/2020 |
| PANINI CAPS | United Kingdom | 2.037.330,00 | 22/06/1995 | 22/09/2025 |
| PANINI CAPS | Italy | 653.598,00 | 24/03/1995 | 24/03/2025 |
| PANINI CAPS | United Kingdom | 2.017.600,00 | 15/04/2005 | 13/04/2025 |
| PANINI COMICS | Comunitario | 9.371.253,00 | 28/01/2011 | 13/09/2020 |
| PANINI DIGITAL Digitasoccer Project | Comunitario | 6.804.601,00 | 05/07/2010 | 12/01/2020 |
| PANINI e figura | Venezuela | 3092-14 | 14/02/2014 | 16/02/2029 |
| PANINI e figura | Philippines | 4-1997-125982 | 24/09/2005 | 24/09/2025 |
| PANINI e figura | Turkey | 115.512,00 | 24/08/2009 | 24/08/2019 |
| PANINI e figura | Brazil | 815.256.272,00 | 10/03/2012 | 10/03/2022 |
| PANINI e figura | Argentina | 3.212.606,00 | 04/12/2012 | 16/12/2022 |
| PANINI e figura | Mauritius | 149,00 | 05/09/1994 | 05/09/2026 |
| PANINI e figura | Italy | 1.236.303,00 | 12/01/2010 | 30/04/2019 |
| PANINI e figura | Ecuador | 3.119,00 | 10/05/2010 | 10/05/2020 |
| PANINI e figura | Taiwan | 958.313,00 | 15/07/2010 | 15/07/2020 |
| PANINI e figura | Argentina | 3.212.607,00 | 04/12/2012 | 16/12/2022 |
| PANINI e figura | Paraguay | 358.320,00 | 02/08/2011 | 21/12/2020 |
| PANINI e figura | Indonesia | 511.555,00 | 19/02/2012 | 19/02/2022 |
| PANINI e figura | Italy | 1.554.018,00 | 01/08/2013 | 16/12/2022 |
| PANINI e figura | Comunitario | 8.774.102,00 | 12/01/2010 | 30/04/2019 |
| PANINI e figura | South Africa | 2010/30008 | 21/12/2010 | 21/12/2020 |
| PANINI e figura | Canada | TMA433848 | 30/09/2009 | 30/09/2024 |
| PANINI e figura | Hong Kong | 200.403.023,00 | 17/09/2009 | 22/10/2019 |
| PANINI e figura | International | 683.078,00 | 27/08/2007 | 27/08/2017 |
| PANINI e figura | Jordan | 33.972,00 | 19/12/2013 | 19/12/2020 |
| PANINI e figura | Peru | 83.815,00 | 31/03/2005 | 27/02/2025 |
| PANINI e figura | Italy | 1.396.139,00 | 31/12/2010 | 27/02/2020 |
| PANINI e figura | Greece | 96.083,00 | 18/10/2009 | 18/10/2019 |
| PANINI e figura | Korea, Republic of | 40-0578854 | 21/10/2007 | 21/10/2017 |
| PANINI e figura | Brazil | 828.272.700,00 | 01/04/2008 | 01/04/2018 |
| PANINI e figura | Norway | 165.719,00 | 01/12/2004 | 01/12/2024 |
| PANINI e figura | Italy | 1.540.560,00 | 08/05/2013 | 26/03/2023 |
| Panini e Figura | Honduras | 134.416,00 | 02/04/2014 | 12/10/2025 |
| PANINI e figura | United Arab Emirates | 150.945,00 | 20/01/2013 | 23/12/2020 |
| PANINI e figura | Tunisia | E981925 | 25/10/2013 | 09/12/2023 |
| PANINI e figura | Bolivia | 80760-A | 07/07/2010 | 07/07/2020 |
| PANINI e figura | Libyan Arab Jamahiriya | 22.354,00 | 30/04/2013 | 30/04/2023 |
| PANINI e figura | Malaysia | 89.005.156,00 | 27/08/2010 | 23/08/2020 |
| PANINI e figura | Italy | 1.296.300,00 | 12/01/2010 | 01/07/2017 |
| PANINI e figura | Costa Rica | 104.703,00 | 24/11/2007 | 24/11/2017 |
| PANINI e figura | Thailand | KO482223 | 14/06/2007 | 16/06/2017 |
| PANINI e figura | Hong Kong | 199.203.840,00 | 14/06/2012 | 14/06/2022 |
| PANINI e figura | India | 2.420.396,00 | 01/11/2012 | 01/11/2022 |
| PANINI e figura | International | 550.680,00 | 23/10/2009 | 23/10/2019 |
| PANINI e figura | Comunitario | 3.583.499,00 | 14/07/2005 | 15/12/2023 |
| PANINI e figura | Jordan | 18.308,00 | 22/12/2013 | 22/12/2020 |
| PANINI e figura | International | 549.804,00 | 02/03/2010 | 02/03/2020 |
| PANINI e figura | Honduras | 134.419,00 | 02/04/2014 | 02/04/2024 |
| PANINI e figura | International | 1.153.121,00 | 21/12/2012 | 21/12/2022 |
| PANINI e figura | Chile | 988.411,00 | 17/01/2013 | 17/01/2023 |

| | | | | |
|---|---|---|---|---|
| PANINI e figura | Paraguay | 350.321,00 | 02/08/2011 | 31/12/2020 |
| PANINI e figura | United States | 1.864.654,00 | 29/11/2004 | 29/11/2024 |
| PANINI e figura | United Kingdom | 1.395.701,00 | 15/08/2006 | 16/08/2026 |
| PANINI e figura | Uruguay | 380.052,00 | 22/08/2008 | 01/11/2016 |
| PANINI e figura | Brazil | 904.614.174,00 | 15/03/2012 | 15/03/2022 |
| PANINI e figura | Venezuela | 3093-14 | 14/02/2014 | 16/02/2029 |
| PANINI e figura | Mexico | 377.439,00 | 25/08/1989 | 25/08/2024 |
| PANINI e figura | Italy | 1.292.047,00 | 27/05/2010 | 06/09/2018 |
| PANINI e figura | El Salvador | 47 BOOK 82 | 12/10/2008 | 12/10/2018 |
| PANINI e figura | Taiwan | 103.006.593,00 | 16/10/2014 | 15/10/2024 |
| PANINI e figura | Australia | 502.950,00 | 20/12/2005 | 12/01/2026 |
| PANINI e figura | Comunitario | 8.721.987,00 | 05/05/2014 | 30/11/2019 |
| PANINI e figura | Lebanon | 132.960,00 | 11/01/2011 | 11/01/2026 |
| PANINI e figura | Italy | 934.975,00 | 11/02/2011 | 13/02/2021 |
| PANINI e figura | Comunitario | 9.246.934,00 | 14/07/2010 | 30/11/2019 |
| PANINI e figura | South Africa | 2010/30009 | 21/12/2010 | 21/12/2020 |
| PANINI e figura | Australia | 558.039,00 | 23/05/2008 | 20/06/2018 |
| PANINI e figura | India | 695.698,00 | 25/01/1996 | 25/01/2026 |
| PANINI e figura | International | 369.193,00 | 13/07/2010 | 13/07/2020 |
| PANINI e figura | Colombia | 92/309184 | 19/07/2013 | 21/07/2023 |
| PANINI e figura | Santo Domingo | 104.128,00 | 15/05/1999 | 15/05/2019 |
| PANINI e figura | Italy | 1.461.861,00 | 22/09/2005 | 29/05/2021 |
| PANINI e figura | Guatemala | 115.399,00 | 10/02/2012 | 12/02/2022 |
| PANINI e figura | International | 1.018.633,00 | 31/07/2009 | 31/07/2019 |
| PANINI e figura | Canada | TMA418,037 | 15/10/2008 | 15/10/2023 |
| PANINI e figura | Panama | 87.605,00 | 16/05/2007 | 16/05/2017 |
| PANINI FIT 360 | Comunitario | 15.170.137,00 | 01/07/2016 | 01/07/2026 |
| PANINI FOOTBALL LEAGUE | Malaysia | 2.012.019.346,00 | 16/12/2013 | 16/11/2022 |
| PANINI FOOTBALL LEAGUE | Italy | 1.544.538,00 | 20/05/2013 | 16/10/2023 |
| PANINI FOOTBALL LEAGUE | India | 2.446.292,00 | 21/12/2012 | 21/12/2022 |
| PANINI FOOTBALL LEAGUE | Thailand | 875.287,00 | 19/12/2012 | 19/12/2022 |
| PANINI FOOTBALL LEAGUE | Thailand | 875.284,00 | 19/12/2012 | 19/12/2022 |
| PANINI FOOTBALL LEAGUE | Malaysia | 2.012.019.348,00 | 02/01/2014 | 16/11/2022 |
| PANINI FOOTBALL LEAGUE | International | 1.148.337,00 | 25/10/2012 | 25/10/2022 |
| PANINI FOOTBALL LEAGUE | Hong Kong | 302.429.659,00 | 08/11/2012 | 07/11/2022 |
| PANINI FOOTBALL LEAGUE | Thailand | 875.286,00 | 19/12/2012 | 19/12/2022 |
| PANINI FOOTBALL LEAGUE | Malaysia | 2.012.019.352,00 | 18/12/2013 | 16/11/2022 |
| PANINI FOOTBALL LEAGUE | Malaysia | 2.012.019.345,00 | 02/01/2014 | 16/11/2022 |
| PANINI FOOTBALL LEAGUE | Indonesia | 000.2012.062726 | 18/12/2012 | 18/12/2022 |
| PANINI FOOTBALL LEAGUE | Taiwan | 1.603.375,00 | 01/10/2013 | 30/09/2023 |
| PANINI FOOTBALL LEAGUE | Thailand | 875.285,00 | 19/12/2012 | 19/12/2022 |
| PANINI GOAL! | United States | 102.156,00 | 13/07/2016 | 13/07/2026 |
| Panini Goal! | Canada | 1.791.442,00 | 14/07/2016 | 14/07/2026 |
| PANINI GOL | International | 1.094.573,00 | 30/06/2011 | 30/06/2021 |
| PANINI GOL | Italy | 1.486.067,00 | 17/04/2012 | 23/06/2021 |
| PANINI HRX | United States | 4.151.532,00 | 29/05/2012 | 29/05/2022 |
| PANINI HRX | Canada | 1.528.009,00 | 15/06/2012 | 16/05/2021 |
| PANINI IN KATAKANA | Japan | 801730/1968 | 07/02/2013 | 07/02/2017 |
| PANINI INTERACTIVE e figura | Italy | 1.256.658,00 | 12/03/2010 | 23/12/2019 |
| PANINI INTERACTIVE e figura | Comunitario | 1.585.017,00 | 20/01/2010 | 29/03/2020 |
| PANINI PRIME | United States | 4.369.715,00 | 16/07/2013 | 16/07/2023 |

| | | | | |
|---|---|---|---|---|
| PANINI senza lanciere (figurativo) | Canada | TMA813,720 | 09/12/2011 | 09/12/2026 |
| PANINI senza lanciere (figurativo) | Italy | 1.292.083,00 | 27/05/2010 | 29/10/2019 |
| PANINI senza lanciere (figurativo) | International | 1.032.247,00 | 03/12/2009 | 03/12/2019 |
| PANINI SIGNATURES | United States | 86.281.808,00 | 05/05/2014 | 05/05/2026 |
| PANINI SLAMMER | Italy | 1.115.409,00 | 14/03/1995 | 14/03/2025 |
| PANINI SLAMMER | United Kingdom | 2.017.601,00 | 15/04/2005 | 13/04/2025 |
| PANINI STAKS | Canada | 649.472,00 | 30/04/2005 | 30/09/2020 |
| PANINI SUPERSTARS | Comunitario | 15.161.541,00 | 30/06/2016 | 30/06/2026 |
| PANINI TRASLITTERATO | Taiwan | 1.695.498,00 | 13/02/2014 | 13/02/2024 |
| PANINI TRASLITTERATO | China | 12.053.155,00 | 16/01/2013 | 16/01/2023 |
| PANINI TRASLITTERATO | China | 12.053.157,00 | 16/01/2013 | 16/01/2023 |
| PANINI TRASLITTERATO | China | 15.868.576,00 | 05/12/2014 | 13/03/2026 |
| PANINI TRASLITTERATO | China | 12.053.156,00 | 16/01/2013 | 16/01/2023 |
| PEBS Panini Elastic Bands | Ukraine | 145.931,00 | 10/10/2011 | 29/09/2020 |
| PEBS Panini Elastic Bands | Comunitario | 9.419.642,00 | 01/03/2011 | 30/09/2020 |
| PENTAVALIDA (denominativo) | Comunitario | 10.506.053,00 | 27/04/2012 | 19/12/2021 |
| PL PLAY LIGA | Comunitario | 6.133.276,00 | 18/08/2008 | 25/07/2017 |
| PLAYCARDS e figura | Italy | 1.256.648,00 | 12/03/2010 | 23/12/2019 |
| POP'S | Italy | 1.382.245,00 | 02/12/2010 | 01/10/2019 |
| POWER RINGS | Spain | M2630655 | 22/06/2005 | 07/01/2025 |
| POWER RINGS | Comunitario | 4.282.166,00 | 14/09/2014 | 10/02/2025 |
| PRIZM | Comunitario | 12.588.802,00 | 11/02/2014 | 11/02/2021 |
| RIXX | Comunitario | 8.371.353,00 | 04/08/2010 | 18/06/2019 |
| SAGOMA PROFILATA di CALCIATORE in ROVESCIATA | Comunitario | 4.244.241,00 | 21/03/2006 | 17/01/2025 |
| SAGOMA PROFILATA di CALCIATORE in ROVESCIATA | Italy | 1.063.936,00 | 07/07/2014 | 26/07/2024 |
| SAGOMA PROFILATA di CALCIATORE in ROVESCIATA | Comunitario | 8.721.888,00 | 02/06/2010 | 30/11/2019 |
| SAGOMA STILIZZATA di CALCIATORE in ROVESCIATA | Italy | 1.063.937,00 | 07/07/2014 | 26/07/2024 |
| SAGOMA STILIZZATA di CALCIATORE in ROVESCIATA | Comunitario | 8.721.607,00 | 02/06/2010 | 30/11/2019 |
| SAGOMA STILIZZATA di CALCIATORE in ROVESCIATA | Comunitario | 4.244.265,00 | 21/03/2006 | 17/01/2025 |
| SKIDS | Comunitario | 8.826.497,00 | 13/06/2010 | 21/01/2020 |
| SKYZOS | United States | 3.875.876,00 | 16/11/2010 | 16/11/2020 |
| SKYZOS | Mexico | 1.150.414,00 | 25/03/2010 | 07/01/2020 |
| SKYZOS | Chile | 897.180,00 | 14/09/2010 | 14/09/2020 |
| SKYZOS | Ukraine | 147.937,00 | 25/11/2011 | 29/09/2020 |
| SKYZOS | Mexico | 1.148.246,00 | 11/03/2010 | 07/01/2020 |
| SKYZOS | Brazil | 902.221.086,00 | 23/10/2012 | 23/10/2022 |
| SKYZOS | Russian Federation | 442.976,00 | 17/08/2011 | 29/09/2020 |
| SKYZOS | Comunitario | 8.731.341,00 | 03/07/2010 | 03/12/2019 |
| SKYZOS | Brazil | 902.221.124,00 | 23/10/2012 | 23/10/2022 |
| STAKS e figura | International | 815.576,00 | 18/08/2003 | 18/08/2023 |
| STAKS e figura | Brazil | 825.793.904,00 | 02/01/2008 | 02/01/2018 |
| STAKS e figura | Italy | 902.819,00 | 13/02/2013 | 28/02/2023 |
| STICK & LIFT (denominativo) | United Kingdom | 2.184.588,00 | 17/12/2008 | 17/12/2018 |
| STICK & STACK | Comunitario | 8.893.152,00 | 27/05/2010 | 17/11/2019 |
| STICK & STACK | Colombia | 300.931,00 | 29/08/2007 | 29/08/2017 |
| STICK & STACK | Mexico | 550.145,00 | 29/04/2007 | 29/04/2017 |
| STICK & STACK | Chile | 897.756,00 | 23/12/2007 | 23/12/2017 |
| STICK & STACK | Italy | 1.190.998,00 | 28/08/1986 | 27/08/2026 |
| STRIKE-IT! (denominativo) | Comunitario | 10.218.079,00 | 22/06/2012 | 25/08/2021 |
| STRIKE-IT! (figurativo) | Comunitario | 10.219.186,00 | 19/07/2012 | 25/08/2021 |
| SUPER STRIKES (denominativo) | Comunitario | 8.582.405,00 | 30/03/2010 | 29/05/2019 |

| | | | | |
|---|---|---|---|---|
| SUPER STRIKES 1 (figurativo) | Comunitario | 7.144.199,00 | 10/05/2011 | 07/08/2018 |
| SUPER STRIKES 2 (figurativo) | Comunitario | 8.582.661,00 | 30/03/2010 | 29/09/2019 |
| SUPER STRIKES 2 (figurativo) | Chile | 1.001.080,00 | 20/03/2013 | 20/03/2023 |
| TEDDY | Italy | 1.409.220,00 | 24/01/2011 | 24/05/2020 |
| TENHO TENHO NAO TENHO | Brazil | 904.647.021,00 | 27/03/2012 | 27/03/2022 |
| TENHO TENHO NAO TENHO | Brazil | 904.647.005,00 | 27/03/2012 | 27/03/2022 |
| TENHO TENHO NAO TENHO | Brazil | 904.647.048,00 | 27/03/2012 | 27/03/2022 |
| THE LICENSING MACHINE e figura | Comunitario | 5.196.126,00 | 13/07/2006 | 13/07/2026 |
| VALIDA (denominativo) | Comunitario | 10.506.592,00 | 09/05/2012 | 19/12/2021 |
| VALIDA (figurativo) | Comunitario | 10.510.642,00 | 27/04/2012 | 20/12/2021 |
| VIRTUAL CARDS | Comunitario | 8.969.826,00 | 02/08/2010 | 22/03/2020 |
| WAPS e figura | Argentina | 2.126.408,00 | 10/11/2006 | 10/11/2016 |
| WAPS e figura | Italy | 1.160.728,00 | 07/01/2009 | 25/03/2025 |
| webstars magazine | Comunitario | 14.719.124,00 | 23/10/2015 | 23/10/2025 |
| XENOX | Russian Federation | 443.829,00 | 07/07/2011 | 16/09/2020 |
| XENOX | Brazil | 902.104.276,00 | 02/10/2012 | 02/10/2022 |
| XENOX | Comunitario | 8.541.245,00 | 17/02/2010 | 10/09/2019 |
| XENOX | Chile | 951.734,00 | 04/06/2012 | 04/06/2022 |
| XENOX | Ukraine | 148.661,00 | 12/12/2011 | 16/09/2020 |
| XENOX | Brazil | 902.104.250,00 | 09/11/2009 | 09/11/2019 |
| XENOX (denominativo) | Comunitario | 8.223.174,00 | 13/11/2009 | 17/04/2019 |
| ZENITH | United States | 85.003.122,00 | 31/03/2010 | 31/03/2020 |

| COPYRYGHT | PAESE | NUMERO | DATA DEPOSITO | DATA SCADENZA |
|---|---|---|---|---|
| ALMANACCO ILLUSTRATO DEL CALCIO COPYRYGHT | Italy | | 05/02/2015 | 31/12/2016 |
| PANINI COPYRYGHT LOGO | China | 2013Z11S005023 | 07/03/2013 | 31/12/2035 |

| BREVETTO | PAESE | NUMERO | DATA DEPOSITO | DATA SCADENZA |
|---|---|---|---|---|
| A BOUNCING DISC FOR GAMES | Comunitario | 2.376.206,00 | 05/03/2014 | 13/01/2030 |

| | Tipo automezzo | TARGA | anno immatricolazione |
|---|---|---|---|
| 1 | Renault Espace | DV773DP | marzo-09 |
| 2 | Mercedes Classe B | DV512BK | giugno-08 |
| 3 | Renault Shenic III | EA452HV | febbraio-10 |
| 4 | Mercedes Classe B | DY478YM | febbraio-10 |
| 5 | Mercedes Classe B | DY580YM | marzo-10 |
| 6 | Volkswagen Passat SW | DZ207ZS | maggio-10 |
| 7 | AUDI A3 | DZ808ZS | marzo-10 |
| 8 | Renault Master furgone | CZ247CB | gennaio-06 |
| 9 | Honda Accord Tourer | DT972KE | marzo-09 |
| 10 | Fiat Bravo | DH648YR | giugno-07 |
| 11 | Audi A 4 sw | DR396DH | agosto-08 |
| 12 | Fiat Qubo 1,400 - BI.FUEL | EH153CD | luglio-11 |

STAMP DUTY PAID IN ACCORDANCE WITH THE DECREE OF FEBRUARY 22, 2007, VIA M.U.I.

ELECTRONIC COPY CONFORMING TO THE ORIGINAL PAPER DOCUMENT, PURSUANT TO ART. 22 OF LEGISLATIVE DECREE NO. 82/2005, SUBMITTED FOR REGISTRATION IN THE BUSINESS REGISTER.