# EXHIBIT 1

**From:** Sabria McElroy <smcelroy@bsfllp.com>
**Sent:** Monday, October 5, 2026 1:50 PM
**To:** Ted Ovrom; Samantha Thorne; Michael Carlinsky; Derek Shaffer; Kathryn Bonacorsi; 'Amanda.Reeves@lw.com'; 'Lawrence.Buterman@lw.com'; Alicia Jovais (Bay Area); David Johnson (DC)
**Cc:** Stuart Singer; Eric Brenner; Jessica Mugler; Megan Nyman
**Subject:** RE: Panini v. Fanatics, No. 23-cv-9714

**[EXTERNAL EMAIL from smcelroy@bsfllp.com]**

Counsel,

We have fully addressed your demands below. Your continued mischaracterizations of the record in the face of clear spoliation by Fanatics' CEO and baseless claim of entitlement to Panini's litigation holds–contrary to governing law—do not warrant further response.

You have not answered our question: identify all litigation holds for this matter appearing on Fanatics' privilege logs or produced in discovery. We first asked over two weeks ago. We expect a response by COB today.

Best,
Sabria

**From:** Ted Ovrom <tedovrom@quinnemanuel.com>
**Sent:** Sunday, October 4, 2026 12:33 PM
**To:** Samantha Thorne <sthorne@BSFLLP.com>; Michael Carlinsky <michaelcarlinsky@quinnemanuel.com>; Derek Shaffer <derekshaffer@quinnemanuel.com>; Kathryn Bonacorsi <kathrynbonacorsi@quinnemanuel.com>; 'Amanda.Reeves@lw.com' <amanda.reeves@lw.com>; 'Lawrence.Buterman@lw.com' <lawrence.buterman@lw.com>; Alicia Jovais (Bay Area) <alicia.jovais@lw.com>; David Johnson (DC) <david.johnson@lw.com>
**Cc:** Sabria McElroy <smcelroy@bsfllp.com>; Stuart Singer <ssinger@bsfllp.com>; Eric Brenner <EBrenner@BSFLLP.com>; Jessica Mugler <jmugler@BSFLLP.com>; Megan Nyman <mnyman@bsfllp.com>
**Subject:** RE: Panini v. Fanatics, No. 23-cv-9714

Counsel,

You have not responded to our email below. If you do not respond by 3pm ET on Monday, we will raise this issue with the Court.

Best,

**Ted Ovrom**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP

295 Fifth Avenue
New York, NY 10016
212-849-7069 Direct
212-849-7000 Main Office Number
319-331-8346 Cell

tedovrom@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Ted Ovrom
**Sent:** Tuesday, September 29, 2026 9:51 AM
**To:** 'Samantha Thorne' <sthorne@BSFLLP.com>; Michael Carlinsky <michaelcarlinsky@quinnemanuel.com>; Derek Shaffer <derekshaffer@quinnemanuel.com>; Kathryn Bonacorsi <kathrynbonacorsi@quinnemanuel.com>; 'Amanda.Reeves@lw.com' <amanda.reeves@lw.com>; 'Lawrence.Buterman@lw.com' <lawrence.buterman@lw.com>; Alicia Jovais (Bay Area) <alicia.jovais@lw.com>; David Johnson (DC) <david.johnson@lw.com>
**Cc:** Sabria McElroy <smcelroy@bsfllp.com>; Stuart Singer <ssinger@bsfllp.com>; Eric Brenner <EBrenner@BSFLLP.com>; Jessica Mugler <jmugler@BSFLLP.com>; Megan Nyman <mnyman@bsfllp.com>
**Subject:** RE: Panini v. Fanatics, No. 23-cv-9714

Counsel,

Your response compounds our grave concerns that Panini failed to issue timely litigation holds to custodians of Panini America and Panini S.p.A. Indeed, as we read your response, your firm may not have even seen the supposed holds.

We reiterate our request for immediate production of any litigation holds sent to custodians of Panini America and Panini S.p.A. in connection with the litigations between Panini and Fanatics. We have already stated that we will accept redacted holds for purposes of this request (while reserving all rights), so your arguments regarding privilege do not supply any basis for withholding them.

We disagree that any showing is required for redacted litigation holds that reflect merely the date and fact that a litigation hold was sent (information that should appear on a privilege log). Regardless, your arguments regarding spoliation are upside-down: Panini is trying to justify extraordinary intrusions by alleging that text productions were deficient for a single Fanatics custodian. Yet Panini itself has produced zero text messages from the entirety of Panini S.p.A.'s leadership—including former CEO Aldo Sallustro, current CEO Ivam Faria, Elisabetta Mussini, Francesca Baroni, and Anna Baroni—as well as numerous Panini America custodians (Chris Ogbonnaya and Jonathan Cramer). See ECF 536 at 1-4. To make matters worse, Panini's productions of mobile data for Mark Warsop are plagued by demonstrable gaps. *Id.* You previously conceded that at least three responsive text messages dated after Panini filed this lawsuit are missing from Mr. Warsop's phone. We have since identified more than 20 responsive text messages from between 4/1/23 and 8/2/23 involving Mr. Warsop that were not produced from his custodial files. We will follow up under separate cover regarding Mr. Warsop's serial, uncured, unexplained mobile deficiencies. On this record, no amount of gloss Panini may slather on its account of the threshold showing can change the comparative spoliation analysis: there is no world where Panini can fairly fault Fanatics without confessing to far worse guilt. For present purposes, it suffices to note that undisputed record facts point to a pattern of spoliation by Panini, even as Panini continues to withhold anything concrete about any supposed litigation hold.

If you do not produce the holds as requested by Wednesday COB, we will ask the Court to order their production for in camera review.

**Ted Ovrom**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP

295 Fifth Avenue
New York, NY 10016
212-849-7069 Direct
212-849-7000 Main Office Number
319-331-8346 Cell
tedovrom@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Samantha Thorne <sthorne@BSFLLP.com>
**Sent:** Thursday, September 24, 2026 6:04 PM
**To:** Ted Ovrom <tedovrom@quinnemanuel.com>; Michael Carlinsky <michaelcarlinsky@quinnemanuel.com>; Derek Shaffer <derekshaffer@quinnemanuel.com>; Kathryn Bonacorsi <kathrynbonacorsi@quinnemanuel.com>; 'Amanda.Reeves@lw.com' <amanda.reeves@lw.com>; 'Lawrence.Buterman@lw.com' <lawrence.buterman@lw.com>; Alicia Jovais (Bay Area) <alicia.jovais@lw.com>; David Johnson (DC) <david.johnson@lw.com>
**Cc:** Sabria McElroy <smcelroy@bsfllp.com>; Stuart Singer <ssinger@bsfllp.com>; Eric Brenner <EBrenner@BSFLLP.com>; Jessica Mugler <jmugler@BSFLLP.com>; Megan Nyman <mnyman@bsfllp.com>
**Subject:** RE: Panini v. Fanatics, No. 23-cv-9714

**[EXTERNAL EMAIL from sthorne@bsfllp.com]**

---

Ted,

Panini will not produce its litigation hold notices. The holds in this matter were drafted by counsel and are privileged and protected work product. That position is well supported by the governing law: "litigation hold notices exchanged between attorneys and their clients are privileged communications and generally immune from discovery." *Solomon v. Fordham Univ*., 2026 WL 861451, at *9 (S.D.N.Y. Mar. 30, 2026); *see Chow v. SentosaCare, LLC*, 2020 WL 13076004, at *2 (E.D.N.Y. June 3, 2020).

To the extent courts have recognized any exception to this rule, it requires a preliminary showing of spoliation by the producing party—a threshold Fanatics has not met. *See Solomon*, 2026 WL 861451, at *9; *Brandes v. Steven Madden, Ltd.*, 2026 WL 799692, at *3–4 (E.D.N.Y. Mar. 23, 2026) ("Courts have found a preliminary showing of spoliation only when supported by a showing that no preservation notice was sent to individuals in possession of relevant documents or that documents were destroyed.").

As we have previously explained, the testimony you reference concerning Ms. Luna's [redacted] does not establish what actually happened in this litigation. Our counsel drafted the holds in this matter, and Panini has confirmed that holds were issued. Courts distinguish between the fact that a hold was issued and the content of that hold. *See United Illuminating Co. v. Whiting-Turner Contracting Co.*, 2020 WL 8611045, at *3 (D. Conn. Oct. 30, 2020). Panini's position is consistent with the weight of authority in this Circuit.

The spoliation framework only applies in this case to Fanatics. The only documented instance of spoliation in this litigation is Mr. Rubin's deletion of text messages—which is the subject of Panini's pending motion to compel a forensic examination of Mr. Rubin's phone. Under the very standard Fanatics invokes, Fanatics is the party with concrete evidence of preservation failures whose hold notices are subject to discovery. *See Harris v. City of New York*, 2025 WL 1420424, at *1 (S.D.N.Y. Apr. 22, 2025).

Thanks,

**Samantha Thorne**
Associate

BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, DC 20005
(t) +1 202 274 1143
(m) +1 509 847 9792
sthorne@bsfllp.com
www.bsfllp.com

---

**From:** Ted Ovrom <tedovrom@quinnemanuel.com>
**Sent:** Tuesday, September 22, 2026 4:20 PM
**To:** Sabria McElroy <smcelroy@bsfllp.com>; Stuart Singer <ssinger@bsfllp.com>; Eric Brenner <EBrenner@BSFLLP.com>; Jessica Mugler <jmugler@BSFLLP.com>; Megan Nyman <mnyman@bsfllp.com>
**Cc:** Michael Carlinsky <michaelcarlinsky@quinnemanuel.com>; Derek Shaffer <derekshaffer@quinnemanuel.com>; Kathryn Bonacorsi <kathrynbonacorsi@quinnemanuel.com>; 'Amanda.Reeves@lw.com' <amanda.reeves@lw.com>; 'Lawrence.Buterman@lw.com' <lawrence.buterman@lw.com>; Alicia Jovais (Bay Area) <alicia.jovais@lw.com>; David Johnson (DC) <david.johnson@lw.com>
**Subject:** RE: Panini v. Fanatics, No. 23-cv-9714

Counsel,

We have continued concerns about whether and to what extent and when Panini (and its counsel) issued litigation holds for custodians at each of Panini America and Panini S.p.A. While we appreciate the email exchange, the Panini responses have only caused us to grow more concerned about the propriety of the holds.

Accordingly, we hereby request that you please provide copies of the litigation hold(s) notices that you represent were sent to custodians of Panini S.p.A. and Panini America in connection with the various Fanatics-related matters. We will accept a redacted copy of the actual notices if you believe they contain privileged information. So, in other words, for purposes of this request (and without prejudice to our position), we will accept a pdf showing the header and body and date of the hold notices that were sent out. This should be of minimal burden and is highly relevant and important in light of the various spoliation and preservation issues in the cases.

As we are under a tight time frame, please advise by COB on Wednesday whether you will agree to this proposal. If not, we will have no option but to raise with the Court.

We reserve all rights.

**Ted Ovrom**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP

295 Fifth Avenue
New York, NY 10016
212-849-7069 Direct
212-849-7000 Main Office Number
319-331-8346 Cell
tedovrom@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Sabria McElroy <smcelroy@bsfllp.com>
**Sent:** Thursday, September 17, 2026 6:38 PM
**To:** Ted Ovrom <tedovrom@quinnemanuel.com>; Stuart Singer <ssinger@bsfllp.com>; Eric Brenner <EBrenner@BSFLLP.com>; Jessica Mugler <jmugler@BSFLLP.com>; Megan Nyman <mnyman@bsfllp.com>
**Cc:** Michael Carlinsky <michaelcarlinsky@quinnemanuel.com>; Derek Shaffer <derekshaffer@quinnemanuel.com>; Kathryn Bonacorsi <kathrynbonacorsi@quinnemanuel.com>; 'Amanda.Reeves@lw.com' <amanda.reeves@lw.com>; 'Lawrence.Buterman@lw.com' <lawrence.buterman@lw.com>; Alicia Jovais (Bay Area) <alicia.jovais@lw.com>; David Johnson (DC) <david.johnson@lw.com>
**Subject:** RE: Panini v. Fanatics, No. 23-cv-9714

**[EXTERNAL EMAIL from smcelroy@bsfllp.com]**

Counsel,

To state the obvious: the testimony you reference concerning Ms. Luna's understanding [redacted] does not establish what actually happened here. The litigation holds for this matter were drafted by counsel and are privileged and protected work product.

As to logging, please explain the basis for your suggestion that litigation holds must be identified on a privilege log in this case. In the meantime, please promptly identify all litigation holds for this matter that appear on Fanatics' privilege logs. We reserve all rights.

Sabria

---

**From:** Ted Ovrom <tedovrom@quinnemanuel.com>
**Sent:** Thursday, September 17, 2026 6:07 PM
**To:** Stuart Singer <ssinger@bsfllp.com>; Eric Brenner <EBrenner@BSFLLP.com>; Sabria McElroy <smcelroy@bsfllp.com>; Jessica Mugler <jmugler@BSFLLP.com>; Megan Nyman <mnyman@bsfllp.com>
**Cc:** Michael Carlinsky <michaelcarlinsky@quinnemanuel.com>; Derek Shaffer <derekshaffer@quinnemanuel.com>; Kathryn Bonacorsi <kathrynbonacorsi@quinnemanuel.com>; 'Amanda.Reeves@lw.com' <amanda.reeves@lw.com>; 'Lawrence.Buterman@lw.com' <lawrence.buterman@lw.com>; Alicia Jovais (Bay Area) <alicia.jovais@lw.com>; David Johnson (DC) <david.johnson@lw.com>
**Subject:** RE: Panini v. Fanatics, No. 23-cv-9714

Counsel,

This is an urgent issue. Please let us know when we can expect a response.

We reserve all rights.

**Ted Ovrom**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP

295 Fifth Avenue
New York, NY 10016
212-849-7069 Direct
212-849-7000 Main Office Number
319-331-8346 Cell
tedovrom@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Ted Ovrom
**Sent:** Wednesday, September 16, 2026 3:21 PM
**To:** Stuart Singer <ssinger@bsfllp.com>; Eric Brenner <ebrenner@bsfllp.com>; Sabria McElroy <smcelroy@bsfllp.com>; Jessica Mugler <jmugler@bsfllp.com>; Megan Nyman <mnyman@bsfllp.com>
**Cc:** Michael Carlinsky <michaelcarlinsky@quinnemanuel.com>; Derek Shaffer <derekshaffer@quinnemanuel.com>; Kathryn Bonacorsi <kathrynbonacorsi@quinnemanuel.com>; 'Amanda.Reeves@lw.com' <amanda.reeves@lw.com>; 'Lawrence.Buterman@lw.com' <lawrence.buterman@lw.com>; Alicia Jovais (Bay Area) <alicia.jovais@lw.com>; David Johnson (DC) <david.johnson@lw.com>
**Subject:** Panini v. Fanatics, No. 23-cv-9714

Counsel,

Please immediately produce all litigation holds that were sent to employees of Panini America or Panini S.p.A. in connection with this litigation. We have been unable to locate any litigation holds in Panini's privilege logs or productions. Terry Luna testified that [redacted] Tr. 34:23-35:15, meaning any hold notices are not privileged and should have been produced.

We reserve all rights.

**Ted Ovrom**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP

295 Fifth Avenue
New York, NY 10016
212-849-7069 Direct
212-849-7000 Main Office Number
319-331-8346 Cell
tedovrom@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

---

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

---

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]