**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------X

PANINI AMERICA, INC.,

Plaintiff,

-against-

FANATICS, INC. et al,

Defendants.

--------------------------------------------------------------X

FANATICS COLLECTIBLES TOPCO, INC.,

Plaintiff,

-against-

PANINI S.P.A.,

Defendant.

--------------------------------------------------------------X

**23-cv-9714 (LTS) (VF)**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

To expedite review of the issue raised by Fanatics at ECF No. 595 and ensure that it is resolved before upcoming depositions, Panini is directed to file a response by **Tuesday, October 13, 2026**, and to submit to the Court for in camera review all litigation hold notices issued to Panini America and Panini SpA custodians in connection with the Panini-Fanatics litigations, with documents sufficient to show the date and recipient of the notices.

**SO ORDERED.**

DATED: New York, New York
October 7, 2026

VALERIE FIGUEREDO
United States Magistrate Judge