# Exhibit 3

**From:** Schwartz, Eric
**To:** Rachel E. Noveroske; Shaverdian, Phillip
**Cc:** Meredith Schultz; Joshua Quaye; M. Logan Wright
**Subject:** RE: Panini America, Inc. v. Fanatics, Inc. - Case No. 23-cv-09714 - Clearlake Subpoena
**Date:** Friday, September 25, 2026 3:55:34 PM

---

**CAUTION: External email. Please do not respond to or click on links/attachments unless you recognize the sender.**

---

Hi Rachel-

Given the lack of relevance, overbreadth of the subpoena, and refusal of Pannini to commit to any narrowing whatsoever, along with the other issues raised in our objections and during our conferrals, it is plain that the true goal of the subpoena is to harass a minority investor of Panini's litigation counterparty. Clearlake already provided the document synthesizing the analysis regarding the very issues your subpoena seeks to explore (though Panini was not entitled to it), and the rest is just a burdensome and unnecessary fishing expedition. We look forward to raising these issues with the judge, and reserve the right to seek all available relief.

Thanks sincerely, and have a nice weekend.

**ERIC SCHWARTZ**

**SIDLEY AUSTIN LLP**
+1 213 896 6162
eschwartz@sidley.com

---

**From:** Rachel E. Noveroske <rnoveroske@bsfllp.com>
**Sent:** Thursday, September 24, 2026 11:22 AM
**To:** Schwartz, Eric <eschwartz@sidley.com>; Shaverdian, Phillip <pshaverdian@sidley.com>
**Cc:** Meredith Schultz <mschultz@bsfllp.com>; Joshua Quaye <Jquaye@BSFLLP.com>; M. Logan Wright <MWright@BSFLLP.com>
**Subject:** RE: Panini America, Inc. v. Fanatics, Inc. - Case No. 23-cv-09714 - Clearlake Subpoena

Counsel,

Thank you for the conferral last Friday and for agreeing to ask your client whether it will agree to produce additional documents. Has Clearlake's position changed regarding the scope of its production? Please let us know if you need another day to discuss with your client.

As a courtesy I also want to let you know that because we have a September 30 deadline to move to compel, if we do not hear from you and reach agreement by tomorrow, we intend to file early next week.

Best,
Rachel

**Rachel Noveroske**
Associate

BOIES SCHILLER FLEXNER LLP
401 E. Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
(d) +1 954 377 4208
rnoveroske@bsfllp.com
**www.bsfllp.com**

---

**From:** Rachel E. Noveroske
**Sent:** Thursday, September 17, 2026 7:05 PM
**To:** 'Schwartz, Eric' <eschwartz@sidley.com>; Shaverdian, Phillip <pshaverdian@sidley.com>
**Cc:** Meredith Schultz <mschultz@BSFLLP.com>; Joshua Quaye <Jquaye@BSFLLP.com>; M. Logan Wright <MWright@BSFLLP.com>
**Subject:** RE: Panini America, Inc. v. Fanatics, Inc. - Case No. 23-cv-09714 - Clearlake Subpoena

Thanks.

**Rachel Noveroske**
Associate

BOIES SCHILLER FLEXNER LLP
401 E. Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
(d) +1 954 377 4208
rnoveroske@bsfllp.com
**www.bsfllp.com**

---

**From:** Schwartz, Eric <eschwartz@sidley.com>
**Sent:** Thursday, September 17, 2026 7:04 PM
**To:** Rachel E. Noveroske <rnoveroske@bsfllp.com>; Shaverdian, Phillip <pshaverdian@sidley.com>
**Cc:** Meredith Schultz <mschultz@bsfllp.com>; Joshua Quaye <Jquaye@BSFLLP.com>; M. Logan Wright <MWright@BSFLLP.com>

**Subject:** RE: Panini America, Inc. v. Fanatics, Inc. - Case No. 23-cv-09714 - Clearlake Subpoena

CAUTION: **External email. Please do not respond to or click on links/attachments unless you recognize the sender.**

---

Sure, that works.

**ERIC SCHWARTZ**

**SIDLEY AUSTIN LLP**
+1 213 896 6162
eschwartz@sidley.com

---

**From:** Rachel E. Noveroske <rnoveroske@bsfllp.com>
**Sent:** Thursday, September 17, 2026 3:34 PM
**To:** Schwartz, Eric <eschwartz@sidley.com>; Shaverdian, Phillip <pshaverdian@sidley.com>
**Cc:** Meredith Schultz <mschultz@bsfllp.com>; Joshua Quaye <Jquaye@BSFLLP.com>; M. Logan Wright <MWright@BSFLLP.com>
**Subject:** RE: Panini America, Inc. v. Fanatics, Inc. - Case No. 23-cv-09714 - Clearlake Subpoena

Hi Eric,

We are available tomorrow at 2pm ET. If that works for you, I will circulate a zoom link.

Thanks,
Rachel

**Rachel Noveroske**
Associate

BOIES SCHILLER FLEXNER LLP
401 E. Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
(d) +1 954 377 4208
rnoveroske@bsfllp.com
**www.bsfllp.com**

---

**From:** Schwartz, Eric <eschwartz@sidley.com>
**Sent:** Thursday, September 17, 2026 6:00 PM

**To:** Rachel E. Noveroske <rnoveroske@bsfllp.com>; Shaverdian, Phillip <pshaverdian@sidley.com>
**Cc:** Meredith Schultz <mschultz@bsfllp.com>; Joshua Quaye <Jquaye@BSFLLP.com>; M. Logan Wright <MWright@BSFLLP.com>
**Subject:** RE: Panini America, Inc. v. Fanatics, Inc. - Case No. 23-cv-09714 - Clearlake Subpoena

**CAUTION: External email. Please do not respond to or click on links/attachments unless you recognize the sender.**

---

Hi Rachel-

Are you free to discuss tomorrow or Monday? Thanks.

**ERIC SCHWARTZ**

**SIDLEY AUSTIN LLP**
+1 213 896 6162
eschwartz@sidley.com

---

**From:** Rachel E. Noveroske <rnoveroske@bsfllp.com>
**Sent:** Thursday, September 17, 2026 11:51 AM
**To:** Shaverdian, Phillip <pshaverdian@sidley.com>; Schwartz, Eric <eschwartz@sidley.com>
**Cc:** Meredith Schultz <mschultz@bsfllp.com>; Joshua Quaye <Jquaye@BSFLLP.com>; M. Logan Wright <MWright@BSFLLP.com>
**Subject:** RE: Panini America, Inc. v. Fanatics, Inc. - Case No. 23-cv-09714 - Clearlake Subpoena

Counsel,

We have not received a response to our September 8 email requesting to confer regarding the scope of Clearlake's response to Panini's subpoena. As we are at impasse, Panini intends to move to compel Clearlake to produce the full scope of documents responsive to the subpoena with the exception of communications with Fanatics. Please let us know by Monday, September 21 if Clearlake’s positions have changed.

Best,
Rachel

**Rachel Noveroske**
Associate

BOIES SCHILLER FLEXNER LLP
401 E. Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
(d) +1 954 377 4208
rnoveroske@bsfllp.com
**www.bsfllp.com**

---

**From:** Rachel E. Noveroske
**Sent:** Tuesday, September 8, 2026 7:27 PM
**To:** 'Shaverdian, Phillip' <pshaverdian@sidley.com>; Schwartz, Eric <eschwartz@sidley.com>
**Cc:** Meredith Schultz <mschultz@BSFLLP.com>; Joshua Quaye <Jquaye@BSFLLP.com>; M. Logan Wright <MWright@BSFLLP.com>
**Subject:** RE: Panini America, Inc. v. Fanatics, Inc. - Case No. 23-cv-09714 - Clearlake Subpoena

Counsel,

We would like to meet and confer again this week to discuss further document production by Clearlake. Please let us know your availability at any of the following times:

Wednesday (9/9): after 4:00 pm ET
Thursday (9/10): anytime
Friday (9/11): after 1:00 pm ET

Best,
Rachel

**Rachel Noveroske**
Associate

BOIES SCHILLER FLEXNER LLP
401 E. Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
(d) +1 954 377 4208
rnoveroske@bsfllp.com
**www.bsfllp.com**

---

**From:** Shaverdian, Phillip <pshaverdian@sidley.com>
**Sent:** Thursday, August 27, 2026 8:04 PM
**To:** Schwartz, Eric <eschwartz@sidley.com>; Rachel E. Noveroske <rnoveroske@bsfllp.com>
**Cc:** Meredith Schultz <mschultz@bsfllp.com>; Amber Stewart <astewart@BSFLLP.com>; Megan Nyman <mnyman@bsfllp.com>; Amanda Pescatore <apescatore@bsfllp.com>; Joshua Quaye <Jquaye@BSFLLP.com>; M. Logan Wright <MWright@BSFLLP.com>
**Subject:** RE: Panini America, Inc. v. Fanatics, Inc. - Case No. 23-cv-09714 - Clearlake Subpoena

**CAUTION: External email. Please do not respond to or click on links/attachments unless you recognize the sender.**

---

Counsel,

As discussed, please see the attached investment committee memorandum with respect to the collectibles line of business, which is designated Outside Counsel Eyes' Only pursuant to the protective order in the case [ECF Nos. 160 & 405]. Clearlake reserves all rights and objections.

**PHILLIP SHAVERDIAN**
Senior Managing Associate

**SIDLEY AUSTIN LLP**
+1 213 896 6989
pshaverdian@sidley.com

---

**From:** Schwartz, Eric <eschwartz@sidley.com>
**Sent:** Wednesday, August 26, 2026 6:08 PM
**To:** Rachel E. Noveroske <rnoveroske@bsfllp.com>; Shaverdian, Phillip <pshaverdian@sidley.com>
**Cc:** Meredith Schultz <mschultz@bsfllp.com>; Amber Stewart <astewart@BSFLLP.com>; Megan Nyman <mnyman@bsfllp.com>; Amanda Pescatore <apescatore@bsfllp.com>; Joshua Quaye <Jquaye@BSFLLP.com>; M. Logan Wright <MWright@BSFLLP.com>
**Subject:** RE: Panini America, Inc. v. Fanatics, Inc. - Case No. 23-cv-09714 - Clearlake Subpoena

Hi Rachel-

We did not maintain during our last conference that Clearlake refuses to produce any responsive documents. What we did say, and as you acknowledged in your August 14 email, was that we would speak with our client to determine its position on producing an investment memorandum or similar summary document.

I do not appreciate Panini trying to create a false record, and it will be noted for the Court in any motion practice and request for relief.

We anticipate producing a document to you by tomorrow.

Thanks sincerely,

**ERIC SCHWARTZ**

**SIDLEY AUSTIN LLP**
+1 213 896 6162
eschwartz@sidley.com

---

**From:** Rachel E. Noveroske <rnoveroske@bsfllp.com>
**Sent:** Wednesday, August 26, 2026 2:58 PM
**To:** Shaverdian, Phillip <pshaverdian@sidley.com>; Schwartz, Eric <eschwartz@sidley.com>
**Cc:** Meredith Schultz <mschultz@bsfllp.com>; Amber Stewart <astewart@BSFLLP.com>; Megan Nyman <mnyman@bsfllp.com>; Amanda Pescatore <apescatore@bsfllp.com>; Joshua Quaye <Jquaye@BSFLLP.com>; M. Logan Wright <MWright@BSFLLP.com>
**Subject:** RE: Panini America, Inc. v. Fanatics, Inc. - Case No. 23-cv-09714 - Clearlake Subpoena

Eric and Phillip,

We have not received a response to any of our three requests for an update on your client's positions and to confer regarding the same. Because you maintained during our last conference that Clearlake refuses to produce any responsive documents,

Panini considers the parties to be at an impasse and is prepared to move to compel compliance with the subpoena.

Please let us know by August 28 if your positions have changed.

Best,
Rachel

**Rachel Noveroske**
Associate

BOIES SCHILLER FLEXNER LLP
401 E. Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
(d) +1 954 377 4208
rnoveroske@bsfllp.com
**www.bsfllp.com**

---

**From:** Rachel E. Noveroske
**Sent:** Monday, August 24, 2026 8:27 PM
**To:** 'Shaverdian, Phillip' <pshaverdian@sidley.com>; 'Schwartz, Eric' <eschwartz@sidley.com>
**Cc:** Meredith Schultz <mschultz@BSFLLP.com>; Amber Stewart <astewart@BSFLLP.COM>; Megan Nyman <mnyman@bsfllp.com>; Amanda Pescatore <apescatore@bsfllp.com>; Joshua Quaye <Jquaye@BSFLLP.com>; M. Logan Wright <MWright@BSFLLP.com>
**Subject:** RE: Panini America, Inc. v. Fanatics, Inc. - Case No. 23-cv-09714 - Clearlake Subpoena

Hi Phillip,

I am following up on the below again as I understand Eric may be in trial. We would like to schedule a conferral to discuss your client's position on the issues you took back after our August 12 conferral. Please let us know your availability during the following times:

Thursday 8/27: 9:00am-11:00am or after 12:00pm PT

Friday 8/28: anytime after 10:00am PT

Thanks,
Rachel

**Rachel Noveroske**
Associate

BOIES SCHILLER FLEXNER LLP
401 E. Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
(d) +1 954 377 4208
rnoveroske@bsfllp.com
**www.bsfllp.com**

---

**From:** Rachel E. Noveroske
**Sent:** Tuesday, August 18, 2026 1:21 PM
**To:** 'Shaverdian, Phillip' <pshaverdian@sidley.com>; 'Schwartz, Eric' <eschwartz@sidley.com>
**Cc:** Meredith Schultz <mschultz@BSFLLP.com>; Amber Stewart <astewart@BSFLLP.COM>; Megan Nyman <mnyman@bsfllp.com>; Amanda Pescatore <apescatore@bsfllp.com>; Joshua Quaye <Jquaye@BSFLLP.com>; M. Logan Wright <MWright@BSFLLP.com>
**Subject:** RE: Panini America, Inc. v. Fanatics, Inc. - Case No. 23-cv-09714 - Clearlake Subpoena

Counsel,

I am following up on the below. Could you please advise whether you have discussed your client’s position on producing investment memoranda and when we can anticipate a response? We are available to confer again this week as needed.

Thanks,
Rachel

**Rachel Noveroske**
Associate

BOIES SCHILLER FLEXNER LLP
401 E. Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301

(d) +1 954 377 4208
rnoveroske@bsfllp.com
**www.bsfllp.com**

---

**From:** Rachel E. Noveroske
**Sent:** Friday, August 14, 2026 8:49 PM
**To:** 'Shaverdian, Phillip' <pshaverdian@sidley.com>; 'Schwartz, Eric' <eschwartz@sidley.com>
**Cc:** Meredith Schultz <mschultz@BSFLLP.com>; Amber Stewart <astewart@BSFLLP.COM>; Megan Nyman <mnyman@bsfllp.com>; Amanda Pescatore <apescatore@bsfllp.com>; Joshua Quaye <Jquaye@BSFLLP.com>; M. Logan Wright <MWright@BSFLLP.com>
**Subject:** RE: Panini America, Inc. v. Fanatics, Inc. - Case No. 23-cv-09714 - Clearlake Subpoena

Counsel,

I am following up on our Wednesday conferral. You indicated you would reach out to your client this week to determine its position on producing at least investment memoranda responsive to Panini's subpoena. Could you please advise when we can anticipate a response?

Best,
Rachel

**Rachel Noveroske**
Associate

BOIES SCHILLER FLEXNER LLP
401 E. Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
(d) +1 954 377 4208
rnoveroske@bsfllp.com
**www.bsfllp.com**

---

**From:** Rachel E. Noveroske
**Sent:** Friday, August 7, 2026 2:04 PM
**To:** 'Shaverdian, Phillip' <pshaverdian@sidley.com>; Schwartz, Eric <eschwartz@sidley.com>

**Cc:** Meredith Schultz <mschultz@BSFLLP.com>; Amber Stewart <astewart@BSFLLP.COM>; Megan Nyman <mnyman@bsfllp.com>; Amanda Pescatore <apescatore@bsfllp.com>; Joshua Quaye <Jquaye@BSFLLP.com>; M. Logan Wright <MWright@BSFLLP.com>
**Subject:** RE: Panini America, Inc. v. Fanatics, Inc. - Case No. 23-cv-09714 - Clearlake Subpoena

Phillip,

Thanks, we will send a zoom link.

Best,

**Rachel Noveroske**
Associate

BOIES SCHILLER FLEXNER LLP
401 E. Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
(d) +1 954 377 4208
rnoveroske@bsfllp.com
**www.bsfllp.com**

---

**From:** Shaverdian, Phillip <pshaverdian@sidley.com>
**Sent:** Thursday, August 6, 2026 1:24 PM
**To:** Rachel E. Noveroske <rnoveroske@bsfllp.com>; Schwartz, Eric <eschwartz@sidley.com>
**Cc:** Meredith Schultz <mschultz@bsfllp.com>; Amber Stewart <astewart@BSFLLP.com>; Megan Nyman <mnyman@bsfllp.com>; Amanda Pescatore <apescatore@bsfllp.com>
**Subject:** RE: Panini America, Inc. v. Fanatics, Inc. - Case No. 23-cv-09714 - Clearlake Subpoena

**CAUTION: External email. Please do not respond to or click on links/attachments unless you recognize the sender.**

---

Rachel, we are available to confer on Wednesday 8/12 at 2pm ET.

**PHILLIP SHAVERDIAN**

Senior Managing Associate

**SIDLEY AUSTIN LLP**
+1 213 896 6989
pshaverdian@sidley.com

---

**From:** Rachel E. Noveroske <rnoveroske@bsfllp.com>
**Sent:** Monday, August 3, 2026 5:29 PM
**To:** Shaverdian, Phillip <pshaverdian@sidley.com>; Schwartz, Eric <eschwartz@sidley.com>
**Cc:** Meredith Schultz <mschultz@bsfllp.com>; Amber Stewart <astewart@BSFLLP.com>; Megan Nyman <mnyman@bsfllp.com>; Amanda Pescatore <apescatore@bsfllp.com>
**Subject:** RE: Panini America, Inc. v. Fanatics, Inc. - Case No. 23-cv-09714 - Clearlake Subpoena

Counsel,

Thank you for meeting and conferring with us regarding the pending third-party subpoena to Clearlake. We understand that you are taking back several issues for further discussion internally with your client.

To summarize our discussion, Clearlake's position is that much of the requested material may reside at the Fanatics company level rather than with Clearlake, because Clearlake manages the fund that invested in Fanatics and may not maintain company-level documents. We explained that the requested materials are relevant to market definition, Fanatics' competitive position, the value of the exclusive licenses at issue, and diligence and financial analyses bearing on damages, particularly given Clearlake's December 2022 investment after Fanatics obtained the exclusive licenses.

Open items:

1. Whether Clearlake maintains a deal file for the Fanatics investment, or whether custodial searches would be a more efficient way to identify responsive materials. Please identify who was involved in Clearlake's diligence and decision to invest in Fanatics and whether

anyone at Clearlake attended Fanatics' board of directors meetings as a member or observer.

2. The appropriate date range for the requests, including when Clearlake first considered investing in Fanatics and an appropriate end date in light of any continuing investment discussions.
3. Clearlake's position on producing full document families rather than limiting production to documents Clearlake deems directly responsive.
4. Whether drafts, redlines, and related communications concerning the Fanatics investment are included within the materials Clearlake will search for and produce – including whether these documents are included in a deal file.
5. Whether Clearlake agrees not to withhold documents based on its objection to the term "Fanatics" and agrees to produce agree to produce responsive documents for all Fanatics-affiliated entities to the extent the affiliation is known or reasonably apparent from context. For the avoidance of doubt, this includes ZeroCool and entities referred to as CardCo, HoldCo, and NewCo.
6. Clearlake's corporate structure, including a representation regarding which entity or entities will be captured by the subpoena's definition of "Clearlake," and confirmation that Clearlake does not intend to withhold documents based on the specific Clearlake-related entity that created or maintains documents related to its investment in Fanatics.

Please let us know your availability to discuss the above issues at the following times:

Friday 8/7: after 4:00 pm ET
Tuesday 8/11: 11:00 am – 1:00 pm or after 4:00 pm ET
Wednesday 8/12: 12:00 pm - 5:00 pm ET

Best,
Rachel

**Rachel Noveroske**
Associate

BOIES SCHILLER FLEXNER LLP
401 E. Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
(d) +1 954 377 4208
rnoveroske@bsfllp.com
**www.bsfllp.com**

---

**From:** Rachel E. Noveroske
**Sent:** Tuesday, July 21, 2026 4:10 PM
**To:** 'Shaverdian, Phillip' <pshaverdian@sidley.com>; Schwartz, Eric <eschwartz@sidley.com>
**Cc:** Meredith Schultz <mschultz@BSFLLP.com>; Amber Stewart <astewart@BSFLLP.COM>; Megan Nyman <mnyman@bsfllp.com>; Amanda Pescatore <apescatore@bsfllp.com>
**Subject:** RE: Panini America, Inc. v. Fanatics, Inc. - Case No. 23-cv-09714 - Clearlake Subpoena

Thank you. We will send a zoom link.

**Rachel Noveroske**
Associate

BOIES SCHILLER FLEXNER LLP
401 E. Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
(d) +1 954 377 4208
rnoveroske@bsfllp.com
**www.bsfllp.com**

---

**From:** Shaverdian, Phillip <pshaverdian@sidley.com>
**Sent:** Tuesday, July 21, 2026 4:09 PM
**To:** Rachel E. Noveroske <rnoveroske@bsfllp.com>; Schwartz, Eric <eschwartz@sidley.com>
**Cc:** Meredith Schultz <mschultz@bsfllp.com>; Amber Stewart <astewart@BSFLLP.com>; Megan Nyman <mnyman@bsfllp.com>; Amanda Pescatore <apescatore@bsfllp.com>
**Subject:** RE: Panini America, Inc. v. Fanatics, Inc. - Case No. 23-cv-09714 - Clearlake Subpoena

**CAUTION: External email. Please do not respond to or click on**

**links/attachments unless you recognize the sender.**

---

No worries. We can do Thursday 7/23 from 9:00-9:30am PT.

**PHILLIP SHAVERDIAN**
Senior Managing Associate

**SIDLEY AUSTIN LLP**
+1 213 896 6989
pshaverdian@sidley.com

---

**From:** Rachel E. Noveroske <rnoveroske@bsfllp.com>
**Sent:** Tuesday, July 21, 2026 1:02 PM
**To:** Shaverdian, Phillip <pshaverdian@sidley.com>; Schwartz, Eric <eschwartz@sidley.com>
**Cc:** Meredith Schultz <mschultz@bsfllp.com>; Amber Stewart <astewart@BSFLLP.com>; Megan Nyman <mnyman@bsfllp.com>; Amanda Pescatore <apescatore@bsfllp.com>
**Subject:** RE: Panini America, Inc. v. Fanatics, Inc. - Case No. 23-cv-09714 - Clearlake Subpoena

Hi Phillip,

I apologize but schedules have shifted and we are no longer available tomorrow. Would any of the below times work for you?

Thursday 7/23: 10 am – 2:30 pm ET
Friday 7/24: 10 am – 3:30 pm ET

Thanks,

**Rachel Noveroske**
Associate

BOIES SCHILLER FLEXNER LLP
401 E. Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
(d) +1 954 377 4208
rnoveroske@bsfllp.com
**www.bsfllp.com**

**From:** Shaverdian, Phillip <pshaverdian@sidley.com>
**Sent:** Tuesday, July 21, 2026 3:19 PM
**To:** Rachel E. Noveroske <rnoveroske@bsfllp.com>; Schwartz, Eric <eschwartz@sidley.com>
**Cc:** Meredith Schultz <mschultz@bsfllp.com>; Amber Stewart <astewart@BSFLLP.com>; Megan Nyman <mnyman@bsfllp.com>; Amanda Pescatore <apescatore@bsfllp.com>
**Subject:** RE: Panini America, Inc. v. Fanatics, Inc. - Case No. 23-cv-09714 - Clearlake Subpoena

**CAUTION: External email. Please do not respond to or click on links/attachments unless you recognize the sender.**

Thanks, Rachel. Tomorrow (Wednesday, July 22) from 10:00-10:30am PT works for us.

**PHILLIP SHAVERDIAN**
Senior Managing Associate

**SIDLEY AUSTIN LLP**
+1 213 896 6989
pshaverdian@sidley.com

**From:** Rachel E. Noveroske <rnoveroske@bsfllp.com>
**Sent:** Monday, July 20, 2026 2:37 PM
**To:** Shaverdian, Phillip <pshaverdian@sidley.com>; Schwartz, Eric <eschwartz@sidley.com>
**Cc:** Meredith Schultz <mschultz@bsfllp.com>; Amber Stewart <astewart@BSFLLP.com>; Megan Nyman <mnyman@bsfllp.com>; Amanda Pescatore <apescatore@bsfllp.com>
**Subject:** RE: Panini America, Inc. v. Fanatics, Inc. - Case No. 23-cv-09714 - Clearlake Subpoena

Phillip,

I apologize – the offered times are ET.

Thanks,

**Rachel Noveroske**
Associate

BOIES SCHILLER FLEXNER LLP
401 E. Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
(d) +1 954 377 4208
rnoveroske@bsfllp.com
**www.bsfllp.com**

---

**From:** Shaverdian, Phillip <pshaverdian@sidley.com>
**Sent:** Monday, July 20, 2026 4:23 PM
**To:** Rachel E. Noveroske <rnoveroske@bsfllp.com>; Schwartz, Eric <eschwartz@sidley.com>
**Cc:** Meredith Schultz <mschultz@bsfllp.com>; Amber Stewart <astewart@BSFLLP.com>; Megan Nyman <mnyman@bsfllp.com>; Amanda Pescatore <apescatore@bsfllp.com>
**Subject:** RE: Panini America, Inc. v. Fanatics, Inc. - Case No. 23-cv-09714 - Clearlake Subpoena

**CAUTION: External email. Please do not respond to or click on links/attachments unless you recognize the sender.**

---

Rachel, can you clarify whether the offered times are ET or PT?

**PHILLIP SHAVERDIAN**
Senior Managing Associate

**SIDLEY AUSTIN LLP**
+1 213 896 6989
pshaverdian@sidley.com

---

**From:** Rachel E. Noveroske <rnoveroske@bsfllp.com>
**Sent:** Friday, July 17, 2026 1:14 PM
**To:** Schwartz, Eric <eschwartz@sidley.com>; Shaverdian, Phillip <pshaverdian@sidley.com>
**Cc:** Meredith Schultz <mschultz@bsfllp.com>; Amber Stewart <astewart@BSFLLP.com>; Megan Nyman <mnyman@bsfllp.com>; Amanda Pescatore <apescatore@bsfllp.com>
**Subject:** RE: Panini America, Inc. v. Fanatics, Inc. - Case No. 23-cv-09714 - Clearlake Subpoena

Counsel,

We would like to schedule a meet and confer next week. Could you please let us know your availability to discuss at any of the following times:

Wednesday 7/22: 1-3:30 pm
Thursday 7/23: 10 am – 3:30 pm
Friday 7/24: 10 am – 3:30 pm

Best,
Rachel

**Rachel Noveroske**
Associate

BOIES SCHILLER FLEXNER LLP
401 E. Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
(d) +1 954 377 4208
rnoveroske@bsfllp.com
**www.bsfllp.com**

---

**From:** Schwartz, Eric <eschwartz@sidley.com>
**Sent:** Wednesday, July 8, 2026 12:33 PM
**To:** Megan Nyman <mnyman@bsfllp.com>; Shaverdian, Phillip <pshaverdian@sidley.com>
**Cc:** Meredith Schultz <mschultz@bsfllp.com>; Rachel E. Noveroske <rnoveroske@bsfllp.com>; Amber Stewart <astewart@BSFLLP.com>
**Subject:** RE: Panini America, Inc. v. Fanatics, Inc. - Case No. 23-cv-09714 - Clearlake Subpoena

**CAUTION: External email. Please do not respond to or click on links/attachments unless you recognize the sender.**

Megan-

Thanks for clarifying. In light of that, we will refrain from sending a second set of responses and objections and will look forward to conferring on the

first set when you are ready. Thanks.

**ERIC SCHWARTZ**

**SIDLEY AUSTIN LLP**
+1 213 896 6162
eschwartz@sidley.com

---

**From:** Megan Nyman <mnyman@bsfllp.com>
**Sent:** Wednesday, July 8, 2026 9:31 AM
**To:** Schwartz, Eric <eschwartz@sidley.com>; Shaverdian, Phillip <pshaverdian@sidley.com>
**Cc:** Meredith Schultz <mschultz@bsfllp.com>; Rachel E. Noveroske <rnoveroske@bsfllp.com>; Amber Stewart <astewart@BSFLLP.com>
**Subject:** Panini America, Inc. v. Fanatics, Inc. - Case No. 23-cv-09714 - Clearlake Subpoena

Eric and Phillip,

I hope this email finds you well. I'm reaching out regarding Clearlake Capital Group, LP's responses and objections to Panini America's subpoena, dated June 1, 2026.

Because we had not heard back, we re-served an identical subpoena on Clearlake's registered agent in Delaware on July 1, 2026. Since we are now in receipt of your responses and objections to the subpoena dated June 1, 2026, we will withdraw the second subpoena dated July 1, 2026.

We are reviewing your responses and objections and will be in touch to set up a meet and confer shortly.

Thank you,

**Megan Nyman**
Associate

BOIES SCHILLER FLEXNER LLP
401 E. Las Olas Blvd. Suite 1200

Fort Lauderdale, FL, 33301
(t) 954 356 0011
(m) 954 295 7513
mnyman@bsfllp.com
www.bsfllp.com

---

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

****************************************************************************************************

This e-mail is sent by a law firm and may contain information that is privileged or confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.

****************************************************************************************************

---

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

---

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

---

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

---

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

---

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named

recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

---

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

---

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

---

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]