# EXHIBIT 15

**From:** Stuart Singer
**To:** Emiliano Delgado; Sabria McElroy; Jessica Mugler; Megan Nyman; Eric Brenner
**Cc:** Michael Carlinsky; Derek Shaffer; Kathryn Bonacorsi; Ted Ovrom; Kai Mayer; Amanda Reeves (DC; Lawrence Buterman (NY-DC; Alicia Jovais (Bay Area); David Johnson (DC); Adam Chernicoff; Brian Goodell (DC)
**Subject:** Re: Panini v. Fanatics - Anna Baroni Deposition
**Date:** Wednesday, October 14, 2026 12:26:06 PM

**[EXTERNAL EMAIL from ssinger@bsfllp.com]**

Emiliano,

We adhere to the positions I expressed in my email to Ted Ovrom. This was a matter that needed to be negotiated in connection with the other detailed provisions in the deposition protocol. It was not and we have relied on 7 hours of deposition time as a limit, including on depositions when we would have appreciated a different limit. Further, you say our argument lacks credibility that Anna Baroni has limited relevant information in an antitrust case between a US subsidiary and Fanatics involving the U.S. market and where, until 2025, she was a director of the parent corporation., against whom your claims have been dismissed We will let the court be the judge of that.

Ivam Faria until Mr Sallustro's death worked as head of the Brazilian operation. There is absolutely no justification for his deposition to take even 7 hours, let alone more time than that.

Sincerely,

Stuart

Stuart Singer
Managing Partner
BOIES SCHILLER FLEXNER LLP
401 E. Las Olas Blvd. Suite 1200
Fort Lauderdale, FL 33301
(t) +1 954 377 4201
(m) +1 561 441 0911
ssinger@bsfllp.com
www.bsfllp.com

---

**From:** Emiliano Delgado <emilianodelgado@quinnemanuel.com>
**Date:** Wednesday, October 14, 2026 at 12:03 AM
**To:** Stuart Singer <ssinger@bsfllp.com>; Sabria McElroy <smcelroy@bsfllp.com>; Jessica Mugler <jmugler@BSFLLP.com>; Megan Nyman <mnyman@bsfllp.com>; Eric Brenner <EBrenner@BSFLLP.com>
**Cc:** Michael Carlinsky <michaelcarlinsky@quinnemanuel.com>; Derek Shaffer <derekshaffer@quinnemanuel.com>; Kathryn Bonacorsi <kathrynbonacorsi@quinnemanuel.com>;

Ted Ovrom <tedovrom@quinnemanuel.com>; Kai Mayer <kaimayer@quinnemanuel.com>; Amanda Reeves (DC <amanda.reeves@lw.com>; Lawrence Buterman (NY-DC <lawrence.buterman@lw.com>; Alicia Jovais (Bay Area) <alicia.jovais@lw.com>; David Johnson (DC) <david.johnson@lw.com>; Adam Chernicoff <adam.chernicoff@lw.com>; Brian Goodell (DC) <brian.goodell@lw.com>
**Subject:** RE: Panini v. Fanatics - Anna Baroni Deposition

Stuart,

You only confirmed recently that Anna Baroni would require a translator. As chairman and owner of Panini S.p.A., Anna is a critically important witness, and Fanatics needs enough time to fairly examine her. Your claim that she has a “limited” role lacks any credibility: Anna is a top decisionmaker at the company with firsthand knowledge of the sales efforts that Panini has been pursuing for more than a decade, as well as Panini’s business strategy, financial performance, efforts to compete, licensing deals, and M&A practices. While we believe 14 hours would be justified, we are prepared to compromise at up to 12 hours. This is a reasonable proposal, and the parties should be able to reach an agreement without burdening the Court. The deposition protocol does not address this issue, nor does it displace the federal rules, which authorize additional deposition time where needed to account for use of a translator.

With respect to Ivam Faria, we are surprised to learn at this late stage that he requires a Portuguese translator. Given his role as CEO of Panini Group and his knowledge of unique facts on important issues, we similarly request 12 hours of deposition time for Mr. Faria.

Please let us know your final position by tomorrow at 5pm ET.

We reserve the right to seek 14 hours of deposition time for each individual if we are unable to reach an agreement.

Best,

Emiliano

**Emiliano D. Delgado**
*Associate,*
**Quinn Emanuel Urquhart & Sullivan, LLP**
300 W. 6th Street
Austin, TX 78701
+1 737-667-6117 Direct
+1 737 667 6100 Main Office Number
+1 737 667 6110 FAX
emilianodelgado@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and, as such, is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Stuart Singer <ssinger@bsfllp.com>

**Sent:** Monday, October 12, 2026 11:07 AM
**To:** Ted Ovrom <tedovrom@quinnemanuel.com>; Sabria McElroy <smcelroy@bsfllp.com>; Jessica Mugler <jmugler@BSFLLP.com>; Megan Nyman <mnyman@bsfllp.com>; Eric Brenner <EBrenner@BSFLLP.com>
**Cc:** Michael Carlinsky <michaelcarlinsky@quinnemanuel.com>; Derek Shaffer <derekshaffer@quinnemanuel.com>; Kathryn Bonacorsi <kathrynbonacorsi@quinnemanuel.com>; Kai Mayer <kaimayer@quinnemanuel.com>; Amanda Reeves (DC) <amanda.reeves@lw.com>; Lawrence Buterman (NY-DC) <lawrence.buterman@lw.com>; alicia.jovais <alicia.jovais@lw.com>; David Johnson (DC) <david.johnson@lw.com>; Adam Chernicoff (NY) <adam.chernicoff@lw.com>; Brian Goodell (DC) <brian.goodell@lw.com>
**Subject:** Re: Panini v. Fanatics - Anna Baroni Deposition

**[EXTERNAL EMAIL from ssinger@bsfllp.com]**

---

Ted,

We do not agree that you should have extra time for Anna Baroni's deposition. First, the need for interpreters was expressly negotiated at the time of the deposition protocol. There was no adjustment requested or made in the time limits for such depositions

Furthermore, Anna Baroni had a limited role during the relevant period for this litigation. Indeed, if you decide to ask the court to depart from the agreed upon 7 hours in the deposition protocol, we likely will ask that Anna Baroni's deposition be limited to fewer than seven hours in light of her limited role.

Finally, Ivam Faria will require a translator for English into his native Portuguese.

Best,

Stuart

---

**From:** Ted Ovrom <tedovrom@quinnemanuel.com>
**Sent:** Thursday, 08 October 2026 18:48:48
**To:** Stuart Singer <ssinger@bsfllp.com>; Sabria McElroy <smcelroy@bsfllp.com>; Jessica Mugler <jmugler@BSFLLP.com>; Megan Nyman <mnyman@bsfllp.com>; Eric Brenner <EBrenner@BSFLLP.com>
**Cc:** Michael Carlinsky <michaelcarlinsky@quinnemanuel.com>; Derek Shaffer <derekshaffer@quinnemanuel.com>; Kathryn Bonacorsi <kathrynbonacorsi@quinnemanuel.com>; Kai Mayer <kaimayer@quinnemanuel.com>; Amanda Reeves (DC) <amanda.reeves@lw.com>; Lawrence Buterman (NY-DC) <lawrence.buterman@lw.com>; alicia.jovais <alicia.jovais@lw.com>; David Johnson (DC) <david.johnson@lw.com>; Adam Chernicoff (NY) <adam.chernicoff@lw.com>; Brian Goodell (DC) <brian.goodell@lw.com>
**Subject:** Panini v. Fanatics - Anna Baroni Deposition

Stuart,

Following up on our discussion earlier today, we understand that Anna Baroni will require a translator for her deposition. This translation process will roughly double the amount of time required for Ms. Baroni's deposition, as every question and every answer will need to be stated twice on the record. While we believe we have grounds to request up to 14 hours of record time for Ms. Baroni's deposition, we are prepared to compromise at up to 12 hours.

Please advise if Panini agrees to this compromise. If not, we will raise this issue with the Court on Monday.

Please also advise immediately if any other Panini witnesses will require a translator for their deposition.

Best,

**Ted Ovrom**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP

295 Fifth Avenue
New York, NY 10016
212-849-7069 Direct
212-849-7000 Main Office Number
319-331-8346 Cell
tedovrom@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

---

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]