**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

PANINI AMERICA, INC.,

Plaintiff,

-against-

FANATICS, INC., et al.,

Defendants.

-----------------------------------------------------------------X

23-CV-9714 (LTS) (VF)

**ORDER SCHEDULING CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

A conference to address the outstanding discovery disputes at ECF Nos. 629, 595, 566, 535, 529, and 506 is hereby scheduled for **Monday, December 7, 2026, at 10:00 a.m.** in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York.

**SO ORDERED.**

DATED: New York, New York
October 21, 2026

VALERIE FIGUEREDO
United States Magistrate Judge