# Exhibit 2

**From:** Jonathan M. Acevedo
**To:** Stuart Singer; Eric Brenner; Sabria McElroy; Meredith Schultz; Pascual Oliu; Ana Carolina Varela; William Harvey; Jessica Mugler; Amanda Pescatore; Samantha Thorne
**Cc:** Lawrence.Buterman@lw.com; Alicia.Jovais@lw.com; Amanda.Reeves@lw.com; David Johnson (DC; Brian.Goodell@lw.com; Adam Chernicoff (NY; Emily.Viola@lw.com; Lindsay Martin (NY; Michael Carlinsky; Kathryn Bonacorsi; Neil Phillips; Yvonne Zhang; Ted Ovrom
**Subject:** RE: Panini v. Fanatics—Text Messages
**Date:** Monday, October 19, 2026 11:39:33 PM

---

Counsel,

We are reviewing your October 16 and October 19 correspondence, and we aim to respond to both tomorrow.

Best,
Jonathan

---

**From:** Samantha Thorne <sthorne@BSFLLP.com>
**Sent:** Monday, October 19, 2026 10:43 AM
**To:** Lawrence.Buterman@lw.com; Alicia.Jovais@lw.com; Amanda.Reeves@lw.com; David Johnson (DC <david.johnson@lw.com>; Brian.Goodell@lw.com; Adam Chernicoff (NY) <adam.chernicoff@lw.com>; Emily.Viola@lw.com; Lindsay Martin (NY) <lindsay.martin@lw.com>; Michael Carlinsky <michaelcarlinsky@quinnemanuel.com>; Kathryn Bonacorsi <kathrynbonacorsi@quinnemanuel.com>; Neil Phillips <neilphillips@quinnemanuel.com>; Yvonne Zhang <yvonnezhang@quinnemanuel.com>; Ted Ovrom <tedovrom@quinnemanuel.com>
**Cc:** Stuart Singer <ssinger@bsfllp.com>; Eric Brenner <EBrenner@BSFLLP.com>; Sabria McElroy <smcelroy@bsfllp.com>; Meredith Schultz <mschultz@bsfllp.com>; Pascual Oliu <poliu@bsfllp.com>; Ana Carolina Varela <Avarela@bsfllp.com>; William Harvey <wharvey@BSFLLP.com>; Jessica Mugler <jmugler@BSFLLP.com>; Amanda Pescatore <apescatore@bsfllp.com>
**Subject:** RE: Panini v. Fanatics—Text Messages

**[EXTERNAL EMAIL from sthorne@bsfllp.com]**

---

Counsel,

Following up on our Friday email regarding extensive deficiencies in the production of Brian Bayne's text messages, we have identified additional gaps in the production of text messages from 5 more Fanatics custodians: Carlos Sousa, Nick Matijevich, David Leiner, Omar Wilkes, and Michael Mahan.

Like Mr. Bayne, these custodians are participants on numerous text message chains

dated after August 2023 that were not produced from their custodial files. These gaps indicate that Panini is missing critical evidence from these custodians' files.

We have identified the specific messages missing from each custodian's production below. Please indicate whether the listed messages were in fact collected from each custodian. If these messages were collected, please explain why they were not produced. If they were not collected, please explain why and describe what Fanatics has done or will do to remedy the failure to collect this critical evidence. Please provide a response by tomorrow, Tuesday.

- **Carlos Sousa - SVP of Manufacturing, Fanatics Collectibles (6)**
  - FAN-PAN-SDNY00697237
  - FAN-PAN-SDNY00697258
  - FAN-PAN-SDNY00697378
  - FAN-PAN-SDNY00697382
  - FAN-PAN-SDNY00697486
  - FAN-PAN-SDNY00697622
- **Nick Matijevich - VP of Brands, Fanatics Collectibles (9)**
  - FAN-PAN-SDNY00639498
  - FAN-PAN-SDNY00639863
  - FAN-PAN-SDNY00761928
  - FAN-PAN-SDNY00766757
  - FAN-PAN-SDNY00780605
  - FAN-PAN-SDNY00990168
  - FAN-PAN-SDNY00996335
  - FAN-PAN-SDNY00996486
  - FAN-PAN-SDNY00996504
- **David Leiner - President of Trading Cards, Fanatics Collectibles (17)**
  - FAN-PAN-SDNY00690597
  - FAN-PAN-SDNY00690641
  - FAN-PAN-SDNY00690689
  - FAN-PAN-SDNY00690725
  - FAN-PAN-SDNY00690745
  - FAN-PAN-SDNY00761894
  - FAN-PAN-SDNY00767483
  - FAN-PAN-SDNY00767485
  - FAN-PAN-SDNY00767491
  - FAN-PAN-SDNY00767847
  - FAN-PAN-SDNY00996504

  - FAN-PAN-SDNY01002702
  - FAN-PAN-SDNY01002716
  - FAN-PAN-SDNY01002719
  - FAN-PAN-SDNY01002723
  - FAN-PAN-SDNY01116124
  - FAN-PAN-SDNY01174430
- **Omar Wilkes - Head of Athlete Partnerships, Fanatics Collectibles (32)**
  - FAN-PAN-SDNY01002803
  - FAN-PAN-SDNY01187808
  - FAN-PAN-SDNY01002769
  - FAN-PAN-SDNY01116119
  - FAN-PAN-SDNY01002756
  - FAN-PAN-SDNY00888139
  - FAN-PAN-SDNY01002785
  - FAN-PAN-SDNY01167921
  - FAN-PAN-SDNY01002689
  - FAN-PAN-SDNY01116152
  - FAN-PAN-SDNY01115935
  - FAN-PAN-SDNY01126094
  - FAN-PAN-SDNY01002779
  - FAN-PAN-SDNY01002714
  - FAN-PAN-SDNY00639716
  - FAN-PAN-SDNY00639932
  - FAN-PAN-SDNY01002805
  - FAN-PAN-SDNY01126082
  - FAN-PAN-SDNY01116088
  - FAN-PAN-SDNY01116111
  - FAN-PAN-SDNY01126099
  - FAN-PAN-SDNY01116105
  - FAN-PAN-SDNY00639554
  - FAN-PAN-SDNY01115890
  - FAN-PAN-SDNY00629705
  - FAN-PAN-SDNY00629760
  - FAN-PAN-SDNY01002667
  - FAN-PAN-SDNY01115984
  - FAN-PAN-SDNY00639732
  - FAN-PAN-SDNY01002716
  - FAN-PAN-SDNY01115925
  - FAN-PAN-SDNY00639992

- **Brian Bayne - VP of Athlete Relations, Fanatics Collectibles (54)**
    - FAN-PAN-SDNY00630009
    - FAN-PAN-SDNY00630242
    - FAN-PAN-SDNY00766742
    - FAN-PAN-SDNY00766755
    - FAN-PAN-SDNY00766759
    - FAN-PAN-SDNY00767534
    - FAN-PAN-SDNY00996318
    - FAN-PAN-SDNY00996406
    - FAN-PAN-SDNY01126045
    - FAN-PAN-SDNY01126066
    - FAN-PAN-SDNY01126079
    - FAN-PAN-SDNY01126082
    - FAN-PAN-SDNY01126084
    - FAN-PAN-SDNY01126094
    - FAN-PAN-SDNY01126099
    - FAN-PAN-SDNY01126151
    - FAN-PAN-SDNY01126155
    - FAN-PAN-SDNY01126159
    - FAN-PAN-SDNY01172872
    - FAN-PAN-SDNY01172874
    - FAN-PAN-SDNY01172907
    - FAN-PAN-SDNY01172926
    - FAN-PAN-SDNY01174306
    - FAN-PAN-SDNY01174308
    - FAN-PAN-SDNY01174330
    - FAN-PAN-SDNY01174334
    - FAN-PAN-SDNY01174347
    - FAN-PAN-SDNY01174351
    - FAN-PAN-SDNY01174378
    - FAN-PAN-SDNY01174380
    - FAN-PAN-SDNY01174382
    - FAN-PAN-SDNY01174419
    - FAN-PAN-SDNY01174437
    - FAN-PAN-SDNY01174440
    - FAN-PAN-SDNY01174443
    - FAN-PAN-SDNY01174454
    - FAN-PAN-SDNY01174456
    - FAN-PAN-SDNY01174479

- FAN-PAN-SDNY01174483
- FAN-PAN-SDNY01174503
- FAN-PAN-SDNY01174510
- FAN-PAN-SDNY01174516
- FAN-PAN-SDNY01174572
- FAN-PAN-SDNY01174575
- FAN-PAN-SDNY01174586
- FAN-PAN-SDNY01174592
- FAN-PAN-SDNY01174601
- FAN-PAN-SDNY01174604
- FAN-PAN-SDNY01174610
- FAN-PAN-SDNY01174637
- FAN-PAN-SDNY01174649
- FAN-PAN-SDNY01174687
- FAN-PAN-SDNY01174693
- FAN-PAN-SDNY01174711

- **Michael Mahan - CEO, Fanatics Collectibles (54)**
  - FAN-PAN-SDNY00639638
  - FAN-PAN-SDNY00851954
  - FAN-PAN-SDNY01174430
  - FAN-PAN-SDNY00761894
  - FAN-PAN-SDNY01174424
  - FAN-PAN-SDNY00767485
  - FAN-PAN-SDNY01005847
  - FAN-PAN-SDNY00639984
  - FAN-PAN-SDNY00711443
  - FAN-PAN-SDNY00639716
  - FAN-PAN-SDNY00639932
  - FAN-PAN-SDNY00639861
  - FAN-PAN-SDNY01148812
  - FAN-PAN-SDNY00711463
  - FAN-PAN-SDNY00761930
  - FAN-PAN-SDNY01148830
  - FAN-PAN-SDNY00767857
  - FAN-PAN-SDNY00767491
  - FAN-PAN-SDNY01222358
  - FAN-PAN-SDNY01174683
  - FAN-PAN-SDNY00639704
  - FAN-PAN-SDNY00707586

- FAN-PAN-SDNY01174577
- FAN-PAN-SDNY00639883
- FAN-PAN-SDNY00639554
- FAN-PAN-SDNY01174315
- FAN-PAN-SDNY01174696
- FAN-PAN-SDNY00767483
- FAN-PAN-SDNY00640077
- FAN-PAN-SDNY00640007
- FAN-PAN-SDNY01174445
- FAN-PAN-SDNY01174328
- FAN-PAN-SDNY01174572
- FAN-PAN-SDNY00707540
- FAN-PAN-SDNY00639732
- FAN-PAN-SDNY00707552
- FAN-PAN-SDNY00640001
- FAN-PAN-SDNY00640112
- FAN-PAN-SDNY00639992
- FAN-PAN-SDNY01148800
- FAN-PAN-SDNY00639490
- FAN-PAN-SDNY00639524
- FAN-PAN-SDNY00811139
- FAN-PAN-SDNY00639791
- FAN-PAN-SDNY00640059
- FAN-PAN-SDNY00639925
- FAN-PAN-SDNY00851617
- FAN-PAN-SDNY00851603
- FAN-PAN-SDNY00640014
- FAN-PAN-SDNY00639682
- FAN-PAN-SDNY00639635
- FAN-PAN-SDNY01005911
- FAN-PAN-SDNY00640018
- FAN-PAN-SDNY01174376

We reserve all rights.

Thanks,

**Samantha Thorne**
Associate

BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, DC 20005
(t) +1 202 274 1143
(m) +1 509 847 9792
sthorne@bsfllp.com
www.bsfllp.com

---

**From:** Amanda Pescatore <apescatore@bsfllp.com>
**Sent:** Friday, October 16, 2026 3:25 PM
**To:** Lawrence.Buterman@lw.com; Alicia.Jovais@lw.com; Amanda.Reeves@lw.com; David Johnson (DC <david.johnson@lw.com>; Brian.Goodell@lw.com; Adam Chernicoff (NY) <adam.chernicoff@lw.com>; Emily.Viola@lw.com; Lindsay Martin (NY) <lindsay.martin@lw.com>; michaelcarlinsky@quinnemanuel.com; kathrynbonacorsi@quinnemanuel.com; neilphillips@quinnemanuel.com; yvonnezhang@quinnemanuel.com; tedovrom@quinnemanuel.com
**Cc:** Stuart Singer <ssinger@bsfllp.com>; Eric Brenner <EBrenner@BSFLLP.com>; Sabria McElroy <smcelroy@bsfllp.com>; Meredith Schultz <mschultz@bsfllp.com>; Pascual Oliu <poliu@bsfllp.com>; Ana Carolina Varela <Avarela@bsfllp.com>; William Harvey <wharvey@BSFLLP.com>; Jessica Mugler <jmugler@BSFLLP.com>
**Subject:** Panini v. Fanatics - Brian Bayne Text Messages

Counsel,

We write about concerns regarding Fanatics' production of Brian Bayne's text messages. Panini has identified numerous text message chains dated after August 2023 in which Mr. Bayne is a participant but which were not produced from his custodial files. *See, e.g.*, FAN-PAN-SDNY01174483, FAN-PAN-SDNY01126151, FAN-PAN-SDNY00766755, FAN-PAN-SDNY01174516, FAN-PAN-SDNY01174347, FAN-PAN-SDNY01174479, FAN-PAN-SDNY01174586, FAN-PAN-SDNY01174380, FAN-PAN-SDNY01174351, FAN-PAN-SDNY01174440, FAN-PAN-SDNY01172907, FAN-PAN-SDNY01174711, FAN-PAN-SDNY01174437, FAN-PAN-SDNY01174601, FAN-PAN-SDNY01174604, FAN-PAN-SDNY01174592, FAN-PAN-SDNY01174572, FAN-PAN-SDNY01174575, FAN-PAN-SDNY00767534, FAN-PAN-SDNY01174637.

[redacted]

Please advise by **Monday, October 19**: (1) whether and when Fanatics collected and imaged Mr. Bayne's phone for this litigation; (2) whether and when Fanatics issued a litigation hold to Mr. Bayne; and (3) whether Mr. Bayne deleted any text messages after August 2023. If Mr. Bayne failed to preserve or deleted any messages, please disclose that and the timing of the failure to preserve and/or deletion, and explain what Fanatics has done to recover those messages from other sources, including cloud backups and synced devices.

We reserve all rights.

Best,
Amanda

**Amanda Pescatore**
Associate

BOIES SCHILLER FLEXNER LLP
401 E. Las Olas Blvd. Suite 1200
Fort Lauderdale, FL, 33301
(d) 954 377 0714
apescatore@bsfllp.com
www.bsfllp.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]