LATHAM & WATKINS LLP quinn emanuel trial lawyers | new york

October 22, 2026

**Via ECF**

The Honorable Valerie Figueredo
United States District Court Magistrate Judge

Re: *Panini America, Inc. v. Fanatics, Inc. et al.*, Case No. 1:23-cv-09714-LTS-VF (S.D.N.Y. 2023)

Dear Judge Figueredo:

We write on behalf of Fanatics in the above-referenced matter, pursuant to Sections 11 and 23 of the Electronic Case Filings Rules and Instructions.

On October 21, 2026, Fanatics filed a letter motion to seal unredacted versions of Fanatics' forthcoming Letter Motion to Compel Documents ("Motion to Compel") and Exhibits 1–4 and 8 thereto. *See* ECF No. 655. Upon attempting to file the Motion to Compel itself, however, technical failures in the Case Management/Electronic Case Filing ("CM/ECF") system prevented us from timely filing these documents. Fanatics timely served opposing counsel with a copy of the Motion to Compel and all related exhibits.

Pursuant to Sections 11 and 23 of the Electronic Case Filing Rules and Instructions, we request that the Court accept the filing of the Motion to Compel (ECF No. 656) as timely. We appreciate Your Honor's consideration of this matter.

Respectfully submitted,

*/s/ Michael B. Carlinsky*[1]
Michael B. Carlinsky
Quinn Emanuel Urquhart & Sullivan LLP
295 Fifth Avenue
New York, NY 10016
michaelcarlinsky@quinnemanuel.com
(212) 849-7000

*Counsel for Fanatics*

*/s/ Lawrence E. Buterman*
Lawrence E. Buterman
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
lawrence.buterman@lw.com
(212) 906-1200

*Counsel for Fanatics*

[1] Fanatics uses electronic signatures with consent in accordance with Rule 8.5(b) of the Court's ECF Rules and Instructions.