October 26, 2026

**Via ECF**

The Honorable Valerie Figueredo
United States District Court Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**Re: *Panini America, Inc. v. Fanatics, Inc. et al.*, Case No. 1:23-cv-09714-LTS-VF (S.D.N.Y. 2023); *Fanatics Collectibles TopCo, Inc. v. Panini S.p.A.*, Case No. 1:23-cv-06895-LTS-VF (S.D.N.Y. 2023)**

Dear Judge Figueredo:

The parties write jointly to inform the Court that they have reached an agreement to extend the deadline for responses to the following motions to November 20, 2026. The parties continue to confer in good faith on these motions and hope to resolve certain issues therein without the Court's involvement. For any issues that remain unresolved, the parties agree to extend the response deadlines to November 20, 2026:

1. ECF No. 629 – Panini's motion to address deficiencies in Fanatics' privilege logs;
2. ECF No. 648 – Panini's motion to compel missing text messages;
3. ECF No. 652 – Panini's motion to compel autograph usage data; and
4. ECF No. 656 – Fanatics' motion to compel production.

The parties further agree that any issues raised in the above-mentioned motions that remain unresolved may be heard at the December 7 conference if the Court is prepared to hear them.

For clarity, this agreement excludes Fanatics' response to Panini's motion for a protective order filed at ECF No. 635, which Panini respectfully requests be heard on an expedited basis in advance of depositions beginning on October 28, 2026. Fanatics has agreed to file a response to ECF No. 635 by Friday, October 23.

Additionally, the parties have agreed to extend the deadline for serving requests for admission by 24 days, from October 30, 2026, to November 23, 2026.

Respectfully submitted,

/s/ David Boies
David Boies

/s/ Stuart Singer
Stuart Singer

*Counsel for Panini*

/s/ Lawrence E. Buterman
Lawrence E. Buterman

/s/ Michael B. Carlinsky
Michael B. Carlinsky

*Counsel for Fanatics*

cc: All Counsel of Record (by ECF)

**ORDER**

Based on the foregoing Stipulation, IT IS SO ORDERED.

Dated this ___ day of _____________, 2026.

_________________________________
The Honorable Valerie Figueredo
United States District Court Magistrate Judge