LATHAM & WATKINS LLP quinn emanuel trial lawyers | new york

**Via ECF** November 2, 2026

The Honorable Valerie Figueredo
United States Magistrate Judge, S.D.N.Y.

Re: *Panini Am., Inc. v. Fanatics, Inc. et al.*, No. 1:23-cv-09714-LTS-VF (S.D.N.Y. 2023)

Dear Judge Figueredo:

We write on behalf of Fanatics in connection with Fanatics' pending motion to compel Panini's litigation holds. ECF Nos. 595, 600, 612. Panini's failure to send timely litigation holds to Panini S.p.A. custodians was unmasked during key depositions held last week. In light of testimony on October 30, 2026 from Panini S.p.A.'s Chief Executive Officer, Ivam Faria, we respectfully request that the Court release to Fanatics the litigation hold notices Panini submitted for *in camera* review (redacted as necessary to prevent disclosure of privileged information).[1] On Friday, Mr. Faria—the head of Panini's global business—testified that he received a litigation hold only [redacted] Ex. A at 197:18–23. It is deeply concerning that the CEO of Panini America's global parent apparently was not told to preserve documents until after this case had already gone deep into discovery and, from what we can tell, after Fanatics had raised the issue with the Court. This compounds Fanatics' concerns about Panini's preservation failures—particularly as reflected in the glaring shortage of communications produced from Panini S.p.A. custodians. With depositions of additional Panini S.p.A. witnesses scheduled this week, Fanatics respectfully seeks production of the litigation holds in time for it to question the relevant witnesses about them.

As Your Honor knows, this case involves two distinct sets of custodians: one set consists of executives within Panini S.p.A. (defendant in Fanatics' affirmative case), the global parent of Panini America, based in Italy; the second set consists of employees and executives of Panini America (plaintiff in the antitrust case), based in the United States. Of course, Panini S.p.A. is no bystander to this antitrust lawsuit filed by Panini America. Indeed, the former CEO of Panini S.p.A. authorized Panini America's August 3, 2023 lawsuit, *see generally* ECF No. 1, and Panini S.p.A.'s own documents show [redacted].[2] *See, e.g.*, Ex. B at PAN-SDNY_000799033, PRIV_001899, PRIV_001901, PRIV_001904,

---

[1] On October 5, 2026, after weeks of pursuing the request to Panini to no avail, Fanatics filed a letter seeking that the Court conduct an *in camera* review of litigation holds sent to custodians of Panini America and Panini S.p.A. ECF No. 595. On October 7, 2026, Your Honor ordered Panini to file a response and submit "all litigation hold notices issued to Panini America and Panini SpA custodians in connection with the Panini-Fanatics litigations, with documents sufficient to show the date and recipient of the notices." ECF No. 600. On October 13, 2026, Panini filed a response. ECF No. 612.

[2] The timing of any litigation hold warrants particular attention because Panini's privilege logs indicate that [redacted]. Exs. B, C.

PRIV_001906, PRIV_001909, PRIV_001913; Ex. C at PAN-SDNY_000857860, PAN-SDNY_000859022, PAN-SDNY_000860049. All of these dates triggered the duty to preserve documents in anticipation of litigation, even apart from the litigation Panini America filed in Texas on August 14, 2023, *Panini America, Inc. v. Eli Nicholas Matijevich, Jr., Carlos Torrez, David Sharpl, Brian Bayne, Alexander Carbajal, Joseph Reyes, Elizabeth Galaviz, and Fanatics, LLC*, DC-23-04798 (Tex. Dist. Ct., Dallas Cnty.).

Based on recent deposition testimony, the record now establishes the likelihood that Panini S.p.A. custodians did not receive timely litigation holds. Mr. Faria received [redacted], Ex. A at 197:18–23, and Giorgio Aravecchia, Panini S.p.A.'s CFO and Group Human Resources Director, [redacted], *see* Ex. D at 346:5–347:10. Panini's productions amplify concerns about the absence of a timely litigation hold. Panini has produced ***nine*** text message conversations from Group Licensing Director Elisabetta Mussini, ***zero*** text message conversations from Panini S.p.A. Board Chair, Co-Owner, and "boss" Anna Baroni, Ex. A at 128:23–129:6, and ***zero*** text message conversations from Panini S.p.A. Board Member and Co-Owner Francesca Baroni.

As noted, the litigation holds are critical for upcoming depositions of three of the most important witnesses in this case, from whom Panini has produced sparse text messages, if any at all. Specifically, Fanatics will depose Ms. Mussini (November 4, 2026), Francesca Baroni (November 5, 2026), and Anna Baroni (November 12, 2026), and question each of them regarding whether, when, and by whom they were told to preserve documents. These executives sit at or near the top of Panini S.p.A. and are involved in key decisions that are directly at issue in this case. Without the litigation hold notices, Fanatics is examining blind on a point on which some of Panini's own witnesses have not been able to answer. *See* Ex. D at 346:5–347:10. It is important that Fanatics receive copies of the litigation hold notices submitted to the Court (redacted as the Court sees fit) so that it can properly question these witnesses about what litigation holds they received, and when.

Panini could have resolved this weeks ago by providing a shell of each notice showing its date, recipients, and issuing entity. But it declined to do so. Fanatics' current request is modest. It seeks no privileged advice—only the information that the Court, having reviewed the notices, deems appropriate to release. With it, Fanatics can establish an appropriate record surrounding the litigation holds, or confirm that no hold exists; that record will inform and equip the parties as well as the Court when all address the implications on December 7, 2026.

Respectfully submitted,

*<u>/s/ Michael B. Carlinsky</u>*
Michael B. Carlinsky
Quinn Emanuel Urquhart & Sullivan LLP
295 Fifth Avenue
New York, NY 10016
michaelcarlinsky@quinnemanuel.com
(212) 849-7000

*Counsel for Fanatics*

*<u>/s/ Lawrence E. Buterman</u>*
Lawrence E. Buterman
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
lawrence.buterman@lw.com
(212) 906-1264

*Counsel for Fanatics*