BOIES SCHILLER FLEXNER

October 30, 2026

**Via ECF**
The Honorable Valerie Figueredo
United States District Court Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

**Re: *Panini America, Inc. v. Fanatics, Inc. et al.*, Case No. 1:23-cv-09714-LTS-VF (S.D.N.Y. 2023) – Letter Motion to Seal**

Dear Judge Figueredo:

We write on behalf of Panini America, Inc. ("Panini") in the above-referenced matter to request permission to file under seal an unredacted version of Panini's forthcoming Letter in Opposition to Fanatics' Motion for Discovery Conference (ECF No. 681) concerning Panini's deposition cross-notices to Lincoln International and Citigroup, together with Exhibits 3-8 attached thereto.

The forthcoming Letter in Opposition contains information that Fanatics has designated as confidential. Exhibits 3-8 contain information that Panini, Fanatics, and/or third-party NFLPI has designated as Confidential, Highly Confidential, Attorney's Eyes Only, or Outside Counsel Eyes Only. Thus, Panini is provisionally filing these documents under seal pursuant to the Protective Order in this action. Under the procedure set out in the Protective Order, it is the respective designating party's burden to establish that the filings should remain under seal within ten business days of this filing. ECF No. 160 ¶ 17 ("Within ten business days of the filing under seal, the ***designating party*** shall file a letter setting forth the basis for any permanent redactions or sealing on the docket, and any party opposing the redactions or sealing shall indicate its position in the letter.") (emphasis added). Panini does not oppose filing these documents under seal consistent with the Protective Order, but reserves the right to challenge any confidentiality designations made by other parties.

Pursuant to the Court's individual rules, Panini is filing the proposed sealed documents electronically through the Court's ECF system. Panini is also filing redacted versions of the materials publicly on the docket.

Respectfully submitted,

*/s/ Stuart H. Singer*

Stuart H. Singer*
Sabria A. McElroy*
Meredith Schultz*

BSF

**BOIES SCHILLER FLEXNER LLP**
401 E. Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
ssinger@bsfllp.com
smcelroy@bsfllp.com
mschultz@bsfllp.com

David Boies
Eric Brenner
**BOIES SCHILLER FLEXNER LLP**
55 Hudson Yards
New York, NY 10001
Telephone: (212) 446-2300
dboies@bsfllp.com
ebrenner@bsfllp.com

James P. Denvir*
Richard A. Feinstein*
**BOIES SCHILLER FLEXNER LLP**
1401 New York Ave, NW
Washington, DC 20005
Telephone: (202) 237-2727
jdenvir@bsfllp.com
rfeinstein@bsfllp.com

*Counsel for Panini America, Inc.*

**pro hac vice*

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: November 4, 2026**

Fanatics, Panini, and NFLPI are directed to submit a letter establishing why sealing is appropriate under Lugosch v.Pyramid Co. of Onondaga, 435 F.3d 11 (2d Cir. 2006), by **December 3, 2026**. Panini is directed to serve NFLPI with a copy of this order.

cc: All Counsel of Record (by ECF)