# EXHIBIT K

# (Filed Under Seal)