# EXHIBIT Q

# (Filed Under Seal)