November 5, 2026

**Via ECF**

The Honorable Valerie Figueredo
United States District Court Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**Re: *Panini America, Inc. v. Fanatics, Inc. et al.*, Case No. 1:23-cv-09714-LTS-VF (S.D.N.Y. 2023); *Fanatics Collectibles TopCo, Inc. v. Panini S.p.A.*, Case No. 1:23-cv-06895-LTS-VF (S.D.N.Y. 2023)**

Dear Judge Figueredo:

The parties respectfully submit this Letter-Motion pursuant to Fed. R. Civ. P. 16(b)(4), Local Civ. R. 7.1(e), and Your Honor's Individual Practices, Section I.e, requesting that the Court modify the discovery schedule set forth in the May 5, 2026 and August 7, 2026 Orders (ECF Nos. 325 and 426, respectively, in Case No. 23-cv-9714) to extend the deadline for the completion of fact discovery for depositions and adjust subsequent expert discovery deadlines accordingly. The parties previously sought extensions of the discovery deadlines on May 4, 2026, and August 6, 2026. See ECF Nos. 324, 423.

The parties have engaged in extensive discovery over the past year and a half. The current deadline for the completion of fact discovery is October 31, 2026, and, despite the parties' diligence in pursuing discovery, document productions and fact depositions are still ongoing. The parties have taken 24 fact depositions and have approximately 27 more fact depositions to take. A significant number of those depositions will involve third-party witnesses, which will require coordination and scheduling considerations, and/or are Rule 30(b)(6) depositions, which require significant preparation. Given the above, the parties submit that good cause exists for an extension of approximately three weeks to allow the parties to complete fact depositions in an orderly fashion.

Accordingly, the parties propose the following modifications to the discovery schedule:

| Deadline | Current Date | Proposed Date |
|---|---|---|
| Completion of fact depositions | October 31, 2026 | November 20, 2026 |

| | | |
|---|---|---|
| Plaintiff expert disclosures (Fed. R. Civ. P. 26(a)(2)) | November 30, 2026 | December 18, 2026 |
| Defendant expert disclosures (Fed. R. Civ. P. 26(a)(2)) | January 29, 2026 | February 16, 2027 |
| Rebuttal expert disclosures | March 12, 2026 | March 30, 2027 |
| Completion of expert discovery and deadline for motions to compel expert discovery | April 30, 2026 | May 18, 2027 |

For the foregoing reasons, the parties respectfully request that the Court grant this joint application and enter an order modifying the discovery schedule as set forth above.

November 5, 2026

*/s/ Stuart Singer*
David Boies
Eric Brenner
Boies Schiller Flexner LLP
55 Hudson Yards
New York, NY 10001
Telephone: (212) 446-2300
dboies@bsfllp.com
ebrenner@bsfllp.com

Stuart H. Singer*
Sabria A. McElroy*
Meredith Schultz*
Boies Schiller Flexner LLP
401 E. Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
ssinger@bsfllp.com
smcelroy@bsfllp.com
mschultz@bsfllp.com

James P. Denvir*
Richard A. Feinstein*
Boies Schiller Flexner LLP

Respectfully submitted,

*/s/ Michael Carlinsky*
Michael B. Carlinsky
Quinn Emanuel Urquhart & Sullivan LLP
295 Fifth Avenue
New York, NY 10016
michaelcarlinsky@quinnemanuel.com
(212) 849-7000

Lawrence E. Buterman
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
lawrence.buterman@lw.com
(212) 906-1264

*Counsel for Fanatics*

1401 New York Ave, NW
Washington, DC 20005
Telephone: (202) 237-2727
jdenvir@bsfllp.com
rfeinstein@bsfllp.com

*Counsel for Panini America, Inc.
and Panini S.p.A.*

**pro hac vice*

cc: All Counsel of Record (by ECF)

**ORDER**

Based on the foregoing Stipulation, IT IS SO ORDERED.

Dated this **10** day of **November**, 2026.

________________________________________

The Honorable Valerie Figueredo
United States District Court Magistrate Judge