BOIES SCHILLER FLEXNER

November 6, 2026

**Via ECF**

The Honorable Valerie Figueredo
United States District Court Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**Re: *Panini America, Inc. v. Fanatics, Inc. et al.*, Case No. 1:23-cv-09714-LTS-VF (S.D.N.Y. 2023) – Letter Motion for Permanent Sealing of ECF No. 604**

Dear Judge Figueredo:

We write on behalf of Panini America, Inc. ("Panini") in the above-referenced matter, pursuant to the Court's October 9, 2026 Order, to request permanent redactions of targeted information contained in the Court's October 9, 2026 Order at ECF No. 604 (the "Order"). The Court directed "any party that believes redactions to [the Order] are necessary" to submit proposed redactions and a letter "establishing why sealing is appropriate under *Lugosch v. Pyramid Co. of Onondaga*" by November 6, 2026. Order at 7. Accordingly, Panini is herewith submitting—under seal—proposed, narrowly tailored redactions to the Order that it respectfully requests the Court adopt.

Panini's proposed redactions are appropriate. In the Second Circuit, courts may exercise "considerable discretion in determining whether good cause exists to overcome the presumption of open access to documents filed." *Geller v. Branic Int'l Realty Corp.*, 212 F.3d 734, 738 (2d Cir. 2000). Courts balance the presumption of access against "countervailing factors," including "the privacy interests of those resisting disclosure." *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119–20 (2d Cir. 2006). The "privacy interests of [] third parties" and "[b]usiness secrecy" are both established countervailing factors. *United States v. Amodeo*, 71 F.3d 1044, 1050–51 (2d Cir. 1995); *Lexington Furniture Indus., Inc. v. Lexington Co., AB*, 2021 WL 1143694, at *2 (S.D.N.Y. Mar. 24, 2021).

The requested redactions fall squarely in the "business secrecy" exception to the presumption of public access. This information describes the non-public ownership and corporate structure of Panini S.p.A. The beneficial ownership of Panini S.p.A. and its holding companies has never been publicly disclosed. That ownership is held through an Italian fiduciary company precisely so that it remains private: under Italian law, the fiduciary structure ensures that "the principal's identity does not appear in public registers or in the corporate books of the investee company." ECF No. 554-1 ¶ 19. Fanatics' own expert agrees that such fiduciary companies "are generally used to shield the true ownership of a company from public disclosure." ECF No. 588-13 ¶ 41. Public disclosure of this information could cause serious competitive harm to Panini S.p.A. If made public, competitors and potential counterparties, including prospective buyers, could

exploit this information to gain an unfair advantage in future negotiations or otherwise use Panini's confidential decision-making structures against it.

Further, the redactions are narrowly tailored and the public's interest in access to this information is minimal. Panini requests only minimal, targeted redactions to the Order consisting of ownership information. The information to be redacted concerns the private financial holdings of non-parties, was submitted only in connection with a discovery dispute, and is not necessary to understand the Court's ruling. Indeed, the substance of the Court's ruling on any purported ownership issue is left unredacted on page 6-7.

Accordingly, Panini respectfully submits that good cause exists to adopt Panini's proposed redactions to the Order.

Respectfully submitted,

*/s/ Stuart Singer*

David Boies
Eric Brenner
**BOIES SCHILLER FLEXNER LLP**
55 Hudson Yards
New York, NY 10001
Telephone: (212) 446-2300
dboies@bsfllp.com
ebrenner@bsfllp.com

Stuart H. Singer*
Sabria A. McElroy*
**BOIES SCHILLER FLEXNER LLP**
401 E. Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
ssinger@bsfllp.com
smcelroy@bsfllp.com

James P. Denvir*
Richard A. Feinstein*
**BOIES SCHILLER FLEXNER LLP**
1401 New York Ave, NW
Washington, DC 20005
Telephone: (202) 237-2727
jdenvir@bsfllp.com
rfeinstein@bsfllp.com

*Counsel for Panini America, Inc.*

**pro hac vice*

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: November 12, 2026**

The motion to seal is **GRANTED**. Panini has adequately explained why sealing is appropriate to protect commercially sensitive information. The Clerk of Court is respectfully directed to close the motions at ECF Nos. 604 and 714.

BSF

cc: All Counsel of Record (by ECF)