BOIES SCHILLER FLEXNER

November 17, 2026

**Via ECF**

The Honorable Valerie Figueredo
United States District Court Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York NY 10007-1312

**Re: *Panini America Inc. v. Fanatics Inc. et al.*, No. 1:23-cv-09714-LTS-VF (S.D.N.Y. 2023) – Panini's Response to Fanatics' Request for an Immediate Telephonic Conference**

Dear Judge Figueredo:

We write on behalf of Panini America to say that while we can be available between 10:00 A.M. and 11:30 A.M. or between 2:00 P.M. and 4:00 P.M. for a telephonic conference tomorrow, November 18th, there is absolutely no emergency requiring an immediate telephonic conference regarding the scope of Panini's 30(b)(6) deposition of Fanatics.

Panini requests the right to respond promptly within the time set forth by the Court's procedures, or at such other time as the Court may direct, to the merits of the dispute. Panini intends to promptly file a letter motion for a discovery conference with respect to the topics on which it is entitled to a 30(b)(6) deposition of Fanatics. This response is limited to responding to the request for an immediate telephonic conference—as Fanatics is inclined to request on every discovery issue—while at the same time having claimed it was unavailable for the entire month of November to attend a hearing to address the numerous discovery issues currently set for hearing on December 7th.

Panini had sought to resolve disputes over the 30(b)(6) topics that the parties exchanged. Both parties each initially exchanged over 25 topics and sought to agree on respective topics. Earlier this month, Panini reduced its request to 12 topics in an effort to reach agreement. On last Tuesday, following a discussion with counsel, Panini expressed willingness to narrow those 12 topics even further if the parties could reach agreement: it proposed treating Market Definition, Pricing, and Document Preservation as mutual topics with narrowed wording, proposed narrowing several other topics and to withdraw one topic entirely. Panini also made clear that we would need to resolve any issues promptly in connection with Panini's deposition of Fanatics, which was noticed for Wednesday, November 18th. **Fanatics' counsel did not respond until Friday at 4:27 p.m.** While Panini engaged in further efforts over the weekend to reach agreement and even agreed to reset the deposition to Friday, November 20th, at Fanatics' request, yesterday Fanatics demanded yet further restrictions in scope which Panini finds unacceptable. Because the compromise efforts have failed, Panini has the right to move to compel a 30(b)(6) deposition on the topics it believes appropriate and intends to promptly file such a motion.

Fanatics cannot claim an emergency when it waited from Tuesday to Friday end of day to even respond to Panini's revised topics, and Fanatics cannot properly ask the Court to compel

BSF

Panini to further limit positions that were only offered in compromise rather than to allow Panini to move, as is its right, to obtain testimony on what it believes is a properly defined set of topics.

Furthermore, there is no compelling necessity that this issue be decided in a telephonic conference to force Panini to take a 30(b)(6) deposition on Friday, November 20th. Due to Fanatics' unavailability for the entire month of November, there are numerous discovery issues that will not even be heard by the Court until December 7th. There are other discovery motions that will need to be filed. While Panini has made herculean efforts to comply with Fanatics' insistence that fact discovery be completed by November 20th, including over fifteen depositions in the last several weeks, it is clear that there are significant discovery issues to be resolved after November 20th, and Panini will be requesting a modest extension in the current schedule by a letter motion to be promptly filed.

Respectfully submitted,

*/s/ Stuart Singer*

David Boies
Eric Brenner
**BOIES SCHILLER FLEXNER LLP**
55 Hudson Yards
New York NY 10001
Telephone: (212) 446-2300
dboies@bsfllp.com
ebrenner@bsfllp.com

Stuart H. Singer*
Sabria A. McElroy*
**BOIES SCHILLER FLEXNER LLP**
401 E. Las Olas Blvd. Suite 1200
Fort Lauderdale FL 33301
Telephone: (954) 356-0011
ssinger@bsfllp.com
smcelroy@bsfllp.com

James P. Denvir*
Richard A. Feinstein*
**BOIES SCHILLER FLEXNER LLP**
1401 New York Ave NW
Washington DC 20005
Telephone: (202) 237-2727
jdenvir@bsfllp.com
rfeinstein@bsfllp.com

*Counsel for Panini America Inc.*

**pro hac vice*

BSF

cc: All Counsel of Record (by ECF)