BOIES SCHILLER FLEXNER

November 19, 2026

**<u>Via ECF</u>**
The Honorable Valerie Figueredo
United States District Court Magistrate Judge
Southern District of New York

**Re: *Panini America, Inc. v. Fanatics, Inc. et al.*, Case No. 1:23-cv-09714-LTS-VF (S.D.N.Y. 2023) – Letter Motion to Extend Expert Report Deadlines**

Dear Judge Figueredo:

We write on behalf of Panini pursuant to Fed. R. Civ. P. 16(b)(4), Local Civ. R. 7.1(e), and Section I.e. of Your Honor's Individual Practices to request an extension of the expert report deadlines commensurate with the status of discovery in this case. The parties previously sought extensions of expert discovery deadlines on May 4, 2026, and November 5, 2026. *See* ECF Nos. 324, 701. Panini respectfully requests that the Court modify the discovery schedule set forth in the November 10, 2026 Order (ECF No. 732) to extend expert discovery deadlines as follows:

| Deadline | Current Date | Proposed Date |
|---|---|---|
| Plaintiff expert disclosures | December 18, 2026 | January 29, 2027 |
| Defendant expert disclosures | February 16, 2027 | March 31, 2027 |
| Rebuttal expert disclosures | March 30, 2027 | May 12, 2027 |
| Completion of expert discovery | May 18, 2027 | June 30, 2027 |

## I. <u>Good Cause Exists to Grant Panini's Request for Numerous Reasons.</u>

Panini's request for a modest six-week extension for expert disclosures is justified by the status of discovery in this case, much of which has been delayed by Fanatics despite Panini's diligence. Indeed, despite Panini diligently pursuing depositions to begin in June 2026, no depositions occurred in June, and only two occurred in July. There are also numerous motions pending before the Court for additional discovery, which will not be heard until at least December 7 (despite Panini being available at various earlier dates in November). And additional document productions have come in and are expected to continue coming in. Precisely because Panini does not want delay, it has made extraordinary efforts to finish fact depositions by November 20 and be in a position to serve expert reports by December 18; however, Panini requires an additional six weeks for good cause for at least the following reasons.

<u>Delay in Depositions</u>. Panini initiated deposition planning with a March 23, 2026 letter proposing a comprehensive deposition framework. Ex. A at 2 (S. McElroy 3/23/26 Email). Fanatics refused to engage for weeks, stating "it would be premature and prejudicial to finalize a deposition protocol now, given the state of productions." *Id.* at 1 (A. Chernicoff 3/31/26 Email). Despite Panini's best efforts to move the case forward and begin depositions in June, negotiations over a formal deposition protocol continued into June. Ex. B at 1–2 (M. Schultz 5/19/26 Email; E. Viola 6/3/26 Reply). Deciding it could delay no further, on June 2, 2026, Panini noticed four Fanatics witnesses for June depositions, to which Fanatics objected. *Id.* at 1 (E. Viola 6/3/26 Email). Ultimately, to finalize the protocol and move the case forward, Panini agreed instead to push depositions until the end of October, even while maintaining its deadline for initial expert reports. Ex. C at 1 (S. Singer 6/8/26 Email). This Court had initially allowed a full eight weeks between the close of fact discovery and when Panini's initial expert reports would be due. ECF No. 174.

BSF

Fanatics' many delays in scheduling depositions resulted in zero depositions occurring in June, two occurring in July, and most occurring in the last two months of fact discovery: June – 0; July – 2; August – 11; September – 7; October – 13; November – 13, with three in November being two-day depositions at Fanatics' insistence. The full list of deposition delays caused by Fanatics is provided in Appendix A, and the full list of October and November depositions is provided in Appendix B. Accordingly, good cause exists because, despite Panini's diligence, Panini's experts require time to incorporate this backlogged discovery into their reports. *Metcalf v. Transperfect Translations Int'l Inc.*, 2026 WL 1706934, at *1 (S.D.N.Y. June 12, 2026) (good cause because "Defendant worked in earnest to schedule the depositions of the parties' respective experts, demonstrating diligence on its part"); *Brick v. CSX Transp., Inc.*, 2007 WL 2580483, at *5 (W.D.N.Y. Sept. 4, 2007) (good cause because "Plaintiff's ability to render expert reports is dependent upon him obtaining deposition testimony").

<u>Delay in Discovery Conference</u>. There are numerous discovery issues outstanding in this case. These include Panini's September 11 motion to compel production, ECF No. 529; Panini's October 19 motion to address deficiencies in Fanatics' privilege logs, ECF No. 629; Panini's October 21 motion to compel missing text messages, ECF No. 648; Panini's October 21 motion to compel autograph usage data, ECF No. 652; and Panini's October 9 motion to compel production from Clearlake, ECF No. 606. The Court tried to schedule a discovery conference with the parties to address many of these issues in October or November. First, Fanatics said it was not available in October for the conference. Ex. D at 5-6 (K. Bonacorsi 9/28/26 email rejecting dates sent in S. Singer 9/25/26 email). Then, Fanatics said it was not available the entirety of November for the conference. *Id.* at 2-4 (K. Bonacorsi 10/13/26 email rejecting dates sent in S. McElroy 9/29/26 and 10/13/26 emails). As a result, and despite Panini's diligence, the conference is scheduled for December 7, only 11 days before the current deadline for Panini's reports. This is not enough time for the issues at the December 7 conference to be resolved, for any ordered productions to be made, and for those productions to be reviewed and incorporated into expert reports by December 18.

<u>Document Productions</u>. There has been voluminous document discovery in this matter, including thousands of documents produced over the last few months. Fanatics continues to produce documents as recently as last night, November 18. The full list of document productions made here from September through November by Fanatics and third parties is provided in Appendix C. Further, Panini still expects to receive data from third parties Dave & Adams Card World and Target, pursuant to subpoenas from both parties, and Panini has been actively working for months to receive that data. Panini expects the data from Dave & Adams and Target to contain sales pricing data, showing the prices consumers paid for trading cards, and thus it will be highly relevant to Panini's experts' analysis. Once received, Panini and its experts will need time to analyze and incorporate the data into the expert reports. *Personalized Media Commc'ns, LLC v. Netflix Inc.*, 2021 WL 11709700, at *3 (S.D.N.Y. Jan. 12, 2021) (extension for expert to review source code for report given importance and relevance of expert testimony).

## II. <u>Panini Will Be Prejudiced Without an Extension.</u>

The Court's original scheduling order granted Panini eight weeks from the close of fact depositions to submit its opening expert reports. ECF No. 174. Panini's requested extension does nothing more than return to what the Court originally gave Panini, with an additional two weeks to account for the Thanksgiving, Christmas, and New Years holidays between November 20, 2026, and January 29, 2027. An additional six weeks is needed for Panini's experts to review, analyze, and incorporate all the recent and still-anticipated discovery in this case in an organized manner.

BSF

It is especially important they have this amount of time due to the volume of backlogged discovery coming in at the end of *(and after)* the fact discovery period, as explained above. Accordingly, good cause exists to grant the requested extension. *Metcalf*, 2026 WL 1706934, at *1 (good cause for expert discovery extension due to "the potential prejudice Defendant may face otherwise").

## III. Fanatics Will Not Be Prejudiced by the Requested Extension.

Fanatics will not be prejudiced by the six-week requested extension. If granted, "the delay would be a relatively small one," particularly where, as here, "the Court has set no deadlines beyond the completion of expert discovery." *Dugan v. Soleil Toujours LLC*, 2025 WL 3723304, at *2 (S.D.N.Y. Nov. 13, 2025). Fanatics' experts will still be given ample time to prepare their reports—for which, if anything, they will have ***more*** time now—and will no longer have to work through the holidays, an outcome Fanatics incredibly complains about. Fanatics' arguments to the contrary are specious.

First, Fanatics says it "never" would have agreed to the current November 20 fact discovery cutoff had it known Panini would seek more time. Nov. 17, 2026 Tr. at 5. But a party's unreasonableness is not reason to reward its intransigence. There was no way to finish fact discovery by October 31. Fanatics itself moved certain depositions to November, and all remaining depositions could not possibly have occurred in October—particularly where the parties could not even find one conference date in October or November. The only question was how far the deadline would move. Panini initially proposed that fact discovery continue until December 18 with expert reports due at end of January 2027. Ex. E (S. Singer 9/27/26 Email). The mere three-week enlargement was reluctantly agreed upon by Panini given Fanatics' opposition to that reasonable proposal.[1] Nothing in the current stipulation precludes a party from seeking a further extension for good cause—and this is the first opposed discovery extension Panini has sought.

Second, Fanatics argues that it and its experts "have already canceled their holiday plans" in order to start work on Panini's reports on December 18.[2] Nov. 17, 2026 Tr. at 55. This argument does not pass the straight face test, since Fanatics and its experts would have had to work through the same holiday period under the schedule before the prior three-week extension. If Panini serves its reports on January 29, Fanatics will now have two full months to respond without any holiday disruption, and Fanatics' experts will not have to work through the holidays. Fanatics cannot seriously claim harm from a change that allows their experts and themselves to enjoy the holidays. Even if Fanatics did have scheduling conflicts, the solution would not be to prejudice Plaintiff, but to move the schedule to accommodate Fanatics. *See Dugan*, 2025 WL 3723304, at *2 (granting extension and granting plaintiff a further extension "due to his counsel's scheduling constraints").

Third, Fanatics proposes that Panini serve its reports on December 18 with a supplemental report one week later covering anything received between November 20 and December 18. This is not workable. The problem is not just a handful of items arriving after November 20. An enormous volume of discovery came in between the end of October and November 20, including approximately 20 depositions taken over just a few weeks. Panini's experts must absorb that record properly. Beyond that, a one-week supplementation period cannot fairly account for rulings and discovery that do not yet exist. Piecemeal reports would also be inefficient for both sides' experts.

[1] The assertion that the current schedule was only agreed upon when the order was submitted in November is incorrect. The parties started discussing an extension in September and agreed on approximately October 23. Ex. F (S. Singer 11/5/26 Email); Ex. E at 3–4 (S. Singer 9/26/26, 9/27/26 Emails); Ex. D at 5–6 (S. Singer 9/25/26 Email).

[2] Panini offered to serve reports in January, so Fanatics' working through the holidays was its own election.

BSF

Respectfully submitted,

*/s/ Stuart Singer*

David Boies
Eric Brenner
**BOIES SCHILLER FLEXNER LLP**
55 Hudson Yards
New York, NY 10001
Telephone: (212) 446-2300
dboies@bsfllp.com
ebrenner@bsfllp.com

Stuart H. Singer*
Sabria A. McElroy*
Meredith Schultz*
Pascual Oliu*
Ana Carolina Varela*
**BOIES SCHILLER FLEXNER LLP**
401 E. Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
ssinger@bsfllp.com
smcelroy@bsfllp.com
mschultz@bsfllp.com
poliu@bsfllp.com
avarela@bsfllp.com

James Denvir
Richard Feinstein
William Harvey
**BOIES SCHILLER FLEXNER LLP**
1401 New York Ave, NW
Washington, DC 20005
Telephone: (202) 237-2727
jdenvir@bsfllp.com
rfeinstein@bsfllp.com
wharvey@bsfllp.com

*Counsel for Panini America, Inc.*

**pro hac vice*

cc: All Counsel of Record (by ECF)

BSF

**APPENDIX A**

**Depositions delayed or extended by Fanatics[3]**:

| Witness | Requested/Noticed Date | Actual Deposition Date | Reason for delay |
|---|---|---|---|
| Tucker Kain | July 2026 | August 11, 2026 | Fanatics refused to offer any dates in July. |
| David Leiner | July 2026 | August 6, 2026 | Fanatics refused to offer any dates in July. |
| Steven Skalski | July 2026 | September 25, 2026 | Fanatics refused to offer any dates in July. |
| Omar Wilkes | August 2026 | September 23, 2026 | Fanatics refused to provide a second date within the designated month as required by the Deposition Protocol at ECF 345. |
| Jeff Gordon | September 2026 | October 6, 2026 | Fanatics refused to provide a second date within the designated month as required by the Deposition Protocol at ECF 345. |
| Elisabetta Mussini | September 17, 2026 | November 4, 2026 | Moved at Fanatics' request. |
| Francesca Baroni | September 18, 2026 | November 5, 2026 | Delayed at Fanatics' request due to pendency of its motion unsuccessfully challenging attorney client privilege. |
| Mark Warsop | September 23, 2026 | November 17, 2026 | Moved at Fanatics' request. |
| Tim Franz | October 6, 2026 | October 26, 2026 | Fanatics unavailable on October 6. |
| Nick Matijevich | October 7, 2026 | October 20, 2026 | Fanatics counsel and witness not in the noticed location. |
| Tony Clark | October 14, 2026 | November 5, 2026 | Fanatics unavailable on October 14. |
| Elizabeth Galaviz | November 3, 2026 | November 16, 2026 | Scheduling conflicts of Fanatics' counsel. |
| Lincoln International S.r.l. Corporate Representative | November 5, 2026 | November 5-6, 2026 | Two days pursuant to Fanatics' motion. *See* ECF 680; ECF 694. |
| Citigroup, Inc. Corporate Representative | November 18, 2026 | November 18-19, 2026 | Two days pursuant to Fanatics' motion. *See* ECF 680; ECF 694. |

[3] *See* Ex. G (parties' email correspondence re: Panini v. Fanatics – Deposition Disclosure).

BSF

**APPENDIX B**

**I. October depositions:**

1. Jeff Gordon – October 6
2. Michael Rubin – October 8
3. Ahmad Nassar (OneTeam) – October 13
4. Brian Bayne – October 15
5. Nick Matijevich – October 20
6. Joe Ruggiero (NFL) – October 21
7. Peter Harris – October 22
8. Tim Franz (MJ Holdings) – October 26
9. Steve Scebelo (NFLPA) – October 27
10. Giorgio Aravecchia – October 28
11. Josh Luber – October 28
12. DeMaurice Smith (NFLPA) – October 29
13. Ivam Faria – October 30

**II. November depositions:**

1. Elisabetta Mussini – November 4
2. Sal LaRocca (NBA) – November 4
3. Francesca Baroni – November 5
4. Tony Clark (MLBPA) – November 5
5. Lincoln International Corporate Representative – November 5–6
6. Michele Roberts (NBPA) – November 12
7. Anna Baroni – November 12–13
8. Clay Luraschi – November 13
9. Noah Garden (MLB) – November 13
10. SLAM Corp. Corporate Representative – November 13
11. Elizabeth Galaviz – November 16
12. Mark Warsop – November 17
13. Citigroup Corporate Representative – November 18–19

BSF

## APPENDIX C

### I. September–November Fanatics Document Productions:

| Date Produced | Production Volume | Number of Documents |
|---|---|---|
| 9/1/2026 | FAN-PAN_SDNY_020 | 12,864 |
| 9/4/2026 | FAN-PAN_SDNY_021 | 174 |
| 9/9/2026 | FAN-PAN-022 | 251 |
| 9/9/2026 | FAN-PAN-023 | 300 |
| 9/11/2026 | FANCOLLECT-PAN_008 | 26 |
| 9/14/2026 | FAN-PAN_SDNY_024 | 19,556 |
| 9/16/2026 | FAN-PAN-SDNY_025 | 157 |
| 9/18/2026 | FAN-PAN-SDNY_027 | 32 |
| 9/22/2026 | FAN-PAN-SDNY_028 | 1 |
| 9/25/2026 | FAN-PAN-SDNY_029 | 5,944 |
| 10/1/2026 | FAN-PAN-SDNY_031 | 2,014 |
| 10/13/2026 | FAN-PAN-SDNY_035 | 123 |
| 10/24/2026 | FAN-PAN-SDNY_037 | 2 |
| 10/24/2026 | FAN-PAN-SDNY_039 | 1 |
| 10/28/2026 | FAN-PAN-SDNY_040 | 10 |
| 10/31/2026 | FAN-PAN-SDNY_042 | 2,017 |
| 11/16/2026 | FAN-PAN-SDNY_043_overlay | 24 |
| 11/16/2026 | FAN-PAN-SDNY_044 | 31 |
| 11/18/2026 | FAN-PAN-SDNY_045 | 23 |
| **TOTAL** | | **43,550** |

### II. September–November Third Party Document Productions:

| Third Party | Approximate Date Produced | Production Volume | Number of Documents |
|---|---|---|---|
| TikTok | 9/2/2026 | TIKTOK-3P-00000001 | 2 |
| Top Shelf Enterprises | 9/8/2026 | Vol. 1 | 8,885 |
| Citigroup Inc. | 9/9/2026 | Citigroup-Volume 3 | 1,640 |
| Fidelity | 9/16/2026 | FMR001 | 3 |
| Blowout Cards/Frontline Collectibles | 9/17/2026 | Vol. 1 | 1 |
| Wizards of the Coast LLC | 9/17/2026 | Volume 1 | 1 |
| AlixPartners | 9/18/2026 | AP001 | 2 |
| NFLPI | 9/25/2026 | NFLPI Vol. 4 | 147 |

BSF

| | | | |
|---|---|---|---|
| UFC | 9/28/2026 | UFC_001 | 152 |
| WWE | 9/28/2026 | WWE_PF_003 | 159 |
| Lincoln International | 9/29/2026 | LINCOLN_ITALY_001 | 103 |
| Blez Sports Cards LLC dba Blez Breaks | 9/29/2026 | Volume 1 | 1 |
| Blez Sports Cards LLC dba Blez Breaks | 9/29/2026 | Volume 2 | 1,232 |
| OneTeam Partners | 9/30/2026 | Panini_OTP_001 | 351 |
| OneTeam Partners | 10/7/2026 | Panini_OTP_002 | 462 |
| OneTeam Partners | 10/8/2026 | Panini_OTP_003 | 47 |
| OneTeam Partners (Ahmad Nassar) | 10/9/2026 | Panini_OTP_004 | 3 |
| Insight Venture Management, LLC | 10/9/2026 | Insight-Panini-VOL001 | 14 |
| PJT | 10/9/2026 | PJT001 | 1,035 |
| Whatnot | 10/9/2026 | | 1 |
| Backyard Breaks | 10/9/2026 | Volume 1 | 1 |
| AlixPartners | 10/9/2026 | AP002 | 92 |
| | | | |
| Backyard Breaks | 10/10/2026 | Volume 2 | 1 |
| OneTeam Partners | 10/12/2026 | Panini_OTP_005 | 78 |
| NFLPI | 10/12/2026 | NFLPI-PANSUBPOENA_PROD005 | 298 |
| Lincoln International | 10/15/2026 | LINCOLN_ITALY_002 | 253 |
| Adam Johnson | 10/15/2026 | Johnson Vol 1 | 7 |
| Adam Johnson | 10/15/2026 | Johnson Volume 2 (FAN-JOH 20260310 Production) | 105 |
| Adam Johnson | 10/15/2026 | Johnson Volume 3 (FAN-JOH 20260430 Production) | 131 |
| Brett Whiteley | 10/15/2026 | Whiteley Vol 1 | 1 |
| Brett Whiteley | 10/15/2026 | Whiteley Vol 2 (FAN-WHI 20260310 Production) | 90 |
| Brett Whiteley | 10/15/2026 | Whiteley Vol 3 (FAN-WHI 20260430 Production) | 10 |
| Drake Moss | 10/16/2026 | Volume One (FAN-MOS 20260310 Production) | 34 |
| Drake Moss | 10/16/2026 | Volume Two (FAN-MOS 20260430 Production) | 43 |
| Jed Papa | 10/16/2026 | Volume One (FAN-PAP 20260310 Production) | 51 |
| Jed Papa | 10/16/2026 | Volume Two (FAN-PAP 20260430 Production) | 163 |

BSF

| | | | |
|---|---|---|---|
| Larkin Heldt | 10/16/2026 | FAN-HEL 20260310 Production | 76 |
| Larkin Heldt | 10/16/2026 | FAN-HEL 20260430 Production | 98 |
| Larry Bearden | 10/16/2026 | Volume One (FAN-BEA 20260409 Production) | 35 |
| Larry Bearden | 10/16/2026 | Volume Two (FAN-BEA 20260430 Production) | 30 |
| Monica Rodriguez | 10/16/2026 | Volume One (FAN-LAF 20260310 Production) | 53 |
| Monica Rodriguez | 10/16/2026 | Volume Two (FAN-ROD 20260430 Production) | 100 |
| Thomas Barchi | 10/16/2026 | Barchi Vol 1 | 10 |
| Thomas Barchi | 10/16/2026 | Barchi Vol 2 (FAN-BAR 20260430 Production) | 251 |
| Thomas Barchi | 10/16/2026 | Barchi Vol 3 (FAN-BAR_ 20260520 Production) | 64 |
| Timothy Yoder | 10/16/2026 | Yoder Vol 1 | 6 |
| Timothy Yoder | 10/16/2026 | Yoder Vol 2 (FAN-YOD 20260430 Production) | 186 |
| Timothy Yoder | 10/16/2026 | Yoder Vol 3 (FAN-YOD_20260520 Production) | 66 |
| Josh Luber | 10/16/2026 | LUBERSUBPOENA_001 | 4,137 |
| Filthbomb Breaks/Top Tier Collectibles | 10/16/2026 | FILTHBOMB_001 | 6 |
| Lincoln International | 10/20/2026 | LINCOLN_ITALY_003 | 544 |
| MJ Holdings | 10/22/2026 | MJH_DataRequest_FINAL_10.21.26 | 1 |
| NFLPI | 10/23/2026 | NFLPI-PANSUBPOENA_PROD006 | 408 |
| Josh Luber | 10/23/2026 | LUBERSUBPOENA_003 | 2 |
| Citigroup Inc. | 10/24/2026 | Citigroup-Volumes 4 and 5 | 409 |
| Lincoln International | 10/24/2026 | LINCOLN_ITALY_004 | 1,067 |
| NFLPI | 10/26/2026 | NFLPI-PANSUBPOENA_PROD007 | 470 |
| AlixPartners | 10/28/2026 | AP003 | 192 |
| Lincoln International | 10/31/2026 | LINCOLN_ITALY_005 | 1,222 |
| Lincoln International | 11/3/2026 | LINCOLN_ITALY_006 | 259 |
| SoftBank | 11/4/2026 | SBG_FN_001 | 1,575 |
| Blez Breaks | 11/9/2026 | BSF_Prod003 | 27 |
| Blez Breaks | 11/9/2026 | BSF_Prod004 | 7 |
| Blowout Cards/Frontline Collectibles | 11/9/2026 | FRONTLINE_PRICING_DATA_2026-11-9 | 1 |

BSF

| | | | |
|---|---|---|---|
| AlixPartners | 11/10/2026 | AP004 | 595 |
| AlixPartners | 11/13/2026 | AP005 | 1,287 |
| **Total** | | | **28,783** |