# Exhibit D

**From:** Matt Balich (NY)
**To:** "Victoria Scordato"; Megan Nyman; Stuart Singer; Sabria McElroy; Eric Brenner; Rachel E. Noveroske; Jessica Mugler; Amanda Pescatore; Rowdy Kowalik; William Harvey; Adele Cohen; Meredith Schultz
**Cc:** Neil Phillips; Elle Mahdavi; Alicia Jovais (Bay Area); Lindsay Martin (NY); Ted Ovrom; Brian Goodell (DC); Kathryn Bonacorsi; Yvonne Zhang; Adam Chernicoff (NY); Christina Lantuh (NY); Lawrence Buterman (NY-DC); Michael Carlinsky; Amanda Reeves (DC); Derek Shaffer; Jonathan M. Acevedo; David Johnson (DC)
**Subject:** RE: Panini - Interrogatory/30(b)(6) exchange
**Date:** Thursday, November 19, 2026 2:35:18 PM

---

Victoria,

Thank you for meeting with us this afternoon. We write to confirm where the parties stand on Fanatics' antitrust interrogatories.

*Proposed modifications*. Fanatics proposed the following narrowed versions of five interrogatories:

- **No. 2**: Fanatics will remove "individual Athletes."
- **No. 12**: Fanatics will limit the time period to 2018 to the present.
- **No. 15**: Fanatics will limit the time period to 2018 to the present, and the scope to football, basketball, baseball, and soccer Trading Cards and Stickers.
- **No. 16**: Fanatics will limit the interrogatory to any ongoing sales process, including any entity to which Panini provided marketing materials or data room access.
- **No. 21**: Fanatics will limit the interrogatory to whether each purported output interruption was a (1) delay, (2) reduction, or (3) cancellation, and the magnitude of each.

Apart from your general objection to the form of the interrogatories, please confirm by end of day today whether Panini will supplement its responses to each interrogatory above as modified.  If Panini does not agree to these modifications by end of day today, Fanatics reserves the right to move to compel on the interrogatories as written.

*Impasse*. For all other interrogatories, we understand that we are at an impasse.

Fanatics reserves all rights.

Best,
Matt

**Matt Balich**

LATHAM & WATKINS LLP
1271 Avenue of the Americas | New York, NY 10020