# Exhibit 5

## Short Message Report

Conversations: 1
Total Messages: 10

Participants: 4
Date Range: 10/18/2024

## Outline of Conversations

**60f33319-5b98-42e4-af5e-60eebd6c4bc0** 10 messages on 10/18/2024 +19092674386 [Carlos Sousa]" </> Carlos Sousa <+19092674386> \"+12142437439 [ $!<Other>!$ (owner)]\"" </> $!<Other>!$ <+12142437439>

**Messages in chronological order** (times are shown in GMT +00:00)

**60f33319-5b98-42e4-af5e-60eebd6c4bc0**

**_$!<Other>!$_ <+12142437439>** 10/18/2024, 12:32 PM
Are we doing mtg?

**Carlos Sousa <+19092674386>** 10/18/2024, 12:34 PM
We are in the meeting room in front of the fish tank

**_$!<Other>!$_ <+12142437439>** 10/18/2024, 12:34 PM
Can you send me link?

**Carlos Sousa <+19092674386>** 10/18/2024, 12:39 PM
Sent

**_$!<Other>!$_ <+12142437439>** 10/18/2024, 12:39 PM
I'm in 👍

**_$!<Other>!$_ <+12142437439>** 10/18/2024, 5:01 PM
Anything from Jennifer?

**Carlos Sousa <+19092674386>** 10/18/2024, 5:01 PM
Nothing

**_$!<Other>!$_ <+12142437439>** 10/18/2024, 5:01 PM
😞

**_$!<Other>!$_ <+12142437439>** 10/18/2024, 9:27 PM
Panini will now be another week late delivering Absolute sheets to us. This is looking like it will pile up in 2 weeks with Bowman Draft.

**Carlos Sousa <+19092674386>** 10/18/2024, 9:49 PM
◒