# Exhibit 6

## Short Message Report

Conversations: 1
Total Messages: 8

Participants: 4
Date Range: 12/5/2024

## Outline of Conversations

**60f33319-5b98-42e4-af5e-60eebd6c4bc0** 8 messages on 12/5/2024 +19092674386 [Carlos Sousa]" </> Carlos Sousa <+19092674386> \"+12142437439 [ $!<Other>!$ (owner)]\"" </> $!<Other>!$ <+12142437439>

**Messages in chronological order** (times are shown in GMT +00:00)

**60f33319-5b98-42e4-af5e-60eebd6c4bc0**

**Carlos Sousa <+19092674386>** 12/5/2024, 2:08 PM
If I tell Greg that we have good chances to finish Prizm Football in 2024, I'm not lying right?

**_$!<Other>!$_ <+12142437439>** 12/5/2024, 2:12 PM
Correct. Especially with Series 1 starting later, it's going to be the majority of what's running this month.

**_$!<Other>!$_ <+12142437439>** 12/5/2024, 2:18 PM
Just informed the Prizm wrap (due today) is going to be late. I need a little time to get some answers. Jess is working on it with Panini

**_$!<Other>!$_ <+12142437439>** 12/5/2024, 2:43 PM
Chrome WWE is done in estimating

**Carlos Sousa <+19092674386>** 12/5/2024, 2:47 PM
Liked "Chrome WWE is done in estimating "

**Carlos Sousa <+19092674386>** 12/5/2024, 8:28 PM
Any news about Overwrap?

**_$!<Other>!$_ <+12142437439>** 12/5/2024, 8:29 PM
Yes. Partial hobby is here, balance tomorrow. Retail starts delivering Monday until complete. 👍

**Carlos Sousa <+19092674386>** 12/5/2024, 8:29 PM
Great. Thanks