# Exhibit 7

## Short Message Report

Conversations: 1
Total Messages: 9

Participants: 4
Date Range: 6/25/2025

## Outline of Conversations

**60f33319-5b98-42e4-af5e-60eebd6c4bc0** 9 messages on 6/25/2025 +19092674386 [Carlos Sousa]" </> Carlos Sousa <+19092674386> \"+12142437439 [_$!<Other>!$_ (owner)]\"" </> _$!<Other>!$_ <+12142437439>

**Messages in chronological order** (times are shown in GMT +00:00)

**60f33319-5b98-42e4-af5e-60eebd6c4bc0**

**_$!<Other>!$_ <+12142437439>** 6/25/2025, 3:20 PM
Did you see the email from Panini?

**_$!<Other>!$_ <+12142437439>** 6/25/2025, 7:02 PM
Can I call you later?

**_$!<Other>!$_ <+12142437439>** 6/25/2025, 7:02 PM
In forecast mtg. Will call you in 10

**Carlos Sousa <+19092674386>** 6/25/2025, 7:02 PM
Sure. This is purely a Supply Chain issue, right?

**_$!<Other>!$_ <+12142437439>** 6/25/2025, 7:02 PM
Yes but they don't know that

**Carlos Sousa <+19092674386>** 6/25/2025, 7:03 PM
Of course

**Carlos Sousa <+19092674386>** 6/25/2025, 7:03 PM
Call me when you have a minute

**_$!<Other>!$_ <+12142437439>** 6/25/2025, 7:03 PM
Liked "Call me when you have a minute "

**_$!<Other>!$_ <+12142437439>** 6/25/2025, 7:25 PM
Tried calling