UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
PANINI AMERICA, INC.,

Plaintiff,

-against-

FANATICS, INC. et al,

Defendants.
---------------------------------------------------------------X

**23-CV-9714 (LTS) (VF)**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

Panini's request for an extension of the expert discovery schedule is **GRANTED**. Given the volume of outstanding discovery disputes, having Panini submit an opening expert report on December 18 and permitting Panini to file a supplemental report is not practical or efficient. Panini has also demonstrated good cause for the extension of time. The delay in commencing depositions, the delay in the December 7 discovery conference, and the delay in certain document discovery warrants an extension so that Panini's experts can have time to adequately review and consider the information that is still to be produced. I fully recognize that Fanatics is eager to proceed to summary judgment. But even under the current schedule, expert discovery would not close until May 18, 2027. Panini's new proposed deadline for the completion of expert discovery (**June 30, 2027**) would still permit Fanatics to file any dispositive motion for consideration by the Court during the same six-month time period. As such, Fanatics will not be prejudiced by the requested extension of time. No further extensions of this schedule will be permitted. The new schedule for the completion of expert discovery is as follows:

- Plaintiff's expert disclosures: **January 29, 2027**
- Defendant's expert disclosures: **March 31, 2027**

- Rebuttal expert disclosures: **May 12, 2027**

- Completion of expert discovery: **June 30, 2027**

The Clerk of Court is respectfully directed to terminate the gavel at ECF No. 747.

**SO ORDERED.**

DATED: New York, New York
November 23, 2026

VALERIE FIGUEREDO
United States Magistrate Judge